# EXHIBIT 1

US010486026B2

(12) United States Patent
Foley et al.

(10) Patent No.: US 10,486,026 B2
(45) Date of Patent: Nov. 26, 2019

(54) EXERCISE SYSTEM AND METHOD

(71) Applicant: PELOTON INTERACTIVE, INC., New York, NY (US)

(72) Inventors: **John Paul Foley**, New York, NY (US); **Thomas Philip Cortese**, Brooklyn, NY (US); **Yu Feng**, New York, NY (US); **Christopher Brett Sira**, New York, NY (US); **Hans Schlichting Woolley**, West Hollywood, CA (US)

(73) Assignee: PELOTON INTERACTIVE, INC., New York, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/412,327**

(22) Filed: **May 14, 2019**

(65) **Prior Publication Data**

US 2019/0262665 A1 Aug. 29, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 16/036,894, filed on Jul. 16, 2018, now Pat. No. 10,322,315, which is a
(Continued)

(51) **Int. Cl.**
***A63B 24/00*** (2006.01)
***A63B 21/015*** (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC ........ ***A63B 24/0075*** (2013.01); ***A63B 21/015*** (2013.01); ***A63B 22/06*** (2013.01);
(Continued)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,844,451 A 7/1989 Bersonnet et al.
4,880,225 A 11/1989 Lucas et al.
(Continued)

FOREIGN PATENT DOCUMENTS

EP 0919259 2/1999
WO WO 1997/041925 11/1997
WO WO 2005/087323 9/2005

OTHER PUBLICATIONS

US 8,092,344 B2, 01/2012, Tagliabue (withdrawn)
(Continued)

*Primary Examiner* — Sundhara M Ganesan
(74) *Attorney, Agent, or Firm* — Haynes and Boone, LLP

(57) **ABSTRACT**

A method for displaying archived exercise classes comprising displaying information about archived exercise classes that can be accessed by a first user via a computer network on a display screen at a first location, wherein the first user can select among a plurality of archived classes, outputting digital video and audio content comprising the selected archived class, detecting a performance parameter for the first user at a particular point in the selected class, displaying the performance parameter on the display screen, and displaying performance parameters from a second user at a second location on the display screen such that at least one of the performance parameters from the first user and at least one of the performance parameters from the second user at the same point in the class are presented for comparison.

**20 Claims, 17 Drawing Sheets**



**Related U.S. Application Data**

continuation of application No. 15/865,206, filed on Jan. 8, 2018, now Pat. No. 10,022,590, which is a continuation of application No. 14/922,032, filed on Jan. 11, 2016, now Pat. No. 9,861,855, which is a continuation of application No. 14/930,398, filed on Nov. 2, 2015, now Pat. No. 9,233,276, which is a continuation of application No. 13/956,087, filed on Jul. 31, 2013, now Pat. No. 9,174,085.

(60) Provisional application No. 61/798,342, filed on Mar. 15, 2013, provisional application No. 61/677,985, filed on Jul. 31, 2012.

(51) **Int. Cl.**

| | |
|---|---|
| ***G16H 20/30*** | (2018.01) |
| ***A63B 22/06*** | (2006.01) |
| ***A63B 71/06*** | (2006.01) |
| ***G16H 20/10*** | (2018.01) |
| ***G16H 15/00*** | (2018.01) |
| ***A63B 21/22*** | (2006.01) |
| ***A63B 21/005*** | (2006.01) |

(52) **U.S. Cl.**

CPC ...... ***A63B 22/0605*** (2013.01); ***A63B 24/0062*** (2013.01); ***A63B 71/0622*** (2013.01); ***G16H 15/00*** (2018.01); ***G16H 20/10*** (2018.01); ***G16H 20/30*** (2018.01); *A63B 21/0051* (2013.01); *A63B 21/225* (2013.01); *A63B 2022/0658* (2013.01); *A63B 2024/0065* (2013.01); *A63B 2024/0068* (2013.01); *A63B 2024/0081* (2013.01); *A63B 2071/0658* (2013.01); *A63B 2220/17* (2013.01); *A63B 2220/34* (2013.01); *A63B 2220/58* (2013.01); *A63B 2220/806* (2013.01); *A63B 2225/107* (2013.01); *A63B 2225/20* (2013.01); *A63B 2225/50* (2013.01); *A63B 2230/06* (2013.01); *A63B 2230/40* (2013.01); *A63B 2230/75* (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS


| | | | |
|---|---|---|---|
| 4,932,650 | A | 6/1990 | Bingham et al. |
| 4,955,599 | A | 9/1990 | Bersonnet et al. |
| 4,971,316 | A | 11/1990 | Dalebout et al. |
| 4,981,294 | A | 1/1991 | Dalebout et al. |
| 5,000,444 | A | 3/1991 | Dalebout et al. |
| 5,014,980 | A | 5/1991 | Bersonnet et al. |
| 5,089,960 | A | 2/1992 | Sweeney, Jr. |
| 5,149,312 | A | 9/1992 | Croft et al. |
| 5,203,826 | A | 4/1993 | Dalebout |
| 5,213,555 | A | 5/1993 | Hood et al. |
| 5,247,853 | A | 9/1993 | Dalebout |
| 5,259,611 | A | 11/1993 | Dalebout et al. |
| 5,458,548 | A | 10/1995 | Crossing et al. |
| 5,462,503 | A | 10/1995 | Benjamin et al. |
| 5,466,200 | A | 11/1995 | Ulrich et al. |
| 5,512,025 | A | 4/1996 | Dalebout et al. |
| 5,527,245 | A | 6/1996 | Dalebout et al. |
| 5,529,553 | A | 6/1996 | Finlayson |
| 5,547,439 | A | 8/1996 | Rawls et al. |
| 5,591,106 | A | 1/1997 | Dalebout et al. |
| 5,595,556 | A | 1/1997 | Dalebout et al. |
| 5,645,509 | A | 7/1997 | Brewer et al. |
| 5,662,557 | A | 9/1997 | Watterson et al. |
| 5,669,857 | A | 9/1997 | Watterson et al. |
| 5,672,140 | A | 9/1997 | Watterson et al. |
| 5,674,156 | A | 10/1997 | Watterson et al. |
| 5,674,453 | A | 10/1997 | Watterson et al. |
| 5,676,624 | A | 10/1997 | Watterson et al. |
| 5,683,332 | A | 11/1997 | Watterson et al. |
| 5,690,582 | A | 11/1997 | Ulrich et al. |
| 5,702,325 | A | 12/1997 | Watterson et al. |
| 5,704,879 | A | 1/1998 | Watterson et al. |
| 5,718,657 | A | 2/1998 | Dalebout et al. |
| 5,722,922 | A | 3/1998 | Watterson et al. |
| 5,743,833 | A | 4/1998 | Watterson et al. |
| 5,772,560 | A | 6/1998 | Watterson et al. |
| 5,827,155 | A | 10/1998 | Jensen et al. |
| 5,860,893 | A | 1/1999 | Watterson et al. |
| 5,860,894 | A | 1/1999 | Dalebout et al. |
| 5,888,172 | A | 3/1999 | Andrus et al. |
| 5,890,995 | A | 4/1999 | Bobick et al. |
| 5,899,834 | A | 5/1999 | Dalebout et al. |
| 5,947,868 | A | 9/1999 | Dugan |
| RE36,574 | E | 2/2000 | Hochstein et al. |
| 6,033,347 | A | 3/2000 | Dalebout et al. |
| 6,050,924 | A | 4/2000 | Shea |
| 6,059,692 | A | 5/2000 | Hickman |
| 6,155,927 | A | 12/2000 | Levasseur et al. |
| 6,171,217 | B1 | 1/2001 | Cutler |
| 6,171,218 | B1 | 1/2001 | Shea |
| 6,280,362 | B1 | 8/2001 | Dalebout et al. |
| 6,283,896 | B1 | 9/2001 | Grunfeld et al. |
| 6,312,363 | B1 | 11/2001 | Watterson et al. |
| 6,350,218 | B1 | 2/2002 | Dalebout et al. |
| 6,458,060 | B1 | 10/2002 | Watterson et al. |
| 6,471,622 | B1 | 10/2002 | Hammer et al. |
| 6,569,063 | B2 | 5/2003 | Chen |
| 6,601,016 | B1 | 7/2003 | Brown et al. |
| 6,626,799 | B2 | 9/2003 | Watterson et al. |
| 6,648,798 | B2 | 11/2003 | Yoo |
| 6,695,752 | B2 | 2/2004 | Lee |
| 6,702,719 | B1 | 3/2004 | Brown et al. |
| 6,730,002 | B2 | 5/2004 | Hald et al. |
| 6,749,536 | B1 | 6/2004 | Cuskaden et al. |
| 6,749,537 | B1 | 6/2004 | Hickman |
| 6,761,667 | B1 | 7/2004 | Cutler et al. |
| 6,808,472 | B1 | 10/2004 | Hickman |
| 6,902,513 | B1 | 6/2005 | McClure |
| 6,918,858 | B2 | 7/2005 | Watterson et al. |
| 6,921,351 | B1 | 7/2005 | Hickman et al. |
| 6,974,404 | B1 | 12/2005 | Watterson et al. |
| 6,997,852 | B2 | 2/2006 | Watterson et al. |
| 7,004,888 | B1 | 2/2006 | Weng |
| 7,060,006 | B1 | 6/2006 | Watterson et al. |
| 7,060,008 | B2 | 6/2006 | Watterson et al. |
| 7,077,789 | B1 | 7/2006 | Chen |
| D532,063 | S | 11/2006 | Kim et al. |
| 7,166,062 | B1 | 1/2007 | Watterson et al. |
| 7,166,064 | B2 | 1/2007 | Watterson et al. |
| 7,192,388 | B2 | 3/2007 | Dalebout et al. |
| 7,285,075 | B2 | 10/2007 | Cutler et al. |
| 7,455,622 | B2 | 11/2008 | Watterson et al. |
| 7,465,257 | B1 | 12/2008 | Morgan, Jr. |
| 7,510,509 | B2 | 3/2009 | Hickman |
| 7,537,546 | B2 | 5/2009 | Watterson et al. |
| 7,537,549 | B2 | 5/2009 | Nelson et al. |
| 7,540,828 | B2 | 6/2009 | Watterson et al. |
| 7,549,947 | B2 | 6/2009 | Hickman et al. |
| 7,556,590 | B2 | 7/2009 | Watterson et al. |
| 7,575,536 | B1 | 8/2009 | Hickman |
| 7,603,255 | B2 | 10/2009 | Case, Jr. et al. |
| 7,618,350 | B2 | 11/2009 | Dalebout et al. |
| 7,625,315 | B2 | 12/2009 | Hickman |
| 7,628,730 | B1 | 12/2009 | Watterson et al. |
| 7,637,847 | B1 | 12/2009 | Hickman |
| 7,645,212 | B2 | 1/2010 | Ashby et al. |
| 7,645,213 | B2 | 1/2010 | Watterson et al. |
| 7,658,698 | B2 | 2/2010 | Pacheco et al. |
| 7,674,205 | B2 | 3/2010 | Dalebout et al. |
| 7,713,171 | B1 | 5/2010 | Hickman |
| 7,713,172 | B2 | 5/2010 | Watterson et al. |
| 7,717,828 | B2 | 5/2010 | Simonson et al. |
| 7,736,272 | B2 | 6/2010 | Martens |
| 7,740,563 | B2 | 6/2010 | Dalebout et al. |
| 7,766,797 | B2 | 8/2010 | Dalebout et al. |
| 7,775,940 | B2 | 8/2010 | Dalebout et al. |
| 7,785,236 | B1 | 8/2010 | Lo |

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,789,800 | B1 | 9/2010 | Watterson et al. | |
| 7,857,731 | B2 | 12/2010 | Hickman et al. | |
| 7,862,478 | B2 | 1/2011 | Watterson et al. | |
| 7,862,483 | B2 | 1/2011 | Hendrickson et al. | |
| 7,874,957 | B2 | 1/2011 | Hurwitz et al. | |
| 7,901,323 | B2 | 3/2011 | Olason et al. | |
| 7,901,334 | B2 | 3/2011 | Chen et al. | |
| 7,909,740 | B2 | 3/2011 | Dalebout et al. | |
| 7,934,983 | B1 | 5/2011 | Eisner | |
| 7,980,996 | B2 | 7/2011 | Hickman | |
| 7,981,000 | B2 | 7/2011 | Watterson et al. | |
| 8,021,270 | B2 | 9/2011 | D'Eredita | |
| 8,029,415 | B2 | 10/2011 | Ashby et al. | |
| 8,052,581 | B1 | 11/2011 | Lohr et al. | |
| 8,068,858 | B2 | 11/2011 | Werner et al. | |
| 8,298,123 | B2 | 10/2012 | Hickman | |
| 8,585,561 | B2 | 11/2013 | Watt et al. | |
| 8,784,270 | B2 | 7/2014 | Ashby et al. | |
| 8,858,400 | B2 | 10/2014 | Johnson | |
| 8,892,219 | B2 | 11/2014 | Pryor | |
| 8,950,276 | B2 | 2/2015 | Wu | |
| 9,044,635 | B2 | 6/2015 | Lull | |
| 9,364,712 | B2 | 6/2016 | Wu | |
| 2001/0053735 | A1 | 12/2001 | Cohen et al. | |
| 2003/0064863 | A1 | 4/2003 | Chen | |
| 2003/0166437 | A1 | 9/2003 | Ho | |
| 2003/0171190 | A1 | 9/2003 | Rice | |
| 2005/0020410 | A1 | 1/2005 | Chang | |
| 2007/0011027 | A1 | 1/2007 | Melendez | |
| 2007/0197345 | A1 | 8/2007 | Wallace et al. | |
| 2007/0219057 | A1 | 9/2007 | Fleishman | |
| 2007/0219059 | A1 * | 9/2007 | Schwartz | A61B 5/0205 482/8 |
| 2007/0232452 | A1 | 10/2007 | Hanoun | |
| 2007/0254778 | A1 | 11/2007 | Ashby | |
| 2008/0015089 | A1 | 1/2008 | Hurwitz et al. | |
| 2008/0051256 | A1 | 2/2008 | Ashby et al. | |
| 2008/0096725 | A1 | 4/2008 | Keiser | |
| 2008/0096726 | A1 | 4/2008 | Riley et al. | |
| 2008/0125288 | A1 | 5/2008 | Case | |
| 2008/0161733 | A1 | 7/2008 | Einav et al. | |
| 2008/0300110 | A1 | 12/2008 | Smith et al. | |
| 2009/0098980 | A1 | 4/2009 | Waters | |
| 2009/0227429 | A1 | 9/2009 | Baudhuin | |
| 2009/0233769 | A1 | 9/2009 | Pryor | |
| 2009/0258758 | A1 | 10/2009 | Hickman et al. | |
| 2009/0291805 | A1 | 11/2009 | Blum et al. | |
| 2010/0062818 | A1 | 3/2010 | Haughay, Jr. et al. | |
| 2010/0197461 | A1 | 8/2010 | Czarnecki | |
| 2010/0234185 | A1 | 9/2010 | Watt et al. | |
| 2010/0279823 | A1 | 11/2010 | Waters | |
| 2011/0071003 | A1 | 3/2011 | Watterson et al. | |
| 2011/0098156 | A1 * | 4/2011 | Ng | G06Q 10/02 482/8 |
| 2011/0172059 | A1 | 7/2011 | Watterson et al. | |
| 2011/0224999 | A1 * | 9/2011 | Baccarella-Garcia | G06Q 50/01 705/2 |

OTHER PUBLICATIONS

"NetAthlon 2XF Software, WebRacing Component of NetAthlon 2XF Software and/or WebRacer Bike incorporating NetAthlon Software", Software on sale at http://www.webracingstore.com/index.php/netathlon.html, Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20110418014442/http://www.instyleaerobiking.co.uk:80/catalog/index.php?main_page=index&cPath=66>, 1 page.

"NetAthlon Version 2XF", Cycling 2XF User Guide, Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20110313210842/http://www.webracing.org/trail_downloads/NA%202XF%20for%20Cycling%202.2.pdf>, 40 pages.

Instylefitness, "Instyle Fitness WebRacer Bike", Published on Mar 15, 2011, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://youtu.be/bWFtxEuZUZY>, 2 pages.

"Virtual Reality Fitness Experience", Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20110424065356/http://www.webracing.org/index.htm>, 1 page.

"Commercial Products", Fitness Is Evolving, A revolution is taking place in our gym culture, Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20110424050520/http://www.webracing.org/commercial.htm>, 1 page.

"Turn your fitness equipment into a fitness experience", RA Sports, Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20110113140506/http://www.riderunrow.com/index.htm>, 1 page.

"Fitness Machines Compatibility", NetAthlon® Compatible Fitness Equipments,WebRacing, Inc., Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20110123111916/http://www.riderunrow.com/fitness machines.htm>, 1 page.

"NetAthlon® 2XF Virtual Interactive Fitness Software for Cycling", NetAthlon® Products, WebRacing, Inc., Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20110113140511/http://www.riderunrow.com/products_na2.htm>, 3 pages.

"Turn Any Bike Trainer, ExerciseBike, Treadmill, or Rowing Machine into a Virtual Reality Experiencefor home and club use.", Peak Virtual Indoor Training System, WebRacing, Inc., Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20110113142318/http://www.riderunrow.com/products_sensors.htm>, 2 pages.

"WebRacing®", WebRacing, Inc., Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20110503225914/http://riderunrow.com/products webracing.htm>, 2 pages.

"Peak Sensor Kit Installation and User'S Guide", Model ITS-2, WebRacing™ Ltd., Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20120816050742/http://www.riderunrow.com/pdf/CYCLEFXSensorGuide.pdf>, 18 pages.

"Expresso S3 Bike and Expresso Live service", On sale by various dealers, Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20101101203035/http://www.ifholdings.com/buy_now/dealers.htm>, 2 pages.

"Expresso S3 Novo", Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20110713004606/http://www.ifholdings.com/index.htm>, 1 page.

"Ride on Expresso Biles", Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20110111201822/http://www.expresso.net/UserPortal/welcome.do>, 1 page.

"Rider Experience", Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20111001031535/http://ifholdings.com/experience/index.html>, 1 page.

"Expresso Rider Experience", Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20111001031358/http:/ifholdings.com/experience/rider_interactive_experience.html>, 3 pages.

"The Expresso Interactive Cardio System", Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20120123205226/http://www.ifholdings.com/pdf/product_services/s3_novo_brochure_2011.pdf>, 4 pages.

"Expresso S3 NOVO Products Specification ", Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20120402221412/http://www.ifholdings.com/pdf/product_services/s3_novo_el_spec.pdf>, 5 pages.

"Expresso Live!", Harnessing the Internet and social media for you, Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved

(56) **References Cited**

OTHER PUBLICATIONS


from the internet: <URL: https://web.archive.org/web/20111005111028/http://ifholdings.com/pdf/product_services/expresso_live_bro.pdf>, 2 pages.

"Expresso S3 Upright Bike", User Guide, Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://s3.amazonaws.com/docs.ifholdings.com/IFH_S3_UG.pdf>, 8 pages.

"Expresso Bikes, The Experience", Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: http://www.ucfitness.pitt.edu/img/equip/cardio/exp_s3ur_bro_100808_web.pdf>, 2 pages.

Expressorussia, Expresso Interactive Exercise Bike, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://www.youtube.com/watch?v=41tNF1AWuBU>, Nov. 14, 2012, 2 pages.

"Wayback Machine", Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20110614001441/http://singularityhub.com/2010/12/06/video-game-exercisebikes-ride-onto-the-social-network/>, 4 pages.

Wattbike, On sale at http://wattbike.com/us/shop, Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: http://wattbike.com/us/shop>, 3 pages.

Wattbike, Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20110702220339/http://wattbike.com/uk/wattbike/>, 5 pages.

Wattbike, Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20110604140446/http://wattbike.com/us/>, 3 pages.

Wattbike, Train Less, Ride Faster, Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20110708052957/http://wattbike.com/assets/docs/wattbike_brochure.pdf>, 6 pages.

Wattbike, User Manual, Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20140712065824/http://wattbike.com/assets/docs/wattbike_user_manual.pdf >, 32 pages.

Shaman Clown, "Wattbike Indoor Trainer", [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://www.youtube.com/watch?v=t0jmUpFdoRA>, Mar. 30, 2010, 2 pages.

STTu, "Wattbike computer racing", [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://www.youtube.com/watch?v=YMHGtbg-Qeg>, Sep. 26, 2011, 2 pages.

"An introduction to the Wattbike", Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20110604140626/http://wattbike.com/us/wattbike>, 4 pages.

"Race Power Cycling", Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20110926050934/http://wattbike.com/uk/wattbike/power_cycling_software/race_power_cycling>, 1 page.

"Fitness, Group Cycling and PT", Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20110604140508/http://wattbike.com/us/gyms_and_schools/gyms>, 3 pages.

"Group Power Cycling", Publication date is unknown, [retrieved on Apr. 1, 2019],Retrieved from the internet: <URL: https://web.archive.org/web/20110926051143/http://wattbike.com/uk/wattbike/power_cycling_software/group_power_cycling>, 1 page.

"Expert Software", Publication date is unknown, [retrieved on Apr. 1, 2019], Retrieved from the internet: <URL: https://web.archive.org/web/20110901133907/http://wattbike.com/uk/wattbike/expert_software>, 1 page.

Flywheel Sports, Inc.'s cycling classes offered in New York, Florida, and Illinois, Publication date is unknown, class Schedules retrieved on Apr. 1, 2019, Retrieved from the internet: <URL: https://www.flywheelsports.com/classes/stadium-cycling>, 4 pages.

Flywheel Stadium Cycling New York, Performance Metrics, 2012, pp. 1-2.

Alshammari et al., "An Investigation on the Identification of VoIP Traffic: Case study on Gtalk and Skype," Retrieved at <https://www.cs.dal.ca/sites/default/files/technical_reports/CS-2010-05.pdf> (cited at reference 1 in paper by same name in 2010 International Conference on Network and Service Management, Niagara Falls, ON, 2010, pp. 310-313, Retrieved at <http://ieeexplore.ieee.org/stamp/stamp.jsp?tp=&arnumber=569121 0&isnumber=5691186>).

Bonfiglio et al., "Detailed Analysis of Skype Traffic," in IEEE Transactions on Multimedia, vol. 11, No. 1, pp. 117-127, Jan. 2009, Retrieved at <http://ieeexplore.ieee.org/stamp/stamp.jsp?tp=&arnumber=471721 0&isnumber=4749480>.

Xu et al., "Video Telephony for End-consumers: Measurement Study of Google+, iChat, and Skype," Proceedings of the 2012 Internet Measurement Conference (IMC '12). Boston, Massachusetts, Nov. 14-16, 2012, pp. 371-384. DOI: https://doi.org/10.1145/2398776.2398816 , Retrieved at <https://dl.acm.org/citation.cfm?doid=2398776.2398816>.

Lu et al., "Measurement Study of Multi-party Video Conferencing," Networking 2010, Lecture Notes in Computer Science, vol. 6091, Springer, Berlin, Heidelberg, pp. 96-108, Retrieved at https://doi.org/10.1007/978-3-642-12963-6_8 , Retrieved at <https://link.springer.com/chapter/10.1007/978-3-642-1963-6_8>.

Leena Rao, "Skype Teams Up With Citrix to Bring GoToMeeting Web Conferencing to Business Offerings," TechCrunch, Mar. 1, 2011, Retrieved at <https://web.archive.org/web/20110305033430/http://techcrunch.co m:80/2011/03/01/skype-teams-up-with-citrix-to-bring-gotomeeting-web-conferencing-to-business-offerings/> (pp. 4-8 of Ex. 1036 (Butler Affidavit and Ex. A to Affidavit)).

Elizabeth Woyke, "Facebook, Google Battle to Be Video-Calling Home Base," www.forbes.com, Jul. 6, 2011 Retrieved at <https://web.archive.org/web/20141019021702/http://www.forbes.com/sites/elizabethwoyke/2011/07/06/facebook-google-battle-to-be-video-calling-home-base/> (pp. 9-11 of Ex. 1036 (Butler Affidavit and Ex. A to Affidavit)).

Megan Geuss, "Group Video Chat Showdown: Google Hangouts and AnyMeeting Come Out on Top," PCWorld, Nov. 7, 2011, Retrieved at <https://web.archive.org/web/20120928000621/http://www.pcworld.com:80/article/243238/group_video_chat_showdown_google_hangouts_and_anymeeting_come_out_on_top.html> and <https://web.archive.org/web/20120930044906/http://www.pcworld.com:80/article/243238/group_video_chat_showdown_google_hangouts_and_anymeeting_come_out_on_top.html?page=2>(Pages 12-25 of Ex. 1036 (Butler Affidavit and Ex. A to Affidavit)).

Catherine Saint Louis, in New York, a Rivalry Shifts into High Gear, The New York Times (Oct. 8, 2010), Retrieved at <https://web.archive.org/web/20101014044600/http://www.nytimes.com/2010/10/10/fashion/10Spin.html> and <https://web.archive.org/web/20101014073935/http://www.nytimes.com/2010/10/10/fashion/10Spin.html?pagewanted=2> (pp. 26-30 of Ex. 1036 (Butler Affidavit and Ex. A to Affidavit)).

"Soul Cycle vs. Flywheel: A comparison shop and spin," WellandGoodNYC.com (Feb. 22, 2010), Retrieved at https://web.archive.org/web/20161115223126/http://www.welland good.com:80/good-sweat/soul-cycle-vs-flywheel-a-comparison-shop-and-spin/ (pp. 31-36 of Ex. 1036 (Butler Affidavit and Ex. A to Affidavit)).

Lauren Glassberg, "Flatiron studio takes spin class up a notch," abclocal.go.com (Mar. 11, 2010), Retrieved at <https://web.archive.org/web/20100409054516/http://abclocal.go.com: 80/wabc/story?section=news/local&id=7325608> (pp. 37-42 Ex. 1036 (Butler Affidavit and Ex. A to Affidavit)).

Nick Sortal, "Flywheel brings high-tech cycling to South Florida," Sun Sentinel.com (Apr. 16, 2011), Retrieved at <https://web.archive.org/web/20110423072458/http://articles.sun-sentinel.com/2011-04-16/health/fl-hk-flywheel-cycling-041711-20110415_1_stationary-cycling-flywheel-specific-bike> and <https://web.archive.org/web/20110423043400/http://articles.sun-sentinel.com:80/2011-04-16/health/fl-hk-flywheel-cycling-041711-20110415_1_stationary-cycling-flywheel-specific-bike/2> (pp. 43-44 of Ex. 1036 (Butler Affidavit and Ex. A to Affidavit)).

Flywheel Website, Retrieved at <https://web.archive.org/web/20120529111518/http://www.flywheelsp orts.com/locations> (p. 45 of Ex. 1036 (Butler Affidavit and Ex. A to Affidavit)).

(56) **References Cited**

OTHER PUBLICATIONS

Katherine Rosman, "The Latest Spin in Studio Cycling: Anti-Sweat Bikes," Wall Street Journal (Oct. 18, 2011), Retrieved at <https://web.archive.org/web/20111221022728/http://online.wsj.com:80/article/SB20001424052970204346104576636910111184694.html> (pp. 46-48 of Ex. 1036 (Butler Affidavit and Ex. A to Affidavit)).
"Adding some friendly competition to your class," ICI/PRO Indoor Cycling 2.0 (Nov. 9, 2011), Retrieved at <https://web.archive.org/web/20120916013819/https://www.indoorcycl einstructor.com/icipro-instructor-training/training-with-power/adding-some-friendly-competition-to-your-class/> (pp. 49-54 of Ex. 1036 (Butler Affidavit and Ex. A to Affidavit)).
Screen captures from Mirror/Mirror, Episode 24, Season 4, Segment 4 ("Flywheel Sports") The Live Well Network, Retrieved at <http://livewellnetwork.com/Mirror-Mirror/episodes/Flywheel-Sports/8577947>.
"Random House Compact Unabridged Dictionary," Special 2nd Edition, Random House, Inc., 1996.
"The American Heritage Dictionary of the English Language," 5th Edition, Houghton Mifflin Harcourt Publishing Co., 2011.
"The Random House Dictionary of the English Language," 2nd Edition, Random House, Inc., 1987.
"The Pocket Oxford American Dictionary of Current English," Oxford University Press, 2002.
2012 Flywheel publication, Retrieved at <http://web.archive.org/web/20120128121139/http://new-york.flywheelsports.com:80/performance-metrics> (pp. 56-57 of Ex. 1036 (Butler Affidavit and Ex. A to Affidavit)).
Flywheel Website, Retrieved at <http://web.archive.org/web/20120106083132/http://www.flywheelspo rts.com:80/locations>.
NetAthlon Manual, Retrieved at <https://web.archive.org/web/20100331050623/http://www.riderunrow.com:80/pdf/NA%201.0%20User%20Guide.PDF> (pp. 62-101 of Ex. 1036 (Butler Affidavit and Ex. A to Affidavit)).
Michel Marriott, "Your Shot, He Said, Distantly," The New York Times (Aug. 26, 2004), Retrieved at <https://web.archive.org/web/20130405063028/http://www.nytimes.com/2004/08/26/technology/your-shot-he-said-distantly.html> and <https://web.archive.org/web/20150528054454/http://www.nytimes.com/2004/08/26/technology/your-shot-he-said-distantly.html? pagewanted=2>.
Mueller et al., "The Design of Networked Exertion Games," JVRB—Journal of Virtual Reality and Broadcasting, 5(2008), No. 13, Retrieved at <https://www.jvrb.org/past-issues/5.2008/1617/5200813.pdf>.
*Flywheel Sports, Inc.*v. *Peloton Interactive, Inc.*, IPR2019-01411 (PTAB), U.S. Pat. No. 10,322,315, "Petition for Inter Partes Review", Filed on Aug. 9, 2019.
*Peloton Interactive, Inc.* v. *Flywheel Sports, Inc.*, Civil Action 2:18-cv-00390 (TXED),"Notice by Peloton Interactive, Inc. re 29 Response in Opposition to Motion, 38 Sur-Reply to Reply to Response to Motion, Notice of Supplemental Authority (Attachments: #1 Supplemental Authority) (Smith, Melissa)", Docket 86, Filed on Jul. 30, 2019.
*Peloton Interactive, Inc.* v. *Flywheel Sports, Inc.*, Civil Action 2:18-cv-00390 (TXED),"Order finding as moot 23 Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim Pursuant to Federal Rule of Civil Procedure 12(b)(6), signed by Magistrate Judge Roy S. Payne on Aug. 13, 2019. (nkl,)", Docket 100, Entered on Aug. 13, 2019.
*Peloton Interactive, Inc.* v. *Flywheel Sports, Inc.*, Civil Action 2:18-cv-00390 (TXED),"Memorandum Order—denying 62 Motion to Stay Pending Inter Partes Review Proceedings, Signed by Magistrate Judge Roy S. Payne on Aug. 14, 2019. (ch.)", Docket 104, Entered on Aug. 15, 2019.
*Peloton Interactive, Inc.* v. *Flywheel Sports, Inc.*, 2-18-cv-00390 (TXED), "Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim Pursuant to Federal Rule of Civil Procedure 12 (b)(6) filed by Flywheel Sport, Inc.", Docket 23, Filed on Dec. 3, 2018.
*Peloton Interactive, Inc.* v. *Flywheel Sports, Inc.*, 2-18-cv-00390 (TXED), "Response in Opposition re 23 Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim Pursuant to Federal Rule of Civil Procedure 12 (b)(6) filed by Peloton Interactive. Inc.", Docket 29, Filed on Dec. 24, 2018.
*Peloton Interactive, Inc.* v. *Flywheel Sports*, Inc., 2-18-cv-00390 (TXED), "Reply to Reponses to Motion re 23 Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim Pursuant to Federal Rule of Civil Procedure 12 (b)(6) filed by Flywheel Sport, Inc.", Docket 31, Filed on Jan. 9, 2019.
*Peloton Interactive, Inc.* v. *Flywheel Sports, Inc.*, 2-18-cv-00390 (TXED), "Sur-Reply to Reply to Response to Motion re 23 Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Claim Pursuant to Federal Rule of Civil Procedure 12 (b)(6) filed by Peloton Interactive. Inc.", Docket 38, Filed on Jan. 23, 2019.
*Flywheel Sports, Inc. et al* v. *Peloton Interactive, Inc.*, IPR2019-00295 (PTAB), "Patent Owner's Preliminary Response to Petition for Inter Partes Review and Exhibits", U.S. Pat. No. 9,233,276, Docket 10, filed on Mar. 6, 2019.
*Flywheel Sports, Inc. et al* v. *Peloton Interactive, Inc.*, IPR2019-00295 (PTAB), "Reply to Patent Owner's Preliminary Response," U.S. Pat. No. 9,233,276, Docket 14, filed on Mar. 21, 2019.
*Flywheel Sports, Inc. et al* v. *Peloton Interactive, Inc.*, IPR2019-00295 (PTAB),"Patent Owner's Sur-Reply to Petitioner's Reply to Preliminary Response to Petition from Inter Partes review", U.S. Pat. No. 9,233,276, Docket 15, filed on Mar. 27, 2019.
*Flywheel Sports, Inc. et al* v. *Peloton Interactive, Inc.*, IPR2019-00294 (PTAB), "Patent Owner's Preliminary Response to Petition for Inter Partes Review and Exhibits", U.S. Pat. No. 9,174,085, Docket 10, filed on Mar. 6, 2019.
*Flywheel Sports, Inc. et al* v. *Peloton Interactive, Inc.*, IPR2019-00294 (PTAB), "Reply to Patent Owner's Preliminary Response," U.S. Pat. No. 9,174,085, Docket 14, filed on Mar. 21, 2019.
*Flywheel Sports, Inc. et alv. Peloton Interactive, Inc.*, IPR2019-00294 (PTAB), "Patent Owner's Sur-Reply to Petitioner's Reply to Preliminary Response to Petition from Inter Partes review", U.S. Pat. No. 9,174,085, Docket 15, filed on Mar. 27, 2019.
*Flywheel Sports, Inc. et alv. Peloton Interactive, Inc.*, IPR2019-00295 (PTAB), "Trial Instituted Document", U.S. Pat. No. 9,233,276, Docket 21, filed on Jun. 5, 2019.
*Flywheel Sports, Inc. et alv. Peloton Interactive, Inc.*, IPR2019-00295 (PTAB), "Patent Owner's Objections to Petitioner's Pre-Trial Evidence", U.S. Pat. No. 9,233,276, Docket 23, filed on Jun. 19, 2019.
*Flywheel Sports, Inc. et alv. Peloton Interactive, Inc.*, IPR2019-00564 (PTAB), "Patent Owner's Preliminary Response to Petition for Inter Partes Review and Exhibits", U.S. Pat. No. 9,861,855, Docket 11, filed on May 8, 2019.
*Flywheel Sports, Inc. et alv. Peloton Interactive, Inc.*, IPR2019-00564 (PTAB), "Reply to Patent Owner's Preliminary Response", U.S. Pat. No. 9,861,855, Docket 14, filed on May 22, 2019.
*Flywheel Sports, Inc. et alv. Peloton Interactive, Inc.*, IPR2019-00564 (PTAB), "Patent Owner's Sur-reply to Petitioner's Reply to Preliminary Response to Petition for Inter Partes Review", U.S. Pat. No. 9,861,855, Docket 15, filed on May 28, 2019.
*Flywheel Sports, Inc. et al* v. *Peloton Interactive, Inc.*, IPR2019-00564 (PTAB), "Trial Instituted Document", U.S. Pat. No. 9,861,855, Docket 20, filed on Jun. 5, 2019.
*Flywheel Sports, Inc. et al* v. *Peloton Interactive, Inc.*, IPR2019-00564 (PTAB), "Patent Owner's Objections to Petitioner's Pre-Trial Evidence", U.S. Pat. No. 9,861,855, Docket 22, filed on Jun. 19, 2019.
*Flywheel Sports, Inc. et al* v. *Peloton Interactive, Inc.*, IPR2019-00294 (PTAB), "Trial Instituted Document", U.S. Pat. No. 9,174,085, Docket 20, filed on Jun. 5, 2019.
*Flywheel Sport, Inc. et al* v. *Peloton Interactive, Inc.*, IPR2019-00294 (Ptab), "Patent Owner's Objections to Petitioner's Pre-Trial Evidence", U.S. Pat. No. 9,174,085, Docket 22, filed on Jun. 19, 2019.
*Flywheel Sports, Inc. et al* v. *Peloton Interactive, Inc.*, IPR2019-00295 (PTAB), "Petition for Inter Partes Review and Exhibits", U.S. Pat. No. 9,233,276, Docket 2, filed on Nov. 15, 2018.

(56) **References Cited**

OTHER PUBLICATIONS

*Flywheel Sports, Inc. et al* v. *Peloton Interactive, Inc.*, IPR2019-00564 (PTAB), "Petition for Inter Partes Review and Exhibits", U.S. Pat. No. 9,861,855, Docket 1, filed on Jan. 17, 2019.

*Flywheel Sports, Inc. et al* v. *Peloton Interactive, Inc.*, IPR2019-00294 (PTAB), "Petition for Inter Partes Review and Exhibits", U.S. Pat. No. 9,174,085, Docket 2, filed on Nov. 15, 2018.

*Peloton Interactive, Inc.* v. *Flywheel Sports, Inc.*, 2-18-cv-00390 (TXED),"Notice by Flywheel Sports, Inc. of Compliance of service of P.R. 3-3 and 3-4 Invalidity Contention Disclosures (Ginsberg Jeffrey)", Docket 56, Filed on Mar. 21, 2019.

*Peloton Interactive, Inc.* v. *Flywheel Sports, Inc.*, 2-18-cv-00390-RWS-RSP, "Amended Complaint for Patent Infringement" filed by Peloton Interactive, Inc., U.S. Pat. No. 9,174,085, filed on Nov. 19, 2018.

* cited by examiner


100
104
114
110
108
124
128
102
106
106
112
122
118
120
116
PELOTON

FIG. 1




FIG. 2


100
104
110
108
114
124
130
102
102
106
112
126
120
122
116
118
PELOTON

FIG. 3




FIG. 4


200
206
208
210
212
202
204
RachelC
Profile
My Account
Logout
Instructors
Leaderboard
NEXT LIVE
03:21
Sam Manheimer
45 Min Pure Cycle
Join Class
Rides on Demand
Live Class Schedule
PELOTON
Your Facebook friend Yony joined Peloton as FastGuy
3 days ago
Serdager rode Emily A's live class
Yesterday @8AM
Keylargofoley is riding Stephanie G's live class
JamieNYC is riding Bart H.'s on demand class
Missthang is riding Vanessa M's live class

FIG. 5


200
214
216
Class Schedule
All ride types
All instructors
WEDNESDAY 3/20
THURSDAY 3/21
FRIDAY 3/22
SATURDAY 3/23
SUNDAY 3/24
8:00 AM
Stephanie
45 Min Endurance Ride
Start Now
9:00 AM
I'm in!
10:00 AM
Count me in.
11:00 AM
3:00 PM
1:00 PM
4:00 PM
7:00 PM
10:00 AM
10:30 AM
2:00 PM

FIG. 6


200
218
Rides
On Demand
All Instructors
Stephanie Goudeau
Carlene Sheth
Penelope Coniglio
Fernando Maire
Jeanie Lantarman
Neil Kirker
Top Classes
Classes Attended by People You Follow
45 Min Total Body Classes
Stephanie Goudeau
45 Min Total Body
2 PAST RIDES
1 PAST RIDE
21 PAST RIDES
10 PAST RIDES
45 Min Total Body
Clementine C.
RIDER
DATE
SCORE
Clementine C
10/18/12
581
Yony F.
3/14/12
428
Conn T.
3/1/12
529
Boyce C.
2/24/12
473

FIG. 7


234
Leaderboard
ALL RIDERS(192)
TOTAL OUTPUT
15 Melanie CHICAGO 732
16 Ellie MIAMI 710
17 Taylor OAKLAND 691
18 RachelC NEW YORK 682
19 Pat HOUSTON 678
20 Charlie PHOENIX 651
21 George PORTLAND 640
22 Kate PHILADELPHIA 635
200
220
240
RachelC
Sam
Manheimer
45 Min Pure Cycle
Distance
118
MILES
Speed
20
MPH
Cadence
72
RPM
Class Avg 68
Avg 92
Max 112
Output
245
WATTS
Class Avg 182
Total 692
Avg 216
Max 508
Resistance
28
PERCENT
Calories
1245
BURNED
Heart Rate
155
BPM
222
224
232
226
228
230

FIG. 8



234
Leaderboard
ALL RIDERS(192)
TOTAL OUTPUT
15 Melanie CHICAGO 732
16 Ellie MIAMI 710
17 Taylor OAKLAND 691
18 RachelC NEW YORK 682
19 Pat HOUSTON 678
20 Charlie PHOENIX 651
21 George PORTLAND 640
22 Kate PHILADELPHIA 635
220
242
RachelC
12:27 LEFT
Distance
118
MILES
Speed
20
MPH
Cadence
72
RPM
Class Avg 68
Avg Max
92 112
Output
245
WATTS
Class Avg 182
Total 582
Avg Max
216 508
Resistance
28
PERCENT
45
30
15
0
Calories
1245
BURNED
Heart Rate
155
BPM
222
224
232
226
228
230


FIG. 9


234
220
244
246
Leaderboard
ALL RIDERS(192)
TOTAL OUTPUT
Susanna
891
PERSONAL BEST
780
Jonathan
TORONTO
732
Yony
ATLANTA
691
RachelC
NEW YORK
682
Alice
WONDERLAND
647
Jamie
599
RachelC
NEW YORK
682
ANCHOR USER
Calories
1245
BURNED
Heart Rate
155
MPM
Resistance
28
PERCENT
Output
245
WATTS
Class Avg
182
Total
682
Avg
216
Max
508
Cadence
72
RPM
Class Avg
68
Avg
92
Max
112
Distance
118
MILES
Speed
20
MPH
12:27
LEFT
End
230
228
226
232
224
222

FIG. 10


200
250
252
248
RachelC's Ride Performance
Ride Info
Sam Manheimer
45 Min Hill Challenge
Achievements
3 in a row!!!
Performance
Output
Cadence
Resistance
Speed
Distance
Calories
Heart Rate
523 Total KJ
21 Average WATTS
38 Max WATTS
TOTAL OUTPUT (Watts)
TIME (Minutes)
MAR 10 12:00 PM
Leaderboard
Riders I follow (86)
RIDERS I FOLLOW (86)
TOTAL POWER (Watts)
Alexandra C. #23 New York 535
PERSONAL BEST 521
RichC #24 West New York 512
RachelC #25 Brooklyn 485
Clementine C. #26 Fairfield 471
Amy I. #27 Los Angeles 460

FIG. 11


254
200
250
248
Rides
MAR 10 Stephanie Manheimer 45 Min Speed Work 11:00 AM
MAR 8 Gillian Stanton 45 Min Speed Work 6:18 AM Live broadcast: 7:00 AM, 3/12/2012
MAR 1 Florence Cruikshank 45 Min Speed Work 8:48 PM Live broadcast: 5:00 AM, 11/12/2011
FEB 23 Clementine Cortese 45 Min Speed Work 12:10 AM
FEB 18 Stephanie Manheimer 45 Min Speed Work 9:38 AM Live broadcast: 7:00 AM, 3/12/2012
FEB 16 Gillian Stanton 45 Min Speed Work 5:10 PM
FEB 11 Dennis Couzzi 45 Min Speed Work
Achievements
RachelC
Brooklyn,NY
17 Followers› | 21 Following›
Settings
1227 Lifetime Rides
321 Best Output(KJ)
Performance
Output
Cadence
Resistance
Speed
Distance
Calories
Heart Rate
TOTAL OUTPUT (Watts)
450
300
150
0
12.11 12.14 12.15 12.28 1.3 1.6 1.7 1.8 1.20 2.10 2.11 2.14 2.15 2.28 3.3 3.6 3.7 3.8 3.20 3.10 4.8 4.20 4.10
RIDES

FIG. 12


300
Home(/profile)
Class Schedule(/schedule)
Instructors(/instructors)
John Foley
John Foley
John
johnf
New York
Followers 13
Following 11
Edit Settings (/settings)
9
Lifetime Rides
255
Best Output (KJ)
Achievements
Performance
Distance
Power
Calories
Total Work
Speed
Cadence
Distance
Ride History
Scheduled Rides
Ani Weinstein
90 min Endurance Ride by Ani
March 1, 2013
Abby Paloma
45 min Hill Challenge by Abby
March 1, 2013
Tiffany Cruikshank
45 min Hill Challenge by Tiffany
March 1, 2013
Ani Weinstein
90 min Endurance Ride by Ani
March 1, 2013
Tiffany Cruikshank
45 min Hill Challenge by Tiffany
March 1, 2013

FIG. 13


300
Home(/profile)
Class Schedule(/schedule)
Instructors(/instructors)
John Foley
John Foley
John
johnf
New York
Followers 13
Following 11
Edit Settings (/settings)
9
Lifetime Rides
255
Best Output (KJ)
Achievements
Performance
Distance
Power
Calories
Total Work
Speed
Cadance
Cadence
Ride History
Scheduled Rides
Ani Weinstein
90 min Endurance Ride by Ani
March 1, 2013
Abby Paloma
45 min Hill Challenge by Abby
March 1, 2013
Tiffany Cruikshank
45 min Hill Challenge by Tiffany
March 1, 2013
Ani Weinstein
90 min Endurance Ride by Ani
March 1, 2013
Tiffany Cruikshank
45 min Hill Challenge by Tiffany
March 1, 2013

FIG. 14


Video Cameras
500
Microphone
502
MusicPlayer
504
Audio Mixer
506
Analog to Digital Converter
508
Production Switcher
510
Video Encoder
512
Local Video Storage
514
Video Transcoder
516
Video Packetizer
518
CDN
520
REMOTE USER
522

FIG 15


GHOST BIKES FROM DATABASE
CONTROL STATION
410
SIGNAL (START, STOP, ETC.)
406
CONTENT AUDIO/VIDEO
SENSOR DATA
408
408
408
CDN VIDEO
404
SENSOR DATA/SIGNALING
USER BIKES
400
400
400
VIDEO CHAT PLATFORM
402

FIG. 16




FIG. 17

# EXERCISE SYSTEM AND METHOD

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of and claims priority to U.S. patent application Ser. No. 16/036,894, filed Jul. 16, 2018, which is hereby incorporated by reference in its entirety as if set forth herein in its entirety.

U.S. patent application Ser. No. 16/036,894 is a continuation of and claims priority to U.S. patent application Ser. No. 15/865,206 filed Jan. 8, 2018, which is a continuation of and claims priority to U.S. patent application Ser. No. 14/992,032 filed Jan. 11, 2016, which is a continuation of and claims priority to U.S. patent application Ser. No. 14/930,398 filed on Nov. 2, 2015, and issued as U.S. Pat. No. 9,233,276, which is a continuation of and claims priority to U.S. patent application Ser. No. 13/956,087 filed on Jul. 31, 2013, and issued as U.S. Pat. No. 9,174,085, which claims the benefit of U.S. Provisional Patent Application No. 61/677,985 filed on Jul. 31, 2012, and U.S. Provisional Patent Application No. 61/798,342 filed on Mar. 15, 2013, both of which are hereby incorporated by reference in their entirety as if set forth herein.

## BACKGROUND OF THE INVENTION

### Field of the Invention

The invention relates generally to the field of exercise equipment and methods. In particular, the invention relates to a system and method for providing streaming and on-demand exercise classes.

### Description of Related Art

Humans are competitive by nature, striving to improve their performance both as compared to their own prior efforts and as compared to others. Humans are also drawn to games and other diversions, such that even tasks that a person may find difficult or annoying can become appealing if different gaming elements are introduced. Existing home and gym-based exercise systems and methods frequently lack key features that allow participants to compete with each other and that gamify exercise activities.

While some existing exercise equipment incorporates diversions such as video display screens that present content or performance data to the user while they exercise, these systems lack the ability to truly engage the user in a competitive or gaming scenario that improves both the user's experience and performance.

To improve the experience and provide a more engaging environment, gyms offer classes such as cycling classes where the instructor and participants exercise on stationary bikes accompanied by music. The instructor and music combine to motivate participants to work harder and maintain better pedal cadence or tempo. More recently, boutique cycling studios have taken the cycling class concept to dedicated spaces to create even more powerful class experiences.

All of these class-based experiences, however, are accessible only at specific times and locations. As a result, they are unavailable to many potential users, generally are very expensive, and often sell-out so that even users in a location convenient to the cycling studio cannot reserve a class. The present invention addresses these problems, providing a stationary bike that incorporates multimedia inputs and



outputs for live streaming or archived instructional content, socially networked audio and video chat, networked performance metrics and competition capabilities, along with a range of gamification features.

## SUMMARY OF THE INVENTION

A method for displaying live and archived cycling classes, in various embodiments comprising displaying information about available live and archived cycling classes that can be accessed by a first user using a first stationary bike via a digital communication network on a display screen at a first location, whereby the first user can select either a live cycling class or select among a plurality of archived cycling classes. Receiving from the first user a selection of one of the available live or archived cycling classes, outputting digital video and audio content comprising the selected cycling class at the first location to the first user, detecting a plurality of performance parameters from the first stationary bike at the first location at a particular point in the selected cycling class, displaying at least one of the plurality of performance parameters detected from the first stationary bike at the first location on the display screen, and displaying at least one of a plurality of performance parameters from a second stationary bike at a second location on the display screen at the first location such that at least one of the performance parameters from the first stationary bike at the particular point in the selected cycling class and at least one of the performance parameters from the second stationary bike at the same point in the selected cycling class are presented for comparison on the display screen at the first location.

In various exemplary embodiments, the digital video and audio content are output in substantially in real-time. In various exemplary embodiments, the digital video and audio content are archived content provided from a database. In various exemplary embodiments, further comprising presenting the performance parameters in a secondary window. In various exemplary embodiments, the performance parameters include pedal cadence, power output, or heartrate. In various exemplary embodiments, further comprising receiving video chat data from a server for display to the user on the display screen at the first location.

A method for displaying live and archived cycling classes comprising displaying information about available live and archived cycling classes that can be accessed by a first user using a first stationary bike via a digital communication network on a display screen at a first location, whereby the first user can select either a live cycling class or select among a plurality of archived cycling classes, receiving from the first user a selection of one of the available live or archived cycling classes, outputting digital video and audio content comprising the selected cycling class at the first location to the first user, detecting a plurality of performance parameters from the first stationary bike at the first location at a particular point in the selected cycling class, displaying at least one of the plurality of performance parameters detected from the first stationary bike at the first location on the display screen, and displaying at least one of a plurality of performance parameters from each of a plurality of other stationary bikes at a plurality of other locations on the display screen at the first location such that at least one of the performance parameters from the first stationary bike at the particular point in the selected cycling class and at least one of the performance parameters from the plurality of other stationary bikes at the same point in the selected cycling class are presented for comparison on the display screen at the first location.

In various exemplary embodiments, the digital video and audio content are output in substantially in real-time. In various exemplary embodiments, the digital video and audio content are archived content provided from a database. In various exemplary embodiments, further comprising presenting the performance parameters in a secondary window. In various exemplary embodiments, the performance parameters include pedal cadence, power output, or heartrate. In various exemplary embodiments, further comprising receiving video chat data from a server for display to the user on the display screen at the first location.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a rear perspective view of an exemplary embodiment of a stationary bike as disclosed herein.

FIG. **2** is a rear perspective view of an exemplary embodiment of a stationary bike as disclosed herein with a rider shown.

FIG. **3** is a side view of an exemplary embodiment of a stationary bike as disclosed herein.

FIG. **4** is a front perspective view of an exemplary embodiment of a stationary bike as disclosed herein with a rider shown.

FIG. **5** is an illustration of an exemplary embodiment of a user interface home screen as disclosed herein.

FIG. **6** is an illustration of an exemplary embodiment of a user interface screen providing a cycling class schedule as disclosed herein.

FIG. **7** is an illustration of an exemplary embodiment of a user interface screen displaying cycling classes available on demand as disclosed herein.

FIG. **8** is an illustration of an exemplary embodiment of a user interface screen displaying a live or on-demand cycling class underway.

FIG. **9** is an illustration of an exemplary embodiment of a user interface screen displaying a live or on-demand cycling class underway.

FIG. **10** is an illustration of an exemplary embodiment of a user interface screen displaying a live or on-demand cycling class underway with a live video chat open in a secondary window and the leaderboard scrolling.

FIG. **11** is an illustration of an exemplary embodiment of a user interface screen displaying user performance and other information.

FIG. **12** is an illustration of an exemplary embodiment of a user interface screen displaying user performance and other information.

FIG. **13** is an illustration of an exemplary embodiment of a web page displaying user information as disclosed herein.

FIG. **14** is an illustration of an exemplary embodiment of a web page displaying user information as disclosed herein.

FIG. **15** is a schematic showing an exemplary embodiment of the data flow for content creation and distribution.

FIG. **16** is an illustration of an exemplary embodiment of a basic network architecture as disclosed herein.

FIG. **17** is an chart showing an exemplary embodiment of a method for synchronizing data among different users participating in the same live or on-demand cycling class.

## DETAILED DESCRIPTION

The following description is presented to enable any person skilled in the art to make and use the invention. For purposes of explanation, specific nomenclature is set forth to provide a thorough understanding of the present invention. Descriptions of specific embodiments or applications are



provided only as examples. Various modifications to the embodiments will be readily apparent to those skilled in the art, and general principles defined herein may be applied to other embodiments and applications without departing from the spirit and scope of the invention. Thus, the present invention is not intended to be limited to the embodiments shown, but is to be accorded the widest possible scope consistent with the principles and features disclosed herein.

In various embodiments, the present invention comprises networked exercise systems and methods whereby one or more stationary exercise bicycles, referred to generally herein as stationary bikes, are equipped with an associated local system that allows the user to fully participate in live instructor-led or recorded cycling classes from any location that can access a suitable communications network. The networked exercise systems and methods may include back-end systems with equipment including without limitation servers, digital storage systems, and other hardware as well as software to manage all processing, communications, database, and other functions. The networked exercise systems and methods may also include one or more studio or other recording locations with cameras, microphones, and audio and/or visual outputs where an instructor can lead cycling classes and in some embodiments where live cycling classes can be conducted, and where such classes can be distributed via the communications network. In various embodiments there may be a plurality of recording locations that can interact with each other and/or with any number of individual users.

In various embodiments, the invention provides for full interactivity in all directions. Whether remote or in the same location, instructors can interact with users, users can interact with instructors, and users can interact with other users. Through the disclosed networked exercise system, instructors can solicit feedback from users, and users can provide feedback to the instructor, vote on different choices or options, and communicate regarding their experience. The present invention allows for interaction through all media, including one or more video channels, audio including voice and/or music, and data including a complete range of performance data, vital statistics, chat, voice, and text-based and other communications.

In various embodiments, the invention also allows an unlimited number of remote users to view the same live or recorded content simultaneously, and interact with some or all of the other user viewing same content. Remote users can participate in live cycling classes offered from any recording location, or they can access recorded classes archived in the system database. In various embodiments, a plurality of remote users can simultaneously access the same recorded class and interact with each other in real time, or they can access the same recorded class at different times and share data and communications about their performance or other topics.

Thus, it can be seen that the present invention encompasses networked exercise systems and methods that provide for content creation, content management and distribution, and content consumption. Various aspects of the invention and the potential interactions among such different aspects of the invention will now be described in more detail.

### Stationary Bike

Referring generally to FIGS. **1-4**, in various exemplary embodiments of the invention, a local system **100** comprises a stationary bike **102** with integrated or connected digital hardware including at least one display screen **104**.

In various exemplary embodiments, the stationary bike **102** may comprise a frame **106**, a handlebar post **108** to

support the handlebars **110**, a seat post **112** to support the seat **114**, a rear support **116** and a front support **118**. Pedals **120** are used to drive a flywheel **122** via a belt, chain, or other drive mechanism. The flywheel **122** may be a heavy metal disc or other appropriate mechanism. In various exemplary embodiments, the force on the pedals necessary to spin the flywheel **122** can be adjusted using a resistance adjustment knob **124**. The resistance adjustment knob may directly or indirectly control a device that increases or decreases the resistance of the flywheel to rotation. For example, rotating the resistance adjustment knob clockwise may cause a set of magnets **126** to move relative to the flywheel, increasing its resistance to rotation and increasing the force that the user must apply to the pedals to make the flywheel spin.

The stationary bike **102** may also include various features that allow for adjustment of the position of the seat **114**, handlebars **110**, etc. In various exemplary embodiments, a display screen **104** may be mounted in front of the user forward of the handlebars. Such display screen may include a hinge **128** or other mechanism to allow for adjustment of the position or orientation of the display screen relative to the rider.

The digital hardware associated with the stationary bike **102** may be connected to or integrated with the stationary bike **102**, or it may be located remotely and wirelessly connected to the stationary bike. The display screen **104** may be attached to the stationary bike or it may be mounted separately, but should be positioned to be in the line of sight of a person using the stationary bike. The digital hardware may include digital storage, processing, and communications hardware, software, and/or one or more media input/output devices such as display screens, cameras, microphones, keyboards, touchscreens, headsets, and/or audio speakers. In various exemplary embodiments these components may be integrated with the stationary bike. All communications between and among such components may be multichannel, multi-directional, and wireless or wired, using any appropriate protocol or technology. In various exemplary embodiments, the system may include associated mobile and web-based application programs that provide access to account, performance, and other relevant information to users from local or remote personal computers, laptops, mobile devices, or any other digital device.

In various exemplary embodiments, the stationary bike **102** may be equipped with various sensors that can measure a range of performance metrics from both the stationary bike and the rider, instantaneously and/or over time. For example, the stationary bike may include power measurement sensors such as magnetic resistance power measurement sensors or an eddy current power monitoring system that provides continuous power measurement during use. The stationary bike may also include a wide range of other sensors to measure speed, pedal cadence, flywheel rotational speed, etc. The stationary bike may also include sensors to measure rider heart-rate, respiration, hydration, or any other physical characteristic. Such sensors may communicate with storage and processing systems on the bike, nearby, or at a remote location, using wired or wireless connections.

Hardware and software within the sensors or in a separate package may be provided to calculate and store a wide range of performance information. Relevant performance metrics that may be measured or calculated include distance, speed, resistance, power, total work, pedal cadence, heart rate, respiration, hydration, calorie burn, and/or any custom performance scores that may be developed. Where appropriate, such performance metrics can be calculated as current/



instantaneous values, maximum, minimum, average, or total over time, or using any other statistical analysis. Trends can also be determined, stored, and displayed to the user, the instructor, and/or other users. A user interface may provide for the user to control the language, units, and other characteristics for the various information displayed.

Display and User Interface

Referring generally to FIGS. **1-12**, in various exemplary embodiments the stationary bike **102** may be equipped with one or more large display screens **104**, cameras, microphones, and speakers or other audio outputs.

The display screen(s) **104** may be mounted directly to the stationary bike **102** or otherwise placed within the viewing area of the user. In various exemplary embodiments, at least one display screen is integrated into or attached to the stationary bike, and is positioned in front of the rider generally centered on the handlebars **110** of the stationary bike as illustrated in the figures. Various mechanisms can be used to allow the user to customize the position of the display screen(s).

In an exemplary embodiment, a display screen **104** may be attached to the stationary bike **102** via a curved structure extending up and forward from the front stem of the frame **106**. The curved structure may include a slot or aperture through it and extending along a portion of the length of the curved structure. A mounting post or similar structure on the display screen may attach to the curved structure, such as by a pin that passes through the mounting post or structure and the curved structure. In an exemplary embodiment, the pin may have a mechanism such as threads that allow it to be tightened to hold and lock the mounting post or structure at a particular location and position.

Display screen **104** may be driven by a user input device such as a touchscreen, mouse, or other device. In various exemplary embodiments a touchscreen display is mounted on the stationary bike generally centered between the handlebars and located just below the handlebars. The display screen may be any size, but optimally is large enough and oriented to allow the display of a range of information including one or more video streams, a range of performance metrics for the user and others, and a range of different controls.

In various exemplary embodiments the user can use a touchscreen or other interface to selectively present a range of different information on the screen including live and/or archived video, performance data, and other user and system information. The user interface can provide a wide range of control and informational windows that can be accessed and removed individually and/or as a group by a click, touch, or gesture. In various exemplary embodiments, such windows may provide information about the user's own performance and/or the performance of other participants in the same class both past and present.

The user interface can be used to access member information, login and logout of the system, access live content such as live exercise classes and archived content (referred to in the Figures as "Rides on Demand"). User information may be displayed in a variety of formats and may include historical and current performance and account information, social networking links and information, achievements, etc. The user interface can also be used to access the system to update profile or member information, manage account settings such as information sharing, and control device settings.

Referring to FIGS. **5-12**, a user interface **200** may be presented on the display screen **104** to allow the user to manage their experience, including selecting information to

be displayed and arranging how such information is displayed on their system. The user interface may present multiple types of information overlaid such that different types of information can be selected or deselected easily by the user. For example, performance information may be displayed over video content using translucent or partially transparent elements so the video behind the information elements can be seen together with the information itself.

The user interface **200** may present a variety of screens to the user, which the user can move among quickly using the provided user input device, including by touching if a touchscreen is used. In various exemplary embodiments, the user interface may provide a home screen that provides basic information about the system and available options. Referring to FIG. **5**, such a home screen may provide direct links to information such as scheduled classes **202**, archived classes **204**, a leaderboard **206**, instructors **208**, and/or profile and account information **210**. The screen may also provide direct links to content such as a link to join a particular class **212**. The user can navigate among the different screens in the user interface by selecting such links using the applicable input device such as by touching the touchscreen at the indicated location, or by swiping to bring on a new screen. The user interface may also provide other information relevant to the user such as social network information, and navigation buttons that allow the user to move quickly among the different screens in the user interface.

In various exemplary embodiments, the user can select among both live and archived content. For example, if the user selects scheduled classes **202**, they may be presented with a screen showing the schedule of upcoming classes. FIG. **6** shows an exemplary schedule of upcoming classes presented on the screen through the user interface **200**, with classes shown like a traditional calendar. Drop-down or other display features allow users to find classes by ride type **214**, instructor **216**, or by any other appropriate category. The user interface **200** allows users to select future classes or to start a class that is underway or about to begin. The class schedule may be presented in any suitable format, including calendar, list, or any other appropriate layout.

In various exemplary embodiments, if the user selects archived classes **204**, they may be presented with a screen showing available archived classes sorted by any appropriate category. FIG. **7** shows an exemplary display of archived classes. Thumbnails or icons **218** representing archived classes may be displayed in any suitable format, and may include information on how many times the user has ridden that class in the past or other performance or class-related information. A class may be accessed by selecting a particular thumbnail or icon.

Referring to FIGS. **8-10**, when a class is being playing on the display screen **104** through the user interface **200**, in various exemplary embodiments the primary video feed may be shown as the background video full-screen or in a sub-window on the screen. Information elements may be provided on different parts of the display screen to indicate any performance metrics, including time ridden, elapsed time, time left, distance, speed, resistance, power, total work, pedal cadence, heart rate, respiration, hydration, calorie burn, and/or any custom performance scores that may be developed. The displayed information may also include the trend or relationship between different performance metrics. For example, the display can indicate a particular metric in a color that indicates current performance compared to average performance for a class or over time, such as red to indicate that current performance is below average or green to indicate above average performance. Trends or relative performance can also be shown using color and graphics, such as a red down arrow to show that current performance is below average.

FIGS. **8-10** show a primary window **220** showing the live or archived class that the user selected. In various exemplary embodiments, performance metric windows **222**, **224**, **226**, **228**, and **230** may show specific performance metrics for the user's current ride, past rides, or other performance information. Such performance metric windows may be presented anywhere on the display screen, and may be user selectable such that they can be displayed or removed by a screen touch or gesture. As shown in FIG. **8**, window **222** displays distance and speed. Window **224** displays current pedal cadence, along with the user's average and maximum cadence and the class average, and an indicator arrow **232** showing whether the user's cadence is increasing or decreasing. Window **226** shows power output in watts, together with average output, maximum output, class average, and total output, along with a similar indicator arrow. Window **228** shows resistance as both a number and graphically, and window **230** shows calories burned and heart rate.

The user interface may allow the user to toggle between display of maximum, average, and total results for different performance metrics. The user interface may also allow the user to hide or display information elements, including performance metrics, video streams, user information, etc. all at once or individually. Performance information can also be displayed in various display bars that can be hidden or displayed as a group or individually. The user interface may provide for complete controls for audio volume, inputs, and outputs as well as display output characteristics.

A leaderboard **234** may also be displayed to allow the user to see their performance in comparison to others taking the same class. In various exemplary embodiments, a leaderboard may be configured to display the relative performance of all riders, or one or more subgroups of riders. For example, the user may be able to select a leaderboard that shows the performance of riders in a particular age group, male riders, female riders, male riders in a particular age group, riders in a particular geographic area, etc. Users may be provided with the ability to deselect the leaderboard entirely and remove it from the screen. In various exemplary embodiments, the system may incorporate various social networking aspects such as allowing the user to follow other riders, or to create groups or circles of riders. User lists and information may be accessed, sorted, filtered, and used in a wide range of different ways. For example, other users can be sorted, grouped and/or classified based on any characteristic including personal information such as age, gender, weight, or based on performance such as current power output, speed, or a custom score.

The leaderboard **234** may be fully interactive, allowing the user to scroll up and down through the rider rankings, and to select a rider to access their detailed performance data, create a connection such as choosing to follow that rider, or establish direct communication such as through an audio and/or video connection. The leaderboard may also display the user's personal best performance in the same or a comparable class, to allow the user to compare their current performance to their previous personal best. The leaderboard may also highlight certain riders, such as those that the user follows, or provide other visual cues to indicate a connection or provide other information about a particular entry on the leaderboard.

In various exemplary embodiments, the leaderboard will also allow the user to view their position and performance

information at all times while scrolling through the leaderboard. For example, as shown in FIG. **10** if the user scrolls up toward the top of the leaderboard such as by dragging their fingers upward on the touchscreen, when the user's window reaches the bottom of the leaderboard, it will lock in position and the rest of the leaderboard will scroll underneath it. Similarly, if the user scrolls down toward the bottom of the leaderboard, when the user's window reaches the top of the leaderboard, it will lock in position and the rest of the leaderboard will continue to scroll underneath it.

In various exemplary embodiments, the system calculates and displays one or more custom scores to describe one or more aspects of the users' performance. One example of such a custom score would be a decimal number calculated for a particular class or user session. Such a score could also be calculated using performance data from some or all classes or sessions over a particular period of time. In an exemplary embodiment, the custom score takes into account the amount of time ridden, total work during that time period, and number of classes in a given time period.

In various exemplary embodiments, performance information about other users may be presented on the leaderboard **234** or in any other format, including formats that can be sorted by relevant performance parameters. Users may elect whether or not to make their performance available to all users, select users, and/or instructors, or to maintain it as private so that no one else can view it.

In various exemplary embodiments the user interface may also present one or more video streams from a range of different sources. For example, one video stream may be the live or archived class content shown in the primary window, while one or more additional video streams may be displayed in other windows on the screen display **104**. The various video streams may include live or recorded streaming instructor video or any other video content, including one or more live video chat streams.

The user interface may also provide additional windows that can be used to display a range of content including additional performance data, information about the class, instructor, other riders, etc., or secondary video streams. Such additional windows can allow the user to see a range of information regarding other current or past participants to compare performance, and open or close voice or video chat streams or other communication channels. In various exemplary embodiments the user can simultaneously access other content including movies, television channels, online channels, etc. Referring to FIGS. **8** through **10**, secondary window **240**, **242**, **244** may display a range of information and content. In FIG. **8**, secondary window **240** displays the name of the user, the name of the current class and basic class information. In FIG. **9**, secondary window **242** displays the name of the user and the amount of time remaining in the current class. In FIG. **10**, secondary window **244** displays a video chat session, while the time remaining is displayed in a second secondary window **246**.

Stationary Bike Local System

In various exemplary embodiments, the local system **100** comprises the stationary bike **102** and a range of associated sensing, data storage, processing, and communications components and devices either onboard the stationary bike itself or located near the stationary bike. This local system may communicate with one or more remote servers through wired or wireless connections using any suitable network or protocol.

In various exemplary embodiments, the stationary bike **102** may be equipped with various sensors to measure and/or store data relating to user performance metrics such as speed, resistance, power, cadence, heart rate, hydration level, etc. The stationary bike may also be equipped with or connected to various data inputs such as touchscreens, video cameras, and/or microphones. These sensors and other inputs can communicate with local and/or remote processing and storage devices via any suitable communications protocol and network, using any suitable connection including wired or wireless connections. In various exemplary embodiments, local communication may be managed using a variety of techniques. For example, local communication may be managed using wired transport with a serial protocol to communicate between sensors and the console. Local communication may also be managed using a wireless communication protocol such as the ANT or ANT+ protocol. ANT is a 2.4 GHz practical wireless networking protocol and embedded system solution specifically designed for wireless sensor networks (WSN) that require ultra low power. Advantages include extremely compact architecture, network flexibility and scalability, ease of use and low system cost. Various combinations of wired and wireless local communication may also be used.

Access to any appropriate communications network such as the internet may be used to provide information to and receive information from other stationary bikes or other resources such as a backend system or platform. In various exemplary embodiments, the local system **100** can access and display information relating to other users either directly through a distributed platform or indirectly through a central platform regardless of their location. Such other users may be present at the same location or a nearby location, or they may be at a remote location.

In various exemplary embodiments, the local system **100** may include an integrated onboard computer system comprising a display screen **104**, one or more processors, data storage, and communications components. The processing, data storage, and communications components may be located within housing **132** to form a single integrated onboard computer and display screen, or they may be separately housed locally on or near the stationary bike. The local system may include one or more video cameras, microphones, and/or audio outputs such as speakers or audio connectors.

In various exemplary embodiments, the local system **100** receives a variety of data inputs from sensors on the stationary bike **102** or the rider, and processes and stores that data. This data can be displayed to the user as discussed above, stored locally, and/or shared via any suitable network with other local systems and/or with a central platform via any appropriate network.

Referring to FIGS. **11** and **12**, the user interface **200** may be used to access local system **100** data as well as data maintained remotely. In various exemplary embodiments, the user interface may present one or more windows that may display to the user information about their current or past performances **248** using a range of metrics, their achievements, **250**, their position on a leaderboard as compared to a peer group **252**, their planned activities **254**, their social network, etc. The user interface may be implemented through a local or remote system. In various exemplary embodiments, the user interface may be run through a local program or application using the local operating system such as an Android or iOS application, or via a browser based system. Referring to FIGS. **13** and **14**, such information may also be accessed remotely via any suitable network such as the internet. In various exemplary embodiments, users may be able to access a website **500** from any digital device that can provide access to a complete range of user information.

Users may be able to review historical information, communicate with other riders, schedule classes, access instructor information, etc. through such a website.

Content Creation and Distribution

Content for delivery to users including live and archived exercise classes may be created and stored in various local or remote locations and shared across the networked exercise system. This overview of such a networked exercise system is exemplary only and it will be readily understood that the present invention can be implemented through a variety of different system architectures using centralized or distributed content creation and distribution techniques.

In various exemplary embodiments, the networked exercise system is managed through one or more networked backend servers and includes various databases for storage of user information, system information, performance information, archived content, etc. Users' local systems **100** are in communication with the networked backend servers via any appropriate network, including without limitation the internet. As an example of an alternative distribution approach, in various exemplary embodiments the backend servers could be eliminated and data could be communicated throughout the system in a distributed or peer-to-peer manner rather than via a central server network. In such a system, performance data may be broken up into small packets or "pieces" and distributed among user devices such that complete data sets are quickly distributed to all devices for display as required.

Content for distribution through the network can be created in a variety of different ways. Content recording locations may include professional content recording studios or amateur and home-based locations. In various exemplary embodiments, recording studios may include space for live, instructor-led, in-studio cycling classes with live studio participation or may be dedicated studios with no live, in-studio participation. Recording equipment including microphones and one or more cameras can be used to capture the instructor and/or participants during the class. Multiple cameras can provide different views and 3D cameras can be used to create 3D content. In various exemplary embodiments, content may be also be generated locally by users. For example, stationary bikes **102** may be equipped with recording equipment including microphones and cameras. Users may generate live or recorded classes that can be transmitted, stored in the system, and distributed throughout the network.

Referring to FIG. **15**, class content may be generated using one or more video cameras **500**, an instructor microphone **502**, and a music player **504** as inputs to an audio mixer **506**. The audio mixer outputs content to an analog to digital converter **508**, which provides converted data to a production switcher **510**. The production switcher sends the production video to a video encoder **512**, which stores the encoded video to a local storage device **514**, and sends it to a video transcoder **516**. The video transcoder outputs the transcoded data to a video packetizer **518**, which then sends the packetized data stream out through the content distribution network **520** to remote system users **522**. In various exemplary embodiments, instructors and/or users may be provided with access to a content creation platform that they can use to help them create content. Such a platform may provide tools for selecting and editing music, managing volume controls, pushing out chat or other communications to users.

As described above, through the user interface on their stationary bike **102**, users may access lists, calendars, and schedules of live and recorded cycling classes available for delivery through the display screen **104**. In various exemplary embodiments, once the user selects a class, the local system accesses and displays a primary data stream for the class. This primary data stream may include video, music, voice, text, or any other data, and may represent a live or previously recorded cycling class. The local system may be equipped for hardware video accelerated encoding/decoding to manage high definition video quality at up to 1080 pixels based on existing technology. The local system may automatically adjust bitrate/quality of the data stream for the class in order to bring rider the highest quality video according to user's bandwidth/hardware limitations.



In various exemplary embodiments, the networked exercise systems and methods may include multi-directional communication and data transfer capabilities that allow video, audio, voice, and data sharing among all users and/or instructors. This allows users to access and display multi-directional video and audio streams from the instructor and/or other users regardless of location, and to establish direct communications with other users to have private or conferenced video and/or audio communications during live or recorded classes. Such data streams can be established through the local system **100** for presentation via the display screen **104** the primary window or in a secondary window such as that shown in FIG. **10** at secondary window **244**. In various exemplary embodiments, users can manage multiple data streams to select and control inputs and outputs. The local system may allow the user to control the volume of primary audio stream for the class as well as other audio channels for different users or even unrelated audio streams such as telephone calls or their own music selections. For example, this would allow a user to turn down the instructor volume to facilitate a conversation with other users.

For live classes, in various exemplary embodiments the instructor may have the ability to communicate with the entire class simultaneously or to contact individual users, and solicit feedback from all users regardless of location in real-time. For example, instructors could ask users verbally, or text a pop-up message to users, seeking feedback on difficulty level, music choice, terrain, etc. Users could then respond through their onboard system by selecting an appropriate response, or providing verbal feedback. This allows instructors to use crowdsourcing to tailor a class to the needs of the participants, and to improve their classes by soliciting feedback or voting on particular class features or elements.

In various exemplary embodiments, instructors may also be able to set performance targets, and the system can measure and display to the user and the instructor their performance relative to the target. For example, the instructor may set target metrics e.g. target power and cadence, then display this next to users' readings with a color coding to indicate whether or not the user is meeting this target. The system may allow the instructor to remotely adjust bike settings for individual users.

In various exemplary embodiments, users can control access to their own information, including sensor data, performance metrics, and personal information. Such data can be held at the local system, transmitted for storage and management by a remote system and shared with other users, or stored remotely but not shared with other users. Users may also elect to disclose their presence on the system to other users, or to participate in a class without making their presence known to other users.

In various exemplary embodiments, users can access a list of all or selected current and/or past class participants. Such lists may include performance information for such users, such as total power, speed, cadence, resistance, or a custom

score that provides information about relative user performance. Such lists may also include controls to allow the user to open up live streams to the user such as live video chat streams.

System Features and User Resources

In various exemplary embodiments, the networked exercise system and methods may allow users to create accounts and save and manage their performance data. As discussed above, the system may allow users to browse schedules for upcoming live classes, signup for future live streaming classes, and setup reminders. Users may also be able to invite others to participate in a live class, and setup text, email, voice, or other notifications and calendar entries. Users may be able to access system, account, performance, and all other data via web-based or application based interfaces for desktop and/or mobile devices, in addition to the user interface for the local system **100** associated with their stationary bike **102**.

In various exemplary embodiments, the system can provide for simultaneous participation by multiple users in a recorded class, synchronized by the system and allowing access to all of the same communication and data sharing features that are available for a live class. With such a feature, the riders simultaneously participating in the same archived class can compete against each other, as well as against past performances or "ghost" riders for the same class.

Referring to FIGS. **16-17**, the system may be configured to feed synchronized live and/or archived video content and live and/or archived sensor data to users over the network. In various exemplary embodiments, the networked exercise system may be configured with a plurality of user bikes **400** in communication with a video chat platform **402**, a video content distribution network **404** that receives audio video content from one or more content sources **406**. The user bikes **400** may also be in communication with various other networks and servers. For example, the user bikes **400** may exchange sensor and performance data and/or signaling with various databases **408**, including historical or "ghost bike" data. A control station may provide signals via the network to control the collection, storage, and management of data across the system.

One challenge for the use of comparative data from live and/or historical sources is synchronization, since some users may start riding prior to the start of the actual class, while others may join after the class has started. In order to provide accurate data regarding class performance for the leaderboard, including archived performance data, each class may have a specific "go" or start signal that serves as the starting time point for the data comparison. Archived performance data may be calibrated to the same "go" signal as live participant data, allowing for comparative data to be presented through a leaderboard or other display through the end of the class. A "stop" signal at the end of the class marks the end time point for the performance comparison for both live and archived performance data. If a rider joins the class after the "go" signal, their data can be synched correctly starting at the time they join the ride.

FIG. **17** shows various events relative to time, which is increasing from left to right on the scale at the bottom. The timeline for the class itself, whether live or archived, is shown at the top, with timelines for four different riders below it. The video being delivered for a live or archived class may begin before the actual class starts at the video start point **420**. The GO signal point **422** indicates the start of the class or the class's comparison period, the STOP signal point **424** indicates the end of the class or the end of the class's comparison period, and the end video point **426** indicates the end of the video stream. For Riders **1**, **2**, and **4**, who all start riding before the GO signal point, the GO signal serves as their starting time point for class performance metrics. For Rider **3**, the point in time when they actually start will serve as their starting time point for class performance metrics. For Riders **1**, **2**, and **3** who continued past the STOP signal point, their end point for class performance metrics will be the STOP signal point, while the end point for Rider **4** will be the time when they actually stopped riding.

Using such a system, live and past performance (ghost bike) data for the user or other participants can be provided during a class in a range of numerical and graphical formats for comparison and competition. Live and past performance data or target performance data for the user can also be displayed simultaneously to allow users to compare their performance to a benchmark in real time during or after a class.

In various exemplary embodiments, the system may also allow users to establish handicapping systems to equalize the competition among different users or user groups allowing for broad based competitions.

In an exemplary embodiment, the system may use information provided by users to target advertising to users both during rides and during any other activities across any platforms. Advertising can be targeted based on personal data, performance characteristics, music choices, or any other data gathered by the system. For example, users that provide positive feedback about a particular music choice may be targeted for future music releases by the same or similar artists.

In various exemplary embodiments, the system may include a unique identifier on each bike to allow the system or user to track metrics on bike. This information could be used to user identification, or for maintenance, location, etc. In various exemplary embodiments, the system may also be configured to provide for closed classes. This would allow for a private instructor to work with an individual or small group, or for a group of users to ride together with or without an instructor.

In various exemplary embodiments, users can log in and/or access the system and account information via any appropriate communication technology including without limitation NFC, Bluetooth, WAN, etc. Users can also be provided with a cardkey, FOB, or other device or the stationary bike can provided with facial recognition or voice recognition technology that automatically logs the user in and accesses their account information. Users can login from their home stationary bike or from any other bike that can access the system. Thus, while traveling a user can still access their complete account history, all content, and all features from any networked stationary bike such as at a hotel, a gym, or a cycling studio in a different location.

In various exemplary embodiments, a mobile application may allow users on non-networked stationary bikes to access the system via a mobile digital device such as a tablet computer or mobile phone and access content, live streams, and other system features. The mobile device could access the system via any appropriate network using a dedicated application or browser.

In various exemplary embodiments, one or more secondary display screens may be used by the system to display class content. Using a device such as CHROMECAST or a similar integrated device to enable it to display content provided by the system through the user interface, a secondary display screen may be used to display class content

or other content provided by the system. The user interface could automatically detect the availability of such an enabled device and allow the user to select the display screen for particular content.

Gamification

The interactive features of various aspects of the invention provide for a wide range of different ways to gamify the user experience. Various types of rewards and honors can be created for different achievements to create incentives for improving performance or reaching other goals.

In various exemplary embodiments, the instructor or users can create mini-competitions for participation by all users or just a selected subset of users such as a group of friends. Competitions such as sprints, hill climbs, maximum power output, etc. can be preset or created in real-time through the user interface. Winners can be rewarded with prizes such as badges, trophies, or biking specific honors such as a green or yellow jersey. Competitions can be created within a class or session, or across multiple classes or sessions like multi-stage bicycle races. A wide range of direct competitions can be created between and among users, with the different performance characteristics of different bikes calibrated and normalized to account for differences in bikes based on different riders. In various exemplary embodiments, the system provides locations or technologies to validate stationary bikes to assure that the bikes in a particular competition are properly calibrated and normalized to establish a level playing field.

Other games can be created to encourage exploration of different types of classes based on user characteristics, such as awarding badges or other honors for completion of a variety of different types of classes or classes led by different instructors.

In various exemplary embodiments the instructors, including both professional and amateur instructors, may share in the revenues generated by or attributed to their classes based on number of participants or any other metric.

What is claimed is:

1. An exercise system for computer-augmented use at home by a first user participating in an archived exercise class accessible over a computer network, the exercise system comprising:

an exercise device configured for a first user to cause movement of a portion of the exercise device;

a sensor operable to generate first user performance data based on activity by the first user when the first user causes the movement of the portion of the exercise device; and

a computer configured to:

cause a display screen to present a plurality of available archived exercise classes for selection;

accept from the first user, via a user input interface, a selection of one of the available archived exercise classes, thereby resulting in a selected archived exercise class;

receive, via the computer network, data representing content of the selected archived exercise class;

cause the display screen to display the content of the selected archived exercise class while the first user participates in the selected archived exercise class by causing movement of the portion of the exercise device;

receive, via a sensor input interface, the first user performance data from the sensor during at least a portion of the selected archived exercise class;

generate, on a basis of the first user performance data, a first user performance parameter;

receive, via the computer network, archived performance data representing archived user performance parameters for a plurality of other users over at least the portion of the selected archived exercise class, wherein the archived performance data was previously generated by the other users in one or more locations on the exercise device or at least one other exercise device while participating in the archived exercise class;

synchronize the archived performance data with the first user performance data, wherein the archived user performance parameters represented by the archived performance data are synchronized with the first user performance parameter; and

cause the display screen to display a dynamically updating ranked list of the first user performance parameter and at least some of the synchronized archived user performance parameters, to thereby simulate the first user competing with at least some of the other users.

2. The exercise system of claim 1, further comprising a graphical user interface configured to display content of the selected archived cycling class to the first user at a first location, the graphical user interface comprising the display screen and a user input device configured to receive input from the first user during operation of the exercise device by the first user.

3. The exercise system of claim 1, further comprising a plurality of sensors operable to detect activity by the first user and generate a plurality of first user performance parameters to measure at least one of pedal cadence, power output or a heartrate of the first user.

4. The exercise system of claim 1, wherein the content of the selected archived exercise class comprises digital video content and audio content.

5. The exercise system of claim 1, wherein the computer is configured to display on the display screen the first user performance parameter and a second user performance parameter received via the computer network from a second exercise device at second location, wherein the first user performance parameter at a particular point in the selected archived exercise class and the second user performance parameter at the same point in the selected archived exercise class are presented for comparison on the display screen.

6. The exercise system of claim 1, wherein the computer comprises at least one hardware processor and a memory storing instructions that are executable using the at least one hardware processor.

7. The exercise system of claim 1, wherein the computer is further configured to receive the content of the selected archived exercise class and class participant content associated with the selected archived exercise class from a remote server via the computer network, and wherein the content of the selected archived exercise class and/or class participant content includes live content generated in real-time.

8. The exercise system of claim 1, wherein the computer is further configured to generate a leaderboard from the archived performance data and the first user performance parameter, the leaderboard representing performance parameters at the same point in the selected archived exercise class, and to display the leaderboard on the display screen.

9. The exercise system of claim 1, wherein the content of the selected archived exercise class further comprises a start signal indicating a starting point of the selected archived exercise class, and wherein class participant content is synchronized to the start signal for data comparison.

**10**. The exercise system of claim **1**, wherein the exercise device comprises a first stationary cycle operable by the first user.

**11**. A method for operating an exercise device used by a first user participating in an archived exercise class accessible over a computer network, the method comprising:

causing a display screen to present a plurality of available archived exercise classes for selection;

accepting from the first user, via a user input interface, a selection of one of the available archived exercise classes, thereby resulting in a selected archived exercise class;

receiving, via the computer network, data representing content of the selected archived exercise class;

causing the display screen to display the content of the selected archived exercise class while the first user participates in the selected archived exercise class by causing movement of a portion of the exercise device;

generating first user performance data based on activity by the first user when the first user causes movement of the portion of the exercise device;

receiving, via a sensor input interface, the first user performance data from the sensor during at least a portion of the selected archived exercise class;

generating, on a basis of the first user performance data, a first user performance parameter;

receiving, via the computer network, archived performance data representing archived user performance parameters for a plurality of other users over at least the portion of the selected archived exercise class, wherein the archived performance data was previously generated by the other users while participating in the archived exercise class;

synchronizing the archived performance data with the first user performance data, wherein the archived user performance parameters represented by the archived performance data are synchronized with the first user performance parameter; and

causing the display screen to display a dynamically updating ranked list of the first user performance parameter and at least some of the synchronized archived user performance parameters, to thereby simulate the first user competing with at least some of the other users.

**12**. The method of claim **11**, wherein the display screen further comprises a graphical user interface with user selectable content for display during the selected archived exercise class, and wherein the method further comprises:

dynamically displaying one or more performance parameters for a second user operating a second exercise device at a second location on the display screen.



**13**. The method of claim **11**, wherein causing the display to display a dynamically updating ranked list further comprises:

generating a leaderboard from the archived performance data and the first user performance parameter, the leaderboard representing performance parameters at the same point in the selected archived exercise class; and

displaying the leaderboard.

**14**. The method of claim **13**, wherein the leaderboard is synchronized to the first user's performance parameter allowing for comparative class participant content to be presented to the first user.

**15**. The method of claim **11**, wherein the content of the selected archived exercise class further comprises a start signal indicating a starting point of the exercise class, and wherein the archived performance data is synchronized to the start signal for data comparison.

**16**. The method of claim **11**, further comprising:

receiving, via a communications network, information about the plurality of available archived exercise classes at a computer at a first location of the exercise device; and

providing digital video and audio content comprising content of the selected archived exercise class to the computer at the first location for display to the first user on the display screen.

**17**. The method of claim **16**, wherein the content of the selected archived exercise class, the first user performance parameter and at least one of the other users' performance parameters are output substantially in real-time.

**18**. The method of claim **11**, further comprising requesting the content of the selected archived exercise class and archived performance data associated with the selected archived exercise class from a server through the computer network, and wherein the content of the selected archived exercise class and/or the archived performance data includes live content generated while the first user is participating in the selected archived exercise class.

**19**. The method of claim **11**, further comprising transmitting the plurality of first user performance parameters to a server through the computer network, wherein archived performance data content received by at least one of the other users includes the first user performance parameter.

**20**. The method of claim **11**, further comprising receiving video chat data from at least one other user for display to the first user on the display screen at a first location.

* * * * *