**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PELOTON INTERACTIVE. INC.,<br><br>Plaintiff and,<br>Counter-Defendant,<br><br>v.<br><br>ICON HEALTH & FITNESS, INC.,<br><br>Defendant and,<br>Counterclaimant. | C.A. No. 20-662-RGA<br><br>JURY TRIAL DEMANDED |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Section 7 of the Scheduling Order (D.I. 33, as modified at D.I. 69), the parties hereby provide their Joint Claim Construction Chart for U.S. Patent Nos. 6,601,016 (the "'016 Patent") and 7,556,590 (the "'590 Patent"). The parties have included citations to the intrinsic evidence in support of their respective positions and reserve the right to supplement the citations as the claim construction process progresses. Copies of the '016 and '590 Patents are attached as Exhibits A and B, respectively.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*
Michael J. Flynn (#5333)
Andrew M. Moshos (#6685)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19801
(302) 658-9200
mflynn@mnat.com
amoshos@mnat.com

*Attorneys for Counter-Defendant Peloton Interactive, Inc.*

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Christine D. Haynes*
Frederick L. Cottrell, III (#2555)
Christine D. Haynes (#4697)
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
haynes@rlf.com

*Attorneys for Counterclaimant ICON Health & Fitness, Inc.*

February 18, 2021

**Table of Exhibits**

| Ex. | Description |
|---|---|
| A | U.S. Patent No. 6,601,016 (the "'016 Patent") |
| B | U.S. Patent No. 7,556,590 (the "'590 Patent") |
| | |
| 1 | Excerpts of the File History of the '016 Patent |
| 2 | Excerpts of the File History of the '590 Patent |
| 3 | U.S. Patent No. 4,817,940 |
| 4 | U.S. Patent No. 4,891,785 |
| 5 | U.S. Patent No. 5,213,555 |
| 6 | U.S. Patent No. 5,387,164 |
| 7 | U.S. Patent No. 5,435,799 |
| 8 | U.S. Patent No. 5,785,632 |
| 9 | U.S. Patent No. 5,888,172 |
| 10 | U.S. Patent No. 5,973,696 |
| 11 | U.S. Patent No. 6,042,519 |
| 12 | U.S. Patent No. 6,450,922 |

## I. AGREED TERMS/CONSTRUCTIONS

| **Claim Term** | **Agreed Construction** |
|---|---|
| **"exercise indicator signal"**<br><br>'016 Patent claims: 1-3, 17-19, 33-35 | "data indicating exercise activity" |

## II. DISPUTED TERMS/CONSTRUCTIONS

### A. ’016 PATENT

| U.S. Patent No. 6,601,016 | | |
|---|---|---|
| **Claim Term** | **ICON’s Proposed Construction and Supporting Intrinsic Evidence** | **Peloton’s Proposed Construction and Supporting Intrinsic Evidence** |
| **“mark-up language”**<br><br>’016 Patent Claims: 1, 2, 17, 18, 33, 34, 49, 53 | **Proposed Construction**<br><br>A data transmission protocol that identifies data with tags<br><br>**Supporting Intrinsic Evidence**<br><br>’016 Patent Claims: 1, 2, 17, 18, 33, 34, 49, 53, 56<br><br>’016 Patent: 6:22–26; 6:44–7:11 | **Proposed Construction**<br><br>“XML, or another computer language that describes how to perform actions such as displaying and printing a text document in a device-independent way through the use of corresponding textual tags.” Otherwise indefinite.<br><br>**Supporting Intrinsic Evidence**<br><br>‘016 Patent Claims: 1, 2, 17, 18, 33, 34, 49, and 53<br><br>’016 Patent at 6:22-7:11, 8:20-28.<br><br>The file history of the ’016 Patent, including the 4/28/2000 Original Claims, the 1/24/2002 Non-Final Rejection, the 5/10/2002 Amendment, the 5/31/2002 Non-Final Rejection, the 9/3/2002 Amendment, the 10/2/2002 Final Rejection, the 2/10/2003 Amendment, and the 3/5/2003 Notice of Allowance.<br><br>The following references cited in the File History of the ’016 Patent: |

| U.S. Patent No. 6,601,016 | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| | | U.S. Patent Nos. 4,817,940 (Shaw), 4,891,785 (Donohoo), 5,435,799 (Lundin), 5,785,632 (Greenberg), 5,888,172 (Andrus), 5,973,696 (Agranat), and 6,042,519 (Shea).<br><br>Any intrinsic evidence cited by ICON. |
| **"extensible mark-up language format"**<br><br>'016 Patent claims: 2, 18, 34 | **Proposed Construction**<br><br>a markup language that accommodates specialized capabilities not predefined in the original specification such as custom tags that can be used to support a wide range of elements<br><br>**Supporting Intrinsic Evidence**[1]<br><br>'016 Patent Claims: 2, 18, 34<br><br>'016 Patent: 6:22–26; 6:44–7:11 | **Proposed Construction**<br><br>Plain meaning, i.e. XML. Otherwise indefinite.<br><br>**Supporting Intrinsic Evidence**<br><br>'016 Patent Claims: 2, 18, and 34<br><br>'016 Patent at 6:22-7:11, 8:20-28<br><br>The file history of the '016 Patent, including the 4/28/2000 Original Claims, the 1/24/2002 Non-Final Rejection, the 5/10/2002 Amendment, the 5/31/2002 Non-Final Rejection, the 9/3/2002 Amendment, the 10/2/2002 Final Rejection, the 2/10/2003 Amendment, and the 3/5/2003 Notice of Allowance.<br><br>The following references cited in the File |

[1] The parties reserve the right to cite to intrinsic evidence cited for one term for use for any other term. Each party also reserves the right to cite to any intrinsic evidence listed by the other Party.

| U.S. Patent No. 6,601,016 | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| | | History of the '016 Patent:<br><br>U.S. Patent Nos. 4,817,940 (Shaw), 4,891,785 (Donohoo), 5,435,799 (Lundin), 5,785,632 (Greenberg), 5,888,172 (Andrus), 5,973,696 (Agranat), and 6,042,519 (Shea).<br><br>Any intrinsic evidence cited by ICON. |
| **"universally accessible server system"**<br><br>'016 Patent Claims: 1, 3, 4, 6, 8, 11, 16, 17, 19, 20, 22, 24, 27, 28, 33, 35, 36, 38, 40, 43, 44, 49, 51, 53 | **Proposed Construction**<br><br>a server system that is accessible from any device capable of connecting with the server system<br><br>**Supporting Intrinsic Evidence**<br><br>'016 Patent Claims: 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16, 17, 19, 20, 21, 22, 23, 24,25, 26, 27, 28, 29, 30, 31, 32, 33, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45,47, 48, 49, 50, 51, 53, 54, 56, 57<br><br>'016 Patent: 3:21–27; 3:49–59 | **Proposed Construction**<br><br>"a server system that is accessible by all devices capable of connecting with the server system"<br><br>**Supporting Intrinsic Evidence**<br><br>'016 Patent Claims: 1, 3, 4, 6, 8, 11, 16, 17, 19, 20, 22, 24, 27, 28, 33, 35, 36, 38, 40, 43, 44, 49, and 53<br><br>'016 Patent at Abstract, 1:20-31, 3:21-27, 3:31-59.<br><br>The file history of the '016 Patent, including the 4/28/2000 Original Claims, the 1/24/2002 Non-Final Rejection, the 5/10/2002 Amendment, the 5/31/2002 Non-Final Rejection, the 9/3/2002 Amendment, the 10/2/2002 Final Rejection, the 2/10/2003 Amendment, and |

| U.S. Patent No. 6,601,016 | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| | | the 3/5/2003 Notice of Allowance.<br><br>The following references cited in the File History of the '016 Patent:<br><br>U.S. Patent Nos. 4,817,940 (Shaw), 4,891,785 (Donohoo), and 5,785,632 (Greenberg).<br><br>Any intrinsic evidence cited by ICON. |
| **"means for receiving at least one type of exercise indicator signal associated with exercise performed by a particular user from a particular exercise machine from among a plurality of accessible exercise machines in a particular mark-up language format at a universally accessible server system in accordance with a universal identifier associated with said particular user"**<br><br>'016 Patent Claims: 17, 33 | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function:** receiving at least one type of exercise indicator signal associated with exercise performed by a particular user from a particular exercise machine<br><br>**Structure:** Universally Accessible (Remote) Server System (60) Network (62)<br><br>**Supporting Intrinsic Evidence**<br><br>'016 Patent Claims: 17, 18<br><br>'016 Patent: 1:20–25; 3:38–59; 4:7–10; 4:34–50; 8:29–34; 12:61–65; and Figs. 2– | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function**: "receiving at least one type of exercise indicator signal associated with exercise performed by a particular user from a particular exercise machine from among a plurality of accessible exercise machines in a particular mark-up language format at a universally accessible server system in accordance with a universal identifier associated with said particular user"<br><br>**Structure**: Indefinite<br><br>**Supporting Intrinsic Evidence** |

| **U.S. Patent No. 6,601,016** | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| | 3 | The '016 Patent Claims 17, 33.<br><br>The '016 Patent at 6:22-51<br><br>The file history of the '016 Patent, including the 4/28/2000 Original Claims, the 1/24/2002 Non-Final Rejection, the 5/10/2002 Amendment, the 10/2/2002 Final Rejection, the 2/10/2003 Amendment, and the 3/5/2003 Notice of Allowance.<br><br>The following references cited in the File History of the '016 Patent:<br><br>U.S. Patent Nos. 4,817,940 (Shaw), 5,785,632 (Greenberg), and 5,973,696 (Agranat).<br><br>Any intrinsic evidence cited by ICON. |
| **"means for storing said at least one type of exercise indicator signal as current fitness activity for said particular user at said universally accessible server system wherein said at least one type of exercise indicator signal is stored in association with said universal identifier to identify said current fitness activity for said particular user, such that a universally accessible server system in accordance with a universal** | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function:** storing said at least one type of exercise indicator signal as current fitness activity for said particular user at said universally accessible server system<br><br>**Structure:** Data Storage Medium, | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function**: "storing said at least one type of exercise indicator signal as current fitness activity for said particular user at said universally accessible server system wherein said at least one type of exercise indicator signal is stored in association |

| U.S. Patent No. 6,601,016 | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| **identifier associated with said particular user monitors the real-time fitness activity of said particular user from said at least one type of exercise indicator signal received from at least one exercise machine"**<br><br>'016 Patent Claims: 17, 33 | Universally Accessible (Remote) Server System (60)<br><br>**Supporting Intrinsic Evidence**<br><br>'016 Patent Claim: 17<br><br>'016 Patent: 3:45–59; 7:28–46; 8:20–28 | with said universal identifier to identify said current fitness activity for said particular user, such that a universally accessible server system in accordance with a universal identifier associated with said particular user monitors the real-time fitness activity of said particular user from said at least one type of exercise indicator signal received from at least one exercise machine"<br><br>**Structure**: Indefinite<br><br>**Supporting Intrinsic Evidence**<br><br>The '016 Patent Claims 17, 33<br><br>The '016 Patent at 6:22-51<br><br>The file history of the '016 Patent, including the 4/28/2000 Original Claims, the 1/24/2002 Non-Final Rejection, the 5/10/2002 Amendment, the 5/31/2002 Non-Final Rejection, the 9/3/2002 Amendment, the 10/2/2002 Final Rejection, the 2/10/2003 Amendment, and the 3/5/2003 Notice of Allowance.<br><br>The following references cited in the File History of the '016 Patent:<br><br>U.S. Patent Nos. 4,817,940 (Shaw), and |

| **U.S. Patent No. 6,601,016** | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| | | 5,785,632 (Greenberg).<br><br>Any intrinsic evidence cited by ICON. |
| **"means for receiving current fitness activity for a first exerciser exercising on a first exercise machine in a particular mark-up language format at an exercise machine monitor for monitoring exercise performed by a second exerciser on a second exercise machine, wherein said current fitness activity is received at said exercise machine monitor from a universally accessible server system, wherein said current fitness activity for a first exerciser is identified by a universal identifier associated with said first exerciser"**<br><br>'016 Patent Claim: 53 | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function:** receiving current fitness activity for a first exerciser exercising on a first exercise machine in a particular mark-up language format at an exercise machine monitor for monitoring exercise performed by a second exerciser on a second exercise machine, wherein said current fitness activity is received at said exercise machine monitor from a universally accessible server system, wherein said current fitness activity for a first exerciser is identified by a universal identifier associated with said first exerciser<br><br>**Structure:** At-Machine Exercise Monitor (66a-n, 40), Network (62)<br><br>**Supporting Intrinsic Evidence** | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function**: "receiving current fitness activity for a first exerciser exercising on a first exercise machine in a particular mark-up language format at an exercise machine monitor for monitoring exercise performed by a second exerciser on a second exercise machine, wherein said current fitness activity is received at said exercise machine monitor from a universally accessible server system, wherein said current fitness activity for a first exerciser is identified by a universal identifier associated with said first exerciser"<br><br>**Structure**: Indefinite<br><br>**Supporting Intrinsic Evidence**<br><br>The '016 Patent Claims 53. |

| U.S. Patent No. 6,601,016 | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| | '016 Patent Claim: 53<br><br>'016 Patent: 4:11–15; 5:29–41; 6:14–21; 6:51–62; 7:12–27; 7:31–34; 12:56–65; and Fig. 2<br><br>See also means for receiving in claims 17 and 18 above. | The '016 Patent at 6:22-51<br><br>The file history of the '016 Patent, including the 4/28/2000 Original Claims, the 5/31/2002 Non-Final Rejection, and the 3/5/2003 Notice of Allowance.<br><br>The following references cited in the File History of the '016 Patent:<br><br>U.S. Patent Nos. 4,817,940 (Shaw), 5,785,632 (Greenberg), and 5,973,696 (Agranat).<br><br>Any intrinsic evidence cited by ICON. |
| **"means for displaying a graphical comparison of said current fitness activity for said first exerciser with current fitness activity for said second exerciser from an output interface controlled by said exercise machine monitor, such that said second exerciser is enabled compete against a plurality of exercisers"**<br><br>'016 Patent Claim: 53 | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function:** displaying a graphical comparison of said current fitness activity for said first exerciser with current fitness activity for said second exerciser from an output interface controlled by said exercise machine monitor<br><br>**Corresponding Structure:** At-Exercise Machine Monitor (66a-n, 40), including Processor (12), Graphics Adapter (21), | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function**: "displaying a graphical comparison of said current fitness activity for said first exerciser with current fitness activity for said second exerciser from an output interface controlled by said exercise machine monitor, such that said second exerciser is enabled compete against a plurality of exercisers" |

| U.S. Patent No. 6,601,016 | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| | Display Monitor (22)<br><br>**Supporting Intrinsic Evidence**<br><br>'016 Patent Claim: 53<br><br>'016 Patent: 2:42–67; 3:1–21; 4:51–65; 5:13–17; 9:39–42; 11:44–63 | **Structure**: Indefinite<br><br>**Supporting Intrinsic Evidence**<br><br>The '016 Patent Claims 53.<br><br>The file history of the '016 Patent, including the 4/28/2000 Original Claims, the 1/24/2002 Non-Final Rejection, the 10/2/2002 Final Rejection, the 2/10/2003 Amendment, and the 3/5/2003 Notice of Allowance.<br><br>The following references cited in the File History of the '016 Patent:<br><br>U.S. Patent Nos. 4,817,940 (Shaw), 5,213,555 (Hood), and 5,785,632 (Greenberg).<br><br>Any intrinsic evidence cited by ICON. |
| **"means for receiving said at least one type of exercise indicator signal in an extensible mark-up language format"**<br><br>'016 Patent Claims: 18, 34 | **Proposed Construction**<br><br>**Function**: receiving said at least one type of exercise indicator signal in an extensible mark-up language format<br><br>**Structure**: Universally Accessible (Remote) Server System (60) Network (62) | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function**: "receiving said at least one type of exercise indicator signal in an extensible mark-up language format" |

| U.S. Patent No. 6,601,016 | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| | **Supporting Intrinsic Evidence**<br><br>'016 Patent Claims: 18, 34<br><br>'016 Patent: 1:20–25; 3:38–59; 4:7–10; 4:34–50; 6:22–26; 8:29–34; 12:61–65; and Figs. 2–3 | **Structure**: Indefinite<br><br>**Supporting Intrinsic Evidence**<br><br>The '016 Patent Claims 18, 34.<br><br>The '016 Patent at 6:22-51<br><br>The file history of the '016 Patent, including the 4/28/2000 Original Claims, the 1/24/2002 Non-Final Rejection, the 5/31/2002 Non-Final Rejection, the 9/3/2002 Amendment, the 10/2/2002 Final Rejection, the 2/10/2003 Amendment, and the 3/5/2003 Notice of Allowance.<br><br>The following references cited in the File History of the '016 Patent:<br><br>U.S. Patent Nos. 5,785,632 (Greenberg), and 5,973,696 (Agranat).<br><br>Any intrinsic evidence cited by ICON. |
| **"means for computing said current fitness activity according to said at least one type of exercise indicator signal and a profile of said particular user at said universally accessible server system in accordance with said universal identifier"** | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function:** computing said current fitness activity according to said at least one type of exercise indicator signal and a profile | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function**: "computing said current fitness activity according to said at least one type of exercise indicator signal and a profile |

| U.S. Patent No. 6,601,016 | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| '016 Patent Claims: 19, 35 | of said particular user at said universally accessible server system<br><br>**Structure:** Universally Accessible (Remote) Server System (60), At-Machine Exercise Monitor (66a-n, 40)<br><br>**Supporting Intrinsic Evidence**<br><br>'016 Patent Claim: 19<br><br>'016 Patent: 3:45–59; 5:29–41; 8:29–50; 7:28–46 | of said particular user at said universally accessible server system in accordance with said universal identifier"<br><br>**Structure**: Indefinite<br><br>**Supporting Intrinsic Evidence**<br><br>The '016 Patent Claims 19, 35.<br><br>The '016 Patent at 6:22-51<br><br>The file history of the '016 Patent, including the 4/28/2000 Original Claims, the 1/24/2002 Non-Final Rejection, the 2/10/2003 Amendment, and the 3/5/2003 Notice of Allowance.<br><br>The following references cited in the File History of the '016 Patent:<br><br>U.S. Patent Nos. 4,817,940 (Shaw), and 5,785,632 (Greenberg).<br><br>Any intrinsic evidence cited by ICON. |
| **"means for computing cumulative fitness activity for said particular user at said universally accessible server system from said current fitness activity and from previously computed fitness activity for said particular user** | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6) | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6) |

| U.S. Patent No. 6,601,016 | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| **computed and stored during a particular period of time as a result of exercise at any of said plurality of diverse exercise machines"**<br><br>'016 Patent Claims: 20, 36 | **Function:** computing cumulative fitness activity for said particular user at said universally accessible server system<br><br>**Structure:** Universally Accessible (Remote) Server System (60)<br><br>**Supporting Intrinsic Evidence**<br><br>'016 Patent Claims: 20, 36<br><br>'016 Patent: 3:38–44; 7:28–46; 8:29–39; 9:1–14; 9:15–20 | **Function**: "computing cumulative fitness activity for said particular user at said universally accessible server system from said current fitness activity and from previously computed fitness activity for said particular user computed and stored during a particular period of time as a result of exercise at any of said plurality of diverse exercise machines"<br><br>**Structure**: Indefinite<br><br>**Supporting Intrinsic Evidence**<br><br>The '016 Patent Claims 20, 36.<br><br>The '016 Patent at 6:22-51<br><br>The file history of the '016 Patent, including the 4/28/2000 Original Claims, the 1/24/2002 Non-Final Rejection, the 2/10/2003 Amendment, and the 3/5/2003 Notice of Allowance.<br><br>The following references cited in the File History of the '016 Patent:<br><br>U.S. Patent Nos. 4,817,940 (Shaw), and 5,785,632 (Greenberg)<br><br>Any intrinsic evidence cited by ICON. |

| U.S. Patent No. 6,601,016 | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| **"means for transmitting personal data and a program selection for said particular user from said universally accessible server system in accordance with said universal identifier to said particular exercise machine in said common transmittable data format, in order to initialize an at-machine monitor for use by said particular user"**<br><br>'016 Patent Claims: 22, 38 | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function:** transmitting personal data and a program selection for said particular user from said universally accessible server system<br><br>**Structure:** Universally Accessible Server System (60), Network (62)<br><br>**Supporting Intrinsic Evidence**<br><br>'016 Patent Claims: 22, 38<br><br>'016 Patent: 3:11–27; 4:11–15; 6:14–21; 10:15–27; 10:60–11:14; 12:35–43; 12:56–65 | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function**: "transmitting personal data and a program selection for said particular user from said universally accessible server system in accordance with said universal identifier to said particular exercise machine in said common transmittable data format, in order to initialize an at-machine monitor for use by said particular user"<br><br>**Structure**: Indefinite<br><br>**Supporting Intrinsic Evidence**<br><br>The '016 Patent Claims 22, 38.<br><br>The '016 Patent at 6:22-51<br><br>The file history of the '016 Patent, including the 4/28/2000 Original Claims, the 1/24/2002 Non-Final Rejection, the 5/10/2002 Amendment, the 10/2/2002 Final Rejection, and the 3/5/2003 Notice of Allowance.<br><br>The following references cited in the File |

| U.S. Patent No. 6,601,016 | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| | | History of the '016 Patent:<br><br>U.S. Patent Nos. 4,817,940 (Shaw), 5,435,799 (Lundin), 5,785,632 (Greenberg), 5,973,696 (Agranat), and 6,042,519 (Shea).<br><br>Any intrinsic evidence cited by ICON. |
| **"means for detecting an exercise event for said particular user for said particular exercise machine in an electronic schedule at said universally accessible server system in accordance with said universal identifier"**<br><br>'016 Patent Claims: 24, 40 | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function:** detecting an exercise event for said particular user for said particular exercise machine in an electronic schedule at said universally accessible server<br><br>**Structure:** Universally Accessible (Remote) Server System (60), Data Storage Medium (51)<br><br>**Supporting Intrinsic Evidence**<br><br>'016 Patent Claim: 40<br><br>'016 Patent: 10:15–41; 12:17–36; 13:37–44 | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function**: "detecting an exercise event for said particular user for said particular exercise machine in an electronic schedule at said universally accessible server system in accordance with said universal identifier"<br><br>**Structure**: Indefinite<br><br>**Supporting Intrinsic Evidence**<br><br>The '016 Patent Claims 24, 40.<br><br>The '016 Patent at 6:22-51, 12:56-13:44, Fig. 3.<br><br>The file history of the '016 Patent, including the 4/28/2000 Original Claims, |

| U.S. Patent No. 6,601,016 | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| | | the 10/2/2002 Final Rejection, the 2/10/2003 Amendment, and the 3/5/2003 Notice of Allowance.<br><br>The following references cited in the File History of the '016 Patent:<br><br>U.S. Patent Nos. 4,817,940 (Shaw), 5,387,164 (Brown), and 5,785,632 (Greenberg).<br><br>Any intrinsic evidence cited by ICON. |
| **"means for transmitting said program selection according to said exercise event"**<br><br>'016 Patent Claims: 24, 40 | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function:** transmitting said program selection<br><br>**Structure:** Universally Accessible Server System (60) Network (62)<br><br>**Supporting Intrinsic Evidence**<br><br>'016 Patent Claims: 24, 40<br><br>See "means for transmitting personal data and a program selection for said particular user from said universally accessible | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function**: "transmitting said program selection according to said exercise event"<br><br>**Structure**: Indefinite<br><br>**Supporting Intrinsic Evidence**<br><br>The '016 Patent Claims 24, 40.<br><br>The '016 Patent at 6:22-51<br><br>The file history of the '016 Patent, including the 4/28/2000 Original Claims, the 10/2/2002 Final Rejection, the |

| U.S. Patent No. 6,601,016 | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| | server system" in claims 22 and 38 above. | 2/10/2003 Amendment, and the 3/5/2003 Notice of Allowance.<br><br>The following references cited in the File History of the '016 Patent:<br><br>U.S. Patent Nos. 4,817,940 (Shaw), 5,387,164 (Brown), and 5,785,632 (Greenberg).<br><br>Any intrinsic evidence cited by ICON. |
| **"means for accessing a description of each of a plurality of exercise machines that are accessible to said user at said universally accessible server system according to said universal identifier"**<br><br>'016 Patent Claims: 27, 43 | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function:** accessing a description of each of a plurality of exercise machines that are accessible to said user at said universally accessible server system<br><br>**Structure:** Universally Accessible (Remote) Server System (60), Network (62), At-Machine Exercise Monitor (66a-n, 40)<br><br>**Supporting Intrinsic Evidence**<br><br>'016 Patent Claims: 27, 43 | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function**: "accessing a description of each of a plurality of exercise machines that are accessible to said user at said universally accessible server system according to said universal identifier"<br><br>**Structure**: Indefinite<br><br>**Supporting Intrinsic Evidence**<br><br>The '016 Patent Claims 27, 43.<br><br>The '016 Patent at 6:22-51<br><br>The file history of the '016 Patent, |

| **U.S. Patent No. 6,601,016** | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| | '016 Patent: 10:39–41; 10:60–11:3, 11:29–42; 12:44–55; 13:45–65 | including the 4/28/2000 Original Claims, the 10/2/2002 Final Rejection, the 2/10/2003 Amendment, and the 3/5/2003 Notice of Allowance.<br><br>The following references cited in the File History of the '016 Patent:<br><br>U.S. Patent Nos. 4,817,940 (Shaw), 5,785,632 (Greenberg), 5,888,172 (Andrus), and 6,042,519 (Shea).<br><br>Any intrinsic evidence cited by ICON. |
| **"means for allowing access to said stored current fitness activity for said particular user by an alternate user via said universally accessible server system in accordance with said universal identifier"**<br><br>'016 Patent Claims: 28, 44 | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function:** allowing access to said stored current fitness activity for said particular user by an alternate user via said universally accessible server system<br><br>**Structure:** Universally Accessible (Remote) Server System (60)<br><br>**Supporting Intrinsic Evidence**<br><br>'016 Patent Claims: 28, 44 | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function**: "allowing access to said stored current fitness activity for said particular user by an alternate user via said universally accessible server system in accordance with said universal identifier"<br><br>**Structure**: Indefinite<br><br>**Supporting Intrinsic Evidence**<br><br>The '016 Patent Claims 28, 44. |

| **U.S. Patent No. 6,601,016** | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| | '016 Patent: 3:45–59; 7:56–8:9, 14:22–48 | The '016 Patent at 6:22-51<br><br>The file history of the '016 Patent, including the 4/28/2000 Original Claims, the 10/2/2002 Final Rejection, the 2/10/2003 Amendment, and the 3/5/2003 Notice of Allowance.<br><br>The following references cited in the File History of the '016 Patent:<br><br>U.S. Patent Nos. 4,817,940 (Shaw), and 5,785,632 (Greenberg).<br><br>Any intrinsic evidence cited by ICON. |

**B. ’590 PATENT**

| **U.S. Patent No. 7,556,590** | | |
|---|---|---|
| **Claim Term** | **ICON’s Proposed Construction and Supporting Intrinsic Evidence** | **Peloton’s Proposed Construction and Supporting Intrinsic Evidence** |
| **“Virtual race”**<br><br>’590 Patent Claims: 1, 2, 13, 14, 17 | **Proposed Construction**<br><br>a competition or contest among users where the users are not physically present at the location of the competition or contest<br><br>“Virtual race” is not a limitation of the claims.<br><br>**Supporting Intrinsic Evidence**<br><br>’590 Patent Claims: 1, 2, 13, 14, 17<br><br>’590 Patent: 23:31–42 | **Proposed Construction**<br><br>“a race where the user is exercising on a computer-generated course”<br><br>“Virtual race” is a limitation of the claims.<br><br>**Supporting Intrinsic Evidence**<br><br>’590 Patent Claims 1, 2, 13, 14, and 17<br><br>590 Patent at 4:21-5:13, 23:15-30, 23:31-57, 24:46-25:32, 25:43-55, 29:21-59, Figs. 10, 11.<br><br>The file history of the ’590 Patent including the 5/8/2006 Original Claims, the 3/26/2007 Restriction Requirement, the 4/26/2006 Response to Restriction Requirement, the 5/25/2007 Preliminary Amendment, the 6/6/2007 Non-Final Rejection, the 9/6/2007 Amendment, the 11/14/2007 Restriction Requirement, the 11/23/2007 Response to Restriction Requirement, the 2/28/2008 Final Rejection, the 5/28/2008 Supplemental Response.<br><br>The following reference cited in the File History of the ’590 Patent: U.S. Patent |

| **U.S. Patent No. 7,556,590** | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| | | No. 6,450,922 (Henderson).<br><br>Any intrinsic evidence cited by ICON. |
| **"exercise communication protocol"**<br><br>'590 Patent Claim: 1 | **Proposed Construction**<br><br>a data format produced for or understood by an exercise device<br><br>**Supporting Intrinsic Evidence**<br><br>'590 Patent Claim: 1<br><br>'590 Patent: 3:27–45; 7:58–62; 13:44–52; 29:51–59, and Figs. 1, 2, 5–8, 10<br><br>See also computer communication protocol and translator device | **Proposed Construction**<br><br>Communication protocol: "One or more rules that data can be formatted in accordance with, that data can be formatted by, or that can be used to format data. Alternatively, the communication protocol can be the data itself."<br><br>Exercise communication protocol: "a communication protocol capable of being used by an exercise device"<br><br>**Supporting Evidence**<br><br>'590 Patent Claim 1<br><br>'590 Patent at 2:53-57, 3:27-45, 6:11-21, 7:51-62, 13:45-52, 29:24-31, 29:51-59.<br><br>The file history of the '590 Patent including the 5/8/2006 Original Claims, the 2/28/2008 Final Rejection, the 3/25/2008 Amendment, 5/28/2008 Supplemental Amendment.<br><br>Any intrinsic evidence cited by ICON. |

| **U.S. Patent No. 7,556,590** | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| **"computer communication protocol"**<br><br>'590 Patent Claim: 1 | **Proposed Construction**<br><br>a data format produced for or understood by a computer device<br><br>**Supporting Intrinsic Evidence**<br><br>'590 Patent Claim: 1<br><br>'590 Patent: 3:30–33; 3:41–45; 7:15–21; 12:29–64; 29:51–59; and Figs 1, 2, 5–8, 10<br><br>See also exercise communication protocol and translator device | **Proposed Construction**<br><br>Communication protocol: "One or more rules that data can be formatted in accordance with, that data can be formatted by, or that can be used to format data. Alternatively, the communication protocol can be the data itself."<br><br>Computer communication protocol: "a communication protocol capable of being used by a computer device"<br><br>**Supporting Intrinsic Evidence**<br><br>'590 Patent Claim 1<br><br>'590 Patent at 2:53-57, 3:27-45, 6:11-21, 7:51-62, 13:45-52, 29:24-31, 29:51-59.<br><br>The file history of the '590 Patent including the 5/8/2006 Original Claims, the 2/28/2008 Final Rejection, the 3/25/2008 Amendment, 5/28/2008 Supplemental Amendment.<br><br>Any intrinsic evidence cited by ICON. |
| **"translator[s] device[s]"**<br><br>'590 Patent Claims: 1, 13 | **Proposed Construction**<br><br>a device or structure configured to | **Proposed Construction**<br><br>Means-plus-function limitation under 35 |

| U.S. Patent No. 7,556,590 | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| | translate and exchange data between different data formats<br><br>**Supporting Intrinsic Evidence**<br><br>'590 Patent Claim: 1<br><br>'590 Patent: 3:19–21; 3:46–59; 6:11–21; 12:3–20; 12:53–58; 16:20–37; and Figs. 1, 2, 5–8, 10<br><br>See also exercise communication protocol and computer communication protocol | U.S.C. § 112(6)<br><br>**Function (Claim 1):** "translating data between the exercise communication protocol and the computer communication protocol"<br><br>**Function (Claim 13):** The function of claim 1, and also "communicatively coupling the first and second exercise devices to the means for comparing so as to facilitate communication of data representative of the performance of each of the plurality of users between the first and second exercise devices and the means for comparing."<br><br>**Structure:** Indefinite<br><br>**Supporting Intrinsic Evidence**<br><br>'590 Patent Claim 1, 13<br><br>The file history of the '590 Patent including the 5/8/2006 Original Claims, the 6/6/2007 Non-Final Rejection, the 9/6/2007 Amendment, the 2/28/2008 Final Rejection, the 3/25/2008 Amendment, and the 5/28/2008 Supplemental Response.<br><br>The following reference cited in the File |

| U.S. Patent No. 7,556,590 | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| | | History of the '590 Patent: U.S. Patent No. 6,450,922 (Henderson).<br><br>Any intrinsic evidence cited by ICON. |
| **"means for comparing the use of the first exercise device relative to the first start time with the use of the second exercise device relative to the second start time"**<br><br>'590 Patent Claim: 1 | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function:** comparing the use of the first exercise device relative to the first start time with the use of the second exercise device relative to the second start time<br><br>**Structure:** Server (216), Computer Device (212a-n), Communication System (18), Translator Device (220a-n), or Exercise Device (222a-n), Remote Computer Device (148)<br><br>**Supporting Intrinsic Evidence**<br><br>'590 Patent Claims: 1, 13<br><br>'590 Patent: 4:21–38; 4:52–64; 15:37–16:6; 24:46–65; 25:10–24; 26:15–17; and Fig. 7 | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function**: "comparing the use of the first exercise device relative to the first start time with the use of the second exercise device relative to the second start time"<br><br>**Structure**: Indefinite<br><br>**Supporting Intrinsic Evidence**<br><br>'590 Patent Claim 1<br><br>'590 Patent at 27:60-67, 28:16-28<br><br>The file history of the '590 Patent including the 5/8/2006 Original Claims, the 5/25/2007 Preliminary Amendment, the 2/28/2008 Final Rejection, the 3/25/2008 Amendment, the 5/28/2008 Supplemental Response.<br><br>The following reference cited in the File History of the '590 Patent: U.S. Patent |

| U.S. Patent No. 7,556,590 | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| | | No. 6,450,922 (Henderson).<br><br>Any intrinsic evidence cited by ICON. |
| **"means for providing communication between the first computer device, the second computer device and the comparing means"**<br><br>'590 Patent Claim: 1 | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function:** providing communication between the first computer device, the second computer device and the comparing means<br><br>**Structure:** Server (216), Network (210), Computer Device (212a-n)<br><br>**Supporting Intrinsic Evidence**<br><br>'590 Patent Claim: 1<br><br>'590 Patent: 7:4–30; 15:67–16:6; 24:1–23; 25:25–42 | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function**: "providing communication between the first computer device, the second computer device and the comparing means"<br><br>**Structure**: Indefinite<br><br>**Supporting Intrinsic Evidence**<br><br>'590 Patent Claim 1<br><br>The file history of the '590 Patent including the 5/8/2006 Original Claims, the 5/25/2007 Preliminary Amendment, the 2/28/2008 Final Rejection, the 3/25/2008 Amendment, the 5/28/2008 Supplemental Response.<br><br>The following reference cited in the File History of the '590 Patent: U.S. Patent No. 6,450,922 (Henderson). |

| **U.S. Patent No. 7,556,590** | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| | | Any intrinsic evidence cited by ICON. |
| **"the means for comparing comprising a computer device remote from each of the first and second exercise devices and configured to compare the performance of each of the plurality of users and notify one of the plurality of users of the performance of another of the plurality of users"**<br><br>'590 Patent Claim: 13 | **Proposed Construction**<br><br>**Function**: The function of the means for comparing of claim 1, and "comparing the performance of each of the plurality of users and notify one of the plurality of users of the performance of another of the plurality of users"<br><br>**Corresponding Structure:** Server (216), Communication System (18), Remote Computer Device (148), Computer Device (212a-n), or Translator Device (220a-n)<br><br>**Supporting Intrinsic Evidence**<br><br>'590 Patent Claims: 1, 13<br><br>'590 Patent: 4:21–38; 4:52–64; 15:37–16:6; 24:46–65; 25:10–24; 26:15–17; and Fig. 7 | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function**: The function of the means for comparing of claim 1, and "comparing the performance of each of the plurality of users and notify one of the plurality of users of the performance of another of the plurality of users"<br><br>**Structure**: Indefinite<br><br>**Supporting Intrinsic Evidence**<br><br>'590 Patent Claim 13<br><br>'590 Patent at 27:60-67, 28:16-28<br><br>The file history of the '590 Patent including the 5/8/2006 Original Claims, the 5/25/2007 Preliminary Amendment, the 2/28/2008 Final Rejection, the 3/25/2008 Amendment, the 5/28/2008 Supplemental Response.<br><br>The following reference cited in the File History of the '590 Patent: U.S. Patent |

| **U.S. Patent No. 7,556,590** | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| | | No. 6,450,922 (Henderson).<br><br>Any intrinsic evidence cited by ICON. |
| **"the means for comparing compares the performance of each of the plurality of users based on an order in which each of the plurality of users completed the virtual race"**<br><br>'590 Patent Claim: 14 | **Proposed Construction**<br><br>**Function:** The function of the means for comparing of claims 1 and 13, and "comparing the performance of each of the plurality of users based on an order in which each of the plurality of users completed the virtual race"<br><br>**Corresponding Structure:** Server (216), Communication System (18), Remote Computer Device (148), Computer Device (212a-n), or Translator Device (220a-n)<br><br>**Supporting Intrinsic Evidence**<br><br>'590 Patent Claims: 1, 13, 14<br><br>'590 Patent: 4:21–38; 4:52–64; 15:37–16:6; 24:46–65; 25:10–24; 26:15–17; and Fig. 7 | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function**: The function of the means for comparing of claims 1 and 13, and "comparing the performance of each of the plurality of users based on an order in which each of the plurality of users completed the virtual race"<br><br>**Structure**: Indefinite<br><br>**Supporting Intrinsic Evidence**<br><br>'590 Patent Claim 14<br><br>'590 Patent at 27:60-67, 28:16-28<br><br>The file history of the '590 Patent including the 5/8/2006 Original Claims, the 5/25/2007 Preliminary Amendment, the 2/28/2008 Final Rejection, the 3/25/2008 Amendment, the 5/28/2008 Supplemental Response.<br><br>The following reference cited in the File |

| **U.S. Patent No. 7,556,590** | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| | | History of the '590 Patent: U.S. Patent No. 6,450,922 (Henderson).<br><br>Any intrinsic evidence cited by ICON. |
| **"the means for comparing is configured to notify each of the plurality of users of a winner of the virtual race subsequent to the end of the virtual race"**<br><br>'590 Patent Claim: 17 | **Proposed Construction**<br><br>**Function:** The function of the means for comparing of claims 1 and 13, and "notifying each of the plurality of users of a winner of the virtual race subsequent to the end of the virtual race"<br><br>**Corresponding Structure:** Server (216), Communication System (18), Remote Computer Device (148), Computer Device (212a-n), or Translator Device (220a-n)<br><br>**Supporting Intrinsic Evidence**<br><br>'590 Patent Claims: 1, 13, 14, 17<br><br>'590 Patent: 4:21–38; 4:52–64; 15:37–16:6; 24:46–65; 25:10–24; 26:15–17; and Fig. 7 | **Proposed Construction**<br><br>Means-plus-function limitation under 35 U.S.C. § 112(6)<br><br>**Function**: The function of the means for comparing of claims 1 and 13, and "notifying each of the plurality of users of a winner of the virtual race subsequent to the end of the virtual race"<br><br>**Structure**: Indefinite<br><br>**Supporting Intrinsic Evidence**<br><br>'590 Patent Claim 17<br><br>'590 Patent at 27:60-67, 28:16-28, 29:39-59, Fig. 12.<br><br>The file history of the '590 Patent including the 5/8/2006 Original Claims, the 5/25/2007 Preliminary Amendment, the 2/28/2008 Final Rejection, the 3/25/2008 Amendment, the 5/28/2008 Supplemental Response. |

| **U.S. Patent No. 7,556,590** | | |
|---|---|---|
| **Claim Term** | **ICON's Proposed Construction and Supporting Intrinsic Evidence** | **Peloton's Proposed Construction and Supporting Intrinsic Evidence** |
| | | The following reference cited in the File History of the '590 Patent: U.S. Patent No. 6,450,922 (Henderson).<br><br>Any intrinsic evidence cited by ICON. |
| **"Start time"**<br><br>'590 Patent Claims: 1, 8, 13, 16 | **Proposed Construction**<br><br>The time at which the user begins the virtual race<br><br>**Supporting Intrinsic Evidence**<br><br>'590 Patent Claim: 1, 8, 12, 13, 16<br><br>'590 Patent: 23:22-28; 23:31–43; 25:56-26:6 | **Proposed Construction**<br><br>"Start time of the virtual race"<br><br>**Supporting Intrinsic Evidence**<br><br>'590 Patent Claims 1, 8, 12, 13, and 16<br><br>590 Patent at 4:21-38, 4:52-64, 24:46-65, 27:60-67, 29:13-20, Figs. 10-12.<br><br>The file history of the '590 Patent including the 5/8/2006 Original Claims, the 5/25/2007 Preliminary Amendment, and the 2/28/2008 Final Rejection.<br><br>The following reference cited in the File History of the '590 Patent: U.S. Patent No. 6,450,922 (Henderson).<br><br>Any intrinsic evidence cited by ICON. |