# EXHIBIT A

US006601016B1

(12) **United States Patent**
**Brown et al.**

(10) **Patent No.: US 6,601,016 B1**
(45) **Date of Patent: Jul. 29, 2003**

(54) **MONITORING FITNESS ACTIVITY ACROSS DIVERSE EXERCISE MACHINES UTILIZING A UNIVERSALLY ACCESSIBLE SERVER SYSTEM**

(75) Inventors: **Michael Wayne Brown**, Georgetown, TX (US); **Kelvin Roderick Lawrence**, Round Rock, TX (US); **Michael A. Paolini**, Round Rock, TX (US)

(73) Assignee: **International Business Machines Corporation**, Armonk, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/561,426**

(22) Filed: **Apr. 28, 2000**

(51) **Int. Cl.**[7] .................................... **G06F 15/00**
(52) **U.S. Cl.** .................................... **702/182**
(58) **Field of Search** .................... 272/93, 118, 134; 482/9, 7, 57, 8, 5, 92; 221/211; 364/900, 942; 116/55; 343/357

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,817,940 | A | * | 4/1989 | Shaw et al. | 272/93 |
| 4,828,257 | A | | 5/1989 | Dyer et al. | |
| 4,891,785 | A | * | 1/1990 | Donohoo | 364/900 |
| 5,204,670 | A | | 4/1993 | Stinton | |
| 5,213,555 | A | * | 5/1993 | Hood et al. | 482/57 |
| 5,335,188 | A | | 8/1994 | Brisson | |
| 5,387,164 | A | * | 2/1995 | Brown, Jr. | 482/9 |
| 5,435,799 | A | * | 7/1995 | Lundin | 482/8 |
| 5,598,849 | A | | 2/1997 | Browne | |
| 5,702,323 | A | | 12/1997 | Poulton | |
| 5,785,632 | A | * | 7/1998 | Greenberg et al. | 482/5 |
| 5,799,281 | A | | 8/1998 | Login et al. | |
| 5,816,443 | A | * | 10/1998 | Bustos | 221/211 |
| 5,888,172 | A | * | 3/1999 | Andrus et al. | 482/7 |
| 5,937,387 | A | | 8/1999 | Summerell et al. | |
| 5,957,699 | A | | 9/1999 | Peterson et al. | |
| 5,973,696 | A | * | 10/1999 | Agranat et al. | 345/357 |
| 5,976,083 | A | | 11/1999 | Richardson et al. | |
| 5,984,839 | A | | 11/1999 | Corkum | |
| 6,042,519 | A | * | 3/2000 | Shea | 482/57 |
| 6,464,618 | B1 | | 10/2002 | Shea | |

OTHER PUBLICATIONS

Concept II, Inc. What is the Concept II Indoor Rower?.

* cited by examiner

*Primary Examiner*—John Barlow
*Assistant Examiner*—Tung Lau
(74) *Attorney, Agent, or Firm*—Marilyn Smith Dawkins; Bracewell & Patterson, L.L.P.

(57) **ABSTRACT**

According to the present invention, current fitness indicators for a particular user are detected by a particular exercise machine monitoring device that monitors exercise performed by the particular user on a particular exercise machine. The current fitness indicators are transmitted in a particular transmittable data format to a universally accessible server system in accordance with a universal identifier associated with the particular user and stored at said universally accessible server system in accordance with the universal identifier as current fitness activity, such that real-time fitness activity for a user computed from fitness activity received from any of multiple diverse exercise machines over a period of time is monitored by a universally accessible server system according to a universal identifier for a particular user.

**60 Claims, 6 Drawing Sheets**




10
SYSTEM BUS
11
PROCESSOR
12
ROM
13
RAM
14
9
PCI HOST BRIDGE
16
AUDIO
23
24
PCI BUS
20
GRAPHICS
21
22
EXPANSION BUS BRIDGE
29
COMMUNICATIONS ADAPTER
15
17
SCSI
18
19
ISA BUS
25
26
28

*Fig. 1*



43
45
INPUT INTERFACE
OUTPUT INTERFACE
60
REMOTE SERVER SYSTEM
51
EXERCISE APP
50
FITNESS PROFILE
52
FITNESS GOALS
54
PERSONAL DATA
56
CONTROL PROGRAMS
58
ELECTRONIC CALENDAR
59
AT-MACHINE EXERCISE MONITOR
40
41
42
DETECTION SYSTEM
46
FITNESS CALCULATOR
44
PREDETERMINED EXERCISE PROGRAMS
48
MACHINE CONTROLLER
49
MONITOR USAGE STORAGE
38
EXERCISE MACHINE
62
COMM MEDIUM
NETWORK
COMM MEDIUM
COMM MEDIUM
36
ACCOUNT SERVER SYSTEM
UCID ACCOUNT LOOKUP DATABASE
37


*Fig. 2*


68a
EXERCISE MACHINE
68n
EXERCISE MACHINE
70
SMART CARD
66a
AT-MACHINE EXERCISE MONITOR
66n
AT-MACHINE EXERCISE MONITOR
71
SMART CARD READER
72
64
80
81
62
82
UCID DBASE 39

*Fig. 3*

*Fig. 4*


START
100
RECEIVE UCID AND KEY ?
102
NO
YES
TRANSMIT UCID AND KEY WITH REQUEST FOR EXERCISE PREFERENCES
104
NEW PREFERENCES FOR UCID ?
106
NO
YES
PROMPT USER TO ENTER PERSONAL DATA
108
RECEIVE CONTROL PROGRAM ?
109
YES
NO
EXERCISE SESSION SELECTION FOR CURRENT EXERCISE MACHINE INCLUDED IN PREFERENCES ?
110
YES
NO
PROMPT USER TO ENTER EXERCISE SELECTION
112
ADJUST SELECTED EXERCISE PROGRAM ACCORDING TO SELECTED PROGRAM TIME, DIFFICULTY, AND PERSONAL DATA
114
BEGIN SELECTED EXERCISE PROGRAM
116
CONVERT MONITORED DATA TO TRANSMITTABLE PROTOCOL
118
TRANSMIT MONITORED DATA TO UCID DATABASE
119
PROGRAM TIME OVER ?
120
NO
YES
END


START
130
132
RECEIVE REQUEST, UCID AND KEY ?
NO
YES
134
MATCH TO UCID AND KEY ?
NO
YES
136
RETRIEVE REQUESTED DATA FOR UCID
138
RETURN ERROR MESSAGE
140
FILTER REQUESTED DATA
142
TRANSMIT REQUESTED DATA TO MACHINE MONITOR
END

*Fig. 5*


START
200
202
SET-UP SELECTED ?
NO
YES
203
NEW SESSION PLANNING SELECTED ?
NO
YES
A
204
REQUEST PERSONAL DATA
205
STORE PERSONAL DATA
206
REQUEST EXERCISE GOALS
207
STORE EXERCISE GOALS
208
REQUEST AVAILABLE EXERCISE MACHINES
209
STORE AVAILABLE EXERCISE MACHINES
210
REQUEST PREFERRED TIMES
212
STORE PREFERRED TIMES
214
REQUEST SECURITY FILTER PREFS
215
STORE SECURITY PREFS
A
A
216
DETERMINE EXERCISE SESSIONS
218
DISPLAY EXERCISE SESSIONS
220
FILTER EXERCISE SESSIONS WITH CALENDAR
222
DETECT USER SELECTIONS OF SESSIONS
225
ADD SELECTED SESSIONS TO FITNESS GOALS
226
REQUEST RESERVATIONS FOR MACHINES IN SELECTED SESSIONS
228
REPLY RETURNED ?
NO
YES
230
DISPLAY RESERVATION LISTING
232
TRANSMIT SELECTION OF ALTERNATIVES
234
ADD RESERVATIONS TO CALENDAR
END

*Fig. 6*

# MONITORING FITNESS ACTIVITY ACROSS DIVERSE EXERCISE MACHINES UTILIZING A UNIVERSALLY ACCESSIBLE SERVER SYSTEM

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is related to the following co-pending applications, which are filed on even date herewith and incorporated herein by reference:

(1) U.S. patent application Ser. No. 09/561,115;
(2) U.S. patent application Ser. No. 09/561,134;
(3) U.S. patent application Ser. No. 09/561,422; and
(4) U.S. patent application Ser. No. 09/561,130.

## BACKGROUND OF THE INVENTION

1. Technical Field

The present invention relates to an improved method, system and program for monitoring fitness activity in general and, in particular, to an improved method, system and program for monitoring fitness activity across diverse exercise machines utilizing a universally accessible server system. Still more particularly, the present invention relates to a method, system and program for monitoring the real-time cumulative fitness activity of a user from fitness activity data received from a plurality of diverse exercise machines over a period of time utilizing a universally accessible server system according to a universal identifier associated with the user.

2. Description of the Prior Art

A fitness craze has recently swept the United States and other countries. From fat-free potato chips to treadmills, people around the world have become obsessed with weight loss and healthy living. Accordingly, record numbers of new fitness products/exercise equipment from multiple manufacturers have emerged to meet this obsession (including stair climbers, treadmills, recumbent bicycles, ski machines, rowing machines, and the like).

Many pieces of exercise equipment, when utilized regularly, are very useful for weight loss, for improving cardiovascular stamina, and for strengthening various muscles. Most exercise equipment includes a monitoring device that may include a pulse monitor, a distance meter, a rate monitor, a time monitor, a strain gauge, an accelerometer and/or any other sensor for measuring the physical activity/performance level of an user on the equipment. Moreover, monitoring devices typically request personal data from the user such as age, weight and desired physical fitness level. The monitoring device utilizes the personal data in combination with physical exertion and heart rate to estimate calories burned, fitness levels met, and other fitness related data. In addition, the monitor may adjust the resistance or speed of a piece of exercise equipment in order to aid the user in reaching and/or maintaining a fitness level for that exercise session.

One limiting factor of many exercise machines and monitors is that the user must reenter their personal data to the monitor each time the user utilizes an exercise machine. In addition, most exercise machines do not have a previous history of the user from which to provide data about improvement and to provide additional fitness goals. However, one solution to providing a history of users is provided in U.S. Pat. No. 5,335,188 ('188). In '188, a speed and time elapsed in an exercise session on a bicycle is



recorded. The user may choose to save the speed and time of an exercise session under an identifier for the user. The user may later select a particular exercise session as a standard of performance for subsequent performances whereby each subsequent performance is compared with the selected exercise session. However, while the bicycle monitor memory stores exercise sessions for a particular user at that bicycle, in a club or other venue where multiple bicycles are provided, the user may not always have access to the bicycle at which the session data is stored.

Another limiting factor of many exercise machines is that they operate and monitor the user independent of one another. However, cross-training across multiple machines is popular in order to exercise different parts of the body. An individual may spend 20 minutes on a treadmill working a hills program where the monitor for the treadmill calculates a certain number of calories burned and other fitness related data. The individual may then move to a rowing machine that does not realize that the user has already worked for 20 minutes and thus calculates calories burned and other fitness related data as if the user only worked out on the rowing machine. An overall fitness level achieved by the user after working on both machines is not provided.

One solution to cross-training across multiple machines is provided in U.S. Pat. No. 5,598,849 ('849). In '849, an individual is provided with a user monitor that has a preferred exercise regimen of physical parameters such as heart rate stored therein. The user is required to monitor at least one physical parameter with the assistance of the user monitor and is preferably required during exercise to control his exercise to maintain the physical parameter as closely as possible to the preset values. After exercising is completed, the monitored physical parameters are proffered from the user monitor and sent to a master data processing system where the monitored parameters are stored and compared with the preset parameters in order to develop a fitness profile. However, a real-time fitness profile is not provided. In addition, the exercise regimen is not alterable during the workout. Moreover, the user monitor is limited in that operates independent of the exercise machine and therefore does not provide feedback to the exercise machine in order that resistance or another variable may be adjusted.

In addition, another limiting factor of many exercise machines is that they are boring to utilize because of their inability to encourage an user to continue exercising. Display screens that depict an user's location within a selected exercise program may be provided, however typically include dull graphics. One solution to improving graphical rendering is provided in U.S. Pat. No. 5,947,868 ('868). In the '868 patent, an exercise monitor outputs a signal representative of the performance level of an user utilizing the exercise equipment (e.g. pulse rate, distance traveled, time exercised, rate of exercise, etc.). The performance level signal then is fed to a video game player wirelessly or via a cable.

The video game player preferably includes a hand-held video game player. To simulate the user, the output from the exercise monitor is utilized to control the video game character's performance level within a video game that runs on the video game player. For example, the lifetime of a video game character may be increased by peddling faster. However, while the video game player provides a graphical venue by which the user controls a video game character according to their fitness level, other types of graphical rendering, other than a video game are not provided. In addition, in order to utilize the video game player, a monitor that supplies a particular type of performance level signal must be coupled to the exercise machine.

Another limiting factor of many exercise machines is that they do not provide a display that is adjustable dependent upon the user. For example, it would be preferable to provide for displaying output from an exercise machine in a particular language, dependent upon the user. In another example, it would be preferable to provide for displaying output from an exercise machine in a particular color or size of type. Moreover, display monitors may be provided that include a hyper-braille representation of text and fitness levels.

Therefore, in view of the aforementioned, it would be preferable to provide a personal electronic exercise monitor via a universally accessible server system according to a universal identifier that provides personal data and exercise program selections to an exercise machine monitor, operates in real-time to proffer fitness data from exercise machine monitors when utilized by a particular user, utilizes the fitness data from each exercise machine monitor to update a total fitness profile for a particular user, and designates the type of graphical rendering of current exertion and totals that is selected by the particular user. In addition, it would be preferable to provide a personal electronic exercise monitor utilizing a universally accessible server system from which personal data and/or exercise program selections are transmittable to an exercise machine monitor such that it is not necessary for a user to re-enter the data at multiple diverse exercise machines.

## SUMMARY OF THE INVENTION

In view of the foregoing, it is therefore an object of the present invention to provide an improved method, system and program for monitoring fitness activity.

It is another object of the present invention to provide an improved method, system and program for monitoring fitness activity across diverse exercise machines utilizing a universally accessible server system.

It is yet another object of the present invention to provide an improved method, system and program for monitoring the real-time cumulative fitness activity of a user from fitness activity data received from a plurality of diverse exercise machines over a period of time utilizing a universally accessible server system according to a universal identifier associated with the user.

According to the method, system and program of the present invention, current fitness indicators for a particular user are detected by a particular exercise machine monitoring device that monitors exercise performed by the particular user on a particular exercise machine. The current fitness indicators are transmitted in a particular transmittable data format to a universally accessible server system in accordance with a universal identifier associated with the particular user and stored at said universally accessible server system in accordance with the universal identifier as current fitness activity, such that real-time fitness activity for a user computed from fitness activity received from any of multiple diverse exercise machines over a period of time is monitored by a universally accessible server system according to a universal identifier for a particular user.

All objects, features, and advantages of the present invention will become apparent in the following detailed written description.

## DESCRIPTION OF THE DRAWINGS

The invention itself as will as a preferred mode of use, further objects, and advantages thereof, will best be understood by reference to the following detailed description of an illustrative embodiment when read in conjunction with the accompanying drawings, wherein:



FIG. **1** depicts a block diagram of a typical computer system that may utilize a preferred embodiment of the present invention;

FIG. **2** illustrates a system for utilizing universally accessible server system as a personal electronic exercise monitor in accordance with the method, system and program of a preferred embodiment of the present invention;

FIG. **3** depicts a pictorial illustration of a network system that provides for data transmission between a universally accessible database and multiple exercise machine monitors in accordance with the method, system and program of the present invention;

FIG. **4** depicts a high level logic flowchart of a process and program for controlling a machine monitor in accordance with the present invention;

FIG. **5** illustrates a high level logic flowchart of a process and program for utilizing a universally accessible database to control an exercise machine in accordance with the present invention; and

FIG. **6** depicts a high level logic flowchart of a process and program for specializing a exercise data stored in association with an identifier within a universally accessible database in accordance with the present invention.

## DESCRIPTION OF A PREFERRED EMBODIMENT

The present invention may be executed in a variety of systems, including a variety of computers under a number of different operating systems. In a preferred embodiment of the present invention, a system of network servers, such as Netfinity™ servers (Netfinity™ is a trademark of International Business Machines Corp.) and other data processing systems connected to a network are utilized to house a universally accessible database. A computer system has access to the network servers. The computer system may be, for example, a desktop computer, a network computer, a portable computer, a midrange computer or a mainframe computer. In addition, the computer system may be part of a network such as a local-area network (LAN) or a wide-area network (WAN). Therefore, in general, the present invention is preferably executed in a computer system that performs computing tasks such as manipulating data in storage that is accessible to the computer system. In addition, the computer system includes at least one output device and at least one input device.

Referring now to the drawings and in particular to FIG. **1**, there is depicted a block diagram of one embodiment of a computer system that may utilize the present invention. As depicted, data processing system **10** includes at least one processor **12**, which is coupled to system bus **11**. Each processor **12** is a general-purpose processor, such as IBM's PowerPC™ processor that, during normal operation, processes data under the control of operating system and application software stored in random access memory (RAM) **14** and Read Only Memory (ROM) **13**. The operating system preferably provides a graphical user interface (GUI) to the user. Application software contains instructions that when executed on processor **12** carry out the operations depicted in the flowcharts of FIGS. **4**, **5**, **6** and others described herein.

Processors **12** are coupled via system bus **11** and Peripheral Component Interconnect (PCI) host bridge **16** to PCI

local bus **20**. PCI host bridge **16** provides a low latency path through which processor **12** may directly access PCI devices mapped anywhere within bus memory and/or I/O address spaces. PCI host bridge **16** also provides a high bandwidth path for allowing PCI devices to directly access RAM **14**.

PCI local bus **20** interconnects a number of devices for communication under the control of PCI controller **30**. These devices include a Small Computer System Interface (SCSI) controller **18**, which provides an interface to SCSI hard disk **19**, and communications adapter(s) **15**, which interface data processing system **10** to at least one data communication network **17** comprising wired and/or wireless network communications. In addition, an audio adapter **23** is attached to PCI local bus **20** for controlling audio output through speaker **24**. A graphics adapter **21** is also attached to PCI local bus **20** for controlling visual output through display monitor **22**. In alternate embodiments of the present invention, additional peripheral components may be added. For example, in alternate embodiments, a tactile display component may be provided.

PCI local bus **20** is further coupled to an Industry Standard Architecture (ISA) bus **25** by an expansion bus bridge **29**. As shown, ISA bus **25** has an attached I/O (Input/Output) controller **34** that interfaces data processing system **10** to peripheral input devices such as a keyboard and mouse (not illustrated) and supports external communication via parallel, serial and universal serial bus (USB) ports **26**, **27**, and **28**, respectively.

With references now to FIG. **2**, there is depicted a system for utilizing a universally accessible server system as a personal electronic exercise monitor in accordance with the method, system and program of a preferred embodiment of the present invention. As depicted, an at-machine exercise machine monitor **40** for an exercise machine **38** includes a detection system **42**. Preferably, detection system **42** includes real-time monitoring systems such as a pulse monitor, a distance meter, a rate monitor, a time monitor, a strain gauge, an accelerometer and/or any other sensor for measuring the fitness indicators of physical activity/performance level of an user on a piece of equipment, as is well known in the art.

In addition, machine monitor **40** includes predetermined exercise programs **44**, a fitness calculator **46** and a machine controller **48**. Machine controller **48** transmits signals that control the moving parts of exercise machine **38**. A user can select from predetermined exercise programs **44** that control machine controller **48** or a control program from a remote server system **60** according to a universal communications identifier (UCID) as will be further described. Predetermined exercise programs **44** preferably enables exercise machine **38** to simulate particular terrain such as hills or to regulate achieving a fitness goal such as improving cardiovascular strength. In addition, a user can select a particular level of difficulty for a selected exercise program for predetermined exercise programs **44**. Fitness calculator **46** utilizes monitored data collected by detection system **42** and data about the user (e.g. age, weight) to estimate the number of calories burned and other fitness related statistics.

Predetermined exercise programs **44** are preferably stored in a data storage structure within data storage medium **41**. In addition, fitness calculator **46** is preferably stored within data storage medium **41**. While in the present embodiment data storage medium **41** is accessible locally by machine monitor **40**, in alternate embodiments, data storage medium **41** may be remotely or externally accessible. In addition, machine monitor **40** may be a "dumb" terminal that is controlled by a network computer.



Moreover, machine monitor **40** preferably communicates with an input interface **43** and an output interface **45**. Input interface **43** may include, but is not limited to including, a keyboard, a mouse, a stylus, a vocal recognition system, a tactile-detectable device, a biometric detection device, a disk drive, and other devices which allow user input to machine monitor **40**. Preferably, input interface **43** provides an interface with machine monitor **40** through which a user may supplement data provided by machine monitor **40** and remote server system **60**. In addition, input interface **43** preferably provides an interface with machine monitor **40** through which a user may customize the functions performed by machine monitor **40** and data stored therein.

In accordance with the present invention, machine monitor **40**, remote server system **60**, and account server system **36** communicate via a communications medium through a network **62**. The communications medium may utilize wired or wireless communications or other communications media that enables transmission of data. Network **62** advantageously comprises a global network such as the Internet, however may also compares a local area network (LAN).

Data exchange across the communications medium is advantageously performed in at least one of multiple available data transmission protocols and is preferably supported by a common data structure format, such as the extensible mark-up language (XML) data structure format. Data transmission protocols may include, but are not limited to, Transmission Control Protocol (TCP), Internet Protocol (IP), Hypertext Transfer Protocol (HTTP), and Bluetooth. In addition, data may be transmitted in a secure manner via encryption or by technologies, such as secure socket layer (SSL) or virtual private networks (VPN).

An example of an XML data file for a control program that might be transmitted from remote server system **60** to machine monitor **40**, as depicted below, preferably contains data that is distinguished by attributes on elements and may be wrappered within a larger element. For example, the data attributed to element "<TimeStamp> </TimeStamp>" designates the time that the data was attributed to the XML data file.

<TREADMILL TimeStamp="888965153" MachineType="Arc2000" UserID="JANEXYZ" Speed="30" Elevation="5">

In addition, in an alternate example, the XML data file might be formatted utilizing elements, as illustrated below.

<TimeStamp>888965153</TimeStamp>
<MachineType>Arc2000</MachineType>
<UserID>JANEXYZ</UserID>
<Speed>30</Speed>
<Elevation>5</Elevation>

In the example, as will be further described, machine monitor **40** would receive the example XML data file and utilize the XML data file to control an exercise program operating on exercise machine **38**. The above described XML data file example is intended as a functional example of an XML data file that would control the speed and elevation of a treadmill. The elements, format of the elements and data included with the elements is provided to depict an example and is not intended to limit the types of elements, format of elements or data included with elements that are in an XML data file.

In the example of the XML data format as the common transmittable data format, a data validation file such as a document type definition (DTD) or schema is preferably utilized to validate XML data files. In addition, a schema preferably translates multiple XML data files. Moreover, a

style sheet such as an extensible stylesheet language (XSL) file is preferably utilized to provide a style specification for the XML data at the receiving system. In particular, DTDs, schemas, and XSL files may be, for example, transmitted with an XML data file to a receiving system or downloaded at the receiving system from an alternate source. In the present example, the DTD or schema would verify that all the data required for transmittal to a particular exercise machine is included in the XML data file. For example, a speed and elevation may be required to validate the XML data file.

Account server system **36** advantageously includes a universal communications identifier (UCID) lookup database **37** that includes a directory for accessing multiple UCID accounts. Advantageously, the listings for multiple UCID accounts that are stored in UCID lookup database **37** each match with a server address where the data for each UCID account is accessible and may include other data about the UCID account, such as the owner of the account, passwords for access to the account, etc. Account server **36** may include a single server system or multiple server systems that provide universal access to the listings of UCID accounts. In addition, multiple interfaces may be utilized for entering a UCID or multiple UCIDs in order to lookup and access a UCID account in lookup database **37**. For example, a user may input a UCID or multiple UCIDs at input interface **43** of machine monitor **40**.

The universally accessible database of server systems may include multiple remote servers, such as remote server system **60** that each access multiple data storage mediums, such as data storage medium **51**. Remote servers may also include home computer systems, data storage provider server, web applications servers (WAPs), portable computers, and mainframes. In general, the data processing systems which include the universally accessible servers system preferably provide processing power for remotely executing applications and functions according to a UCID account. In addition, data stored according to a UCID account may be repurposed at an alternate server system that formats and converts the data into the common transmittable data format in transmittal from the universally accessible servers system to machine monitor **40**. Moreover, the data stored according to a UCID account is advantageously accessible to machine monitor **40** via a live network connection, however may also be replicated locally on in a temporary storage medium **41** of machine monitor **40**.

As will be further described, a UCID account includes an alphanumeric identifier associated with a particular server address that may be owned by an individual, group of individuals, a business, a government, etc. The alphanumeric identifier may be utilized to access multiple types of data formats and organizations of data including, but not limited to, web pages, databases, and data files. Alphanumeric identifiers may include listings including, but not limited to, web page identifiers, server identifiers, etc.

In addition, a single UCID account may utilize multiple alphanumeric identifiers for accessing multiple levels of an account. For example, a business UCID account may include an identifier, such as a web page address, that when requested allows any user to access the web page that provides a listing of available exercise machines provided by a particular health club. In addition, the business UCID account may include another web page address, that also requires a login name and password, to provide restricted access to a database of current exercisers. For example, a user may enroll in a stairclimber club where exercisers compete to see who can climb the most stairs. Each member of the club would be able to access the database of current exercisers and current stair counts via a particular web page by entering a valid login name and password. In another example, an individual may provide access to others to the individual's current cumulative fitness activity by a particular identifier such that a group of buddies can access the current cumulative fitness activity of each other and compete against one another. In addition, the location that the buddy is exercising may be attained.

Multiple types of data may be associated with each UCID account accessible via account lookup server system **36**. In the present example, a UCID account includes the data stored in data storage medium **51**. By entering the UCID for the UCID account at machine monitor **40**, machine monitor **40** transmits the UCID to account lookup server system **36** that then points to remote server system **60** in order to establish a connection between remote server system **60** and machine monitor **40**. Remote server system **60** may further include a directory of data stored in a data storage medium **51** according to multiple UCIDs.

In the present example, data storage medium **51** includes an exercise application **50**, a fitness profile **52**, fitness goals **54**, personal data **56**, control programs **58**, and an electronic calendar **59**. In particular, is exercise application **50**, fitness profile **52**, fitness goals **54**, and personal data **56**, control programs **58**, electronic calendar **59** and other transmittable data stored data storage medium **51** according to a particular UCID account is preferably efficiently stored in a particular transmittable data format, such as XML.

Remote server system **60** is preferably enabled to execute an exercise application **50** to compute current fitness activity based on the detected exercise signals received from machine monitor **40** in the form of a pulse, distance, rate, time, strain, acceleration, and any other sensed value that may be utilized to compute current fitness activity. In addition, in calculating current fitness activity, factors such as previously accumulated fitness activity stored in fitness profile **52**, personal data **56**, and the type of exercise machine are utilized to compute a realistic fitness assessment.

In particular, in addition to receiving detected exercise signals from machine monitor **40**, detected exercise may be input by a user via input interface **43** or from another monitoring device. For example, a user may count the number of jumping jacks that they perform during a break between utilizing exercise machines. The number of jumping jacks can be entered into machine monitor **40** via an input interface **43** and transmitted to remote server system **60**. Remote server system **60** computes fitness activity data for the jumping jacks and updates the cumulative real-time fitness activity data.

Cumulative fitness activity over a selected time period is preferably computed by exercise application **50** from summing previously accumulated fitness activity for the selected time period with the current fitness activity. In summing the previously accumulated fitness activity and current fitness activity, remote server system **60** may adjust the cumulative total to more closely reflect the fitness gained as a result of exercising on multiple machines over a period of time. For example, if a user exercises for an hour across three different exercise machines, the amount of calories burned by the user actually increases with prolonged exercise over a particular amount of time determined for that user and therefore is adjusted in the cumulative fitness activity. Therefore, remote server system **60** is enabled to compute and store cumulative real-time fitness activity within fitness profile **52** over a selected time period or session from across multiple diverse exercise machines utilizing exercise application **50**.

In addition to storing cumulative real-time fitness activity for a user over a particular period of time, individual sessions of fitness activity may also be recorded. For example, if a user exercises on a treadmill for 20 minutes and a rowing machine for 20 minutes, a cumulative fitness profile may be calculated and stored in fitness profile **52**. In addition, fitness activity achieved from exercise on the treadmill and rowing machine may be stored as separate exercise sessions. Moreover, in addition to calculating cumulative fitness activity according to previously accumulated fitness activity, personal data **56** and the type of exercise machine, the types of food eaten by the user that day, fluid intake, medication usage and environmental exposure may be utilized to determine cumulative fitness activity data.

Fitness profile **52**, fitness goals **54** and personal data **56** may be retrieved at machine monitor **40**, wherein machine monitor **40** utilizes the data to calculate current cumulative fitness activity for a user. Current cumulative fitness activity calculated at machine monitor **40** is transmitted to remote server system **60** according to a UCID.

Personal data **56** stored on data storage medium **51** according to a UCID account may include information that is relevant to determining fitness gains in a workout such as weight, height, age, percentage body fat, bone density, metabolism, health problems, prescriptions, diet, and other health related factors. In addition, health data gathered for the user, such as food, liquid and medication intake and environmental exposure may be included. For example, food and liquid intake for a user may be monitored at a UCID account as described in U.S. patent application Ser. No. 09/466,051 and in U.S. patent application Ser. No. 09/560,386, herein incorporated by reference. In another example, medication intake for a user may be monitored at a UCID account as described in U.S. patent application Ser. No. 09/560,318, herein incorporated by reference. Moreover, environmental exposure of a user may be monitored at a UCID account as described in U.S. patent application Ser. No. 09/560,161, herein incorporated by reference.

In addition, personal data **56** preferably includes a user's output preference for how cumulative fitness activity should be output. For example, a user may prefer a particular font size, colors, output device, graphical application, etc.

Moreover, in personal data **56**, an individual can designate multiple levels of security for accessing fitness profile **52**, fitness goals **54** and personal data **56** stored on data storage medium **51**. For example, particular parts of personal data **56** such as age and bone density may be shielded from transmittal and access without a password. As will be understood by one with ordinary skill in the art, multiple types of security methods and filters may be applied to fitness goals **54**, personal data **56** and other data stored on data storage medium **51** according to a UCID account.

Fitness goals **54** preferably includes data such as target heart rates, target caloric loss, target distance and speed, and other target fitness goals stored in a data storage structure. In addition, fitness goals **54** preferably includes selected exercise programs for particular exercise machines and selected exercise sessions. In particular, an exercise program may be preselected in fitness goals **54** for a particular exercise machine such that the exercise program is automatically selected if a user selects to utilize that particular exercise machine. An exercise program may include a preselected control program from among control programs **58** or may indicate a selection of a predetermined exercise program from among predetermined exercise programs **44**. In addition, parameters for the control program, such as a level of difficulty, may also be included in fitness goals **54**.

An exercise session may include multiple selections of control programs from among control programs **58** for multiple machines that the user is intended to utilize over a particular period of time. The session of selections of control programs may be pre-selected by the user, determined by a trainer, or selected by remote server system **60** dependent upon the goals of the user and other factors. For example, a session may be selected that includes a control program for a 20-minute interval on a rowing machine at a particular speed and thereafter a control program for a 15-minute interval on a step machine with a target heart rate. Moreover, exercise sessions may include selections of predetermined exercise programs from among predetermined exercise programs **44**.

A control program selection or session of control program selections in fitness goals **54** may be added to an electronic calendar **59** on data storage medium **51** in order to schedule for the user what type of exercise should be performed each day and how much time should be allotted for exercise. This function is particularly helpful for users wanting to follow a particular work out schedule. For example, athletes training for an event, such as a triathlon, where a schedule is imperative to reach fitness goals and where multiple diverse exercise modes are performed consecutively, would benefit from an exercise program stored on electronic calendar **59**. In addition, a trainer may prescribe a particular workout schedule for a client on electronic calendar **59**.

As mentioned previously, if a user or trainer does not select exercise sessions for an individual, remote server system **60** may provide suitable exercise sessions that are selectable by the individual or a trainer utilizing exercise application **50**. In particular, exercise application **50** is preferably enabled to determine sessions based on an individual's personal data **56**, exercise machines available to the user, and other fitness goals provided such as the type of event training for, the date of the event and other pertinent data. Alternatively, fitness goals may include weight loss, cardiovascular strengthening, muscle strengthening, etc. Preferably, an individual can enter or download specific types of exercise machines that are available in a personal gym or health club utilized by the individual.

Control programs **58** preferably includes multiple control programs for controlling each of multiple types of diverse exercise machines. For example, for a treadmill, one control program may provide for a flat race while another control program may provide for a hill workout. Each of control programs **58** preferably designate a particular type of work out session with goals for reaching particular speeds, heights, heart rates, etc. dependent upon personal data **56**. In particular, control programs **56** are preferably downloadable onto data storage medium **51** via remote server system **60**.

The parameters of control programs **58** are advantageously adjustable by the user such that the intensity of each control program may be varied. For example, a user may select to utilize a particular control program, such as a hill workout, for thirty minutes one day and for forty-five minutes another day. Remote server system **60** and machine monitor **40** are both preferably enabled to adjust the hill workout control program for varying times, difficulties, etc.

When remote server system **60** is accessed from machine monitor **40**, remote server system **60** preferably detects the type of exercise machine from a machine type signal transmitted from exercise machine **38** in the common transmittable data structure format. In response to detecting the type of exercise machine, exercise application **50** executes to check whether a control program or predetermined exercise program for the detected exercise machine is designated in

fitness goals **54**. If a control program or predetermined exercise program is not preselected, then a selection of control programs is transmitted to machine monitor **40**. Machine monitor **40** makes available for selection the control programs and predetermined exercise programs **44**. Alternatively, if a control program is preselected, with parameter selections, a machine control signal is transmitted from remote server system **60** to machine monitor **40** in order to control the functions of exercise machine **38**. In addition, alternatively, if a predetermined exercise program is selected, the selection is transmitted from remote server system **60** to machine monitor **40** and machine monitor **40** controls the functions of exercise machine **38** according to the predetermined exercise program selection.

As a user exercises, the detected exercise signals received from exercise machine **38** at machine monitor **40** are preferably compared with the goals of the exercise program. Comparison may occur at machine monitor **40** or remote server system **60**. For example, a heart rate of the user may be compared with a target heart rate for the control program in view of personal data **56** or a current cumulative fitness activity level in fitness profile **52**. If a user is not reaching target goals, an indicator may be output to the user via output interface **45** and/or the machine control signal to exercise machine adjusted to facilitate the user reaching target goals. If the user is exceeding target goals, an indicator may be output to the user via output interface **45** and/or the machine control signal adjusted to reduce exercise intensity.

As another feature of computer system **10**, a user may compete against other users via a communications medium with other remote server systems that are monitoring real-time fitness activity data of users according to individual UCID accounts, where the fitness activity data is transmittable in the common data structure format. A user may include a buddy list of UCIDs in personal data **56** such that cumulative fitness activity at each of the buddy UCID accounts is monitored at remote server system **60**. In particular, multiple users may be utilizing the same type of exercise machine or diverse types of exercise machines where a single type of display profile or multiple types of display profiles show each of the user's paces compared with the other user's. For example, one user may be riding a stationary bicycle while another user is running on a treadmill. A graphically rendered game may be displayed to each of the user's at each of the user's computer systems that are monitoring their exercise. The game or other application preferably compensates for the differences in types of exercise to show one user's position compared to another user's position in the game. By the present invention, exercisers may compete against other exercisers within a local area or a global area.

As previously described, output preferences may be included with personal data **56** on data storage medium **51** according to a UCID account. The user-designated output preference may designate output preferences for a particular type of output interface **45** for a particular user. Output interface **45** may include, but is not limited to including, a graphical display, an electronic paper, an audio speaker, audio headphones, a tactile detectable device, or a printer. The output preferences may include, but are not limited to specifications such as the size, type and coloring of a font in a graphical display, the type of tactile-detectable output (e.g. Braille), the language or the metric amount displayed.

In addition, the output preferences may designate a particular game or other program that adds a pictorial representation of a fitness profile. For example, a game that displays the user riding through a jungle forest may be selected. Moreover, as will be understood by one with ordinary skill in the art, any output device may perform functions independent of outputting the fitness profile. For example, a user may switch stations, volume and signal bearing media on controllers including, but not limited to, a radio receiver, a television signal receiver, a compact disk player or a tape player that is accessible from exercise machine **38**. In addition, as will be understood by one with ordinary skill in the art, any form of visual, auditory or tactile media may be provided for the individual to detect their fitness profile.

Moreover, a user may tender payment to access and/or purchase an exercise game or other media from an alternate UCID account. For example, a UCID account may include multiple graphical exercise games that are designed for use with a particular exercise machine. The user may be provided with a password or other identifier for accessing the exercise game after paying for that password. In another example, a buddy may have a particular exercise game stored according to the buddy's UCID account. A user may access the particular exercise game from the buddy's UCID account by entering the buddy's UCID and a password.

With reference still to FIG. **2**, an individual can utilize their UCID account as a personal electronic exercise monitor that accesses, interprets, and manages fitness data across multiple diverse exercise machine platforms. Further, a UCID account may be utilized for varying levels of control of machine monitor **40**. For example, for limited control, only the user's personal data may be transmitted from a UCID account to an exercise machine monitor. By transmitting personal data, the user is relieved from re-entering the same personal data across multiple exercise machine monitors. In another example, for another level of control, the user's personal data and an exercise program selection, difficulty and length may be provided to an exercise machine monitor. By transmitting an exercise program selection, difficulty and length, an exercise program from predetermined exercise programs **44** may be selected and adjusted for the user's selected difficulty and length. In another example, for another level of control, a control program may be provided to an exercise machine monitor that controls machine controller **48**. Thereby, programming of the machine monitor is completely determined from the UCID account.

It is important to note that a UCID may be entered by a particular user, or alternatively, a UCID may be entered by a particular user on behalf of another user, group of users, or other account holder. In addition, it is important to note that the exercise machine monitoring system of the present invention may provide for a gym setting in which a user's UCID account is charged as the user exercises. For example, a user's UCID account may be debited per machine usage, per type of machine utilized, per time on the machine, per number of calories burned or other criteria. Moreover, a user's account may be debited for downloading a particular game or upgrade.

Referring now to FIG. **3**, there is depicted a pictorial illustration of a network system that provides for data transmission between a universally accessible database of server systems and multiple exercise machine monitors in accordance with the method, system and program of the present invention. Machine monitors **66***a*–**66***n* are enabled to retrieve data from and transmit to a universally accessible database of server systems **82** via access to a server system **64** with access to network **62**, such as the Internet or other universally accessible network.

Universally accessible database of server systems **82** includes multiple remote server systems. UCID lookup

database **37** is preferably included in universally accessible database of server systems **82** and includes a directory of server addresses associated with the UCID accounts that are stored across the multiple remote server systems of universally accessible database of server systems **82**.

A UCID and access key may be provided to a machine monitor, such as machine monitor **66***n*, via a personal storage device. In the example depicted, a smart card reader **71** accesses a smart card **70** that preferably includes a UCID and an access key stored therein. While the example depicted utilizes smart card **70** as a personal storage device, alternate types of personal storage devices which include a UCID and access key may be utilized in the present invention as will be understood by one with ordinary skill in the art. In addition, a user may enter a UCID and key through an alternate peripheral device.

A schedule request for particular exercise machines during a particular time period may be transmitted from universally accessible database of server systems **82** according to a particular UCID account to a health club server **80**. Health club server **80** preferably includes a reservation database **81** containing a listing of each exercise machine available and any reservations made for the machines. In addition, time limits for each exercise machine may be specified. The reservation server **80** compares the schedule requests with available time slots in reservation database **81** and transmits a list of available scheduling to a particular UCID account within universally accessible database of server systems **82**. An individual with access to the UCID account may then select from the available time slots to reserve exercise machines. In making reservations within reservation database **81**, an identifier, such as the UCID associated with the user requesting the reservation, is stored therewith. Preferably, a session of scheduled exercise machines is added to an electronic calendar or other scheduling database included in a UCID account.

Reservation server **80** preferably tracks statistical data concerning the times utilized and frequency of reservation requests for exercise machines. By tracking reservation data, marketing and financial planning data can be collected. For example, peak hours for a health club can be determined. In addition, by tracking reservation data, a member might be limited in the number of times that they can schedule a reservation and later cancel the reservation.

With reference now to FIG. **4**, there is illustrated a high level logic flowchart of a process and program for controlling a machine monitor in accordance with the present invention. As depicted, the process starts at block **100** and thereafter proceeds to block **102**. Block **102** illustrates a determination as to whether or not a new UCID and key are received. If a new UCID and key are not received, the process iterates at block **102**. If a new UCID and key are received, the process passes to block **104**. Block **104** depicts transmitting the UCID and key with a request for exercise preferences for the particular type of exercise machine controlled by the machine monitor to the UCID lookup database. Thereafter, block **106** illustrates a determination as to whether or not exercise preferences are received for the UCID from the UCID database. Exercise preferences may include personal data, fitness goals and/or a fitness profile. If exercise preferences are not received, then the process passes to block **108**. Block **108** depicts prompting the user for personal data; and the process passes to block **112**. If exercise preferences are received, then the process passes to block **109**.

Block **109** illustrates a determination as to whether or not a control program is received with the exercise preferences. If a control program is received, then the process passes to block **116**. If a control program is not received, the process passes to block **110**. Block **110** depicts a determination as to whether or not an exercise program selection, difficulty and time are included with the exercise preferences. If an exercise program selection, difficulty and time are not included in the exercise preferences, then the process passes to block **112**. Block **112** illustrates prompting the user to enter and exercise program selection, difficulty and time; and the process passes to block **114**. If an exercise program selection, difficulty and time are included in the exercise preferences, then the process passes to block **114**.

Block **114** depicts adjusting the selected exercise program according to the selected time difficulty and other personal data. Thereafter, block **116** illustrates beginning the selected exercise program. Next, block **118** depicts updating the UCID account with the monitored data. Thereafter, block **120** illustrates a determination as to whether or not the program time is over. If the program time is not over, then the process passes to block **118**. If the program time is over, then the process ends.

Referring now to FIG. **5**, there is depicted a high level logic flowchart of a process and program for accessing exercise preferences for a designated UCID account in accordance with the present invention. As illustrated, the process starts at block **130** and thereafter proceeds to block **132**. Block **132** depicts a determination as to whether or not a request, UCID and key are received. If a request, UCID and key are not received, then the process iterates at block **132**. If a request, UCID and key are received, then the process passes to block **134**. Block **134** illustrates a determination as to whether a match to the UCID and key is found in the UCID lookup database. If a match is not found, then the process passes to block **138**. Block **138** depicts returning an error message and the process returns. If a match is found, then the process passes to block **136**. Block **136** illustrates retrieving the requested data from the UCID account. Thereafter, block **138** depicts filtering the retrieved data with any filtering preferences set within the UCID account. For example, a filtering preference may be set that when a request is made for exercise preferences only age and weight from the personal data of the UCID account are transmittable and not the name, address or telephone number. In addition, in filtering the data, the transmittable data may be encrypted such that only the machine monitor requesting the exercise preferences can decrypt the data. Next, block **142** illustrates transmitting the requested data to the requesting machine monitor; and the process ends.

With reference now to FIG. **6**, there is illustrated a high level logic flowchart of a process and program for specializing exercise related data at an identifier associated with a particular user within a universally accessible database in accordance with the method, system and program of the present invention. As depicted, the process starts at block **200** and thereafter proceeds to block **202**. Block **202** illustrates a determination as to whether or not a set-up request is made by a user. If a set-up request is made, the process passes to block **204**. If a set-up request is not made, the process passes to block **203**. Block **203** depicts a determination as to whether or not new session planning is selected. If new session planning is not requested, the process passes to block **202**. If new session planning is requested, the process passes to block **216**.

Block **204** depicts requesting personal data from the user. Thereafter, block **205** illustrates storing the personal data at the user's identifier. Next, block **206** depicts requesting fitness goals such as race goals, weight loss, cardiovascular

strength, etc. Block **207** illustrates storing the fitness goals at the user's identifier. Block **208** depicts requesting a list of exercise machines that are available to the user. The user may download the list of exercise machines, select from a list of pre-loaded exercise machines, or enter new exercise machines. Thereafter, block **209** illustrates storing the available exercise machines at the user's identifier. Next, block **210** depicts requesting'preferred exercise times. Block **212** illustrates storing the preferred exercise times at the user's identifier. Next, block **214** depicts requesting security filter preferences. Block **215** illustrates storing the security filter preferences with the personal data at the user's identifier. Thereafter, block **216** depicts determining an exercise session or sessions. Next, block **218** illustrates displaying the exercise session or sessions; and the process passes to block **220**.

Block **220** illustrates filtering the displayed sessions with the user's calendar stored at the user's identifier; and the process passes to block **222**. Block **222** depicts detecting user selections of sessions. In addition to the personal exercise monitor determining suitable exercise sessions, the user may create their own sessions, or sessions may be downloaded from another source. In addition, a session may include control programs for a single exercise machines or for multiple exercise machines. Next, block **225** depicts adding the selected sessions and output preferences to the fitness goals at the user's identifier. Thereafter, block **226** illustrates transmitting a request for reservations for the exercise machines included in the selected sessions. Next, block **228** depicts a determination as to whether or not a reply is received from a reservation server. If a reply is not received, the process passes to block **226**. If a reply is received, the process passes to block **230**. Block **230** illustrates displaying the reservation listing. Preferably the reservation listing includes exercise machines that have confirmed reservations and alternatives for unavailable machine requests. Block **232** depicts transmitting selections from alternatives. Block **234** illustrates adding the reservations to the user's electronic calendar stored at the user's identifier; and the process ends.

It is important to note that, although the present invention has been described in the context of a fully functional computer system, those skilled in the art will appreciate that the mechanisms of the present invention are capable of being distributed as a program product in a variety of forms, and that the present invention applies equally regardless of the particular type of signal-bearing media utilized to actually carry out the distribution. Examples of signal-bearing media include, but are not limited to, recordable-type media such as floppy disks or CD-ROMs and transmission-type media such as analogue or digital communications links.

While the invention has been particularly shown and described with reference to a preferred embodiment, it will be understood by those skilled in the art that various changes in form and detail may be made therein without departing from the spirit and scope of the invention.

What is claimed is:

**1**. A method for monitoring the fitness activity of an exerciser, said method comprising the steps of:

receiving at least one type of exercise indicator signal associated with exercise performed by a particular user from a particular exercise machine in a particular mark-up language format at a universally accessible server system in accordance with a universal identifier associated with said particular user, and

storing said at least one type of exercise indicator signal as current fitness activity for said particular user at said



universally accessible server system wherein said at least one type of exercise indicator signal is stored in association with said universal identifier to identify said current fitness activity for said particular user, such that a universally accessible server system in accordance with a universal identifier associated with said particular user monitors the real-time fitness activity of said particular user from said at least one type of exercise indicator signal received from at least one exercise machine.

**2**. The method for monitoring the fitness activity of an exerciser according to claim **1**, said step of receiving at least one type of exercise indicator signal associated with exercise performed by said particular user from a particular exercise machine from among a plurality of accessible exercise machines in a particular transmittable data format, further comprising the step of:

receiving said at least one type of exercise indicator signal in an extensible mark-up language format.

**3**. The method for monitoring fitness activity from an exercise machine according to claim **1**, said method further comprising the step of:

computing said current fitness activity according to said at least one type of exercise indicator signal and a profile of said particular user at said universally accessible server system in accordance with said universal identifier.

**4**. The method for monitoring fitness activity from an exercise machine according to claim **1**, said method further comprising the step of:

computing cumulative fitness activity for said particular user at said universally accessible server system from said current fitness activity and from previously computed fitness activity for said particular user computed and stored during a particular period of time as a result of exercise at any of said plurality of diverse exercise machines.

**5**. The method for monitoring fitness activity from an exercise machine according to claim **1**, said method further comprising the step of:

transmitting a control signal from said universally accessible server system in accordance with said universal identifier to said particular exercise machine in said common transmittable data format for temporarily controlling said particular exercise machine while in use by said particular user.

**6**. The method for monitoring fitness activity from an exercise machine according to claim **1**, said method further comprising the step of:

transmitting personal data and a program selection for said particular user from said universally accessible server system in accordance with said universal identifier to said particular exercise machine in said common transmittable data format, in order to initialize an at-machine monitor for use by said particular user.

**7**. The method for monitoring fitness activity from an exercise machine according to claim **6**, said method further comprising the steps of:

receiving a machine type indicator from said particular exercise machine at said universally accessible server system in accordance with said universal identifier;

searching a plurality of designated program selections according to said machine type indicator; and

transmitting a particular program selection from among said plurality of designated program selections, wherein said particular program selection is designated

for automatic transmission to said particular exercise machine when said machine type indicator for said particular exercise machine is received.

**8**. The method for monitoring fitness activity from an exercise machine according to claim **6**, said method further comprising the steps of:

detecting an exercise event for said particular user for said particular exercise machine in an electronic schedule at said universally accessible server system in accordance with said universal identifier; and

transmitting said program selection according to said exercise event.

**9**. The method for monitoring fitness activity from an exercise machine according to claim **1**, said method further comprising the step of:

accessing a graphical output application from said universally accessible server system in accordance with said universal identifier at said particular exercise machine monitor, wherein output from said particular exercise machine monitor is controlled according to said graphical output application.

**10**. The method for monitoring fitness activity from an exercise machine according to claim **1**, said method further comprising the step of:

accessing a graphical output application from an alternate universally accessible server system in accordance with an alternate universal identifier to said particular exercise machine monitor, wherein output from said particular exercise machine monitor is controlled according to said graphical output application.

**11**. The method for monitoring fitness activity from an exercise machine according to claim **1**, said method further comprising the step of:

allowing access to said stored current fitness activity for said particular user by an alternate user via said universally accessible server system in accordance with said universal identifier.

**12**. The method for monitoring fitness activity from an exercise machine according to claim **1**, said method further comprising the step of:

receiving payment for any access to said current fitness activity for said particular user via said universally accessible server system in accordance with said universal identifier by said alternate user.

**13**. The method for monitoring fitness activity from an exercise machine according to claim **1**, said method further comprising the step of:

accessing stored current fitness activity of an alternate user from an alternate universally accessible server system according to an alternate universal identifier associated with said alternate user at said particular exercise machine in use by said particular user.

**14**. The method for monitoring fitness activity from an exercise machine according to claim **1**, said method further comprising the steps of:

transmitting a request for a reservation for a particular exercise machine for a particular time period from said universally accessible server system in accordance with said universal identifier to a reservation server for a plurality of exercise machines; and

adding an exercise event for said reservation to an electronic schedule at said universally accessible server system in accordance with said universal identifier, in response to receiving a reservation verification at said universally accessible server system in accordance with said universal identifier.

**15**. The method for monitoring fitness activity from an exercise machine according to claim **1**, said method further comprising the step of:

debiting an account at said universally accessible server system in accordance with said universal identifier according to usage of said particular exercise machine.

**16**. The method for monitoring fitness activity from an exercise machine according to claim **1**, said method further comprising the step of:

accessing a description of each of a plurality of exercise machines that are accessible to said user at said universally accessible server system according to said universal identifier.

**17**. A system for monitoring the fitness activity of an exerciser, said system comprising:

means for receiving at least one type of exercise indicator signal associated with exercise performed by a particular user from a particular exercise machine from among a plurality of accessible exercise machines in a particular mark-up language format at a universally accessible server system in accordance with a universal identifier associated with said particular user; and

means for storing said at least one type of exercise indicator signal as current fitness activity for said particular user at said universally accessible server system wherein said at least one type of exercise indicator signal is stored in association with said universal identifier to identify said current fitness activity for said particular user, such that a universally accessible server system in accordance with a universal identifier associated with said particular user monitors the real-time fitness activity of said particular user from said at least one type of exercise indicator signal received from at least one exercise machine.

**18**. The system for monitoring the fitness activity of an exerciser according to claim **17**, said means for receiving at least one type of exercise indicator signal associated with exercise performed by said particular user from a particular exercise machine from among a plurality of accessible exercise machines in a particular transmittable data format, further comprising:

means for receiving said at least one type of exercise indicator signal in an extensible mark-up language format.

**19**. The system for monitoring fitness activity from an exercise machine according to claim **17**, said system further comprising:

means for computing said current fitness activity according to said at least one type of exercise indicator signal and a profile of said particular user at said universally accessible server system in accordance with said universal identifier.

**20**. The system for monitoring fitness activity from an exercise machine according to claim **17**, said system further comprising:

means for computing cumulative fitness activity for said particular user at said universally accessible server system from said current fitness activity and from previously computed fitness activity for said particular user computed and stored during a particular period of time as a result of exercise at any of said plurality of diverse exercise machines.

**21**. The system for monitoring fitness activity from an exercise machine according to claim **17**, said system further comprising:

means for transmitting a control signal from said universally accessible server system in accordance with said

universal identifier to said particular exercise machine in said common transmittable data format for temporarily controlling said particular exercise machine while in use by said particular user.

**22**. The system for monitoring fitness activity from an exercise machine according to claim **17**, said system further comprising:

means for transmitting personal data and a program selection for said particular user from said universally accessible server system in accordance with said universal identifier to said particular exercise machine in said common transmittable data format, in order to initialize an at-machine monitor for use by said particular user.

**23**. The system for monitoring fitness activity from an exercise machine according to claim **22**, said system further comprising:

means for receiving a machine type indicator from said particular exercise machine at said universally accessible server system in accordance with said universal identifier;

means for searching a plurality of designated program selections according to said machine type indicator; and

means for transmitting a particular program selection from among said plurality of designated program selections, wherein said particular program selection is designated for automatic transmission to said particular exercise machine when said machine type indicator for said particular exercise machine is received.

**24**. The system for monitoring fitness activity from an exercise machine according to claim **22**, said system further comprising:

means for detecting an exercise event for said particular user for said particular exercise machine in an electronic schedule at said universally accessible server system in accordance with said universal identifier; and

means for transmitting said program selection according to said exercise event.

**25**. The system for monitoring fitness activity from an exercise machine according to claim **17**, said system further comprising:

means for accessing a graphical output application from said universally accessible server system in accordance with said universal identifier at said particular exercise machine monitor, wherein output from said particular exercise machine monitor is controlled according to said graphical output application.

**26**. The system for monitoring fitness activity from an exercise machine according to claim **17**, said system further comprising:

means for accessing a graphical output application from an alternate universally accessible server system in accordance with an alternate universal identifier to said particular exercise machine monitor, wherein output from said particular exercise machine monitor is controlled according to said graphical output application.

**27**. The system for monitoring fitness activity from an exercise machine according to claim **17**, said system further comprising:

means for accessing a description of each of a plurality of exercise machines that are accessible to said user at said universally accessible server system according to said universal identifier.

**28**. The system for monitoring fitness activity from an exercise machine according to claim **17**, said system further comprising:



means for allowing access to said stored current fitness activity for said particular user by an alternate user via said universally accessible server system in accordance with said universal identifier.

**29**. The system for monitoring fitness activity from an exercise machine according to claim **17**, said system further comprising:

means for receiving payment for any access to said current fitness activity for said particular user via said universally accessible server system in accordance with said universal identifier by said alternate user.

**30**. The system for monitoring fitness activity from an exercise machine according to claim **17**, said system further comprising:

means for accessing stored current fitness activity of an alternate user from an alternate universally accessible server system according to an alternate universal identifier associated with said alternate user at said particular exercise machine in use by said particular user.

**31**. The system for monitoring fitness activity from an exercise machine according to claim **17**, said system further comprising:

means for transmitting a request for a reservation for a particular exercise machine for a particular time period from said universally accessible server system in accordance with said universal identifier to a reservation server for a plurality of exercise machines; and

means for adding an exercise event for said reservation to an electronic schedule at said universally accessible server system in accordance with said universal identifier, in response to receiving a reservation verification at said universally accessible server system in accordance with said universal identifier.

**32**. The system for monitoring fitness activity from an exercise machine according to claim **17**, said system further comprising:

means for debiting an account at said universally accessible server system in accordance with said universal identifier according to usage of said particular exercise machine.

**33**. A program for monitoring the fitness activity of an exerciser, said program comprising:

means for receiving at least one type of exercise indicator signal associated with exercise performed by a particular user from a particular exercise machine from among a plurality of accessible exercise machines in a particular mark-up language format at a universally accessible server system in accordance with a universal identifier associated with said particular user; and

means for storing said at least one type of exercise indicator signal as current fitness activity for said particular user at said universally accessible server system wherein said at least one type of exercise indicator signal is stored in association with said universal identifier to identify said current fitness activity for said particular user, such that a universally accessible server system in accordance with a universal identifier associated with said particular user monitors the real-time fitness activity of said particular user from said at least one type of exercise indicator signal received from at least one exercise machine.

**34**. The program for monitoring the fitness activity of an exerciser according to claim **33**, said program further comprising:

means for receiving said at least one type of exercise indicator signal in an extensible mark-up language format.

**35**. The program for monitoring fitness activity from an exercise machine according to claim **33**, said program further comprising:

means for computing said current fitness activity according to said at least one type of exercise indicator signal and a profile of said particular user at said universally accessible server system in accordance with said universal identifier.

**36**. The program for monitoring fitness activity from an exercise machine according to claim **33**, said program further comprising:

means for computing cumulative fitness activity for said particular user at said universally accessible server system from said current fitness activity and from previously computed fitness activity for said particular user computed and stored during a particular period of time as a result of exercise at any of said plurality of diverse exercise machines.

**37**. The program for monitoring fitness activity from an exercise machine according to claim **33**, said program further comprising:

means for transmitting a control signal from said universally accessible server system in accordance with said universal identifier to said particular exercise machine in said common transmittable data format for temporarily controlling said particular exercise machine while in use by said particular user.

**38**. The program for monitoring fitness activity from an exercise machine according to claim **33**, said program further comprising:

means for transmitting personal data and a program selection for said particular user from said universally accessible server system in accordance with said universal identifier to said particular exercise machine in said common transmittable data format, in order to initialize an at-machine monitor for use by said particular user.

**39**. The program for monitoring fitness activity from an exercise machine according to claim **38**, said program further comprising:

means for receiving a machine type indicator from said particular exercise machine at said universally accessible server system in accordance with said universal identifier;

means for searching a plurality of designated program selections according to said machine type indicator; and

means for transmitting a particular program selection from among said plurality of designated program selections, wherein said particular program selection is designated for automatic transmission to said particular exercise machine when said machine type indicator for said particular exercise machine is received.

**40**. The program for monitoring fitness activity from an exercise machine according to claim **38**, said program further comprising:

means for detecting an exercise event for said particular user for said particular exercise machine in an electronic schedule at said universally accessible server system in accordance with said universal identifier; and

means for transmitting said program selection according to said exercise event.

**41**. The program for monitoring fitness activity from an exercise machine according to claim **33**, said program further comprising:

means for accessing a graphical output application from said universally accessible server system in accordance with said universal identifier at said particular exercise machine monitor, wherein output from said particular exercise machine monitor is controlled according to said graphical output application.

**42**. The program for monitoring fitness activity from an exercise machine according to claim **33**, said program further comprising:

means for accessing a graphical output application from an alternate universally accessible server system in accordance with an alternate universal identifier to said particular exercise machine monitor, wherein output from said particular exercise machine monitor is controlled according to said graphical output application.

**43**. The program for monitoring fitness activity from an exercise machine according to claim **33**, said program further comprising:

means for accessing a description of each of a plurality of exercise machines that are accessible to said user at said universally accessible server system according to said universal identifier.

**44**. The program for monitoring fitness activity from an exercise machine according to claim **33**, said program further comprising:

means for allowing access to said stored current fitness activity for said particular user by an alternate user via said universally accessible server system in accordance with said universal identifier.

**45**. The program for monitoring fitness activity from an exercise machine according to claim **33**, said program further comprising:

means for receiving payment for any access to said current fitness activity for said particular user via said universally accessible server system in accordance with said universal identifier by said alternate user.

**46**. The program for monitoring fitness activity from an exercise machine according to claim **33**, said program further comprising:

means for accessing stored current fitness activity of an alternate user from an alternate universally accessible server system according to an alternate universal identifier associated with said alternate user at said particular exercise machine in use by said particular user.

**47**. The program for monitoring fitness activity from an exercise machine according to claim **33**, said program further comprising:

means for transmitting a request for a reservation for a particular exercise machine for a particular time period from said universally accessible server system in accordance with said universal identifier to a reservation server for a plurality of exercise machines; and

means for adding an exercise event for said reservation to an electronic schedule at said universally accessible server system in accordance with said universal identifier, in response to receiving a reservation verification at said universally accessible server system in accordance with said universal identifier.

**48**. The program for monitoring fitness activity from an exercise machine according to claim **33**, said program further comprising:

means for debiting an account at said universally accessible server system in accordance with said universal identifier according to usage of said particular exercise machine.

**49**. A method for competing against a plurality of exercisers, said method comprising the steps of:

receiving current fitness activity for a first exerciser exercising on a first exercise machine in a particular

mark-up language format at an exercise machine monitor for monitoring exercise performed by a second exerciser on a second exercise machine, wherein said current fitness activity is received at said exercise machine monitor from a universally accessible server system, wherein said current fitness activity for a first exerciser is identified by a universal identifier associated with said first exerciser; and

displaying a graphical comparison of said current fitness activity for said first exerciser with current fitness activity for said second exerciser from an output interface controlled by said exercise machine monitor, such that said second exerciser is enabled compete against a plurality of exercisers.

**50**. The method for competing against a plurality of exercisers according to claim **49**, said method further comprising the step of:

accessing current fitness activity data for a plurality of exercisers at said exercise machine monitor from a universally accessible server system in accordance with a universal identifier associated with a group comprising said plurality of exercisers.

**51**. The method for competing against a plurality of exercisers according to claim **49**, said method further comprising the step of:

receiving a graphical output application for displaying a graphical comparison of said current fitness activity from an alternate universally accessible server system in accordance with an alternate universal identifier associated with an application provider.

**52**. The method for competing against a plurality of exercisers according to claim **49**, said step of displaying a graphical comparison of said current fitness activity for said first exerciser with current fitness activity for said second exerciser further comprising the step of:

displaying a graphical comparison of said current fitness activity for said first exerciser from exercise performed on a first type of exercise machine with a with said current fitness activity for said second exerciser from exercise performed on a second type of exercise machine.

**53**. A system for competing against a plurality of exercisers, said system comprising:

means for receiving current fitness activity for a first exerciser exercising on a first exercise machine in a particular mark-up language format at an exercise machine monitor for monitoring exercise performed by a second exerciser on a second exercise machine, wherein said current fitness activity is received at said exercise machine monitor from a universally accessible server system, wherein said current fitness activity for a first exerciser is identified by a universal identifier associated with said first exerciser; and

means for displaying a graphical comparison of said current fitness activity for said first exerciser with current fitness activity for said second exerciser from an output interface controlled by said exercise machine monitor, such that said second exerciser is enabled compete against a plurality of exercisers.

**54**. The system for competing against a plurality of exercisers according to claim **53**, said system further comprising:

means for receiving a graphical output application for displaying a graphical comparison of said current fitness activity from an alternate universally accessible server system in accordance with an alternate universal identifier associated with an application provider.

**55**. The system for competing against a plurality of exercisers according to claim **53**, said means for displaying a graphical comparison of said current fitness activity for said first exerciser with current fitness activity for said second exerciser further comprising:

means for displaying a graphical comparison of said current fitness activity for said first exerciser from exercise performed on a first type of exercise machine with said current fitness activity for said second exerciser from exercise performed on a second type of exercise machine.

**56**. A universally accessible database of server systems comprising:

a plurality of universally accessible server systems each with access respectively to one of a plurality of data storage mediums, wherein a particular data storage medium comprises current fitness activity stored in a mark-up language format for a particular user according to a particular universal identifier; and

a communication interface between said plurality of universally accessible server systems and a controller for an exercise machine from among a plurality of exercise machines for receiving current fitness activity of said particular user on said exercise machine at said particular data storage medium.

**57**. The universally accessible database of server systems according to claim **56**, said system further comprising:

an account server system comprising a lookup database of a plurality of universal identifiers, wherein said plurality of universally accessible server systems are accessible as each respectively associated with said plurality of universal identifiers.

**58**. The universally accessible database of server systems according to claim **56**, wherein said particular data storage medium further comprises an electronic schedule for a particular user comprising a plurality of scheduled exercise events utilizing a plurality of exercise machines.

**59**. The universally accessible database of server systems according to claim **56**, wherein said particular data storage medium further comprises a plurality of control programs each respectively designated for controlling one of a plurality of exercise machines when accessed via said interface at one of said plurality of exercise machines.

**60**. The universally accessible database of server systems according to claim **56**, wherein said particular data storage medium further comprises a user profile for said particular user that when accessed via said interface at said controller for said exercise machine initializes said controller.

* * * * *

# EXHIBIT B

US007556590B2

(12) **United States Patent**
**Watterson et al.**

(10) **Patent No.: US 7,556,590 B2**
(45) **Date of Patent: Jul. 7, 2009**

(54) **SYSTEMS AND METHODS FOR ENABLING TWO-WAY COMMUNICATION BETWEEN ONE OR MORE EXERCISE DEVICES AND COMPUTER DEVICES AND FOR ENABLING USERS OF THE ONE OR MORE EXERCISE DEVICES TO COMPETITIVELY EXERCISE**

(75) Inventors: **Scott R. Watterson**, Logan, UT (US); **William T. Dalebout**, Logan, UT (US); **Darren C. Ashby**, Richmond, UT (US); **Robert D. Ashby**, Collinston, UT (US)

(73) Assignee: **Icon IP, Inc.**, Logan, UT (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 154 days.

(21) Appl. No.: **11/429,725**

(22) Filed: **May 8, 2006**

(65) **Prior Publication Data**

US 2006/0205569 A1 Sep. 14, 2006

**Related U.S. Application Data**

(60) Division of application No. 09/947,193, filed on Sep. 5, 2001, now Pat. No. 7,166,064, which is a continuation-in-part of application No. 09/641,600, filed on Aug. 18, 2000, now Pat. No. 7,060,006, and a continuation-in-part of application No. 09/641,220, filed on Aug. 18, 2000, now Pat. No. 6,458,060, and a continuation-in-part of application No. 09/641,627, filed on Aug. 18, 2000, now Pat. No. 7,166,062, which is a continuation-in-part of application No. 09/496,560, filed on Feb. 2, 2000, now Pat. No. 6,447,424, and a continuation-in-part of application No. 09/349,608, filed on Jul. 8, 1999, now Pat. No. 6,312,363.

(51) **Int. Cl.**
*A63B 21/00* (2006.01)

(52) **U.S. Cl.** ................................ **482/8**; 482/1; 482/900

(58) **Field of Classification Search** ................. 482/1–9, 482/900–902; 434/247

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,518,985 A 7/1970 Quinton ..................... 128/2.06

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1162495 A | 10/1997 |
| CN | 2449755 Y | 9/2001 |
| DE | 41 00 559 A1 | 7/1991 |
| JP | H10-243979 | 9/1998 |
| WO | WO 98/32496 | 7/1998 |

OTHER PUBLICATIONS

DVD labeled "iFIT.com Media Coverage News Clips Ver. 3.0," dated Mar. 30, 2000.

(Continued)

*Primary Examiner*—Glenn Richman
(74) *Attorney, Agent, or Firm*—Workman Nydegger

(57) **ABSTRACT**

Systems and methods that provide two-way communication between an exercise device and a computer device. A computer device and an exercise device employ different protocol formats and communicate through a translator device, which includes a microcontroller specifically designed to translate data or signals deliverable by different communication protocols. The exercise device, the computer device, or a user at either the exercise or computer device may initiate the communication. The enabled communication allows for such features as the performance of an automatic diagnostic analysis on the exercise device, the programming of internal parameters of the exercise device upon identifying specific components, the monitoring of any measurable parameter of the user, the providing of instructional direction and/or encouragement relating to a particular exercise routine, the controlling of the amount of resistance experienced by the user of the exercise device, and other interactions facilitated by the translator device.

**17 Claims, 12 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,602,502 | A | 8/1971 | Hampl | 272/69 |
| 3,802,698 | A | 4/1974 | Burian et al. | 272/57 R |
| 3,845,756 | A | 11/1974 | Olsson | 600/520 |
| 3,903,613 | A | 9/1975 | Bisberg | |
| 4,020,795 | A | 5/1977 | Marks | |
| 4,112,928 | A | 9/1978 | Putsch | 128/2.05 R |
| 4,151,988 | A | 5/1979 | Nabinger | 262/69 |
| 4,220,996 | A | 9/1980 | Searcy | |
| 4,358,105 | A | 11/1982 | Sweeney, Jr. | 272/73 |
| 4,408,613 | A | 10/1983 | Relyea | 600/483 |
| 4,542,897 | A | 9/1985 | Melton et al. | |
| 4,544,152 | A | 10/1985 | Taitel | 272/69 |
| 4,549,044 | A | 10/1985 | Durham | 179/5 R |
| 4,556,216 | A | 12/1985 | Pitkanen | 482/131 |
| 4,571,682 | A | 2/1986 | Silverman et al. | 364/413 |
| 4,642,769 | A | 2/1987 | Petrofsky | 364/415 |
| 4,659,074 | A | 4/1987 | Taitel et al. | 272/69 |
| 4,687,195 | A | 8/1987 | Potts | 272/69 |
| 4,702,475 | A | 10/1987 | Elstein et al. | |
| 4,708,337 | A | 11/1987 | Shyu | 272/69 |
| 4,708,837 | A | 11/1987 | Baxter et al. | |
| 4,709,917 | A | 12/1987 | Yang | 482/63 |
| 4,757,495 | A | 7/1988 | Decker et al. | 370/477 |
| 4,763,284 | A | 8/1988 | Carlin | 702/41 |
| 4,765,613 | A | 8/1988 | Voris | |
| 4,818,234 | A | 4/1989 | Redington et al. | |
| 4,828,257 | A | 5/1989 | Dyer et al. | 272/129 |
| 4,837,157 | A | 6/1989 | Turnell et al. | 436/20 |
| 4,842,266 | A | 6/1989 | Sweeney, Sr. et al. | 272/69 |
| 4,842,274 | A | 6/1989 | Oosthuizen et al. | 272/129 |
| 4,848,737 | A | 7/1989 | Ehrenfield | 272/69 |
| 4,860,763 | A | 8/1989 | Schminke | 128/707 |
| 4,866,704 | A | 9/1989 | Bergman | 370/452 |
| 4,889,108 | A | 12/1989 | Bond et al. | |
| 4,919,418 | A | 4/1990 | Miller | 482/6 |
| 4,925,183 | A | 5/1990 | Kim | 482/61 |
| 4,927,136 | A | 5/1990 | Leask | 272/69 |
| 4,934,694 | A | 6/1990 | McIntosh | 272/129 |
| 4,938,474 | A | 7/1990 | Sweeney et al. | |
| 4,949,993 | A | 8/1990 | Stark et al. | |
| 4,959,713 | A | 9/1990 | Morotomi et al. | 358/108 |
| 4,998,725 | A | 3/1991 | Watterson et al. | 272/129 |
| 5,020,795 | A | 6/1991 | Airy et al. | 272/129 |
| 5,054,774 | A | 10/1991 | Belsito | 272/130 |
| 5,062,632 | A | 11/1991 | Dalebout et al. | 272/129 |
| 5,067,710 | A | 11/1991 | Watterson et al. | 272/129 |
| 5,078,152 | A | 1/1992 | Bond et al. | 128/774 |
| 5,086,385 | A | 2/1992 | Launey et al. | 364/188 |
| 5,089,960 | A | 2/1992 | Sweeney, Jr. | 463/6 |
| 5,104,120 | A | 4/1992 | Watterson et al. | 482/5 |
| 5,113,427 | A | 5/1992 | Ryoichi et al. | 379/57 |
| 5,137,501 | A | 8/1992 | Mertesdorf | |
| 5,145,475 | A | 9/1992 | Cares | 482/52 |
| 5,149,084 | A | 9/1992 | Dalebout et al. | 482/3 |
| 5,180,347 | A | 1/1993 | Chen | 482/5 |
| 5,195,935 | A | 3/1993 | Fencel | 482/70 |
| 5,201,772 | A | 4/1993 | Maxwell | |
| 5,213,555 | A | 5/1993 | Hood et al. | 482/57 |
| 5,230,673 | A | 7/1993 | Maeyama et al. | |
| 5,240,417 | A | 8/1993 | Smithson et al. | 434/61 |
| 5,243,998 | A | 9/1993 | Silverman et al. | |
| 5,254,066 | A | 10/1993 | Brown et al. | |
| 5,256,115 | A | 10/1993 | Scholder et al. | |
| 5,277,678 | A | 1/1994 | Friedebach et al. | |
| 5,290,205 | A | 3/1994 | Densmore et al. | |
| 5,292,293 | A | 3/1994 | Schumacher | |
| 5,308,296 | A | 5/1994 | Eckstein | 482/5 |
| 5,308,300 | A | 5/1994 | Chino et al. | |
| 5,313,942 | A | 5/1994 | Platzker | 128/639 |
| 5,314,391 | A | 5/1994 | Potash et al. | 482/7 |
| 5,318,487 | A | 6/1994 | Golen et al. | |
| 5,318,491 | A | 6/1994 | Houston | |
| D348,493 | S | 7/1994 | Ashby | D12/192 |
| 5,328,420 | A | 7/1994 | Allen | 482/52 |
| 5,328,422 | A | 7/1994 | Nichols | 482/52 |
| 5,335,188 | A | 8/1994 | Brisson | |
| 5,352,166 | A | 10/1994 | Chang | 482/52 |
| 5,361,091 | A | 11/1994 | Hoarty et al. | 725/119 |
| 5,375,068 | A | 12/1994 | Palmer et al. | 709/204 |
| 5,382,209 | A | 1/1995 | Pasier et al. | 482/70 |
| 5,385,519 | A | 1/1995 | Hsu et al. | |
| 5,385,520 | A | 1/1995 | Lepine et al. | |
| 5,387,164 | A | 2/1995 | Brown, Jr. | 482/9 |
| 5,407,402 | A | 4/1995 | Brown et al. | |
| 5,410,471 | A | 4/1995 | Alyfuku et al. | 364/413.02 |
| 5,410,472 | A | 4/1995 | Anderson | 364/413.04 |
| 5,433,679 | A | 7/1995 | Szymczak et al. | 482/54 |
| 5,435,799 | A | 7/1995 | Lundin | |
| 5,451,922 | A | 9/1995 | Hamilton | |
| 5,462,051 | A | 10/1995 | Oka et al. | 128/630 |
| 5,462,503 | A | 10/1995 | Benjamin et al. | 482/4 |
| 5,462,504 | A | 10/1995 | Trulaske et al. | 482/7 |
| 5,466,200 | A | 11/1995 | Ulrich et al. | 482/4 |
| 5,474,090 | A | 12/1995 | Begun et al. | 128/707 |
| 5,484,389 | A | 1/1996 | Stark et al. | |
| 5,489,249 | A | 2/1996 | Brewer et al. | 482/5 |
| 5,512,025 | A | 4/1996 | Dalebout et al. | 482/6 |
| 5,527,239 | A | 6/1996 | Abbondanza | 482/8 |
| 5,535,664 | A | 7/1996 | Rokowski | 99/331 |
| 5,538,486 | A | 7/1996 | France et al. | |
| 5,546,324 | A | 8/1996 | Palmer et al. | 348/14.1 |
| 5,572,643 | A | 11/1996 | Judson | 709/218 |
| 5,584,779 | A | 12/1996 | Knecht et al. | |
| 5,590,128 | A | 12/1996 | Maloney et al. | 370/260 |
| 5,591,104 | A | 1/1997 | Andrus et al. | 482/7 |
| 5,598,849 | A | 2/1997 | Browne | 600/520 |
| 5,600,310 | A | 2/1997 | Whipple, III et al. | 340/825 |
| 5,605,336 | A | 2/1997 | Gaoiran et al. | 273/445 |
| 5,619,412 | A | 4/1997 | Hapka | 364/424 |
| 5,619,991 | A | 4/1997 | Sloane | 128/630 |
| 5,626,539 | A | 5/1997 | Piaget et al. | 482/54 |
| 5,645,509 | A | 7/1997 | Brewer et al. | 482/4 |
| 5,655,997 | A | 8/1997 | Greenberg et al. | 482/5 |
| 5,663,951 | A | 9/1997 | Danneels et al. | 370/230 |
| 5,667,459 | A | 9/1997 | Su | |
| 5,690,582 | A | 11/1997 | Ulrich et al. | 482/4 |
| 5,690,852 | A | 11/1997 | Saito et al. | |
| 5,695,400 | A | 12/1997 | Fennell, Jr. et al. | 463/42 |
| 5,697,834 | A | 12/1997 | Heumann et al. | 451/440 |
| 5,702,323 | A | 12/1997 | Poulton | 482/8 |
| 5,704,875 | A | 1/1998 | Tanabe | |
| 5,720,771 | A | 2/1998 | Snell | 607/60 |
| 5,722,418 | A | 3/1998 | Bro | 128/732 |
| 5,738,612 | A | 4/1998 | Tsuda | 482/8 |
| 5,743,833 | A | 4/1998 | Watterson et al. | 482/54 |
| 5,749,372 | A | 5/1998 | Allen et al. | 482/8 |
| 5,752,897 | A | 5/1998 | Skowronski et al. | 482/54 |
| 5,754,765 | A | 5/1998 | Danneels et al. | 709/222 |
| 5,759,199 | A | 6/1998 | Snell et al. | 607/60 |
| 5,771,354 | A | 6/1998 | Crawford | 709/229 |
| 5,777,678 | A | 7/1998 | Ogata et al. | |
| 5,779,596 | A | 7/1998 | Weber | 482/4 |
| 5,785,630 | A | 7/1998 | Bobick et al. | |
| 5,785,631 | A | 7/1998 | Heidecke | |
| 5,810,696 | A | 9/1998 | Webb | 482/52 |
| 5,836,770 | A | 11/1998 | Powers | 434/247 |
| 5,838,906 | A | 11/1998 | Doyle et al. | 715/501.1 |
| 5,845,230 | A | 12/1998 | Lamberson | 702/56 |
| 5,854,833 | A | 12/1998 | Hogan et al. | 379/114.14 |
| 5,857,939 | A | 1/1999 | Kaufman | 482/8 |
| 5,865,733 | A | 2/1999 | Malinouskas et al. | 600/300 |
| 5,873,369 | A | 2/1999 | Lanaido et al. | 128/903 |
| 5,880,677 | A | 3/1999 | Lestician | 340/825.06 |
| 5,888,172 | A | 3/1999 | Andrus et al. | 482/7 |

| | | | | |
|---|---|---|---|---|
| 5,890,906 | A | 4/1999 | Macri et al. | |
| 5,890,995 | A | 4/1999 | Bobick et al. | 482/4 |
| 5,905,442 | A | 5/1999 | Mosebrook et al. | 340/825.06 |
| 5,909,544 | A | 6/1999 | Anderson, II et al. | 709/208 |
| 5,911,132 | A | 6/1999 | Sloane | 705/3 |
| 5,911,687 | A | 6/1999 | Sato et al. | 600/300 |
| 5,916,063 | A | 6/1999 | Alessandri | 482/4 |
| 5,917,405 | A | 6/1999 | Joao | 340/426 |
| 5,929,748 | A | 7/1999 | Odinak | 340/310.01 |
| 5,929,782 | A | 7/1999 | Stark | 340/870.01 |
| 5,931,763 | A | 8/1999 | Alessandri | 482/4 |
| 5,947,869 | A | 9/1999 | Shea | |
| 5,956,509 | A | 9/1999 | Kevner | 719/330 |
| 5,961,561 | A | 10/1999 | Wakefield, II | 701/29 |
| 5,964,701 | A | 10/1999 | Asada et al. | 600/300 |
| 5,967,975 | A | 10/1999 | Ridgeway | 600/300 |
| 5,993,356 | A | 11/1999 | Houston et al. | |
| 5,995,868 | A | 11/1999 | Dorfmeister et al. | 600/544 |
| 5,997,476 | A | 12/1999 | Brown | 600/300 |
| 6,010,451 | A | 1/2000 | Clawson | 600/300 |
| 6,013,007 | A | 1/2000 | Root et al. | 482/8 |
| 6,014,432 | A | 1/2000 | Modney | 379/106.02 |
| 6,033,344 | A | 3/2000 | Trulaske et al. | 482/7 |
| 6,042,519 | A | 3/2000 | Shea | 482/57 |
| 6,050,822 | A | 4/2000 | Faughn | 434/11 |
| 6,050,924 | A | 4/2000 | Shea | 482/57 |
| 6,050,942 | A | 4/2000 | Rust et al. | |
| 6,053,737 | A | 4/2000 | Babbit et al. | 434/30 |
| 6,053,844 | A | 4/2000 | Clem | 482/8 |
| 6,059,692 | A | 5/2000 | Hickman | 482/8 |
| 6,066,075 | A | 5/2000 | Poulton | 482/8 |
| 6,066,705 | A | 5/2000 | Caleron et al. | |
| 6,106,297 | A | 8/2000 | Pollak et al. | 434/16 |
| 6,132,337 | A | 10/2000 | Krupka et al. | 482/8 |
| 6,148,262 | A | 11/2000 | Fry | |
| 6,152,854 | A | 11/2000 | Carmein | |
| 6,152,856 | A | 11/2000 | Studor et al. | 482/8 |
| 6,162,151 | A | 12/2000 | Tani et al. | |
| 6,162,189 | A | 12/2000 | Girone et al. | |
| 6,171,218 | B1 | 1/2001 | Shea | 482/57 |
| 6,193,631 | B1 | 2/2001 | Hickman | 482/8 |
| 6,211,451 | B1 | 4/2001 | Tohgi et al. | 84/470 R |
| 6,231,481 | B1 | 5/2001 | Brock | 482/8 |
| 6,231,482 | B1 | 5/2001 | Thompson | 482/37 |
| 6,244,988 | B1 | 6/2001 | Delman | |
| 6,251,048 | B1 | 6/2001 | Kaufman | 482/8 |
| 6,312,363 | B1 | 11/2001 | Watterson et al. | 482/54 |
| 6,356,856 | B1 | 3/2002 | Damen et al. | |
| 6,358,187 | B1 | 3/2002 | Smith | 482/4 |
| 6,450,922 | B1 * | 9/2002 | Henderson et al. | 482/8 |
| 6,458,060 | B1 | 10/2002 | Watterson et al. | 482/54 |
| 6,463,385 | B1 | 10/2002 | Fry | |
| 6,464,618 | B1 | 10/2002 | Shea | 482/8 |
| 6,475,115 | B1 | 11/2002 | Candito et al. | 482/4 |
| 6,497,638 | B1 | 12/2002 | Shea | 482/8 |
| 6,503,173 | B2 | 1/2003 | Clem | |
| 6,582,342 | B2 | 6/2003 | Kaufman et al. | 482/8 |
| 6,585,622 | B1 | 7/2003 | Shum et al. | |
| 6,601,016 | B1 | 7/2003 | Brown et al. | 702/8 |
| 6,605,020 | B1 | 8/2003 | Huang | |
| 6,605,038 | B1 | 8/2003 | Teller et al. | |
| 6,616,578 | B2 | 9/2003 | Alessandri | 482/8 |
| 6,626,799 | B2 | 9/2003 | Watterson et al. | |
| 6,634,992 | B1 | 10/2003 | Ogawa | 482/8 |
| 6,638,198 | B1 | 10/2003 | Shea | 482/8 |
| 6,645,124 | B1 | 11/2003 | Clem | 482/4 |
| 6,648,798 | B2 | 11/2003 | Yoo | |
| 6,659,946 | B1 | 12/2003 | Batchelor et al. | |
| 6,687,535 | B2 | 2/2004 | Hautala et al. | |
| 6,689,057 | B1 | 2/2004 | Shinsel et al. | |
| 6,702,719 | B1 | 3/2004 | Brown et al. | |
| 6,736,759 | B1 | 5/2004 | Stubbs et al. | |
| 6,740,007 | B2 | 5/2004 | Gordon et al. | |
| 6,749,537 | B1 | 6/2004 | Hickman | |
| 6,783,482 | B2 | 8/2004 | Oglesby et al. | |
| 6,790,178 | B1 | 9/2004 | Mault et al. | |
| 6,793,607 | B2 | 9/2004 | Neil | |
| 6,808,472 | B1 | 10/2004 | Hickman | |
| 6,824,502 | B1 | 11/2004 | Huang | |
| 6,825,876 | B1 | 11/2004 | Easwar et al. | |
| 6,863,641 | B1 | 3/2005 | Brown et al. | |
| 6,886,613 | B1 | 3/2005 | Brown et al. | |
| 6,918,858 | B2 | 7/2005 | Watterson et al. | |
| 6,921,351 | B1 | 7/2005 | Hickman et al. | |
| 6,997,852 | B2 | 2/2006 | Watterson et al. | |
| 7,022,047 | B2 | 4/2006 | Cohen et al. | |
| 7,044,891 | B1 | 5/2006 | Rivera | |
| 7,060,006 | B1 | 6/2006 | Watterson et al. | |
| 7,060,008 | B2 | 6/2006 | Watterson et al. | |
| 7,070,539 | B2 | 7/2006 | Brown et al. | |
| 7,072,789 | B2 | 7/2006 | Vock et al. | |
| 7,115,076 | B2 | 10/2006 | Oglesby et al. | |
| 7,128,693 | B2 | 10/2006 | Brown et al. | |
| 7,166,062 | B1 | 1/2007 | Watterson et al. | |
| 7,166,064 | B2 | 1/2007 | Watterson et al. | |
| 2004/0012335 | A1 | 1/2004 | Shon et al. | |
| 2004/0162189 | A1 | 8/2004 | Hickman | |
| 2005/0233861 | A1 | 10/2005 | Hickman et al. | |
| 2006/0205566 | A1 | 9/2006 | Watterson et al. | |
| 2006/0281603 | A1 | 12/2006 | Hickman | |
| 2007/0265138 | A1 | 11/2007 | Ashby | |
| 2008/0051256 | A1 | 2/2008 | Ashby et al. | |

OTHER PUBLICATIONS

Office Action dated Sep. 11, 2000, 3 pages, U.S. Appl. No. 09/349,608.

Notice of Allowance and Issue Fee Due, dated mailed Jul. 25, 2001, 2 pages, U.S. Appl. No. 09/349,608.

Notice of Allowance and Fee(s) Due, date mailed Sep. 20, 2004, 7 pages, U.S. Appl. No. 09/641,627.

Restriction Requirement dated Apr. 29, 2005, 4 pages, U.S. Appl. No. 09/641,627.

Office Action dated Jul. 26, 2005, 4 pages, U.S. Appl. No. 09/641,627.

Notice of Allowance and Fee(s) Due, date mailed Feb. 3, 2006, 4 pages, U.S. Appl. No. 09/641,627.

Notice of Allowance and Fee(s) Due, date mailed Sep. 1, 2006, 4 pages, U.S. Appl. No. 09/641,627.

Restriction Requirement dated Apr. 17, 2007, 5 pages, U.S. Appl. No. 11/429,858.

Office Action dated Aug. 22, 2007, 5 pages, U.S. Appl. No. 11/429,858.

Restriction Requirement dated Feb. 5, 2008, 8 pages, U.S. Appl. No. 11/429,858.

Restriction Requirement dated Sep. 23, 2003, 4 pages, U.S. Appl. No. 09/641,600.

Office Action dated Feb. 11, 2004, 4 pages, U.S. Appl. No. 09/641,600.

Notice of Allowance and Fee(s) Due, date mailed Jun. 2, 2004, U.S. Appl. No. 09/641,600.

Office Action dated Feb. 15, 2005, 7 pages, U.S. Appl. No. 09/641,600.

Notice of Allowance and Fee(s) Due, date mailed Sep. 14, 2005, 4 pages, U.S. Appl. No. 09/641,600.

Office Action dated Dec. 18, 2001, 3 pages, U.S. Appl. No. 09/641,220.

Notice of Allowance and Fee(s) Due, date mailed Jul. 1, 2002, 5 pages, U.S. Appl. No. 09/641,220.

Office Action dated Jun. 29, 2004, 3 pages, U.S. Appl. No. 09/776,410.

Notice of Allowance and Fee(s) Due, date mailed Nov. 12, 2004, 4 pages, U.S. Appl. No. 09/776,410.

Notice of Allowance and Fee(s) Due, date mailed Apr. 18, 2005, 5 pages, U.S. Appl. No. 09/776,410.

Restriction Requirement dated Oct. 9, 2007, 5 pages, U.S. Appl. No. 10/856,676.
Office Action dated Jan. 24, 2008, 5 pages, U.S. Appl. No. 10/856,676.
Restriction Requirement dated Jul. 1, 2003, 4 pages, U.S. Appl. No. 09/947,193.
Office Action dated Oct. 23, 2003, 4 pages, U.S. Appl. No. 09/947,193.
Notice of Allowance and Fee(s) Due, date mailed May 14, 2004, 4 pages, U.S. Appl. No. 09/947,193.
Office Action dated Sep. 15, 2005, 5 pages, U.S. Appl. No. 09/947,193.
Notice of Allowance and Fee(s) Due, date mailed Jan. 26, 2006, 5 pages, U.S. Appl. No. 09/947,193.
Notice of Allowance and Fee(s) Due, date mailed Aug. 16, 2006, 4 pages, U.S. Appl. No. 09/947,193.
Restriction Requirement dated Sep. 21, 2004, 4 pages, U.S. Appl. No. 10/106,842.
Office Action dated Nov. 12, 2004, 4 pages, U.S. Appl. No. 10/106,842.
Notice of Allowance and Fee(s) Due, date mailed Mar. 14, 2005, 6 pages, U.S. Appl. No. 10/106,842.
Notice of Allowance and Fee(s) Due, date mailed Mar. 29, 2006, 6 pages, U.S. Appl. No. 11/132,740.
Notice of Allowance and Fee(s) Due, date mailed Jun. 30, 2003, 5 pages, U.S. Appl. No. 09/933,701.
Restriction Requirement dated Aug. 22, 2006, 5 pages, U.S. Appl. No. 10/674,911.
Office Action dated Dec. 12, 2006, 7 pages, U.S. Appl. No. 10/674,911.
Restriction Requirement dated Jul. 2, 2007, 5 pages, U.S. Appl. No. 10/674,911.
Final Office Action dated Nov. 28, 2007, 8 pages, U.S. Appl. No. 10/674,911.
Office Action dated Apr. 22, 2008, 10 pages, U.S. Appl. No. 10/674,911.
Office Action dated Jun. 16, 1997, 4 pages, U.S. Appl. No. 08/766,513.
Office Action dated Feb. 17, 1998, 5 pages, U.S. Appl. No. 08/766,513.
Notice of Allowance and Issue Fee Due, date mailed Sep. 22, 1998, 3 pages, U.S. Appl. No. 08/766,513.
Response to Rule 312 Communication, dated Jun. 2, 1999, 2 pages, U.S. Appl. No. 08/766,513.
Office Action dated Dec. 10, 1999, 3 pages, U.S. Appl. No. 09/273,591.
Notice of Allowance and Fee(s) Due, date mailed Jul. 14, 2000, 2 pages, U.S. Appl. No. 09/273,591.
Office Action dated Dec. 18, 2001, 3 pages, U.S. Appl. No. 09/690,701.
Office Action dated Sep. 25, 2002, 4 pages, U.S. Appl. No. 09/690,701.
Final Office Action dated Mar. 21, 2003, 4 pages, U.S. Appl. No. 09/690,701.
Advisory Action dated Jun. 16, 2003, 2 pages, U.S. Appl. No. 09/690,701.
Notice of Allowance and Fee(s) Due, date mailed Nov. 24, 2003, 5 pages, U.S. Appl. No. 09/690,701.
Restriction Requirement dated Dec. 29, 2004, 4 pages, U.S. Appl. No. 10/729,356.
Office Action dated Feb. 16, 2005, 5 pages, U.S. Appl. No. 10/729,356.
Restriction Requirement dated Feb. 21, 2006, 5 pages, U.S. Appl. No. 10/729,356.
Notice of Allowance and Fee(s) Due, date mailed Jun. 13, 2006, 6 pages, U.S. Appl. No. 10/729,356.
Response to Rule 312 Communication, dated Jul. 30, 2007, 2 pages, U.S. Appl. No. 10/729,356.
Office Action dated Jan. 14, 2008, 7 pages, U.S. Appl. No. 10/729,356.
Office Action dated Jan. 24, 2005, 4 pages, U.S. Appl. No. 10/773,617.
Notice of Allowance and Fee(s) Due, date mailed Apr. 17, 2006, 4 pages, U.S. Appl. No. 10/773,617.
Notice of Allowance and Fee(s) Due, date mailed Jul. 6, 2006, 4 pages, U.S. Appl. No. 10/773,617.
Office Action dated May 16, 2007, 4 pages, U.S. Appl. No. 10/773,617.
Office Action dated Jan. 24, 2008, 8 pages, U.S. Appl. No. 10/773,617.
Final Office Action dated Apr. 24, 2008, 10 pages, U.S. Appl. No. 10/773,617.
Office Action dated Dec. 18, 2001, 3 pages, U.S. Appl. No. 09/690,178.
Notice of Allowance and Fee(s) Due, date mailed Sep. 23, 2002, 5 pages, U.S. Appl. No. 09/690,178.
Office Action dated Mar. 7, 2003, 4 pages, U.S. Appl. No. 09/690,178.
Notice of Allowance and Fee(s) Due, date mailed Nov. 24, 2003, 4 pages, U.S. Appl. No. 09/690,178.
Response to Rule 312 Communication, dated Jan. 21, 2004, 2 pages, U.S. Appl. No. 09/690,178.
Office Action dated Jan. 27, 2005, 6 pages, U.S. Appl. No. 10/751,334.
Final Office Action dated Aug. 25, 2005, 6 pages, U.S. Appl. No. 10/751,334.
Notice of Allowance and Fee(s) Due, date mailed Jun. 12, 2006, 4 pages, U.S. Appl. No. 10/751,334.
Restriction Requirement dated Apr. 17, 2007, 5 pages, U.S. Appl. No. 10/751,334.
Restriction Requirement dated Aug. 9, 2007, 5 pages, U.S. Appl. No. 10/751,334.
Office Action dated Jan. 25, 2008, 7 pages, U.S. Appl. No. 10/751,334.
Office Action dated Jun. 15, 2004, 4 pages, U.S. Appl. No. 10/045,619.
Notice of Allowance and Fee(s) Due, date mailed Mar. 14, 2005, 4 pages, U.S. Appl. No. 10/045,619.
Restriction Requirement dated Jul. 27, 2006, 5 pages, U.S. Appl. No. 11/150,914.
Restriction Requirement dated Oct. 18, 2006, 5 pages, U.S. Appl. No. 11/150,914.
Office Action dated Feb. 22, 2007, 6 pages, U.S. Appl. No. 11/150,914.
Final Office Action dated Dec. 12, 2007, 8 pages, U.S. Appl. No. 11/150,914.
Advisory Action dated Feb. 7, 2008, 3 pages, U.S. Appl. No. 11/150,914.
Final Office Action dated May 6, 2008 for U.S. Appl. No. 10/856,676, filed May 28, 2004.
Non-final Office Action dated May 1, 2008 for U.S. Appl. No. 11/849,068, filed Aug. 31, 2007.
Restriction Requirement dated Apr. 28, 2008 for U.S. Appl. No. 11/150,914, filed Jun. 13, 2005.
*Exergaming*, en.wikipedia.org, printed Oct. 1, 2007 (4 pages).
*Wired*, www.wired.com, issue 2.09, Sep. 1994 (4 pages).
"Defendant's Amended Invalidity Contentions," Case No. 2:05-cv-527, signed by Kirk Harris on Mar. 16, 2007 (15 pages).
"Icon Health & Fitness, Inc.'s Supplemental Preliminary Invalidity Contentions," Case No. 2:05-cv-527, signed by Brent A. Hansen on Jun. 23, 2006 (24 pages).
"Icon Health & Fitness, Inc.'s Preliminary Invalidity Contentions," Case No. 2:05-cv-527, signed by Brett A. Hansen on Jun. 26, 2006 (378 pages).
"Expert Report of Dr. Brent Nelson Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)," dated Mar. 13, 2007 (372 pages).
"Netpulse Brings Free Internet Access to Fitness Centers." Newsbytes.com, http://www.newsbytes.com, Jan. 17, 2000 (1 page).
"Precor and Netpulse Partner to Create the World's First Internet Powered Elliptical." Netpulse press release, Oct. 1, 1999 (2 pages).
"Surf While you Sweat." ABCNEWS.com, Oct. 27, 1998 (3 pages).
"The Best Products of 1999—Business Week's Top Picks of the Most Innovative Products on the Market." Business Week, Dec. 6, 1999 (2 pages).

Netpulse brochure. "Catch the wwwave," available on information and belief at least as early as Feb. 10, 2000 (6 pages).
Winkler, William J., "Pumping Iron With a Digital Friend," Business Week, Dec. 18, 1995, pp. 78a.
Internet Archive Wayback Machine, archive for www. ifit.com, at http://web.archive.org/web/*/www.ifit.com, Sep. 1, 2003, 1pg.
iFIT.com "Internet Workouts Control Your Treadmill, Bike, or Elliptical," at http://www.ifit.com, Sep. 1, 2003, 3 pages.
Icon Health and Fitness, Nordictrack C2420 (Model No. NTL 14950), 2004.
Icon Health and Fitness, Nordictrack C2420 (Model No. NTL 14951), 2004.
Icon Health and Fitness, Nordictrack C2420 (Model No. NTL 1495. 2), 2004.
Icon Health and Fitness, Nordictrack CX 990 (Model No. NEL 09940), 2003.
Icon Health and Fitness, Nordictrack SL 760 (Model No. NTC 89021), 2004.
Icon Health and Fitness, Nordictrack SL 760 (Model No. NTC 89020), 2004.
Icon Health and Fitness, Nordictrack SL 710 (Model No. NTC 07942), 2004.
Icon Health and Fitness, Nordictrack SL 710 (Model No. NTC 07941), 2004.
Icon Health and Fitness, Nordictrack SL 710 (Model No. NTC 07940), 2003.
Icon Health and Fitness, Nordictrack SL 705 (Model No. NTC 05941), 2004.
Icon Health and Fitness, Nordictrack SL 705 (Model No. NTC 05940), 2004.
Icon Health and Fitness, Nordictrack C2420 Manual preceding Specs, 2004.
Icon Health and Fitness, Pro-Form Personal Trainer Plus, undated.
Icon Health and Fitness, Screenshots of iFit.com, undated.
Icon Health and Fitness, iFit.com "Log on. Work Out." Brochure, 2000.
Icon Health and Fitness, Website printouts (archived docs), 2000.
Icon Health and Fitness, Pro-Form 600 (Model No. PETL60000), 2000.
Icon Health and Fitness Inc., Reebok ACDI (Model No. RETL11900), 2000.
Icon Health and Fitness Inc., Reebok RT1000 (Model No. RETL16001), 2001.
Icon Health and Fitness Inc., One-on-One Video Trainer (Model No. TLTL21040), 1995.
IEEE Computer Graphics and Applications—EVAC: A Virtual Environment for Control of Remote Imaging Instrumentation, 1996.
IEEE: Performance Analysis of a Gateway Connecting the Cebus to the ISDN, 1993.
Fitness Equipment: Cardio, 1997.
Icon Health and Fitness Inc., Photographs of various fitness equipment systems, 1989-1996.
Mademoiselle, www.IFIT.Com, Mademoiselle, Mar. 2000.
Wired, Icon Health & Fitness Image 10.4Qi, Wried, Apr. 2000.
Cooking Light, Cybertrainers are Watching Your Workout, Cooking Light, Aug. 2000.
Villarosa, A Fitness Industry, With Gadgets Galore, the New York Times, Apr. 25, 2000.
Little, Web Creates Workouts With Virtual Trainers, The Birmingham News, Apr. 10, 2000.
San Francisco Chronicle, Let the Web Help You Get Physical, Mar. 16, 2000.
DVD Labeled "ICON-CYB001" 881 PDF Files Jun. 12, 2006.
CD-ROM Labeled "Supershow 2000," ICON-CYB 034309 Highlight Video Apr. 20, 2006.
CD-ROM Labeled "Supershow 1998," ICON-CYB 034310 Live Video Streaming from Logan, Utah to Atlanta, Georgia, Feb. 10, 1998.
DVD Lableled "1998 Supershow Web Cast," ICON-CYB 034311 Raw video footage, Jun. 2006.
CD-ROM Labeled "Steve Young Webcast," ICON-CYB 034312, Sales Meeting 2000, Jun. 2006.
*Consumer Reports*, *Out of the Rat Race, onto a Treadmill*, Feb. 2000 (5 pages).
*Consumer Reports*, *Out of the Rat Race, onto a Treadmill* at http://www.accessmylibrary.com/coms2/summaryU0286-28004514 ITM, Mar. 5, 2007, 8 pages.
Notice of Allowance and Fee(s) Due, date mailed Jun. 4, 2008, 8 pages, U.S. Appl. No. 11/429,858.
Final Office Action dated Jun. 2, 2008, 7 pages, U.S. Appl. No. 10/751,334.
Non-final Office Action dated Jun. 13, 2008, 6 pages, U.S. Appl. No. 11/657,701.
Non-final Office Action dated Jun. 26, 2008, 4 pages, U.S. Appl. No. 11/440,703.
Final Office Action dated Jul. 1, 2008, 9 pages, U.S. Appl. No. 10/729,356.
*The FitLinxx Interactive Fitness Network* TM, *Integrated Fitness Corp.*, brochure, 1998 (4 pages).
Fitlinxx Interactive Fitness Network TM, *The Difference Between Surviving and Thriving May be as Simple as FitLinxx TM, Integrated Fitness Corp.*, brochure, 1998 (1 page).
Forbes Digital Tool: Startups, *Sweat Equity*, www.forbes.com, Feb. 1998 (2 pages).
Netpulse, Networkingout — Coming Distractions: *Netpulse Helps Exercisers Surf the Net at the Gym, Accomplish Several Goals at Once*, www.netpulse.com, Apr. 1998 (3 pages).
Netpulse, *Instead of having an equipment repair technician traveling over hill and dale, you may soon have equipment repaired via the Internet*, www.netpulse.com, Jul. 1998 (3 pages).
Netpulse, *Infotech is supposed to make life easier-remember? Here's how to be sure it does.*, www.netpulse.com, Aug. 1998 (4 pages).
Netpulse, Exercise station connects to the Net, *Now you can sweat to the Net.*, www.netpulse.com, Sep. 1998 (1 page).
Netpulse, New Fitness Equipment Combines Internet, Sweat, *Now you can surf and sweat*, www.netpulse.com, Jan. 1999 (2 pages).
Netpulse, Hop In, Log On and Sweat, *Netpulse exercise machines are the latest Web feat*, www.netpulse.com, Feb. 1999 (2 pages).
Netpulse Club Watch TM, *Internet Powered Service*, brochure, Apr. 1999 (1 page).
Netpulse, *State of the Art*, www.netpulse.com, Feb. 2000 (1 page).
Netpulse, *Netpulse Files for Patents on its Pioneering Technology Inventions and Groundbreaking Business Methods in the Media and Fitness Markets*, www.netpulse.com, May 2000 (2 pages).
Little Tony, One on One Video Trainer (for Model No. T1T123040), Jun. 1995 (25 pages).
*Men's Journal*, Squat.com. The Home Gym Goes Online, May 2000 (2 pages).
MSNBC.com, Smart Fitness Section, On A Quest for Fitness —The latest workout gear and Gadgets, Feb. 29, 2000 (6 pages).
Options Manual: Video Track/Track Five/Personal Trainer Plus (Part No. 109917), Sep. 1992 (4 pages).
*PR Newswire*, Turn Your Treadmill Into a Internet Appliance with www.iFIT.com, Oct. 19, 1999 (3 pages).
PRO-FORM 8.0 TXP Manual (for Model No. PF080010) (cited as "8.0TXP"), Nov. 1991 (16 pages).
*The Boston Globe*, Living Section, Pg. F1, Wired Workout Local Gyms, Mar. 11, 2000 (2 pages).
*The Herald Journal*, People in Business, ICON winds Awards, vol. 91, No. 128, May 7, 2000 (1 page).
*US Weekly*, p. 71, Work Out Online, Mar. 27, 2000 (2 pages).
*Communications of the ACM*, vol. 35, No. 6, cited as "Comm of the ACM", Jun. 1992 (10 pages).
*Ebsco Publishing*, New home exercise equipment: your computer?, Jun. 2000 (3 pages).
*Fortune Magazine*, p. 84, Virtual Workouts —Treadmills Possessed, Apr. 17, 2000 (2 pages).
*Good House Keeping*, p. 53, A Run for the Money, Feb. 2000 (2 pages).

*IEEE Publication*, A Telerobotics Construction Set with Integrated Performance Analysis, 0-8186-7108-Apr. 1995 (IEEE) (cited as "Telerobotic Con."), Apr. 1995 (7 pages).
*IEEE Publication*, Intelligent Monitoring System for Limited System for Limited Communication Path: Telerobotic Task Execution over Internet, 0-8186-7108-Apr. 1995 (IEEE) (cited as "Intelligent"), Apr. 1995 (6 pages).
Lifstyler 10.0 ESP Manual (for Model No. 297052) (cited as "10.0 ESP"), Nov. 1992 (16 pages).
1994 Pro-Form First in Fitness, (1994 Copyright ProForm Products, Inc.), (16 pages).

* cited by examiner




FIG. 1




FIG. 2




FIG. 3


12
34b
52a
52b
36
38
26a
55a
55b
54
26b
30a
30b
50
42b
34a
40
48
44
42a
46

FIG. 4


HEART RATE
ENTER
INCLINE
SPEED
DISTANCE
TIME
STOP / PAUSE
START
MANUAL OVERRIDE
IFit
23
68
76
87
89
82
84
80
78
72
70
74
60
62
56
58
64
66
85
83

FIG. 5


CONTROL PANEL
20
COMMUNICATION
90 INTERFACE
TREADMILL CONTROLLER
48
OUTPUT DEVICES
94
INPUT DEVICES
92
PROCESSOR
88
TRANSLATOR
13
MEMORY 93
AUDIO / VIDEO
AUDIO / VIDEO
AUDIO OUTPUT
84
VIDEO OUTPUT
82
AUDIO INPUT
78
VIDEO INPUT
80
AUDIO / VIDEO CONTROLLER
86
MEMORY
91
TREADMILL PROCESSOR
92
MEMORY
95
INCLINE SENSOR
99
INCLINE MOTOR
96
SPEED MOTOR
94
SPEED SENSOR
98
TREADMILL
12

FIG. 6



COMPUTER MEMORY
(ROM) 106
BIOS 110
(RAM) 108
OPERATING SYSTEM 130
APPLICATION PROGRAMS 132
OTHER PROGRAM MODULES 134
PROGRAM DATA 136
102
PROCESSING UNIT 100
14
SYSTEM BUS
104
VIDEO ADAPTER 146
TRANSLATOR
HARD DISK DRIVE INTERFACE
124
MAGNETIC DISK DRIVE INTERFACE
126
OPTICAL DRIVE INTERFACE
128
SERIAL PORT INTERFACE
142
NETWORK INTERFACE
160
112
114
116
118
120
122
140
MODEM
162
KEYBOARD
138
APPLICATION PROGRAMS
158
156
148
REMOTE COMPUTER
154
WIDE AREA NETWORK
LOCAL AREA NETWORK
150
MONITOR
144
12
TRANSLATOR 13
MICROCONTROLLER 164
EXERCISE DEVICE
20


FIG. 7


COMPUTER DEVICE 14
PROCESSOR 172
MEMORY DEVICE 174
INTERFACE 176
TRANSLATOR DEVICE 13
INTERFACE 178
MICRO CONTROLLER 164
CONVERTER 182
INVERTER 180
INTERFACE 184
TREADMILL 12
INTERFACE 90
PROCESSOR 88
PROCESSOR 92
SENSORS 168
MOTORS 166
INPUT DEVICES 170
OUTPUT DEVICES 186
MEMORY DEVICE 91

FIG. 8


START
PERFORM DIAGNOSTIC ANALYSIS ?
190
NO
YES
IDENTIFY DEVICE
192
IDENTIFY COMPONENT
194
YES
NO
IDENTIFY ANOTHER COMPONENT ?
198
NO
IS COMPONENT MALFUNCTIONING ?
196
YES
RESET PARAMETERS
200
NO
IS COMPONENT STILL MALFUNCTIONING ?
YES
202
PROVIDE NOTIFICATION
204
END

FIG. 9


TRANSLATOR 220n
EXERCISE DEVICE 222n
COMPUTER DEVICE 212n
APPLICATION PROGRAM 214n
DISPLAY DEVICE 224n
SERVER 216
STORAGE DEVICE 218
NETWORK 210
COMPUTER DEVICE 212a
APPLICATION PROGRAM 214a
DISPLAY DEVICE 224a
TRANSLATOR 220a
EXERCISE DEVICE 222a

FIG. 10


START
230
DOES CLIENT HAVE APPLICATION ?
NO
DOWNLOAD APPLICATION PROGRAM
234
YES
232
COMPETE ?
NO
YES
SCHEDULE RACE
236
LOGIN PRIOR TO PRE-DETERMINED TIME
238
BEGIN EXERCISE DEVICE
240
START RACE
242
244
TRACK POSITION FROM START TIME AND UPLOAD TO SERVER
246
END RACE ?
NO
DOWNLOAD COMPUTER POSITION
248
DISPLAY POSITIONS OF PARTICIPANTS
250
YES
252
END RACE AND BEGIN COOL DOWN
254
DOWNLOAD RESULTS
256
DISPLAY RESULTS

FIG. 11


START
RECEIVE REQUEST(S) FOR COMPETITION
260
SCHEDULE COMPETITION
262
PRE-DETERMINED TIME ?
264
NO
YES
ALL COMPETITORS LOGGED IN ?
266
NO
WAIT ?
268
YES
NO
YES
START RACE
270
RECEIVE COMPETITOR POSITIONS
272
COMMUNICATE POSITION(S) TO CLIENT(S)
274
RACE OVER ?
276
NO
YES
RECEIVE FINAL RESULTS FROM CLIENT(S)
278
PROCESS RESULTS AND DETERMINE WINNER
280
COMMUNICATE RESULTS
282

FIG. 12

# SYSTEMS AND METHODS FOR ENABLING TWO-WAY COMMUNICATION BETWEEN ONE OR MORE EXERCISE DEVICES AND COMPUTER DEVICES AND FOR ENABLING USERS OF THE ONE OR MORE EXERCISE DEVICES TO COMPETITIVELY EXERCISE

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a divisional application of U.S. patent application Ser. No. 09/947,193, filed Sep. 5, 2001, now U.S. Pat. No. 7,166,064, and entitled "Systems and Methods for Enabling Two-Way Communication Between One Or More Exercise Devices and Computer Devices and for Enabling Users of the One Or More Exercise Devices To Competitively Exercise," which is a continuation-in-part application of U.S. patent application Ser. No. 09/641,600, filed Aug. 18, 2000, now U.S. Pat. No. 7,060,006, entitled "Computer Systems and Methods for Interaction with Exercise Device," a continuation-in-part application of U.S. patent application Ser. No. 09/641,220, filed Aug. 18, 2000, now U.S. Pat. No. 6,458,060, entitled "Systems and Methods for Interaction with Exercise Device," and a continuation-in-part application of U.S. patent application Ser. No. 09/641,627, filed Aug. 18, 2000, now U.S. Pat. No. 7,166,062, entitled "System for Interaction with Exercise Device," each of which is a continuation-in-part application of U.S. patent application Ser. No. 09/349,608, filed Jul. 8, 1999, now U.S. Pat. No. 6,312,363, entitled "Systems and Methods for Providing an Improved Exercise Device with Motivational Programming" and a continuation-in-part application of U.S. patent application Ser. No. 09/496,560, filed Feb. 2, 2000, now U.S. Pat. No. 6,447,424, entitled "System and Method for Selective Adjustment of Exercise Apparatus," all of which are incorporated herein by reference.

## BACKGROUND OF THE INVENTION

1. The Field of the Invention

The present invention relates to systems and methods for enabling communication between disparate exercise devices and computer devices. More particular, the present invention relates to providing systems and methods for two-way communication between exercise devices and computer devices that typically are incapable of communicating one with another. Further, the present invention relates to enabling one or more users on one or more exercise devices to interact in a competitive environment.

2. The Relevant Technology

At health clubs, members are taught correct techniques for using exercise equipment and performing exercises in group settings. By so doing, members are less likely to receive an exercise related injury, while exercising in a synergistic environment where group members derive encouragement and motivation from each other. Initially, only group aerobic classes were available to members of the health club. More recently, however, group workout approaches have been extended to classes that use exercise equipment or devices. For example, "Spinning Classes" are available in which each participant operates his or her own stationery exercise cycle in a group setting with a coach or instructor leading the group through a prescribed program or routine. Similar instructional classes are available at health clubs that use other types of exercise equipment or devices.

One of the primary disadvantages of group training is that such training is typically available only at health club and



therefore it is not as convenient as exercising in the privacy and comfort of one's own home. Consumers are purchasing home exercise devices in record quantities in an attempt to conveniently improve their health and physical conditioning. However, ownership of a home exercise device requires the owner to maintain and/or repair the device, as necessary, and typically eliminates access to the synergistic environment of the health club and the expertise of personal trainers or instructors.

Some efforts have been made in the prior art to introduce a level of "interactivity" into home exercise equipment or devices. For example, U.S. Pat. No. 5,489,249 discloses a video exercise control system in which a videocassette recorder (VCR) or similar device is coupled, via a hard wired connection, to an exercise machine, such as a treadmill. As an individual exercises on the treadmill, the VCR in synchronization with a prerecorded audio/video presentation controls the speed and incline of the treadmill.

In U.S. Pat. No. 5,645,509, entitled "Remote Exercise Control System" that is incorporated herein by reference, disclosed a system in which an exercise device, such as a treadmill, remotely communicates via a communications module with an evaluation module located at a remote location. Signals indicative of the operating parameters of the treadmill are transmitted from the treadmill to the evaluation module, and control signals are transmitted from the remote evaluation module for controlling the operating parameters of the treadmill.

Another example of an exercise device that provides a user with some interactivity is disclosed in U.S. Pat. No. 5,888,172. The exercise device disclosed in U.S. Pat. No. 5,888,172 is coupled, via a hard-wired connection, to a video game device. The operating parameters of the exercise device are used as inputs to the video game controller, which then produces a video display based on the inputs received. While these approaches exist, they nevertheless fail to provide many desirable benefits of group exercise.

Consumers purchasing home exercise equipment for convenience are unable to enjoy many benefits of group exercises. For example, the consumers of home exercise equipment typically face challenges of understanding proper use of the equipment, of developing an exercise routine, of maintaining motivation to use the equipment on a consistent and ongoing basis, and of providing necessary maintenance and repair to the equipment. It would be a definite improvement in the art of home exercise equipment to provide the desirable benefits of group exercise in the convenience of a home setting.

## BRIEF SUMMARY OF THE INVENTION

The present invention relates to systems and methods for providing two-way communication between exercise devices and computer devices. More particular, the present invention relates to translating data between different protocol formats to enable two-way communication between a computer device and an exercise device. Further, the present invention relates to enabling one or more users on one or more exercise devices to interact in a competitive environment.

In one embodiment, an implementation of the present invention takes place in association with an exercise device and a computer device. One example of such an exercise device is a treadmill, although a variety of different exercise devices may be employed, such as exercise cycles, Nordic style ski exercise devices, rowers, steppers, hikers, climbers, elliptical or striding exercise devices, incline trainers, weight systems, and any other motorized device or any other device

that utilizes motors, solenoids, or any other electrically driven actuators to control one or more operating parameter of the exercise device.

According to one aspect of the invention, a computer device and a treadmill or other exercise device communicate one with another through a translator device. The treadmill allows a user to participate in an exercise program, whether such program is developed by the user, downloaded from a computer device local or remote from the treadmill, a combination thereof, and the like. The treadmill gathers device data and/or user data that are preserved in internal memory of the treadmill. Examples of device data include information relating to speed, resistance, incline, time, temperature, and other similar operating parameters. Examples of user data include information relating to a user's age, weight, height, current pulse rate, and other information specific to a user.

The data gathered by the treadmill is accessible by the computer device through a communication line connection and the translator device. The translator device is configured to translate the data between the protocol format of the computer device and the protocol format of the exercise device. Similarly, the treadmill may access data from the computer device, such as an exercise program stored at the computer device, through a similar exchange of data between the treadmill and computer device that is sent through the translator device.

As an exercise device and a computer device typically employ communication protocols with differing formats, the translator device enables the exchange of data between the devices. By way of example, the computer device transmits a request using a computer communication protocol, illustratively the recommended standard-232 (RS-232) protocol, to obtain data gathered by the treadmill. The translator device receives a request that is formatted in accordance with the computer communication protocol and translates the request into a request formatted in accordance with an exercise communication protocol, illustratively an $I^2C$ protocol, understood by the treadmill. In response, the treadmill transmits the response that is formatted in accordance with the exercise communication protocol that corresponds to the requested data. The translator device receives the response and translates the response into a response that is formatted in accordance with the computer communication protocol. As such, two-way communication between the computer device and treadmill is enabled.

According to another exemplary embodiment of the present invention, the treadmill can include all or a portion of the functionality of the translator device internal to the treadmill. For example, a processor included within the treadmill can directly format data indicative of one or more measurable parameters of the treadmill or a user exercising thereupon into a format in accordance with the computer communication protocol, such as RS-232 protocol. The treadmill can achieve this without first preparing the data for delivery using an exercise communication protocol. Consequently, the treadmill can directly communicate with the computer device via a communication line connection that accommodates data formatted in accordance with a computer communication protocol.

Two-way communication between an exercise device and a computer device provides a user of the exercise device and the computer device with the capabilities to perform various activities. Illustratively, a user of the computer device can perform a diagnostic check on the exercise device. Upon encountering a diagnostic error in the exercise device, the error may be repaired or reprogrammed remotely without the use of a technician at the exercise device. Another activity



includes defining internal parameters of the exercise device upon installation of updated or new software or components.

Another activity includes allowing the computer system to monitor the status of a user, such as the user's current pulse rate, to maintain an appropriate workout for the user and/or to prevent the user from entering into an unhealthy or hazardous pulse rate. Another activity includes controlling the exercise device and/or providing instructional direction and/or encouragement relating to a particular exercise routine.

Another activity allows the computer system to monitor and optionally regulate the amount of resistance experienced by a user of the exercise device.

Communication between the exercise device and the computer device enables a user of an exercise device to compete with and/or otherwise interact with another user on either a real time or a delayed time basis. For example, a first user on or at a first exercise device at a first location competes against a second user on or at a second exercise device at a second location, even when the locations are in separate cities, states or even countries.

The first user uses a first computer device to access a server across a network to schedule a race with the second user, which uses a second computer device to access the server across the network to schedule the race with the first user. Before a start time of the race, the users begin exercising on each respective exercise device. The race begins while the users are exercising and the computer devices control an operating parameter of the exercise devices to simulate the layout or terrain of the race. When the exercise devices are treadmills, for example, the race layout is simulated by the computer system controlling or regulating the incline of the tread base of each treadmill to simulate running uphill or on a flat surface. Each exercise device and/or computer device monitors a user's performance to determine distance traveled by the user with respect to the start time of the race. The distance traveled in the race corresponds to the distance traveled on the treadmill belt. During the race, each user is able to independently set and modify the speed of the belt.

The position of each user is communicated across the network and updated throughout the race to allow for a display at each location. In one implementation, the network is a wide area network ("WAN"), such as the Internet, that allows users to compete while exercising in their own homes on home fitness equipment. The exercise device, with an incorporated computer device, or a separate computer device, performs the monitoring, tracking and/or controlling of an exercise device. The data indicative of such monitoring, tracking and/or controlling of an exercise device is communicated to the server, which processes user performance from the various computer devices and communicates the position of each user in the race to the computer devices.

Once the race ends, each computer device or client uploads the results of the race corresponding to one user or participant, relative to the start time of that user or participant, so that the server may process the results of the virtual race. Meanwhile, the users experience a cool down and are notified of the results, including the winner and the order of completion of the race, once the official results are processed by the server and communicated across the network. As such, in an implementation where the computer devices are connected to a WAN, implementation of the present invention; may be performed regardless of network latency since the tracking and monitoring is performed on the client side and the processing is performed on the server side.

While the example above refers to two users racing against each other at the same time, implementations of the present invention embrace a variety of scenarios. For example, a user

may race against stored races by that user or other users, against virtual users, or against a large number of other virtual and/or live users. Alternatively or additionally, users may compete at different times, such as one user participating in the morning of a first day and another user participating in the afternoon of a second day. Further, users can compete one different exercise devices, on the same exercise device one after another, combinations thereof, or the like. Once all of the users have completed the race, the exercise device and/or separate computer device uploads the race data from each user to a server. The server processes the data and notifies all users of the winner and optionally the order in which the users finished the virtual race.

Additional features and advantages of the invention will be set forth in the description which follows, and in part will be obvious from the description, or may be learned by the practice of the invention. The features and advantages of the invention may be realized and obtained through the instruments and combinations particularly pointed out in the appended claims. These and other features of the present invention will become more fully apparent from the following description and appended claims, or may be learned by the practice of the invention as set forth hereinafter.

## BRIEF DESCRIPTION OF THE DRAWINGS

To further clarify the above and other advantages and features of the present invention, a more particular description of the invention will be rendered by reference to specific embodiments thereof which are illustrated in the appended drawings. It is appreciated that these drawings depict only typical embodiments of the invention and are therefore not to be considered limiting of its scope. The invention will be described and explained with additional specificity and detail through the use of the accompanying drawings in which:

FIG. **1** is a schematic representation of an exemplary system configuration in accordance with the present invention;

FIG. **2** is a perspective illustration of an exemplary system configuration of the present invention of FIG. **1**, wherein a computer device and translator device are connected to an exercise device;

FIG. **3** is a perspective illustration of the exercise device of FIG. **2** with the tread base positioned in an upward position for storage;

FIG. **4** is a partial plan view of portions of the exercise device of FIG. **2** with the tread base oriented in the upward position;

FIG. **5** is a perspective illustration of a control panel of the exercise device of FIG. **2**;

FIG. **6** is an exemplary schematic representation of the exercise device of FIG. **2**;

FIG. **7** is an exemplary schematic representation of the computer device and translator device of FIG. **2**;

FIG. **8** is a block diagram representation of two-way communication enabled in the exemplary system of FIG. **2**;

FIG. **9** is a flow chart that provides an example of an exchange that may be made between a computer device and an exercise device enabled by the translator device;

FIG. **10** is a block diagram representation of an exemplary system configuration to enable competitive user interaction on home fitness equipment;

FIG. **11** is a flow chart that provides an example of the processing performed at each client computer of FIG. **10** to enable the competitive user interaction; and

FIG. **12** is a flow chart that provides an example of the processing performed at the server of FIG. **10** to enable the competitive user interaction.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The present invention relates to systems and methods for providing two-way communication between exercise devices and computer devices. Embodiments of the present invention facilitate direct communication between an exercise device and a computer device in a simple and efficient manner. Further, embodiments of the present invention relate to controlling the delivery of differently formatted data between various computer devices and exercise devices. Illustratively, the present invention relates to translating data formatted for delivery in accordance with, using, or by a computer communication protocol to data formatted for delivery in accordance with, using, or by an exercise communication protocol. Therefore, the present invention relates to enabling an exercise device to communicate with a computer device by translating data formatted for delivery in accordance with, using, or by a computer communication protocol to data formatted for delivery in accordance with, using, or by an exercise communication protocol, or vice versa.

Additionally, the present invention relates to systems and methods for enabling users utilizing an exercise device to compete in a virtual race. More particular, the present invention relates to enabling one or more users on one or more exercise devices to interact in a competitive environment, regardless of network latency and of when the users participated in the virtual race.

As discussed herein, reference is made to an exercise device. Although reference will be made to one implementation of the present invention as relates to a treadmill, it can be understood that other implementation of the present invention can be included within other exercise devices. Consequently, the term “exercise device” shall be interpreted broadly to include any type of device that takes the form of a machine or equipment that is used by an individual for performance of fitness or exercise programs, regimes, or activities. These exercise devices can include, but not limited to, treadmills, exercise cycles, Nordic style ski exercise devices, rowers, steppers, hikers, climbers, elliptical or striding exercise devices, incline trainers, weight systems, and any other motorized device or any other device that utilizes motors, solenoids, or any other electrically driven actuators to control one or more operating parameter of the device. These operating parameters include, but are not limited to, speed, resistance, incline, time, temperature, or other similar operating parameters of the exercise device.

To simplify the description of the various aspects of the present invention, the following disclosure of the present invention is grouped into various subheadings, namely “Exemplary System Configuration” and “Two-Way Communication Translation,” each including multiple sub-subheadings. The use of these headings is for convenience of the reader only and is not to be construed as limiting in any sense to the scope of the present invention.

### Exemplary System Configuration

Depicted in FIG. **1** is a representation of one illustrative system, designated by reference numeral **10**, that may incorporate the novel features of the present invention. This system **10** includes various devices, hardware and software modules, and the like that may be remotely accessed and controlled in a real-time manner. Although this is one embodiment of an exemplary system, other systems can be identified by those skilled in the art, such as but not limited to those systems, whether in whole or in part, described in U.S. patent applica-

tion Ser. Nos. 09/641,600, 09/641,220, 09/641,627, 09/349,608, and 09/496,560, all of which are incorporated herein in their entirety by this reference.

As shown, one or more exercise devices, such as treadmills **12***a*-**12***n*, communicate data with a communication system **18**, one or more treadmills **20***a*-**20***n*, or a third party **21** via one or more translators or translator devices **13** and one or more computer devices **14**. Alternatively, each exercise device can communicate data with computer device **14** through translator device **13**, with computer device **14** optionally communicating with communication system **18**, treadmills **20***a*-**20***n*, and/or third party **21**. Further, each exercise device can communicate data directly with computer device **14** without the aid of translator device **13**.

Each translator device **13** and/or computer device **14** communicates with a network **16** configured to enable communication of the various hardware and software modules and devices of the present invention. Network **16**, therefore, can be a local area network (LAN), a wide area network (WAN), a wireless network, a packetized network, a real-time network, and the like.

Communication system **18** may assist with the communication between the different modules, hardware devices, or exercise devices or mechanism of system **10**. Optionally, communication system **18** acts as a data store for data deliverable to and/or received from treadmills **12***a*-**12***n*, **20***a*-**20***n*, third party **21**, translator device **13**, and computer device **14**. The functionality of communication system **18** is more fully described in U.S. patent application Ser. Nos. 09/641,600, 09/641,220, and 09/641,627.

The following discussion will be directed to only a single treadmill **12** and a single treadmill **20**, however, it may be appreciated that a similar discussion may be made for the illustrated configuration that includes multiple treadmills **12***a*-**12***n*, **20***a*-**20***n*. Similarly, although each of the elements of system **10** are shown separated one from another, it may be appreciated by one skilled in the art that the hardware and/or software modules and elements of the present invention may be incorporated together. For example, the functionality and/or the structure of translator device **13** and/or computer device **14** may be excluded, or partially or completely incorporated within respective exercises devices or mechanisms, such as treadmill **12** or treadmill **20**. Similarly, the functionality, the structure, the hardware and/or the software elements of the communication system **18** may be partially or completely incorporated within a treadmill.

Generally, system **10** enables data, such as motivational content and one or more control signals, to be transmitted between one or more translator devices **13**, computer device **14**, treadmills **12***a*-**12***n*, **20***a*-**20***n*, communication system **18**, and third party **21**. In one configuration, such data includes data indicative of any measurable parameter of the exercise device, such as but not limited to, speed, resistance, incline, time, temperature, or other similar operating parameters of the exercise devices. In still another configuration, the data is indicative of any measurable parameter of the user of the exercise device, such as but not limited to, heart rate, blood pressure, weight, or the like. The data can be formatted in accordance with, by, or using either a computer communication protocol or an exercise communication protocol. Further, the data that is sent can be considered as a protocol, whether a computer protocol or an exercise protocol. In another configuration, the data is so formatted to initiate a diagnostic analysis of computer device **14**, translator device **13**, treadmill **12***a*-**12***n*, **20***a*-**20***n*, communication system **18** or third party **21** and return resulting status information to one or more of the above.



Additionally, the data can optionally include exercise programming with control signals to be transmitted from one module, component, or device of system **10** to another. As disclosed in U.S. patent Ser. No. 09/349,608 entitled "Systems and Methods for Providing an Improved Exercise Device with Motivational Programming," which is incorporated herein by reference, the programming includes motivational content and/or one or more control signals that control one or more operating parameters of the exercise device. The control signals may be synchronized with the motivational content and designed to control one or more operating parameters of the exercise device, such as the speed, incline, difficulty of exercise program, time, distance, and the like of an exercise program performed on the exercise device.

As used herein, the term "motivational content" is used to broadly refer to any audio material, including dialog, narration, sound effects, and/or music, either alone or in combination with video material. In one embodiment of the present invention, the motivational content is stored in communication system **18** and includes an audio/video presentation of a personal trainer and others engaged in a series of exercises of varying difficulty. In another embodiment of the present invention, the motivational content is a live-on-live, real-time exercise program presented by one or more personal trainers that is either specific to one particular user or alternatively broadcast or optionally "webcast" to any user that it may access communication system **18**. In still yet another embodiment, the programming includes an exercise profile of the intensity of various exercise criteria, such as but limited to, speed, incline, or resistance of the exercise device, that is displayed continually or periodically to the user during the performance of the programming. In still yet another embodiment of the present invention, the user controls the period of when the exercise profile appears. One skilled in the art may appreciate that various other configurations of programming are applicable.

FIGS. **2**-**5** and the corresponding discussion are intended to provide a general description of a portion of the suitable operating environment illustrated in FIG. **1**. Although not required, the invention will be described in the general context of a system that includes an exercise device, a translator device, and a computer device. Those skilled in the art, however, will appreciate that embodiments of the present invention may be practiced in a variety of different system configurations that include different exercise devices, translator devices, and/or computer devices.

Referring to FIG. **2**, an exemplary system configuration is illustrated that provides an exemplary environment for one implementation of the present invention. In FIG. **2**, system **10** is provided that includes an exercise device **12**, a computer device **14**, and a translator device **13**. Although not required, exercise device **12** is illustrated as a motorized, reorienting treadmill that is capable of receiving data from and delivering data to computer device **14** through translator device **13**. Communication between exercise device **12** and computer device **14** is transmitted across a transmission medium, illustrated in FIG. **2** as cables **15***a* and **15***b* that respectively couple exercise device **12** to translator device **13** and translator device **13** to computer device **14**. In other embodiments, exercise device **12** communicates directly with computer device **14** through the transmission medium, without an external translator device **13**, as illustrated by the dotted line extending between computer device **14** and exercise device **12**.

Embodiments of the present invention embrace the use of other transmission mediums for delivering and receiving data between exercise device **12** and computer device **14**, includ-

ing a wireless communication system, a radio frequency (RF) communication system, fiber-optic communication system, any electromagnetic communication system, and other communication systems capable of being used to transmit data as known by one skilled in the art in light of the teaching contained herein.

Although not required, FIG. **2** illustrates computer device **14** and translator device **13** as being external to exercise device **12**. Other embodiments of the present invention embrace the functionality and/or structure of (i) computer device **14** and/or translator device **13** being internal to exercise device **12**, (ii) translator device **13** being internal to computer device **14**, (iii) translator device **13** being internal to exercise device **12**, (iv) combinations thereof, and the like. In still another configuration, exercise device **12** is configured to directly communicate with computer device **14** without utilizing the functionality and/or structure of translator device **13**.

A. Exemplary Exercise Device

The following discussion is intended to provide a description of an exemplary exercise device, illustrated in FIG. **2** as treadmill **12**. In one embodiment, treadmill **12** includes a control panel **23** supported on a generally upright support structure **24** and a tread base **25**. The illustrative upright support structure **24** includes two side members **26***a*, **26***b* that are coupled by way of one or more cross members **28**. Side members **26***a*, **26***b* and cross members **28** can have various configurations and may be fabricated from various materials so long as they are capable of supporting control panel **23** and tread base **25**. For example, the elements of upright support structure **24** can be fabricated from metals, plastics, natural materials, composites, combinations thereof, and the like.

The tread base **25** can be placed in one of a variety of positions. For example, FIG. **2** illustrates tread base **25** in a downward position that allows an individual to exercise thereon. While in the downward position, tread base **25** can be selectively angled with respect to the surface upon which treadmill **12** rests to provide further resistance to the individual exercising thereupon.

As illustrated in FIGS. **3** and **4**, tread base **25** can be placed in an upward position for storage. To aid with the description of treadmill **12**, FIG. **4** illustrates a partial view of portions of treadmill **12** with tread base **25** in an upward position and with a bottom cover **32** of FIG. **3** removed so as to reveal some of the internal components of treadmill **12**.

Referring to FIG. **4**, tread base **25** typically includes a pair of side rails **30***a*, **30***b* each having a front portion proximal to and a rear portion distal from upright support structure **24** (FIG. **1**) when tread base **25** is in the downward position. A proximal pulley **34***a* (FIG. **3**) and a distal pulley **34***b*, with relation to the support structure **24**, are disposed between and supported by side rails **30***a*, **30***b* while a continuous belt **36** extends between and around proximal pulley **34***a* and distal pulley **34***b*. Belt **36** is an example of a movable element that enables the performance of an exercise by a user when the exercise device is a treadmill. Pulleys **34** and belt **36** may have various configurations and may be fabricated from various materials, as known by one skilled in the art.

A deck **38** supports the upper run of belt **36** and supports an exercising individual resting upon belt **36**; the individual is not shown. Deck **38** is fabricated from various types of materials that allow deck **38** to support belt **36** and a user exercising thereon. For instance, deck **38** can be fabricated from wood, plastics, metals, natural materials, composite materials, combinations thereof, and the like.

As shown, proximal pulley **34***a* is mechanically coupled to an electric tread drive motor **40** by way of pulleys **42***a*, **42***b* and a drive belt **44**. In this illustrative embodiment, motor **40** further incorporates an inertial flywheel **46** that controls fluctuations in the rotational motion of a shaft of motor **40** during operation of treadmill **12**. Motor **40** is optionally electrically coupled to a treadmill controller **48** that controls the operation of motor **40** and the speed of belt **36** in response to various inputs or other control signals. As shown, treadmill controller **48** is incorporated within tread base **25**, however one skilled in the art can appreciate that treadmill controller **48** may be incorporated within control panel **23** or alternatively within computer device **14** of FIG. **2**.

In addition to the ability to control and vary the speed of belt **36**, treadmill **12** also permits the degree of incline of tread base **25** to be varied relative to the surface upon which tread base **25** rests. Typically, this is accomplished through use of an incline drive motor **50** (FIG. **4**) that raises or lowers one end of tread base **25** relative to the other end. In the illustrated embodiment, tread base **25** includes a pair of feet **52** that are rotatably attached to the underneath portion of side rails **30**. Feet **52** are mechanically coupled through a shaft **54** to incline drive motor **50**, which causes feet **52** to pivot about their points **55** of pivotal attachment to side rails **30***a*, **30***b*, thereby selectively raising or lowering the distal end of tread base **25**, relative to support structure **24**, when the treadmill **12** is in a downward position. Motor **50** is also optionally electrically coupled to and controlled by the treadmill controller **48**.

Treadmill **12** includes a control panel **23** attached to upright support structure **24**. In one embodiment, as illustrated in FIG. **5**, control panel **23** includes one or more input device and one or more output devices that provide an interface through which a user can input and receive information and data. Examples of input devices include, but are not limited to, speed controls **56**, incline controls **58**, time controls **60**, distance controls **62**, a start button **64**, a stop/pause button **66**, heart rate controls **68**, an iFit.com button **70**, a manual override button **72**, a scaling control **74**, a mouse **76**, a microphone **78**, a camera **80**, and the like. Examples of output devices include video display **82** that provides video output, a speaker **84** that provides audio output, a plurality of visual displays or indicators for each of the speed controls **56**, incline controls **58**, time controls **60**, distance controls **62**, start button **64**, stop/pause button **66**, heart rate controls **68**, iFit.com button **70**, manual override button **72**, scaling control **74**, and the like.

According to one illustrative embodiment, each button includes a light that becomes illuminated when the button is activated and darkens when deactivated, or vice versa. Further, each control can include an liquid crystal display (LCD) that provides a visual representation of the operating parameter changed through manipulation of the control, i.e., by changing the speed, incline, distance, etc. the LCD displays different values for the speed, incline, distance, etc. It may be appreciated that each of the above-recited devices may be embodied in a variety of different manners to perform their commonly utilized function, and may take the form of one or more switches, rheostats, potentiometers, touch sensitive controls, voice activated controllers, and the like.

In addition to the above input and output device, control panel **23** can include input and output devices that enable control panel **23** and hence treadmill **12** to communicate with translator device **13** and/or computer device **14**. As shown, control panel **23** optionally includes a hardwire connection **83** configured with an $I^2C$ adaptor for allowing communication to translator device **13**. Alternatively, control panel **23** can optionally include an $I^2C$ port **85** that is adapted to cooperate with an $I^2C$ adaptor to facilitate communication between treadmill **12** and translator device **13**.

As illustrated, control panel **23** can optionally include an input/output port **87**, such as an RS-232 port, that enables control panel **23** and treadmill **12** to directly communicate with computer device **14**. Similarly, control panel **23** includes a wireless port **89** that enables control panel **23** and treadmill **12** to communicate with translator **13** and/or computer device **14** using one of a variety of different electromagnetic radiation transmission mediums, such as but not limited to, radio frequency, infra-red, microwave, or the like transmission mediums.

With reference to FIG. **6**, an exemplary functional block diagram of treadmill **12** is illustrated. In FIG. **5**, control panel **23** communicates with computer device **14** through translator device **13**, and optionally with network **16**, communication system **18**, and/or other treadmills **20***a*-**20***n*, computer devices **14**, and translator devices **13** (FIG. **1**). Therefore, control panel **23**, or the various hardware and/or software modules and components deliver data indicative of any measurable parameter of the exercise device and/or the user of the device to communication system **18**, and/or other treadmills **20***a*-**20***n*, computer devices **14**, and translator devices **13** (FIG. **1**) and receive data from other translator devices **13**, computer devices **14**, and communication system **18**. Any individual module, component, exercise device, or the like forming part of system **10** can initiate the bi-directional communication between the various portions of system **10**.

When the functionality of translator device **13** is incorporated within control panel **23**, such as illustrated by translator device **13** depicted in dotted lines, control panel **23** bi-directionally communicates with computer devices **14**, translator devices **13**, communication system **18**, and/or third party **21**. Similarly, when the functionality of computer device **14** is incorporated within control panel **23**, control panel **23** bi-directionally communicates with network **16**, communication system **18**, and/or other treadmills **20***a*-**20***n*, computer devices **14**, and translator devices **13** (FIG. **1**).

Although reference is made to control panel **23** communicating with various computer devices, translator devices, communication systems, and third parties, it can be understood that generally the exercise device bi-directionally communicates with such computer devices, translator devices, communication systems, and/or third parties. Therefore, the functionality and related hardware and/or software modules and components need not be only included in the control panel, rather, such functionality and related hardware and/or software modules and components can be included within any module, component, or the like of the exercise device.

As shown in FIG. **6**, control panel **23** includes an audio input device **78**, such as a microphone, for gathering audio signals and a video input device **80**, such as a video camera for gathering video signals. The audio and video receivers need not be incorporated within control panel **23**, but can be separate therefrom while communicating with exercise device **12** and/or control panel **23** using a communication line connection as described herein or known by those skilled in the art. Further, treadmill **12** need not include any audio or video input devices or audio or video output devices. Similarly, treadmill **12** can include any combination of audio devices or video devices.

The audio and/or video signals from audio input device **78** and video input device **80** are delivered to an audio/video controller **86** that is configured to manipulate the audio and video signals in preparation for transmission to a processor **88**. The audio/video controller **86** can store all or a portion of the retrieved signals in a memory **91** before delivering the signals to processor **88**. In this manner, the signals can be buffered as needed. Memory **91** can have various forms as



known to one skilled in the art, such as but not limited to, volatile, non-volatile, persistent, virtual, physical, or the like.

The processor **88** acts as the central hub of treadmill **12** and controls the operation of treadmill **12**. Accordingly, processor **88** is capable of sending and receiving signals through a communication interface **90** to translator device **13** and/or directly to computer device **14** (FIG. **2**). Additionally, processor **88** is capable of retrieving data indicative of any measurable parameter of treadmill **12** and/or the user exercising using treadmill **12** and reformatting the data into computer data deliverable in accordance with or using a computer communication protocol. Alternatively, processor **88** is capable of retrieving data indicative of any measurable parameter of treadmill **12** and/or the user exercising using treadmill **12** and reformatting the data into exercise data deliverable in accordance with or using an exercise communication protocol. Therefore, processor **88** can control whether treadmill **12** can communicate directly with computer device **14** or whether translator device **13** facilitates communication between computer device **14** and treadmill **12**.

Further, processor **88**, through communication interface **90**, can deliver data indicative of any measurable parameter of the exercise device or user exercising thereupon and receive control signals to change any of the one or more measurable parameters of the exercise device. Additionally, processor **88** can initiate changes in the operating parameters of treadmill **12** in accordance with control signals received through communication interface **90**.

In general, therefore, processor **88** performs various operations on the signals, such as packing, encrypting, splitting, and the like. Further, processor **88** can be configured to format data indicative of any measurable parameter of treadmill **12** from treadmill controller **48** and/or any measurable parameter from the user of treadmill **12**, through appropriate hardware and/or software devices and modules. The processor **88**, therefore, can facilitate the delivery of such data directly to computer device **14** through communication interface **90** using a computer communication protocol, such as but not limited to RS-232 protocol. Processor **88** is one example of means for generating computer data deliverable to the computer device. Generally, the exercise device and any components or modules thereof are examples of means for generating computer data deliverable to the computer device. Similarly, processor **88** is one example of structure performing the function of means for generating exercise data deliverable to the translator device. As with the means for generating computer data, the exercise device and any components or modules thereof are examples of means for generating exercise data deliverable to the translator device. Further, processor **88**, the exercise device, and any components or modules thereof are examples of structure capable of performing the function of means for generating computer data based upon the exercise data. Additionally, processor **88**, the exercise device, and any component or module thereof is a structure capable of performing the function of means for generating exercise data, based upon the computer data, in accordance with an exercise communication protocol such that the exercise data is deliverable to the exercise device. Similarly, processor **88**, the exercise device, and any component or module thereof is a structure capable of performing the function of means for generating computer data, based upon the exercise data, in accordance with a computer communication protocol such that the computer data is deliverable to the computer device.

Generally, communication interface **90** is one example of structure capable of performing the function of means for receiving computer data from a computer device. Further,

communication interface **90** is one example of structure capable of performing the function of means for delivering the computer data to the computer device. Similarly, communication interface **90** is one example of structure capable of performing the function of means for delivering the exercise data to the exercise device. Additionally, communication interface **90** is an example of structure capable of performing the function of means for communicatively coupling the exercise device to a computer device and or receiving computer data from the computer device and means for delivering the computer data to the computer device.

The communication interface **90** and the various above-recited means can have various configurations to enable communication between treadmill **12**, translator device **13**, and/or computer device **14** (FIG. **2**). For instance, when treadmill **12** communicates directly with computer device **14** and treadmill **12** is devoid of the functionality associated with translator device **13**, communication interface **90** can take the form of an RS-232 port. Alternatively, communication interface **90** can be an RS-232 port when treadmill **12** includes the structure and/or functionality of translator device **13**. In another configuration, communication interface **90** can take the form of an $I^2C$ port or a hardwire $I^2C$ connection. One skilled in the art in light of the teaching contained herein knows other configurations. For instance, communication interface **90** can be a parallel interface, a serial interface, a wireless interface, an infra-red interface, other electromagnetic signal interfaces, or the like.

In addition to receiving signals or data from audio input device **78** and video input device **80**, processor **88** receives various inputs from one or more manually operated input devices **92** (e.g. manual override button **72**, scaling controls **74**, etc.) to vary the operating parameters of treadmill **12**. Optionally, processor **88** provides the user with notification of such change in the operating parameters of treadmill **12** via output devices **94**, video display **82** and/or speaker **84**.

Further, processor **88** can receive data or signals indicative of any measurable parameter of treadmill **12** from a treadmill controller **48**. In one embodiment, treadmill controller **48** includes memory **95** and a treadmill processor **92** that is configured to control the operation of speed motor **94** and incline motor **96**, which respectively controls and inclines treadmill **12**. This treadmill controller **48** optionally communicates with processor **88** and with interface **90**. Such communication between control processor **88** and treadmill controller **48** is achieved through use of an $I^2C$ bus, a SPI bus, a microwire bus, a microbus, and the like with associated communication protocols. Generally, the signals or data delivered between hardware and/or software modules of the exercise device are deliverable by an exercise communication protocol.

Treadmill **12** optionally includes one or more sensors, such as belt speed sensor and incline sensor **99**. Each sensor gathers a particular operating parameter of treadmill **12**, such as the speed of belt **36** (FIG. **3**) and incline of tread base **25**, such that control panel **23** presents outputs that are indicative of the present operating state of treadmill **12** at any given point in time. Treadmill **12** includes other sensors that gather various other operating parameters, such as but not limited to, maximum pulse and heart rate, average pulse and heart rate, target heart rate, length of workout session, and the like. Additionally, sensors **98** and **99**, in combination with one or more other sensors, determine whether an individual is actually exercising on treadmill **12** and deliver a feedback signal to processor **88**. Generally, sensors **98** and **99** are examples of means for sensing exercise data at the exercise device.

Thus, treadmill **12** is one example of an exercise device that tracks one or more measurable operating parameters of the exercise devices and optionally one or more measurable parameters of the individual, i.e., heart rate, distance traveled, blood pressure, etc. and delivers such parameters to a computer device, such as computer device **14** of FIG. **2**. Consequently, treadmill **12** alone or in combination with computer device **14** and/or communication system **18** (FIG. **1**) track the performance of the user exercising utilizing the exercise device, i.e., treadmill. The exchange of data may be initiated by the exercise device, by a user, by the translator device, by the computer device, or by a computer device or individual remote from the exercise device, the user, or the computer device, such as described in co-pending U.S. patent application Ser. Nos. 09/641,600, 09/641,220, and 09/641,627.

B. Exemplary Computer Device and Translator

The following discussion is intended to provide a general description of an exemplary computer device, illustrated in FIG. **1** as computer device **14**, followed by a description of an exemplary translator, illustrated as translator device **13**, which may be used in accordance with the present invention. Those skilled in the art will appreciate that computer device **14** and/or translator device **13** may take a variety of configurations, including personal computers, hand-held devices, multi-processor systems, microprocessor-based or programmable consumer electronics, telephones, network PCs, minicomputers, mainframe computers, and the like. Additionally, computer device **14** and/or translator device **13** may be part of a distributed computer environment where tasks are performed by local and remote processing devices that are linked (either by hardwired links, wireless links, or by a combination of hardwired or wireless links) through a communications network.

Although shown as separate devices, one skilled in the art can understand that the structure of and functionality associated with computer device **14** and/or translator device **13** can be optionally partially or completely incorporated within treadmill **12**, such as within one or more processors or other components of the control panel and/or treadmill controller.

As shown in FIGS. **1** and **2**, communicating with an exercise device, such as treadmill **12**, optionally through translator device **13** is a computer device illustrated as computer device **14**. In one embodiment of the present invention, and with reference to FIG. **6**, computer device **14** is a general purpose computing device that includes a processing unit **100**, computer memory **102**, and computer bus **104**, which couples various computer components including the computer memory **102** to the processing unit **100**. The computer bus **104** may be any of several types of bus structures including a memory bus or memory controller, a peripheral bus, or a local bus using any of a variety of bus architectures.

In the illustrated embodiment, computer memory **102** includes read only memory (ROM) **106** and random access memory (RAM) **108**. A basic input/output system (BIOS) **110** containing basic routines that help transfer information between elements within computer device **14**, such as during start-up, may be stored in ROM **106**.

The computer device **14** may also include a magnetic hard disk drive **112** for reading from and writing to a magnetic hard disk **114**, a magnetic disk drive **116** for reading from or writing to a removable magnetic disk **118** and an optical disk drive **120** for reading from or writing to a removable optical disk **122** such as a CD-ROM or other optical media. The magnetic hard disk drive **112**, magnetic disk drive **116**, and optical disk drive **120** are respectively connected to computer bus **104** by a hard disk drive interface **124**, a magnetic disk drive-interface **126**, and an optical drive interface **128**. The

drives and their associated computer-readable media provide nonvolatile storage of computer-executable instructions, data structures, program modules, and other data for computer device **14**. Although the exemplary environment described herein may employ a magnetic hard disk **114**, a removable magnetic disk **118**, and a removable optical disk **122**, other types of computer readable media for storing data can be used, including magnetic cassettes, flash memory cards, digital video disks, Bernoulli cartridges, RAMs, ROMs, and the like.

Computer device **14**, in one embodiment, further includes program code means comprising one or more program modules, including an operating system **130**, one or more application programs **132**, other program modules **134**, and program data **136**, stored in RAM **108**. Optionally or additionally, program modules may be stored on hard disk **114**, magnetic disk **118**, optical disk **122** or ROM **106**.

A user may enter commands and information into computer device **14** through a keyboard **138**, a pointing device **140**, or other input devices (not shown), such as but not limited to microphones, joy sticks, game pads, scanners, video cameras, potentiometers, buttons, switches, rheostats, or the like, whether such devices are incorporated within treadmill **12** and/or computer device **14**. These and other input devices are often connected to processing unit **80** through a serial port interface **142** coupled to computer bus **84**. Alternatively, the input devices may be connected by other interfaces, such as a parallel port, a game port, or a universal serial bus (USB), and the like. A monitor **144** or other video display device is optionally connected to computer bus **104** via an interface, such as video adapter **146**. In addition to the monitor, personal computer device **14** may include other peripheral output devices (not shown), such as one or more speakers, and printers for obtaining recent statistical information regarding the user's workouts. In one embodiment, the output devices are incorporated within treadmill **12**.

The computer device **14**, as depicted in this illustrative embodiment, may optionally operate in a networked environment using logical connections to one or more remote computers and/or servers, such as remote computer device **148** that can represent communication system **18**, third party **21**, other computers **14**, or other translator devices **13**. Furthermore, computer device **14** may optionally communicate with treadmill **12** that incorporates an integral translator device **13** via a local area network ("LAN") **150**. Optionally, the translator may be internal to computer device **14**.

In another configuration, computer device **14** may communicate with another exercise device **20** and/or a remote computer device **148**, such as communication system **18** and/or third party **21**, via a wide area network ("WAN") **154** using at least one translator device (not shown). The translator device may be internal to computer device **14** remote computer device **148** or exercise device **20**. Remote computer device **148** may optionally be internal to exercise device **20**.

As illustrated, remote computer device **148** may include a memory storage device **156** and one or more associated application programs **158**, which optionally may correspond, for example, to a website that enables a user at an exercise device, through the translator device, to obtain the service of a stored or personal trainer to perform programming, ask questions, download or access programming materials, surf the web, gather and send electronic mail messages ("e-mail"), listen to audio programming, view video programming, review and update user information and statistics, load user statistics, purchase exercise programming, equipment, and materials, update exercise device software and operating parameters, research exercise materials, and the like. Generally, each remote computer device **148**, exercise device **152** and/or treadmill **12** may be or include the structure and perform the function of another personal computer, a server, a router, a network PC, a peer device, or other common network node, and typically includes many or all of the elements described above relative to computer device **14**.

The logical connections depicted in FIG. **7**, including LAN **150** and WAN **154**, are presented by way of example and not limitation. When used in a LAN networking environment, computer device **14** is typically connected to LAN **150** through a network interface or adapter **160** that communicates via one of a variety of hardwired and/or wireless communication line connections. When used in a WAN networking environment, computer device **14** may include a modem **162**, a wireless link (not shown), a T-1 connection (not shown), or other means for establishing communication over WAN **154**, such as the Internet. Modem **162**, which may be internal or external to computer device **14**, is connected to computer bus **104** via serial port interface **142**.

As illustrated in FIG. **7**, translator device **13** may be connected to computer bus **84** via, for example, serial port interface **142**. Translator device **13** may also be connected to treadmill **12** to translate data or signals deliverable by an exercise communication protocol or a computer communication protocol between treadmill **12** and computer device **14**, thereby enabling two-way communication. The translation is performed by microcontroller **164**, which can be an integrated chip designed for the specific task of translating the data or signals deliverable by an exercise communication protocol to data or signals deliverable by a computer communication protocol, or vice versa. Stated another way, translator device **13** includes interface means for communicatively coupling the exercise device to the computer device and means for generating computer data and/or exercise data that is deliverable, respectively, in accordance with a computer communication protocol and an exercise communication protocol.

Although reference is made to a separate translator device, it can be understood that the structure and/or functionality of translator device **13** may be internal to computer device **14** and/or treadmill **12**, but perform the same function of translating data from one protocol format to another to enable an exercise device to bi-directionally communicate with a computer device, whether such computer device is local or remote from the exercise device.

Thus, computer device **14** and translator device **13** are respectively examples of a computer device and translator device that may be employed to exchange information with an exercise device, such as treadmill **12**. As provided above, computer device **14** and/or translator device **13** may be internal or external to an exercise device. Further, the exercise device may be configured to format sensed data for delivery directly to the computer device using a computer communication protocol without the need, whether internal or external to the exercise device, for the structure and/or functionality of a translator device.

As will be appreciated by one skilled in the art, the connections provided herein are exemplary and other means for establishing communication between a computer device and an exercise device may be employed in accordance with the present invention.

## Two-Way Communication Translation

As mentioned above, embodiments of the present invention relate to communicating information between exercise devices and computer devices. The following is a discussion

will be directed to an exemplary system that includes an exercise device, a computer device, and a translator device separate from the computer device and the exercise device, such as the system illustrated in FIGS. **1** and **2**. Although this is one embodiment, as discussed and illustrated herein, alternate systems of the present invention can include the structure and/or functionality of the translator device within the computer or the exercise device or excluded from the computer or exercise device.

Treadmill **12** and computer device **14** of FIG. **1** typically employ different transmission or communication protocols including connection orientated or connectionless networks via asynchronous transfer mode (ATM) technology, X.25 protocol, Frame Relay protocol, packet switching protocols, circuit switching protocols, dynamic packet switching protocols, 802.11RF protocol, home network protocols, CSAFE 1, CAN protocols, and the like. In one embodiment, computer device **14** is configured to receive and transmit data that is formatted in accordance with the RS-232 serial connection or protocol, while treadmill **12** is configured to receive and transmit data that is formatted in accordance with a serial $I^2C$ connection or protocol. As such, when treadmill **12** and computer device **14** employ different protocols, communication exchanged between the two devices is prevented. Therefore, translator device **13** is provided between treadmill **12** and computer device **14** to manipulate communication sent in one format into a format that the other device is able to understand.

Translator device **13** includes one or more microcontrollers that convert the communication or signals into a protocol format that the device to receive such signals understands. For example, when computer device **14** communicates via a serial RS-232 connection and treadmill **12** uses a serial $I^2C$ connection or protocol, translator device **13** manipulates the serial RS-232 signal received from computer device **14** into a signal capable of being delivered to treadmill **12** via a serial $I^2C$ connection or bus. Similarly, translator may manipulate a signal formatted in accordance with the $I^2C$ protocol from treadmill **12**, into an RS-232 protocol format for computer device **14**.

In addition to microcontrollers, translator device **13** includes one or more interfaces that enable signals or data to be received from exercise device **12**, computer device **14**, communication system **18**, and/or third party **21** (FIG. **1**). In one embodiment, one interface is a RS-232 jack or port through which data or signals are transmitted or received (hereinafter "transceived") to and from computer device **14**, communication system **18**, and/or third party **21** (FIG. **1**). Further, another interface is an $I^2C$ port through which data or signals are transceived to and from exercise device **12**.

The interfaces **184**, **178** are each structures capable of performing the function of interface means for communicatively coupling the exercise device to a computer device and/or communicatively coupling the computer device to the exercise device. Further, communication interface **90** is another structure capable of performing the function of interface means for communicatively coupling the exercise device to a computer device and/or communicatively coupling the computer device to the exercise device.

Although reference is made to specific ports or interfaces, one skilled in the art can identify various other interfaces or interface means, such as but not limited to, a modem interface, a cable modem interface, an ADSL interface, an ISDN interface, an Ethernet interface, a wireless interface, an IR interface, a fiber-optic interface, an electromagnetic radiation interface, or the like. Further, the interfaces or interface means can be adapted to accommodate microwave technology, satellite, blue tooth transmission, home network protocols, or various other protocols and technology as known by one skilled in the art.

Generally, as will be appreciated by one skilled in the art, each connection interface or interface means of translator device **13** communicates with a microcontroller of translator device **13** and with an exercise or computer device interface, as will be further demonstrated below.

The translator device is one example of structure capable of performing the function of means for generating computer data and/or exercise data. It can be appreciated by one skilled in the art that various other configurations of translator device and means for generating are known to those skilled in the art. For example, processor **88**, alone or in combination with processor **92**, is another structure capable of performing the function of means for generating, where the exercise data is any measurable parameter of the exercise device and/or the user of the exercise device identified by the exercise device.

The communication or signals passed through translator device **13** may include data, audio, video, and/or control signals. As such, the connection interfaces of translator device **13** may be of a variety of types depending on the particular transmission medium and/or protocol used at each interface, including a wireless interface that uses infrared (IR), radio frequency (RF),

With reference to FIG. **8**, a block diagram is provided that includes treadmill **12**, computer device **14** and translator device **13**. Treadmill **12** is configured to allow a user to exercise thereat and to gather device data and/or user data that may optionally be preserved in internal memory. Examples of device data include information relating to the exercise device, including speed, resistance, incline, time, temperature, and other similar operating parameters. The device data may be gathered by a processor, such as processor **92**, from various motors **166**, sensors **168** and/or controllers (not shown), and preserved in memory device **91**. Examples of user data include information relating to the user of the exercise device, such as the user's age, weight, height, current pulse rate, D oz and other information specific to the user. A processor, such as processor **88** or **92**, gathers user data from sensors **168** or input devices **170** and preserves the user data.

A. Communication Initiated by a Computer Device

At times, it is advantageous for a computer device to access the exercise device and/or user data preserved at an exercise device. For example, computer device **14**, communication system **18**, third party **21**, and/or other computer devices, translator devices, or exercise devices may track the performance of the user and monitor the current pulse rate of the user exercising on treadmill **12** to provide an aerobic workout without forcing the pulse rate to a hazardous level. Alternatively, computer device **14**, communication system **18**, third party **21**, and/or other computer devices, translator devices, or exercise devices may access the exercise device to modify, reconfigure, or set up parameters or software internal to treadmill **12** and/or to perform a diagnostic check on treadmill **12**. The functionality and/or structure of the translator device enable communication between computer device **14**, communication system **18**, third party **21**, and/or other computer devices, translator devices and treadmill **12**. Alternatively, the exercise device can transmit data to and receive data from computer device **14** without the aid of the translator device, such as when processor **88** is capable of receiving data indicative or any measurable parameter of the exercise device and/or the user of the exercise device and formatting the same for delivery to the computer device using a computer communication protocol.

The following discussion will make reference to receipt and delivery of data between treadmill **12** and computer device **14** through translator device **13**. It can be appreciated, however, that similar discussions can be made for communication between treadmill **12** and communication system **18**, third party **21**, other computers, or exercise devices directly, without a translator device, or through a translator device, whether such translator device is a separate hardware and/or software component or incorporated within treadmill **12**, communication system **18**, third party **21**, other computer devices, or exercise devices.

In one embodiment, RS-232 is the computer communication protocol used by computer device **14** to request data from memory **91**, **93**, **95** or processor **88** of exercise device **12**. The RS-232 protocol allows for the user of structured commands to selectively read any byte of memory **91**, **93**, **95** or processor **88**, such as a byte of RAM, thereby providing computer device **14** with unlimited accessibility to data at treadmill **12**. For example, RS-232 commands may be used by computer device **14** to obtain device data and/or control operating parameters of treadmill **12**, such as the desired speed, current speed, incline status, measurement type employed, time, distance, total time, total distance, total calories, console identification, actual time, actual distance, actual calories, service time, serial number, part number, and the like from treadmill **12**. Furthermore, computer device **14** may utilize RS-232 commands to obtain user data such as a user's weight, amount of calories burned, current pulse rate, age, gender, and the like from treadmill **12**.

In one embodiment, a packet structure is used to communicate information between computer device **14** and treadmill **12**. For example, a structure for sending a cluster of information may include a command or identifier byte followed by a length byte that gives the length of the packet beyond the length byte. Thus, if the length byte=0 in a packet of information, the packet would only include the command byte and the length byte. In the event that there were three additional bytes beyond the length byte, then the length byte would equal three and the total packet size would be five. The packets of data are optionally compressed and encapsulated for transmission between computer device **14** and treadmill **12**. Although reference is made to specific packet sizes and byte lengths, one skilled in the art can identify various other packet structures that are capable of performing the desired function.

With reference to FIG. **8**, in one illustrative embodiment, when it is desirous for computer device **14** to access data from memory device **91**, or other memory or processor of exercise device **12**, and/or control operating parameters of exercise device **12**, an RS-232 protocol request is generated by processor **172** and sent to translator device **13**, using interface **176**. Translator device **13** receives the RS-232 protocol request at interface **178**, which is an example of means for communicatively coupling the computer device to the translator device and/or the exercise device, means for receiving computer data from the computer device, and means for delivering computer data to the computer device. It can be understood by one skilled in the art that such means can also include one or more of microcontroller **164**, an inverter **180**, a converter **182**, and interface **184**.

The request received at interface **178** is translated into an $I^2C$ protocol request by microcontroller **164**, which is an example of means for generating exercise data deliverable to the exercise device and means for generating computer data deliverable to the computer device. Other means are known to one skilled in the art. For instance, such means can include one or more of inverter **180** and converter **182**.



Inverter **180** inverts digital signals as necessary to provide isolation protection against static and other noise, and to assert signals in a proper state when it is necessary that the signal be sent in an opposite state. Converter **182** provides a modification to voltage ranges to facilitate translation of the signals from one format to another. For example, a voltage range at the serial port at computer device **14** may range from about +15 volts to about −15 volts or from about −10 volts to about +10 volts, while the voltage range at the microcontroller **164** may range from about +5 volts to about 0 volts. Although reference is made to specific voltage ranges, one skilled in the art can appreciate that various other ranges are appropriate.

Generally, inverter **180** and converter **182** facilitate buffering of the signals transceived, i.e., received and/or transmitted, between the exercise device and the computer device. Therefore, one skilled in the art can identify various other software and/or hardware modules that are capable of acting or functioning as a buffer for the signals transceived between the computer device and the exercise device.

Once microcontroller **164** translates the RS-232 serial protocol request into an $I^2C$ protocol request, the $I^2C$ protocol request is sent to treadmill **12** by interface **184**, which is another example of interface means for communicatively coupling the computer device to the translator device and/or the exercise device, means for receiving exercise data from the exercise device, and means for delivering exercise data to the exercise device. It can be understood by one skilled in the art that such means can also include one or more of microcontroller **164**, an inverter **180**, a converter **182**, and interface **184**.

Treadmill **12** receives the $I^2C$ protocol request at interface **90** and a processor, such as processor **88** and/or **92**, generates a response to the request by accessing the corresponding data from memory device **91** and sending an $I^2C$ response to translator device **13** via interface **90**. Translator device **13** receives the $I^2C$ response at interface **184** and translates the $I^2C$ response into an RS-232 protocol response at microcontroller **164**. The RS-232 protocol response is then sent from translator device **13** to computer device **14** via interface **178**. Computer device **14** receives the RS-232 protocol response at interface **176**. As such, using a translator device, a computer device may obtain data from an exercise device.

As can be understood by one skilled in the art, in light of the teaching contained herein, other manners of facilitating communication between the exercise device and the computer device are known. For example, one or more of microcontroller **164**, inverter **180**, and/or converter **182** can be included within treadmill **12** and/or computer **14**. In another configuration, microcontroller **164**, inverter **180**, and/or converter **182** can be included within processor **88** of treadmill **12**, with interface **90** performing the function of interface **178** and/or interface **184**. Similarly, microcontroller **164**, inverter **180**, and/or converter **182** can be included within processor **172**, with interface **196** performing the function of interface **184** and/or interface **178**. In another configuration, treadmill **12** communicates directly with computer device **14** when processor **88** is capable of converting data indicative of any measurable parameter of treadmill **12** and a user exercising using treadmill **12** and formatting the data for delivery using the computer communication protocol through interface **90**, such as in the form of a RS-232 port, or the like.

With reference to FIG. **9**, a flowchart is illustrated that provides an example of communication initiated by a computer device that is enabled by the use of a translator device located between an exercise and computer devices. In the example, the communication is in the form of an automatic

diagnostic check or analysis performed on treadmill **12** by computer device **14**. A diagnostic analysis enables, for example, computer device **14** to monitor treadmill **12** and automatically program or reset parameters.

The flow chart of FIG. **9** is one example of communication initiated by a computer device that is enabled using a translator device. As illustrated, the computer can determine whether to perform a diagnostic process on the exercise device, as represented by block **190**. For instance, the computer device can store a list of exercise devices that typically connect to the computer device and data indicative of when these exercise devices were last checked for problems, availability of new software, or the like. When an exercise device connects to the computer device, the computer device checks the newly connected exercise device against the stored list and determines whether to initiate a diagnostic process. Alternatively, the computer device can initiate a diagnostic process each time an exercise device connects to the computer device or when new software updates or the like are available for the exercise device.

Once the computer device determines that a diagnostic process is to commence, the computer device identifies the exercise device and current data or information about the exercise device, as represented by block **192**. Illustratively, the computer device can access stored information about the exercise device, the problems that have occurred in the past, what changes have previously been made to the hardware and/or software associated with the exercise device, or the like. Upon identifying the exercise device, the computer device selects a first component or module, as represented by block **194**. This selection can be based upon prior problems with the exercise device, availability of software updates, a stored list of those components to check and in a particular order, combinations thereof, or the like.

In the event that the component is not malfunctioning, as represented by decision block **196** being in the negative, the computer device determines whether other components are to be checked, as represented by decision block **198**, and either identifies a subsequent component or terminates the diagnostic process.

In the event that the component is malfunctioning, as represented by decision block **196** being in the affirmative, the computer device resets the operating parameters related to the component, as represented by block **200**. Alternatively, the computer device can update the software, reprogram the microprocessor, combinations thereof, or the like.

Once the software has been reset, update, reprogrammed, or the like, the computer device tests the component to determine the status of the component, i.e., is the component still malfunctioning, as represented by decision block **202**. When the component is functioning correctly, as represented by decision block **202** in the negative, the computer device determines whether other components are to be checked, as represented by decision block **198**, and either identifies a subsequent component or terminates the diagnostic process.

Alternatively, in the event that the component continues to malfunction, as represented by decision block **202** in the affirmative, the computer device delivers a notification to the provider or owner of the exercise device that details the problem and indicates the need to request additional assistance at the location of the exercise device to repair the problem, as represented by block **204**. The notification can be an electronic mail message (email) to the provider of the exercise device, such as when the exercise device is in a gym, club, or the like or to the owner of the exercise device. Alternatively, the notification can be a message displayed on the video output device of the exercise device, the illumination of a light on the control panel indicating an error or problem with the exercise device, or some other manner known to one skilled in the art. In still another embodiment, the notification can include notifying a service center that subsequently contacts the owner or operator the exercise device, such as by telephoning, emailing, postage mailer, or the like.

Upon providing the notice of a problem or error with the component and/or the exercise device, the computer device determines whether other components are to be checked, as represented by decision block **198**, and either identifies a subsequent component or terminates the diagnostic process.

In addition to performing a diagnostic process on an exercise device, the translator device enables the computer automatically or in response to instructions from some other computer device or individual to: (i) set-up internal parameters of the exercise device upon identifying specific components included in the exercise device; (ii) monitor the current status of a user, such as the user's current pulse rate, to maintain an appropriate workout and/or to prevent the user from entering into an unhealthy or hazardous region or level; (iii) monitor and optionally provide an amount of resistance experienced by the user of the exercise device, such as regulating the amount of resistance provided by an electronically controlled weight stack of a weight lifting device; (iv) deliver new versions of software used by the exercise device and cause such software to be installed on the exercise device; (v) reconfigure internal components of the exercised device, such as the microprocessor, audio/video controller, treadmill controller, or the like; and (vi) perform other computer initiated communications.

B. Communication Initiated by an Exercise Device or User

Communication between an exercise device and a computer device that is enabled by a translator may further allow for information located at a computer system or device to be accessed by an exercise device or user at the exercise device. For example, with reference back to FIG. **8**, computer device **14** may include a recorded exercise program preserved in memory device **174**. Therefore, treadmill **12** may provide an $I^2C$ request to obtain the exercise program from memory device **174**. The $I^2C$ request is sent to interface **184** of translator device **13**, which translates the $I^2C$ request into an RS-232 protocol request by microcontroller **164** and uses interface **178** to forward the RS-232 request to computer device **14**.

Processor **172**, upon receipt of the RS-232 protocol request, obtains the exercise program from memory device **174** and transmits it to translator device **13**, which translates the transmission from an RS-232 protocol to an $I^2C$ protocol and sends the $I^2C$ protocol transmission to treadmill **12**. The exercise program is then provided to the user on output devices **186** and/or used to control motors **166**. The exercise program provided by computer device **14** may be a stored program. In another embodiment, the exercise program may be provided by a live trainer. Furthermore, the exercise program may be provided in real time or on a delayed basis.

Other data that may be provided by computer device **14** to treadmill **12** includes-entertainment information, such as an audio program and/or video program, motivational content, electronic books or magazines, health information, purchase information, or other information that may be provided to the user while the user exercises at treadmill **12**, such as discussed in co-pending U.S. patent application Ser. Nos. 09/641,600, 09/641,220, 09/641,627, 09/349,608, and 09/496,560.

Thus, in accordance with the systems and methods of the present invention, bi-directional communication is enabled in a fitness environment that includes at least one exercise device and at least one computer device. The communication

is enabled by a translator that includes a microcontroller for translating protocol formats to enable two-way communication between the computer device and the exercise device.

In addition to enabling different computer devices and exercise devices to communicate one with another, embodiments of the present invention enable a user to compete as part of a virtual race through use of the user's exercise device. Consequently, embodiments of the present invention relate to enabling one or more users on one or more exercise devices to interact in a competitive environment, regardless of network latency and when the users participate in such interaction.

## User Competition

Communication between an exercise device and a computer device utilizing the systems and methods of the present invention enable a user to participate in a competitive environment while exercising on the exercise device. The competitive environment within which the user can participate "virtually" includes racing against previous races of that user that are stored at the treadmill, the computer device, and/or the communication system. Further, the competitive environment includes (i) competitive races with preprogrammed or stored exercisers, races, times, or courses; (ii) competitive races against one or more users exercising in real-time; (iii) competitive races against one or more user exercising in a delayed time basis; and/or (iv) combinations thereof, or the like. The competitive environment is advantageous to a user in that it provides motivation to the user while he/she is exercising.

The races are termed "virtual races" because the user is exercising on a computer-generated course, optionally racing against imaginary or virtual users, optionally racing against stored races of that user, other live users, or time-delayed live users. Therefore, the term "virtual race" includes: (i) racing on a computer generated virtual course, whether such virtual course is mapped from actual terrain or created from virtual terrain; (ii) racing against a stored race performed by the user; (iii) racing against imaginary exercisers; (iv) racing against live users, but in a time-delayed setting; (v) racing against a live user that is exercising upon another exercise device; (vii) or the like. The interaction between exercise devices and users can be achieved through use of the systems, methods, devices, modules, and components of the present invention, combinations thereof, or the like.

The data representative of each course associated with each virtual race includes control signals deliverable to the exercise device, computer device, and/or translator device. These control signals can vary one or more operating parameters of the exercise device as the user follows the course. For instance, when the user reaches an incline or decline in the course associated with the virtual race, the control signals received by the exercise device will cause the exercise device, such as a treadmill, to vary the inclination or declination of the tread base in accordance with the virtual inclination or declination of the course.

With reference to FIG. **10**, a block diagram representation of an exemplary system configuration is illustrated that enables competitive user interaction on one or more exercise devices, i.e., enables one or more users to compete in a virtual race. Although reference is made to a particular system **200**, one skilled in the art can appreciate that various other systems are applicable for use with the present invention. For instance, other systems can includes those described in co-pending U.S. patent application Ser. Nos. 09/641,600, 09/641,220, 09/641,627, 09/349,608, and 09/496,560.

In FIG. **10**, a network is illustrated as network **210**, which may be similar to network **16** (FIG. **1**), such as a Local Area Network ("LAN") or a Wide Area Network ("WAN"), such as the Internet. Connected to network **210** are one or more computer devices, illustrated as computer devices **212*a*-212*n*** and server **216**, which includes storage device **218**. Each of the computer devices **212*a*-212*n*** are in turn connected to a translator device **220*a*-220*n***, which is in turn connected to an exercise device **222*a*-222*n***, as provided in the discussion above. Computer devices **212*a*-212*n*** are also connected to an output device, illustrated as display device **214*a*-214*n***, which may be used to enhance competition. The devices and programs of the presently described embodiment of the present invention can utilize the functionality and structures of those devices and programs described previously herein. For instance, computer devices **212*a*-212*n***, translator devices **220*a*-220*n***, and exercise devices **222*a*-222*n*** can be similar or dissimilar from computer devices **14**, translator devices **13**, and/or exercise devices **12**. Further, server **216** can have similar or dissimilar structures and functions to communication system **18** described herein and in co-pending U.S. patent application Ser. Nos. 09/641,600, 09/641,220, and 09/641,627.

In accordance with one embodiment of the present invention, a first user on a first exercise device, such as exercise device **222*a***, at a first location may compete against a second user on a second exercise device, such as exercise device **222*n***, at a second location, even when the locations are in separate cities, states or even countries. Each of the exercise devices **222*a*-222*n*** communicates through translator devices **220*a*-220*n*** to computer devices **212*a*-212*n***. An application program **214*a*-214*n*** resides on computer devices **212*a*-212*n***. The application programs **214*a*-214*n*** provide, for example, images and other information to enable a competitive race between one or more users. The use of the application programs **214*a*-214*n*** lessens the requirements for bandwidth between server **216** and computer device **212*a*-212*n***, translator device **220*a*-220*n***, and/or exercise device **222*a*-222*n***.

The obtaining of application programs **214*a*-214*n*** may be performed in a variety of manners as understood by one of ordinary skill in the art, including loading the application programs **214*a*-214*n*** onto computer devices **212*a*-212*n*** through the use of a floppy diskette or a compact disk, by receiving application programs **214*a*-214*n*** from server **216** when network **210** is a LAN or WAN, such as the Internet.

In one embodiment, the first and second users independently access server **216** through computer devices **212*a*** and **212*n*** to schedule a race or competition. Just before a start time, the first and second users begin exercising on their exercise devices, respectively exercise devices **222*a*** and **222*n***. The race begins, in one embodiment, while the users are exercising and the corresponding computer devices **212*a*** and **212*n*** control the layout of the race using application programs **214*a*** and **214*n***, respectively. Throughout the race, each computer device **212*a*** and **212*n*** and/or exercise device **222*a*** and **222*n*** monitors, with respect to the start time of the race for a user, the distance traveled by that user while he/she is exercising. For instance, each exercise device **222*a*-222*n*** and/or computer device **212*a*-212*n*** can track the revolutions per minute of the exercise device belt, such as when exercise device **222*a*-222*n*** is a treadmill, to identify the distance traveled by the user. When the exercise device is an exercise cycle, exercise device **222*a*-222*n*** and/or computer device **212*a*-212*n*** can track the revolutions per minute of the exercise cycle wheel or crank.

One skilled in the art can identify various other manners to track the distance traveled by the user and the time in which

such distance is traveled. For example, the exercise devices **222***a*-**222***n* are treadmills, the race layout is controlled by the computer devices **212***a*-**212***n* regulating the incline of the tread base of each treadmill to correspond to the preprogrammed terrain of the race. The terrain may simulate a variety of courses, including a racetrack, a cross-country course, a mountainous course, a residential course, etc. Each user is able to independently set and/or modify the belt speed of the treadmill to regulate the user's speed during the race.

As computer devices **212***a* and **212***n* and/or exercise devices **222***a*-**222***n* monitor or track the user performance at exercise devices **222***a* and **222***n* to determine the distance traveled by each user, the current position of each user in the race is communicated from computer devices **212***a*, **212***n* to server **216** across network **210**. Server **216** then compares the user performance information from computer devices **212***a*, **212***n* and/or exercise device **222***a*-**222***n*. Alternatively, the comparing of user performances may be performed at one of the computer devices **212***a*, **212***n*. In still another configuration, the comparing of user performances can be performed at the respective treadmill, translator device, or computer device and data indicative of the comparison delivered the other treadmills, translator devices, computer devices, or servers of the system.

Once the user performances have been compared, server **216** communicates all of the various race positions to each of the clients, illustrated as computer devices **212***a*, **212***n*, and/or exercise devices **222***a*, **222***n*, to allow for a display of the relative user positions in the race on display devices **224***a*, **224***n* and/or display devices of exercise devices **222***a*, **222***n*, such as those display devices discussed with respect to exercise device **12**.

Once the race ends, each computer device **212***a*, **212***n* obtains race results for the user at the corresponding exercise device and uploads the user competition information to server **216** via network **210**, which is an example of a means for providing communication between a first client, a second client, and a means for comparing. Alternatively, such as when the exercise devices are monitoring and tracking the performance of the user exercising thereat, the exercise device can upload the user competition information to server **216**, without using a separate computer device.

At server **216**, the competition information for all users is processed or compared while the users are experiencing a cool down routine at exercise devices **222***a*, **222***n*. Once processed, a winner of the virtual race is determined by server **216** and is communicated to each computer device **212***a*, **212***n* across network **210**. The official results of the virtual race are then provided for the participants on display devices **224***a*, **224***n*, respectively. Alternatively, server **216** can deliver the official results to exercise devices **222***a*-**222***n*, which present the results to the user(s) through user of one or more output devices, such as those described herein and others know to one skilled in the art in light of the teaching contained herein.

While the example above refers to two users racing against each other at the same time, embodiments of the present invention embrace a variety of scenarios. For example, a single user may race against previously races performed by the user and stored at the exercise device, the computer device, the communication system, or the like. Further, a single user may race against prerecorded competitors or a large number of users may compete over the network. Alternatively, the competitors may race at different times, such as when a first user competes in the morning of a first day and a second user competes in the evening of a second day. When the users race at different times the first user to compete may run the race and then return after all other competitors have run the race to be informed of the official results of the race. Thus, once all of the users have completed the race, the server processes the data and each of the participants are notified of the winner and optionally the order in which the participants finished the virtual race.

The users are able to participate in a competitive environment while exercising, regardless of when the race was run by the various competitors. Moreover, since the computer devices and/or the exercise devices track user performance and the results are processed at the server and communicated to all participating computer devices and/or exercise devices, individually "clients", users are also able to participate in a competitive environment while exercising regardless of network latency. For instance, the exercise data is generated at the exercise device and uploaded to the server or means for comparing as the users compete. A delay in the server comparing the received data and delivering data indicative of the position of each competing user does not affect the exercising activities of the users. Through identifying the winner and order in which the users completed the race during a cool down time, a delay in the display of the race winner and order by which the other users completed the race does not affect the motivational affect upon the users as the compete in a virtual race.

With reference to FIG. **11**, a flow chart is provided that illustrates an example of the processing that may be performed at each computer device illustrated in FIG. **10** to enable the competitive user interaction. Although reference is made to the processing performed at each computer device, it can be appreciated by one skilled in the art that when the functionality of the computer device is incorporated within each exercise device, each exercise devices can performed the processing described herein and such other processing as known by one skilled in the art in light of the teaching contained herein.

In FIG. **11**, when the computer device connects to the server it is determined whether the computer device has access to or installed thereupon the application program, as represented by decision block **230**. This can be achieved by the server accessing a list or table stored on the computer device of installed or accessible applications.

Alternatively, the server can maintain the stored list or table of installed or accessible applications on a per computer or exercise device basis. Upon the computer device or the exercise device that includes the functionality of the computer device accessing the server, the server compares an identifier of the computer or exercise device, such as the device's Internet Protocol address, against the stored list or table to determine whether the appropriate application program is installed or accessible by the computer device.

When it is determined that the application program is not available at the computer device, i.e., decision block **230** is in the negative, the computer device retrieves from the server and/or the server delivers to the computer device the application program, as represented by block **234**. For example, when network **210** of FIG. **10** is a WAN, such as the Internet, the application program may be downloaded to the computer device and automatically installed thereupon, as known by one skilled in the art.

Alternatively, in the event that it is determined that the computer device has access to the application program, the computer device next determines whether or not a user desires to participate in a competition, as represented by decision block **232**. When decision block **232** is in the affirmative, i.e., a user wishes to participate in a competition, the user can schedule a race, as represented by block **236**.

The scheduling of a race can include accessing the server through the computer device, translator, and/or exercise device. The server can take the form of the communication module or system, such as the web site described in U.S. patent application Ser. Nos. 09/641,600, 09/641,220, and 09/641,627.

Upon accessing the server, the user can schedule a time for when the race will be run and a virtual course upon which the race will be run. Further, the user can select which other users they will race against, whether or not such users are virtual exercisers or other exercisers upon other exercise devices. For example, one user exercising on a treadmill can race against another user exercising upon a rowing machine, exercise bike or the like.

Optionally, when the user schedules the competition, the server can generate a race appropriate for each competitor and the exercise device upon which the user is exercising. Illustratively, the server can generate a race where the user exercising on the treadmill will run 5 miles, while the user on the exercise bicycle will travel 20 miles. Consequently, both exercisers traverse the same "relative" distance for the exercise device. This can be achieved by the server accessing the device storage and retrieving course data appropriate for an average exercising user, with the selected difficultly level, for a particular exercising device. For instance, the course for a user exercising upon a treadmill may require 5 laps of a course, while the user exercising upon the exercise bicycle may need to traverse 20 or more laps. In another configuration, the server can retrieve one course for the user exercising upon a treadmill, while another course of equal "relative" length and difficulty can be selected for a user exercising upon a stationary bicycle.

Various other manners are known to one skilled in the art to generate a race that provides substantially equal course based upon the particular type of exercise device being used by the exercising user. Further, embodiments of the present invention enable users to compete using different parameters as the gauge for which user is the winner. For instance, the users can compete based upon the number of calories burned, rather than a distance traversed. Similarly, users can compete based upon performance upon different exercise devices over a course, such that each user is to run a defined distance, row a certain distance, and cycle a certain distance, with the user that traverses the total distance in the shortest time being the winner of the race.

Before the scheduled time for the race, each user of the competition logs into the system, as represented by block **238**, and begins exercising on an exercise device, as represented by block **240**. The user can login to the server or the applications hosted thereby through entering a credential, such as a username and password, that is authenticated by the server and/or the software hosted thereupon.

While the users are exercising on the exercise devices, such as warming up for the race, the server delivers a notification that the race is about the commence and subsequently begins the race at the defined time, as represented by block **242**. The notification can be an audible notification, a visual notification, a tactile notification, combinations thereof, or the like.

As each user exercises, the computer device tracks the distance traveled since the start time of the race to determine the user's current position in the race and uploads the current position of the user to a server on the network, as represented by block **244**. The server determines whether the race is completed, as represented by decision block **246**. For instance, has the exercise period terminated, has a user completed the race, or the like.



In the event that it is not time to end the race, the server downloads each competitor position in the race to the computer devices, as represented by block **248**. Consequently, the computer device delivers the data indicative of the competitor's positions to the translator, which subsequently delivers the data to the exercise device for a display to the participants of the race, as represented by block **250**. Optionally, the display device associated with the computer device can display the relative positions of all users in the virtual race.

The computer device and/or the exercise device continues to go through this process of tracking the position of the user, determining whether the race is to end, downloading the position of all other users, and displaying the positions of all competitors until the race is to end, as represented by decision block **246** being in the affirmative.

Once it is determined at decision block **246** that the race is to end, the final time of each user and any other relevant user information is uploaded to the server, and the user begins a cool down period or otherwise waits for the official results of the race, as represented by block **252**. The server analyzes the distances and times received from teach user and identifies the finishing order for each participant in the race. Once the official results are calculated, the computer device receives the same from the server, as represented by block **254** and displays the results to each participant, as represented by block **256**. The display of the results may include, for example, who won the race and what the ending positions of each of the participants were of the virtual race.

With reference to FIG. **12**, a flow chart is provided that illustrates an example of the processing that is performed in one embodiment of the present invention at the server of FIG. **10** to enable competitive user interaction between one or more users. In FIG. **12**, the server receives one or more requests for a competition by one or more users, as represented by block **260**. Each user schedules the competition, as represented by block **262**. For instance, a user can access one or more web pages hosted by server **216** and/or the communication system to select a private race for selected group of users or a general race that is open for any user. Alternatively, a single user can select to participate in a race against one or more virtual users, whether or not one of such virtual users is a prior stored race of the user scheduling the race.

The server stores the scheduled race, with associated information about each participant and the time when the race is to begin and/or stop. The server identifies, using an internal clock (not shown), when the competition is to begin, as represented by decision block **264**. When the competition is to begin, as represented by decision block **264** being in the affirmative, the server verifies that all participants are logged into the server and/or the communication system, as represented by decision block **266**. In some situations, the server provides a grace period between the scheduled time for the competition and when the server begins the competition. Consequently, the server can wait for a period of time, allowing late competitors to begin a session on the server or the communication system, as represented by decision block **268** being in the affirmative. Optionally, the server can notify those logged in participants of competitors that are late. Each logged in participant can select to either begin the competition without these late participants or wait for the latecomers. Based upon the selections of the logged in participants, the server can either begin the competition or wait for one or more of the latecomers before beginning the competition.

In another configuration, the server can determine that a minimum number of participants have logged into the server and/or the communication system and automatically begin the competition. The minimum number of participants can be

defined by an administrator of the server and/or the communication system, by the participants of the race as each participant schedules the race, by the user or participant that created or scheduled the race, combinations thereof, and the like.

In still another configuration, the server can automatically begin the race at the scheduled time, no matter the number of participants logged into the server and/or communication system (FIG. **1**). Alternatively, the server can automatically terminate the race when a minimum number of participants have not logged into the server and/or the communication system.

When the server determines that all or a minimum number of competitors have logged into the server and/or the communication system or that the start time for the race is reached, the race is initiated by, for example, the server sending a command to each of the computer devices and/or exercise devices to begin the race and to begin tracking the user's performance from the relative start time, as represented by block **270**.

Throughout the race, the server and/or the communication system receive user performance information from each computer device and/or exercise device, optionally through use of the translator device, as represented by block **272**. Throughout the race, data indicative of the relative positions of the participants in the race is sent to all computer devices and/or exercise devices, such as through use of the translator device to convert data deliverable using or in accordance with the computer communication protocol to data deliverable using or in accordance with the exercise communication protocol, as represented by block **274**.

As discussed earlier, the server and/or the communication system determine whether or not the race is to end, as represented by decision block **276**. In the event that it is determined that the race is not to end, the server and/or communication system in combination with the exercise devices and/or the computer devices continue to receive competitor position data, display the positions of each competitor to each competitor, and communicate new position data to the server and/or communication system.

Once it is determined that the race is ended since each participant in the race has completed the course, a maximum time period associated with the race has expired, or the like, as represented by decision block **276** being in the affirmative, each computer device and/or exercise device delivers final data indicative of the position of the participant using the respective exercise device and/or computer device to the server and/or communication system, as represented by block **278**. Upon receiving the results, the server and/or communication system processes the information and determine a winner, as represented by block **280**. The server then communicates the official-results of the race to each of computer device and/or exercise device across the network and optionally using the translator device to convert the delivered data from a format consistent with being delivered in accordance with or using a computer communication protocol to a format consistent with being delivered in accordance with or using an exercise communication protocol, as represented by block **282**.

Thus, in accordance with the systems and methods of the present invention, competitive user interaction on exercise devices is enabled to allow one or more users to experience a competitive environment. A competitive environment is enabled optionally using a translator that provides a communication between a computer device and an exercise device. An application program located at each computer device and/or each exercise device monitors or tracks the user's



performance during the race and displays the relative positions of all the users. A server or other computer device receives all user performance information and processes the information in order to determine a winner. Users may participate in the competitive environment regardless of network latency or when individual users participate in the virtual competition.

The present invention may be embodied in other specific forms without departing from its spirit or essential characteristics. The described embodiments are to be considered in all respects only as illustrative and not restrictive. The scope of the invention is, therefore, indicated by the appended claims rather than by the foregoing description. All changes that come within the meaning and range of equivalency of the claims are to be embraced within their scope.

What is claimed and desired to be secured by United States Letters Patent is:

**1**. A system configured to enable a plurality of users to compete in a virtual race, the system comprising:

a first exercise device communicatively connected to a first computer device, the first exercise device being adapted to communicate using an exercise communication protocol and the first computer device being adapted to communicate using a computer communication protocol, the exercise communication protocol and the computer communication protocol being different types of communication protocols, wherein the first computer device is configured to monitor use of the first exercise device relative to a first start time, and wherein the communication of the first exercise device and the first computer device is facilitated by a first translator device adapted to translate data between the exercise communication protocol and the computer communication protocol;

a second exercise device communicatively connected to a second computer device, the second exercise device being adapted to communicate using the exercise communication protocol and the second computer device being adapted to communicate using the computer communication protocol, wherein the second computer device is configured to monitor use of the second exercise device relative to a second start time, and wherein the communication of the second exercise device and the second computer device is facilitated by a second translator device adapted to translate data between the exercise communication protocol and the computer communication protocol;

means for comparing the use of the first exercise device relative to the first start time with the use of the second exercise device relative to the second start time; and

means for providing communication between the first computer device, the second computer device and the comparing means.

**2**. The system as recited in claim **1**, wherein

at least one of the first and second exercise devices is configured to enable at least one user to exercise thereon and to track a plurality of performances by the at least one user during a virtual race; and

at least one of the first and second computer devices is configured to compare a first performance by the at least one user with a second performance by a second user.

**3**. A system as recited in claim **2**, wherein the first performance and the second performance are performed by the same at least one user.

**4**. A system as recited in claim **2**, wherein the first performance is associated with the first exercise device and the second performance is associated with the second exercise device.

**5**. A system as recited in claim **4**, wherein the first exercise device and the second exercise device are different exercise devices.

**6**. A system as recited in claim **2**, wherein at least one user is a virtual user.

**7**. A system as recited in claim **2**, wherein the means for providing communication is a network connecting the the first exercise device to the the first computer device.

**8**. A system as recited in claim **2**, wherein a start time for the first performance is different from a start time for the second performance.

**9**. A system as recited in claim **1**, wherein the first computer device is configured to selectively modify an operating parameter of the first exercise device and the second computer device is configured to selectively modify an operating parameter of the second exercise device.

**10**. A system as recited in claim **1**, wherein the means for providing communication is a network, the network being a local area network, a wide area network, or the Internet.

**11**. A system as recited in claim **1**, wherein the means for comparing comprises a communication system.

**12**. A system as recited in claim **1**, wherein the first start time and the second start time are different times or the same time.

**13**. A system as recited in claim **1**, wherein

the first and second exercise devices are configured to track a performance of a plurality of users upon the the first and second exercise devices as each of the plurality of users compete in the virtual race, the performance of each of the plurality of users being tracked relative to a start time of each of the plurality of users; and

the first and second translators devices are configured to communicatively couple the first and second exercise devices to the means for comparing so as to facilitate communication of data representative of the performance of each of the plurality of users between the first and second exercise devices and the means for comparing, the means for comparing comprising a computer device remote from each of the first and second exercise devices and configured to compare the performance of each of the plurality of users and notify one of the plurality of users of the performance of another of the plurality of users.



**14**. A system as recited in claim **13**, wherein the means for comparing compares the performance of each of the plurality of users based on an order in which each of the plurality of users completed the virtual race.

**15**. A system as recited in claim **13**, wherein at least one of the plurality of users is a virtual user.

**16**. A system as recited in claim **13**, wherein the start time for each of the plurality of users is the same.

**17**. A system as recited in claim **13**, wherein the means for comparing is configured to notify each of the plurality of users of a winner of the virtual race subsequent to the end of the virtual race.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 7,556,590 B2
APPLICATION NO. : 11/429725
DATED : July 7, 2009
INVENTOR(S) : Watterson et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:




FIG. 6

Please replace Figure 6 with the above-shown Figure 6, in which reference number 20 has been changed to 23.

Signed and Sealed this

Twenty-second Day of June, 2010

David J. Kappos
*Director of the United States Patent and Trademark Office*




FIG. 10

Please replace Figure 10 with the above-shown Figure 10, in which reference number 200 has been added.

Column 1
Line 61, change "stationery" to --stationary--
Column 6
Line 32, change "implementation" to --implementations--
Column 14
Line 44, change "FIG. 6" to --FIG. 7--
Column 15
Line 25, change "80" to --100--
Line 27, change "84" to --104--
Column 16
Line 1, change "152" to --20--
Line 21, change "84" to --104--
Column 20
Line 55, change "196" to --176--
Column 21
Line 47, change "update" to --updated--
Column 25
Line 52, change "user of" to --use of--
Line 54, change "know" to --known--
Column 26
Line 33, change "devices can performed" to --device can perform--

Column 27
Line 56, change "the commence" to --to commence--
Column 28
Line 21, change "teach" to --each--
Column 32
Line 5, change "translators" to --translator--