# EXHIBIT 3

# United States Patent [19]

**Shaw et al.**

[11] **Patent Number: 4,817,940**

[45] **Date of Patent: Apr. 4, 1989**



[54] **COMPUTERIZED EXERCISE MONITORING SYSTEM AND METHOD FOR COMPARING PRESENT AND PAST EXERCISE ACTIVITIES**


[75] Inventors: **Bon F. Shaw**, Winter Park; **Gary M. Bond**, Orlando, both of Fla.

[73] Assignee: **Fike Corporation**, Blue Springs, Mo.



[21] Appl. No.: **848,215**

[22] Filed: **Apr. 4, 1986**

[51] **Int. Cl.**[4] .............................................. **A63B 21/24**

[52] **U.S. Cl.** ...................................... **272/93;** 272/118; 272/DIG. 6

[58] **Field of Search** ..................... 272/93, 125, 129–134, 272/DIG. 6, 117, 118; 273/1 GC, 1 GE, 1 GI


[56] **References Cited**

U.S. PATENT DOCUMENTS



| | | | |
|---|---|---|---|
| 3,675,640 | 7/1972 | Gatts | 272/DIG. 6 |
| 4,112,928 | 9/1978 | Putsch | 272/DIG. 6 |
| 4,235,437 | 11/1980 | Ruis et al. | 272/134 |
| 4,326,707 | 4/1982 | Strecker | 272/130 |
| 4,408,183 | 10/1983 | Wills | 272/DIG. 6 |
| 4,566,692 | 1/1986 | Brentham | 272/130 |
| 4,674,741 | 6/1987 | Pasierb, Jr. et al. | 272/132 |



*Primary Examiner*—Maryann Lastova

*Attorney, Agent, or Firm*—Duckworth, Allen, Dyer & Doppelt

[57] **ABSTRACT**


An exercise monitoring system and method for comparing the present movement of the exercise machine caused by the physical exertion of a user with the user's past movement of the exercise machine. The system includes an exercise monitoring main unit, an exercise monitoring screen, a portable personal memory module, an exercise machine monitor, and an exercise monitoring analyzer. The exercise machine monitor measures the movement of the exercise machine and provides data representative thereof. The portable personal memory provides data representative of the user's past movement of the exercise machine. The exercise monitoring main unit compares the data and generates a pacing signal on the exercise monitoring screen for the user. The user follows the pacing signal to duplicate his previous performance. The exercise monitoring screen discipline the user's present pace compared to his past pace. The display includes a row of red, yellow and green lights which indicate whether the user is exercising too slowly or too fast. The user can optionally update the portable personal memory with his present performance. The portable personal memory can be transported to provide training on various exercise machines.


**34 Claims, 11 Drawing Sheets**




LED DISPLAY
I/O EXPANDER
LCD CONTROLLER
LCD DISPLAY
PRINTER
LIQUID CRYSTAL DISPLAY
RAM
PROGRAM ROM
CONNECTOR
PERSONAL MODULE
MEMORY SWITCH PAD
CPU
I/O EXPANDER
LED
GREEN
RED
CONNECTOR
I/O CONNECTOR
KEYBOARD
CPU
RAM
ROM
A
B
C
200
202
204
206
208
18
140
100
127
126
130
132
128
144
24
318
310
316
320
314
142
122
124
38
139
136
138
312
302
300
308
306
10
124
126
22
40
26
28
36
32
34
38
20
30

FIG-1


IC4 (2212)
STORE
RECALL
WE
CS
I/O4
I/O3
I/O2
I/O1
ADDR 7
ADDR 6
ADDR 5
ADDR 4
ADDR 3
ADDR 2
ADDR 1
ADDR 0
GND
R52
+5V
154
LOCKOUT
162
IC7 PIN 14
IC7 PIN 15
160
128
C3 (OPTIONAL)
START
V3
C4
X1
IC1 (8039)
VCC VDD SS EA
INT
RESET
GND
XTAL 1
XTAL 2
WR
RD
PI7
P16
DB 7
DB 6
DB 5
DB 4
DB 3
DB 2
DB 1
DB 0
MICRO-PROCESSOR
P13
P12
P11
P10
P14
PROG
P23
P22
P21
P20
P15
122
144
143
156
148
150
152
IC3
FIG. 2A CONT'D. ON SHEET 3/11
130
IC6 (2764)
O7
O6
O5
O4
O3
O2
O1
O0
ADDR 11
ADDR 10
ADDR 9
ADDR 8
CE
CS
ADDR 12
VCC
VPP
IC7 PIN 16
IC2 (74373)
VGL
G
142
140
146
DB7
DB6
DB5
DB4
DB3
DB2
DB1
DB0
ALE
PSEN
R1
FIG. 2A CONT'D. ON SHT. 4/11

FIG-2A




FIG. 2A (CONT'D.)

FIG. 3






FIG. 2A (CONT'D.)

FIG. 2B


IC8
IC13
IC14
DIGIT 1
DIGIT 2
DIGIT 3
DIGIT 4
DIGIT 5
REPETITIONS
ACCURACY
DIS-2
RESUME (GRN)
FAST 3 (RED)
FAST 2 (YEL)
FAST 1 (GRN)
GOOD (GRN)
SLOW 1 (GRN)
SLOW 2 (YEL)
SLOW 3 (RED)
RESTING (RED)
RS3
R7
+5V

FIG. 4




FIG. 5

FIG. 6B







FIG. 6A




FIG. 6C




FIG. 6D




FIG. 6E

FIG. 7







FIG. 11

FIG. 8A


PRESS START
400
PRESS LEARN
402
NO
IS A MEMORY MODULE PRESENT
YES
TO FIG. 8B
404
MAIN UNIT DISPLAYS A MACHINE NAME IN THIS FORMAT:
THIS MACHINE IS: HIP & BACK
406
YES
IS THIS MACHINE THE MAIN UNIT IS ATTACHED
NO
408
USE THE "⩓" AND "⩔" SWITCHES TO INCREMENT & DECREMENT A RAM COUNTER WHICH POINTS TO THE MACHINE NAME LIST
408
PRESS STORE
410
MAIN UNIT PLACES MACHINE I.D.# IN RAM
412
UPDATE CURRENT CHAIN POSITION
414
PERSON WHO IS TO PERFORM THE EXERCISE ROUTINE MUST GET INTO STARTING POSITION
416
LEARN SWITCH IT
NO
YES
418
STORE THE CURRENT CHAIN POSITION IN RAM AS HOUSE "OFFSET" OR STARTING POSITION
424
STORE IN RAM THE AMOUNT OF TIME USED TO TRAVEL THESE 4 COUNTS. EACH 4 COUNTS HAS 2 BYTES REVERSED IN RAM. ONE BYTE FOR EACH DIRECTION
UPDATE CURRENT CHAIN POSITION COUNTER
420
422
YES
HAS CHAIN POSITION COUNTER CHANGED BY 4
NO
426
NO
STORE SWITCH HIT
428
YES
YES
LEARNED REPETITION COMPLETE
NO
DOWNLOAD ALL RAM IN THE COMPUTER TO THE NONVOLATILE RAM (NOVRAM) & WAIT FOR START SWITCH


FROM FIG. 8A
403
THE PERSON WHO IS GOING TO STORE A PERSONAL EXERCISE RATE IN HIS MEMORY MODULE MUST BE IN STARTING POSITION PRIOR TO HITTING LEARN SWITCH
405
STORE THE CURRENT CHAIN POSITION COUNT IN RAM AS THE "PERSONAL OFFSET" OR STARTING POSITION
440
UPDATE CURRENT CHAIN POSITION COUNTER
442
YES
HAS CHAIN POSITION COUNTER CHANGED BY 4
NO
444
STORE IN RAM THE AMOUNT OF TIME USED TO TRAVEL THESE 4 COUNTS EACH 4 COUNTS HAS 2 BYTES RESERVED IN RAM. ONE BYTE FOR EACH DIRECTION
446
YES
LEARNED REPETITION COMPLETE
NO
448
NO
STORE SWITCH HIT
YES
450
DOWNLOAD TO THE MEMORY MODULE THE RAM LOCATIONS WHICH CONTAIN TOPCHA, OFFSET, HOLDTIME AND THE ELAPSED TIME BYTES IN THE MEMORY LOCATIONS WHICH CORRESPOND TO THE MACHINE NAME (SEE MEMORY MODULE FORMAT)
WAIT FOR START TO BE HIT

FIG. 8B

FIG. 9


PRESS START
PRESS DATE
500
502
MAIN UNIT DISPLAYS:
TODAY'S DATE IS: (MONTH / DAY)
ANY SWITCH HIT
YES
NO
EXIT
504
WAS "⩓" SWITCH ABOVE THE WORD WEIGHT HIT
INCREMENT (MONTH)
506
508
WAS "⩓" SWITCH BELOW THE WORD WEIGHT HIT
DECREMENT (MONTH)
510
512
WAS "⩓" SWITCH ABOVE THE WORD SEAT HIT
INCREMENT (DAY)
514
516
WAS "⩔" SWITCH BELOW THE WORD SEAT HIT
DECREMENT (DAY)
518
520
WAS THE STORE SWITCH HIT
STORE THE NEW MONTH AND DAY DAY IN THE NOVRAM
520


PRESS START
PRESS REVIEW
600
602
IS A MEMORY MODULE PRESENT
YES
NO
EXIT
604
DISPLAY LAST WORKOUT RECORD STORED FOR MACHINE ON WHICH COMPU-COACH IS ATTACHED. FORMAT IS:
DATE
# OF REPS
WEIGHT USED
AVERAGE ACCURACY
606
REVIEW SWITCH HIT
610
DISPLAY WORKOUT RECORD PREVIOUS TO ONE CURRENTLY DISPLAYED
608
NEXT SWITCH HIT
612
DISPLAY WORKOUT RECORD STORED AFTER ONE CURRENTLY BEING DISPLAYED

FIG. 10


INPUT I/O PORT DATA FOR SENSOR # 1
800
DOES SENSOR # 1 STATUS=11
802
NO
YES
806
SET FLAG 1 INDICATING A 00 CONDITION HAS OCCURRED
804
DOES SENSOR # 1 STATUS=00
NO
YES
808
IS FLAG 1 SET
NO
810
STORE CURRENT SENSOR #1 STATUS IN INTERNAL RAM
YES
812
DOES CURRENT STATUS OF SENSOR # 1 EQUAL STATUS OF SENSOR # 1 BEFORE THE 00 CONDITION OCCURRED
NO
YES
814
INCREMENT OR DECREMENT INTERNAL RAM COUNTER FOR SENSOR # 1 ACCORDING TO DIRECTION VALUE IN RAM FOR SENSOR # 1
CLEAR FLAG 1
816
UPDATE SAME WAY FOR SENSOR # 2, IF AVAILABLE
820
COMIBINE RAM COUNTERS FOR SENSORS # 1 & # 2 INTO THE CURRENT CHAIN POSITION
822
GO ON

FIG. 12

# COMPUTERIZED EXERCISE MONITORING SYSTEM AND METHOD FOR COMPARING PRESENT AND PAST EXERCISE ACTIVITIES

## FIELD OF THE INVENTION

The invention relates to a computerized exercise monitoring system, and a method for using the system on exercise equipment to provide performance information.

## BACKGROUND OF THE INVENTION

Routine physical exercise has long been extolled by medical authorities as essential to good health and longevity. There have been devices which tell a person exercising on an exercising apparatus the amount of exercise accomplished by that person. Examples of these are U.S. Pat. Nos. 4,493,485, 4,409,992 and 4,408,183. However, these devices have been limited to monitoring current use of the exercise machine. These devices gave no indication of the amount of present exercise activity as compared to the amount of previous exercise activity accomplished by the user of the equipment. For example, in U.S. Pat. No. 4,493,488, the device provides a standard predetermined pace for the person to follow. The pace is based on a precalculated exercising profile of another, not on the user's past exercising efforts.

It is important that a person using exercise equipment be aware of how much exercise he has accomplished, and of any increase in the amount of exercise performed over time. It will be helpful if a record can be made of the user's performance, and later used to compare the present exercise routine with previous routines to measure the user's progress. The present invention encourages the user to perform a more efficient workout by comparing each exercise repetition of the exercise machine with the user's previous best efforts, or with a coach's performance.

A problem with previous computerized exercise monitoring equipment was the inability to exercise on various exercise equipment. In previous systems, the user was forced to continuously use the same machine. It would be desirable if a record of the user's performance is stored on a portable memory unit. The portable memory unit would be inserted into the exercise monitoring unit for each exercise machine. The portable memory unit (personal module) would contain data of a user's previous efforts on the exercise machine. The data on the personal module would be read by the exercise monitoring unit and would compare the present workout with the user's previous workout while the user is exercising. The personal module would also store information about previous workouts such as date of workout, weight use, exercise repetitions completed, and average accuracy of the repetitions. The system would provide a person with the ability of comparing his workouts with previous workouts. The user would progress in his workout compared to his own ability, rather than compared to another's workout. The present invention provides such a system.

Another advantage of this system is its adaptability to various types of exercise machines. Each exercise machine has an exercise monitoring main unit and an exercise monitoring screen attached to it. The exercise monitoring screen constantly displays the user's performance data and a count of the completed repetitions. The exercise monitoring main unit computes the users



previous pace and monitors his present pace compared to the previous pace on a display. The display shows graphically whether the exercise user is performing the exercise for maximum physical performance, based upon the user's previous performance.

Accordingly, it is an object of the present invention to provide an exercise system and method for providing a progressive exercise routine for a person based on his own ability.

It is another object of the present invention to provide a system and a method for providing progressive training on various exercise machines.

It a further object of the present invention to provide a more efficient workout to the user by comparing each exercise repetition with the user's previous best effort, or with his past performance.

It is yet another object of the present invention to provide a pacing signal for the user based on his own ability.

It is still a further object of the present invention to store the user's past performances on a portable exercise monitoring personal module, so that the user can recall past performances on the exercising machine.

It is a further object of the present invention to display data regarding the user's previous performance so it may be compared to present performance.

It is a further object to provide an exercise monitoring analyzer to report to the user progress on his present workout performance.

It is a further object of the present invention to provide a user with a portable exercise monitoring personal module which contains the user's previous efforts.

A further object of the present invention is to provide to the user with an indication of how to change his rate of exercising to obtain the maximum benefit from the exercise routine.

Another object of the present invention is to compute the primary faults of the user during his exercise routine and display them in an easily readable form.

## SUMMARY OF THE INVENTION

The exercise monitoring system monitors electrical signals representative of the movement of an exercise machine caused by a physical exertion of a user. The movement corresponds to the user's exercise performance. The exercise monitoring system compares the prevent movement of the exercise machine with criteria representative of the user's previous exercise performance. A display of the exercise monitoring system indicates to the user his present exercise performance compared to his previous exercise performance. The exercise monitoring system has the option of storing the user's present performance for use as a past performance.

The exercise monitoring system comprises a monitoring means for measuring the movement of the exercise machine which corresponds to a user's exercise activity and provides signals representative of this activity. A memory means provides signals representative of the user's previous exercise activity. An evaluating means coupled to the monitoring means and memory means receives the signals representative of the user's present exercise activity and the past signals representative of the user's previous exercise activity. The evaluating means compares the two signals and produces a pacing signal. The pacing signal causes a plurality of light emit-

ting diodes to produce a display for the user. The user follows the display to reproduce his previous workout.

In the illustrated embodiment, the exercise monitoring system is a computerized exercise monitoring system and method to be used in conjunction with other exercise equipment. The system encourages the user to perform a more efficient workout by comparing each exercise repetition with the user's best effort, or with a coach's performance. All workout routines are stored by the system in an exercise monitoring personal module, so that graphs, charts and analyses can be printed on a print-out or plotted on a graph showing a user's progress.

The exercise monitoring system includes five components: an exercise monitoring main unit; an exercise monitoring screen; a portable exercise monitoring personal module; an exercise machine sensor and an exercise monitoring analyzer. It is desirable that one exercise monitoring main unit and one exercise monitoring screen are used in conjunction with an exercise machine. The exercise monitoring main unit contains a microcomputer to monitor the user's performance. The user of the machine has a portable exercise monitoring personal module, about the size of a cigarette package, which is inserted into the exercise monitoring main unit before the user begins his exercise routine. The exercise monitoring personal module contains information about the user's previous workouts on the particular exercise machine, as well as certain personal characteristics of the user, including weight, beginning date of workout, number of workouts, and number of repetitions.

After the exercise monitoring personal module is inserted, the exercise monitoring main unit displays the user's weight, seat settings for the exercise machine, and the user's past performances on the machine, including the dates of previous workouts, weight use, repetitions completed and average accuracy of the repetitions.

While exercising on the machine, the user watches the exercise monitoring screen so that he may compare each current repetition with his previous effort. The exercise monitoring screen is a display screen mounted in a position for easy viewing by the user while exercising. The exercise monitoring screen comprises a row of red, yellow and green lights which indicate whether the user is exercising too slowly, or too fast, compared to his previous rate. A separate red light turns on when the user rests between repetitions to discourage resting. A separate green light turns on at the height of each repetition to encourage the user to pause momentarily to gain maximum benefit from the workout. After each repetition, the exercise monitoring screen displays an accuracy number computed by the exercise monitoring main unit which represents how closely the current repetition matches the user's personal best effort. Also displayed is the number of completed repetitions.

If a user exercises on a exercise machine equipped with a exercise monitoring main unit and exercise monitoring screen, but does not use an exercise monitoring personal module, the exercise monitoring main unit computes the user's performance as compared with the performance of a coach or other person whose data are stored in the exercise monitoring main unit memory. The exercise monitoring main unit computes the user's performance and displays the information on the exercise monitoring screen, just as if the exercise monitoring personal module were in use.

A workout record is the information gathered by the exercise monitoring main unit during a user's workout on a particular exercise machine. The workout records are stored in the user's exercise monitoring personal module. The exercise monitoring analyzer converts the exercise information from the workout record into printed plots and graphs to provide a visual progress guide. The printout provided by the exercise monitoring analyzer identifies the particular exercise machine, the date of the workout, the number of repetitions completed, the weight used and the average of the accuracy numbers received for a set of repetitions. The exercise monitoring analyzer also computes the user's primary faults, such as exercising too fast or too slowly, resting between repetitions, or failing to pause at the height of each repetition.

The exercise monitoring system also includes a universal exercise monitoring sensor, which senses the motion of the exercise machine. The sensor is comprised of a plastic or metal disc attached to a base mounted reel with a built in steel spring. The disc has a series of equally spaced holes on its circumference. A steel cable with a metal ring on one end is wrapped around the reel and securely fastened. The metal ring is connected to the weight stack or the moving part of the exercise machine. As a steel cable is pulled off the reel, the disc rotates with the holes interrupting the infrared beams from the output of two infrared detectors situated on each side of the disc. The infrared detectors are spaced at a distance so as to create two square waveforms approximately ninety degrees out of phase when the disc is rotated. As the user pushes against the weight stack or other moving part of the exercise machine, the steel cable attached to the moving part rotates the reel and the disc attached to the reel. The exercise monitor monitors the output from these sensors to show the position of the moving weight stack.

Also, the infrared detectors can be situated on each side of a chain. As the chain is moved, it creates two square waveforms approximately 90° out of phase, which can be measured by the exercise monitoring unit. In this manner, the exercise monitoring unit measures the movement of the weight stack resulting from the user's exercise on the machine.

## BRIEF DESCRIPTION OF THE DRAWINGS

Those and other objects and advantages of the present invention will become more apparent by referring to the following detailed description and accompanying drawings in which:

FIG. 1 shows a basic diagram of the components of the exercise monitoring system;

FIGS. 2A and 2B show a detailed circuit diagram of the exercise monitoring main unit;

FIG. 3 shows a detailed circuit diagram of the exercise monitoring personal module;

FIG. 4 illustrates a detailed block diagram for the exercise monitoring screen;

FIG. 5 shows a block diagram of the exercise monitoring analyzer;

FIGS. 6A, 6B, 6C, 6D, 6E show a detailed diagram of the elements of the exercise monitoring sensor;

FIG. 7 illustrates the overall monitoring routine of the exercise monitoring main unit;

FIGS. 8A and 8B show a detailed flow diagram of the learned routine for the exercise monitoring main unit;

FIG. 9 illustrates a detailed flow diagram of the date routine for the exercise monitoring main unit;

FIG. 10 shows a flow diagram for the review routine for the exercise monitoring main unit;

FIG. 11 shows a flow diagram for the initialize routine for the exercise monitoring main unit; and

FIG. 12 shows a flow diagram for the update of the chain position routine for the exercise monitoring main unit.

## DESCRIPTION OF AN ILLUSTRATIVE EMBODIMENT

A. General Description of the Exercise Monitoring System.

Referring now to the drawings, FIG. 1 shows an exercise monitoring system **10** adapted for coupling by sensors **20** and **22** to an exercise machine **30** to receive on lines **124** and **126**, signals to be processed and stored in a electrically erasable read only memory (EEROM) **24** of the exercise monitoring system **10**. The exercise monitoring system **10** is capable of monitoring the movements of any exercise machine that has a moving part, such as a chain. The exercise monitoring system **10** is comprised of the exercise monitoring main unit **100**, the exercise monitoring screen **200**, the exercise monitoring analyzer **300**, an exercise monitoring personal module **24** and a printer/plotter **18**.

1. Exercise Monitoring Main Unit.

The exercise monitoring main unit **100** monitors the movements of the exercise machine **30** via lines **124** and **126**, connected to sensors **20** and **22**, respectively. Sensors **20** and **22** produce an output based upon the displacement of weights **32** of the exercise machine **30**. The exercise machine consists of chains and gears, so that during use, when a handle or bar is displaced, a corresponding amount of displacement is made in the weights **32**. The weights **32** can be increased by the addition of other weights **34**.

In most typical exercise machines, the weights are labeled so that the lightest weight is A, the next weight added is B, and so on. Thus, the amount of weight used on each exercising machine is known by referring to the letter of the weight used. For example, if four weights are used, the letter D would correspond to four weights on the weight stack.

The sensors **20** and **22** each consist of an infrared emitter and an infrared detector. The infrared emitter emits infrared light which is detected by the infrared detector. The infrared detector outputs a signal, depending upon the amount of infrared light in impinging upon it. This signal is a TTL compatible signal fed to the exercise monitoring main unit **100**. When the user begins a repetition, the cable **26** connected to a metal ring **28** is attached to the chain **36** of the exercising machine **30**. When the user starts the repetition, the force applied to a bar or handle is translated to movement in the chain **36**. This movement is transferred to the cable **26**, which causes disc **38** with holes **40** in it to rotate. The rotation of the disc causes a pulse signal from the detector of sensors **20** and **22** to be sent to the exercise monitoring main unit **100**. From these pulse signals, the exercise monitoring main unit computes the movement of the weights and the rate of movement of the weights. For a better understanding of the configuration and functional cooperation of the components described briefly above, attention is directed to FIG. 6 of the drawings wherein the respective components of the sensors are illustrated in detail.

The exercise monitoring main unit **100** is comprised of a microcomputer **122**, a membrane switch pad **124**, a liquid crystal display **126**, a nonvolatile random access memory (NOVRAM) **128**, a program read only memory (ROM) **130**, a personal module connector **130**, an I/O expander **136**, a red LED **138** and a green LED **139**. The microcomputer **122** receives the TTL level signal output from the sensors **20** and **22** through lines **124** and **126**. The microcomputer **122** executes the exercise monitoring main unit software contained in program ROM **130**. It is understood that microcomputer **122** has its own internal clock, as is well known in the art, for controlling its internal operation as well as its interfacing with other elements of the exercise monitoring system **10**.

The microcomputer **122** also has an internal RAM contained in the microcomputer **122** itself. The internal RAM of the microcomputer **122** is downloaded and uploaded from the NOVRAM **128**. The microcomputer **122** is coupled by a control bus **127** and data bus **144** to each of the ROMs **130** and to the NOVRAM **128**. The ROM **130** is adapted to store the instructions which the microcomputer **122** executes to detect and recognize the input sensor signals, to process these signals, and to store the processed signals in designated areas of the NOVRAM **128**. The programs or routines stored in the ROM **130** are explained generally with respect to FIG. 7 through FIG. 9.

The microcomputer **122** also outputs to the liquid crystal display **126** through bus **142**. The liquid crystal display provides the user with an indication of the particular mode of operation of the microcomputer **122**. The mode of operation of microcomputer **122** can be changed via operator input through the membrane switchpad **124**. The membrane switchpad **124** is connected through bus **138** to an I/O expander **36**, and to the microcomputer **122** via bus **134**. The microcomputer **122** also controls the illumination of LED **138** and LED **139** through bus **134** and I/O expander **136**. If the exercise monitoring personal module **24** is not physically connected to connector **132** the microcomputer **122** illuminates the red LED **138**. This notifies the user, that the exercise monitoring personal module **124** is not present, or that the physical insertion of the exercise monitoring personal module **24** into the exercise monitoring main unit **20** is faulty. When the exercise monitoring personal module **24** is physically connected to the connector **132**, the microcomputer **122** senses the connection and illuminates the green LED **139** to signify to the user that the exercise monitoring personal module **24** is properly connected. The connector **132** is connected to the data bus **144** of the microcomputer **122** in a manner well known in the art. The control bus **127** is also connected to the connector **132**, so that when the exercise monitoring personal module **24** is connected to the connector **132**, the microcomputer **122** can input and output data to the exercise monitoring personal module **24**.

The exercise monitoring personal module **24** contains an electrically erasable read only memory (EEROM) to receive and store personal data of the user. Each user of the exercise machine **30** has an exercise monitoring personal module **24**. The exercise monitoring personal module **24** contains the data necessary for the microcomputer **122** to compute the performance characteristics of the user for the particular exercise machine **30**. Because of the universal nature of the exercise monitoring unit **100** and the sensors **20** and **22**, the exercise monitoring main unit **100** can be connected to any exercise machine. It is important to note that the exercise

monitoring personal module **24** contains user data for every exercise machine available. The personal module may be removed from the exercise monitoring main unit **100** connected to a particular exercise machine, and inserted into another exercise monitoring main unit connected to a different exercise machine. The exercise monitoring main unit software from operator input determines the correct performance data for the user on the particular exercising machine.

If the user's current repetition is nearly identical to the user's best effort, the exercise monitoring screen displays an accuracy number of 99, which means the user is within 99 percent of duplicating his previous personal best effort. The exercise monitoring main unit computes an accuracy number which reflects when a user exercises too fast or too slow, rests between repetitions, or fails to pause at the height of the repetition. The greater the faults, the lower the accuracy number. The repetition count advances only if the exercise monitoring main unit determines that the weight has traveled to within 87.5% of the distance recorded in the user's previous effort.

2. Exercise Monitoring Personal Module.

The heart of the system is the exercise monitoring personal module **24**. The exercise monitoring personal module **24** contains data for the user of the personal module. The data contains the best effort or past performance of the user for each exercise machine he has previously used. When a user inserts the exercise monitoring personal module **24** into the exercise monitoring main unit connector **132**, the microcomputer **122** reads the user's personal database stored on the personal module **24** for the particular exercise machine, and displays the user's weight settings and seat settings for the particular exercise machine. Through the switchpad **124**, the user requests a display of his past performances on the particular exercising machine, including the dates of his workouts, weight used, repetitions completed and average accuracy of the repetitions. The user can also store a particular exercising routine performed on the exercise machine in the exercise monitoring personal module **24**. In this manner, a user continuously updates the exercise monitoring personal module **24** with his best or past performance.

The personal module **24** is then physically removed from the exercise monitoring main unit **100** upon completion of the particular exercising routine for this exercise machine. The user then carries the personal module **24** to another exercise machine and insert his personal module **24** into the exercise monitoring main unit connected to that exercise machine. The personal database for the user on this machine is also stored on the personal module **24**. When the user completes an exercising routine on the machine, he then continues to the next machine. Upon completing a set of exercise routines on several different exercise machines, the user then carries his personal module **24** to the exercise monitoring analyzer unit **300** for analysis.

3. Exercise Monitoring Screen.

The microcomputer **122** of the exercise monitoring main unit **100** is connected to the exercise monitoring screen **200** by bus **140**. The exercise monitoring screen **200** includes an LED display **202**, an I/O expander **204**, an liquid crystal display controller **206**, and an LCD display **206**. The I/O expander **204** of the exercise monitoring screen **200** is one typically used in interfacing microcomputers, and is known to those of ordinary skill in the art. The microcomputer **122** addresses the LED display **202** and LCD display **208** through the I/O expander **204**. The I/O expander **204** is directly connected to the LED display **202**. The LED display includes a row of red, yellow and green lights. The I/O expander **204** is also connected to an LCD controller **206** which energizes the LCD display **208**. The LCD display **208** displays the repetition and accuracy numbers representative of the exercising performance of the user. The exercise monitoring main unit **100** calculates performance factors of the repetitions of the user. The performance factors include the rate of exercising and the number of repetitions. The rate of exercising is calculated in the microcomputer **122** and transferred to the LED display **202** of the exercise monitoring screen **200**. The LED display **202** includes a row of red, yellow and green LEDs to indicate whether the exercise rate of the user is too slow, too fast or equal to the best or past performance as read from the user's exercise monitoring personal module **24**. In addition to the row of red, yellow and green LEDs, there is a red LED to discourage resting, which is illuminated by the software of microcomputer **122**, and a green LED which turns on at the height of each repetition to encourage the user to pause momentarily. The performance of the user is recorded in the microcomputer **122** and used to calculate the accuracy number.

The accuracy number represents how closely the present repetition of the user matches a previously stored repetition on the exercise monitoring personal module **24**. If the repetition is nearly identical to the user's best efforts, the exercise monitoring screen displays an accuracy number of 99, which means the user is within 99 percent of duplicating his previous personal best effort. The exercise monitoring main unit computes an accuracy number, which is lower when a user exercises too fast or too slow, rests between repetitions, or fails to pause at the height of the repetition. The repetition count advances only if the exercise monitoring main unit determines that the weight has traveled to within 87.5% of the distance recorded in the user's previous efforts.

4. Exercise Monitoring Analyzer.

The exercise monitoring analyzer **300** is comprised of a microcomputer **302**, ROM (**306**), RAM (**308**), connector **310**, connector **316**, and keyboard **320**. The microcomputer **302** has its own internal clock, as is well known in the art, to control its internal operation as well as its interfacing with other elements of the unit **10**. The microcomputer **302** is coupled with an instruction data (I/D) bus **304** through each of a ROM **306** and to the RAM **308**. The ROM **306** is adapted to store the instructions which the microcomputer **302** executes, to process the data from the personal module **24**, and to analyze this data and output it to the printer/plotter unit **18** The personal module **24** is electrically connected to the microcomputer **302** via connector **310**. The microcomputer **302** reads the data in the personal module **24** through bus control **312**, and accesses the data in the personal module **24** via data bus **314**. The microcomputer **302** analyzes the user's personal data on the personal module **24** and outputs a workout record to the printer/plotter **18** connected to the I/O connector **316** via bus **318**. The exercise monitoring analyzer **300** converts the exercise information from the workout records into printed plots and graphs to provide a visual progress guide for the user. The printout provided by the exercise monitoring analyzer **300** identifies each exercise machine, the date of the workout, the number

of repetitions completed, the exercising machine weight used, and the average in the accuracy numbers received for a set of repetitions. The exercise monitoring analyzer **300** also analyzes the user's primary faults, such as exercising too fast or too slowly, resting between repetitions or failing to pause at the height of each repetition.

B. Detailed Description of the Exercise Monitoring Main Unit.

1. Exercise Monitoring Main Unit

Referring to FIGS. 2A–B there is shown a detailed circuit diagram of the exercise monitoring main unit **100**. The microcomputer **122** found principally in FIGS. **1** and **2** may illustratively take the form of a microprocessing unit manufactured by INTEL under their designation 8039H. The microcomputer **122** in conjunction with address latch **140** receives and transmits data via its address bus **142**, the data bus **144**, and high order address lines **146**. For clarity in the figures some of the lines and buses are duplicated. The sensors **20** and **22** transfer data to and from the microcomputer **122** via ports **P10** through **P13** through bus **143**. Bus **143** contains the sensor lines **124** and **126**. The EPROM **130** may take the form of a memory device as manufactured by INTEL under their designation 2764. The data bus **144** connects the data ports DB7–DBO of the microprocessor **122** to the data ports $0_0$–$0_7$ of EPROM **130**. The address bus **142** of microprocessor **122** is connected to the low order address ports ADDR0–ADDR7 of the EPROM **130**. The high order address line **146** of the microprocessor **122** is connected to the high order address ports ADDR8–ADDR11 of the EPROM **130**. When the EPROM **130** is addressed, instructions of the microprocessor programs are read out via the data ports $0_0$–$0_7$ and transmitted via data bus **144** to the microcomputer **122**.

The NOVRAM **128** is comprised of two memory elements, a volatile element and a non volatile element, as manufactured by XICOR under their designation X2212. The low order lines of the data bus **144** are connected to the data ports **101** through **104** of the NOVRAM **128**. The address bus **142** is connected to the address ports ADDR0–ADDR7 of NOVRAM **128**. As shown in FIG. 2A, addresses are applied via the address bus **142** to the elements of the NOVRAM **128** and of the EPROM **130** to address one of the elements and a selected location therein. Microcomputer **122** generates a particular location within one of the elements of the EPROM **130** or the NOVRAM **128** to be addressed. The addresses are selected by an address latch **140**, whose inputs are taken from the ports ALE and DB0–DB7 of the microcomputer **122**. The address latch **140** provides output signals on the address bus **142** to each of the aforementioned elements to address a single location therein. The microcomputer **122** generates a signal on the program store enable PSEN to select the EPROM **130**, for program input. To select the NOVRAM **128**, the microcomputer activates the RD line, WR line, and port P17. The write line (WR) and the read line (RD) are inputs to a NAND gate **148**. The output is activated on both lines going high. The output enables a second NAND gate **150**. Port **17** provides an inverted input through inverter **152** to the NAND gate **150**. When strobed, the write line, read line, and port **17** select NOVRAM **128** for input and output.

The recall port and store port of the NOVRAM **128** perform a special function for the NOVRAM **128**. The NOVRAM **128** comprises two identical memory elements. One memory element is nonvolatile and does not change its state upon a power failure. The other element is volatile and can be changed. When the recall function of the NOVRAM is activated, the nonvolatile element is copied to the volatile element. When the store function is activate element is copied to the nonvolatile element. The operating characteristics of the exercise machine connected to the exercise monitoring main unit is stored in the nonvolatile element of the NOVRAM **128**. When a power failure occurs or on power up the nonvolatile memory of NOVRAM **128** is copied to the volatile element of the NOVRAM **128**. If the particular operating characteristics of the exercise machine are changed, then the store line is activated. Two criterion accomplish store line activation. First the microcomputer **122** raises the store line, and a lockout switch **154** is simultaneously activated by the user. The lockout switch **154** prevents the configuration stored in the NOVRAM **128** from inadvertent change.

The personal module **24** is connected to the microprocessor **122** by a female connector **132**. An address latch **149** is connected between the data bus **144** and the personal module **24**. Latch **149** is enabled by the ports RD and P27 of the microprocessor. When the personal module is connected into the female connector **132** the control lines, address lines, and data lines are available for the microcomputer **122** to read or write to the personal module **24**, in a manner well known in the art.

The data bus **144** couples a 16 by 2 alphanumeric liquid crystal display **126** to the microprocessor **122**. Data from the microcomputer **122** in the form of 32 ASCII characters are output to the liquid crystal display for observation by a user. The ports designated write enable and **P16**, control the write enable and chip select of the LCD display **126**.

Referring to FIG. 2B, there is shown a detail circuit diagram of the I/O Expander **136** and the membrane switchpad **124**. The ports designated P20 to P23, P14, and PROG connect the I/O expander **136** to the microcomputer **122** through control bus **156**. Port **P14** enables I/O expander **136** by being connected to the chip select of I/O expander **136**. The I/O expander **136** illustratively takes the form of a I/O expander manufactured by INTEL under their designation 8243. The I/O expander **136** contains four I/O ports designated as **P40–P43**, **P50–P53**, **P60–P63** and **P70–P73** which serve as an extension of the microcomputer **122** I/O bus. All communication between the I/O expander **136** and the microcomputer **122** occurs over **P20** to **P23**. The timing is provided by an output pulse on the program pin (PROG) of the microcomputer **122**. Each transfer consists of two four bit nibbles, the first nibble containing the port address and the second nibble containing the four bits of data. The selection of a port and the input/output condition is selected by ports **20** through **23**. For example, if port **21** and port **22** are both low then ports **40–43** on I/O expander **136** are selected. If port **23** and port **22** are both low a read instruction is specified. In this manner, the I/O expander **136** can communicate to four bi-directional I/O ports.

The membrane switchpad **24** is connected to ports **40–43** and ports **50–53** on the I/O expander **136**. The red LED **138** is connected through the I/O expander **136** through port **60** and the green LED is connected to port **61**. The green LED signifies that the personal module **24** is inserted into the microcomputer **122**. The red LED signifies the personal module **24** is not connected.

A buzzer **158** is connected to the I/O expander **136** via port **70**. The user inputs through the membrane switchpad **124** to the microprocessor **122**. When the user activates a certain switchpad, the microcomputer **122** reads the input from the I/O expander **136**. The microcomputer **122** corresponds to the input by activating the buzzer **158**. The recall line and store line of the NOVRAM **28** are connected respectively to the I/O expander's port **72** and port **71**. The activation of the recall line **160** copies the NOVRAM's **128** nonvolatile memory to the volatile memory. The store line **154** and the lockout switch when activated, copies volatile memory to the nonvolatile memory element.

2. The Exercise Monitoring Personal Module.

Referring to FIG. **3** there is shown a detailed electrical diagram of the exercise monitoring personal module **24**. The personal module **24** comprises a connector **40**, an address latch **42**, and an electrically erasable programmable read only memory EEPROM **44**. The EEPROM may illustratively take the form of a memory element manufactured by XICOR under their designation 2816. The connector **40** allows a personal module **24** to be carried between exercise monitoring units and plugged into any exercise monitoring main unit. When the personal module **24** is inserted into a main unit, the address data bus **144** of the microcomputer **122** is connected to the address latch **42** and to the data bus connectors $0_0$–$0_7$ of EEPROM **44** through the connector **40**. The control bus **50** connects the control lines from connector **40** to the control ports for the EEPROM **44** and the address latch **42**. The EEPROM **44** upon being addressed, reads data out via the data ports $0_0$–$0_7$ and transmits it to the microcomputer **122**. The electrically erasable, programmable, read only memory (EEPROM) **44** is a nonvolatile memory and can be erased only upon an appropriate electrical signal from the microcomputer **122**. In this manner, the data stored in the memory **44** can not be erased unless the personal module is connected to the exercise monitoring main unit **100**. Thus the data for the user remains intact while the user transports the personal module or leaves it on site.

3. The Exercise Monitoring Screen.

Referring to FIG. **4** there is shown a detailed electrical circuit of the exercise monitoring screen. An I/O expander **204** connects the I/O bus **140** to the microcomputer **122**. In a manner as described before in the previous I/O expander, the I/O expander **204** communicates through four different I/O ports comprised of four I/O lines each. Ports **P60** through **P63** are connected to a four by ten decoder **202**. The four by ten decoder **202** decodes the four ports into 9 output lines **210**. The 9 output lines **210** of the decoder are connected to a corresponding LED in the LED display **202**. The LED display **202** comprises a row of LEDs for displaying the user's exercise rate performance. The microcomputer **122** controls the illumination of each LED via the I/O expander **204** and the four by ten decoder **202**. The illumination of an LED is controlled by the microcomputer **122** software. If the user is performing the exercise routine at a rate equal to the previous exercise routine stored on the personal module **24**, the green LEDs are illuminated. A red LED which signifies the user is performing too slow, through a yellow LED to a series of green LEDs, a yellow LED, and red LEDs. The last red LED activates when the user exercises too fast. If the rate is slow the yellow LED is lit. If the rate is fast the yellow LED on the opposite side is lit. In this manner, the user compares his present performance with his previous performance. The display **202** also has a resume LED **201** and a resting LED **203**. The resting LED **203** illuminates when the user rests too long between repetitions. The resume LED **201** illuminates at the height of the repetition after the user pauses.

The I/O expander **204** is also connected to a liquid crystal display controller **206** which is illustratively shown as an ICM7211AMIPL as manufactured by INTERSIL Corporation. The LCD controller **206** controls the liquid crystal display **208**, which displays the accuracy numbers and the repetition rate of the user on the exercise machine.

4. The Exercise Monitoring Analyzer.

Referring to FIG. **5** there is shown an electrical diagram of the exercise monitoring analyzer **300**. The exercise monitoring analyzer **300** comprises a microprocessor **302** such as that made by IBM and designated as an IBM PC; a personal module connector **310**, a keyboard **318**, and a I/O connector **316**. The personal module **24** physically and electrically connects to the exercise monitoring analyzer **300** through connector **310**. The microprocessor **302** receives and transmits data by its address data bus **314** and control bus **312** to the memory personal module **24**. The microcomputer **302** reads the data from the personal module **24**, and through instructions and data in its program memory **306**, computes charts and graphs. They are displayed on the printer/plotter **18** through I/O connector **316**. In addition to the output on a printer/plotter **18**, a keyboard **318** is available for the user to insert instructions and data into the microprocessor **302**. The exercise monitoring analyzer software computes performance characteristics desired by the user from the data.

5. The Exercise Monitoring Sensor.

Referring to FIGS. **6A–E**, there are shown the elements and a detailed electrical circuit that comprise the exercise monitoring sensors **20** and **24**. Referring to FIG. **6A**, the sensor **20** comprises an infrared emitter **56** and an infrared detector **54**. Sensor **22** comprises an infrared emitter **50** and detector **52**. The sensor **20** and **22** are connected to the microcomputer **122** through bus **143**. The bus **143** includes output lines **124** and **126**, and power lines to operate the sensors. A TTL level output signal generates from the detector when infrared light from a emitter strikes it.

Referring now to FIG. **6B** there is shown a construction of the sensors to measure the rotation of a disc **38** having a plurality of equally spaced holes **40** along the perimeter. The sensors are mounted so that when an opening passes between an emitter and detector, infrared light from the emitter strikes the surface of the detector. Referring to FIG. **6C**, the plastic or metal disc **38** is fixed onto the reel **58** mounted on base **64**. A metal ring **60** is connected by a screw or other method to the chain of a weight stack or other moving part of the exercise machine. As the cable **62** is pulled off the reel **58** the attached disc **38** rotates clockwise with the eight openings **40** interrupting the infrared beams of emitters **56** and **50** such that the outputs of the infrared detectors **52** and **54** oscillate as shown in FIG. **6D**. A built in spring in the base mounted reel **58** winds the cable **62** back onto the reel **58** causing disc **38** to rotate counterclockwise The sensors **20** and **22** are mounted so that a clockwise rotation of **38** creates two waveforms 90 degrees out of phase between sensor **20** and **22**. The counterclockwise rotation creates two waveforms 270

degrees out of phase. The exercise monitoring main unit continuously monitors output of the sensors **20** and **24** to keep track of the position of the moving weight stack. A clockwise rotation creates a sequence of TTL outputs like

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10 | 11 | 01 | 00 | 10 | 11 | 01 | 00 | 10 | State (1) |

A counterclockwise rotation creates a sequence of outputs such as

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 11 | 10 | 00 | 01 | 11 | 10 | 00 | 01 | State (2) |

When the sequence of TTL outputs go to zero (00) in the clockwise rotation, the exercise monitoring main unit increments a position counter to signify that the weight stack has moved in a particular direction, a corresponding counter-clockwise rotation decrements the position counter when the sequence of outputs go to zeros (00). In this manner, the exercise monitoring main unit continuously monitors the movement of the weight stack and can measure the rate of the weight stack and its exact location.

Referring to FIG. **6E**, there is shown another embodiment of the sensor operation for directly measuring the movement of a chain **66** connected to a weight stack. The chain **66** includes links separated by a distance X. The sensors **20** and **22** are contained in a sensor block **68**. The sensor block is connected to the frame of the exercise machine. The sensor block **68** receives the chain **66** into slot **70** in such a manner that the chain **66** can move freely through the sensor block **68**. When the chain **66** moves, the links interrupt the light between the emitters and detectors of sensors **20** and **22**. The distance Y is calculated to produce two waveforms 90° out of phase between sensors **20** and **22**, when chain **66**, with links separated by distance X, moves perpendicular to the line of sight of sensors **20** and **22**. The sensors thus produce an output as described before when the chain moves. In this manner, the sensors detect the movements of the chain.

6. Flow Chart of Exercise Monitoring System.

Referring now to FIG. **7**, there is shown a high level flow diagram of the method in which the exercise monitoring system of this invention operates to record and measure the exercising data in a form that intelligibly informs the user of his exercising progress. Initially in step **350** the user presses the start button on the exercise monitoring main unit. Thereafter, in step **351**, initialization routines are performed to begin the operation of the exercise monitoring main unit. Subsequently in step **352**, the changed position as measured by the exercise monitoring sensors is measured. The software then continues to step **354**, in which the membrane switchpad is monitored to determine whether any switch is pressed. If a switch is pressed, a service request of action is made operational depending upon which action is requested.

The service requested action results from the pressing of the date button, the learn switch, the review switch, or the decrementing or incrementing of a seat selection, or the decrementing or incrementing of a weight selection. The changing of the seat selection corresponds to the seat position on the exercise machine. The weight selection corresponds to the number of weights selected by the user in his exercising routine. For example, if the user is selecting three weights the user will input into the exercise monitoring unit the letter C which corresponds to three weights. Similarly, a seat selection will have a corresponding letter to signify the position of the seat.

As shown in step **356**, if no switch is hit or if a service requested action is completed, the routine continues to step **358**, in which the exercise monitoring screen is updated. The exercise monitoring screen displays the accuracy number and the rate in which the exercise repetition is being completed. The accuracy number, which appears on the exercise monitoring screen, represents how closely the user's repetition matches the personal best efforts or previous effort of the user, as has been stored in the personal module. If a completed repetition nearly duplicates the best efforts the accuracy number is 99 which signifies that the best personal effort of the user is within percent of duplication. The factors which lower the accuracy number are exercising too fast or too slow, resting, and not pausing at the height of the repetition. In addition to the accuracy number display, a repetition count is displayed. The repetition count is incremented by one when the distance traveled by the weight is 87.5% of that distance recorded in the user's previous effort.

In addition to displaying an accuracy number and repetition number the exercising monitoring screen also has a horizontal row of red, yellow and green to indicate the rate of exercise. While the user exercises a red light on the exercise monitoring screen turns on when the member rests in between repetitions to discourage resting, and a green light turns on at the height of each repetition to encourage the user to pause momentarily. The row of red, yellow and green lights indicate whether the user is exercising too slow, too fast, or just right. The routine then continues to step **360** in which the exercise monitoring main unit determines if a repetition has been completed. If not, the exercise monitoring main unit updates the chain position and repeats the procedure beginning with step **352**. If the user has completed a repetition the routine continues to step **362**. In step **362**, the exercise monitoring unit calculates the accuracy number as has been described before and displays the accuracy number for the user. After the accuracy number has been displayed, the system is initialized for the next repetition in step **364**. The procedure then begins again as step **362**.

7. Detail Flow Diagram of the Learn Routine.

Referring to FIGS. **8A–B**, there are shown a detailed flow chart of the exercise monitoring main unit software that is implemented on the pressing of the learn switch on the exercise monitoring switchpad. The learn switch is used for storing the exercise routine into the personal module or NOVRAM, if a personal module is not present. Upon pressing the learn switch, in step **400**, the software determines if a personal module is present in step **402**. If the personal module **24**, is not present the exercise monitoring main unit displays a machine name on the exercise monitoring main unit LCD display, as shown in step **404**. If this is the machine that the exercise monitoring main unit is attached, the user stores the machine identification as shown in steps **406**, **409** and **410**. If the exercise monitoring main unit is not attached to the exercise machine shown in the LCD display of the main unit, the operator uses the increment and decrement switches to increment and decrement a RAM counter, which points to the machine name list as shown in **408**. The routine then begins again at step **404** in which the exercise monitoring main unit displays the

new machine name in the format. When the correct exercise machine is displayed in the LCD display, the use then presses store as shown in step **409**. The exercise monitoring main unit then places the machine ID into the RAM as shown in step **410**. The routine then continues at step **412**, in which the current chain position is updated. The software then waits for the learn switch to be hit again before continuing.

Before the learn is pressed, the person who is to perform the exercise routine must get into the starting position, as shown in step **414**. When the person is in the starting position, the routine then begins again at **412** to update the current chain position. When the learn switch is hit as shown in step **416**, the exercise monitoring operating software stores the current chain position in the RAM as an offset starting position as shown in step **418**. The software, then continues to step **420**, in which the current chain position counter is updated. If the current chain position counter has changed by four as shown in step **422**, the amount of time used to travel through four counts is computed, as shown in step **424**. In this manner, the rate of exercise is determined for the user. If the chain position is not changed by four, the current chain position counter is read until the change by four is accomplished. In step **424**, the amount of time used to travel these four counts is stored. The procedure then continues to step **426**, to determine whether the learn repetition is complete. If the learned repetition is not complete, the update current chain position is again monitored as previously described. If the repetition is complete, the procedure continues to step **428**, where it waits until the user presses the store switch. If the user does not press the store switch, the system continues the learn repetition, cycle as step **426**. When the store switch is hit, step **428**, the data in the internal RAM of the microcomputer **122**, is down loaded to the NOVRAM and waits for the start switch. In this manner, a coach or a standard performance is stored in the NOVRAM so that a user can compare his exercising routine to the coach's or another person's performance.

Referring back to step **400**, if the learn switch is pressed and a personal module is present the system begins operation at step **406** as shown in FIG. **8B**. This signifies that the user is going to store into the personal module an exercise performance rate in which he will later compare his future exercising routine. The current chain position in the RAM is stored as the personal offset or starting position as shown in step **408**. The routine then continues in step **412**, in which the current chain position counter is updated, if the current chain counter is changed by four as shown by step **442**, the system goes to step **444**, in which the amount of time used to travel four counts is recorded. If the current chain position counter is not changed by four the routine, cycles back to step **440** to update the current chain position again. After the time to travel the four counts has been determined, the repetition cycle continues again at step **440**, as shown in step **446**. In this manner, the chain position is constantly monitored as the user exercises and his rate of exercise is stored in the RAM of the exercise monitoring main unit. Upon completion of the learn repetition cycle the store switch is pressed as shown in step **448**. When the store switch is pressed, the internal RAM data of the microcomputer **122** is down loaded to the personal module **24**. In this method, the efforts of the user for this particular repetition are stored in the personal module for comparison to future performance of the user's repetitions.

8. Detailed Flow Diagram of the Date Routine.

Referring to FIG. **9** there is shown the detailed diagram of the date routine. Upon the pressing of the date switch as shown in step **500**, the exercise monitoring main unit displays the date as month/day as shown in step **502**. If a first increment switch stationed above the word "weight" is pressed the month is incremented as shown in steps **504** and **506**. If a first decrement switch below the word "weight" is pressed the month is decremented as shown in steps **508** and **510**. If a second increment switch above the word "seat" is pressed the day is incremented as shown in steps **512** and **514**. If a second decrement switch below the word "seat" is pressed, the day is decremented as shown in steps **516** and **518**. At the completion, if the store switch is hit as shown in step **520**, the new month and day are stored in the NAVROM as shown in step **522**.

9. Detailed Flow Diagram of the Review Routine.

Referring now to FIG. **10** there is shown the detailed flow diagram of the review routine. Beginning in step **600** the review switch is pressed. The exercise monitoring main unit then determines if a personal module is present, as shown in step **602**. If one is not present the routine exits; if one is present the routine continues to step **604**. In step **604**, the last workout record stored for the machine on which the exercise monitoring main unit is attached is displayed. The display is in the form of date, number of repetitions, weight used and average accuracy. If the review switch is pressed again, as shown in step **606**, the workout record previous to the current one is displayed, step **610**. If instead of the review switch being pressed in step **606**, the next switch is pressed, as shown in step **608**, the display workout record stored after the one currently being displayed is shown, step **612**. The routine continues displaying workout records until the start switch is pressed again.

10. Initialize Routines.

Referring now to FIG. **11** there is shown a detail flow diagram of the initialize routines. Beginning in step **700**, the internal RAM of the main unit is cleared and the exercise monitoring screen display is blanked out. The exercise parameters from the particular exercise machine are recalled from the NOVRAM and placed into the internal RAM of the microcomputer of the exercise monitoring main unit as shown in step **702**. The routine continues at step **704**, where it is determined if a personal module is present. If a personal module is present, the personal exercise parameters from the personal module are recalled and they are place in the internal RAM of the microcomputer of the exercise monitoring main unit, as shown in step **706**. The weight and seat settings last used on this exercise machine for this particular user are displayed on the exercise monitoring main units display If a personal module is not present, as shown in step **704** the display shows a standard exercise name on the display unit on the main unit, as shown in step **710**. This concludes the end of the initialize routine.

11. Routine To Update The Chain Position.

Referring now to FIG. **12**, there is shown a detailed flow diagram to update the chain position. The chain position is updated by sampling a pair of sensors. For some exercise machines an additional pair of sensors are required. The software is written to accommodate a second pair of sensors, if they are required. Sampling of the first pair of sensors is accomplished by sampling each detector lines. If the first detector line is high this results in a "1", and if low, a result of "0" is obtained. The second detector is sampled in the same manner.

When each detector line is sampled, it results in a state of 00, 01, 10, or 11. Since the sensors are 90° out of phase, a 00 can not follow a 11, only a 01 or a 10 can begin or follow a 00. The routine looks for a 00 to either increment or decrement the counter for the pair of sensors. The software thus checks the before and after state of the 00 transition state to determine whether to increment or decrement the counter. It is important to note, that the routine goes through and samples each sensor only once and then exits. The software of the microcomputer is very much faster than the slow moving chain, so that when the software samples the sensors again, the microcomputer has not missed any transition states.

In step **800**, the microcomputer for the exercise monitoring main unit inputs the data for the first first pair of sensors, which in this particular embodiment are sensors **20** and **22**. The microcomputer then determines the status of the sensors to see whether the status of the sensors is equal to a 11 transition, as shown in step **802**. The microcomputer is looking for a sequence of TTL outputs from each pair of sensors of 01 00 10, which is an increment, or 10 00 01, which is a decrement. An increment or decrement signifies the chain has moved a known distance in a known direction, and thus the movement in the weight stack can be calculated. A transition of 11 never occurs before a 00 state, and therefore sensors reading of 11 mean that the next number is not a 00, so the input from the sensors is skipped, and the input from the second pair of sensors is read. If the sensor status is 11 the routine continues to **820**, to update the second pair of sensors. If the first sensors do not have a status of 11 the routine continues to step **804**. This means that the transition will be at 01, 10, or 00.

In step **804**, the microcomputer determines if the status of the sensors is 00. If the status of the sensors is 00, a flag is set indicating that a 00 condition has occurred on the first pair of sensor as shown in step **806** and the routine then continues to step **820**. If the first sensors do not have the status of 00, the routine continues to step **808**. In step **808**, the first flag is checked to see if it has been set or not. If the flag is not set, meaning no 00 condition has occurred, the current status of the first sensors is stored in the internal RAM as shown in step **810** and the routine continues to step **820**. Note that the current status of the sensors will be either a 10 or 01, at step **810**.

If the first flag is set as shown in step **808**, the routine continues to step **812**. This signifies that the sensors have gone through a 00 state. In step **812**, the current status of the first sensors is checked with the status of the first sensors before the 00 condition occurred. If the current status does equal the current status of the first sensors before the 00 condition occurred, the chain has not really moved but "bounced". Therefore, the sensor's counter is not incremented or decremented. The first flag is cleared as shown in step **816** and the same procedure is repeated for the second sensor, as shown in step **820**. In step **814**, if the current status of the first sensors is not equal to the current status of the first sensor before the 00 condition occurred, the internal RAM counter is incremented or decremented for the first sensors according to the direction from the store transition state saved in step **810**. This signifies that the sensor has made a transition of 01 00 10 and the counter incremented or the sensor has made a transition of 10 00 10 in which case the counter is decremented. The first flag is then cleared as shown in step **816**. The routine then continues to step **820**.

In step **820**, if a second pair of sensors are available, the second sensors are updated in the same way as the first sensors. The routine is the same, and is not repeated here for brevity. The routine then continues to step **822**, in which the combined RAM counters for the first sensors and the second sensors are combined into the current chain position. The counters are added together and then divided by two to get an average. From this average count the current chain position is quickly, easily and accurately determined.

12. Exercise Monitoring Analyzer Software.

The exercise monitoring analyzer software reads the data from the personal module and computes charts and graphs, depending upon the particular inputs of the user. The exercise monitoring analyzer is provided to give the user a graphic description of his exercise progress on a particular machine or on a series or machines. The data is displayed in a convenient form on a printer/plotter unit **18**. The exercise monitoring analyzer programs may be written in a machine language, or at a higher language using procedures appropriate for the actual microprocessor in use, to execute the required computations herebefore described. A suitable computer for the exercise monitoring analyzer is a general purpose microprocessor, such as an IBM PC. Alternatively, one or more microprocessors similar to the IBM PC may be suitably interconnected and programmed to perform the functions required of the exercise monitoring analyzer. The programs on the exercise monitoring analyzer compute the user's performance and faults, and provide a result of the user's performance in a form more suitable for analysis, such as tables and graphs.

In summary, the present invention provides a system for monitoring a user's present performance on an exercise machine, and compares his past performances to the user's present performance on that particular machine. The user's past performance is stored on a portable personal module memory unit which is transferred from one exercise machine to another. The invention provides the user with the ability to compare his performance on any exercise machine with his previous best personal effort for that particular machine.

Thus, although the best mode for carrying out the present invention have been herein shown and described, it will be apparent that modification and variation may be made without departing from what is regarded as the subject matter in the invention.

We claim:

1. A system for monitoring and comparing electrical signals representative of the movement of an exercise machine, said movement corresponding to a user's exercise performance with criteria representative of the user's previous exercise performance on the exercise machine, said system comprising:

(a) a monitoring means for measuring in real time a present movement of the exercise machine corresponding to a user's exercise activity and for providing signals representative thereof;

(b) memory means for providing signals representative of the user's past movement of the exercise machine; and

(c) evaluating means coupled to said monitoring means for receiving said signals representative of the user's present movement of the exercise machine and coupled to said memory means for re-

ceiving said past signals, for comparing said present signals to said past signals, and for computing a repetition count based on a percentage change between said past and present movements and providing an output signal representative of said repetition count.

2. Monitoring and comparing system as claimed in 1, further comprising a user display connected to said evaluating means for receiving said output signal to provide an indication of the user's present movement of the exercise machine compared to the user's past movement of the exercise machine.

3. Monitoring and comparing system as claimed in 2, wherein said display comprises a plurality of light emitting diodes in a predetermined order, each light emitting diode responsive to an output signal from said evaluating means.

4. Monitoring and comparing system as claimed in 2, further comprising:

(d) a user input means coupled to said evaluation means for generating a user input signal representative of a selected exercise machine configuration; and

(e) an output display connected to said evaluating means for providing an indication of a selected exercise machine configuration.

5. Monitoring and comparing system as claimed in 4, wherein said evaluation means comprises a programmed microcomputer.

6. Monitoring and comparing system as claimed in 4, wherein said evaluating means is responsive to said user input signals to generate an output signal to the memory means indicative of the exercise machine configuration.

7. Monitoring and comparing system as claimed in 1 or 6, wherein said memory means receives said output signal from said evaluating means and stores said output signal.

8. Monitoring and comparing system as claimed in 7, wherein said memory means is capable of being disconnected from said evaluating means and retains said stored signals.

9. Monitoring and comparing system as claimed in 8, wherein said memory means comprises an electrically erasable programmable read only memory.

10. Monitoring and comparing system as claimed in 9, wherein said memory means is portable.

11. Monitoring and comparing system as claimed in 1, wherein said movement of the exercise machine corresponds to the user's exercise pace.

12. Monitoring and comparing system as claimed in 1, wherein said movement of the exercise machine corresponds to the distance moved by weights of the exercise machine.

13. Monitoring and comparing system as claimed in 1, wherein said monitoring means further comprises:

(a) a predetermined number of sensors for detecting the movement of a moving member of the exercise machine.

14. Monitoring and comparing system as claimed in 13, wherein the moving member is a chain.

15. Monitoring and comparing system as claimed in 13, wherein the monitoring means further comprises:

(a) a rotary member connected to the frame of the exercise machine and coupled to said moving member of the exercise machine; and

(b) said sensors detecting the rotation of the rotary member and providing an output signal representative thereof.

16. Monitoring and comparing system as claimed in 15, wherein said rotary member further comprises:

(c) a spring wound take-up reel having a first end of a cable attached to the moving member of the exercise machine and a second end of a cable connected to the reel, such that a movement in the exercise machine causes a corresponding rotational movement in the spring wound take up reel; and

(d) a disc having a plurality of equally spaced openings on the circumference attached at the center to the reel such that rotational movement in the reel causes a corresponding rotational movement in the disc.

17. Monitoring and comparing system as claimed in 16, wherein said sensor comprises an emitter of infrared light on one side of the disc and a detector of infrared light on the opposite side of the disc for producing a signal when the infrared light passes through an opening and illuminates the infrared light detector.

18. Monitoring and comparing system as claimed in 17, wherein a first sensor is located on the disc for producing a signal which is ninety degrees out of phase with a signal from a second sensor.

19. A physical exercise system comprising:

(a) an exercise machine having at least one movable member;

(b) a sensor for detecting the movement of said movable member and providing an output signal representative thereof;

(c) a memory means for providing past signals indicative of the past movement of said movable member;

(d) a first evaluation means connected to said sensors for receiving said output signal, and connected to said memory means for receiving said past signals; for comparing said signals to generate a pacing signal indicative of the difference of said signals; and

(e) a plurality of display lamps for displaying said pacing signals.

20. The physical exercise system of claim 19, wherein said first evaluation means provides an output signal to said memory means indicative of the present movement of said movable member.

21. The physical exercise system of claim 20, wherein said memory means is portable and retains said present movement signals.

22. The physical exercise system of claim 21, further comprising:

(a) a digital indicator device for displaying data; and

(b) a second evaluation means capable of being connected to said memory means and providing data to said digital indicator device indicative of exercise data of a user of said physical exercise machine.

23. The physical exercise system of claim 22, wherein said first and second evaluation means are a programmed microcomputer.

24. In an exercise monitoring system having an evaluation means, a memory means, and a sensing means, a method of monitoring and comparing a user's exercise performance on an exercise machine to the user's past exercise performance, said method comprising the steps of:

(a) measuring a movement in the exercise machine caused by a physical exertion of a user and producing a signal representative thereof;

(b) retrieving data from the memory means, the data identifying the user's past movement of the exer-

cise machine and producing a signal proportional thereto;

(c) comparing, with the evaluation means, the signal from the present movement of the exercise machine with the signal from the past movement of the exercise machine and computing a repetition count based on a percentage change between said present and past movements; and

(d) displaying an indication of the movements and the repetition count to the user.

**25**. The method of claim **24**, wherein the step (d) of displaying further comprises the step of providing a pacing signal for perception by the user, the pacing signal equal to the past exercise rate of the user.

**26**. The method of claim **24**, further comprising the steps of:

(e) providing data to the evaluation means, the data representative of a user selected operation; and

(f) storing into the memory means the present movement of the exercise machine.

**27**. The method of claim **26**, further comprising the step of storing into the memory means information representative of a selected configuration of the exercise machine.

**28**. The method of claim **24**, further comprising the step of determining the difference between the present movement of the exercise machine and the past movement of the exercise machine.

**29**. The method of claim **28**, further comprising the step of providing a pacing signal for perception by the user, the pacing signal equal to the difference between the present movement of the exercise machine and the past movement of the exercise machine.

**30**. The method of claim **29**, further comprising the step of displaying the pacing signal on a plurality of lights, each light representative of the difference in pacing between the user's present movement of the exercise machine and past movement of the exercise machine.

**31**. The method of claim **24**, further comprising the steps of:

(g) computing a performance value representative of the user's present performance compared to the user's past performance; and

(h) displaying the performance value to the user.

**32**. The method of claim **31**, wherein step (g) further comprises the step of:

(m) decreasing the performance value when the user's present movement of the exercise machine is not equal to the user's past movement of the exercise machine.

**33**. The method of claim **24**, wherein the step (d) of displaying further comprises the steps of:

(n) illuminating the plurality of lights, each light representative of the difference in movement between present movement and past movement.

**34**. The method of claim **33**, further comprising the step of:

(o) illuminating a row of lights having a first light representative of the user's present movement being slow compared to the user's past movement and a last light representative of the user's present movement being fast compared to the user's past movement, said illumination of each light depending upon light position and difference in user's present movement and user's past movement.

* * * * *

# EXHIBIT 4

# United States Patent [19]

**Donohoo**

[11] **Patent Number: 4,891,785**

[45] **Date of Patent: Jan. 2, 1990**


[54] **METHOD FOR TRANSFERRING DATA FILES BETWEEN COMPUTERS IN A NETWORK RESPONSE TO GENERALIZED APPLICATION PROGRAM INSTRUCTIONS**

[76] Inventor: **Theodore J. Donohoo,** 1027 Evergreen Trail, Lino Lakes, Minn. 55014

[21] Appl. No.: **216,770**

[22] Filed: **Jul. 8, 1988**

[51] **Int. Cl.**[4] .................................... **G06F 9/00**

[52] **U.S. Cl.** ........................ **364/900;** 364/942.03; 364/940.81

[58] **Field of Search** ........................ 364/200, 900

[56] **References Cited**

U.S. PATENT DOCUMENTS


| | | | |
|---|---|---|---|
| 4,011,545 | 3/1977 | Nadir | 364/200 |
| 4,228,496 | 10/1980 | Katzman et al. | 364/200 |
| 4,256,926 | 3/1981 | Pitroda et al. | 364/200 |
| 4,402,045 | 8/1983 | Krol | 364/200 |
| 4,527,237 | 7/1985 | Frieder et al. | 364/200 |
| 4,620,276 | 10/1986 | Daniell et al. | 364/200 |


*Primary Examiner*—Thomas M. Heckler
*Assistant Examiner*—John G. Mills
*Attorney, Agent, or Firm*—Paul L. Sjoquist

[57] **ABSTRACT**

A method for transferring data files between processors in a linked network of computer processors, under applications program control operable in one or more of the processors, wherein a special applications program instruction is devised to cause the executing computer to process a utility program which identifies the data file being requested and transmits a request for such data file to another computer processor holding the data file. The computer processor holding the data file implements a special utility routine in response thereto, to first identify whether the requesting computer processor is authorized to receive the data file, and then transmits the data file to the requesting computer processor.

**2 Claims, 7 Drawing Sheets**







OPERATING SYSTEM
Mainframe
BUSINESS APPLICATIONS
DATA ENTRY
PRINT COPY
TRANSACTION PROCESSORS
SYSTEM CONSOLE
LANGUAGE PROCESSORS
FILE SYSTEM
MATHEMATICAL LIBRARIES
UTILITY CUSHION
CONSUMER PROGRAMS

Fig. 1


Hub
Rim
APPLICATION PROGRAM
Rim
APPLICATION PROGRAM
Rim
APPLICATION PROGRAM

Fig. 4


Vendor ABC
BUSINESS APPLICATIONS
DATA ENTRY
PRINT COPY
TRANSACTION PROCESSORS
SYSTEM CONSOLE
LANGUAGE PROCESSORS
FILE SYSTEM
MATHEMATICAL LIBRARIES
UTILITY CUSHION
CONSUMER PROGRAMS
Vendor XYZ
TRANSACTION PROCESSORS
DATA ENTRY
LANGUAGE PROCESSORS
SYSTEM CONSOLE
PRINT COPY
MATHEMATICAL LIBRARIES
FILE SYSTEM
BUSINESS APPLICATIONS

Fig. 2


Vendor ABC
Networking Cushion
BUSINESS APPLICATIONS
PRINT COPY
SYSTEM CONSOLE
TRANSACTION PROCESSORS
LANGUAGE PROCESSORS
MATHEMATICAL LIBRARIES
FILE SYSTEM
DATA ENTRY
BUSINESS APPLICATIONS
Vendor XYZ

Fig. 3


Hub
GENTRY:
Sierra
Comet
Marlin
REPERTORY:
FileOne
FileTwo
FileThree
FileRed
FileGreen
Rim "Comet"
REPERTORY:
FileRed
APPLICATION PROGRAM
Rim "Marlin"
REPERTORY:
FileGreen
APPLICATION PROGRAM
Rim "Sierra"
REPERTORY:
FileOne
FileTwo
FileThree
APPLICATION PROGRAM:
INTERCEPTION AND PROCESSING OF:
@ NETASG FileOne (Unisys OS1100), or
NETDEFINE FileTwo (VAX VMS), or
//FileOne NETDD (IBM MVS), etc.

Fig. 5


The operating-system encounters next job-control instruction (any instruction starting with an "@")
Is this job-control instruction a "@ NETASG FileOne" ?
T
F
Is "FileOne" found in the rim's "Repertory" ?
T
F
Give the rim the "FileOne" name and start the rim program.
Error return to "@ NETASG"

Fig. 6


Rim
Hub
The rim is given control with the user name ("Sierra") and the filename ("FileOne")
The rim SCONNects to one of the hub SOFFERs, at the same time identifying itself (as "Sierra").
The rim observes the SCONFirm and SWRITEs the file name ("FileOne") to hub.
The rim then SREADs pieces of "FileOne" as they are sent by the hub.
The hub has extended SOFFERs to the community of rims.
The hub observes the SCONNect from the rim and finds the rim's name ("Sierra") in its "Gentry". The hub then SCONFirms the connection with the rim.
The hub SREADs the file name, determines that "FileOne" is in its "Repertory".
The hub reads from "FileOne" and SWRITEs successive pieces of the file to the rim.

Fig. 7

# METHOD FOR TRANSFERRING DATA FILES BETWEEN COMPUTERS IN A NETWORK RESPONSE TO GENERALIZED APPLICATION PROGRAM INSTRUCTIONS

## FIELD OF THE INVENTION

The present invention relates to a method for tranferring data files between computer processors; more specifically, it relates to a process for enabling an application program in a first computer processor to access the data files in a remote computer processor as though those remote files were domiciled in the same computer processor as the requesting application program.

## BACKGROUND OF THE INVENTION

In the art of computer processing systems the universe of computer software can be thought of as existing in three tiers: operating software systems, which manage the computer hardware resources; application programs, which are referred to herein as "consumer programs," which perform the "useful" work required from the computer processing system; and utility programs, which move relevant data to a predetermined storage area for access by the application programs in a usable fashion. In general, the operating software system for a particular computer processor is uniquely written to accommodate the particular hardware design characteristics of that computer system. Likewise, utility programs are written to accommodate particular computer hardware designs, and to facilitate connection of the computer to other external devices, usually devices for storing or displaying data, or for receiving or transmitting data. Application programs, on the other hand, are typically written in a more general format in order to be operable on different computer processing systems, and such programs tend to be task-oriented programs, formatted to do work or to produce results which are useful in the work outside the computer processor.

The applications programs residing in a particular computer processing system might be thought of as residing within a "utility cushion" unique to the processing system, i.e., a set of programs internal to the computer system that control its internal data accessing operations during the execution of an application program. For example, an application program may require access to a volume of data stored in a particular memory device, and a utility program is therefore called upon to make the transfer of the data from the memory device to a storage region which is accessible by the application program. As a further example, an application program may require an output device to be activated as a part of the application process, and a utility program is called upon tȯ activate the output device and make the necessary data transfer for the required application.

When a number of computer processors are interconnected with a view toward providing an interchange of data between the computer processors, certain hardware and software additions must be made to all such interconnected computer processing systems. The hardware connectivity involves providing the necessary data transmission paths for transmitting and receiving the data signals; a related software delivery program must also be provided in order to systematize and facilitate the use of the hardware connectivity features. This idea of interconnecting computer processors has become known as "networking," wherein data which is prestored within one computer processing system may be transferred, at various transfer rates, to a designated storage location within a second computer processing system. However, the essence of "network" is to make discrete copies of data from one computer processing system to another in the network.

In the field of "networking," recent attention has been given to transferring such data at very high data transfer rates. Network Systems Corporation, of Minneapolis, Minnesota, has developed specialized hardware connectivity features, designated by the trademark "HYPERchannel," which are controlled by a software delivery system designated by the trademark "NETEX." This networking arrangement enables the high-speed transfer of large amounts of data between computer processing systems of similar or dissimilar manufacture. However, this and other approaches to "networking" are strictly restricted to the transfer of data or blocks of data between computer processing systems under discrete operator control. The applications programs that reside in the various computer processing systems in the "network" are and remain isolated in their respective processors, and it is only the data which may be copied from one machine to another, usually as a result of an operator entering discrete commands into the computer via an operator's keyboard.

There is a need for applications programs within one computer processor to be able to access data from within another computer processor, as the need for such data becomes apparent during the execution of an applications program. That is, there is a need for an applications program to call out dynamically from within itself for data transfers to or from another computer as a part of the execution of the application program. One approach to meeting this need is by expanding the "utility cushion" in each interconnected computer processor in order to make it available to all interconnected computer processors in the network, which would have the result of permitting an applications program to interact with data without having a specific awareness of the computer processor in which the data resides. This leads to the logical result that the "networking" is placed under the control of the application programs, and effectively expands the "utility cushion" into a "networking cushion," i.e., a network of utility programs which are accessible by any of the computer processors in the network.

## SUMMARY OF THE INVENTION

A method for interconnecting multiple computer processors and for interactive data transfer therebetween, for enabling applications programs operating in a first computer processor to access data files in a second computer processor, automatically and without operator intervention, and wherein the first processor application program does not require advance information as to the operational particulars of the second computer processor. To accomplish this purpose a unique application program instruction is devised which, when executed during the operation of the application program, causes the computer to execute a special utility program. The special utility program transmits code words to the second computer processor, identifying the transmitting computer programs and the desired data files. This causes the second computer processor to

execute its special utility program, thereby causing the second computer processor which retains the requested data files to transmit same to the requesting computer processor. The utility programs of the second computer processor are thereby effectively brought under command and control of the first computer processor for data file transfer.

It is a principal object of the present invention to implement an interactive process between and amongst a number of interconnected computer processors, to cause such computer processors to interact and operate as though they were effectively a single computer processing system.

It is another object and feature of the present invention to provide a method for moving data within a network of computers independently of computer, network, data structure, or programming language.

It is a further object of the present invention to integrate the utility programs of different computer processors into a networking process, to provide accessibility to all utility programs by any of the computer processors in the network.

It is a further object and feature of the invention to isolate data and hardware dependencies into well-defined modules.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows diagrammatic representation of software;

FIG. 2 shows a diagrammatic representation of processor interconnections;

FIG. 3 shows a diagrammatic representation of the effect of the invention;

FIG. 4 diagrammatically shows the organization of computer processors;

FIG. 5 illustrates interconnected systems according to the teachings of the invention;

FIG. 6 shows a generalized flow chart; and

FIG. 7 shows a further generalized flow chart.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

A preferred embodiment of the present invention will be described with reference to the networking system commercially sold by Network Systems Corporation, although the principles of operation are equally applicable to other types and forms of interconnected multicomputer processors, connected together as a network. Network Systems Corporation, offers hardware connectivity known as "HYPERchannel," with interactive software known as "NETEX." The term "HYPERchannel" and the term "NETEX" is a trademark of Network Systems Corporation.

The NETEX software follows the International Standard Organization (ISO) family of network protocols, and operates on a principle somewhat analogous to ordinary telephone communications. That is, the code names, "phone numbers," of all computer processors in the network which are available for transmitting data files are "published" to all other computer processors in the network. In the event any computer processor in the network desires to obtain or send data files to other computer processors in the network it "dials" the published code word or "number." Once this connection is made and confirmed, the data file transfer may take place. In the NETEX software context, the analogy to "publishing" a phone number is accomplished by a particular computer processor executing an instruction called SOFFR, which in effect notifies all other computer processors in the network that it is available for interconnection and data file transfer. The telephone analogy to "dialing" the published number is accomplished by an instruction called SCONN, which is executed by a computer processor desiring to connect to another processor in the network, and the confirmation that the connection has been made is through an instruction signal called SCONF. The present invention is designed to conform with this general ISO interconnection procedure, and to be transparent to derivative protocol families, such as TCP-IP.

The present invention utilizes a pair of complementary software utilities to employ the delivery services of "HYPERchanneel" and "NETEX" for acquiring and returning data files. To implement the process, the computer processors, and the applications programs residing therein, in the networking system are conceptually organized into a series of "HUBS" and interconnected "RIMS." Each computer processor which is designated as a "HUB" is operable as a host processor for the data files which it stores and controls, and each computer processor which is designated as a "RIM" is operable as an application program processor having the capability of obtaining access to data files stored in a "HUB." A "HUB" may be thought of as the library of all data file information, and each "RIM" may be thought of as a requester having the capability of checking out data files from the "HUB," One "HUB" may service requests concurrently from any number of peripheral "RIMS."

In any actual networked system, which may comprise a number of computer processors interlinked with appropriate networking hardware and software, the concept of "HUBS" and "RIMS" may be applied in various capacities and mixes. For example, any single computer processor in a networked system may be designated a "HUB" for the data files which it stores and controls, but may also be designated a "RIM" in order to have access to other data files stored and controlled within other computer processors in the network. A network may comprise a number of "HUBS" and "RIMS," depending upon the location of data files and the desired accessibility to such data files.

### Comparison with Prior Art

In accordance with an understanding of the present invention, it is helpful to view any computer processor as comprising three tiers of software, as illustrated in FIG. 1. A mainframe computer may have stored therein a number of utility programs, such as "PRINT COPY" programs, "DATA ENTRY" programs, "SYSTEM CONSOLE" programs, "FILE SYSTEM" programs, and various transaction and language processors and mathematical libraries. These utility programs essentially function to access the computer hardware resources for accomplishing specific internal operations on command from various applications programs. Applications programs are typically those programs which do "useful work" at the behest of an operator. The interaction between the application programs and the utility programs are controlled by operating system routines, which manage the interaction in the computer processor between the application programs and the utility programs, in a usable fashion. The representation of all of these software programs in FIG. 1 diagrammatically shows the utility programs as a "utility cushion" essentially surrounding all of the hardware devices,

applications programs which are typically brought into the mainframe computer to accomplish "useful" work by way of business of other applications, and an operating system to enable interaction between the application or consumer programs and the utilities programs.

In an networked system, two or more mainframe computer processors are interconnected to permit sharing of data files. The various computer processors are linked together by bi-directional hardware transmission paths as shown by the arrows in FIG. 2, to enable the data from one computer processor to be copied into the data storage area of another computer processor. Each of the processors has its own hierarchy of operating software, utilities and applications programs. If an applications program in one computer processor needs to utilize data files residing in another computer processor, operator intervention is usually required to activate the transfer. The operator typically initiates commands to actuate special utility programs in the first computer processor to transfer data files over the interconnecting link, usually at high transmission rates. The second computer processor, similarly under operator control, utilizes its utility cushion to set up and complete this high-speed data transfer. Each computer processor operates independently, being interlinked to another computer processor only for the purpose of interacting to transfer data from one place to another, as is diagrammatically shown in FIG. 2. The mainframe computer processors are respectively labeled "Vendor ABC," and "Vendor XYZ," to signify that mainframe computer processors in a networking situation need not necessarily be computers manufactured by the same manufacturer. In a typical operational environment, data files may be created within the mainframe designated "Vendor ABC," and these data files may be copied to the mainframe "Vendor XYZ," by using a hand-carrying method, such as transporting a magnetic tape reel from one mainframe to the other. Such copying may also be accomplished by telecommunication methods, or by a local area network such as "HYPERchannel," but in either case the system console operator and the respective operating software in both mainframes are involved to coordinate and complete the copy transfer.

FIG. 3 diagrammatically illustrates the effect of implementing a networking system with the present invention; the respective computer processors still utilize their own internal operating software and utility cushion, and independently execute their application programs, but the present invention enables the applications programs of all interlinked computer processors to permit a sharing of data and software amongst the interlinked computer processors. The utility cushion and operating programs of all interlinked computers become transparent to one another, and an application program in one computer processor may access data files of another computer processor without having direct knowledge of the operational details of the domicile of the needed data files. Furthermore, the respective computer processors may be of different manufacture and the programmed according to different rules, and the various computer processors need have no direct awareness of these differences. A computer processor having need for a particular data file (i.e., a RIM) need only identify the data file it seeks and its own identity, and another computer processor (i.e., the HUB) will arrange for the retrieval of the data file and



for transmission of the data file to the requesting computer processor RIM.

The organization of computer processors according to the teaching of the present invention is diagrammatically illustrated in FIG. 4. In this diagram each of the RIMS and HUBS is located in an independently operated computer processor, interconnected as a networked system according to networking principles which are well known. In each of the RIM processors an application program may be executed, and the HUB computer processor may store data files which are periodically requested by one or more RIM systems.

As a first step in implementing the present invention, it is necessary to devise a unique application job-control instruction to call into execution the special utility programs which implement the method of the present invention. Since the computer processors manufactured by different vendors utilize different job-control instructions for their operation, there must be a unique new job-control instruction devised for each of the vendor systems. For example, the following table illustrates one job-control instruction, i.e., the file assignment instruction, for each of three different computer processors, together with the respective unique new file assignment instruction which has been devised for use with the invention. In each case, a file assignment instruction includes a "command" portion which designates that the operation is a file assignment, and an "operand" portion which designates which files is to be assigned. In the table below, the "operand" portion has been identified as "FILEONE."

| Computer Processor Type | Vendor Instruction | New Instruction |
|---|---|---|
| UNISYS 0S1100 | @ASG FILEONE | @NETASG FILEONE |
| VAX VMS | DEFINE FILEONE | NETDEFINE FILEONE |
| IBM MVS | //FILEONE DD | //FILEONE NET DD |

In each of the foregoing example, the uniquely defined instruction is unrecognizable to the operating system software residing within the computer processor, but is recognizable to the special utilities program to be hereinafter described. In each case, execution of the uniquely-defined applications program instruction will be accomplished by the special utilities software, in conjunction with the normal computer processor operating system and utilities cushion; however, the applications program (and the applications programmer) will have no special understanding as to how the execution is accomplished. In writing such a special file assignment instruction, the applications programmer need only know that he is ordering a file assignment for a data file which is located somewhere within one of the plurality of computer processors connected on the network, without having any particular knowledge as to where the data file identified as "FILEONE" may be actually located.

Other examples of job-control instructions which may be uniquely devised for use in conjunction with the present invention are NETPRINT, NETFORTRAN, and NETSUBMIT. The special job-control instruction NETPRINT may be used to create a network printing command, to control the operation of a printer which may be physically located on a computer processor different from the computer processor which executes the application program calling for the print job. The

special instruction NETFORTRAN may similarly be utilized by an applications program in one processor, to call a compiler which is domiciled in another processor in the network. The special instruction NETSUBMIT may be utilized as an applications program instruction in one processor to control the placement of a job, and its eventual execution, onto any computer processor which forms a part of the network. Other and further examples may be found, wherein the inventive techniques described herein may be applied to expand the capabilities of a computer network, to enable an applications program to automatically control operations throughout the network.

FIG. 5 illustrates diagrammatically another important aspect of the present method. Each of the RIM application programs is designated by a unique name, and the HUB program maintains a file of all of the names of the RIM programs with which it is required and permitted to transfer data files. When any of the interconnected RIM programs seeks the transfer of a data file it first signals the HUB program with its unique name, and the HUB program makes reference to a "GENTRY" file wherein it has listed all authorized names of RIM programs to which it will provide a data file access.

A further aspect of the present invention which is diagrammatically illustrated in FIG. 5 is that each of the RIM programs maintains a "REPERTORY" file of the names of the data files to which it might seek access. For example, the RIM program identified as "SIERRA" maintains a repertory of three data file identifications: "FILEONE," "FILETWO," and "FILETHREE." This repertory of data files represents the entire list of data files to which the RIM program "SIERRA" may need to access, and further represents a restricted list of only those data files to which the RIM program "SIERRA" will be permitted to access. Likewise, the RIM program designated "MARLIN" has a repertory of only a single data file "FILEGREEN," which represents the only data file to which this RIM program may access. The RIM program having the name "COMET" also has a repertory of only a single data file "FILERED," which represents its data file accessing requirements. By contrast, the HUB program maintains a complete repertory of all data files which it stores and controls, which necessarily includes the names of all data files which might be accessible by any of the RIM programs connected to the HUB program.

As described above, the HUB program maintains a "GENTRY" listing of all of the authorized RIM programs to which it may be connected. When the HUB program receives a data file request from one of its connected RIM programs, the HUB program first receives the identifying name of the requesting RIM program, and examines its "GENTRY" list to determine whether the requesting RIM program is authorized to receive the data file transfer. If the HUB program determines that the requesting RIm program is authorized to receive the data file transfer, it then checks to see whether the particular data file being requested is one which may be transmitted to the requesting RIM program. If the HUB program determines that both the name of the RIM program is authorized, and the name of the requested file is authorized, it will then permit the connection for purposes of transmitting the requested data file to the requesting RIM program.

In the example shown in FIG. 5, the RIM program identified as "SIERRA" intercepts a unique file assignment instruction requesting the transfer of one of the repertory of data files "FILEONE," "FILETWO," or "FILETHREE." This RIM program then identifies itself to the HUB program as "SIERRA," and further indicates that it desires the transfer of one of the three data files which are identified in its repertory, the HUB program then checks the "GENTRY" list to determine that "SIERRA" is an authorized RIM program, and then checks the "REPERTORY" list to determine that the requested data file is authorized to be transferred, and finally, completes the transfer of the data file.

In operation on a UNISYS OS1100 mainframe, the method is practiced by the application programmer substituting a "@NETASG" file name for the usual "@ASG" file name. In making this substitution, the application programmer knowingly expands the available repositories for the desired data files to all HUB programs which are interconnected as a part of the networking system. The application programmer, writing an applications RIM program, need not known in which HUB program the desired data file is located, but merely knows that the desired data file is located at least one HUB program which is a part of the network. When this special instruction is executed by the RIM program for which the applications instruction was written, the special utility residing in that processor will intercept the instruction and automatically complete the necessary identification and authorization steps to permit the requested data file to become transferred to the requesting RIM program.

Similarly, when an applications programmer is writing a program for execution on the VAS VMS mainframe computer processor, the programmer substitutes the command "NETDEFINE" file name for the usual "DEFINE" file name instruction, and the special utility program residing in this processor will intercept the command and automatically make the necessary data file transfer, if identification and authorization rules permit the transfer to be made. Likewise, the applications programmer writing software for the IBM MVS mainframe computer makes a similar substitution, utilizing the special instruction adapted for the IBM system.

In the mainframe processor hosting a HUB program, it is necessary to incorporate the "GENTRY" list of information to identify to the HUB program which RIM programs may be connected to it and are authorized to receive data files from the HUB program. Likewise, the HUB program is prestored with a list of "REPERTORY" data file information to indicate which data files are authorized for transfer to RIM programs. Once this identifying information is entered into the HUB program, the processor hosting the HUB program may be programmed with application programs independent of its role as a HUB program host, in conjunction with the interconnected RIM programs.

FIG. 6 shows a generalized flow chart, illustrating the intercept routine for identifying when a special job-control instruction is executed by any RIM program. This intercept routine is activated whenever the computer processor operating system encounters a job-control instruction, such as the one illustrated in FIG. 6. The job-control instruction is examined to determine whether it is a special job-control instruction which has been created to obtain job-control access to the network. If the job-control instruction is determined to be one of the special job-control instructions, the "operand" portion is then examined to determine whether the data file is found in the "REPERTORY" associated

with the applications program. If the data file is properly identified the file name is passed onto the special utility program, designated the "RIM PROGRAM." If any of the test conditions recited above are found not to exist, control is returned to the operating system, or to an error-producing flag, to end the interception routine.

FIG. 7 shows a generalized flow chart of the special utility programs which are operable in the "RIM" and the "HUB" processors, and in conjunction with the applications programs which may have executed one of the special job-control instructions. As a preliminary step, the HUB processor has extended SOFFERs to the community of RIM processors and applications program to which it is interconnected, following the usual convention of NETEX software. The RIM program is given control after the interception routine, previously described, has determined that a special job-control instruction needs processing with a valid data file request. The example of FIG. 7 corresponds to the example shown in FIG. 5, illustrating the several steps which are accomplished as a result of the interconnection scheme illustrated in FIG. 5.

Once the RIM program has been actuated, the RIM program issues a SCONN command, again following the NETEX software format, which is passed to the interconnected HUB processor, and also it identifies itself by a predetermined name, i.e. "SIERRA." The HUB processor receives the SCONN signal and the name of the requesting software (SIERRA), and confirms from its "GENTRY" file that the requesting software is authorized to receive the data files being requested. The HUB processor then executes the SCONF instruction, which confirms the connection between the processors. The SCONF signal is received by the RIM application program, and, in response thereto, it transmits the file name (FILEONE) to the HUB processor. The HUB processor reads the file name and examines its "REPERTORY" file to determine that the file name is authorized for transfer. Thereafter, the HUB processor either retrieves the designated file for transmission to the requesting application programs, or activates an appropriate internal utility program for implementing this transfer.

The present invention may be embodied in other specific forms without departing from the spirit or essential attributes thereof, and it is therefore desired that the present embodiment be considered in all respects as illustrative and not restrictive, reference being made to the appended claims rather than to the foregoing description to indicate the scope of the invention.

What is claimed is:

1. A method of transferring data files between computer processors linked together in a computer network, under application program control, comprising the steps of

(a) designating one or more computer processors having data files stored therein as HUB processors;

(b) designating one or more computer processors as RIM processors, each of said RIM processors having need for potential access to said data files;



(c) assigning a unique identity to each of said RIM processors and said data files potentially accessible by said RIM processors;

(d) tabulating the unique identities of all of said RIM processors and tabulating the unique identities of said data files in said HUB processor;

(e) devising a plurality of special application program instructions for execution by any of said RIM processors, each of said special application program instructions having a portion containing a unique data file identity;

(f) providing, in each of said RIM processors, means for decoding said plurality of special application program instructions, and for signaling said HUB processor with the identity of the RIM processor and the unique data file identity; and

(g) providing, in said HUB processor, means for transferring data files to the RIM processor identified as a result of step (f).

2. A method of organizing a plurality of computer processors linked together in a computer network for associative data file transfers therebetween, wherein one or more computer processors, designated as one or more hub processors, contain uniquely identified data a files which may be accessed, and one or more computer processors, designated as rim processors, contain applications programs which may require access to said uniquely identified data files; and wherein each of said computer processors is operable under control of its own unique instruction set, including instructions for implementing data file transfers between computer processors, comprising the steps of

(a) assigning a unique identity to each of said rim processors and tabulating within a repertory file in each said rim processor the respective unique identities of the data files to which it may require access;

(b) tabulating within a repertory file in each said hub processor the unique identities of all of said data files which are contained within said hub processor, and tabulating within a gentry file in each said hub processor the respective unique identities of all of said rim processors which may be permitted to access respective data files in said hub processor;

(c) assigning a unique universal identifier to selected ones of said instructions in each computer processor's respective unique instruction sets, said universal identifiers each designating the need for a data file transfer between a hub processor and rim processor, and selectively incorporating said universal identifiers into application program instructions executed by said rim processors;

whereby the execution by a rim processor of an instruction having one of said unique universal identifiers will cause said rim processor to transmit to said hub processors the rim processor's unique identity and a requested data file unique identity, and each of said hub processors will examine its gentry file and its repertory file to determine whether the executing rim processor is permitted to access the requested data file, and said hub processor will transfer the requested data file to the executing rim processor if it determines the transfer is permitted.

* * * * *

# EXHIBIT 5

US005213555A

# United States Patent [19]

Hood et al.

[11] Patent Number: 5,213,555

[45] Date of Patent: May 25, 1993

[54] **EXERCISE EQUIPMENT INFORMATION, COMMUNICATION AND DISPLAY SYSTEM**

[76] Inventors: **Robert L. Hood**, 32380 Pine St., Grayslake, Ill. 60030; **William H. Englehardt**, 465 W. Dominican, Woodale, Ill. 60191; **Russell W. Krch**, 8231 W. 79th St., Apt. 2E, Justice, Ill. 60458

[21] Appl. No.: **485,700**

[22] Filed: **Feb. 27, 1990**

[51] **Int. Cl.**[5] ........ **A63B 21/00**

[52] **U.S. Cl.** ........ **482/57**; 482/902

[58] **Field of Search** ........ 272/69, 72, 73, DIG. 5; 273/16, 16 C, 16 E, 1 E, 138 A, 434–436; 364/264, 410, 411; 434/350, 84; 128/670, 689; 482/57, 52, 54, 72, 902

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1,525,278 | 2/1925 | Doglione | 272/73 |
| 3,729,193 | 4/1973 | Labis | 273/138 A |
| 4,278,095 | 7/1981 | Lapeyre | 128/689 |
| 4,408,613 | 10/1983 | Reylea | 128/670 |
| 4,542,897 | 9/1985 | Melton et al. | |
| 4,674,741 | 6/1987 | Pasierb, Jr. et al. | 272/129 X |
| 4,735,410 | 4/1988 | Nobuta | |
| 4,817,940 | 4/1989 | Shaw et al. | |
| 4,828,257 | 5/1989 | Dyer et al. | |
| 4,831,242 | 5/1989 | Englehardt et al. | |
| 4,842,266 | 6/1989 | Sweeney, Sr. et al. | |
| 4,919,416 | 4/1990 | DeCloux | 272/69 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8705727 | 9/1987 | European Pat. Off. | |
| 0255142 | 3/1988 | European Pat. Off. | |
| 3706250 | 7/1988 | Fed. Rep. of Germany | |
| 3629808 | 10/1988 | Fed. Rep. of Germany | |
| 8500141 | 1/1987 | PCT Int'l Appl. | |
| 8806776 | 9/1988 | PCT Int'l Appl. | 272/129 |

*Primary Examiner*—Richard J. Apley
*Assistant Examiner*—Glenn Richman
*Attorney, Agent, or Firm*—Jenner & Block

[57] **ABSTRACT**

An information, communication and control system for use in a health club which accumulates data from various types of exercise equipment and permits a number of exercise machines to be raced against one another. The exercise machines are equipped with keyboards from which users can enter data including their handicap (ability level) and the desired length of race. A central controller includes memory for storing data accumulated from the exercise machines and programs. The controller, responsive to the programs and input data, conducts a race between two or more exercise machines and displays the progress of the race on a video monitor. The controller can also be used to set up exercise programs for users on the various machines based on user performance data accumulated from the machines over time.

**24 Claims, 21 Drawing Sheets**



Fig. 1



EXERCISE MACHINE 1
EXERCISE MACHINE 2
EXERCISE MACHINE 3
EXERCISE MACHINE 4
EXERCISE MACHINE 5
CABINET
31
32
33
34
35
36
30
MONITOR
COMPUTER
CABINET
40
38


Fig. 2



DISPLAY
KEY-PAD
MICROCONTROLLER
SERIAL COMM CONTROLLER
MICROCONTROLLER
MICROCONTROLLER
A
BIKE 1
BIKE 2
BIKE 3
44
46
42
54
48
36
31
50
52


56
58
BIKE
GEAR
HCAP
RPM
MILES
1 1 1 80 01.0
2 1 2 97 03.2
3 1 1 88 02.4
4 1 3 92 10.3
5 1 2 83 04.0
10:00
1
2
3
4
5

Fig. 3


56
58
BIKE
GEAR
HCAP
RPM
MILES
1 1 1 80 01.0
2 1 2 97 03.2
3 1 1 88 02.4
4 1 3 92 10.3
5 1 2 83 04.0
10:00

Fig. 4


BIKE
GEAR
HCAP
RPM
MILES
START
GO
56
58
64
00:00

Fig. 5


68
BIKE
GEAR
HCAP
PLACE
FINISH
56
58
66
15:31

Fig. 6

Fig. 7A


START LIFERACER MAIN PROCESSING LOOP
INITIALIZE VARIABLES AND BIKE STRUCTURES
INITIALIZE LIFERACES NETWORK INTERRUPT SERVICE ROUTINE
MODE IDLE ?
YES
UPDATE INSTRUCTIONAL DISPLAY
NO
GET NETWORK MAIL
MAIL AVAILABLE ?
NO
YES
FOR ALL BIKES
SELECT BIKE N
DO
BIKE N STATUS CHANGED ?
NO
YES
MANAGE STATUS OF BIKE N
NEXT
DONE
MODE = RACING ?
NO
YES
ARE WE DISPLAYING THE OVERVIEW SCREEN ?
NO
YES
UPDATE SIDEVIEW GRAPHICS
MODE = PRE RACE ?
NO
YES


UPDATE OVERHEAD GRAPHICS
UPDATE PRE RACE GRAPHICS
IS THERE A BIKE WITH PRE RACE STATUS ?
NO
YES
SET PRE RACE MODE AND START PRE RACE CLOCK
FOR ALL BIKES
SELECT BIKE N
DONE
DO
PRE RACE TIME EXPIRED ?
NO
YES
SET MODE TO RACING
ACCESS GRADE TABLE USING DISTANCE AS INDEX AND XMIT TO BIKE
DID BIKE N FINISH RACE ?
NO
YES
DID BIKE N WIN RACE ?
YES
NO
ARE THERE ANY BIKERS STILL RACING ?
NO
YES
DISPLAY COURSE OVERVIEW WITH RACE SUMMARY
SET MODE IDLE
NEXT
REPORT BIKE N RANK IN RACE
DISPLAY WINNER SCREEN FOR BIKE N

Fig. 7B


DOS SYSTEM TICK
LIFERACER NETWORK INTERRUPT SERVICE ROUTINE
SLOT = 0 ?
YES
NO
RACE TIME
RACE MESSAGE TYPE:
-START_RACE
-STOP_RACE
-SYNC_POLL
CONSTRUCT BROADCAST POLL FRAME
SLOT = 1 ?
YES
NO
INCREMENT MUTEX COUNTER
ARE THERE ANY BIKE LOGIN MESSAGES PENDING ?
NO
YES
POST WRITE BUFFER TO APPLETALK DRIVER. THIS TRANSMITS THE BROADCAST POLL TO ALL BIKES.
INSTALL BIKE NETWORK ADDRESS IN POLL TABLE ACCORDING TO LOGICAL BIKE ID
IF SLOT = 1 THRU 5 ?
YES
NO
IS BIKE IN THIS SLOT LOGGED IN ?
NO
YES
POLL BIKE
SLOT = 7 ?
YES
NO
INCREMENT MUTEX COUNTER

Fig. 8A


DID BIKE POLLED IN PREVIOUS SLOT RESPOND ?
NO
YES
INCREMENT ERROR COUNT FOR BIKE POLLED IN PREVIOUS SLOT
REPOST READ BUFFER WITH COMPLETION ROUTINE FOR BIKE RESPONSE
IS ERROR COUNT FOR THIS BIKE >=3 ?
NO
YES
INCREMENT SLOT COUNTER USING MODULO 8 ARITHMETIC
REMOVE BIKE'S NETWORK ADDRESS FROM POLL TABLE
INCREMENT SLOT COUNTER USING MODULO 8 ARITHMETIC
CONSTRUCT POLL FRAME
MESSAGE TYPE:
-FINISH_MSG
-INIT_RACE_MSG
-KEY_RETURN_MSG
-REJECT_MSG
_HNCP_INQ_MSG
-DIST_INQ_MSG
POST WRITE BUFFER WITH WRITE COMPLETION ROUTINE TO APPLETALK DRIVER. THIS POLLS THE BIKE WITH THE NETWORK ADDRESS IN POLL TABLE ASSOCIATED WITH THE CURRENT SLOT.
RETURN FROM INTERRUP

Fig. 8B

Fig. 9A


MANAGE STATUS OF BIKE N
MODE = RACING OR NOT FIRST BIKE ?
YES
NO
BIKE STATUS = LOGIN ?
YES
NO
BIKE STATUS = LOGIN ?
YES
NO
INQUIRE RACE DISTANCE
SET BIKE N STATUS = DISTANCE SELECTION
SET FIRST BIKE = FALSE
BIKE STATUS = DISTANCE SELECTION ?
YES
NO
RACE DISTANCE SELECTED ?
NO
YES
SET RACE DISTANCE
BIKE STATUS = HANDICAP SELECTION ?
YES
NO
BIKE HANDICAP SELECTED ?
NO
YES
BIKE STATUS = PRE RACE ?
YES
NO


INQUIRE BIKE HANDICAP
SET BIKE STATUS = HANDICAP SELECTION
SET BIKE HANDICAP
SET BIKE STATUS = PRE RACE
MODE = RACING ?
NO
YES
SET STATUS = RACING
STATUS = RACING ?
YES
NO
BIKE STATUS = IDLE ?
YES
NO
RESET BIKE STATUS TO IDLE
CONTINUE

Fig. 9B


GET NETWORK MAIL
IS MUTEX COUNTER EVEN ?
NO
YES
DISABLE SYSTEM INTERRUPTS
IS MUTEX COUNTER ODD? (MISSED IT)
YES
NO
TRANSFER NETWORK BUFFERS TO RACE BUFFERS
CLEAR NETWORK BUFFERS
FOR ALL BIKES
SELECT BIKE N
DONE
ENABLE INTERRUPTS
DO
COMPUTER DISTANCE: D=(ALT TICKS * GEAR CONSTANT)/SAMPLES D=SUM(D)
COMPUT VELOCITY: V=D/TIME (440MS.)
NEXT
CONTINUE

Fig. 10


UPDATE OVERVIEW GRAPHICS
FOR ALL BIKES
SELECT BIKE N
DONE
CONTINUE
DO
DISPLAY BIKE GEAR, MPH, DISTANCE, (PLACE)
DETERMINE BIKE MARKER DISPLAY (X,Y) POSITION USING DISTANCE AS INDEX INTO COURSE TABLE
DISPLAY BIKE MARKER WITH # AND COLOR FOR BIKE N
NEXT

Fig. 11


SET ANIMATION PARAMETERS
SET ANIMATION SPEED BASED ON BIKE RPM
NOTE 4
SET THE NUMBER OF ANIMATIONS EXPECTED IN THE POLL CYCLE PERIOD
CALCULATE ABSOLUTE X POSITION BASED ON TOTAL RACE DISTANCE
NOTE 1
CALCULATE BIKE RELATIVE NEXT X COORDINATE BASED ON WINDOW OFFSET FROM STARTING LINE AND ABSOLUTE X POSITION
NOTE 2
CALCULATE BIKE'S REL. DX AS CURRENT REL. DX MINUS NEXT REL. DX
CONTINUE

Fig. 12


UPDATE SIDEVIEW GRAPHICS
DATA AVAILABLE FROM BIKES ?
NO
YES
DETERMINE LEAD BIKE
FOR EACH BIKE
SELECT N
DO
ANIMATE AND MOVE BIKE N
DONE
FOR EACH BIKE
SELECT N
DONE
DO
SET ANIMATION PARAMETERS
CONTINUE
NEXT
SET DISPLAY WINDOW REFERENCE

Fig. 13A


GET LEAD BIKE'S RELATIVE NEXT X POSITION
IS NEXT X > RIGHT SIDE LIMIT ?
NO
YES
CALCULATE WINDOW'S DX AS NEXT X– RIGHT SIDE LIMIT
NOTE 6
ADD WINDOW DX TO WINDOW X
NOTE 5
FOR EACH BIKE
SELECT N
DONE
CONTINUE
DO
SUBTRACT WINDOW DX FROM BIKE'S RELATIVE DX AND BIKE'S RELATIVE X
RECALCULATE BIKE N RELATIVE DX BASED ON THE BIKE'S CHANGE IN X / #EXPECTED ANIMATIONS
NEXT

Fig. 13B


ANIMATE AND MOVE BIKE N
FOR EACH BIKE
SELECT N
DONE
CONTINUE
DO
IS BIKE'S N'S RELATIVE X + DX PAST IT'S RELATIVE NEXT X ?
NO
YES
SET BIKE N'S RELATIVE X AT BIKE N'S NEXT X
SET REAL DX EQUAL TO BIKE N'S RELATIVE DX
CALCULATE REAL DX TRAVELED FOR THIS TURN
SET BIKE N'S RELATIVE X TO OLD X + DX
STOP BIKE N'S RELATIVE DX
UPDATE ABSOLUTE COORDINATES. BIKE N'S ABSOLUTE X += REAL DX
IS BIKE N'S WINDOW DX > 0 ?
NO
YES

Fig. 14A


IS REAL DX WINDOW DX > 0 ?
NO
YES
SUBTRACT REAL DX FROM WINDOW DX
MOVE BIKE N'S X AND NEXT X FORWARD BY DIFFERENCE
CLEAR BIKE N'S WINDOW DX
NEXT
IF BIKE N'S DX = 0 AND DISPLAY WINDOW DX !=?
NO
YES
OFFSET BIKE N'S DX BY WINDOW DX
DECREASE NEXT X BY REAL DX
DECREASE DISPLAY WINDOW DX BY REAL DX
IS DX >0 AND BIKE N'S RELATIVE DX =0 ?
NO
YES
MOVE BIKE N BACKWARD BY EXTRA AMOUNT THE WINDOW MOVED FORWARD
NOTE 7
NEXT

Fig. 14B


APPLETALK READ COMPLETION
READ COMPLETION SUBROUTINE
CHECK NETWORK STATUS
NETWORK ERROR ?
YES
LOG ERROR EVENT TO RAM BUFFER
NO
READ FRAME MESSAGE TYPE
MESSAGE TYPE = LOGIN ?
YES
SAVE NETWORK ID IN POLL TABLE. THIS STARTS POLLING ON THIS BIKE.
NO
MESSAGE TYPE = KEYPAD DATA ?
YES
QUEUE KEYS PRESSED FOR THIS BIKE
NO
READ LOGICAL BIKE ID (BID) FROM MESSAGE
NUMBER OF SAMPLES
NUMBER OF ALTERNATOR TICKS
ACCUMULATE BIKE DATA FOR BIKE WITH BID
SET MESSAGE STATUS FOR BIKE WITH BID
RETURN FROM SUBROUTINE

Fig. 15


APPLETALK WRITE COMPLETION
WRITE COMPLETION SUBROUTINE
CHECK NETWORK STATUS
NETWORK ERROR ?
YES
LOG ERROR EVENT TO RAM BUFFER
NO
UPDATE RACE CONTROL STATUS
RETURN FROM SUBROUTINE

Fig. 16

Fig. 17


70
80
46
86
84
TIME
LEVEL
PROGRAMS
RANDOM
HILL
MANUAL
1
2
3
4
5
6
7
8
9
ENTER
0
PAUSE RESET
FIT TEST
START
ELAPSED TIME
78
EXERCISE PROFILE
HILL SIZE
72
PRESENT TERRAIN
UPCOMING TERRAIN
HILL PROFILE
(FOR 6 MIN OR MORE)
WARM-UP
PLATEAU
INTERVAL TRAINING
COOL DOWN
CAL/HR
MILES
TOTAL CAL
76
PEDAL RPM
74
100 RPM
80 RPM
BIKE
2
TO ENTER RACE ANYTIME:
1. PEDAL FAST
2. PRESS START
3. PRESS KEY
4. SELECT HANDICAP: PRESS 1 TO 4
TO CHANGE YOUR GEAR ANYTIME - PRESS 1 THRU 12 (HIGHEST GEAR)
IF NOT RACING:
1. PEDAL FAST
2. PRESS START
3. SELECT PROGRAM: HILL, RANDOM, MANUAL
4. FOR HILL PROGRAM SELECT TIME
5. SELECT LEVEL: 1 TO 12 (HIGHEST)


POLL CYCLE N+I
SLOT 7
CHECK RESPONSE EM 4
SLOT 6
POLL EM 4
CHECK RESPONSE EM 3
SLOT 5
POLL EM 3
CHECK RESPONSE EM 2
SLOT 4
POLL EM 2
CHECK RESPONSE EM I
SLOT 3
POLL EM I
CHECK RESPONSE EM 0
SLOT 2
POLL EXERCISE MACHINE 0
SLOT I
92
SEND BROADCAST POLL
SLOT 0
POLL CYCLE N
(8 x 55ms = 440ms)
90
DOS 55ms SYSTEM TICK
POLL CYCLE N-I

Fig. 18



SLAVE CONTROLLER
120
100
HEALTHCLUB CONTROLLER
112
CARD READER
114
PRINTER
116
104
106
108
RAM
ROM
MSD
MONITOR
KEYBOARD
110
102
COMPUTER
RACE CONTROLLER
146
STEPCLIMBER N
132
STEPCLIMBER I
130
WEIGHT SCALE
142
WEIGHT MACHINE 2
140
WEIGHT MACHINE I
138
TREADMILL N
128
TREADMILL I
126
RACE CONTROLLER
148
SLAVE CONTROLLER
118
RACE CONTROLLER
144
EXERCISE BICYCLE N
124
EXERCISE BICYCLE I
122
ROWING MACHINE N
136
ROWING MACHINE I
134
RACE CONTROLLER
150


Fig. 19

# EXERCISE EQUIPMENT INFORMATION, COMMUNICATION AND DISPLAY SYSTEM

## TECHNICAL FIELD

The present invention relates to exercise equipment control systems for health clubs and more particularly to a system which permits a number of exercise machines to be raced against one another and which accumulates data from various types of exercise equipment.

## BACKGROUND OF THE INVENTION

Health clubs have become popular as people have sought a pleasant environment in which to exercise and socialize. Most health clubs offer various machines for aerobic exercise, including stationary bicycles, rowing machines and treadmills, as well as weight lifting machines. While such machines may provide a vigorous workout when properly used, they offer limited incentive and encouragement to the user to exert a maximum effort. The aerobic exercise machines are used individually and the user can only compete against himself. Also, the machines do not record the past performance of the user. Many users become bored with such repetitive exercise, and may eventually stop using the equipment, especially without the incentive of data which would show increases in the user's level of fitness over time.

## SUMMARY OF THE INVENTION

It is therefore an object of the invention to provide a system that permits a number of participants using individual exercise machines to compete or race against one another over simulated courses, with the progress of the race displayed on a video monitor. Natural competitive instincts will encourage the racers to exert their best efforts, and the competitive nature of the race helps maintain interest and permits social interaction. The system is simple to operate so that races may be started without supervision or assistance by club personnel. A handicapping feature is provided so that individuals of differing fitness levels may enjoyably compete against one another. Any two or more of the exercise machines connected to the system may participate in the race, while the remaining machines may be used in their normal independent modes.

An additional object of the invention is to provide a system that includes a central controller or computer which generates graphic images for display on a video monitor. The graphics displayed on the monitor include an overview of a racecourse, a side view of the racers showing their relative positions, and a scoreboard area with speed, distance and other information for each racer. The central controller is interconnected to a group of exercise machines. Each exercise machine has a keyboard to input data to the central controller, such as desired length of race and the user's handicap. Each exercise machine also has a display for displaying information, including level of difficulty, elapsed time, and calories burned by the racer (the latter being calculated by the central controller).

Another object of the invention is to provide an integrated health club control system in which a health club controller is used to accumulate data including user and performance data from various types of exercise equipment including exercise bicycles, treadmills, stepclimbing machines, rowing machines and electronic weight machines. The health club controller can also be used to set up exercise programs for these types of equipment for individual club users and can be integrated with the race controller to provide information and data relating to individual user race performance over time.

In one embodiment of the invention, the exercise machines are computer controlled stationary bicycles. The keyboard on each bicycle permits the user to select a gear which determines speed and resistance. The racecourse consists of programmed hills and valleys based on a hill profile. Upcoming hills are shown on both the video monitor and the display on each bicycle. The grade of the hill, the selected gear, and the pedal velocity (RPMs) control the resistance felt by the user on the pedals of the bicycle.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram of an exercise race communication system, including five exercise machines and a system control cabinet;

FIG. **2** is a detailed block diagram of a portion of the exercise equipment information, communication and display system of FIG. **1**;

FIG. **3** is a view of the graphic display of an overhead profile of a race course, showing the actual position of the participants on the race course;

FIG. **4** is a view of a graphic display of a closeup side view of the race, showing the relative position of the participants to one another;

FIG. **5** is a view of the graphics for the start of a race;

FIG. **6** is a view of the graphics for the finish of a race;

FIGS. **7–16** are logic flowcharts illustrating the operation of the system of FIG. **2** ;

FIG. **17** is a plan view of a numeric and LED graphic display and input keypad utilized on the exercise machines of FIGS. **1** and **2**;

FIG. **18** is a timing diagram showing a polling cycle of the system of FIG. **2**; and

FIG. **19** is a block diagram of a health club control system for controlling various types of health club equipment including the race system of FIGS. **1–18**.

## DETAILED DESCRIPTION OF THE INVENTION

As shown in FIG. **1**, the preferred embodiment of the invention includes a system cabinet **30** and a group of five exercise machines **31–35**. The system cabinet **30** is connected to the exercise machines **31–35** by an interface cable **36**.

As shown in FIG. **2**, the system cabinet **30** houses a central controller or computer **38** and a video monitor **40**. The central controller **38** is coupled to the exercise machines **31–35** by a network interface comprising a serial communication controller **42** and the interface cable **36**. In this embodiment, the exercise machines **31–35** are stationary exercise bicycles, preferably the Lifecycle® Model 9500 aerobic trainer sold by Life Fitness, Inc. FIG. **2** is a block diagram of the control circuits of Bike **1**, which is typical of all the bikes. As shown in FIG. **2**, each bike has a display **44** and a keypad **46**, the details of which are shown in FIG. **17**. An alternator **48**, which is driven by the pedaling cyclist, produces electric power for the bicycle's electronics, controls the resistance felt by the racer on the pedals, and provides pedal velocity (RPM) data for calculating speed in miles per hour and distance travelled in miles. A pair of microprocessors **50** and **52** control data input

from the keypad **46** and output to the display **44**. Another microprocessor **54** and the serial communication controller **42** provide data and control communication with the central computer **38**. The microprocessor **52** also controls the alternator **48** which provides resistance to the user of the bike **31**. The central controller **38** is preferably an AT-class computer operating at a speed of at least 10 MHz. The computer **38** includes a memory, in this embodiment, both a random access memory (RAM) and a hard disc drive. The memory stores the program which generates graphics, controls the system and simulates a race.

FIG. **3** is a view of the monitor **40** screen which provides a graphic display of an overview of a race course. The position of each racer is indicated by a different color and a number, corresponding to those shown on the bikes **31–35**, and by a scoreboard **56** for each racer. The scoreboard portion **56** of the display shows each bike's number, gear, speed in miles per hour and distance travelled. It also shows the elapsed time **58** since the start of the race.

FIG. **4** is a view of the monitor **40** screen displaying a side view of the race, which indicates the relative position of the racers with animated bicycles **60**. It also includes the scoreboard information displayed on the scoreboard portion **56** of FIG. **3**. Under program control, the display preferably alternates between FIG. **3** for 15 seconds and FIG. **4** for 20 seconds. This allows the racers to keep track of both where they are physically on the racecourse and where they are with respect to their opponents. The logic for generating the graphics of FIGS. **3** and **4** is described in further detail in connection with FIGS. **7–16**.

FIG. **5** shows a screen generated on the monitor **40** at the start of a race, which features a crowd at the starting line and a starter **64** who fires a pistol to signal the start of the race.

FIG. **6** is a screen display generated at the finish of the race, and is displayed on the monitor **40** when the first racer reaches the finish line, i.e., completes the selected distance of the race. An image of a biker **66** breaking the finish line tape is displayed, with the winning bike's number shown on the biker's **66** jersey. The scoreboard now indicates the order of finish with place numbers **68**. After 10 seconds, the display returns to the views of FIGS. **3** and **4** until all racers have completed the course.

Each bicycle 31–35 has a control and display console **70** as shown in FIG. **17**. This console includes a keypad **46** for data entry, an LED matrix display **72** for showing terrain (hill profiles), and digital numeric displays **74–80** for data including pedal RPM **74**, calorie consumption and mileage **76**, elapsed time for the bike **78**, and input data **80**.

Each of the bikes has both a physical identification and logical identification associated with it. Each bike's console **70** indicates the physical ID **82** as a number from **1** to **5**. These same numbers appear on the monitor **40** screens as lane markers and position indicators and allow the rider to distinguish himself from the other bikes in the race. The logical ID is used by the computer **38** to identify message frames received over the communication network **36**. The logical ID's are selected by jumpers or switches (not shown) associated with the network microcontroller **54** on each bike. By using a table in the computer's **38** memory, the computer **38** can determine the relationship between the physical and logical IDs and thus can associate the data it receives with the correct bike. The main reason for using the two different ID's is that it is more convenient for the computer **38** to perform the race logic with bikes having a beginning number of zero, while most people prefer to think in terms of numbers starting from one.

The operation of the system of FIG. **1** can best be understood by first considering the manner in which a race is conducted. When no bikes are engaged in a race, the monitor **40** displays an informational screen (not shown) which invites passersby to start a race. If a person desires to initiate a competition, he selects any one of the bikes **31–35** and begins pedalling. A prompt on the monitor **40** will tell him to press the start key **84** and asterisk key **86** on the keypad **46** shown in FIG. **17** if he wishes to initiate a race. The monitor will then display instructions to the initiator to select the desired length of the race (2, 4, 6 or 8 miles) by entering the desired number via the keypad **46**. The monitor **40** will then ask him to enter his handicap (1=beginner, 2=intermediate, 3=advanced or 4=olympic) in the same manner. The handicap feature allows individuals of different fitness levels to compete against one another. The selected handicap number is used by the computer **38** to create a velocity multiplier ranging from 0 to 15%. The handicap provides a greater pedal resistance generated by the alternator **48** to the more advanced racer for the same pedal RPM, terrain and gear.

The monitor **40** then instructs anyone else desiring to enter the race on another bike to press the start key **84** followed by the asterisk key **86** and then to enter his handicap. The monitor **40** then displays a 3-minute countdown until the competition begins. During this time, participants can recruit additional participants by having them select an open bike and follow the login procedure using the start and asterisk keys. For convenient reference, the instructions for starting and entering a race are printed on the bike console **70**. The monitor **40** displays the side view (FIG. **4**) of the bikes queuing up for the race along with their selected handicaps. Each bike is assigned a lane number on the monitor **40** corresponding to the physical ID number **82** shown on each bike's console **70**. The monitor **40** will switch to an overhead view (FIG. **3**) at 20 seconds before the start, and then back to the side view at 10 seconds before start with the animated starter **62** (FIG. **5**). At this point, no new riders are permitted to enter the race.

The competition is one lap over the prescribed course shown in FIG. **3** in the traditional counter-clockwise direction. During the race, the monitor **40** will switch between the overhead view (FIG. **3**) and the side view (FIG. **4**). The overhead view (FIG. **3**) shows the position of all participants with a bike number. The side view (FIG. **4**), which is the primary screen, features animated bikes **60** where the displayed pedalling rate corresponds to the actual pedal RPM of the participants and shows motion relative to a background scene. The animated bikes **60** start at the left side of the screen and move to the right, with the lead bike eventually being at the far right of the screen. All bikes are shown in the side view regardless of how far the last bike in the race is behind the lead bike (even for those which would technically be off the screen from a true distance perspective).

A programmed hill profile is employed to simulate the race course terrain. The hill size depicted in the terrain of the overhead course view of FIG. **3** is also depicted on an LED matrix **72** on the bike console **70** of FIG. **17**. A rider is notified of an upcoming hill by a sign

62 in his lane on the monitor display of FIG. 4. The sign 62 moves closer to the bike 60 on the display, with the relative distance between bike 60 and sign 62 representing the distance to the hill. There are two distinct signs: Hill Approaching and Hill Peaked. These are represented by the direction of the slope shown on the sign 62. The grade of the hill, or level of difficulty, is displayed in the LED matrix 72 on the bike console 70. When a hill sign 62 appears on the monitor 40, a corresponding column of LED's is lighted and scrolls in on the LED matrix 72.

These visual representations of approaching hills serve to prompt racers to shift gears before a change in the hill profile. The racer selects a gear from 1 to 12 by pressing the appropriate keys on the keypad 46. It should be noted that this selection of values of 1 to 12 on the keypad 46 serves to define the basic exercise resistance level when the bike is being used apart from the race program. The speed of an individual bike depends upon 4 variables: pedal RPM, gear, hill profile, and handicap. The torque resistance of a bike depends on pedal velocity, gear selected and hill grade.

All the monitor screens of FIGS. 3–6 also display a table 56 with the following data: bike number, speed in miles per hour, distance travelled in miles, gear, handicap and elapsed time 58 since the race began. The bikes 31–35 also display on their consoles 70 of FIG. 17 the elapsed time 78 since they have entered into the race. If a bike began racing when the race started, these times are the same. If, however, the bike joined a race already in progress, the elapsed time 78 displayed on his bike console 70 is his personal elapsed time, which will be less than the race elapsed time 58 shown on the monitor 40.

When the first participant completes the selected distance, the race ends with a close-up front view of the lead bike breaking the tape at the finish line (FIG. 6). The number of the winning bike is shown on the graphic image of the winning biker 66, and the biker's jersey color matches the winner's color. The monitor 40 then switches back to the overhead view of FIG. 3 to show the ending position of each bike relative to the leader and the finish line. The place numbers 68 are displayed in the table area 56 of the screen.

As each bike crosses the finish line it is ranked in the order of finish. Once a bike finishes, and assuming others are still racing, that bike may log back into the race. The re-entering bike will start back at the starting line and is required to complete the full course to finish, at which point it will be assigned the next place number in sequence.

The technical details and logic for generating the graphics and controlling a race are illustrated in the logic flowcharts of FIGS. 7 through 15.

The computer 38, which handles the race logic, communicates with the bikes 31–35 by means of the communication network. Each bike 31–35 has its own microprocessor 54 to handle the network logic. In the preferred embodiment, the Appletalk network protocol is used to poll the bikes for updated data. The data which the race logic receives from each bike includes pedal velocity, gear, and handicap information. The computer 38 transmits to the bikes 31–35 data including load, hill, distance, calories/hour and total calories. A polling cycle, shown in FIG. 18, is established to collect data from the bikes 31–35. The cycle is divided into eight slots.

Management of the polling slots and data exchange between the network and race logic is handled by an interrupt service routine (ISR) illustrated in FIG. 8. As a matter of convenience, the ISR is activated by the disk operating system (DOS) system clock of the computer 38. In the preferred embodiment, this system clock generates a tick 90 18.2 times per second, or approximately every 55 milliseconds. Thus, each slot is 55 milliseconds long, and the poll cycle of 8 slots has a period of 440 milliseconds ($8\times55$ ms) as shown in FIG. 18.

Data accumulated by the ISR and data to be written on behalf of the background task (race logic) is latched at the interface between the ISR and the background task. This ensures that the ISR and the background task do not access data simultaneously, which would result in potential corruption of the data. The ISR also checks to see that outbound data transmissions are performed without errors, or, if errors are detected, the appropriate recovery procedures are used. If an error is unrecoverable, an appropriate error message is reported (logged to a file) and the bike associated with the error is dropped from the race. The ISR also ensures that all data coming in from the bikes 31–35 is accumulated and therefore not in need of processing before the next one comes in.

The polling cycle of FIG. 18 starts with the broadcast poll 92 which is received by all of the bikes 31–35 that have been activated with the login sequence (using the start and asterisk keys). The broadcast poll 92 occurs in the first slot (Slot 0) of the polling cycle. The broadcast poll 92 signals the bikes 31–35 to lock down their data for the subsequent poll of the data. This procedure ensures that data is captured and interpreted in a manner guaranteeing a fair race. During each of the next six slot times the next bike will be polled and the receipt of a response from the previous bike checked. This continues until all bikes have been polled and their responses received.

A polled bike is given a maximum of 55 milliseconds including polling time to respond. If the bike does not respond by the time it is checked (in the next slot after its poll) this is noted. After 2 consecutive missed polls, the bike is considered to have dropped out of the race and as such is no longer polled.

The extra slots not used for polling or receiving bike data provide a guaranteed processing time for the background processor (race logic) to access the bike data.

A bike may be in one of two distinct states, namely racing or not racing. If a bike is not racing, its corresponding slot lies fallow and is available for use by the background task. A bike may transition from not racing to racing status by performing the login sequence. Upon login, the bike powers up its network processor 54. The network processor 54 turns off its line drivers so as not to interfere with valid data transmissions. The network processor 54 then selects a random network address according to the specifications and protocols of the particular network used in the system, with the exception of the one address reserved for the host computer 38. The bike's network processor 54 then attempts to acquire the communication channel via the serial communication controller 42.

Once the network processor 54 acquires the communication channel, it attempts to verify that the network address it randomly selected is not already in use. This is done by sending a message frame over the network interface cable 16 with a destination address equal to its own. If an answer comes back the processor 54 recog-

nizes that another bike has that network address and it simply chooses another at random. This process is repeated until the processor **54** finds an address to which no other bike responds.

After the processor **54** initializes the network interface, it assembles a login frame and sends it to the computer **38**. This login frame consists of a logical bike identification (BID) and the bike's network address. Upon receipt of the login frame, the host computer **38** places the bike's network address into a poll table in memory, indexed by the BID. All bikes with entries in the polling table will be polled during the next polling cycle.

Access to the bike data is controlled by the MUTEX counter. As shown in FIG. **10**, when the MUTEX counter is **0** or odd, the background task (i.e., the program running on the host computer **38**) cannot access the network data structures of the bikes **31–35**. When the MUTEX counter is even, the system interrupts are disabled and data from the network buffers of the bikes **31–35** can be accessed and transferred to the race buffers of the computer **38** for use by the background task. The MUTEX counter is active (odd) from the time that the ISR starts polling the bikes and becomes inactive (even) at the end of the response from the last bike. As seen in FIG. **8**, the MUTEX counter, which is initialized to **0**, is incremented to odd in slot **1**, and incremented again to even in slot **7**. Referring to FIG. **18**, it will be seen that the MUTEX counter is active during those slots when bikes are being polled (**1–6**), and inactive during those slots when the background task may access bike data (slots **0** and **7**). Note that since the broadcast poll **92** in slot **0** does not affect bike data, MUTEX may be inactive at that time.

The bike motion and animation of FIG. **4** are under the control of the computer **38** using the logic illustrated in FIGS. **12–14**. Each bike has two sets of Cartesian coordinates, absolute and relative. Because motion is always in an x-direction, the y-coordinates are always zero. The absolute x-coordinate is the number of pixels on the screen display of FIG. **4** that the bike has moved from absolute zero, the starting line, and thus is strictly tied to the distance that the bike has travelled. By calculating the distance a bike has travelled in miles and applying a known number of pixels per mile, the computer **38** can translate exactly how many pixels the bike has travelled from the start.

The relative coordinates are based on the lead bike's absolute x coordinate. Because the lead bike cannot move further to the right once it reaches the right hand side of the lane, FIG. **3**, the logic utilizes a "window" that slides along at the same rate as the lead bike. Therefore, the lead bike, once it hits the right hand limit of the lane, stops moving "relatively" because the motion of the window exactly offsets that of the bike. Literally, the window's change in x is identical to the lead bike's change in x; they are moving at the same speed in the same direction. However, the lead bike continues to move "absolutely" with respect to the start. The window also moves absolutely at the same rate as the lead bike.

As the lead bike pushes against the window, the motion of the window is transferred to the other bikes in the race, which stops them from moving relatively as well. However, if a trailing bike is moving faster than the lead bike, the relative distance between the two bikes decreases. Conversely, for trailing bikes moving slower than the leader, the relative distance increases. In effect, if they are catching up to the leader, they will nudge closer and closer, but if they are losing ground they will drop back. In a literal sense, if a particular bike's dx for one polling period of **440** ms is larger than the leader's (i.e., the window's dx), then the bike will move closer by the difference in the bikes' dx's.

In order to minimize computer **38** processing time, it is desirable to move a bike **60** only each time it animates, thus using only one write cycle instead of two (i.e., one to move and one to animate). Also, the bike **60** must be moved frequently enough that its motion appears smooth. To avoid sudden jumps to a new position, the actual change in x is broken down into smaller steps that are taken once per animation. Based on the animation speed, the computer **38** calculates how many animation updates are needed in 440 ms, and then estimates an actual dx that the bike **60** moves each animation. The bike **60** travels its total change in x over its number of animations, and smoothly arrives where it should be.

For example, a rider pedaling at 80 RPMs will have 400 animations per minute (there are 5 patterns of animation per revolution). In 440 ms, the bike **60** would average 2.93 revolutions per 440 ms. The width of the lane screen is defined to be ¼ mile. The actual lane screen width is about 385 pixels, so each pixel represents 0.000623 miles. If the bike is in 12th gear, its speed is approximately 24 mph, and thus moves 4.7 pixels in 440 ms. For speed of computation, all arithmetic is integer rather than floating point, so 2.93 and 4.7 are rounded up or down, yielding 2 or 3 animations in which to smooth out 4 or 5 pixels worth of motion.

Because pixels are discrete, fractional values are avoided in the computations. Instead, the computer **38** establishes a "next x" based on the bike's absolute x coordinate. That is, the computer **38** calculates the exact next coordinate the bike should be at if the motion algorithm were perfect. The difference between the bike's next x and its current x is its change in x. This is divided by the number of animations and rounded up to ensure that the bike's actual dx gets it to or past its next x within 440 ms. When it is time to move a bike, its new x is calculated as its current x plus its actual dx. If its new x is at or past its next x, the bike **60** is stopped by clearing its actual dx and forcing its new x to be at its next x. The bike **60**stops moving until the next 440 ms cycle, which will be imminent.

This scheme is particularly useful when the computer **38** is very busy and does not have enough time to animate and/or move any or all the bikes **60** enough to get them to their next x in time. The bike's next x has been calculated, but the current absolute x is updated when the bike actually moves. By tying the actual absolute x coordinate to the relative motion, rather than how far it is estimated to have moved in the last 440 ms, the next change in x calculation automatically takes the delay into account. Thus, when the computer **38** is busy, no extra write operations are necessary to make the bike **60** catch up. Instead, the logic smooths out the distance the bike **60** needs to travel over the next 440 ms and continues to do so until the computer **38** catches up. In order for this scheme to be effective, the computer **38** must be capable of catching up with five bikes moving at a reasonable rate. The preferred AT class (80286) computer running at 10 MHz with a fast video adapter card works adequately.

The motion scheme just described is merged with the window scheme previously discussed. When a lead bike is pushing against the right hand side of the screen, the

computer 38 calculates its relative next x coordinate as some number of pixels beyond the right side of the lane. The difference between the right side of the lane and the next dx is defined as the window dx. A copy of the window dx is reflected to the logical representation of each bike in the race, including the lead bike. (By not making the leader a special case, all five bikes have the same code sequence, i.e., the leader does not require different code to animate and move than the other four bikes.)

Each time a bike 60 animates, rather than adding its actual dx to its current relative x, the bike subtracts its actual dx from its local copy of the window dx and stays in the same place. The window has in effect been slid over by the amount of the actual dx. Since the bike 60 moved its actual dx closer to its next x, the bike's relative (i.e., window) next x is decreased by the actual dx, effectively sliding the next x closer to the bike.

If the bike reaches its relative next x, or the next x reaches the bike, and the local window dx has not been fully negated by the accumulation of actual dx's, then the lead bike pushed the window farther than the bike moved. To compensate for this loss in distance to the leader, the bike's relative current x (and its next x) are actually moved to the left (losing ground to the leader) by the amount of the excess window motion.

Conversely, if the bike's local window dx has gone to zero, and the bike still has not reached its next x, it is moved forward by the amount of the overshoot. During the first ¼ mile of the race, no bike is at the right hand side of the lane pushing the window, so the window dx is always zero. The bikes automatically move to the right when the window dx=0. Thus, no special case is required for the start of the race.

Other animated objects are treated in much the same fashion. For example, hill advisory signs 62 are in effect moved as bikes with zero velocity. In order to calculate the position of the racers on the overhead view of the course, FIG. 3, the computer 38 uses the actual distance travelled in miles to look up the bike's (x,y) coordinates in a table, as shown in FIG. 11. The values in the look-up table are predetermined for the racecourse and stored in the computer's 38 memory. A marker for the bike with the bike's color and number are displayed on the screen of FIG. 3 at the (x,y) location.

FIG. 19 provides in block diagram form an illustration of a control system that can be used to control and obtain data from a variety of exercise and other equipment in a health club. Included in this system is a master health club controller 102 which features a computer 100, random access memory 104, a read only memory 106 and a mass data memory 108 such as a hard disk memory for storing large amounts of user data. Also included in the master controller 100 is an alphanumeric keyboard 110, a color monitor 112, a magnetic card reader 114 and a printer 116 which are operationally connected to the computer 102. In the event that the system of FIG. 19 is to be used in a large health club, one or more slave controllers indicated at 118 and 120 can be connected to the computer 102 and located in various places in the health club to make it convenient for the members to use the system. The slave controllers 118 and 120 preferably contain the same elements as the master controller 100 and operate under its control.

In FIG. 19 a representative example of various types of electronically-controlled exercise equipment including exercise bicycles 122 and 124, treadmills 126 and 128, stepclimbing equipment 130 and 132, rowing machines 134 and 136, weight machines 138 and 140 and a weight scale 142 are shown as connected to the computer 102 by data communication lines.

The system of FIG. 19 can provide a large number of features to enhance the operation of a health club. In the preferred embodiment, a member will first identify himself to the master controller 100 by, for example, typing his full name on the keyboard 110 and if necessary his birthday, social security number or other personal identification information. The computer can respond to this identification by accessing the member's data from the user data memory 108 which can include: a membership or club identification number; set up parameters for each type of the exercise equipment 122 . . . 142; historical performance records for the member; and a recommended exercise protocol for that individual. Also the computer 102 will have the ability to, in effect, prevent the member from using the equipment if, for example, he has neglected to pay his club dues.

Next a menu can be displayed on the monitor 112 which will include various options for the member such as: use the exercise equipment 122 . . . 142 in accordance with a predetermined exercise program stored in memory; review the predetermined exercise program; modify the predetermined exercise program; obtain a print-out from the printer 116 of the predetermined exercise program; review his historical exercise data stored in the memory 108; or obtain a print-out of this historical data.

In the event that the member desires to perform the predetermined exercise program on a particular one of the exercise machines shown in FIG. 19, he will then enter a personal identification number such as his birthdate on the keyboard, such as the keypad 46 shown in FIG. 17 of the exercise machine. To prevent conflicts where there are users with identical birthdates, instructions can be displayed on the monitor 112 to instruct the member to add an additional digit to his birthdate so that a conflict in identification can be avoided. After this identification information is transmitted from the exercise equipment to the computer 102, the computer 102 will transmit set-up information to the equipment based on the predetermined exercise program. At this point the member will press the asterisk key on the keypad 46 to initiate his exercise program on the exercise machine. It should be noted that the member will also have the option of performing an exercise program of his own selection by using the equipment in its normal stand alone mode of operation by not selecting the asterisk key. When the exercise program has been completed, data representing the member's performance will be transmitted to the computer 102 and stored in the memory 108 as part of the user's historical performance data.

Historical data stored in memory 108 for the aerobic exercise equipment can include: the program selected (e.g., hill profile, random or manual); exercise level as a monthly average; length of program as a monthly average; and average speed in miles per hour on a monthly basis. For the weight equipment this data can include: program selections such as set program repetitious with "heavy" negative feature; set-up weights as a monthly average; total weights lifted as a monthly average; and the average range of motion as a monthly average. General information relating to use of the exercise equipment for the last twelve months can also be stored such as: the average weekly usage for each type of equipment and daily usage of each type of equipment

for the current month. Along with performance data, personal data could include: weight which can be obtained from the scale **142**; height; resting heart rate; body measurements; and percent body fat, all of which can also be stored in the memory **108**. In addition FIT test scores, such as those generated by the Lifecycle® 9500 Aerobic Trainer mentioned above, can also be automatically transmitted by the exercise equipment to the computer **102** and stored in the memory **108**. Preferably the above-described data can be displayed on the monitor **112** graphically as **12** point data, one point for each month.

The system of FIG. **19** has a number of other very useful features. For example, the monitor **112** can be used to display information of general interest to the members when it is not being used to initiate a program by one of the members. Also the monitor **112** can be used by club management to poll each of the exercise machine diagnostic programs to determine if there is a fault in the machine or get a listing of the fault codes for that machine for the last 30 days. Accounting statistics can also be periodically transmitted from each machine to the computer **102** and stored in the memory **108**. These statistics can include for each machine: total hours of use; total number of workouts on that machine; average use per day and the distribution of exercise programs selected by members. This usage statistical information can then be used by the computer **102** to generate preventive maintenance messages on the display which would instruct the club management as to what preventive maintenance routines should be performed on which machines.

The system of FIG. **19** additionally includes a group race controller **144** . . . **150** for the various types of aerobic exercise equipment, including: the exercise bicycles **122** and **124**; the treadmills **126** and **128**; the stepclimbers **130** and **132**; and the rowing machines **134** and **136**. A description of the operation of race controllers is provided above in connection with FIGS. **1-18**. In this embodiment of the invention the race controllers **144** . . . **150** operate as generally described above but they are also connected to the computer **102** as shown in FIG. **19**. This permits the transfer of race information to the computer **102** which can be stored in memory **108** for later display on the monitor **112**. Also by this arrangement, it is possible to down load new race parameters to each of the controllers **144** . . . **150** such that races can be modified from the health club controller.

We claim:

**1**. An information, communication and display system for use with a plurality of exercise machines for the purpose of permitting the machines to be raced against one another, comprising:

- input means for each exercise machine for accepting race input data;
- memory means for storing programs and data;
- main control means, responsive to said input means and said programs stored in said memory means, for controlling a simulated race between two or more exercise machines, generating graphic images of said race, and calculating race data including elapsed time, distance and calories consumed;
- display means for displaying said graphic images including an indication of the location of each of the racers, and for displaying data including said race input data and said race data;
- receiving means for each exercise machine for receiving data from said main control means; and
- means for interconnecting and transmitting data between said main control means and said receiving means of each of the exercise machines using a broadcast, which includes the elapsed time of said race, to prepare each exercise machine for a subsequent poll for data from said machine, and a polling cycle divided into a plurality of time slots corresponding to time-driven interrupts generated by said main control means, with a time-slot assigned to each exercise machine during which said main control means polls each respective exercise machine and receives data from said machine.



**2**. The system of claim **1** further including means whereby any one or more of the exercise machines not participating in a race may be used in an independent mode of operation.

**3**. The system of claim **1** wherein said graphic images include a display of the start of the race including a starter firing a starting pistol.

**4**. The system of claim **1** wherein said graphic images include a display of the finish of the race including an image of the winner breaking a finish line tape with the winner's number or other identification displayed on the image of the winner.

**5**. The system of claim **1** wherein the display means, in response to the main control means, periodically alternates the graphic display during a race between an overview of a race course showing the actual position of the racers and a side view showing the relative position of the racers.

**6**. The system of claim **1** wherein the exercise machines are stationary bicycles.

**7**. The system of claim **6** wherein the bicycles have means for varying the speed and resistance of the bicycle in response to a gear selected by the user via the input means.

**8**. The system of claim **1** wherein the exercise machines are rowing machines.

**9**. The system of claim **1** wherein the exercise machines are treadmills.

**10**. The system of claim **1** wherein the exercise machines are stair-climbing machines.

**11**. The system of claim **1** wherein the exercise machines are cross-country skiing machines.

**12**. The system of claim **1** wherein the graphic images include advisories of approaching variations in the resistance of said exercise machines.

**13**. The system of claim **1** further including means for permitting additional exercise machines to join a race in progress.

**14**. The system of claim **13** further including means whereby one of the exercise machines which has completed or stopped participating in a race may subsequently reenter the race in progress.

**15**. The system of claim **1** wherein the number of time slots is greater than the number of exercise machines, and the excess time slots are reserved for use by the main control means for generating graphics and other background tasks.

**16**. The system of claim **1** further comprising means to drop an exercise machine from a race if said machine fails to respond after a specified number of polling cycles.

**17**. The system of claim **1** further including means to prevent more than one exercise machine from transmitting data to said main control means at the same time.

**18**. The system of claim **1** wherein the main control means, in response to a handicap entered via the input

means, calculates a velocity multiplier ranging from 0 to 15%, and uses said multiplier to vary the resistance of said exercise machines.

**19**. The system of claim **1** wherein in response to a zero velocity signal from an exercise machine, indicating that a user has stopped driving the machine, said main control means initiates a pause mode for a selected period of time during which a racer may resume driving the machine and reenter the race in progress.

**20**. The system of claim **19** wherein said display means, in response to the pause mode initiated by said main control means, displays a warning to the user to resume driving the exercise machine or be dropped from the race.

**21**. The system of claim **1** wherein said memory means contains programmed variable resistance profiles and said main control means transmits said profile information to the exercise machines.

**22**. The system of claim **21** wherein the exercise machines include means responsive to said main control means for adjusting the resistance force of the exercise machines proportionately to the grade of said resistance profiles.

**23**. The system of claim **1** wherein the exercise machines contain means responsive to said main control means for adjusting the resistance force of the machines with speed to simulate wind resistance.

**24**. The system of claim **1** further including means to prevent more than one exercise machine from transmitting data to said main control means at the same time.

* * * * *

# EXHIBIT 6

US005387164A

# United States Patent [19]

Brown, Jr.

[11] Patent Number: 5,387,164

[45] Date of Patent: Feb. 7, 1995

[54] **ACTIVITY GUIDEANCE DATA PROCESSING METHOD**

[75] Inventor: **Richard L. Brown, Jr.,** Eugene, Oreg.

[73] Assignee: **Leap, Incorporated,** Eugene, Oreg.

[21] Appl. No.: **793,485**

[22] Filed: **Nov. 13, 1991**

**Related U.S. Application Data**

[63] Continuation of Ser. No. 404,675, Sep. 8, 1989, abandoned.

[51] **Int. Cl.**[6] .............. **A63B 71/00**

[52] **U.S. Cl.** .............. **482/9;** 482/8; 482/900; 482/901; 364/413.02; 395/375

[58] **Field of Search** .............. 482/1, 3, 8, 9, 52, 482/54, 57, 72, 74, 900, 901; 128/75 R, 707; 73/379, 379.01; 434/247; 364/413.02, 413.24; 385/375

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,283,712 | 8/1981 | Goody | 482/8 X |
| 4,367,752 | 1/1983 | Jimenez et al. | 128/707 X |
| 4,566,461 | 1/1986 | Lubell et al. | 128/707 X |
| 4,642,769 | 2/1987 | Petrofsky | 128/421 X |
| 4,678,182 | 7/1987 | Nakao et al. | 272/129 X |
| 4,790,528 | 12/1988 | Nakao et al. | 272/73 |
| 4,830,021 | 5/1989 | Thornton | 128/707 |
| 4,842,274 | 6/1989 | Oosthuizen et al. | 272/129 |
| 4,882,677 | 11/1989 | Curran | 272/129 X |
| 4,911,427 | 3/1990 | Matsumoto et al. | 272/73 |
| 4,938,475 | 7/1990 | Sargeant et al. | 482/9 |
| 4,998,725 | 3/1991 | Watterson et al. | 482/8 X |
| 5,018,726 | 5/1991 | Yorioka | 482/8 |

OTHER PUBLICATIONS

"Physical Conditioning Equipment", Universal 1981-1982 Catalog.

*Primary Examiner*—Richard J. Apley
*Assistant Examiner*—Joe H. Cheng
*Attorney, Agent, or Firm*—Lieberman & Nowak

[57] **ABSTRACT**

A system, method and kit for scheduling, monitoring and improving physical exercise is provided. These goals are achieved by the use of a hand-held computer for programming the inputs of activity, individual parameters and environmental conditions; a user's manual having instructions and a diary; a guide book giving access to expert advice; and system of cards providing questions and advice. Data is entered into the computer where it is analyzed. By combining the computer analysis with the user's manual, guidebook and cards, the benefits of a personal fitness trainer are obtained.

**1 Claim, 78 Drawing Sheets**




INFO BOOK
6
2
DAILY PROGRESS RECORD
4(b)
USER'S GUIDE
4(a)
8
REFERENCE CARDS

FIG. 1


16
20
22
BS
SEC
MIN
HRS
18
÷
X
−
+
9
6
3
=
8
5
2
7
4
1
0
2
12
ESC
28
ENTER
24
26
14
10

FIG. 2


INFO
Section: 1
Title: Introduction
Purpose: Gives user information about Activity System
START
BIO
2 & 3
Autobiography & Responses Interviews User & Gives Interview Feedback to User
FITNESS
4
Cardiovascular Capacity Helps User Determine $VO_2$
START PTS
5
Starting Points Helps User Determine Starting Level
PROGRESS
6
Point Progression Allows User to Select Weekly Goals
DIARY
7
Recovery Indicators
8
Daily Points
9
Daily Status
10
End Week
CALC
11
Calculator Does Math & Pace Calculations
SET
TIME
12
Time Set Sets Correct Time
DATE
13
Date Set Sets Correct Date
MILES
14
English Unit Set Sets for English Units
KM
15
Metric Unit Set Sets for Metric Units

FIG. 3


INFO
Section 1 Introduction Gives User Information About Activity System

FIG. 4(a)


Press Enter
66
Develop your own programs
68
Evaluate your effort & monitor your progress
70
It allows you to use 90 different activities.
72
Record your daily activities & display your effort as points.
74
you can plan ahead and be consistent.
76
It is easy to use. It is fun to use.
78
Intro is highlighted on selections on display.
64
Intro
Start
Diary
Calc
Set

FIG. 4(b)


START
32
BIO
40
INDIVIDUAL CHARACTERISTICS
80
Birthdate
Sex
Height
Frame
Weight
Perception
Muscle
HEALTH HISTORY
82
Hospitalization
Illness/Injury
Physical exam
HEALTH HABITS
84
Smoking
Drinking
Diet
Sleep
Stress
ACTIVITY LEVEL
86
Category
Pattern
TIME AVAILABLE
88
Working
School
Hour TV
Family
Married
ACTIVITY SUPPORT
90
Partners Support
Friend Support
Employees Support
Coach
Club
Active School
Activity Reason
Activity Opinion
Reponses to Autobiography

FIG. 5(a)


Interview, fitness/starting level
Start is highlighted on selections on display.
Intro
Start
Diary
Calc
Set
29
Autobiography
Bio is highlighted on selections on display.
Bio
Fitness
Start Pts
Progress
41
Your autobiography is ___ % complete. Press Enter
Date > your birthdate? mm-dd-yy
Month, day, year of birth ..
Birthday
92
You were born on day, month, date, year.
Confirmation of each answer will appear after each question throughout the autobiography.
Backtrack
Revise
Next
appear with each confirmation
To Fig.5(c)

FIG. 5(b)



From Fig.5(b)
94
Your sex?
Male Female
Sex
96
Your height
in ft. ______
in. ______
Height
98
Your body
frame size is?
Small Average
Large
Frame
100
Your weight
in pounds?
Weight
110
You perceive
yourself to be?
Lean
Average
Not lean
Overweight
Leaness
112
You feel
your muscle
bulk is?
Less than avg.
Average
Above avg.
Well above avg.
Muscle
Bulk
To Fig.5(d)


FIG. 5(c)


From Fig.5(c)
114
Hospitalized in past 5 years?
No
Yes
No
Yes
Not hospitalized last 5 years.
Has the problem been resolved?
No
Yes
No
Yes
Now seeing health professional?
No
Yes
Problem resolved
No
Yes
Please see physician for problem
Get doctor's OK to start program.
To Fig.5(e)

FIG. 5(d)


To Fig.5(d)
Illness/injury in past year? No Yes
116
No
Yes
No illness/ injury in past year.
To Fig.5(f)
Has the problem been resolved? No Yes
No
Yes
Now seeing health professional? No Yes
Problem resolved.
To Fig.5(f)
No
Yes
Please see physician for problem.
Get doctor's OK to start program.
To Fig.5(f)

FIG. 5(e)


From Fig.5 (e)
Physical exam in last year?
No
Yes
118
No
Yes
No recent physical exam.
Cleared for activity?
No
I don't know
Yes
To Fig.5(g)
No
I don't know.
Yes
Get doctor's OK to start program.
Get doctor's OK to start program.
Cleared for activity by doctor.
119
Do you smoke cigarettes?
I am a non-smoker
I seldom smoke
I am a moderate smoker
I smoke * 1/4 packs/day
Smoking
To Fig.5(g)

FIG. 5(f)


From Fig.5(f)
120
Do you drink alcohol?
I am a non-drinker
I drink rarely
I drink in moderation
I drink more than 1 an hour
I drink frequently
Drinking
122
How do you rate your diet?
Usually very poor
Usualy poor
Usualy average
Usually good
Usually very good
Diet
124
How do you rate your sleep?
Usually very poor
Usually poor
Usually average
Usually good
Usually very good
Sleep
126
Effect of stress in your life?
Usually negative
Neutral
Usually positive
Stress
128
What is your activity category?
In rehabilitation
An inactive adult
An average adult
An active adult
An adult competitor
A student below high school
A young adult
A H.S./Age group competitor
A college competitor
A National/World Class atheiete
Activity Category
To Fig.5(h)

FIG. 5(g)



From Fig.5(g)
130
Your activity pattern now is?
I am inactive
My activity pattern is sporadic
My activity pattern is seasonal
A
I am active 1-2 days /week
I am active 3-5 days /week
I am active 6-7 days /week
B
Activity Pattern
Activity pattern catagory
A
B
Usual minutes/days of activity? 20,30,40,60,90, 120,150,≥180
minutes/day activity
Months since last consistent activity 1.2.3.6.9 mos.
Months since activity
# months of consistency 1.2.3.6.9 mos.
Months of consistency
To Fig.5(i)
Usual type of activity
Endurance
Strength
Games
Endurance and strenght
Endurance and games
Strenght and games
type of activity
To Fig.5(i)


FIG.5(h)



From Fig.5(h)
132
Are you working at this time?
No
Yes
No
Yes
To Fig.5(k)
Usual days/week that you work?
1, 2, 3, 4, 5, 6, 7
Days Work
Usual hours/day that you work?
1, 2, 3, 4, 5, 6, 7
8, 9, 10, 12+
Hours Work
Does job require physical work?
No
Yes
Physical Work
Do you stand in one place a lot?
No
Yes
Stand
To Fig.5(j)


FIG. 5(i)


From Fig.5(i)
Have frequent shift changes? No Yes
Shifts
Do you travel much in your work? No Yes
Travel
134
Are you in school now? No Yes
No
Yes
To Fig.5(k)
Days/week in school? 1, 2, 3, 4, 5, 6, 7
Days/week in School
Hours/day associated with school? 1, 2, 3, 4, 5 6, 7, 8, 9, 10, 12+
Hours School
To Fig.5(k)

FIG. 5(j)


From Fig.5(j)
136
Usual hours/day watching T.V.? 0-1, 2, 3, 4, 5, 6, 7 8, 9, 10, 12+
T.V.
138
Do you live in a family? No Yes
No
Yes
Hours/day work/ play with family? 1, 2, 3, 4, 5, 6, 7 8, 9, 10, 12+
Hours with Family
140
Married or significant other? Single Married
Single
Married
To Fig5.(l)
Does partner support activity?
Opposes
Doesn't support
Doesn't affect
Usually supports
Encourages
Shares
Marital Support
To Fig5.(l)

FIG. 5(k)



From Fig.5(k)
Do friends support activity?
Oppose
Don't support
Don't effect
Support
Share
Friend Support
Does employer support activity?
Opposes
Doesn't support
Doesn't effect
Supports
Encourages
Employer Support
142
Do you have a coach?
Yes
No
Coach
144
Member health club, YMCA class?
No
Yes
Club
146
Are/were you active in school?
No
Yes
Active In School
To Fig.5(m)


FIG. 5(l)


From Fig.5(l)
What level of activity?
Individual
Intramural
High School JV or varsity
College JV or varsity
level of activity
148
Your #1 reason to be active?
Rehabilitate
Improve my appearance
Reduce my stress
Lose weight
Improve my health
Improve my endurance
Improve my strength
Compete
Reason to be Active
At this point the program would automatically go to Section 3, which provides responses to the autobiography.
152

FIG. 5(m)


RESPONSES TO AUTOBIOGRAPHY
ACTIVITY SUPPORT
90
Married
Partner Support
Friends Support
Work
Employee Support
Coach
Club
HOURS AVAILABLE FOR ACTIVITY
88
Work
School
TV
Family Hrs.
HEALTH RESPONSE
156
Hospitalized
Illness/Injury
Physical Exam
Age
Pattern
Smoking
Drinking
Diet
Sleep
Stress
Work
84
WEIGHT RESPONSE
154
COEF. OF WEIGHT
Age
Sex
Height
Frame
Weight
Y
CATEGORY LOW-HIGH LIMIT
Age
Sex
Frame
Perception
Muscle
WEIGHT
80

FIG. 6(a)


160
Your reported weight is ______. For your age, sex, height,
Weight
frame, and build, the average weight is between a and b.
a=low median
b= high median
To Fig.6(e)
a. low median = weight x lo limit / coef. of weight
b. high median = weight x high limit / coef. of weight
weight
category lo/hi limits
coefficient of weight
Category Lo/Hi Limit From Fig. 6(c)
Coefficient of Weight From Fig. 6(d)

FIG. 6(b)



to Fig. 6 (b)
M/F category low/high limits
Mlo = .876 Flo = .867 Mhi=1.113 Fhi=1.114
Mlo=1.113 Flo=1.114 Mhi=1.202 Fhi=1.197
Mlo= .962 Flo= .966 Mhi=1.031 Fhi=1.027
Mlo= .968 Flo= .944 Mhi=1.026 Fhi=1.046
Mlo= .937 Flo= .937 Mhi=1.051 Fhi=1.051
Mlo=1.031 Flo=1.027 Mhi=1.134 Fhi=1.130
Mlo=1.026 Flo=1.046 Mhi=1.129 Fhi=1.150
Mlo=1.051 Flo=1.051 Mhi=1.157 Fhi=1.157
Small Frame
Average Frame
Large Frame
Small Frame
Average Frame
Large Frame
Male/Female ≤18 yrs. not lean/ overweight
Male/Female >18 yrs. not lean/ overweight less than average/average muscle bulk
Male/Female >18 yrs. average/lean average/well above average muscle bulk
Male/Female ≤18 yrs. average/lean
Age Sex Frame Leanness Muscle bulk


FIG. 6(c)


to Fig. 6(b), to Fig. 6 (e)
Coef. of weight
Coef. of weight= weight / height (G+H age)
Coef. of weight = weight / A (height^B) + C (height^D) - y (E - F age)
if age ≤ 25 y = 0; if age < 25 y = 1
Coef. of weight= weight / height (G+H age)
G=.253
H=.103
G=.313
H=.100
Small Frame A= .019 B= 1.913 C= .026 D= 1.903 E=54.05 F= 2.16
Average Frame A= .025 B= 1.869 C= .027 D= 1.915 E=56.21 F= 2.25
Large Frame A= .028 B= 1.846 C= .040 D= 1.838 E=56.21 F= 2.25
Small Frame A= .017 B= 1.917 C= .023 D= 1.908 E=28.72 F= 1.15
Average Frame A= .028 B= 1.832 C= .060 D= 1.724 E=29.31 F= 1.17
Large Frame A= .028 B= 1.832 C= .060 D= 1.724 E=29.31 F= 1.17
Male ≤ 18 yrs.
Male > 18 yrs.
Female > 18 yrs.
Female ≤ 18 yrs.
Age
Sex
Height
Frame
Weight

FIG. 6(d)


From Fig. 6(b)
162
Body weight may be a problem. Please see Dr. before starting.
Is any statement true?
Yes
No
To Fig.6(f)
164
Male ≤18 coef. wgt. ≤.809 ≥1.202
Male, >18 Small frame coef. wgt. ≤.866 ≥1.134
Male, >18 Average frame coef. wgt. ≤.871 ≥1.129
Male, >18 Large frame coef. wgt. ≤.043 ≥1.157
Female ≤18 coef. wgt. ≤.805 ≥1.147
Female, >18 Small frame coef. wgt. ≤.869 ≥1.130
Female, >18 Average frame coef. wgt. ≤.850 ≥1.150
Female, >18 Large frame coef. wgt. ≤.844 ≥1.157
coef. of weight from Fig. 6(d)
To Fig.6(f)

FIG. 6(e)


From Fig.6(e)
164
See physician for unresolved health problem before starting
Does hospital = unresolved health problem?
Yes
No
168
Reminder—get physician OK before starting program.
Does physical exam = don't know or not cleared for activity?
Yes
No
170
≤35 and no recent physical. See Dr. before Starting.
Is birthdate≥ ≤35 and does physical exam = no physical?
Yes
No
172
≤35 and no recent physical. See Dr. before starting
Is birthdate ≥35, and does pattern = inactive, sporadic, seasonal activity, and physical exam = not cleared for activity?
Yes
No
174
Smoking is a problem. See Dr. before starting.
does smoking = moderate smoker or >1/4 per day, smoker?
Yes
No
176
Drinking is a problem. See Dr. before starting
does drinking = drink more than should, or drink frequently ?
Yes
No
To Fig.6(g)

FIG. 6(f)


From Fig.6(f)
178
Diet and sleep are problems.see Dr.before starting.
Does diet = very poor or poor,and sleep= very poor or poor?
Yes
No
180
Job requires Physical work. See book,"Water Training
Does working =job requres physical work or standing a lot?
Yes
No
182
Shifts, travel,or Stress.See book, "Selye"
Does stress = negative, and working = shift work or travel
Yes
No
A
TO Fig.6(h)
B
From Fig.6(h)
184(a)
You have a lot of time available for your activity program
Are hours available for activity ≥4?
Yes
No
184(b)
You have more than enough time available for your activity program.
Are hours available for activity ≥2<4?
Yes
No
184(c)
You have enough time available for your activity program.
Are hours available >1<2?
Yes
No
184(d)
time available for activity borderline.See book
Are hours available for activity ≥.5≤1?
Yes
No
To Fig.6(i)
184(e)
You must make time for activity.See book
hours available for activity <.5
To Fig.6(i)

FIG. 6(G)


To Fig. 6(g)
B
Hours available for activity = 14 - (.2 weekdays/week x work hours/day) - (school days/week - school hours/day) / TV hours/ day - family hours / day
week days/work
work hours/day
school days/week
school hours/day
TV hours/day
family hours/day
A
From Fig.6(g)
From Fig.6(i)
186(a)
Your activity support system is very good. No excuses there.
Yes
Is activity support ≥6 ?
No
186(b)
your activity support system should help you reach your goals
Yes
Is activity support ≥4 <6 ?
No
186(c)
Your activity support system is fair. See book,
Yes
Is activity support ≥1<4 ?
No
186(d)
Your activity support system is not good. See book,
Yes
Is activity support ≥-4<1 ?
No
186(e)
Your activity support system is very bad. See book,
Activity support<-4.
END Responses to Autobiography

FIG. 6(h)


To Fig. 6(h)
Activity Support System = Married + Partner Support + Friends Support + Employer Support + Coaching Support + Facility Support
188
not married=2
opposed=-4
doesn't support = -3
doesn't affect = -1
usually supports = 2
encourages = 3
shares = 4
oppose = -2
don't support = -1
don't affect = 0
support = 1
share = 3
opposes = -2
doesn't support = -1
doesn't affect = 0
supports = 1
encourages = 2
if ref. work = yes
& ref. employer support = yes
No = 0
Yes = 2
No = 0
Yes = 2
Married
Partner Support
Friends Support
Employed
Employer Support
Coaching Support
Facility Support
From Fig. 6(g)

FIG. 6(i)


42
FITNESS
190
FIELD TEST
1 mile walk
12 min. run/walk
1.5 mile run/walk
12 min. swim
12 min. cycle
12 min. push
Age
Sex
Weight
Time
Miles
Yards
Z
D
E
Training VO2
192
RACE RESULT
1500 miles
1 mile
2 K
3 K
2 miles
3 miles
5 K
5 miles
10 K
15 K
10 miles
20 K
1/2 mara
15 miles
25 K
20 miles
marathon
Max VO2
Training VO2
194
LAB TEST
Sub-Max VO2
Max VO2
Training VO2
Training VO2
196
ESTIMATE FROM BIOGRAPHY
197
Age
Sex
Weight
Smoking
Drinking
Diet
Sleep
Stress
Category
Pattern
VO2Weight Coef.
Low/High Median
Anox/Obese
Training VO2

FIG. 7(a)



Training VO2
202
Max VO2
198
Age Adjusted Max VO2
200
D
E
Age
Cardiovascular Fitness
Paces


FIG. 7(b)


From Fig.7(b)
Oxygen used by you per minute measures your aerobic fitness
It is called VO2. you can estimate your VO2...
...by several methods ...Press Enter
204
To get my VO2 I will use
A field test
A running race result
A lab test
An estimate from my biography
VO2 Test Selection
A field test
A running race
A lab test
An estimate from my biography
To Fig. 7(d)
to Fig. 7(c)
to Fig. 7(i)
to Fig. 7(j)

FIG. 7(c)



A Field Test From Fig. 7(c)
206
1 mile walk
12 minute run/walk
1.5 mile run/walk
12 minute swim
12 minute cycle
12 minute wheelchair push
Field Test
Time to Walk 1 Mile?
Miles in 12 minutes?
Time for 1.5 miles?
Yards swum in 12 minutes?
Miles cycled in 12 minutes?
Miles pushed in 12 minutes?
Age Sex Wgt
male Z = 1
female Z = .93
male age <25
D = .279
E = .393
age ≥25 ≤ 47.5
D = 1.490
E = -.123
age ≥47.5 ≤62
D = 7.560
E = -.544
age >62 ≤100
D = 1417.00
E = -1.808
207(a)
Female age <30
D = .262
E = .393
207(b)
To Fig.7(e)
Training VO2 = 20.54 (miles 1.313)
Training VO2 = .25 (405.89 time -.912) 1.32
Training VO2 = 17.54 (2.72 .00119 yards)
Training VO2 = 17.54 (2.72 .2377 miles)
Training VO2 = 19.10 (miles 1.313)
to Fig. 7(l)


FIG. 7(d)


From Fig.7(d)
age ≥30 ≤40
D = 1.350
E = -.123
age ≥40 ≤50
D = 6.60
E = -.544
age ≥50 ≤100
D = 1189.00
E = -1.808
Training VO2 =
$$\left[\frac{(2200\,D\,age^{E})\left(6.95 + .009\,weight - .0258\,age + .596Z - .224\,time - .0115(220 - age)\right)}{1.33\,weight}\right]^{1.028}$$
Z, D, E,
to Fig. 7(l)

FIG. 7(e)


A runing race result. (from Fig. 7(c))
192
1500 meters Time >
Tng VO2 = 360 time-1.184
1 mile Time >
Tng VO2 = 407 time-1.283
2 kilometers Time >
Tng VO2 = 546 time-1.206
3 kilometers Time >
Tng VO2 = 977 time-1.226
2 miles Time >
Tng VO2 = 1082 time-1.238
3 miles Time >
Tng VO2 = 1977 time-1.254
5 kilometers Time >
Tng VO2 = 2081 time-1.255
15 miles Time >
Tng VO2 = 3952 time-1.259
To Fig.7(g)
D
To Fig.7(l)

FIG. 7(f)


From Fig.7(f)
10 kilometers Time >
Tng VO2 = 5189 time-1.254
15 kilometers Time >
Tng VO2 = 8624 time-1.247
10 miles Time >
Tng VO2 = 9448 time-1.246
20 kilometers Time >
Tng VO2 = 12693 time-1.248
1/2 marathon Time >
Tng VO2 = 13687 time-1.249
15 miles Time >
Tng VO2 = 16695 time-1.253
25 kilometers Time >
Tng VO2 = 17591 time-1.254
20 miles Time >
Tng VO2 = 16297 time-1.268
To Fig.7(h)
D
To Fig. 7(l)

FIG. 7(g)




FIG. 7(h)


A lab test
(from Fig. 7(c))
Lab test
VO2___
ml/kg/min
Lab
VO2
194
Is lab
test sub-max
or max VO2?
Sub-max
max
sub-max VO2 =
training
VO2
max VO2
1.33
1.028
=
training VO2
To Fig.7(l)

FIG. 7(i)


An estimate from my biography (from Fig. 7(c))
Age
Sex
Weight
Smoking
Drinking
Diet
Sleep
Stress
Activity Category
Activity Pattern
Low/High median
Anorexic/Obese
197
age >5 ≤25
F = .019
G = .51
age >25 ≤ 41
F = -.0015
G = 1.038
age >41 ≤60
F = -.0073
G = 1.265
age >60 ≤100
F = -.0156
G = 1.763
male: x = 1
female: x = .93
non-smoker = 1.0
seldom = 1.0
moderate = 1.1
>1/4 pack/day = 1.2
non-drinker = 1.0
rarely = 1.0
moderation = 1.0
more than should = 1.1
frequently = 1.12
Diet
very poor = 1.1
poor = 1.05
average = 1.0
good = .96
very good = .95
Sleep
very poor = 1.15
poor = 1.08
average = 1.0
good = .98
very good = .95
Stress
negative = 1.09
neutral = 1.0
positive = .98
Activity Category
rehabilitation = 1.03
inactive adult = 1.03
average adult = 1.00
active adult = .85
adult competitor = .75
below high school = 1.00
high school/young adult = .85
high school/age group = .75
college competitor = .70
national/world class competitor = .65
Activity Pattern
inactive = 1.05
sporadic = 1.02
seasonal = 1.00
1-2 days/wk .97
3-5 days/wk. = .94
6-7 day/wk. = .90
VO2 wgt. coef.
if weight ≥ lo median & ≤ high median then = 100
if weight < lo median & no "weight warning" then = .95
if weight > high median & no "weight warning" then = 1.05
if "weight warning" then = 1.15
To Fig.7(k)

FIG. 7(j)


From Fig.7(j)
Training VO2 =
34 x (F age + G)
1.33 VO2 wgt. coef. • Smoking • Drinking • Diet • Sleep • Stress • Activity Category • Activity Pattern
1.028
to Fig. 7(l)

FIG. 7(k)



From Figs. 7 (d), 7 (e), 7 (f), 7 (g), 7 (h), 7 (i), & 7 (k)
Max VO2 = 1.33 (training VO2 )^.973
198
Training VO2
202
Your approximate-Max VO2 is ____ ml/kg/min
Age adjusted Max VO2 = Max VO2 / D (age^E)
200
D, E values
Your approximate age adjusted Max VO2 is ____ ml/kg/min.
206 (a)
Is age adjusted Max VO : Male : ≥ 47.4 Female : ≥ 36.6 ?
Yes
No
For your age and sex, your fitness level is excellent
206 (b)
Is age adjusted Max VO : Male : ≥ 41.9 & < 47.4 Female : ≥ 32.5 & < 36.6 ?
Yes
No
For your age and sex, your fitness level is good.
206 (c)
Is age adjusted Max VO : Male : ≥ 35.6 & < 41.9 Female : ≥ 28.8 & < 32.5 ?
Yes
No
For your age and sex, your fitness level is fair.
It will improve with a safe, consistent activity program.
206 (d)
Age adjusted Max VO : Male : < 35.6 Female : < 28.8
For your age and sex, your fitness level needs to improve.
It can be improved with a safe, consistent activity program.
To Fig. 7 (m)
To Fig. 7 (m)


FIG. 7 (l)


From Fig. 7(l)
208(a)
If jogging or running is part of your activity program,
208(b)
you will achieve aerobic conditioning at a pace
a. fastest aerobic pace =133.6 (tranining VO2)-.782
b. slowest aerobic pace= 185.07 (tranining VO2)-.782
210
between a and b minutes per mile
Maximum aerobic pace= 137.45(trainingVO2)-.782
212
your optimum 20 minute pace is ___minutes per mile
END cardiorascular capacity section

FIG. 7(m)


44
STARTING POINTS
214
Estimate from Autobiography
216
Activity Pattern, question #17
218
Typical Week
S path level
Time available
Support system
VO2 category
ACSM Max./Min.
Sex
Weight
Coef ath load
Wgt. coef
Tng VO2
Wgt.
Days/wk
Min/day
Coef type act
Wgt. coef
Coef ath level
Tng VO2
RPE
219
Time
Wgt
Wgt coef
Coef ath load
Tng VO2
RPE
Coef act
Bike rides
Bike time
Swim miles
Swim time
Run miles
Starting Points Response
ACSM Point Range
1st week goal

FIG. 8(a)


Starting points will provide an entry into the system
that will be effective and safe, and will encourage consistency.
ACSM Max./Min. Points
Sex
Weight
Coef. Ath. Level
Weight Coefficient
Lo/Hi Median
Anorexic/Obese
Training VO2
N
220
Coef. Ath. Level
rehab. = 1.10
inact. ad. = 1.13
ang. ad. 1.19
act. ad. = 1.23
ad. comp. = 1.39
< h.s. = 1.10
young ad. = 1.24
h.s/age 9p comp. = 1.37
col.l comp. = 1.41
net/w.c. = 1.57
218
Weight Coef.
Male, weight < lo median, "weight warning" = 1.040
Male, weight > hi median, "weight warning" = .938
Male, no "weight warning" = 1.000
Female, weight < lo median, "weight warning = 1.050
Female, weight > hi median, "weight warning" = .934
Female., no "weight warning" = 1.000
ACSM Max. Points =
N = .01638
ACSM Min. Points
N = .00177
ACSM Max./Min. Points =
N(Weight Coef.)(Weight)(Coef. Athletic Level)
Training VO2 -1.524
ACSM max./Min Pts.
To Fig. 8(c)

FIG. 8(b)


From Fig.8(b)
To get starting points I'll use
Estimate from my autobiography Activity pattern, question #17 What I do now in a typical week
Method Selected for Determning starting points is ?
Estimate from my autobigraphy
What I do now in a tylcal week
Activity pattern, question # 17
to Fig.8(d)
to Fig.8(f)
to Fig.8(e)

FIG.8(C)


Estimate from
my Autogiography
(from Fig. 8(b))
214
SP athlethic level
Time avalable
Support system
VO category
ACSM max/min points
216
SP ath. level
rhab = .97
inact. ad. = -.95
avg. ad = .50
act ad. = 1.47
ad. comp. = 4.00
< h.s. = .50
young ad = 1.18
ns/age of comp = 2.67
coll comp = 5.00
Net/w.c. = 7.69
Time Available
≥4 = 3.00
≥2 >4 = 1.50
>1 <2 = .50
≥.5 ≤ = -1.00
>.5 = -2.00
Support System
≥6 = 3.00
≥4 <6 = 1.50
≥1 <4 = .50
≥-4 <1 = -1.00
<-4 = -2.00
VO category
Male ≥47.4
Female ≥36.6
= 4.00
Male ≤41.9 <47.4
Female ≥32.5 < 36.6
= 1.50
Male ≤35.6 <41.9
Female>28.8 <32.5
= .50
Male <35.6
Female < 28.8
= -1.33
Estimate Starting Points from Autobiography =
.10395 ACSM Max. Points (2.718 .8752(12 + VO Category + Support Sys. + SP Ath. Level))
to fig. 8(j)

FIG. 8(d)



Activity Pattern, question #17 (from 8 (b))
216
228
Weight
Day/Week Active
Minutes/Day Active
Coef. Type of Activity
Weight Coef.
Lo/Hi Median
Anorexic/Obese
Coef. of Athlethic Level
Traning VO2
Rating Perceived Exertion (RPE)
Rate Exertion Perceived
226
V, V Weak = .5
V Weak = 1.0
1.5
Weak = 2.0
Med.- = 2.5
Med.+= 3.5
Somewhat Strong = 4.0
4.5
Strong = 5.0
5.5
6.0
6.5
Very Strong = 7.0
7.5
8.0
8.5
9.0
9.5
V, V Strong = 10.0
Max. Effort = 10.5
RPE
220
Coef. Type Activity
Endurance = 1.00
Strength = .80
Games = .90
End & Strength = .90
End & Games = .95
Strength & Games = .85
222
Coef. Ath. Level
Rehab. = 1.10
Inact. Ad. = 1.13
Avg. Ad. = 1.19
Act. Ad. = 1.23
Ad. Comp. = 1.39
<hs = 1.10
Young Ad. = 1.24
hs/Age 9p comp. = 1.37
Coll. Comp. = 1.41
Nat/wc = 1.57
224
Weight Coef.
Male, no "weight warning" = 1.00
Male, "weight warning," <lo median = 1.04
Male, "weight warning," >hi median = .938
Female, no "weight warning" = 1.00
Female, "weight warning," <lo median = 1.050
Female, "weight warning," >hi median = .934
Starting Points from AScitivity Pattern, Question #17 =
RPE .48(day/wk. • Mmin/day • coef. type act. • wgt. coef. • coef. act. level • weight)
41218 (Training VO2 -1.524)
to fig. 8(I)


FIG. 8(e)


What I do now in a typical week (from fig. 8 (b) )
219
Weight
Weight Coef.
Lo/Hi Median
Anorexic/Obese
Coef. of Athletic Level
Training VO 2
Rating Perceived Exertion (RPE)
Coef. of Activity
Bike Miles
Bike Time
Swim Miles
Swim Time
Run Miles
Time of Activity
Weight Coef.
Male, no "weight warning" = 1.00
Male, "weight warning," <lo median = 1.040
Male, "weight warning," >hi median = .938
Female, no "weight warning" = 1.00
Female, "weight warning," <lo median = 1.050
Female, "weight warning," >hi median = .934
Coef. Ath. Level
Rehab. = 1.10
Inact. Ad. = 1.13
Avg. Ad. = 1.19
Act. Ad. = 1.23
Ad. Comp. = 1.39
<hs = 1.10
Young Ad. = 1.24
hs/Age 9p comp. = 1.37
Coll. Comp. = 1.41
Nat/wc = 1.57
226
V,V Weak = .5
V Weak = 1.0
1.5
Weak = 2.0
Med.- = 2.5
Med.+ = 3.5
Somewhat Strong = 4.0
4.5
Strong = 5.0
5.5
6.0
6.5
Very Strong = 7.0
7.5
8.0
8.5
9.0
9.5
V,V Strong = 10.0
Max. Effort = 10.5
Rate Exertion Perceived
RPE
Activity
Activity, Coeficient of Activity: [Fig. 8(g) ]
Activity
To Fig. 8 (h)

FIG. 8(f)

Coef. of Activity
Aerobics .85
Bicycle 1.00
Run/Jog 1.00
Swim 1.00
Walk .95
Wheelchair .93
"AirDyne" 1.05
Archery .36
Badminton .73
Backpack .68
Ballet .82
Ballet .82
Baseball .47
Baseball (pitch/catch) .60
Basketball .82
Basketball (shooting) .57
Bed Exercise .22
Bicycle (stationery)
Billiards .23
Boating .39
Bowling .34
Boxing .95
Calisthenics .71
Canoeing .70
Circuit Training .71
Climbing .81
Croquet .25
Dancing .54
Fencing .76
Field Hockey .80
Fishing (bank, boat) .33
Fishing (wade, ocean) .53
Football (tackle) .70
Football (touch) .68
"Frisbee" .44
"Frisbee" (ultimate) .75
Gardening .52
Golf (cart) .27
Golf (walk) .45
Gymnastics .72
Handball .78
Horseback Riding .50
Horseshoes .26
Housework .40
Hunting .58
Ice Hockey .80
Judo, Etc. .95
Jump Rope .78
Kayak .75
Lacrosse .80
Manual Labor .61
Minitramp .71
"NordicTrack" 1.10
Paddleball .78
Racewalking 1.08
Racquetball .78
Rowing (boat) .70
Rowing (machine) .90
Rowing (shell) .95
Rugby .80
Run-in-place .77
Run-in-$H_2O$ (bottom) .55
Run-in-$H_2O$ (deep) .83
Sailing .48
Skin/Scuba Dive .69
Shooting .35
Shuffleboard .24
Skate (ice) .58
Skate (roller) .58
Skateboard .62
Ski (cross-country) 1.05
Ski (downhill) .65
Ski (water) .57
Snorkle .56
Snowshoe 1.15
Soccer .80
Softball .45
Softball (pitch/catch) .58
Squash .78
Stair Climbing .85
Table Tennis .41
Tennis .76
Treadmill .97
Volleyball .76
Water Aerobics (deep) .75
Water Aerobics (power) .82
Water Aerobics (shallow) .50
Weight Training .71
Weight Training (power) .67
Wheelchair Activities .73
Wrestling .95
Yachting .63
Yoga .51

FIG. 8(g)


From Fig. 8 (f)
Time of Activity
Activity Time
228
General Activity Starting Points =
RPE .432 (Time of activity • Coef. Ath. Level • Coef. of Activity • Weight / 41218 (Training VO 2 -1.524))
Biking Miles and Time
Biking Miles and Time
230
Bike Starting Points =
.0343 Wgt. Coef Coef. Ath. Level (weight miles •4( 137.45 ( tng VO 2 -.762 ))2 / Time3 ) 1.00868
Swimming Miles and Time
Swimming Miles & Time
232
Swimming Starting Points =
. 18319 (tng VO 2 -.762 ) Weight Coef • Coef. Ath. Level • Weight / ( 1-137.45 swim miles (Training VO 2 -.762 ) / time ) .97
Running, Walking Wheelchair Push, Treadmill Miles
Running, Walking Weelchair Treadmill Miles
234
Running, Walking, Wheelchair Push Treadmill Starting Points =
.0057 miles • Wgt. Coef. • Wgt • Coef. Ath. Level • Coef. Activity / Training VO2 -.762
Starting Points = General + Bike + Swim + Run etc.
to Fig. 8(i)

FIG. 8(h)


Figs.8(d),8(e),and 8(h)
236
Your ACSM point range is between ____ & ___ points/week
238
Your recommended goal for the first week is ____ points.

FIG. 8(i)


POINT PROGRESSION
46
Own/Coaches' Program
246
System Progression
244
10 Year Point Progression
250
Starting Pt. Year Number
Weekly Point Progression
248
Starting Pts. 10 Yr. Pt. Increase Week #

FIG. 9(a)


240
In this Section you can use the system Progression;
your own; or your coaches' If you want to maintain, you
can use this Section as a monitor.
I will progress or maintain by:
Using system Progression Using own or Coaches' Program
System or program selection
242
system
Own/ Coaches'
Preview Training Program Weekly Yearly
Weekly Goal = ____
Goal input from user
To Fig. 9(c)

FIG. 9(b)


From Fig.9 (b)
252
Weekly
Yearly
254
Program:
Week 1 Pts. ____
Week # Pts. =
1 = SP
2 = SP+(.014TYPI)
3 = SP+(.026TYPI)
4 = SP+(.037TYPI)
5 = SP+(.046TYPI)
6 = SP+(.053TYPI)
7 = SP+(.059TYPI)
8 = SP+(.065TYPI)
9 = SP+(.069TYPI)
10 = SP+(.072TYPI)
11 = SP+(.044TYPI)
12 = SP+(.024TYPI)
13 = 0
14 = SP+(.056TYPI)
15 = SP+(.070TYPI)
16 = SP+(.082TYPI)
17 = SP+(.093TYPI)
18 = SP+(.102TYPI)
19 = SP+(.109TYPI)
20 = SP+(.115TYPI)
21 = SP+(.121TYPI)
22 = SP+(.125TYPI)
23 = SP+(.128TYPI)
24 = SP+(.104TYPI)
25 = SP+(.080TYPI)
26 = 0
Starting Points (SP)
Ten Year Point
Increase (TYPI)
Ten Year
Point Increase =
(TYPI)
28.81 (Starting Points.574)
Starting Points (SP)
From Fig.8(i)
10 Yr.
Progress:
Year 1 Pts. ____
1 = SP+( 8.96SP.574)
2 = SP+(14.61SP.574)
3 = SP+(18.43SP.574)
4 = SP+(21.14SP.574)
5 = SP+(23.13SP.574)
6 = SP+(24.63SP.574)
7 = SP+(25.81SP.574)
8 = SP+(26.76SP.574)
9 = SP+(27.69SP.574)
10 = SP+(28.81SP.574)
Starting Points
(SP)
From Fig. 8(i)

FIG. 9(c)


DIARY
34
RECOVERY INDICATIONS
48
Heart Rate
256
Body Weight
258
Hours Slept
260
Today's H.R. TotalH.R.
Today's BW Total BW
Today's H.S. Total H.S.
H.R. Ratio
B.W. Ratio
H.S. Ratio
Recovery Indicator Response
262
R.I. Normal
262(a)
1 R.I. Abnormal
262(b)
2 R.I. Abnormal
262(c)
3 R.I. Abnormal
262(d)

FIG. 10(a)


P W S
Enter: Today's Heart Rate
Today's Heart Rate
Heart Rate Ratio = Today's Heart Rate / 1/14 (Running 14-Day sum of "Today's Heart Rate" Values)
Is heart Rate Ratio <1.1 ?
Yes
No
If Heart Rate Ratio <1.1 then: Normal
If Heart Rate Ratio ≥1.1 then: above Normal
Pulse Within Normal Range
% Above Normal = 100(heart Rate Ratio-1)
Pulse is ___% Above Normal.
P W S
Enter. Today's Body Weight
Today's body Weight
To Fig. 10(c)

FIG. 10(b)



From Fig.10(b)
Weight Ratio = Today's Weight / 1/14 (Running 14-Day sum of "Today's Weight" values)
Is weight Ratio >0.97 ?
Yes
No
If Weight Ratio >.97 then: Normal
If weight Ratio ≤.97 then: Below Normal
Weight Within Normal Range
Weight % Below Normal = 100(1 - Weight Ratio
Weight is ___% Below Normal.
P W S
Enter. Hours Slept Last Night
Hours Slept Last Night
Sleep Ratio = Hours Slept Last Night / 1/14 (Running 14- Day sum of "Hours Slept Last Night" Values)
Is Sleep Ratio >0.9 ?
Yes
No
A
B
To Fig10. (d)
To Fig10.(d)


FIG. 10(c)



From Fig. 10(c)
A
If Sleep Ratio >.9 then: Normal
Sleep Within Normal Range
From Fig. 10(c)
B
If Sleep Ratio <.9 then: BelowNormal
Sleep % Below Normal = 100(1-Sleep Ratio)
Sleep is _% Below Normal
Number of Heart Rate, Body Weight, and Sleep Ratios which are Abnormal
0
1
2
3
Recovery indicators normal. Have a good day.
Recovery indicator abnormal. Take it easy if you want.
Recovery indicators abnormal. plan an easy day
Recovery indicators abnormal. Take the doy off.


FIG.10(d)


34
DIARY
50
DAILY POINTS
Age
Sex
Weight
Weight Coef.
Coef. Act.
Coef. Age
Coef. Environment
Hills
Footing
Wind
Temperature
Humidity
Elevation
Misc.
Coef. Unravel
Coef. Continuous
Miles
Coef. Interval
Coef. Recovery
Repetitions
Intv. Distance
Coef. Fartlek
Coef. Tempo
Coef. Race
To Fig. 11(b)

FIG. 11(a)


From Fig.11(a)
Variables From Fig.11(a)
General Activity Points
264
Bike Points
268
Swim Points
270
Run, Walk, Racewalk Push Treadmill Points
272
Total Daily Points
274

FIG. 11(b)



Shn MO DAY YR
S M T W T F S
Activity #1
Select
1 of 90
Activities
Activity
Selection
Activity Catagory:
a) General, b) Biking, c) Swimming,
d) Running, Walking, Wheelchair
Pushing, Race walking
General
Activities
Daily Points
Run, Walk,
Push, Racewalk
Daily Points
Biking
Daily
Points
Swimming
Daily
Points
to Fig. 11 (h)
to Fig. 11 (i)
to Fig. 11 (k)
Time >
Time
Convert Time
to minutes
Effort
RPE
V, V weak = .5
V weak = 1.0
1.5
Weak = 2.0
Med.- = 2.5
Med. = 3.0
Med.+ = 3.5
Somewhat
strong = 4.0
= 4.5
Strong = 5.0
= 5.5
= 6.0
= 6.5
V, strong = 7.0
= 7.5
= 8.0
= 8.5
= 9.0
= 9.5
Vv strong = 10.0
Make effort = 10.5
RPE
To Fig. 11 (d)


FIG. 11(c)


From Fig. 11 (c)
Environment Rating: General Specific
Environment Rating Process
General Specific
A
To Fig. 11(f)
Specific Environment Factors
Hills Footing Wind Temperature Humidity Elevation
Environmental Factors
Set: Hills = 1.00
Footing = 1.00
Wind = 1.00
Temperature = 1.00
Humidity = 1.00
Elevation = 1.00
Hills No Selected? Yes
Hill Rating
Down = .92
Level = 1.00
Rolling = 1.05
Up = 1.10
Steep Up = 1.25
Hill Rating
Footing No Selected? Yes
Footing Rating
Normal = 1.00
Poor = 1.09
Very poor = 1.13
Footing Rating
Wind No Selected? Yes
B
C
To Fig. 11 (e)
To Fig. 11(e)

FIG. 11(d)



From Fig. 11(d)
From Fig. 11(d)
B
C
Wind Rating
Tail = .95
Calm = 1.00
Head = 1.04
Strong Head = 1.12
Wind Rating
Temperature
No Selected Yes
Temperature Rating
Very Cold = 1.05
Moderate = 1.00
Very Warm = 1.07
Hot = 1.15
Temprature Rating
Humidity
No Selected Yes
Humidily Rating
Dry = 1.00
Humid = 1.09
Very Humid = 1.19
Humidily Rating
Elevation
No Selected Yes
Elevation ? Days at Elevation
Days at Elevation
D
E
To Fig. 11(f)
To Fig. 11(f)


FIG. 11(e)


From Fig.11(d)
A
Rate Environment
Coef.General Environment
Much,much easier = .5
Much easier = 1.0
1.5
Easier = 2.0
Normal - = 2.5
Normal = 3.0
Normal+ = 3.5
Somewhat harder = 4.0
= 4.5
Harder = 5.0
= 5.5
= 6.0
= 6.5
Much harder = 7.5
= 8.0
= 8.5
= 9.0
= 9.5
Much, much harder = 10.0
Max. Difficulty = 10.5
Coef. General Environment
From Fig.11(e)
D
<28
Days
>28
Coef. Elevation = .309 (elevation.143)
Coef. Elevation = .658 (elevation.061)
E
From Fig.11(e)
Coef. Specific Environment = Hill x Footing x Wing x Temperature x Humidity x Elevation
General Activity points
To Fig. 11(g)

FIG. 11(f)



From Fig. 11(f)
Age
Sex
Weight
Lo/Hi Median
Anorexic/Obese
Coef. of Activity
Coef. of Age
Coef. of Unusual Activity
Coef. of Continuous Activity
Training VO
RPE
Time of Activity
Coef. of Age
Male >5 ≤ 25 = .014 age + .51
Male >25 ≤ 41 = -.014 age + 1.038
Male <41 ≤60 = -.0073 age + 1.265
Male >60 ≤100 = -.015 age + 1.763
Female >5 ≤25 = .93 ( . 014 age + .51)
Female >25 ≤41 = .93 (- . 601 age + 1.038)
Female >41 ≤60 = .93 (- . 6073 age + 1.265)
Female >60 ≤ 100 = .93 (-. 015 age = 1.763)
Unusual Activity
Normal Activity = 1.00
Unusual Activity = 1.05
Coef. of Unusual Act.
Continuous Activity
Easy Day = 1.02
Moderate Day = 1.06
Hard Day = 1.11
Coef. of Continous Act.
RPE
V, V weak = .5
V weak = 1.0
1.5
Weak = 2.0
Med.- = 2.5
Med. = 3.0
Med.+ = 3.5
Somewhat strong = 4.0
= 4.5
Strong = 5.0
= 5.5
= 6.0
= 6.5
V, strong = 7.0
= 7.5
= 8.0
= 8.5
= 9.0
= 9.5
Vv strong = 10.0
Make effort = 10.5
General Activity Points =
.000001 (time 1.073 ) RPE -9 • wgt • coef. act • wgt. coef.• coef. envir.• coef. unusual act.•coef continuous act
Coef. age (training VO 2) -1.58
To Fig. 11 (I)


FIG. 11(g)


from Fig. 11(c)
Biking Daily Points
Time?>
Miles?>
Time/ Miles Biked
Convert Time to minutes
See General Activities Daily Points for Variables
Biking Daily Points =
637.7(miles)(training VO2 1.537)(weight)• wgt. coef. • coef. envir. • coef. unusual act. • coef. continuous act.
Coef. age (time)
To Fig. 11(I)

FIG. 11(h)



From Fig.11(c)
Swimming Daily Points
Time?> Yards?>
Time/ Yards Swum
Convert Time to minutes
Convert Yards to Miles
(See General Activities Daily Points for Other Variables)
Recovery
Very Short = .95
Short = .90
Moderate = .85
Almost Full= .80
Full = .75
Coef. of Recovery
Repititions Interval Distance
Repititions Interval Dist.
To Fig.11(j)


FIG.11(i)

Case 1:20-cv-00662-RGA Document 79-3 Filed 02/18/21 Page 134 of 272 PageID #: 1879






FIG. 11(j)


From Fig. 11(c)
Run, Walk, Push, Racewalk, Treadmill Daily Points
Time ?> Miles ?>
Time/ Miles
Convert Time to Minutes
See Swimming Daily Points for other variables
Coef. Tempo = 1.47 (miles^-.120 )
Coef. Race = 3.01 (miles ^-.355 )
Select Fartlek coefficient
Very hard = 1.18
Hard = 1.12
Moderate = 1.07
Easy = 1.03
Very Easy + 1.01
None = 1.00
Fartlek Coefficient selection
Run, Walk Push, Racewalk, Treadmill Daily Points =
212.2(miles ^3.973 ) (training VO )•coef.act.•wgt. coef.• wgt.• coef. envir.• coef. unusual
• coef. continuous• coef. fartlek• coef. tempo• coef. race • coef. interval
Coef. age (time²)
To Fig. 11(l)

FIG. 11(k)


From Figs.11(g),11(h),11(j),and 11(k)
General Activities Daily Points
Biking Daily Points
Swimming Daily Points
Run, Walk, Push, etc. Daily Points
Daily Points =
General + Biking + Swimming + Run etc. Daily Points

FIG. 11 (l)


DIARY
34
DAILY STATUS
52
To Fig. 12(b)
WEEK
278
TODAY
276
Total Time This Week
Sum Total Time This Week
Points/Min. This Week
Total Points This Week
Sum Daily Points This Week
% of Weekly Goal
Weekly Goal
Calories This Week
Training $VO_2$
Points Remaining
280
Total Time Today
Total Daily Time
Points/Min. Today
% of Weekly Goal
Weekly Goal
Total Points Today
Total Daily Points
Calories Today
Training $VO_2$

FIG. 12(a)


From Fig.12(a)
Weight
Weight Coef.
Coef. of Act.
Coef. of Age
Points Remain.
Training VO2
Week Pts./Min.
Genemal
Activity
Bike Miles
Remaining
Swim Miles
Remaining
Run, Walk, Push
Racewalk
Treadmill
Points
Remaining

FIG. 12(b)


Total Points
Today =
Total Daily
Points
from Fig. 11 (l)
Total Time Today =
General Activity Time +
Bike Time + Swim Time =
Run, Walk, Racewalk,
Push, Treadmill Time.
Total
Time Today =
Points Per
Minute Today =
Total Points Today
Total Time Today
Points Per
Minute Today =
Calories Today =
Total Points Today
x30.66
x (Training VO₂ -.537 )
Training VO from:
Fig 7(d),(e),(f),(g),(h),
(i)or(k)
Calories
Today =
% of Weekly Goal
Completed =
100 ( Total Pts. Today)
Weekly Goal
Weekly Goal
from Fig. 9 (b) or 9 (c)
% of
Weekly Goal
Completed =
Is % of Weekly
Goal Complete
>.25 Weekly Goal
No
Yes
Daily
Points > 25%
of Weekly Goal.
Plan Recovery
Day Tomorrow
To Fig. 12 (d)

FIG. 12 (c)


From Fig. 12 (c)
Total Points this week = Sum of Daily Points for week
Total Points This Week = ______
Sum of Total Time Today = Total Time This Week
Total Time This Week = ______
Points Per Minute This Week = Total Points This Week / Total Time This Week
Points Per Minute This Week = ______
Calories This Week = 30.66 ( Total Points This Week ) ( Training VO2 -.537 )
Calories This Week = ______
Weekly Goal = ______
% of Weekly Goal Accomplished = 100 ( Total Pts. Week) / Weekly Goal
% of Weekly Goal Accomplished = ______
To Fig. 12 (e)

FIG. 12 (d)


From Fig. 12 (d)
Points Remaining = Weekly goal - Total Points This Week
Points Remaining =
Are Points Remaining > .35 (Weekly Goal) ?
Yes
No
Max. Points/ Day Should Be Less Than 25% of weekly Goal.
Don't try to Catch Up.
Time Remaining General Activities =
Points Remaining ( Training VO 2 -1.58) Coef. age
.000039 • wgt. • coef. act. • wgt. coef.
.932
Weight from Fig. 5(c)
Wgt. Coef from Fig. 6 (d)
Coef.Activity from Figs. 8 (f) & (g)
Coef. Age from Fig. 11 (g)
Time Remaining General Activities =
Bike Miles Remaining =
(Points Remaining 4.026) coef. age
6.377 (wkly. pts/min 3.020)(trng VO2 1.537)(wgt 1.000)
.243
Bike Miles Remaining =
To Fig. 12 (f)

FIG. 12 (e)


From Fig.12(e)
Swimming Miles Remaining =
(Points Remaining³ ) coef.age
23940 (lng VO₂⁻·⁷⁶² )Wgt•Wgt.coef.(wkly ppm ²)
Swimming Miles Remaining=
Run, Walk,Push,Racewalk, Treadmill Miles Remaining=
(Points Remaining³ )coef.age
212.2 wgt.(wkly.ppm ² )(lng VO₂⁻·⁷⁶²)
×coef. act.• coef.wgt.
Run,Walk, Push,racewalk, treadmill miles remaining =

FIG.12(f)


DIARY
34
End Week
54
Total Time This Week
Total Points This Week
Points Minute This Week
% of Weeky Goal =
Set Next Week's Goal
Calories This Week

FIG. 13(a)


Total Points This Week = ______
Total Points This Week from Fig. 12 (d)
Total Time This Week = ______
Total Time This week from Fig. 12 (d)
Points Per Minute This Week = Total Points this Week / Total Time This Week
Points/Minutes This Week = ______
Calories This Week = 30.66 (Total Pts. This Week) (Training VO2-.537)
Training VO2 from Fig 7 (d),(e),(f),(g),(h),(i) or (k)
Calories This Week = ______
% of weekly Goal = 100 ( Total Pts. Week / Weekly Goal
Weekly Goal from Fig 9 (b) or 9 (c)
% of Weekly Goal = ______
To Fig, 13 (c)

FIG. 13 (b)


From Fig. 13 (b)
Is % Weekly Goal ≥ 0 < 11%
No
Yes
Less Than 11% of Goal Reached. Program Takes You Back 2 Weeks
A
Is % Weekly Goal ≥ 11 < 51
No
Yes
Less Than 51% of Goal Reached. Program Takes you back 1 week.
A
Is % Weekly Goal ≥ 51 < 93 ?
No
Yes
Less Than 93% of Goal Reached. Program Has You Redo Last Week.
A
Is % Weekly Goal ≥ 93 < 105
No
Yes
Congratulations ! Go to Next Week Weekly Goal Points =
Weekly Goal Points from Fig. 9 (b) or 9 (c)
A
% Weekly Goal > 105
You Went Over Your Goal ! Go to Next Week.
Weekly Goal Points = Points Credited to Next Week.
Weekly Goal Points
A
New Weekly Goal Points

FIG. 13 (c)


CALC
36
Time/Pace Functions
Standard Math Functions
SET
38
Time Set
56
Date Set
58
English Unit Set
60
Metric Unit Set
62
61

FIG. 14

# ACTIVITY GUIDEANCE DATA PROCESSING METHOD

This is a continuation of application Ser. No. 404,675, filed Sep. 8, 1989, now abandoned.

## FIELD OF THE INVENTION

The present invention relates to activity or exercise guidance and the creation and maintenance of a personal exercise regime that accounts for the personal history, goals, activities and abilities of the individual exerciser, and provides recommended activities equivalent to that of a personal coach.

## BACKGROUND OF THE INVENTION

Today's consumer possesses a growing interest in the benefits of regular activity, including increased energy, enhanced appearance and general feeling of well-being. More people are devoting greater amounts of time and resources to pursuing effective activity programs, geared to individual exercise needs and history.

For example, people join health clubs and then discover that the group environment is more social than productive and more stifling or pressured. Health clubs generally report higher numbers of new members around the December holiday season gradually tapering off in mid-winter as even the new members stop attending. The reasons are often related to overtraining at the outset, and resultant pain, impeding the desire to return to the spa. Health spa members thus rarely maintain a consistent exercise program.

There are a great many products that have been introduced in response to the growing need for an all inclusive, well balanced program, including complex home exercise equipment, software, books, magazines, cassettes and videotapes, and there is an increase in companies that purport to provide health assessment profiles, nutritional and dietary guidance, and even, private coaches or physiologists.

Larry Cuzzort, a fourth place finisher in the 1982 TAC Cross Country Championship at Penn State developed a computer program to account for his runs over a period of time, including weather conditions, types of terrain and other variables. Similar programs have been developed by others, including Jim Fixx's "The Running Program" which is billed as a personalized running guide for developing daily training programs. Other such programs are provided by Computer Services, Homesoft, Inc., Runsoft and the Running Coach. A tennis program is available through PC Computennis, a swimming program through Peak Performance, aerobics program from Meca, a weight lifting program from AMTI Biomechanics and a cycling program from Game Plan. Similarly, Dr. Francois Peronnet and Guy Thibault developed a large, self-contained running computer called "Hermann" which requires the intervention of its creators for the development of an individual-specific training program.

However, these programs suffer drawbacks, including a limitation to generally one activity, and a hardware (personal computer) requirement to run the software (Hermann even requires its own, large personal computer). Though some software programs profess to account for more than one activity, and there is a Borg-/Nobel chart for perceived exertion, there are presently no systems that are presented in kit form, simple and handheld, supplying a full process for exercise, i.e. accounting for all exercises and activities, geared to the specific individual user's parameters, including the affects of environment (temperature, ground or terrain conditions, etc.), and providing access to a team of expert physicians and coaches who can impart their special knowledge and skill.



## SUMMARY OF THE INVENTION

It is an object of the present invention to provide the interaction, daily supervision, feedback, and personal attention provided by a good coach through a kit embodying a comprehensive activity guidance process and system.

It is another object of the present invention to provide means and a method to receive, analyze and display various aspects of an individual's activity patterns accounting for the individual's specific handicaps and abilities, and offering a select and variable array of activities.

It is another object of the present invention to establish a user profile and activity pattern with periodic daily or weekly feedback and modification capability for long-term exercise accounting, interaction and recommended enhancement.

It is yet a further object of the present invention to provide an aerobic system that is capable of use by a host of people from athlete to invalid, adult to child.

It is a still further object of the present invention to provide activity guidance that assists in preventing injury and offers a warning when weekly limits are achieved, or stress indicators are high or abnormal.

These and other objects of the invention are achieved by the provision of a system, method and kit for activity guidance comprising four basic components: (1) a handheld computer for initial personalized programming and for periodic dynamic input and feedback based on three variables: activity (via an activity point system), individual parameters and environmental conditions of each exercise; (2) a user's manual containing instructions and a diary; (3) a guide book giving access to experts in various exercise related fields; and (4) a system of cards allowing physician, support, warranty and questions.

It is thus a feature of the invention to provide a complete exercise guidance system and kit that encompasses the plurality of exercises that its user is involved in on a daily basis, and awards points for each through a complex analysis, in a concise and user friendly way.

It is a feature of this invention to provide a kit that gives access to a panel of experts in various disciplines and the ability to receive guidance, monitoring and support.

It is a feature of this invention to provide a kit that has a training diary, instruction sheet, a hand-held computer, and a book about the fundamentals of activity by peer-respected professionals.

It is a still further feature of this book to provide an activity guidance system and kit that can be used as a coach or advisor, with a coach, or with a person's existing training program.

It is still further feature of the invention to provide a system that can be used and account for all rhythmical endurance activities and for most sports.

It is yet a further feature of the invention to provide an activity guidance system and kit that can be used by high-level athletes training for competition, by people who desire to push closer to their individual frontiers, and especially, by those of any age who desire activity.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an overview of kit components;

FIG. **2** is a front facial view of handheld computer **2**;

FIG. **3** is a complete system diagram;

FIG. **4**(*a*) is an overview of the Information, Section **1** of the resident software;

FIG. **4**(*b*) is a flow chart of the Introduction (also called Information), Section **1** of the resident software;

FIG. **5**(*a*) is an overview of the Autobiography, Section **2** of the resident software;

FIGS. **5**(*b*) through **5**(*m*) are flow charts of the Autobiography, Section **2**;

FIG. **6**(*a*) is an overview of the Responses to Autobiography, Section **3**;

FIGS. **6**(*b*) through **6**(*i*) are flow charts of the Responses to Autobiography, Section **3**;

FIGS. **7**(*a*) and **7**(*b*) is an overview of the Fitness, Section of the resident software;

FIGS. **7**(*c*) through **7**(*m*) are flow charts of the Fitness, Section **4**;

FIG. **8**(*a*) is an overview of the Starting Points, Section **5** of the resident software;

FIGS. **8**(*b*) through **8**(*i*) are flow charts of the Starting Point, Section **5**;

FIG. **9**(*a*) is an overview of the Point Progression, Section of the resident software;

FIGS. **9**(*b*) and **9**(*c*) are flow charts of the Point Progression, Section **6**;

FIG. **10**(*a*) is an overview of the Recovery Indicators of the Diary, Section **7**;

FIGS. **10**(*b*) through **10**(*d*) are flow charts of the Recovery Indicators, Section **7**;

FIGS. **11**(*a*) and **11**(*b*) are an overview of the Daily Points, Section **8** of the Diary of the resident software;

FIGS. **11**(*c*) through **11**(*l*) are flow charts of the Daily Points, Section **8** of the Diary;

FIGS. **12**(*a*) and **12**(*b*) are an overview of the Daily Status, Section **9** of the Diary section of the resident software;

FIGS. **12**(*c*) through **12**(*f*) are flow charts of the Daily Status, Section **9** of the Diary section;

FIG. **13**(*a*) is the End of Week, Section **10** of the Diary section of the resident software;

FIGS. **13**(*b*) and **13**(*c*) are flow charts of the End Weeks, Section **10** of the Diary section; and

FIG. **14** is an overview of the Calculator, Section **11** of the resident software.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. **1** shows the four major components of the activity guidance kit. The kit contains a handheld computer **2**, the user's guide **4**(*a*) and daily progress record **4**(*b*), the information book **6**, and the reference cards **8**. Handheld computer **2** functions like a personal fitness trainer, coach or exercise physiologist, by going through several steps outlined in detail below.

Generally the handheld computer is designed to reside on a desk or table, to be used for a period of approximately 15 to 20 minutes for the first use and then as little as 1 to 2 minutes each day thereafter, and generally will, via the resident software: conduct an in-depth personal interview, evaluate the current fitness level of the user, recommend a realistic exercise starting point, develop a schedule of weekly goals and allow the person to monitor the maintenance of the program. The heart of the system is a daily activity input predicated upon the use of three variables: the individual, the activity (from which there are ninety to choose from), and the environment. Likewise, the handheld computer will access recovery periods, compare daily efforts to weekly goals, and redefine the schedule if weekly goals are met (that is sufficient exercise for the week), or not met (that is insufficient activity for the period). The handheld computer **2** will record approximately 3,000 activity sessions. The specific functionality and identification of the preferred resident software are more further defined below.

As shown in FIG. **1**, user's guide **4**(*a*) and daily progress record **4**(*b*) are the second critical components of the activity guidance kit. User's guide **4**(*a*) provides detailed information in user-accessible format for the background and use of the handheld computer **2**, and all other aspects of the kit. Daily progress record **4**(*b*) is, as its name implies, a diary for general entry of information relating to the exercise of the user. Information book **6** contains various information and articles written by a number of key exercise doctors, Ph.D's and the like, with information on methodologies for exercise, nutrition and weight control, avoidance of injuries, recovery from injuries, training, relaxing, and the like.

Reference cards **8** include cards providing physicians information with respect to the system and a toll free support phone number for the purposes of receiving and giving information, guarantee cards, and question and answer cards which offer the user the ability to write in information request, send them to the company, and receive responses.

FIG. **2** shows the front facial view of handheld personal computer **2**. Handheld computer **2** contains a multi-character alphanumeric display **16** to prompt the user for function selection or data entry, report data entry errors, and display results of computations. On/-off button **10** is pressed to turn the handheld computer **2** on and off. Heart rate timing light **14** is used in conjunction with heart button **12** for the purposes of determining heart rate. After pressing heart button **12**, the light **14** is engaged and lights and the user counts for the duration of the period that the light is on and then multiplies by a factor to determined the heart rate. Heart rate is a piece of the information later to be entered via keyboard **22** and duration input switches **18** for purposes of computing the activity indicators, as further defined below. Handheld computer **2** also possesses an escape key **28** to move between program levels, cursor control **26**, to move the cursor on the screen **16**, entry button **24** to enter information or to reach a specific program level, and backspace button **20**. The computer **2** includes a controller which coordinates the operation and includes RAM which stores data regarding the user's fitness level and expected performance, and ROM which stores the algorithms and operating software. The controller is implemented using a microcontroller chip. Hardware in the controller is used to assist in its operations.

FIG. **3** sets forth a general overview and summary of the preferred embodiment of the software resident in the handheld computer **2**. The first time the user turns on the computer via On/Off switch **10**, screen **16** sets forth the five categories **29** shown on FIG. **3**: information **30**, start **32**, diary **34**, calculator **36** and set **38**. Generally, information **30**, called Section **1** on FIG. **3**, is the user information about the activity system and kit. Start **32** is used to initialize the user's current fitness level and, if entered, reveals four categories **41** on the display **16**:

bio **40** which is autobiography Sections **2** and **3**, fitness **42** which is for cardiovascular capacity, starting point **44** to assist the user in determining the starting level for activity, and progress **46** which includes a point progression allowing the user to select weekly goals. Fitness **42** is referred to as Section **4** (FIGS. **7**(*d*) through (*m*)), Starting Points **44** as Section **5** (FIGS. **8**(*a*) through(*i*)) and, Progress **46** as Section **6** (FIG. **9** (*a*) through (*c*)).

Diary **34** constitutes the daily or periodic entry system which utilizes the information produced in start **32** and assists the user in developing and following an exercise regime. Diary **34** has four components. First are recovery indicators **48**, called Section **7** (FIGS. **10**(*a*) through (*c*)) which help the user determine the period for recovery, a necessary ingredient in good exercise. Most prior art devices generally tend not to provide sufficient opportunity for recovery, which, I have discovered, is a critical ingredient in proper exercise. Diary **34** further includes a daily points **50**, called Section **8** (FIGS. **11**(*a*) through **11**(*k*)), which computes the efforts of activity constituting a reflection of the day's total activity effort stored and compared with the weekly goal points. Diary **34** also includes daily status **52**, Section **9** (FIGS. **12**(*a*) through (*f*)) for computing the current status of the user comparing daily points against weekly goals, and end of week **54**, Section **10** for computing the weekly totals and setting the goals for the following week. Each of these will be described below.

As shown in FIG. **3**, calculator **36** is also provided, called Section **11** (see FIG. **14**), for standard calculating functions via key pad **22** in FIG. **2**. Calculator **36** can be used for purposes of performing pace calculations, or, for that matter, any other simple math.

Set **38** in FIG. **3** functions to allow the user to set various aspects of the computer **2**, and if entered, display **16** will show four categories **61**: time **56**, date **58**, miles **60** and kilometers **62**. Time **56** and date **58** are utilized for purposes of setting the correct time and date, respectively, via key pad **22**. Miles **60** indicates distances in english units, and kilometers **62** in metric units.

When the user turns on the handheld computer **2** via on/off switch **10** (see FIG. **2**) and sees the five categories **29** displayed on the screen (info **30**, start **32**, diary **34**, calculator **36** and set **38**, FIG. **3**) he may move the cursor from one of the five to another of the five via cursor movement keys **26** (FIG. **2**). For the first use of the machine, the user starts on the start entry **32**. Should the user choose info **30**, he will enter a general introductory section, as shown on FIGS. **4**(*a*) and **4**(*b*). As shown in FIG. **4**(*b*), box **64** repeats the general screen **29** when the system is turned on, and provides access to introduction/information **30**, via highlighting or underlining on the display **16** of intro **30**. Screens **66** through **78** set forth the information listed under the preferred embodiment for the introductory section. It is to be understood that this information may be modified or expanded upon in other and further ways, without deviating from the scope of the invention herein. The primary function of the introduction section is to give general background information and assistance ("help") to the user of the activity guidance program, process, system and kit.

Via escape button **28**, if the user has entered info **30**, he may move back to the first screen **29**, giving the opportunity to move the cursor from info **30** to start **32**.

As stated above, start **32** is entered to initialize the system, that is to set its parameters properly and specifically to reflect the user's individual characteristics and parameters. After initializing the system through start **32**, the user may access diary **34**, calculator **36** or set **38**.

When start **32** is entered on screen **29**, and bio **40** is in turn entered, the user will see the six selections set forth in FIG. **5**(*a*), the flow charts of which are set forth on FIGS. **5**(*b*) through **5**(*j*).

When autobiography **40** is entered, an indication is first given as to the percentage of completion of the autobiography. If complete, the user will be so informed and directed to diary **34**. If incomplete the user will proceed to complete it. Autobiography **40** accounts for individual characteristics **80**, including, sex, height, frame, weight, perception and muscle. Each of these individual characteristics **80** are utilized for the purposes of establishing an activity index to determine what the proper activity patterns will be for the individual, as set forth in further detail below. Another critical element in autobiography is the health history **82**, the health habits **84** (smoking, drinking, diet, sleep and stress), the activity level **86**, the time available for exercise **88**, and the activity support **90**. FIGS. **5**(*b*) through **5**(*j*) set forth in specific detail the preferred flow charts for the autobiography **40** set forth in FIG. **5**(*a*).

When the user has completed all of the sub-sections of "bio" **40**, Section **2**, the user then proceeds to Section **3** responses to autobiography set forth in FIGS. **6**.

FIGS. **5**(*b*) through **5**(*j*) are the specific preferred flow charts for the autobiography **40**. FIG. **5**(*d*) commences with two steps to enter the autobiography **40** showing first screen **29** then screen **41** with the selection of "bio". It must be understood that each of the prompts on the various screens are utilized for purposes of gathering information which are entered in certain select formulas for determining various activity levels and achieving activity points, as set forth in greater detail below. The information gathered through the responses indicated on FIGS. **5**(*b*) through **5**(*j*) are entered in Section **3** responses to autobiography shown in FIG. **6**, into the formulas set forth therein.

Screen **92** in FIG. **5**(*b*) requests entry of the birthday of the user. For each question requested in Section **2** autobiography, set forth in FIGS. **5**(*b*), et al., there is a confirmation of each answer appearing after each question. Below the confirmation the cursor aligns with the words "backtrack, revise or next". This allows the user, as the words imply, to either modify a previous answer or to proceed to the next. FIG. **5**(*c*) continues with the request for information with screen **94** requesting the sex of the user, screen **96** requesting the height, screen **98** requesting the body size (small, average or large), screen **100** the user's weight in pounds, screen **110** perception of the user, and screen **112** muscle bulk of the user. Although the system provides guidance, it must be understood that the information provided is subjective, that is, it is the user's own interpretation of himself. The purpose of the exercise is to allow the user to sculpt his own exercise regime in any manner that would be satisfactory for his own perceived abilities and needs. The user does not know what the affect of proper or improper answers will be, and thus is urged by the particular request to provide his own belief of an accurate answer.

Screen **110** concerning perception gives four possible outcomes: lean, average, not lean or overweight. Likewise screen **112** allows four choices for muscle bulk,

including less than average, average, above average, or well above average. As shown on these flow charts, the triangle indicates where the information provided proceeds to be processed in the autobiography Section 3, as described in greater detail below.

FIGS. 5(*d*), 5(*e*) and 5(*f*) concern the medical status of the user. Again it is critical to have a system set specifically for the user's individual parameters, and thus the user must indicate his medical condition. Screen **114** requests input as to whether the user has been hospitalized in the past five years. If yes, as shown in FIG. 5(*d*), the user is prompted to answer further questions concerning resolution of the problem, or the continuance of medical treatment. Akin to the qualities a good coach would impart, this information is critical for setting up an exercise regime that will not incur further medical damage. FIG. 5(*e*) prompts the user to answer screen **116** concerning an illness or injury in the past year. This request is distinct from screen **114** which concerns hospitalization, in probing the present medical condition, by analysis of the previous 12 months. Like FIG. 5(*d*), 5(*e*) prompts the user to indicate whether the problem has been resolved or whether the problem is continuing. If the problem is continuing, the user is prompted to get his treating physician's approval before starting the program.

FIG. 5(*f*), screen **118** seeks to determine whether a physical examination has been conducted in the last 12 months. Again it is critical to determine whether the patient has any hidden medical conditions. If the user has not been cleared for activity, he is prompted to receive doctor's approval before starting the program. FIG. 5(*f*), screen **119**, requests the user to set forth whether he is a smoker or not. Critical to this analysis is the determination of the volume of oxygen ("$VO_2$"), to determine the amount of oxygen that the user has available, or could properly apply to the exercise.

FIG. 5(*g*) prompts the user to indicate the extent of the user's drinking (screen **120**), diet (screen **122**), sleep (screen **124**), affective stress in the user's life (screen **126**), activity category (screen **128**). I have discovered that all these factors are critical in properly determining an exercise regime for the user.

FIG. 5(*h*) commences with screen **130** seeking to determine what the user's present activity pattern is, whether inactive, sporadic, or seasonal, and under each of these three categories, the extent of each.

FIG. 5(*i*) commences with screen **132** to determine whether the user is working at the time. This parameter is critical again to show the extent of the availability of time to devote to activity. Likewise in FIG. 5(*j*), screen **134** prompts the user to indicate whether he or she is in school at the time. Again this relates to the amount of time available that the user has.

FIG. 5(*k*) prompts the user to indicate how much time is spent watching TV (screen **136**), and whether the user lives in a family or not (screen **138**). FIG. 5(*k*) further prompts the user to indicate whether the user is married (screen **140**), an aid in determining the extent of support for activities. As shown in FIGS. 5(*k*), 5(*l*) and 5(*m*), activity support **90** (FIG. 5(*a*)) is determined. The particular elements important in this determination are the existence of partner, friend, and employer support, the presence or absence of a coach, club, the activity in school, activity reasons (screen **48** in FIG. 5(*j*)), and activity opinion (screen **150** in FIG. 5(*m*)).

Upon completion of Section 2, as set forth in box **152** on FIG. 5(*m*), the user proceeds immediately to responses to autobiography. All FIGS. **6** set forth calculation for the responses to the autobiography, showing how the various aspect of Section **2** are integrated into Section **3**, and the mathematical computations involved in determining activity level. As shown in FIG. 6(*a*) the individual characteristics **80** are entered into weight response (box **154**). Health history **82**, health habits **84** and activity level **86** are entered into health response (box **156**). Likewise hours available for activity **88** and activity support **90**, combined with weight response **154** and health response **156** are all brought together into the determination of starting points **44** (FIG. **8**).

The first screen **160** in FIG. 6(*b*) sets forth the reported weight from reference **2.5** (screen **100**, FIG. 5(*c*)). From the information provided on age, sex, frame, and build, the program determines an average weight range between A, as a low median weight and B, as a high median weight. Determination is set forth on FIGS. 6(*b*) through 6(*e*). The calculation is based upon determining what I have discovered to be "coefficients of weight" and specific "category limits".

Low median weight and high median weight are calculated as follows:

3.2.1 Low Median $= \dfrac{\text{weight} \times \text{category low limit}}{\text{coef. of weight}}$

3.2.2 High Median $= \dfrac{\text{weight} \times \text{category high limit}}{\text{coef. of weight}}$

3.3 Category high low limits

Low limits vary between .865 & 1.114

High limits vary between 1.026 & 1.205

3.4 Coef. of weight for:

$Y = 0$ or 1

older than 18; male; small frame =

$$\frac{\text{weight}}{.019\,(\text{height}^{1.913}) + .026\,(\text{height}^{1.903}) - Y(54.05 - 2.16\ \text{age})}$$

older than 18; male; average frame =

$$\frac{\text{weight}}{.025\,(\text{height}^{1.869}) + .027\,(\text{height}^{1.915}) - Y(56.21 - 2.25\ \text{age})}$$

older than 18; male; large frame =

$$\frac{\text{weight}}{.028\,(\text{height}^{1.846}) + .040\,(\text{height}^{1.838}) - Y(56.21 - 2.25\ \text{age})}$$

18 or less; male $= \dfrac{\text{weight}}{\text{height}\,(.253 + .103\ \text{age})}$

older than 18; female; small frame =

$$\frac{\text{weight}}{0.17\,(\text{height}^{1.917}) + .023\,(\text{height}^{1.908}) - Y(28.72 - 1.15\ \text{age})}$$

older than 18; female; average frame =

$$\frac{\text{weight}}{.019\,(\text{height}^{1.912}) + .029\,(\text{height}^{1.875}) - Y(29.31 - 1.17\ \text{age})}$$

older than 18; female; large frame =

$$\frac{\text{weight}}{.028\,(\text{height}^{1.832}) + .060\,(\text{height}^{1.724}) - Y(29.31 - 1.17\ \text{age})}$$

18 or less; female $= \dfrac{\text{weight}}{\text{height}\,(.313 + .100\ \text{age})}$

After screen **160** sets forth the average weight between A and B low median and high median, the next screen **162** will be displayed only if there is a body

weight problem. A body weight problem is determined as set forth in boxes **164**, by determining the sex, frame, and coefficients of weight for the individual user. I have found that my specific coefficients of weight are key triggers to an indication of a weight problem, and these ranges are set forth in FIG. **6**(*e*).

FIG. **6**(*f*) represents a series of other screens **164** through **176** which will be set forth depending upon the answer provided in Section **2** above. Screen **164** indicates that there is a non-resolved health problem, as triggered in response to that given previously. Likewise screen **168** reminds the patient to get a physician's approval before starting the activity, screen **170** indicates that no physical has been had within the prior 12 month period of time, and a physical is recommended. Screen **172**, also suggesting that a doctor be seen before starting, arises when the user indicates that he is inactive, sporadic, involved in seasonal activity, or not clear for activity. Screen **174** is triggered if the person is a moderate smoker or greater that ¼ pack per day smoker. If the user drinks frequently, then screen **176** is triggered again suggesting that the patient visit a doctor before commencing the exercise regime.

Screens **178** through **182** are shown at the top of FIG. **6**(*g*). Screen **178** further recommends that the user see a doctor as a consequence of diet or sleep problems, predicated upon responses given in Section 2.13 and 2.14 above.

One of screens **184**(*a*) through **184**(*e*) will be triggered depending upon a determination of hours available for activity, Section **3.15**. Hours available for activity are determined as follows:

**3.15.1** Hours available for activity=14−(0.2 work hours per week)−(0.2 school hours per week)−TV hours per day)−(family hours per day)

One of screens **186**(*a*) through **186**(*e*) will be triggered as a consequence of the computation indicated in FIG. **6**(*i*), and concerning the activity support system possessed by the user. The activity support system can either help or hurt the user's abilities to reach the user's exercise goals, and consequently are important. As shown in FIGS. **6**(*i*) boxes **188**, various numerical quantities have been assigned to the information provided under Sections **2.22** through **2.26** (see FIG. **6**(*a*), and activity support box **90**). Based on the information provided above, and the numbers assigned as shown in box **188**, FIG. **6**(*i*), the activity support system is gauged on a scale of negative six to positive six (approximately). If greater than six activity, the support system is very good, if less than negative four the activity support system is very bad. Activity support system is calculated by adding up a number assigned for marriage (screen **188**(*a*)), partner support, friend support, employment, employer support, coaching support and faculty support.

A matter of importance in determining proper amount of exercise for the user of the system is also a determination of fitness level, which is indicated as box **42** on FIG. **3**, and is broken out in detail in FIGS. **7**(*a*) through **7**(*m*). When the user enters fitness **42**, the volume of oxygen consumed ($VO_2$) is determined. Generally cells will only work because they can get oxygen. There is a short period of time when they can exist without oxygen but its not life sustaining. The way oxygen gets to the cells is through the respiratory system and then the circulatory system. The efficiency of those systems determines how much oxygen can get to the cells over any given time. The volume of oxygen ($VO_2$) processed by the cells is determined over a period of time. When people take the $VO_2$ tests the amount of oxygen consumed is measured. The determination is generally done by measuring carbon dioxide and oxygen on its return to the machine. Volumetric result indicates how much oxygen is indeed processed and that automatically measures the efficiency of the respiratory system, and in turn the cardiovascular system. People process oxygen depending upon the various aspects of their training. For example, world class runners can process about 75 to 80 ml of oxygen per kilogram of body weight. Cardiac rehabilitation patients on the other hand can only process 17 ml. The average person is closer to the 17 than to the 80. Consequently, it is important to determine the $VO_2$.

FIG. **7**(*a*) shows four ways in which the invention determines training $VO_2$, including field test **190**, test results **192**, lab test **194**, and estimate from the biography **196**. FIG. **7**(*b*) shows a general overview of the calculation of cardiovascular fitness and paces from a determination of training $VO_2$, that is by determining max $VO_2$ **198** and age adjusted max $VO_2$ **200**. The specific flow charts setting forth the formulas for determining cardiovascular fitness **42** under Section **4** are set forth in FIGS. **7**(*c*) through **7**(*m*).

In order to determined training $VO_2$, FIG. **7**(*c*), the user may select on display **204** field test, a running race, a lab test, or an estimate from the bibliography. If field test is selected, FIG. **7**(*d*), display **206** allows the user to select from a one mile walk, a twelve minute run/walk, a 1½ mile run/walk, a twelve minute swim, a twelve minute cycle, or a twelve minute wheel chair push. After the user completes the selected exercise selected under display **206**, and enters either the time to walk the mile, the miles in twelve minutes, the time for the 1½ miles, the distance swam in twelve minutes, the miles cycled in twelve minutes, or the miles pushed in the wheel chair in twelve minutes, training $VO_2$ is determined in accordance with the formulas set forth on FIG. **7**(*d*) and FIG. **7**(*e*). The formulas used to determine training $VO_2$ from the walk, run, swim, cycle or push set forth below:

4.2.1 Training $VO_2$ from 1 mile walk =

$$\left[\frac{(2200\,D(\text{age}^{E})(6.95 + .009\text{ weight} - .0258\text{ age} + .596\,Z - .224\text{ Time} - .0115\,(\text{age} - 220))}{1.33\text{ weight}}\right]^{1.023}$$

$Z = 0$ or 1

$D = .262$ to 1417

$E = -1.808$ to .393

4.2.2 Training $VO_2$ from 12 minute run/walk $= 20.54\,(\text{miles}^{1.313})$

4.2.3 Training $VO_2$ from 1.5 mile run/walk =

$$.25\ [405.89\,(\text{time}^{-.912})]^{1.32}$$

4.2.4 Training $VO_2$ from 12 minute swim $= 17.54\,(2.72^{.00119\text{ yards}})$

4.2.5 Training $VO_2$ from 12 minute cycle $= 17.54\,(2.72^{.2377\text{ miles}})$

4.2.6 Training $VO_2$ from 12 minute wheelchair push =

$$19.10\,(\text{miles}^{1.313})$$

FIG. **7**(*f*) shows the computation if a running race is selected as shown in box **92** in FIG. **7**(*a*). Training $VO_2$ from the running race are determined in accordance

with the formulas set forth in FIGS. 7(*f*), 7(*g*) and 7(*h*), and are set forth as follows:

**4.3** Training $VO_2$ from a running race result=

**4.3.1**=360 ($time^{1.184}$)

**4.3.2**=407 ($time^{-1.203}$)

**4.3.3**=546 ($time^{-1.206}$)

**4.3.4**=997 ($time^{-1.226}$)

**4.3.5**=1082 ($time^{-1.230}$)

**4.3.6**=1977 ($time^{-1.254}$)

**4.3.7**=2081 ($time^{-1.255}$)

**4.3.8**=3952 ($time^{-1.259}$)

**4.3.9**=5189 ($time^{-1.254}$)

**4.3.10**=8624 ($time^{-1.247}$)

**4.3.11**=9448 ($time^{-1.246}$)

**4.3.12**=12693 ($time^{-1.248}$)

**4.3.13**=13687 ($time^{-1.249}$)

**4.3.14**=16695 ($time^{-1.253}$)

**4.3.15**=17591 ($time^{-1.254}$)

**4.3.16**=26297 ($time^{-1.268}$)

**4.3.17**=41585 ($time^{-1.268}$)

If lab test **194** is selected under fitness **42** (FIG. 7(*a*)), then, as shown in FIG. 7(*i*), the user is requested to enter whether the lab test is sub-max or max $VO_2$ **194** in order to determine whether the lab test results must be modified. If sub-max, then the number entered equals the training $VO_2$, if max, then the following formula applies:

$$\text{4.4.2 Training } VO_2 \text{ from Max } VO_2 \text{ lab test} = \frac{(\text{Max } VO_2)^{1.028}}{(1.33)}$$

If the user chooses to estimate from the autobiography **196** the training $VO_2$ (see FIG. 7(*a*)), this calculation is set forth in FIG. 7(*j*) and 7(*k*). The estimate from the autobiography **196** accounts for the various parameters set forth in box **197** on FIG. 7(*a*), namely the user's age, sex, weight, smoking, drinking, diet, sleep, stress, category, pattern, $VO_2$ weight coefficient, low/high median weight, whether the user is anorexic/obese. This information was inserted by the user in response to the autobiography Section **2**, under start **32** (see FIG. 3). This information is used to determined $VO_2$ coefficient (*f*) and (*g*), as set forth in FIG. 7(*j*), and then entered into the formula for determining training $VO_2$ as set forth in FIG. 7 (*k*) as follows:

4.5.1 Training $VO_2$ from biography estimate =

$$\left[\frac{34X(F\,\text{age} + G)}{1.33\ VO_2\ \text{wt coef} \times \text{smk} \times \text{drink} \times \text{diet} \times \text{sleep} \times \text{stress} \times \text{act wt} \times \text{act pat}}\right]^{1.028}$$

The formula was determined by mathematical analysis, and utilizes the variables **197** in order to calculate training $VO_2$.

Cardiovascular capacity is not identical to training $VO_2$, but rather depends upon max $VO_2$, together with an age adjustment, as set forth in FIGS. 7(*l*) and 7(*m*). Clearly, regardless of exercise, as a person ages, is $VO_2$ consumption is reduced, and thus an age factor must be entered into any proper and comparative exercise regime. The max $VO_2$ is determined from the training $VO_2$ in accordance with the following formula:

**4.6.1** Max $VO_2$=1.33 (training $VO_2^{0.973}$)

Max $VO_2$ **198** is then converted to age adjusted max $VO_2$ **200** utilizing the (d) and (e) values which depend from age, sex and weight, as set forth in boxes **207**(*a*) (male) and **207**(*b*) (female), determined in accordance with the formulas set forth in the formulas 7 (*d*) and 7 (*e*) above. Aged adjusted max $VO_2$, depending from variables (*d*) and (*e*) is determined in accordance with the following formula.



$$\text{4.7.1 Age Adjusted Max } VO_2 = \frac{\text{Max } VO_2}{D(\text{age}^E)}$$

As set forth in FIGS. 7(1), boxes **206**(*a*) through **206**(*d*), if age adjusted max $VO_2$ is greater than or equal to 47.4 and the user is male, or greater than or equal to 36.6 and the user is female, then the display indicates that the user's fitness level is excellent. From "good" to "needs to be improved" levels are set forth in boxes **206**(*b*) through **206**(*d*) of FIG. 7(*l*).

As set forth in FIG. 7(*m*), screen **208**(*a*) and **208**(*b*) state various information concerning paces for jogging, if jogging is part of the exercise program for the user. It must be understood that this system in distinct from those of the prior art which are generally solely for Jogging or running, since some **90** activities are involved, as further defined in greater detail below. However, since jogging is a usual and typical part of most activities, information is provided for the user, predicated upon certain formulas set forth in FIGS. 7(*m*) and below, to indicate to the user what the optimum aerobic pace, fastest aerobic pace, and slowest aerobic pace should be. This information is calculated and displayed on screens **210** and **212** respectively. The formulas are as follows:

**4.11.1** Slowest aerobic pace=135.07 (training $VO_2^{-0.762}$)

**4.11.2** Fastest aerobic pace=133.60 (training $VO_2^{-0.762}$)

**4.11.3** Optimum aerobic pace=137.45 (training $VO_2^{-0.762}$)

Now that this information has been inputted, and in order to complete the user profile, the user must enter and determine starting points **44** (FIG. 3). The starting points function **44** takes the level of effort that the user is currently expending—or feels he/she can safely expend—on a weekly basis and combines it with the fitness level **42** to determine "goal points" for the first, and subsequent weeks of activity. The program establishes a safe progression of effort that will assist the user in becoming consistent with the activity program.

Choices available for setting the starting points **44** are shown generally, by overview, on FIG. 8(*a*), and comprise estimate from autobiography **214**, activity pattern **216**, and typical week **218**. The flowchart for this selection is set forth on FIG. 8(*b*).

If the user selects the estimate from autobiography **214**, the determination of starting points is arrived in accordance with the formulas set forth on FIGS. 8(*c*) and 8(*d*). Information for this computation is received from various section above, as shown in box **214**. [ACSM mean American College of Sports Medicine, which sets forth exercise guidelines for minimum and maximum exercise which has been used, as set forth herein, as a partial basis for the activity point system.] The formulas shown in FIGS. 8(*c*) for determining ACSM max and min points) are combined with the formula in FIG. 8(*d*) to determine the starting points from autobiography:

5.1.1.5.3 *ACSM* Max Points =

-continued

$$\frac{.01638(\text{weight coef}) \times (\text{weight}) \times (\text{coef.ath.level})}{\text{training } VO_2^{-1.524}}$$

5.1.1.6 *ACSM* Min Points =

$$\frac{.00177(\text{weight coef}) \times (\text{weight}) \times (\text{coef.ath.level})}{\text{training } VO_2^{-1.524}}$$

Weight Coef. = .934 to 1.040 (see box 218, FIG. 8(c))
Coef.ath.Level = 1.10 to 1.57 (see box 220, FIG. 8(c))

After completion of the ACSM Min and Max points (FIG. **8**(*c*), the starting points are estimated in accordance with the formula set forth in FIG. **8**(*d*), as follows:

**5.1.1.7** Estimate Starting Points from Autobiography=0.10395ACSM max pts[$2.718^{0.0753}$(12+VO2-cat.+time+supprt+spath]spath level=0.95 to 7.69

If starting points **44** is determined by typical week **218**, resort must be had to determining the coefficients of activity, set forth in FIG. **8**(*g*). These coefficients have been determined by me based on literature of metabolic expenditure or metabolic rate during these activities. Consequently, they depend from intensity; assuming the same intensity across the board, the coefficients of activity (FIG. **8**(*g*)) are rated based upon the highest effort required.

Effort required and the coefficients of activity (FIG. **8**(*g*)) are only a portion, albeit critical, of the overall exercise picture. In the case of starting points **44** being determined by activity pattern **216**, it is important to include a coefficient for the type of activity **220**, coefficient of athletic level **22**, with coefficient **224** and rating of perceived exertion ("RPE") **226**. These are based on answers and information supplied by the user, the source of which is identified in box **228**. Starting points from activity pattern **216** are determined in accordance with ,the formula set forth in FIG. **8**(*e*), as follows:

5.1.2.3 Starting Points from Activity Pattern =

$$\frac{RPE^{.432}(\text{day/wk} \times \text{min/day} \times \text{c.type act} \times \text{wt coef} \times \text{c.a.level} \times \text{wt})}{41218(\text{training } VO_2^{-1.524})}$$

If typical week **218** is selected for determining starting FIGS. **8**(*a* and *f*). Calculations are made for general activity starting points **228**, bike starting points **230**, swimming starting points **232**, and running, walking, wheelchair push, treadmill starting points **234**, and summed **236** to give total starting points.

5.1.3.1 General Activity Starting Points =

$$\frac{RPE^{.432}(\text{Time} \times \text{wt coef} \times \text{coef ath level} \times \text{wt} \times \text{coef act})}{41218(\text{training } VO_2^{-1.524})}$$

5.1.3.2 Bike Starting Points = .0343 wt coef ×

$$\text{coef ath level}\left[\frac{(\text{weight}(\text{miles}^4)(137.45(\text{tng } VO_2^{-.762}))^2}{\text{Time}^3}\right]^{1.00868}$$

5.1.3.3 Swimming Starting Points =



-continued

$$\frac{18319(\text{training } VO_2^{-.762})\text{wt coef} \times \text{coef ath level} \times \text{sex wt factor}\dfrac{.1}{\left[1 - \dfrac{137.45 \text{ miles}(\text{tng } VO_2^{-.762})}{\text{Time}}\right]^{.97}} \cdot \text{weight}}{\text{Time}^2}$$

5.1.3.4 Running, walking, wheelchair push, treadmill Starting

$$\text{Points} = \frac{.0057 \text{ miles} \times \text{wt coef} \times \text{wt coef ath level} \times \text{coef activity}}{\text{training } VO_2^{-.762}}$$

As shown on FIG. **8**(*i*) starting points, whether they are determined from an estimate from the autobiography **214**, from the activity pattern and response to question number **17** (in which the user has imputed the kinds of activities and levels he's involved in), or based on a typical week **218**, FIG. **8**(*a*), it's point ranges then set forth, based on the ACSM max/min points, screen **236** and FIG. **8**(*i*), and the recommended goal for the first week is set forth in screen **238** on FIG. **8**(*i*), from the starting points.

"ACSM" refers to the American College of Sports Medicine (ACSM) which issued suggestions for minimum activity. However, ACSM did not use the variables of the individual, the activity, or the environment for determining these numbers. ACSM simply said that a person should work between 20 minutes, three times a week to one hour, five times a week. By the foregoing equations, these values have been converted to pinpoint the individual's specific exercise program.

Progress or point progression **46** can then be selected by the user, as shown in FIG. **3**. If the user, immediately after completing the starting point **44**, presses the escape **28** (FIG. **2**) and moves the cursor to the right using cursor control **26**, the user will enter progress **46**. If the user presses enters progress **24**, the user will then enter the point progression Section **6** (FIG. **9**(*a*)). The point progression section tells the user in screen **240** (FIG. **9**(*b*)) that the operation of the progression can now be used thereby using the program as a monitor. Under the program, the user may choose between a progression program set by the computer, or his own desired progression, or a coach's assisted progression. Thus, decision box **242** in FIG. **9**(*b*) provides the selection. The "mentor" progression **244** and the "own/coaches" program **246** are set out in general terms in FIG. **9**(*a*). If the user chooses progression **244**, the user may see a weekly point progression for weekly monitoring, based on daily entries, or a ten year point progression, boxes **248** and **250** respectively in FIG. **9**(*a*). Thus the user may preview the program, even over a ten year period. It must be understood that as the user progresses through a consistent activity, the user's basic variables will change and therefore the program is continually adjusted, just as a coach or physiologist would adjust the program based on progress. Consequently if the user has selected the progression program **244**, the schedule is set into the computer to be used for weekly goal points.

The next decision after selection of progression **244** or program **246**, is decision box **252**, on FIG. **9**(*c*), which allows the user to determine whether a weekly program is sought to be reviewed or a ten year program is sought to be reviewed. As is shown in box **254** in FIG. **9**(*c*), the week number point determination is based

upon the variables of the starting point and the "TYPI" the ten year point increase The formulas for these determinations are set forth in FIG. **9**(*c*) and repeated below:

Section 6 Point Progression

6.1.1 Weeks 2–25 = Starting Points + $A(TYPI)$

$A$ = .014 to .128

$TYPI$ = 28.81 (starting points$^{.574}$)

Week #1 = $SP$

Weeks #13 & 26 = 0

6.2.1 Points at end of years 1 to 10 =

starting points + $B$ (starting points$^{.574}$)

$B$ = 8.96 to 28.81

The information previewed and provided pursuant to Section **6**, is merged under the diary section, which includes the daily use, most typically used by the user after completion of the start **32** (FIG. **3**). As stated above, start **32** is utilized to initialize the system to the particular parameters of the user. Consequently at this juncture, the system has been set to the user's individual and independent needs and exercise regime, the program points have been established, and the user can then move the cursor to the diary section and press enter, at which point the day, date and day of the week will be displayed. The user may then press enter again, at which point the user will be able to choose between recovery indicators **48**, daily points **50**, daily status **52**, and end of week **54** (FIG. **3**).

General overview for the diary **34** and recovery indicators **48** are set forth on FIG. **7**(*a*), and the flow charts for recovery indicators **48** (Section **7**) as set forth in FIGS. **10**(*b*) through **10**(*d*). The recovery indicators, as their name implies, are indicators of recovery from recent challenge or stress. They are predicated upon research, and include the morning heart rate which the user gauges before getting out of bed (box **256**, FIG. **10**(*a*)), the morning body weight nude, after the user voids and before eating (box **258**, FIG. **10**(*a*)), and the user's subjective evaluation of how many hours the user believes were slept (box **260**, FIG. **10**(*a*)). These pieces of information are all analyzed, and based on a running average, the daily indicators are compared with the average indicators. If the daily indicators indicate a normal range, the user is given a message essentially stating that the recovery indicators are normal. If one recovery indicator is abnormal the user is advised to take it easy, if the user feels that he should. If two recovery indicators are abnormal the user is asked to plan an easy day, and if three recovery indicators are abnormal the user is asked to take the day off. This recovery indicator response **262** is chosen from the four choices **262**(*a*) through (*d*), FIG. **10**(*a*). Heart rate calculation is set forth in FIG. **10**(*b*), rate ratio on FIG. **10**(*c*), and sleep ratio on FIG. **10**(*c*) through **10**(*d*). The particular outcomes set forth as **262**(*a*) through (*d*) on FIG. **10**(*a*) are set forth at the bottom of FIG. **10**(*d*), and are determined under the formulas set forth in **10**(*b*), (*c*) and (*d*), and repeated as follows:

**7.1.1** Heart Rate Ratio = Today's heart rate/total heart rate/14% above normal = heart rate ratio − 1

**7.2.1** Weight Ratio = Today's weight/total weight/14% below normal = 100 (1 − weight ratio)

**7.3.1** Sleep Ratio = Hours slept last night/total hours slept/14% below normal = 100 (1 − sleep ratio)

After one completes the recovery indicators **48**, the next section, Section **8**, is daily points **50** in FIG. **3**, set forth in FIGS. **11**(*a*) through **11**(*l*). Daily points **50** is a critical part of the whole program because this is the section that the user is involved in consistently, (along with the recovery indicators), to evaluate the user's daily effort and compare that effort against his goals. The variables in this section, set forth in FIG. **11**(*a*), are age, sex, weight, a coefficient of weight, a coefficient of activity, a coefficient of age, a coefficient of environment, a coefficient of unusual activity, a coefficient of continuous activity, training $VO_2$, coefficient of intervals, a rating of perceived exertion ("RPE"), and duration of activity. From these variables, which are put into a series of complex formulas set forth in the flow charts in FIGS. **11**(*b*) through (*k*), the user can evaluate the effort of over 90 different activities for himself as an individual in many different types of environments. From the variables listed in FIG. **11**(*a*), general activity points **264**, bike points **268**, swim points **270** and remaining run/walk, race/walk, push, treadmill points **272** are added together to form total daily points **274**, pursuant to the formula set forth in the remaining portion of FIG. **11**(*c*) through **11**(*l*), and repeated at length below:

8.1.1 Coef of Age =

5–25 yrs., male .019 age + .51

24–41 yrs., male − .001 age + 1.038

42–60 yrs., male − .0073 age + 1.265

61–100 yrs., male − .015 + 1.763

For female multiply all above by .93

8.1.2.6 Coef of Elevation =

≦ 28 days = .309 (elevation$^{.143}$)

> 28 days = .658 (elevation$^{.051}$)

8.1.5 General Activities Daily Points =

$$\frac{.00001(\text{time}^{1.073})(RPE^{.9})\text{wt} \times \text{coef act} \times \text{wt coef} \times \text{coef environment} \times \text{coef unusual act} \times \text{coef continuous act}}{\text{coef age}(\text{training } VO_2^{-1.58})}$$

8.2 Biking Daily Points =

$$\frac{637.7^{4.108}(\text{training } VO_2^{1.537})(\text{weight}^{1.009})\text{wt coef} \times \text{coef environment} \times \text{coef unusual act} \times \text{coef continuous act}}{\text{coef age}(\text{time}^{3.026})}$$

8.3.1.1.2 Coef of Internal =

.536 coef recovery (repetition × interval distance$^{.037}$)

8.3.1.1.3 Swimming Daily Points =

$$\frac{16429(\text{miles}^{3.073})\text{wt}(\text{training } VO_2^{-.762})\text{wt coef} \times \text{coef environment} \times \text{coef unusual act} \times \text{coef continuous act} \times \text{coef interval}}{\text{coef age}[\text{time}^2 - 119(\text{miles}^{.97})(\text{time}^{1.03})(\text{training } VO_2^{-.739})]}$$

8.4.1.2 Coef Tempo = 1.47(miles$^{-.130}$)

8.4.1.3 Coef Race = 3.01(miles$^{-.355}$)

8.4.1.5 Run, Walk, Push, Race/walk, Treadmill, Daily Points =

-continued

$$\frac{212.2(\text{miles}^{3.073})(\text{training } VO_2^{-.762})\text{coef act} \times \text{wt coef} \times \text{wt coef environment} \times \text{coef unusual act} \times \text{coef continuous act} \times \text{coef fartlek} \times \text{coef tempo} \times \text{coef race} \times \text{coef interval}}{\text{coef age}(\text{time}^2)}$$

The information determined via the foregoing formulas is entered and compared under daily status **52**, Section **9**, set forth in FIGS. **12**(*a*) through **12**(*f*). Under daily status **52**, the user is given an understanding of the comparison between the daily points reached against the weekly goals, set forth in box **276** in FIG. **12**(*a*) and box **278** in FIG. **12**(*a*), and the points remaining for the week are determined and set forth via box **280**, and then broken down by individual activities selected from the group of **90** activities above, as shown in FIG. **12**(*b*). At this point the user is also provided information with respect to overtraining. If more than 25% of the weekly goal is obtained in one day, the user is advised to take the next day easy.

The computations for the comparison between points achieved for the day and total points and miles and the like remaining are set forth in FIGS. **12**(*c*) through **12**(*f*), and this daily status determination is also set forth below:

9.4 Calories Today $= 30.66$ total daily points$(\text{training } VO_2^{-.537})$

9.5 % Weekly Goal $= 100$ total points today/weekly goal

9.9 Calories This Week $=$

$$30.66 \text{ total points this week}(\text{training } VO_2^{-.537})$$

9.13.1 Time Remaining General Activity $=$

$$\left(\frac{\text{points remaining}(\text{training } VO_2^{-1.58}) \times \text{coef age}}{.000039 \times \text{weight} \times \text{coef act} \times \text{weight coef}}\right)^{.932}$$

9.14.1 Bike Miles Remaining $=$

$$\left[\frac{\text{points remaining}^{4.026} \times \text{coef age}}{6.377(\text{weekly points per minute}^{3.026})(\text{training } VO_2^{1.537})(\text{wt}^{1.009})}\right]^{.243}$$

9.15.1 Swimming Miles Remaining $=$

$$\frac{\text{points remaining}^3 \times \text{coef age}}{23940(\text{training } VO_2^{-.762})\text{wt} \times \text{wt coef} \times (\text{wkly pts per min})^2}$$

9.16.1 Run, Walk, Push, Race/walk, Treadmill Miles

$$\text{Remaining} = \frac{\text{points remaining}^3 \times \text{coef age}}{212.2 \text{ wt}(\text{weekly points per minute}^2)(\text{training } VO_2^{-.762})\text{contact} \times \text{coef wt}}$$

At the end of each week the weekly goals are reviewed and new goals set for the following week, based upon the total points achieved through the week, via diary **34** in entry and week **54**, as set forth in FIGS. **13**(*a*) through **13**(*c*). The simple mathematical calculations are set forth in **13**(*b*) and (*c*), and allow the user to know if the goals have been achieved, the total points reached for the week, total time for the week, the points per minutes for the week, the calories for the week and the overall percent of the weekly goals reached. Depending upon that percent of the weekly goal, user is given advise on what his weekly goal points should be for the following week. If the user has gone within approximately 5% of the user's weekly goal, the user goes on to the weekly points for the next week that his coach, or he, himself, or the program has suggested for him. If he goes under his goal, then the user is asked to go back or redo a certain week. If the user goes over his goal, the user is told to go on to the next week but his weekly goal points include the additional points he obtained from the week before.

The last Sections **11**, and **12** through **15**, comprise calculator **36** and set **38** set forth in FIG. **14**. As their names imply, calculator **36** allows time/pace function and standard math functions, and set **38** allows the user to set the time **56**, the date **58**, switch to English units **60** or the metric units **62**.

It is to be understood that the foregoing preferred embodiment shall not be a limitation of the full scope of the invention, but are merely one method of practicing the invention. Other, further and different methods for practicing the invention are included within its scope.

I claim:

**1**. A method for scheduling and monitoring physical activities of an individual over an interval of time to tend to achieve progressively improved levels of fitness, while minimizing the individual's chance of injury and loss of fitness, the interval of time extending a plurality of multiday calendar periods, the method comprising the steps of:

(a) displaying on a display output of a data processing system a plurality of biographic/fitness-level prompts adapted to elicit biographic/fitness-level data from an individual for calculating a starting-fitness-level fitness-level point total for the individual, the starting-fitness-level fitness-level point total representing an estimate of an amount of physical activity which if performed by the individual over the course of a multiday calendar period would tend to improve the fitness level of the individual;

(b) calculating a sequence of fitness-level-progression point-total preliminary goals for the individual with the data-processing system from biographic/-fitness-level data entered into the data-processing system in response to the biographic/fitness-level prompts, each of the sequence of fitness-level-progression point-total preliminary goals corresponding in turn to one of the multiday calendar periods, with the fitness-level-progression point-total preliminary goal corresponding to the initial multiday calendar period being the starting-fitness-level fitness-level point total, a fitness-level point-total goal for the initial multiday calendar period being defined to be the starting-fitness-level fitness-level point total, the fitness-level-progression point-total preliminary goals generally differing one from another and representing estimates of amounts of physical activity which if performed by the individual in the corresponding calendar periods in sequence would tend to result in progressively improved levels of fitness for the individual;

(c) for each of a plurality of days in a multiday calendar period, displaying on the display output of the data-processing system a plurality of daily-physical-activity-accomplishment prompts adapted to elicit daily-physical-activity accomplishment information from the individual, the daily-physical-

activity accomplishment information including an identification of each type of a plurality of types of physical activity engaged in during the day by the individual and, for each type of physical activity so identified, the time and intensity of the physical activity carried out during the day;

(d) for each of such plurality of days in such multiday calendar period, calculating a daily fitness-level point-total with the data-processing system from daily-physical-activity accomplishment information entered into the data-processing system in response to the daily-physical-activity accomplishment prompts for that day in accordance with predetermined fitness-benefit formulas, the daily fitness-level point total being representative of the cumulative physical benefits of the various specific types of physical activity engaged in by the individual for that day;

(e) for each of such plurality of days in such multiday calendar period, calculating with the data-processing system a fitness-level-points-remaining difference between a cumulative sum of the daily fitness-level point totals calculated for days to date during the multiday calendar period and a fitness-level-point-total goal defined for the calendar period and displaying fitness-level-points-remaining data on a display output of the data-processing system;

(f) for each of such plurality of days in such multiday calendar period, calculating comparison data between the daily fitness-level point total for that day and the fitness-level point-total goal for the calendar period with the data-processing system, and, in the event the comparison indicates that the daily fitness-level point total is excessive relative to a predetermined limit fraction of the fitness-level point-total goal, displaying a caution message on the display output of the data-processing system to minimize the individual's chance of injury and loss of fitness, the caution message cautioning against excessive activity by the individual;

(g) in correspondence with the conclusion of each multiday calendar period, generating with the data-processing system a new fitness-level point-total goal defined for the following multiday calendar period, the new fitness-level point-total goal being based on the fitness-level-progression point-total preliminary goal corresponding to such following multiday calendar period as possibly modified in accordance with an outcome of a comparison carried out in the data-processing system between a cumulative sum of the daily-fitness-level point totals for the multiday calendar period just concluded and the fitness-level point-total goal for such calendar period, so that in the event the cumulative sum of the daily-fitness-level point totals for the calendar period just concluded substantially equals or exceeds the fitness-level point-total goal for such calendar period, the new fitness-level point-total goal is defined to be a value which generally equals or exceeds the fitness-level-progression point-total preliminary goal for the following calendar period to tend to induce progressive improvement in the level of fitness of the individual, and, in the event the cumulative sum of the daily-fitness-level point totals for the calendar period just concluded is significantly lower than the fitness-level point-total goal for such calendar period, the new fitness-level point-total goal is defined to be a value which is generally lower than the fitness-level-progression point-total preliminary goal for the following multiday calendar period; and

(h) displaying the new fitness-level point-total goal for the multiday calendar period on the display output of the data-processing system.

* * * * *

# EXHIBIT 7

US005435799A

# United States Patent [19]

Lundin

[11] Patent Number: 5,435,799
[45] Date of Patent: Jul. 25, 1995

[54] **CIRCUIT TRAINING EXERCISE APPARATUS**

[75] Inventor: **Christopher B. Lundin**, Newark, Del.

[73] Assignee: **Physiq, Inc.**, Bellmawr, N.J.

[21] Appl. No.: **80,765**

[22] Filed: **Jun. 24, 1993**

[51] Int. Cl.[6] ........ **A63B 71/00**
[52] U.S. Cl. ........ **482/8**; 482/1; 482/130; 482/901; 73/379.01
[58] Field of Search ........ 482/1, 4–8, 482/96, 130, 900–902; 128/25 R, 25 B; 364/413.02; 73/379.01; 601/23

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,408,613 | 10/1983 | Relyea | 482/8 X |
| 4,566,461 | 1/1986 | Lubell et al. | 482/8 X |
| 4,817,940 | 4/1989 | Shaw et al. | 482/901 X |
| 4,828,257 | 5/1989 | Dyer et al. | 482/901 X |
| 4,911,438 | 3/1990 | Van Straaten | 482/130 X |
| 4,998,725 | 3/1991 | Watterson et al. | 482/8 X |
| 5,018,726 | 5/1991 | Yorioka | 482/902 X |
| 5,158,093 | 10/1992 | Shvartz et al. | 482/8 X |

*Primary Examiner*—Joe H. Cheng

*Attorney, Agent, or Firm*—Norman E. Lehrer; Jeffrey S. Ginsberg

[57] **ABSTRACT**

An exercise apparatus includes the combination of a multipurpose exercise machine capable of allowing a person to perform a number of different anaerobic exercises thereon and an aerobic exercise machine such as a stair climber, treadmill, bicycle or the like associated therewith. A program computer is mounted on one of the machines so as to be readily accessible to the person exercising. The computer includes a memory which has a plurality of exercise programs stored therein which can be selected by the user. Once a particular program is selected, the computer causes a display to advise the user as to which particular exercise is to be performed and for how long. The computer indicates the conclusion of the particular exercise time and the beginning of a transition time where the user is to move on to the next exercise which is then timed and the process continues throughout the exercise program. The transition times can be selectively shortened or lengthened to accommodate beginner, intermediate or advanced users and a plurality of displays provide information to the user relating to his or her exercise program.

**34 Claims, 3 Drawing Sheets**






*Fig. 1a*




*Fig. 1b*




*Fig. 5*



*Fig. 2*


34
40
16
30
ON OFF
RESET
START STOP
LEVEL ABC
PROGRAM
TRANSITION EXERCISE
STATION TIME
42
38
STATION
TOTAL TIME
46
44
PROGRAM
LEVEL
SKIP
28
32
36

*Fig. 3*


MEMORY SELECT SWITCH
28
TRANSITION TIME SELECT SWITCH
32
PROGRAM NUMBER DISPLAY
30
22
PROGRAM MEMORY 1
TRANSITION TIME SELECTED DISPLAY
34
24
PROGRAM MEMORY 2
CPU
STATION NUMBER DISPLAY
36
26
PROGRAM MEMORY 3
38
40
TIME REMAINING DISPLAY
TRANSITION
EXERCISE
42
20
TOTAL EXERCISE TIME DISPLAY
46

*Fig. 4*

| STATION NO. | STATION | LEVEL "C" TRANSITION TIME | EXERCISE TIME | TOTAL TIME |
|---|---|---|---|---|
| 1 | Stairclimber/Aerobic | 0:10 | 2:00 | 2:10 |
| 2 | Pullovers | 0:15 | 0:24 | 2:49 |
| 3 | Lat Pull-downs | 0:10 | 0:24 | 3:23 |
| 4 | Stairclimber/Aerobic | 0:10 | 2:00 | 5:33 |
| 5 | Chest Fly | 0:15 | 0:24 | 6:12 |
| 6 | Reverse Fly | 0:10 | 0:24 | 7:46 |
| 7 | Stairclimber/Aerobic | 0:10 | 2:00 | 9:56 |
| 8 | Crunch | 0:15 | 0:24 | 10:35 |
| 9 | Under Arm Pull | 0:10 | 0:24 | 11:09 |
| 10 | Stairclimber/Aerobic | 0:10 | 2:00 | 13:19 |
| 11 | Squat | 0:15 | 0:24 | 13:58 |
| 12 | Calf Raise | 0:10 | 0:24 | 14:32 |
| 13 | Stairclimber/Aerobic | 0:10 | 2:00 | 16:42 |
| 14 | Sit-up | 0:15 | 0:24 | 17:21 |
| 15 | Leg Curl | 0:10 | 0:24 | 17:55 |
| 16 | Stairclimber/Aerobic | 0:10 | 2:00 | 19:05 |
| 17 | Military Press | 0:15 | 0:24 | 19:44 |
| 18 | Pull-up | 0:10 | 0:24 | 20:18 |
| 19 | Stairclimber/Aerobic | 0:10 | 2:00 | 22:28 |
| 20 | Upright Row | 0:20 | 0:24 | 23:12 |
| 21 | Tricep Extension | 0:15 | 0:24 | 23:51 |
| 22 | Stairclimber/Aerobic | 0:10 | 2:00 | 25:01 |
| 23 | Bicep Curl | 0:15 | 0:24 | 25:40 |
| 24 | Back Extension | 0:15 | 0:24 | 26:19 |
| 25 | Stairclimber/Aerobic | 0:10 | 3:41 | 30:00 |

# CIRCUIT TRAINING EXERCISE APPARATUS

## BACKGROUND OF THE INVENTION

The present invention is directed toward an exercise apparatus and, more particularly, toward such an apparatus which is particularly useful in circuit training.

Circuit training is a time-efficient method of training during which a group of exercises are performed in a specified order with predetermined work-rest ratios. These exercises can be strictly anaerobic (strength training) or can be a combination of strength training and aerobic training. While both alternatives have been shown to elicit measurable training effects, research has determined that the latter, which alternates between anaerobic and aerobic exercise, is the most beneficial in regard to the development of both cardiovascular and muscular fitness.

As is known in the art, the key to successful circuit training is to exercise at an intensity that elevates and maintains an exercise heart rate within one's target heart rate zone. In order to do so, it is important that the work-rest ratios be established in such a manner as to allow enough transition time between exercises to make the necessary adjustments to the equipment and/or changes between exercises but not so much that the exercise heart rate dips below the lower limit of the prescribed target heart rate zone.

The ratio between the number of anaerobic and aerobic exercises also plays an important role in combination circuit training. If one's goal is to develop a balance between cardiovascular and muscular fitness, the ratio should be 1 to 1 (one anaerobic exercise to one minute of aerobic exercise) or 2 to 2. If the goal is geared toward cardiovascular fitness, the ratio should favor aerobic exercise 1 to 2 (one anaerobic exercise to two minutes of aerobic exercise). Conversely, if the primary goal is anaerobic, the ratio should favor anaerobic exercise 2 to 1 (two anaerobic exercises to one minute aerobic exercise).

Heretofore, circuit training has been confined to fitness clubs where 15 to 30 individual stations have been used with a predetermined start and finish station and an instructor, speaker or light system which is used to move multiple people through a circuit system. In order to ensure that every person moves to the next station at the same time, the time allowed at each station must be identical and the amount of time needed to move to the next station and set it up (transition time) must also be identical. It is well known, however, that people move at different speeds and that the amount of time exercised by one person may not be right for the next person. Obviously, with such an arrangement, one person improperly performing or delaying his movement from one station to another will interfere with the entire circuit training for everyone.

Various home gyms available on the market have categorized their systems as circuit trainers and have promoted circuit training. None, however, has provided either a machine capable of adapting to circuit training and/or a timing system to control the transition time between exercises, the exercise time and the total elapsed time. This is particularly important since, as pointed out above, different people have different capabilities and this must be allowed for in the transition time and exercise time and intensity.

## SUMMARY OF THE INVENTION

The present invention overcomes the problems of the prior art and provides a home-type gym or exercising machine which allows for true circuit training. According to the invention, exercise machines or apparatuses are provided which include and/or can be converted into a plurality of different exercise stations wherein a plurality of different anaerobic exercises and at least one aerobic exercise can be performed. The apparatus also includes a program board with a computer therein and a user-friendly monitoring system for guiding the user through a selected exercise program. The computer includes a memory which has a plurality of exercise programs stored therein which can be selected by the user. Once a particular program is selected, the computer causes a display to advise the user as to which particular exercise is to be performed and for how long. The computer indicates the conclusion of the particular exercise time and the beginning of a transition time where the user is to move on to the next exercise which is then timed and the process continues throughout the exercise program. The transition times can be selectively shortened or lengthened to accommodate beginner, intermediate or advanced users and a plurality of displays provide information to the user relating to his or her exercise program.

## BRIEF DESCRIPTION OF THE DRAWINGS

For the purpose of illustrating the invention, there is shown in the accompanying drawings one form which is presently preferred; it being understood that the invention is not intended to be limited to the precise arrangements and instrumentalities shown.

FIGS. **1***a* and **1***b* are side elevational views of exercise apparatuses capable of permitting a user to perform a plurality of anaerobic and aerobic exercises;

FIG. **2** is a diagrammatic representation of the computer program hoard of the invention;

FIG. **3** is a schematic representation of the program computer;

FIG. **4** represents a sample exercise program for use with the invention, and

FIG. **5** is a perspective view showing the manner in which the computer program board attaches to the exercise apparatus.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring now to the drawings in detail wherein like reference numerals have been used throughout the various figures to designate like elements, there is shown in FIGS. **1***a* and **1***b* circuit training exercise apparatuses constructed in accordance with the principles of the present invention and collectively designated generally as **10**. The apparatuses **10** are comprised essentially of three major components: a first exercise machine **12**, a second exercise machine **14** and a program board **16** mounted on the first machine **12** so as to be accessible by a person utilizing the machine.

Exercise machine **12** is a multi-purpose machine which permits a person utilizing the machine to perform a plurality of different anaerobic exercises thereon. This is a known device which is shown and described, for example, in U.S. Pat. No. 4,911,438.

As is well known in the art, the person utilizing the anaerobic exercise machine **12** can arrange his or her body in various different orientations on the bench **18**

and utilizing ancillary devices arranged in relation to the bench **18**, can perform a number of different exercises such as pullovers, lat pull-downs, chest fly, reversed fly, leg curls, bicep curls, etc. It is, of course, sometimes necessary to rearrange the bench **18** and the auxiliary equipment in order to perform each exercise. Each rearrangement of the equipment for the performance of a particular exercise may generally be referred to as a station. At any particular station, it may be possible to perform more than one anaerobic exercise. However, for convenience, each particular exercise may be referred to herein as a station.

The foregoing is by way of example only. The present invention may also be useful with other multi-purpose type anaerobic exercise machines wherein the user can move to or rearrange the machine to different stations. It may also be possible to utilize the present invention with a plurality of distinct single purpose type machines which are arranged in very close proximity to each other. For convenience, however, even a plurality of distinct machines arranged together may be referred to herein as a single machine.

The second exercise machine **14** is commonly referred to as a stair climber and is per se well known in the art. The stair climber **14** allows a person to perform an aerobic exercise when utilizing the same.

Although the exercising apparatus is illustrated with a stair climber **14**, this is by way of example only. Other types of aerobic machines such as a treadmill, a stationary bicycle or the like could similarly be utilized. Furthermore, the aerobic exercise machine **14** may be physically attached to the first machine **12**.

The program board **16** is the heart of the present invention and is mounted on the first exercise machine **12** so as to be readily visible to and accessible by a person utilizing the machines. As will be apparent to those familiar with equipment of this class, program boards per se are not new. Prior boards, however, were merely mechanical devices which included a plurality of interchangeable cards or charts which described a series of different exercises, commonly referred to as an exercise program.

The program board **16** includes a display area thereon which is shown most clearly in FIG. **2** and includes a computer therein which is shown schematically in FIG. **3**. As mentioned above, an exercise program is a prearranged group or series of exercises. For proper circuit training, each group should include a plurality of anaerobic exercises intermingled with at least one aerobic exercise repeated throughout the program. A well-defined exercise program includes not only the specific series of exercises but also the amount of time that the exercise must be performed and the transition time between exercises. The transition time must, of course, be long enough to allow a user to move from one station to the next which may also entail rearranging the equipment in order to be capable of use for a particular exercise but must not be of such duration to allow the person's exercise heart rate to dip below the lower limit of his prescribed target heart rate zone. Normally a beginner will need more transition time while a more advanced person will require and should, therefore, be allocated less transition time.

The heart of the computer shown in FIG. **3**, which essentially controls all of the operations thereof, is the central processing unit **20**. A plurality of memory devices or addresses such as shown at **22**, **24** and **26** are provided for storing a plurality of different exercise programs. While only three such memory means are shown in FIG. **3**, it should be readily apparent that a much larger number and preferably more than ten can be included.

Stored in each of the program memories is information representing a different but identifiable exercise program. This program is a prearranged series of a combination of anaerobic and aerobic exercises. The information which is stored includes not only the specific exercises but the time duration for each specific exercise and information relating to the transition times between exercises (although this can be changed as indicated below). The information relating to the exercise itself may be merely a number representing a particular exercise, a name of the exercise or a symbol or design or the like illustrating the exercise. If merely a number is used, the user may also be provided with an exercise chart for each program which illustrates and/or explains each exercise corresponding to each number.

One or more memory or program select switches such as shown at **28** in FIGS. **2** and **3** can be used for selecting the particular exercise program from the different memory locations. The particular exercise program selected will be displayed on display **30**, preferably by indicating the number of the program which has been selected.

The transition time between exercises (i.e. between stations) can also be selected by utilizing the transition time select switch **32**. Preferably, three different transition times can be stored in the computer which may represent the proper times for a beginner, intermediate and advanced user. The display **34** in the upper portion of the display **30** can be utilized to indicate the selected transition time. This can be done, for example, by flashing either the letter "A" for beginner, "B" for intermediate or "C" for advanced.

As the selected exercise program progresses, the number of the particular exercise currently required to be performed is displayed on the display **36**. In lieu of a number or in addition thereto, the name of the exercise or a symbol or design or the like representing the exercise could be displayed.

The amount of time allocated within the selected program for a particular exercise or station and for the current transition time is displayed in the time display **38**. Display **38** starts with the full allocated amount of time and counts down to zero. Displays **40** and **42** located at the top of display **38** indicate whether the time being counted is the transition time or exercise time, respectively. It is also possible to utilize colored lights to indicate to a user when a particular exercise is to begin and when it is to be ended. Thus, a green light could indicate that an exercise is to begin while a red light would indicate that it is over. Similarly, the red light would then indicate the beginning of a transition time while the green light would indicate the end of the transition time. In lieu of these lights or in addition thereto, the beginning and end of each of these time periods could be announced audibly through speaker **44** by various tones such as beeps and/or bongs. It is also within the scope of this invention to have other information such as a description of the particular exercise within the program announced audibly through the speaker **44**.

The total amount of exercise time which has been accumulated during a program can be shown in the display **46**. The display area of the board **16** may also

include a standard clock and a number of other switches for turning the computer on and off, for resetting the same, for temporarily pausing a program or for skipping a particular exercise. Implementing these commands could, of course, be easily accomplished through the use of the central processing unit **20**.

So that the program board **16** can be seen by the user of either the exercise machine **12** or the stair climber **14**, it is preferable to have the same be mounted so as to be rotatable on the forward vertical support **50** of the machine **12**. As shown in FIG. **5**, this can be easily accomplished by having the program board **16** mounted for rotation about the vertical pin **52** which extends between the bottom **54** of the board and the cross bar **56** at the top of the support **50**. In order to rotate the board **16**, the same is lifted slightly and then rotated around 180°. The board is then lowered back into place wherein the curved surface **58** of the underside of the support **54** rests on the bar **56** in order to maintain the board in position.

The present invention is utilized in the following manner. After the program computer **16** is turned on, the user selects the desired program by pushing the switch or switches **28** until the selected program number appears in the display **30**. The selected program may be, for example, the program shown in FIG. **4**. After the desired program is selected, the user then pushes the level button **32** to select the beginner, intermediate or advanced transition time. Thereafter, the user may push the start button **50**.

The display on the program board will then show that, for example, the user should be at station **1** for the stair climber aerobic exercise and that he has a transition time of 10 seconds to get there and begin exercising. The exercise duration for the first stair climber aerobic exercise is 2 minutes. Thus, after the 10 seconds times out as shown at display **38**, the transition light **40** will turn off and the exercise light **42** will turn on. There would then be a 2-minute time indicated on display **38** which will begin counting down.

Since the user may not have the program board **16** in view, a green light may be used and/or an audible signal from the speaker **24** could advise the user that it is time to begin exercising on the stair climber. Similarly, after the 2 minutes run out, a red light and/or an audible signal may advise the user that the stair climber exercise is over. At this point, the number **2** will appear in the display **36** to indicate that a pullover exercise should be performed next and a 15 second transition time will be indicated in display **38** along with the flashing of the transition light **40**. The exercise program computer **16** will continue in this manner until all of the exercises shown in FIG. **4** have been performed.

The present invention may be embodied in other specific forms without departing from the spirit or essential attributes thereof and accordingly reference should be made to the appended claims rather than to the foregoing specification as indicating the scope of the invention.

I claim:

**1**. Exercise apparatus for circuit training including:

a first exercise machine capable of permitting a person to perform a plurality of different anaerobic exercises thereon;

a second exercise machine which allows a person to perform at least one aerobic exercise thereon;

a program board mounted on one of said machines so as to be accessible by a person utilizing said machine, said program board having a display area thereon and including computer means therein, said computer means including memory means;

a plurality of different but separately identifiable exercise programs stored within said memory means;

each of said exercise programs being comprised of prearranged information representing a different series of a combination of anaerobic and aerobic exercises, said information including time durations for each specific exercise within each series and including transition times between exercises;

means for changing the duration of said transition times;

means for selecting one of said exercise programs from said computer means, and

means within said display area for displaying indicia representing the exercise program selected.

**2**. The invention as claimed in claim **1** wherein said memory means includes three different sets of transition times stored therein and wherein said means for changing the duration of said transition times includes means for selecting one of said stored sets of transition times.

**3**. The invention as claimed in claim **2** further including means for displaying indicia representing which one of the three sets of transition times has been selected by the user.

**4**. The invention as claimed in claim **1** further including means for sequentially displaying indicia representing the exercises within the selected exercise program.

**5**. The invention as claimed in claim **1** further including a timing means and a time display means for displaying the amount of time remaining during each exercise and during each transition time.

**6**. The invention as claimed in claim **5** further including means for indicating whether said time display means is displaying an exercise time or a transition time.

**7**. The invention as claimed in claim **5** further including first indicating means for indicating when an exercise time period is to begin and second indicating means for indicating when an exercise time period is over.

**8**. The invention as claimed in claim **7** wherein said first and second indicating means provide two different visual indications.

**9**. The invention as claimed in claim **7** wherein said indicating means provides an audible indication.

**10**. A program computer for use with exercise equipment of the type which permits a user of said equipment to perform a plurality of different anaerobic exercises and at least one aerobic exercise comprising:

memory means within said computer;

a plurality of different exercise programs stored within said memory means;

each of said exercise programs being comprised of information representing a series of a combination of anaerobic and aerobic exercises, said information including time durations for each exercise within each series and including transition times between exercises;

means for changing the duration of said transition times;

means for selecting one of said exercise programs, and

means for indicating which of said exercise programs has been selected.

**11**. The invention as claimed in claim **10** wherein said memory means includes three different sets of transition times stored therein and wherein said means for chang-

ing the duration of said transition times includes means for selecting one of said stored sets of transition times.

**12**. The invention as claimed in claim **11** further including means for displaying indicia representing which one of the three sets of transition times has been selected by the user.

**13**. The invention as claimed in claim **10** further including means for sequentially displaying indicia representing the exercises within the selected exercise program.

**14**. The invention as claimed in claim **10** further including a timing means and a time display means for displaying the amount of time remaining during each exercise and during each transition time.

**15**. The invention as claimed in claim **14** further including means for indicating whether said time display means is displaying an exercise time or a transition time.

**16**. The invention as claimed in claim **14** further including first indicating means for indicating when an exercise time period is to begin and second indicating means for indicating when an exercise time period is over.

**17**. The invention as claimed in claim **16** wherein said first and second indicating means provide two different visual indications to the user.

**18**. The invention as claimed in claim **16** wherein said indicating means provides an audible indication to the user.

**19**. A program computer for use with exercise equipment of the type which permits a user of said equipment to perform a plurality of different exercises comprising:

memory means within said computer;

a plurality of different exercise programs stored within said memory means;

each of said exercise programs being comprised of information representing a series of exercises, said information including time durations for each exercise within each series and including transition times between exercises;

means for changing the duration of said transition times;

means for selecting one of said exercise programs, and means for indicating which of said exercise programs has been selected.

**20**. The invention as claimed in claim **19** wherein said memory means includes three different sets of transition times stored therein and wherein said means for changing the duration of said transition times includes means for selecting one of said stored sets of transition times.

**21**. The invention as claimed in claim **20** further including means for displaying indicia representing which one of the three sets of transition times has been selected by the user.

**22**. The invention as claimed in claim **19** further including means for sequentially displaying indicia representing the exercises within the selected exercise program.

**23**. The invention as claimed in claim **19** further including a timing means and a time display means for displaying the amount of time remaining during each exercise and during each transition time.

**24**. The invention as claimed in claim **23** further including means for indicating whether said time display means is displaying an exercise time or a transition time.

**25**. The invention as claimed in claim **23** further including first indicating means for indicating when an exercise time period is to begin and second indicating means for indicating when an exercise time period is over.

**26**. The invention as claimed in claim **25** wherein said first and second indicating means provide two different visual indications to the user.

**27**. The invention as claimed in claim **25** wherein said indicating means provides an audible indication to the user.

**28**. A program computer for use with exercise equipment of the type which permits a user of said equipment to perform a plurality of different exercises comprising:

memory means within said computer;

a plurality of different exercise programs stored within said memory means;

each of said exercise programs being comprised of information representing a series of exercises, said information including time durations for each exercise within each series and including transition times between exercises;

means for selecting one of said exercise programs;

means for indicating which of said exercise programs has been selected, and

means for sequentially displaying indicia representing the exercises within the selected exercise program.

**29**. The invention as claimed in claim **28** further including a timing means and a time display means for displaying the amount of time remaining during each exercise and during each transition time.

**30**. A program computer for use with exercise equipment of the type which permits a user of said equipment to perform a plurality of different exercises comprising:

memory means within said computer;

a plurality of different exercise programs stored within said memory means;

each of said exercise programs being comprised of information representing a series of exercises, said information including time durations for each exercise within each series and including transition times between exercises;

means for selecting one of said exercise programs;

means for indicating which of said exercise programs has been selected, and

timing means and time display means for displaying the amount of time remaining during each exercise and during each transition time.

**31**. The invention as claimed in claim **30** further including means for indicating whether said time display means is displaying an exercise time or a transition time.

**32**. The invention as claimed in claim **30** further including first indicating means for indicating when an exercise time period is to begin and second indicating means for indicating when an exercise time period is over.

**33**. The invention as claimed in claim **32** wherein said first and second indicating means provide two different visual indications.

**34**. The invention as claimed in claim **32** wherein said indicating means provides an audible indication.

* * * * *

# EXHIBIT 8

US005785632A

# United States Patent [19]

**Greenberg et al.**

[11] **Patent Number: 5,785,632**

[45] **Date of Patent: Jul. 28, 1998**

[54] **FITNESS FEEDBACK SYSTEM FOR WEIGHT STACK MACHINES**

[75] Inventors: **Andrew D. Greenberg; Keith E. Camhi**, both of Stamford, Conn.

[73] Assignee: **Integrated Fitness Corporation**, Stamford, Conn.

[21] Appl. No.: **812,522**

[22] Filed: **Mar. 7, 1997**

**Related U.S. Application Data**

[62] Division of Ser. No. 271,183, Jul. 7, 1994, Pat. No. 5,655, 997.

[51] **Int. Cl.**[6] .................................................. **A63B 21/005**

[52] **U.S. Cl.** ........................ **482/5**; 482/1; 482/4; 482/93; 482/903

[58] **Field of Search** .................................. 482/92–94, 97, 482/110–114, 100, 5, 6, 903, 1, 4; 73/379.01, 379.03, 379.09

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,675,640 | 7/1972 | Gatts . | |
| 4,063,726 | 12/1977 | Wilson . | |
| 4,099,713 | 7/1978 | Spector . | |
| 4,112,928 | 9/1978 | Putsch . | |
| 4,360,345 | 11/1982 | Hon . | |
| 4,493,485 | 1/1985 | Jones . | |
| 4,542,897 | 9/1985 | Melton . | |
| 4,544,154 | 10/1985 | Ariel . | |
| 4,556,216 | 12/1985 | Pitkanen . | |
| 4,566,692 | 1/1986 | Brentham . | |
| 4,569,518 | 2/1986 | Fulks . | |
| 4,601,468 | 7/1986 | Bond . | |
| 4,628,910 | 12/1986 | Krukowski . | |
| 4,746,113 | 5/1988 | Kissel . | |
| 4,765,613 | 8/1988 | Voris . | |
| 4,779,865 | 10/1988 | Lieberman . | |
| 4,817,940 | 4/1989 | Shaw . | |
| 4,828,257 | 5/1989 | Dyer . | |
| 4,831,242 | 5/1989 | Englehardt . | |
| 4,842,271 | 6/1989 | Vinciguerra | 482/100 |
| 4,863,161 | 9/1989 | Telle | 482/112 |
| 4,865,315 | 9/1989 | Paterson . | |
| 4,869,497 | 9/1989 | Stewart . | |
| 4,907,795 | 3/1990 | Shaw . | |
| 5,020,794 | 6/1991 | Englehardt . | |
| 5,037,089 | 8/1991 | Spagnuolo . | |
| 5,054,774 | 10/1991 | Belsito . | |
| 5,062,632 | 11/1991 | Dalebout . | |
| 5,089,960 | 2/1992 | Sweeney . | |
| 5,117,170 | 5/1992 | Keane . | |
| 5,213,555 | 5/1993 | Hood et al. . | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 095 832 A1 | 12/1983 | European Pat. Off. . |
| 0 152 995 A1 | 8/1985 | European Pat. Off. . |
| 0 445 617 A1 | 9/1991 | European Pat. Off. . |
| 38 07 038 C1 | 9/1989 | Germany . |
| 38 14559 A1 | 11/1989 | Germany . |
| 93 07 657 | 10/1993 | Germany . |
| 2 016 934 | 9/1979 | United Kingdom . |
| 2 057 275 | 4/1981 | United Kingdom . |
| 2 094 647 | 9/1982 | United Kingdom . |
| 2 157 578 | 10/1985 | United Kingdom . |

*Primary Examiner*—Richard J. Apley
*Assistant Examiner*—Glenn Richman

[57] **ABSTRACT**

An apparatus for providing feedback to a user of a weight stack machine having weights for lifting has an enclosure adapted for attachment to the weight stack machine. A weight sensor weight for determining the number of weights lifted is provided as well as an means for detecting the motion of the weights during a lift. An electronic detector is operatively coupled to the weight sensor and the encoder for computing data describing the number of weights lifted. An interface for transmitting the computed data from the electronic detector to a central storage and the display is provided. The interface also receives information from the central storage and displays it on the display.

**5 Claims, 2 Drawing Sheets**




REMOTE SERVER
MODEM
REPORTING LAN
REPORTING STATION N
REPORTING STATION 1
EXERCISE STATION N
MODEM
SERVER (LOCAL)
LOCAL AREA NETWORK (ETHERNET)
DISPLAY 126
CONTROLLER
486
ROM/RAM
LAN INTFC
SPU
8051
ROM
SUPP CKTS
EXERCISE STATION 1
100

FIG. 1


102
120
204
114
112
110
210
134
116
106
108
186
206
202
142
208
107
105

FIG. 2

# FITNESS FEEDBACK SYSTEM FOR WEIGHT STACK MACHINES

## CROSS-REFERENCE TO RELATED APPLICATION

This application is a division of application Ser. No. 08/271,183, filed Jul. 7, 1994 U.S. Pat. No. 5,655,997.

## BACKGROUND OF THE INVENTION

1. Field of Invention

This invention relates generally to improvements in the monitoring, tracking, recording, updating and feedback of physical exercise related information based on sensing of weight stack elements in physical conditioning devices and exercise systems.

2. The Prior Art

Exercise programs for the development, maintenance or rehabilitation of human muscles through exercise have been long in use. One element of an exercise and rehabilitation program involves the use of fitness machines to impose varying loads on human muscles to stimulate them towards further development or rehabilitation.

Many different types of fitness machines are known. They differ depending on the means for providing the required varying loads on human muscles. The load varying function is performed in the prior art by machines comprising such resistance devices as springs and, more popularly, pulleys and weights. Among the machines using pulleys and weights, weight stack based fitness machines are well known. They provide resistance to motion of various human muscles by using the force of gravity as reflected in the weight stack. The amount of force chosen by the user for exercise purposes is determined by the number of weight plates selected from the weight stack. Typically the selection of the weight to be used for exercise purposes is made by inserting an engagement pin determinative of the number of weight plates to be lifted.

While weight stack machines are popular because of their ease of use, good biomechanics, and wide availability, they are limited in that feedback information required to optimize an exercise regimen is not conveniently available at or in the proximity of the machine from one exercise session to another. Feedback information about progress during a multi-session exercise program is generally desirable as it facilitates the use of the fitness machine by helping to insure correct, safe form, improving staff interaction, and making the activity psychologically rewarding. As this level of psychological reward is increased, so is the likelihood of continued utilization of the machine. The feedback required to assure a safe, psychologically satisfying, and physically useful exercise typically consists of tracking of aggregate weight lifting progress, monitoring of the full range of motion, monitoring lifting at the proper rate, increasing weight based on previous weight lifting success, exercising various muscle groups in an instructor determined order, and providing machine settings for each individual user.

Conversely, lack of feedback hampers the efficient performance of a long term exercise regimen. Currently, the general means for generating feedback to the user is by forcing on the user the arduous accounting task of manual data entry and subsequent recall of weight machine settings and weight progression sequences necessary for optimum physical development. Performing this accounting task, or avoiding it completely, increases the frustration and decreases the rewards associated with using a fitness



machine and therefore impedes the motivation for continuing a beneficial physical exercise program.

Yet another limitation of the present manual feedback system is that manually generated records do not lend themselves readily to creating graphs depicting historical data in an easy to comprehend format nor reports to inform the user of his progress, nor can incentives be conveniently built into a manual feedback system.

It is therefore an object of this invention to simplify or eliminate the accounting task generally associated with a physical exercise program conducted on weight stack machines.

It is another object of the present invention to provide a means for sensing and displaying individual exercise related parameters such as, for example, weight, weight range of motion, rate of lift, and number of weight lift repetitions, that can be retrofit or originally installed on exercise equipment using weight stacks.

Yet another object of the present invention is to capture and report exercise related parameters to a central location for storage and subsequent feedback to the user or physical exercise professional.

It is another object of the present invention to provide a display in the proximity of a weight stack machine to timely inform the user of the specifically optimized personal settings of the machine, such as seat settings, number of repetitions, number of sets, and number of weights to be used for an exercise program tailored to a particular individual as well as other related exercise data.

These together with other objects and advantages of the invention which will be subsequently apparent reside in the details of construction and operation as more fully hereinafter described and claimed, reference being had to the accompanying drawings forming a part thereof, wherein like numerals refer to like parts throughout.

## BRIEF SUMMARY OF THE INVENTION

An apparatus for providing feedback to a user of a weight stack machine having weights for lifting is described. The apparatus comprises an enclosure adapted for attachment to, inclusion in, or placement proximate to the weight stack machine as well as a display mounted in the vicinity of the weight stack machine. Means for sensing the number of weight plates lifted to determine the amount of weight lifted is provided as well as encoder means for detecting the distance of the weight during a lift.

Electronic detection means are operatively coupled to the weight sensor means and the encoder means for computing data describing amount of weight lifted and distance and velocity of motion of the weight. In addition, interface means for transmitting the computed data from the electronic detection means to a central storage and reporting means and the display is provided. The interface means also receives information from the central storage means and displays it on the display.

The encoder means comprises a retractable cable assembly having a first and a second end. The first end is anchored to the enclosure and the second end is adapted for attachment to the weight stack machine. The cable is extendable from the enclosure and will retract within the enclosure. The encoder means further comprises a rotary pulse generator coupled to a cable assembly. The pulse output from the encoder means is translated by electronic means to be representative of a distance traveled by said retractable cable.

The weight sensor means comprises either a plurality of proximity sensors such as, for example, photo sensitive or inductive pickup sensors, one or more load cells or a light curtain.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a schematic descriptive of an example of the preferred embodiment of the invention.

FIG. **2** is a mechanical outline of the various components of the present invention and their spacial relationship as attached to a weight stack machine.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The invention is best understood by reference to the figures wherein all like parts are designated with like numerals throughout.

In FIG. **1**, exercise station **100** comprises enclosure **102**. Enclosure **102** is adapted to attach mechanically to, or be incorporated in, or stand proximate to a pre-existing or new weight stack machine in proximity to exemplary weights such as **114** and **116** forming a weight stack. Weights **114** and **116** typically slide up and down on guides **120** and **122** while lifted by human muscles during an exercise session. The levers, cables and pulleys used to lift weights **114** and **116** with human muscles are not shown.

One end of cable **106** is attached to weight **114** with pin **112**. Pin **112** fits in or next to the hole typically reserved for engaging weight **114** to the means for lifting weight **114** during an exercise session by the user as further detailed in FIG. **2**. The other end of cable **106** is wound on the outer surface of a drum mechanically connected to encoder **104**. Encoder **104** has an internal spring (not shown) that tensions cable **106** tautly against the anchor point, pin **112**, on weight **114**. The internal spring of encoder **104** allows sufficient travel for cable **106** to insure that it is fully extended when the weight stack is lifted to its maximum height. Thus, a retractable cable assembly is formed by encoder **104**, its internal spring and cable **106**. The amount of spring tension applied to cable **106** by the internal spring in encoder **104** is relatively small as compared to weight **114**, thus the amount of effort needed to pull cable **106** and rotate the shaft of encoder **104** is minimal.

Encoder **104** converts the linear motion of cable **106** into electrical pulses output on cable **132**. Cable **132** conducts pulses from encoder **104** to assembly **124** as well as providing whatever low voltage power may be required by encoder **104** for its operation. The rotation encoding portion of encoder **104** is, for example, a two phase device, where one phase is in quadrature (90 degrees displaced) from the other. This function is performed by part number 610-EM-128-CBL manufactured by Clarostat, of Dover, N.H. In the alternative, as another example, the rotation encoding portion of encoder **104** is a multi-turn absolute encoder with a resolution of 4096 pulses per turn using a 21 bit gray code, having a synchronous serial interface, as manufactured by Lucas Ledex of Vandalia, Ohio. Yet another example of an encoder that may be used for the rotation encoding portion of this invention is part number 800N-00S-0-1, manufactured by Oak Grisby, Sugar Grove, Ill.

Other type of encoders for converting the rotation induced by cable **106** into electronic compatible format that can be used with this invention are multi-turn potentiometers. In this case, the motion of cable **106** connected to exemplary weight plates **114** and **116** will change the angular position and therefore resistance of the multi-turn potentiometer. The changing value of the resistance of the multi-turn potentiometer can be monitored by sensing the voltage across the multi-turn potentiometer with an analog to digital (A/D) converter located in assembly **124**. The pulses created by the A/D converter are representative of the rotation of encoder **104** and the motion of cable **106**.

Proximity sensors **110** and **108** are vertically aligned with the path of exemplary weights **114** and **116**. Reflective labels such as **118**, or pieces of reflective tape, or portions of the weight metal itself can be employed to effect sensing. The vertical axis of sensors **110** and **108** is to one side of the central vertical axis of weights **114** and **116** so as to allow cable **106** to move unimpeded in the vertical plane passing through or parallel to exemplary center holes **138** and **140** of weights **114** and **116** respectively. Sensors **108** and **110** are, for example, photo sensitive units detecting the passage of the presence of the weight plates or reflective surfaces. Typical of sensors **108** and **110** is part number S18SN6D manufactured by Banner Engineering Corp, Minneapolis, Minn. Other examples of sensor **108** and **110** is part number XUB-J083135 manufactured by Telemechaniques, Owings Mills, Md. and part number OBT200-18GM70-E0, manufactured by Pepperl and Fuchs, Twinsburgh, Ohio.

As another example, sensors **110** and **108** can be inductive pick up units such as part number NBN10-F10-E0 by Pepperl and Fuchs, Twinsburgh, Ohio. In this case, the change in reluctance from the passage, i.e. presence to absence transition of steel weights, such as **114** and **116**, past sensor **108** and/or **110** will output a signal. Alternatively, the proximity sensors can be magnetically activated. The signal from sensor **110** will travel via cable **134** to assembly **124**, while signals from sensor **108** are transmitted via cable **136** to assembly **124**. The power required by sensors **108** and **110** is transmitted from assembly **124** through cables **136** and **134** respectively.

Yet another example of a proximity sensor to be used in this invention is a light curtain. In this case, sources of light are placed on one side of the weight stack formed by exemplary weights **114** and **116** and light detectors are placed along the axis formed by sensors **108** and **110**, across from the light sources. Motion of weights **114**, or **116** will be detected by light being sensed by the light sensors.

Yet another example of the implementation of this invention is to provide a load cell **142** placed under the weight stack formed by weights such as **114** and **116**. The load cell **142** is typically used instead of sensors **110** and **108** to identify the exact amount of weight being lifted. Initially the load cell measures the weight of all weights in the weight stack. After the lift begins, as indicated by motion from a device such as encoder **104**, the lifted weight will be given by the difference between the weight reading before the lift and after the lift. Cable **144** connects load cell **142** to assembly **124**.

Yet another example of detecting the amount of weight being lifted is to connect cable **106** to a pin used to mechanically engage a certain number of weight plates in a weight stack machine for a particular exercise. In this case, encoder **104** senses the initial position of the pin with respect to a fixed starting position. The extension of cable **106** with respect to its starting position is determinative of the number of plates engaged in the weight stack machine and therefore of the weight being lifted. Subsequent motion of cable **106** is treated as indicative of the lift.

Assembly **124** computes the speed and distance traveled by cable **106**, as detected by encoder **104** and the number or

height of weights moved as detected by a plurality of sensors, for example **108** and **110**. The placement of a plurality of sensors **108** and **110** with respect to the weight stack is critical to achieve this function. The spacing between sensors such as **108** and **110** is shorter than the smallest expected lifting distance for weights, such as **114** and **116**. If this condition is not met, when a weight stack is partially lifted for a distance less than the spacing of the sensors, then sensor **110** may not count all the weights lifted as not all the weights lifted have passed its field of view. Therefore, assembly **124** correlates the reading from a plurality of sensors, such as **108** and **110**, with the motion detected by encoder **104** so as to correctly determine the amount of weight lifted, the actual distance of the lift as well as the velocity of the weight lifted.

Assembly **124** is made up of two parts. The first part is the Sensor Processing Unit (SPU) **148**. SPU **148** contains, for example, an 8051 controller **166**, Part No. SC87C51CCK44 from Philips Semiconductor of Sunnyvale, Calif. Controller **166** executes a fixed program stored in read only memory (ROM) **168** and is supported by support circuits **170**. The function of SPU **148** is to convert the outputs of a plurality of proximity sensors, such as **108** and **110**, load cell **142**, if present, and encoder **104** to a digital format compatible with controller **150**. Multiconductor serial cable **152** connects SPU **148** to controller **150**.

The second part of assembly **124**, controller **150** typically comprises a microprocessor **172** such as a type 80386 manufactured by Intel Corporation, Beaverton, Ore. or a 486 SLC by Cyrix Corporation of Richardson, Tex. The function of controller **150** is to process incoming data made available from SPU **148** and derived from proximity sensors such as **108** and **110**, load cell **142** and encoder **104**. Another function of controller **150** is to display on display **126** information related to feedback for the user as the exercise session is progressing.

Controller **150** converts data received from SPU **148** into a format compatible with a local area network (LAN) **128**, typically an Ethernet as defined by Institutute of Electrical and Electronic Engineers, publication 802.3. LAN interface **176** transforms the data from microprocessor **172** to the protocol required by LAN **128**. This function is performed by an Ethernet controller, typically part number MB86965APF-G by Fujitsu Microelectronics Inc, San Jose, Calif.

Pulses from proximity sensors **108** and **110** are converted in SPU **148** and controller **150** in conjunction with information about the motion of cable **106**. The SPU **148** receives a pulse from sensors **108** and/or **110** whenever sample weight such as **114** or **116** are no longer sensed, or within the field of view of the proximity sensor. Using the information derived from SPU **148**'s reading of encoder **104** and motion of cable **106**, controller **150** computes how far the weights moved. In effect, the SPU **148** logic receives a pulse indicative of an absence of a weight plate from sensor's **108** or **110** field of view. Receipt of this pulse transfers the "stack height" reading from encoder **104** into a register which the controller **150** uses as a pointer into a table detailing the number of plates as a function of stack height, and therefore, total weight.

An alternative operation of SPU **148** and controller **150** is for SPU **148** to receive a pulse every time a weight plate with reflective surface **118** passes the field of view of proximity sensors such as **108** and **110**. The passage of the reflective surface **118** on weights **114** or **116** generates one pulse for each weight plate. The SPU **148** adds or subtracts the number of pulses into a register, in effect counting the number of weight plates being lifted, or total weight. The information required to count up or down is derived from the motion of cable **106** through encoder **104**. The controller **150** uses the count in the register as a pointer into a table detailing the total weight as a function of plate count.



Another function of controller **150** is to respond to manual input/output (I/O) section **146** of display **126**. This I/O section of display **126** is a touch sensitive screen with software generated icons that activate various exercise related functions when touched by the user. By providing an icon driven system, ease of use is enhanced. The information derived from display I/O section **146** is interpreted by controller **150** to extract the information desired by the user such as, for example, history of previous exercise sessions. This information is displayed on display **126** after being retrieved from server **130**, through LAN **128**, if not immediately available in controller **150**.

On power up of assembly **124**, server **130** loads the current software from its mass storage via LAN **128** into the memory section **174** of controller **150** for execution by microprocessor **172**. This insures that the most recent software is available to controller **150** on power up. ROM portion of memory section **174** contains specific software routines that enable processor **172** to establish two way communication with server **130** during controller's **150** power up sequence. Controller **150** can also have a means for transferring data from its memory **174** to an external, portable electronically programmable memory or floppy disk, such as part number 3M DSHD 3.5" by 3M Corporation, Data Storage Market Division, St Paul, Minn. Electronically programmable memories are, for example, part number F28F008SA-120 and E28F008SA, manufactured by Intel Corporation, Beaverton, Ore.

Upon a user logging in at the server, the server **130** computes the necessary exercise information to be used by assembly **124** during the exercise session of the specific user. The information is stored in server **130** waiting for the user to identify his location at an exercise station such as **100** or **168**. Upon a second log in at an exercise station such as **100** or **168**, assembly **124** of the logged in station accesses server **130** directly to extract the exercise information from the mass storage device in server **130**. This procedure transmits the exercise information to assembly **124** of the exercise station where the second log in occurred via network **128**.

Server **130** provides to assembly **124** at a specific exercise station such as **100** and **168** the individual seat settings, lift speed, and range of motion parameters associated with the user, weight lifted at last exercise session and number of repetitions, and target weight and repetitions for this session. Displayed on display **126** upon log in by the user is seat setting, weight lifted at last exercise session and number of repetitions, target weight and repetitions for this session. As the exercise progresses, the weight being lifted, repetition count, range of motion indicator and performance messages are displayed. On completion of the exercise regimen, the data describing weight lifted and repetitions for each set completed is sent as a new file stored in the mass storage device of server **130** via network **128** from assembly **124**. This file is subsequently incorporated into the database residing on server **130** for subsequent display and analysis, and in preparation for the next exercise session.

Server **130**, connected via LAN **128** to one or more exercise stations such as **100** and **168**, is typically located within the same building as the exercise station(s). Within server **130** is a mass storage device, such as a Winchester

type hard disk, for example a Seagate Technologies Inc., Scotts Valley, Calif. part number ST-3655A/N capable of storing the information generated by the exercise station(s) such as **100** and **168** for a plurality of users and exercise sessions.

In addition, server **130** is connected via modems **154** and **156** to a remote server **158**, allowing exchange of data between local server **130** and remote server **158**. Remote server **158** is generally connected to one or more local servers such as server **130** and facilitates the centralization of software distribution to the local servers as well as the collection of exercise data for the users, billing, and other data collection and distribution functions. In general, remote server **158** facilitates storage and backup of end user data, tracking of inter-facility competitions, ability for users to have exercise sessions at any facility connected to server **158**, and management of awards related to incentive programs designed to enhance the weight lifting activity.

Server **130** also interfaces with reporting LAN **160**. LAN **160** interconnects a plurality of reporting stations **162** or **164** to server **130**. Reporting stations **162** and **164** are generally printers and computer based work stations that allow a user of the exercise stations to obtain information about progress of an exercise regimen, enter information about exercises done while not on the system, as well as allow the entry or update of goals by a fitness professional. For example, a user can use a reporting station, such as **162** and **164** to obtain, historical charting, plots and other types of conveniently summarized information from the printer or screen part of the reporting station. In addition, comparisons with population averages and other indexes are provided on request by the user.

FIG. **2** details the mechanical implementation of the present invention. Sensors **108** and **110** are attached in a slot **202** machined on enclosure **102**. Sensors **108** and **110** fit slidingly in groove **202**, so that the required plurality of sensors for a particular application can be accommodated in slot **202** at a particular, variable height determined by the range of motion of weight plates of a particular weight station. Encoder **104** of FIG. **1** is made up of retractable cable assembly **107** and rotation encoding portion **105**. Retractable cable assembly **107** can be, for example, part number LX-EP manufactured by Unimeasure, Corvallis, Ore. Pin **112** anchors cable **106** to the top weight position and can move in a vertical plane along slot **204**. Pin **112** interfaces mechanically with quick release **210** attached to cable **106**. Slot **204** is parallel to slot **202** and is also machined in enclosure **102**. Bracket **208** attaches to the frame of weight stack machine **206** to support enclosure **102**.

The invention may be embodied with equivalent parts performing equivalent functions without departing from its



purpose and essential characteristic. Therefore, the described implementation is to be considered only as illustrative of the invention and not restrictive. The scope of the invention is therefore indicated in the claims below to their full legal extent.

We claim:

**1**. An apparatus for providing feedback to a user of a weight stack machine having a stack of weight plates for lifting and a frame, said user lifting one or more of said plates from said stack during each of said lifts, said apparatus comprising:

one or more load cells for determining the weight of said weight plates on said stack prior to said lift and for determining the weight of said weight plates remaining on said stack after said user has lifted said one or more plates during said lift;

electronic detection means operatively coupled to said load cells for computing difference data describing the weight of said one or more weight plates lifted from said stack; and

interface means for transmitting said data from said electronic detection means to a storage means.

**2**. An apparatus for providing feedback to a user of a weight stack machine having a plurality of weight plates for lifting and a frame, said apparatus comprising:

means for evaluating the height of said lifted weight plates;

processing means for computing data describing the weight of said weight plates being lifted based upon said height; and

means for transmitting said data from said processing means to a storage means.

**3**. The apparatus of claim **2** further comprising encoder means for detecting the distance moved by said weights during a lift.

**4**. An apparatus for providing feedback to a user of a weight stack machine having a plurality of weight plates for lifting and a frame, said apparatus comprising:

means for evaluating the number of said lifted weight plates;

processing means for computing data describing the weight of said weight plates being lifted based upon said number of lifted weight plates; and

means for transmitting said data from said processing means to a storage means.

**5**. The apparatus of claim **4** further comprising encoder means for detecting the distance moved by said weights during a lift.

* * * * *

US005785632C1

# (12) EX PARTE REEXAMINATION CERTIFICATE (7906th)

# United States Patent

(10) **Number: US 5,785,632 C1**
(45) **Certificate Issued: Dec. 7, 2010**

**Greenberg et al.**

(54) **FITNESS FEEDBACK SYSTEM FOR WEIGHT STACK MACHINES**

(75) Inventors: **Andrew D. Greenberg**, Stamford, CT (US); **Keith E. Camhi**, Stamford, CT (US)

(73) Assignee: **Fitlinxx, Inc.**, Stamford, CT (US)

**Reexamination Request:**
No. 90/007,024, Apr. 30, 2004

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **5,785,632** |
| Issued: | **Jul. 28, 1998** |
| Appl. No.: | **08/812,522** |
| Filed: | **Mar. 7, 1997** |

**Related U.S. Application Data**

(62) Division of application No. 08/271,183, filed on Jul. 7, 1994, now Pat. No. 5,655,997.

(51) **Int. Cl.**
*A63B 21/005* (2006.01)

(52) **U.S. Cl.** ...................... **482/5**; 482/1; 482/4; 482/93; 482/903

(58) **Field of Classification Search** ...................... 482/1, 482/4, 5, 93, 903
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,642,769 | A | * | 2/1987 | Petrofsky | 607/48 |
| 4,746,113 | A | * | 5/1988 | Kissel | 482/99 |
| 4,779,865 | A | * | 10/1988 | Lieberman et al. | 482/8 |
| 4,907,795 | A | * | 3/1990 | Shaw et al. | 482/9 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 87/05727 | 9/1987 |

* cited by examiner

*Primary Examiner*—Jimmy G Foster

(57) **ABSTRACT**

An apparatus for providing feedback to a user of a weight stack machine having weights for lifting has an enclosure adapted for attachment to the weight stack machine. A weight sensor weight for determining the number of weights lifted is provided as well as an means for detecting the motion of the weights during a lift. An electronic detector is operatively coupled to the weight sensor and the encoder for computing data describing the number of weights lifted. An interface for transmitting the computed data from the electronic detector to a central storage and the display is provided. The interface also receives information from the central storage and displays it on the display.



# EX PARTE REEXAMINATION CERTIFICATE ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.**

AS A RESULT OF REEXAMINATION, IT HAS BEEN DETERMINED THAT:

The patentability of claim **1** is confirmed.

Claims **2** and **4** are determined to be patentable as amended.

Claim **3** and **5**, dependent on an amended claim, are determined to be patentable.

**2**. An apparatus for providing feedback to a user of a weight stack machine having a plurality of weight plates for lifting and a frame, said apparatus comprising:



means for evaluating the height of said lifted weight plates*, wherein said means for evaluating the height of said lifted plates is not contacting said weight plates*;

processing means for computing data describing the weight of said weight plates being lifted based upon said height; and

means for transmitting said data from said processing means to a storage means.

**4**. An apparatus for providing feedback to a user of a weight stack machine having a plurality of weight plates for lifting and a frame, said apparatus comprising:

means for evaluating the number of said lifted weight plates*, wherein said means for evaluating the number of said lifted weight plates is not contacting said weight plates*;

processing means for computing data describing the weight of said weight plates being lifted based upon said number of lifted weight plates; and

means for transmitting said data from said processing means to a storage means.

* * * * *

# EXHIBIT 9

US005888172A

# United States Patent [19]

Andrus et al.

[11] Patent Number: 5,888,172

[45] Date of Patent: Mar. 30, 1999

[54] **PHYSICAL EXERCISE VIDEO SYSTEM**

[75] Inventors: **Bryan DeWitt Andrus**, Riverwoods, Ill.; **Martin Sikes**, Vancouver, Canada; **Christopher David Glen Robertson**, Vancouver, Canada; **Roderick Armes**, Vancouver, Canada; **Mark Joseph Slemko**, Vancouver, Canada; **Andrew G. Maduza**, Aurora; **Augustine Nieto**, Winnetka, both of Ill.

[73] Assignee: **Brunswick Corporation**, Lake Forest, Ill.

[21] Appl. No.: **886,334**

[22] Filed: **Jul. 1, 1997**

**Related U.S. Application Data**

[60] Continuation of Ser. No. 682,285, Jul. 17, 1996, abandoned, which is a division of Ser. No. 75,589, filed as PCT/US93/00724, Jan. 27, 1993, Pat. No. 5,591,104.

[51] **Int. Cl.**[6] ........ **A63B 21/00**

[52] **U.S. Cl.** ........ **482/7**; 482/1; 482/3; 482/4; 482/5; 482/901; 482/902; 434/247; 434/257

[58] **Field of Search** ........ 482/1–9, 51, 57–66, 482/901–903; 434/247, 257; 601/23, 33

[56] **References Cited**

U.S. PATENT DOCUMENTS

5,213,555 5/1993 Hood et al. ........ 482/57
5,308,296 5/1994 Eckstein ........ 482/5
5,527,239 6/1996 Abbondanza ........ 482/8

*Primary Examiner*—Glenn E. Richman
*Attorney, Agent, or Firm*—Michael B. McMurry

[57] **ABSTRACT**

A physical exercise video system includes a physical exercise machine (**22**), a video system (**24**) and an interface module (**26**). The video system (**24**) has a computer (**28**) and a removable cartridge (**34**). The interface module (**26**) is interposed between the computer (**28**) and cartridge (**34**), and provides interactive communications between the computer (**28**) and exercise machine (**22**). A communication protocol governs this communication, and includes specifications for status and command data packets. The video system (**24**) and exercise machine (**22**) can be selectively operated as either stand-alone units, or in an interactive exercise mode, wherein the exercise data by the exercise machine (**22**) affects the output of the video system (**24**), and may also be stored in memory within the interface module (**26**). The video system (**24**) controls the operation of the exercise machine (**22**) generally, and specifically, controls the load resistance imposed in opposition to the movement of pedals (**66**). The control of load resistance by video system (**24**) is a function of the operating characteristics of the exercise machine (**22**).

**10 Claims, 11 Drawing Sheets**




20
22
24
26
28
30
32a
32b
32c
34
36
36a
36b
38
40
42
44
60
62
64
66
70
74
102
108
114
144
178

Fig. 1

Fig. 2


42
EXTERNAL CATV SIGNAL
38
VIDEO INTERFACE
30
TV
34
MEMORY CARTRIDGE
26
INTERFACE MODULE
28
VIDEO SYSTEM COMPUTER
22
EXERCISE MACHINE

Fig. 8


182
188
190
178
180
186
CATV TUNER
SWITCH
VIDEO OVERLAY CIRCUIT
RF
194
30
TV
44
184
3
192
VIDEO INTERFACE
38
114
4
36
42
VIDEO SYSTEM COMPUTER
INTERFACE MODULE
MEMORY CARTRIDGE
EXTERNAL CATV SIGNAL
28
26
34

Fig. 3



Fig. 4


EXTERNAL CATV SIGNAL
42
38
VIDEO INTERFACE
30
TV
34
MEMORY CARTRIDGE
26
INTERFACE MODULE
24
VIDEO SYSTEM COMPUTER
22
111
REMOTE INTERFACE
88
LOAD DEVICE
84
KEYPAD
68
EXERCISE COMPUTER
74
CONTROL PANNEL
144
70
BIO-SENSOR
GAME CONTROL PERIPHERAL
32b
72
MECHANICAL SENSOR
32c
GAME CONTROL PERIPHERAL
EXERCISE MACHINE


84
78
PROGRAMS
HEART
RANDOM
MANUAL
PRESS TO SELECT
PAUSE
RESET
ENTER
1
2
3
4
5
6
7
8
9
*
0
START
76
ELAPSED TIME
PROGRAM PROFILE
86a
86b
86c
86
UPCOMING HILLS
PRESENT HILL
HILL SIZE
82
74
CAL/HR
MILES
TOTAL CAL
PEDAL RPM
80
100 RPM
80 RPM

Fig. 5


RAMSEL
VIDSEL
COMSEL
56
128
ADDRESS DECODER
SELECT
102
EXERCISE MACHINE
CONNECTOR
118
CLOCK DIVIDER
SYSCLK
ADDRESS
DATA
CONTROL
22
COMSEL
120
106
58
COMMUNICATIONS PORT
94
CONVERSION CIRCUIT
ACIA
104
IRQ
30
38
TV
VIDEO INTERFACE
4
VIDEO PORT
114
98
VIDSEL
Vcc
POWER
101
NETWORK
99
NETWORK INTERFACE
100
BATTERY BACKUP
Vcc
SRAM
96
ROMSEL
26
RAMSEL
54

Fig. 6

Fig. 7


SYSCLK
ACIA DIVIDED CLOCK PULSE
DATA BUS
122
124
126
tø
t1
t2
t3

Fig. 9


20"
42
EXTERNAL CATV SIGNAL
38
VIDEO INTERFACE
30
TV
34
MEMORY CARTIDGE
26
INTERFACE MODULE
24
VIDEO SYSTEM COMPUTER
22'
206
LOAD DEVICE
208
REMOTE INTERFACE
198
200
BIO-SENSORS
32c
GAME CONTROL PERIPHERAL
202
MECHANICAL SENSORS
204
DIP
EXERCISE MACHINE

Fig. 10







Fig. 11




Fig. 12

Fig. 13


START
146
MODE
GAME MODE
OVERLAY MODE
EXERCISE MODE
158
TRANSMIT INITIALIZE COMMAND
148
TRANSMIT INITIALIZE COMMAND
150
GET INPUT FROM JOYSTICKS
160
GET INPUT FROM BIKE & JOYSTICKS
170
READ EXERCISE DATA
152
EXECUTE GAME CONTROL
162
EXECUTE GAME CONTROL
172
WRITE DATA TO VIDEO PORT
154
UPDATE DISPLAY
164
UPDATE DISPLAY
166
UPDATE COMMAND DATA PACKET
174
UPDATE COMMAND DATA PACKET
156
GAME OVER
NO
YES
168
GAME OVER
NO
YES
176
GAME OVER
NO
YES
STOP

Fig. 14


302
320a
320
304
306
308
320c
326c
328
334
332
320d
326d
322
326a
318a
326b
318b
318c
318d
310
312
314
316
300
323
324
330
0
RESISTANCE
WARM-UP
PLATEAU
INTERVAL
COOL DOWN
TIME

# PHYSICAL EXERCISE VIDEO SYSTEM

This application is a continuation of Ser. No. 08/682,285 Filed Jul. 17, 1996, now abandoned, which is a divisional of Ser. No. 08/075,589, filed as PCT/US93/00724, Jan. 27, 1993, now U.S. Pat. No. 5,591,104.

## TECHNICAL FIELD

This invention relates to physical exercise video systems, and in particular to interactive video systems which are adapted for use with physical exercise machines.

## BACKGROUND ART

For years, people have recognized the health benefits of aerobic exercise. As a result, many stationary exercise devices have been introduced, including bicycles, treadmills, rowing machines and stair climbers, to name but a few. These devices typically engage users in repetitive exercise motions, such as pedaling, stepping, pulling or running. This exercise movement is resisted (often variably) to induce physical exertion, leading to aerobic exercise.

Despite the many benefits of exercise, some users find it tedious or boring, and this has discouraged many from regular exercise. Coincidentally, while some people shunned exercise, a large number (particularly teenagers) became television and video game enthusiasts. This development did not go unnoticed by the exercise equipment industry, which over the years has attempted to make exercise more interesting by associating it with some form of visual entertainment, particularly television or video games. And although there have been many attempts to meld exercise and video, none of these efforts have yielded completely satisfactory results.

By way of background, many commercially available video systems, such as those sold under the trademarks Nintendo, sega and Atari, are computer-based interactive video game systems which display game output on a conventional television. Game control peripherals (often referred to as "joysticks") are interfaced to the game system through plug-in ports or jacks to provide user interaction with the action depicted on the screen. Typically, removable memory cartridges containing various programs allow the game system to execute different games or other interactive programs. While these cartridge-type game systems are of great interest, interactive video programs, including games, can be played on other types of video systems, such as, for example, personal computers. Moreover, video systems encompass an array of technologies including interactive video games, educational programs, broadcast and cable television and prerecorded video systems such as VCRs.

There have been attempts to interface exercise machines with interactive video systems by treating the exercise machine as simply another type of game control peripheral or joystick. Some examples of these efforts include U.S. Pat. No. 4,817,950 (player moves figure of surfer on video screen by moving simulated surfboard with player's feet); U.S. Pat. No. 4,711,477 (movement of pedals, handles and swivel seat by player control aim of video-displayed gun); U.S. Pat. No. 5,054,771 (movement of swingable member and swivel seat controls position of marker on a screen); U.S. Pat. No. 4,512,567 (movement of handlebars and pedal rpm enable stationary bicycle to control video game); and U.S. Pat. No. 5,139,261 (adjustable pressure sensors placed on floor generate video game input when pressed by a user).

Other, more sophisticated, efforts have used a video game or like apparatus to control the load resistance experienced



by the user. Some examples of these efforts include U.S. Pat. No. 5,001,632 (speed or skill level of opponent in video game increases when heart rate falls outside of predetermined range); U.S. Pat. No. 4,709,917 (computer adjusts load resistance of bicycle in accordance with type of terrain depicted in video display of road); and U.S. Pat. No. 5,029,846 (load resistance varied in accordance with simulated hill profile depicted on spinning reel).

None of these attempts have resulted in a practicable and widely accepted combination of exercise equipment and video systems. One reason is that these past efforts tended to focus narrowly on specific game control hardware (such as swivel seats or simulated surfboards). In other cases, these approaches address only the specific manner in which a video game system might respond to exercise conditions (for example, scenery passes by more quickly with increased pedal rpm, or opponents become more powerful when heart rate is too low). These limitations are unacceptable to both users and game developers. On the one hand, users demand hardware that will execute a wide variety of games and programs. On the other hand, developers can only afford to invest in programs that will execute on a large number of systems.

## DISCLOSURE OF INVENTION

In accordance with the invention a flexible and powerful interface is provided that will result in substantially improved communication between exercise machines and video systems such as video games. As discussed above, other combinations of video games with exercise equipment tend to be isolated, specific implementations of exercise equipment adapted for video game interface. In contrast, the present invention provides interfaces including hardware configurations, software techniques and communications protocols, which allow a wide variety of exercise equipment to interface with video systems, including television and interactive video games.

1. Interface Module.

One object of the invention is to provide an exercise video system having an exercise machine, a video system and an interface module for enabling two-way communication therebetween. The video system is preferably a cartridge-type video game system which uses a conventional television as a display. However, other video systems can be used.

In one embodiment, the exercise machine includes an exercise structure, which can be a stationary bicycle, treadmill, rowing machine, skier, stair climber or other such device, for example. The exercise structure is characterized by its ability to provide the user with an exercise movement, such as pedaling, rowing or stepping, for example. A load device, such as an alternator, applies a load resistance in opposition to the exercise movement to induce aerobic exercise. The load device varies the level of load resistance in accordance with a load control signal. The exercise machine also includes at least one sensor which generates as output an exercise condition signal which can, for example, represent one or more of the following: heart rate, pedal rpm, calorie consumption, or other exercise-related data.

In accordance with the invention, the interface module is interposed between the video system's control unit and memory cartridge to provide a parallel bus connection therebetween. Included within the interface module and coupled to the bus connection is a communications port. The communications port is linked to the exercise machine, which is also equipped with a suitable communications interface for providing two-way communication between the exercise machine and the interface module.

In accordance with the invention, the exercise machine transmits the exercise condition signal to the video system through the interface module, enabling the user to operate an interactive video game or other program in which the user's exercise performance affects game outcome. Moreover, the video system can transmit a load control signal to the exercise machine so as to vary load resistance in accordance with the outcome of the video game. In this manner, the user receives not only visual feedback via the television or other display, but also receives feedback in the form of changing load resistance.

2. Communications Protocol.

Another object of the invention is to provide a protocol for establishing communication between an exercise machine and a video system. The protocol can be practiced with the hardware configuration described above, or other suitable variations.

Under the protocol, the exercise machine and video system are connected for two-way communication by, for example, the above-described interface module. The exercise machine periodically sends out a status data packet. When the video system receives this status data packet, it responds with a command data packet.

The status data packet includes data bytes indicating the status of the exercise machine, certain predetermined exercise conditions such as, for example, heart rate, pedal rpm, calorie consumption and the type of the exercise machine. The command data packet includes a command data byte which includes initialize and update commands, for example. The command data packet also contains data bytes, which, in the case of the update command, are used to update or adjust operation of the exercise machine. Typically, these adjustments involve varying the load resistance and updating the control panel display.

In accordance with the invention, the exercise machine can also send a special status data packet which includes a specification describing the operating characteristics of the exercise machine. Alternatively, the special status data packet can include a code associated with the particular exercise device. In this case, a table is maintained in memory of the video system for storing the operating characteristics of the exercise machine associated with each code.

3. Multi-Modal Operation.

It is yet another object of the invention to provide a combination exercise machine and video system which operates in several different modes, including interactive exercise mode, graphic overlay mode and stand-alone (or "game") mode. In the interactive exercise and graphic overlay modes, the exercise machine and video system are in two-way communication. In the case of the interactive exercise mode, the video system generates a video output (such as a game display), while the user interacts with the video system via the exercise machine and/or conventional game control peripherals. In the case of the graphic overlay mode, the video system overlays exercise data onto an external CATV or other video signal. Contrastingly, in stand-alone mode, the video system and exercise machine operate independently.

In accordance with the invention, the user can select the desired mode of operation. Additional modes are possible. In multi-player video games, it is also possible for the first player to operate the game using an exercise machine in interactive exercise mode, while a second player also operates the game using conventional game controls in a stand-alone mode. In this mode two players, only one of whom is using the exercise machine, can compete with each other in the same video game. Similarly, it is possible to have two exercise machines connected to the video system so that the players can compete in a video game using the exercise machine.

4. Dynamic Control of Exercise Machine.

Still another object of the invention is to provide a video system which controls the load resistance or other operating characteristic of an exercise machine in a manner which is well-coordinated with the video system's visual display or other program result.

In accordance with the invention, the video system and exercise machine are adapted for two-way communication. The exercise machine includes a load device for applying a variable level of load resistance in response to a load control signal. The video system generates a program result (such as an animated display), and controls the exercise machine's load resistance as a function of both the program result and the operating characteristics of the exercise machine, including load response. In this manner, changes in actual imposed load occur concurrently with changes in video display or other program results.

In one embodiment, the video system is a cartridge-type video game system. The game system is interfaced with an exercise machine so that the user's exercise performance affects game play, and the game play affects the load resistance imposed on the user by the exercise machine. The game includes an animated display of a race over terrain of varying grade and quality. The video system's computer adjusts the load resistance of the exercise machine in accordance with both the variations in the depicted terrain and the exercise machine's load response. By taking load response into account, the changes in load resistance more realistically correspond to the program results.

For example, if the exercise machine uses an alternator having a nearly instantaneous response to changes in the load control signal, the video system will vary the load control signal simultaneously with variations in the depicted terrain. However, if the exercise machine uses a band or eddy current brake having a delayed response to changes in the load control signal, then the video system will change the load control signal prior to the displayed variations in the terrain. In this manner, the user does not experience discontinuity between the depiction of terrain variations and the imposition of load resistance.

In one embodiment, the exercise machine communicates its operating characteristics to the video system. This can be accomplished in accordance with the above-described or other communications protocols. Alternatively, the video system can transmit desired current and future load values to the exercise machine. The exercise machine can then adjust the load control signal to achieve the desired future load resistances in accordance with its particular operating characteristics.

5. Graphic Overlay Mode.

An additional object of the invention is to provide an exercise machine adapted for interface with a video system, and having the capability of displaying exercise data on a video monitor, such as a television, that is adapted for receiving and displaying an external video signal such as a CATV or television broadcast. In accordance with the invention, exercise data is superimposed over the external signal. It is also possible for the user to switch back and forth between watching television and playing an interactive video game or other program.

One embodiment of the invention includes an exercise machine, a cartridge-type video game system, a communications interface, a video interface and a television. The video interface is interposed between the external video

signal and the television, and includes an overlay circuit that superimposes data onto the external video signal. The video interface is linked via wire or radio frequency signal to a video port located within the communication interface. The video port is coupled to the video system so that the video system can write exercise data to the video port for superimposition on the external video signal by the video overlay circuit. Alternatively, the video port may be coupled directly to the exercise machine.

In one embodiment, the video interface includes a switch. The switch has a first input connected to the video signal output of the video system, and a second input adapted for receiving an external video signal from a CATV tuner or VCR, for example. The switch includes an output that is coupled to the video overlay circuit, and is adapted for selectively coupling the external video signal and video system output to the overlay circuit. By operating the switch, the user can display either the external video signal or the video system output on the television.

In accordance with one aspect of the invention, the switch is responsive to a control signal which is generated by the video system. In cases where the video system can operate in both the interactive exercise mode and the graphic overlay mode, the switch allows the video system to toggle between the two modes in response to a user's command. For example, a user playing a video game in the interactive exercise mode can switch to the graphic overlay mode. Here the video system will suspend execution of the game program, operate the switch to display a CATV or other external video signal on the television, and then commence operation in the graphic overlay mode, described above.

6. Storage of Exercise Data.

Yet another object of the invention is to provide a method for storing exercise information in a combination exercise machine and video system. In accordance with the invention, the combination includes an interface module for enabling communication between the exercise machine and a cartridge-type video system. The interface module includes a nonvolatile random access memory which is addressable by the video system for storing exercise data.

In one embodiment, the interface module is interposed between the cartridge and the video system's control unit. The interface module includes a communications port which enables two-way communication between the video system and the exercise machine. The interface module also includes memory which is addressable by the video system.

During exercise, the exercise machine transmits exercise data to the video system via the interface module. The video system periodically writes this information to the memory. In this manner, the user can maintain a record of exercise data, even if the cartridge or, for that matter, the video system is replaced. This is particularly useful where the user from time to time exercises with a cartridge-resident exercise training program. The exercise training program can access the exercise data stored in the interface module, even though that data may have been generated while the user was exercising with a different training program or even a video game.

In some cases, game cartridges include a standard routine for recording in memory exercise data in accordance with a predetermined format. In this manner, exercise training programs can include routines which recognize and use data stored in the predetermined format by the video games and other programs.

7. Remote Control of Exercise Machine.

A further object of the invention is to provide a combination computer-controlled exercise machine and computerized video system, wherein the computer processing and display power of the video system are used to remotely handle the computer-controlled operational and display features of the exercise machine.



In accordance with the invention, the apparatus includes an exercise machine, a video system that is remote from the exercise machine, and an interface for enabling data communications between the exercise machine and the video system. Preferably, the video system is a cartridge-type video game system. The exercise machine includes a number of elements for measurement and control of the exercise activity. These elements communicate with the video system via the interface. Thus, the video system can collect, process and display exercise data, and can control the operation of the exercise machine such as, for example, by adjusting load resistance. In this manner, the exercise device capitalizes on the processing power of the video game system, and can be produced without a control computer or display, as has heretofore been required.

8. Video Game Exercise Protocols.

An additional object of the invention is to provide an exercise video system including an exercise machine having a variable resistance where exercise protocols are embedded in a video game. The protocols are effective to control the resistance in combination with a game scenario so as to accomplish a predetermined exercise objective by playing the game. In one embodiment, the video game display is generated to correspond to a predetermined resistance program while compensating for the rate of exercise of the user. For example, hills can be generated on the video system display that correspond to the resistance programs controlling the resistance in the exercise machine. At the same time, the display of the hills is adjusted to take into account the user's rate of exercise.

## BRIEF DESCRIPTION OF DRAWINGS

FIG. **1** is a perspective view of a system in accordance with the invention having an exercise machine, video system and interface module;

FIG. **2** is a block diagram of the system of FIG. **1**;

FIG. **3** is an exploded perspective view of the video system and interface module of FIG. **1**;

FIG. **4** is a block diagram of the system of FIG. **1**, showing in greater detail the components of the exercise machine;

FIG. **5** is a plan view of the control panel of the exercise machine of FIG. **1**;

FIG. **6** is a block diagram of the system of FIG. **1**, showing the internal components of the interface module;

FIG. **7** is a timing diagram showing the timing relationship between the video system computer's clock signal and the internal clock signal used by the interface module;

FIG. **8** is a block diagram of the system of FIG. **1**, showing the internal components of the video interface;

FIG. **9** is block diagram of a system in accordance with an alternative embodiment of the invention;

FIG. **10** is a diagrammatic illustration of a communications data packet;

FIG. **11** is a diagram showing the contents of a status data packet transmitted from the exercise machine to the video system of FIG. **1**;

FIG. **12** is a diagram showing the contents of a command data packet transmitted from the video system to the exercise machine of FIG. **1**;

FIG. **13** is a logic flow chart showing the generalized operation of software executed by the video system of FIG. **1**; and

FIG. **14** is a diagram illustrating the output of a video game having an embedded exercise protocol.

MODES FOR CARRYING OUT THE INVENTION

The invention is described with respect to the embodiments of FIGS. **1–14**. While these embodiments incorporate the several features of the invention, it should be noted that in most cases these features can be practiced independently of one another. The primary features of the invention are discussed below, and are generally separated into sections under the captions Hardware Configuration, Communications Protocol, Multi-Modal Operation, Dynamic Control of Exercise Machine, Graphic Overlay Mode, Data Storage, Remote Control of Exercise Machine, and Video Game Exercise Protocols.

While the illustrated embodiment uses a video game system, it is understood that the term "video system" is intended to include any entertainment and educational products that employ graphic displays such as televisions, video monitors or liquid crystal displays (LCDs).

Hardware Configuration

FIG. **1** is a perspective illustration of an exercise-video system **20** in accordance with the invention. FIG. **2** is an accompanying block diagram. The system **20** includes an exercise machine **22**, a video system **24** and an interface module **26**. Each of these components is discussed below in greater detail. Generally speaking, however, the video system **24** communicates with the exercise machine **22** via the interface module **26**, to effectively combine video entertainment with exercise.

Video System. Referring to FIGS. **1–3**, the video system **24** is a cartridge-type video game system, such as commercially available under the trademarks Nintendo, Sega and Atari. The video system **24** includes a video system computer **28** or other control unit. The video system **24** is designed for use with, and typically sold separately from, a television **30**. In some cases, the television **30** could be integral with the video system **24**. However, for purposes of this specification, the video system **24** is considered separate from the television **30** unless otherwise specified.

The video system **24** also includes two game control peripherals (commonly called "joysticks") **32***a* and **32***b*, and a removable memory cartridge **34** containing a video game program. A third game control peripheral **32***c* is optionally coupled directly to the exercise machine **22**.

While the illustrated embodiment uses the television **30** for a display, it should be noted that any graphic display device could be used, including video monitors and LCD displays, for example. Moreover, the invention can also be practiced using virtual reality techniques, including headset-type displays.

The video system computer **28** includes a video signal output **36** which is coupled to the television **30** via a video interface **38**. As best seen in FIG. **1**, a conventional wall outlet **40** provides an external cable TV (or "CATV") signal **42** which is routed first through a CATV tuner **44**, and then to the video interface **38**. The output of the video interface **38** is fed to the television **30**.

The video interface **38** is discussed below in greater detail. Generally, however, it acts as a switch between the video signal output **36** and the output of the CATV tuner **44**. Moreover, in accordance with the invention, the video interface **38** is coupled directly to the interface module **26** to allow exercise data and graphics to be overlayed onto the CATV signal **42**.

The video system **24** is characterized in part by its modularity. For example, the game control peripherals **32***a* and **32***b* are releasably connected to video system computer **28** by jacks **36***a* and **36***b*, respectively. Likewise, the memory cartridge **34** is removable, to allow convenient reprogramming of the video system computer **28**. While the primary application of video systems, such as the system **24**, is for entertainment and video games, the invention may be practiced with other applications, such as educational or fitness training programs.

FIG. **3** is an exploded perspective view of the video system computer **28**, the memory cartridge **34**, and the interface module **26**. It will be noted that the memory cartridge **34** includes a male connector **46** that conforms to a predefined standard. The video system computer **28** is equipped with a corresponding female connector **48** to allow the memory cartridge **34** to be conveniently plugged into to the video system computer **28**. The male and female connectors **46**, **48** have a number (in this case, sixty-two) of parallel lines **50** defining a video system bus for data, address, and control signals.

In accordance with the invention, the interface module **26** is interposed between the memory cartridge **34** and the video game computer **28**. It includes a housing **52** having an upwardly opening female connector **54** adapted for receiving the male connector **46** of the cartridge **34**, and a downwardly extending male connecter **56** adapted for engagement with the female connector **48** of the video system computer **28**. As best seen in FIG. **6**, a bus portion **58** inside the interface module **26** couples the memory cartridge **34** and video system computer **28**, and acts as an extension of the video system bus.

The foregoing embodiment is provided for purposes of illustration. The invention may be practiced with other types of video systems, including personal computers, as well as systems which have a CD ROM or network interface in addition to or in lieu of the memory cartridge **34**. Likewise, while the interface module **26** is preferably interposed between the video system computer **28** and memory cartridge **34**, other configurations are possible. For example, the interface module **26** could be coupled with the video system bus through an expansion slot, jack or other aperture in the housing of video system computer **28**. Alternatively, the interface module **26** could be internal to the video system computer **28**, and could be coupled electrically or via light, radio or other suitable media.

Exercise Machine. The exercise machine **22**, as illustrated in FIG. **1**, is a stationary exercise bicycle, such as described in U.S. Pat. No. 4,358,105. The exercise machine **22** has a frame **60**, a seat **62** on which a user may sit, handlebars **64** and pedals **66**, which the user may engage for repetitive exercise movement. The invention may also be practiced with other types of exercise machines, such as rowing machines, skiing machines, stair climbing simulators, and treadmills, for example.

The components of the exercise machine **22** are illustrated in FIG. **4**. The exercise machine **22** includes an exercise computer **68**, which is a Motorola brand 68HC05 microcontroller. Alternatively, any suitable control unit may be used. As best seen in FIG. **4**, the exercise computer **68** is operatively associated with a number of sensors and devices, namely biosensors **70**, a mechanical sensor **72**, a control panel **74** and an optional game control peripheral **32***c*. The biopotential and mechanical sensors such as sensors **70**, **72**

generate data related to the user's exercise movement. This data could include heart rate, pedal rpm, calorie consumption or other exercise conditions. Generally, mechanical sensors are coupled directly to the exercise machine **22**, while biosensors may be coupled to the user or the exercise machine.

The mechanical sensor **72** is a tachometer, and is associated with the pedals **66** for generating a pedal rpm signal. Game control peripheral **32***c* is optionally mounted to the handlebar **64** for providing user-controlled game input. The biosensors **70** are mounted to the handlebars **64** for detecting the user's heart rate. An example of a suitable heart rate detection system can be found on the Lifecycle® 9500 HR brand stationary exercise bicycle, available from Life Fitness of Franklin Park, Ill., USA. Alternatively, biosensors **70** can be clipped to the user's ears, mounted to the user's chest or affixed on game control peripherals **32***a* and **32***c*. Optionally, the biosensors **70** may communicate with the interface module **26** via a radio signal and/or an analog signal on one or more dedicated lines (not illustrated).

The control panel **74** displays exercise data such as elapsed exercise time, total calorie consumption, heart rate, and pedal rpm. FIG. **5** illustrates a plan view of the control panel **74**. The control panel interfaces with the exercise computer **68** in any suitable manner, such as by serial or parallel interface, and includes displays for elapsed time 76, heart rate 78, pedal rpm 80 and calorie consumption 82.

The control panel **74** also includes a keypad **84** for accepting user input. User input can include physiological data (such as sex, age and weight) that is useful for managing various types of exercise programs. It can also include a user-selected effort level, which can be used to determine or scale the load resistance imposed on the user.

The control panel **74** may include a program profile display **86**, which provides a scrolling bar graph of current and upcoming load resistance values. The program profile display **86** includes columns of LEDs, several of which are designated in FIG. **5** by reference numerals **86***a*–**86***c*. Each of the columns **86***a*–**86***c* graphically displays current and upcoming values of load resistance which will be imposed on the user. These values are stylized as "hill size." The magnitude of each load value is represented by successive illuminating columns of LEDs to define a vertical bar graph. The current value is in the far left-hand column **86***a* of the program profile display **86**, and the future values are arranged in chronological order from left to right in the remaining columns **86***b*–**86***c*. As the program profile display **86** is updated, the represented load values appear to scroll across the display **86** from right to left.

The pedals **66** are drivingly connected (such as by chains or belts, not illustrated) to a load device **88**, which in this case is an alternator. Alternator **88** imposes physical drag or load resistance against the user's exercise movement. While the alternator **88** is the preferred load resistance mechanism, an eddy-current brake or other suitable device may be used. The alternator is responsive to a load control signal **90** generated by the exercise computer **68** for varying the level of resistance imposed on the user. In this manner, it is possible to regulate the physiological intensity of the user's exercise movement. An example of this technique is disclosed in U.S. patent application Ser. No. 07/881,918 filed May 12, 1992.

There are a number of techniques for controlling the load resistance of the alternator **88**. One technique especially suited to computer controlled exercise machines is pulse width modulation. Accordingly, the exercise computer **68** applies a binary pulse train to the alternator's field coil (not illustrated). By varying the duty cycle of the pulse train, the exercise computer **68** can control the torque resistance imposed by the field coil on the alternator's driven coil (not shown).

Interface Module. As explained below in greater detail, the interface module **26** allows the video system computer **28** to communicate with the exercise machine **22**. Thus, data generated by the exercise machine **22** (such as heart rate and pedal rpm) is accessible to the video system computer **28**. Consequently, the user can play an interactive video game in which the user's exercise performance affects game outcome.

Moreover, the video system computer **28** can instruct the exercise machine **22** to vary load resistance of the alternator **88** in accordance with the game software resident on the memory cartridge **34**. For example, in a video game involving a simulated bicycle race over hilly terrain, the video game computer **28** can increase or decrease the exercise machine's **22** load resistance in accordance with the grade of the simulated terrain and/or the user's exercise performance.

Referring to FIG. **6**, the internal structure of the interface module **26** is illustrated in greater detail. The major elements of the interface module are: the internal bus **58**, which has data, address, control and power lines; an addressable asynchronous communications port **94**; a static random access memory ("SRAM") **96**; a video port **98** which allows a byte of data to be overlaid on the television **30** via the video interface **38**; and a network interface **99** which allows the video system computer **28** to communicate via modem or the like with remote devices such as network **101**. Each of these components is coupled to the address and data lines of the bus **58** so that it is accessible by the video system computer **28**.

The SRAM **96** is eight kilobytes in size, and preferably includes a battery backup **100**. Coupled to the video system computer **28** via the address and data lines of the bus **58**, the SRAM **96** allows the video system computer **28** to store and retrieve data, including exercise-related data. In this manner, data can be maintained by the system **20** even when memory cartridge **34** is changed. This feature is particularly useful for users who may want to track exercise data relating to past exercise sessions without having to always use the same memory cartridge (i.e., play the same video game).

The communications port **94** features an RS-232 connector **102**, and conversion circuit **104** and an asynchronous communication interface chip ("ACIA") **106**. A cable **108** (best seen in FIG. **1**) connects the RS-232 connector **102** to the exercise machine **22**. Alternatively, data could be communicated via light, radio or other suitable media. Data received from the exercise machine **22** enters the interface module **26** via the connector **102**. The conversion circuit **104** converts the incoming data signal from RS-232 voltage to TTL voltage. The converted data is then fed serially from the conversion circuit **104** to the ACIA **106**. The ACIA **106** accumulates the data in an internal register (not illustrated) so that it is available in parallel format. Likewise, data stored in the ACIA **106** can be transmitted to the exercise machine **22** via the conversion circuit **104** and RS-232 connector **102**. The exercise machine **22** includes a remote communications interface **111** (best seen in FIG. **4**) which is comparable to the communications port **94**. The remote communications interface **111** enables the exercise computer **68** to send and receive data on the RS-232 channel defined by the cable **108**.

The conversion circuit **104** includes a MAX232, available from Maxim Integrated Products of Sunnyvale, Calif., USA.

The ACIA **106** is a model 6551 available from Rockwell International Corp., USA. While RS-232 standard communication is preferred, any suitable standard may be used.

The ACIA **106** is coupled to the address and data lines of the bus **58** so that the video system computer **28** can read and write data bytes to and from the ACIA **106**. When the interface module **26** is first activated, the video system computer **28** initializes the ACIA **106** to communicate at 9600 Baud and to generate a hardware interrupt ("IRQ") signal each time it receives a byte of data. The communications protocol and software used in the illustrated embodiment is discussed below in greater detail.

The video port **98** enables the video system computer **28** to write data to the video interface **38**, which in turn overlays the data on the CATV video signal **42**. The video port **98** is a data latch coupled to the address and data lines of the bus **58**, as best seen in FIG. **6**. Four bits of the video port **98** are each coupled to a separate one of four lines **114**. The four lines **114** are in turn coupled to the video interface **38**. Three of the four lines **114** are for timing and control. The fourth is for serial transmission of data. Because this data is transmitted serially, the video system computer **28** must write eight times to the video port **98**' in order to transmit one eight-bit byte to the video interface **38**. Alternatively, an additional interface chip, such as ACIA **106**, could be used which would accept the video data from the video system computer **28** as a single byte. The video overlay function is discussed below in greater detail.

The interface module **26** includes two additional components which prevent potential hardware conflicts between the interface module **26** and the memory cartridge **34**. The first additional component for preventing hardware conflicts is a clock divider **118**. The clock divider **118** is a JK flip flop, having as a clock input the system clock signal SYSCLK generated by the video system computer **28**. The clock divider **118** is arranged to generate an output clock pulse signal **120**, which has a frequency that is one-half that of the input signal SYSCLK.

The reduced-frequency clock pulse signal **120** is fed into the clock input of the ACIA **106**, so that each clock cycle of ACIA operation actually has a duration equal to two clock cycles of the video system computer **28**. In some cases, the clock speed of the video system computer is too fast to enable successful access of the ACIA **106**. By dividing the ACIA's **106** clock frequency to one-half the frequency of the video system's clock signal SYSCLK, the ACIA **106** has adequate time to accept or provide data bits onto the data lines of bus **58**.

FIG. **7** is a diagram illustrating this timing relationship. Referring to FIG. **7**, at time $t_0$, the video system computer **28** generates a first clock pulse **122**, and places data and address information onto the data and address lines of the bus **58**. At the same time, the interface module clock divider **118** generates an ACIA clock pulse **124**. This ACIA clock pulse **124** is asserted through time $t_2$, when the video system computer **28** generates a second clock pulse **126**. At time $t_3$, both the single ACIA clock pulse **124** and the second computer clock pulse **126** are terminated.

In practice, the actual data byte to be read or written to the ACIA should be placed onto the bus between the falling edges at time $t_1$ and $t_3$ of the first and second clock pulses **122** and **126**. In video systems with eight-bit buses and sixteen-bit words, this can be accomplished by placing the subject byte in that half of the word which the video system computer **28** last places onto the bus **58**.

The second additional component for preventing hardware conflicts is an address decoder **128**. The address decoder **128** is coupled to the address lines of the bus **58** and functions as a chip-select circuit. Each of the above-mentioned devices (communications port **94**, SRAM **96**, and video port **98**) is associated with a predetermined address or range of addresses. When the video system computer **28** places one of these addresses on the address lines of the bus **58**, the address decoder **128** asserts that one of the chip enable outputs (illustrated in FIG. **6** as RAMSEL, ROMSEL, VIDSEL, and COMSEL) which enables the device corresponding to the address. For illustration, the RAMSEL signal enables the SRAM **96**; the VIDSEL signal enables the video port **98**; the COMSEL signal enables the communications port **94** and clock divider **118**; and ROMSEL signal enables the memory cartridge **34**. If the optional network interface **99** is used, the address decoder **128** should provide an additional chip enable output.

The address decoder **128** is also coupled to a control line SELECT, which is shown in FIG. **6** apart from the other control lines of the bus **58**. In some cases, the video system computer **28** may assert the SELECT line when it is addressing memory locations in the memory cartridge **34**. To avoid a possible hardware conflict, the SELECT line does not run directly from the connector **56** to the connector **54**. Rather, it terminates at the address decoder **128**. The address decoder **128** circuit asserts the ROMSEL signal (to enable the memory cartridge **34**) when the video system computer **28** has asserted the SELECT line and none of its other chip enable lines are asserted. Thus, to the memory cartridge **34**, the ROMSEL signal is interpreted as though it were the SELECT signal line.

## Communications Protocol

Referring now to FIGS. **10**–**12**, the communications protocol between the video system **24** and the exercise machine **22** is now considered in greater detail. With both units **22**,**24** powered on and initialized, the exercise machine **22** and video system **24** can periodically exchange data, allowing the video system computer **28** both access to exercise data and the ability to control the exercise machine **22**. Optionally, the data can be encrypted to prevent use of counterfeit interface modules.

This communication is made possible by the interface module **26**, discussed in detail above. The interface module **26** is coupled to the bus **58** so that the video system computer **28** can send and receive data packets such as the generalized communication packet **130** of FIG. **10**. Each data packet includes a start byte **132**, a predetermined number of data bytes **134** following the start byte **132**, and a stop byte **136**. The start byte **132** has a ninth bit asserted. (The parity bit can be used for this purpose.) When the communications port **94** in the interface module **26** detects that this ninth bit is asserted, it generates an interrupt signal so that the video system computer **28** can process the remaining data bytes. Likewise, when the remote communications interface **111** in the exercise machine **22** detects that the ninth bit is asserted, it too generates an interrupt signal so that the exercise computer **68** can process the incoming data packet.

In the illustrated embodiment, communication is controlled by the exercise machine **22**, which every 100 milliseconds transmits a communication packet **130** having a status data packet **138** as shown in FIG. **11**. When the ACIA **106** in the interface module **26** receives a start byte **132** transmitted by the exercise machine **22**, it asserts the IRQ signal, generating a hardware interrupt. The interrupt enables the video system computer **28** to process the incoming transmission. Each successive data byte of the status data

packet **138** causes the ACIA **106** to generate an interrupt. The video system computer **28** can then read the byte from the ACIA **106** via the address and data lines of the bus **58**.

When the stop byte **136** is received, the video system computer **28** transmits a communications packet **130** having a command data packet **140** as shown in FIG. **12**. When the remote communications interface **111** on the exercise machine **22** receives the start byte **132** of the communications data packet **130** transmitted by the video system computer **28**, it too asserts an interrupt signal. The interrupt enables the exercise computer **68** to process the incoming command data packet **140**.

The status data packet **138** transmitted by the exercise machine **22** includes the following bytes: a start byte (including an address and ninth start bit); data bytes $D_1$ through $D_5$; and a stop byte (including a checksum and ninth stop bit). The start byte includes an arbitrary address that is preassigned to interface module **26**. Start bytes which have a different address are ignored by the ACIA **106**. The data byte $D_0$ is a status byte. The data bytes $D_1$ through $D_4$ are exercise data. In this case, the exercise data includes pedal RPM, elapsed time in minutes and seconds, user-selected level and machine type. Other exercise data may be transmitted depending on the nature and capabilities of the exercise machine **22**. The machine type byte $D_5$ indicates the type of exercise machine, and is discussed below in greater detail. The stop byte **136** is a checksum, and includes a ninth stop bit.

The status byte **138** has five predefined values each corresponding to a different one of the following status conditions: (i) NULL status; (ii) READY status; (iii) RUNNING status; (iv) PAUSING status; and (v) ENDING status. The NULL status means "no status." The READY status means that the exercise machine **22** is operating and ready to begin interactive communication with the video system computer **28**. The RUNNING status means that the exercise machine **22** is engaged in interactive communication, and is accepting command data packets **140** from the video system computer **28**. The PAUSING status means that the exercise machine **22** is pausing. The ENDING status means that the exercise program has terminated, and the exercise computer **68** is displaying exercise data.

In response to receipt of a status data packet **138**, the video system computer **28** transmits the command data packet **140** via the interface module **26** including the following bytes: start byte (having an address and ninth start bit); a command byte $D_0$; a load value byte $D_1$; display data bytes $D_2$ through $D_5$; and a stop byte (having a checksum and a ninth stop bit).

The start byte of the command data packet **140** includes an arbitrary address that is preassigned to the exercise machine **22**. Start bytes which have a different address are ignored by the exercise machine **22**. The load value $D_1$ is interpreted as the value of the load resistance to be imposed on the user by the alternator **88**, and is discussed below in greater detail. The stop byte **136** is a checksum, with an additional stop bit. The command byte $D_0$has five predefined values, each corresponding to a different one of the following five commands: (i) NULL command (ii) INITIALIZE command; (iii) UPDATE command; (iv) PAUSE command; (iv) TERMINATE command; and (v) ABORT command.

The NULL command causes no action to be taken by the exercise machine **22**. The INITIALIZE command instructs the exercise machine **22** to initialize (i.e., reset) the exercise data (such as total calories consumed) and to begin interactive operation. During interactive operation, the exercise



computer **68** relinquishes control of the load resistance and program profile display **86**, and abides by the commands issued by the video system computer **28**. The PAUSE command causes the exercise computer **68** to place the exercise machine **22** in a pause mode, such as to allow the user to momentarily dismount. The TERMINATE command causes the exercise machine **22** to set load resistance to its lowest level, and display exercise data. The ABORT command causes the exercise machine **22** to immediately terminate interactive operation, and resume stand-alone operation.

The UPDATE command instructs the exercise computer **68** to update the load control signal **90** and the program profile display **86** with the data bytes $D_1$ through $D_5$ contained in the command data packet **140**. As discussed earlier, the exercise computer **68** controls the alternator **88** by pulse width modulation of the load control signal **90**. When the exercise computer **68** receives an UPDATE command, it adjusts the duty cycle of the load control signal **90** in accordance with the value of the load byte $D_1$.

The exercise computer **68** also updates the program profile display **86** in accordance with the data bytes $D_2$ through $D_5$. In practice, each byte $D_2$ through $D_5$ corresponds to one of the predefined columns of the program profile display matrix **86**, and each bit of each byte corresponds to one of the LEDs in that column. The state of each particular bit determines whether or not its corresponding LED is illuminated. Depending on the number of columns in the program profile display **86**, additional or fewer data display bytes must be used.

A typical dialogue between the exercise computer **68** and the video system computer **28** begins when the exercise machine **22** is initially powered up. At that time, the exercise computer **68** begins transmitting (every 100 milliseconds) a status data packet **138** with the status byte indicating a READY status. At some point in time, the user activates the video system **24**, whereupon the video system computer **28** begins receiving the status data packet **138** broadcast by the exercise machine **22**.

Via the interface module **26**, the video system computer **28** responds to the first received status data packet **138** by transmitting a command data packet **140** with the command byte indicating an INITIALIZE command. This causes the exercise machine **22** to begin interactive operation. The video game computer **28** does not necessarily have to issue the INITIALIZE command immediately. Rather, initialization can be in response to user input (such as via the game control peripheral **32***a*). Alternatively, the video system computer **28** can broadcast the INITIALIZE command, but the exercise computer **68** can be programmed to ignore it until instructed by the user (via the exercise keypad **84**) to begin interactive operation.

Once the exercise machine **22** receives and accepts the INITIALIZE command, it begins broadcasting a status data packet **138** having a status byte $D_0$ indicating a RUNNING status. When the video system computer **28** receives this status, it transmits an UPDATE command, causing the exercise computer **68** to update the load control signal **90** and program profile display **86** in accordance with the load and display data ($D_1$ through $D_5$) in the command data packet **140**. The exercise machine **22** continues to broadcast a RUNNING status every 100 milliseconds, and the video system computer **28** continues to respond with successive UPDATE commands.

At some point, the user may (via the keypad **84**) place the exercise machine **22** into a pause status. In pause status, load

resistance is set to its lowest value, giving the user an opportunity to rest or dismount. When the exercise machine **22** is in pause status, the exercise computer **68** transmits a status data packet **138** having a status byte $D_0$ indicating the PAUSE status. When the video system computer **28** receives the PAUSING status communications protocol. The modes described in this section relate to high-level system operation, whereas the status conditions described in connection with the communications protocols relate to the details of data communication between the exercise machine **22** and the video system **24**.

In Exercise Mode and Graphic overlay Mode, the video system computer **28** is interfaced to the exercise machine **22** for receiving exercise data and transmitting load and display commands. It is to the implementation of these modes that the above-described interface module **26** and communications protocol are directed.

Contrastingly, in Game Mode, the exercise machine **22** and video system **24** operate separately, as stand-alone units. It will be observed that a user may exercise while playing a video game in Game Mode. To facilitate this, one of the video game's game interface peripherals **32***a* is mounted to the handlebars **64** of the exercise machine **22**. The game interface peripheral **32***a* is wired via a cord **144** to the video system computer **28**, and can therefore function independently of the interface module **26**. As discussed above, the third game control peripheral **32***c* can be mounted on the handlebars **64** and can be connected to the video system **24** via the interface module **26**. As part of the exercise machine **22**, however, the third game control peripheral cannot be used in Game Mode.

To accommodate this multi-modal operation, the software encoded in the memory cartridge **34** is written to accept input from the exercise machine **22** (via the interface module **26**) when in Exercise Mode and Graphic Overlay Mode, and to accept input from the game control peripherals **32***a* and **32***b* when in the Game Mode. In this manner, memory cartridge **34** has maximum flexibility for use in standard video games and other programs, whether or not equipped or used with the interface module **26**. It is also possible for the program on memory cartridge **34** to accept input from both the game control peripherals **32***a*, **32***b* and the exercise machine **22**. This feature is particularly useful when two users are playing a video game, but only one is using the exercise machine **22**. In this respect, the program operates in Game Mode with respect to the user who is not on exercise machine, and in Exercise Mode with respect to the user who is on exercise machine **22**.

The flow chart of FIG. **13** illustrates the generalized operation of the software of memory cartridge **34** executed in the video system computer **28**. At a block **146**, the video system computer **28** accepts a mode selection from the user. This may be accomplished under software control via one of the game control peripherals **32***a* and **32***b*, or by an external hardware switch (not illustrated). The video system computer **28** determines at block **146** which mode is selected. If Graphic Overlay Mode is selected, control moves to a block **148**. Details of Graphic Overlay Mode are discussed below.

If Game Mode is selected, the video system computer **28** reads user input from the game control peripherals **32***a* and **32***b* at a block **150**, executes game control at a block **152**, and updates the display on the television **30** at a block **154**. Although in the illustration, the software is directed toward an interactive video game, other applications can be used, including, for example, a fitness trainer. At a decision block **156**, if the game is over, the program terminates. Otherwise, control returns to the block **150**, and processing at blocks **150** through **156** is repeated.

If the Exercise Mode is selected, the video system computer **28** transmits on INITIALIZE command to the exercise machine **22** at a block **158**. The protocol of this communication is discussed above. At a block **160**, the video system computer **28** reads input data from the exercise machine **22** (via the interface module **26**) and game control peripherals **32***a* and **32***b*. At a block **162**, the video system computer **28** executes game control. At a block **164**, the video system computer **28** updates the video display on the television **30** to reflect changes in game state as a result of the processing at the block **162**. At a block **166**, the video system computer **28** determines the contents of the next command data packet. At a decision block **168**, if the video game is over, the program terminates. Otherwise, control returns to the block **160**, and processing at the blocks **160** through **168** is repeated.

It is understood that the processing depicted in the blocks **158** through **168** represents only one of many possible approaches. For example, these steps **158** through **168** may be performed in a different order or concurrently, depending on the nature of the video system **24** and the specific program executed thereon. The step **162** of executing game control at the blocks, refers to the idea that the video system computer **28** will update the state of the video game or other program in response to past and current user input and the passing of time. For example, if a video game depicts a player as a bicyclist racing down a highway, the step **162** of executing game control might include a determination of what speed the player's opponents will pedal as a function of past and current user input.

## Dynamic Control of Exercise Machine

When operating in the Exercise Mode, the video system computer **28** may adjust load resistance imposed by alternator **88** in accordance with the outcome of the video program. For the purpose of illustration, it is assumed that the video system computer **28** is executing a video game program which generates an animated display (on the television **30**) of a race over terrain of varying grade and quality. The video system computer **28** adjusts the load resistance of alternator **88** in accordance with the varying terrain depicted and the user's actions. Thus, for example, if the terrain depicted on the television **30** has an increasing grade, then the video system computer **28** increases the load resistance of alternator **88**.

The difficulty in existing systems is that changes in actual load resistance may not be properly coordinated with changes in the depicted terrain or other video display. This discrepancy may arise because various exercise machines have different operating characteristics depending on the type of machine and the type of load device used in that machine. For example, an exercise bicycle using an alternator for load resistance has different operating characteristics than an exercise bicycle using an eddy current brake, or a stair climber using a band brake.

The operating characteristic of greatest interest is the load response. Load response refers to the time delay between changes in the load control signal **90** and changes in the actual load imposed on the user by the alternator **88**. Fortunately, the load response of the alternator **88** is almost instantaneous. However, the load response in an eddy current brake, for example, may be delayed by several seconds.

If actual load experienced by the user is to reflect the changes in simulated terrain (or other visual display), then it

is important that the change in load occur virtually simultaneously with the depicted changes in terrain (or other visual display). The realism (and, ultimately, enjoyment) of the game is diminished when the user's visual input (such as, for example, the grade of a simulated hill) does not jibe with the sensory input of load resistance.

In cases where load response is instantaneous, video system computer **28** can adjust the load control signal **90** concurrently with the changes in video output (such as the depicted grade of terrain). Where the load response is delayed (such as occurs with eddy current brakes), the video system computer **28** adjusts the load control signal **90** in advance of the change in video output. For example, if the load response is a five second delay, the video system computer **28** begins to increase the load control signal **90** five seconds in advance of the upcoming hill.

Because the operating characteristics (such as load response) vary from exercise machine to exercise machine, it was initially unclear as to how the video system computer **28** would be able to control different types of devices. One solution is to have each memory cartridge **34** programmed to handle a particular type of exercise machine. Under this approach, however, cartridges designed for eddy-current-based machines would function poorly when used with alternator-based exercise machines. This lack of flexibility is commercially impractical.

In the illustrated embodiment, this problem is solved by including in the status data packet **138** (see FIG. **11**) a machine type data byte $D_5$. This type data byte contains a code corresponding to the type of exercise machine **22**. For example, an eddy-current-based bicycle is assigned type number "001," while an alternator-based stair climber is assigned type number "002." A table (not shown) in the memory of the memory cartridge **34** associates each type with its assigned characteristic. In this manner, the video system computer **28** can adjust the load (or other) control signal **90** in accordance with the load response (or other operating characteristic) associated with the particular type of exercise machine **22**.

While practical, one difficulty with this approach is that it may not be able to accommodate new type of exercise machines whose operating characteristics do not fall within an existing type. To overcome this problem, the exercise device may transmit a special data packet referred to as the operating characteristic specification ("OCS") data packet. The OCS data packet is transmitted by the exercise machine **22** in response to the video computer **68** sending an INITIALIZE command.

The OCS data packet includes the following bytes: start byte (having an address and ninth start bit); status byte $D_0$ (operating characteristic parameters $D_1$–$D_5$); and a stop byte (having a checksum and a ninth stop bit). The protocol for communicating data packets is discussed above under the heading "Communication Protocols".

Where the OCS is to be used, the status byte can take a sixth value (in addition to the five values discussed above) which indicates that the status data packet is an OCS data packet. The operating characteristic parameters are parameters which specify the operating characteristics. One possible set of parameters is: type of exercise movement (reciprocal or rotary, independent or dependant); limbs exercised (legs or arms); load response (in seconds delay); type of resistance (mechanical, eddy current, alternator). Alternatively, other descriptions can be used.

While quite powerful, this OCS approach is still subject to the possibility that exercise equipment will be developed that is so novel that the predefined parameters are insufficient. To overcome this contingency, a third alternative is provided, wherein the command data packet **140** (see FIG. **12**) includes additional data bytes (not shown) specifying upcoming load values. The exercise computer then determines internally when the load control signal **90** should be adjusted in accordance with the upcoming load values.

### Graphic Overlay Mode

In some cases, a user of the system may want to use the television **30** to watch prerecorded video cassettes, CATV, broadcast TV or other external video signal. In these cases, it is desirable that the user's exercise data be periodically displayed on the television **30** over the external video signal. To accomplish this objective, the system **20** includes a Graphic Overlay Mode. In Graphic Overlay Mode, the video system computer **28** does not generate a video output. Rather, its main tasks are to manage communications with the exercise machine **22**, and to output digital exercise data to the video port **98** for superimposing display on the television **30**. In Graphic Overlay Mode, the video system computer **28** can also control load resistance imposed by the alternator **88** of exercise machine **22** in accordance with any suitable exercise program.

In practice, the software necessary for implementing the Graphic Overlay Mode can be incorporated as a routine on the memory cartridge **34**. As shown in the flow chart of FIG. **13**, when initiating operation of the video system **24**, the user is given the choice of three operational modes, including the Graphic Overlay Mode. The user may assert this choice either via an external hardware switch (not shown) or via one of the game control peripherals **32***a*, **32***b* under program control. Referring to FIG. **13**, if the user selects the Graphic Overlay Mode, then control moves to a block **148**, where the video system computer **28** transmits the INITIALIZE command to the exercise machine **22** in accordance with the communications protocol discussed above. At block **170**, the video system computer **28** reads the exercise data which it receives from the exercise machine **22**. At a block **172**, the video system computer **28** writes data to the video port **98**. At a block **174**, the video system computer **28** updates the command data packet **140**. In this regard, the video system computer **28** can adjust the load resistance of alternator **88** in accordance of any suitable exercise program. At a block **176**, if the exercise program is over, the Graphic

Overlay Mode terminates. Otherwise, control returns to the block **170**, and the blocks **170** through **176** are repeated.

It is understood that the Graphic Overlay Mode is an aspect of the invention that can be practiced with hardware configurations and communication protocols other than those illustrated above. Specifically, the video port **98** could be disposed within the exercise machine **22** for direct access by the exercise computer **68**. In this case, the exercise computer **68** (as opposed to the video system computer **28**) writes exercise data to video port **98**.

To implement the Graphic Overlay Mode, the video interface **38** has been provided. FIG. **8** illustrates the video interface **38** in greater detail. In this illustration, the television **30** is used to display the external CATV signal **42**. Alternatively, the television **30** could be used to display a video signal from a VCR or compact disk player, or to display a broadcast television signal. The external CATV signal **42** is received in the user's home by the CATV tuner **44**, which outputs a video signal **178**. This video signal **178** is fed into first input **180** of a switch **182**. The switch **182** includes a second input **184** for receiving the output **36** of

the video system computer **28**. The switch **182** has an output **186**, and, by means of a mechanical or electronic switch, selectively couples the first or second input **180**, **184** to the output **186**.

Preferably, the switch **182** is electronically activated by one of the four control lines **114** emanating from the video port **98** of the interface module **26** (see also, FIG. **6** and discussion above relating to video port **98**). Thus, the video system computer **28** can, under software control, actuate switch **182** via one of the lines **114** to selectively enable either the CATV signal **42** or the video output **36**. In Graphic Overlay Mode, the video system computer **28** enables the CATV signal **42** and at the same time writes data to the video port **98** for superimposition over the CATV signal **42**.

While the multi-modal operation of exercise video system **20** (discussed above in connection with the flow chart of FIG. **13**) contemplates that the Graphic Overlay Mode is selected by the user at the beginning of operation of the system **20**, alternatives are possible. For example, the video system computer **28** could toggle back and forth between Exercise Mode and Graphic Overlay Mode. This would enable a user playing a video game, for example, to suspend the video game and watch regular CATV programming in Graphic Overlay Mode. This toggling between modes is initiated by the user pressing a designated button on one of the game control peripherals **32***a*, **32***b* or key on keypad **84**.

The output **186** of the switch **182** is then fed to video overlay circuit **188**. The video overlay circuit **188** is coupled to the video port **98** by the lines **114** of interface module **26**. The video overlay circuit **188** receives digital data in a serial stream via one of the lines **114**. The overlay circuit **188** places this data over the video signal which it receives from switch output **186**. In this manner, the video image displayed on the television **30** will include the data written by video system computer **28** to video port **98**. In the disclosed embodiment, the video overlay circuit **188** is a Model BU 2801S from Rohm Electronics, Antioch, Tenn., USA. The video overlay circuit **188** is remote from the video port **98**, and communication therebetween is by extended TTL data lines. The overlay circuit **188** could be built inside the housing of interface module **26**, and in fact, the TTL signal may not be properly transmitted if the lines **114** extend too far.

The output of the video overlay circuit **188** is fed to both a first outlet cable **190** and an RF modulator **192**. The RF modulator **192** converts the video output of the video overlay circuit **188** to a radio frequency signal. The output of the RF modulator **192** is fed to a second outlet cable **194**. In this manner, where the television **30** cannot accept video signal, it is coupled to the second outlet cable **194** as shown in FIG. **8**. In cases where the television **30** can accept a video signal (such as with "cable ready" TVs) the television **30** is coupled to the first outlet cable **190**.

In accordance with another aspect of the invention, the video port **98** may include an additional data line for controlling the CATV tuner **44**. In these cases, the CATV tuner **44** may be incorporated in the video interface **38** itself. In this manner, the video system computer **28** can write additional control bits to video port **98**. These additional control bits enable the video system computer **28** to control the CATV tuner **44** in response to user input (either via the game control peripherals **32***a*, **32***b* or the keypad **84**). Thus, a user while exercising in Graphic Overlay Mode could conveniently change CATV channels.

When operating in Graphic Overlay Mode, the video system computer **28** accepts exercise data (such as pedal rpm, total calorie consumption, and heart rate), and writes this data to the video port **98** for superimposing display on the television **30**. Ideally, the data should be displayed near a bottom corner of the screen, so as not to obscure the television image. The data may be displayed continuously, periodically, or in response to the user's command (via one of the game control peripherals **32***a*, **32***b*, for example).

While in Graphic Overlay Mode, the video system computer **28** can also control load resistance in accordance with a predefined exercise program, such as typically resident on the exercise computer. Such programs include: (i) generating random values for load resistance; (ii) adjusting load resistance to maintain constant heart rate; (iii) adjusting load resistance to maintain constant step rate or maximum rpm; (iv) generating load resistance in accordance with an aerobic interval training regimen; and (v) any other exercise program.

Thus, the video system computer **28** calculates or selects current and future loads. These load values can be transmitted to the exercise machine **22** for display on the program profile display **86**, or can be graphically depicted via the overlay circuit **188** on the television **30**.

## Data Storage

As discussed above, the interface module **26** includes the SRAM **96**. During interactive exercise operation, the video system computer **28** can write exercise and other data to the SRAM **96**. This data remains resident in the interface module **26**, even when the memory cartridge **34** (or, for that matter, video system computer **28**) is replaced.

This feature is particularly beneficial for users who track historical exercise data. For example, there are fitness programs (or "personal trainers") which base workout intensity on past exercise performance. Such programs typically contemplate that the user will exercise with the same trainer program. Thus, when the trainer program is placed on a removable cartridge, the historical exercise data is stored on that cartridge. This in effect limits the user to that particular cartridge. If the user were to exercise with other cartridges, such as, for example, video game cartridges in accordance with the invention, then the historical data would not be properly accumulated.

This limitation is overcome by storing historical exercise data in the interface module SRAM **96**. In this manner, the user is not tied to a single memory cartridge. For example, the user can play a number of different video games while still recording and preserving his exercise data. Also, the user can change cartridges during an exercise session without losing data.

## Remote Control of Exercise Machine

Many of the more sophisticated exercise machines are computer controlled. For example, load and, particularly, the variation of load in accordance with a program, is controlled by a computer generated signal according to a preset exercise program or protocol. The computation and display of calorie consumption is performed by a computer. Computation of fitness levels and detection of heart rates are performed by the computer. Thus, many exercise machines include one or more microcomputers or micro controllers, along with a display and keypad for communication between the user and the computer.

These components significantly add to the cost of exercise machines. Cost is an important factor in the marketing of exercise machines, particularly exercise machines intended

for home use. However, most people have in their home a television, and many have computer-based video systems, such as the Nintendo brand entertainment system. Thus the cost of computer-controlled exercise equipment can be reduced by eliminating the computer and display components from the equipment by substituting the processing and display power of a typical home television and video system to perform the exercise machine control and display functions.

In accordance with this invention, an alternative embodiment **20'** of the exercise video system **20** is illustrated in FIG. **9**. This embodiment is similar to the system **20** except that it does not have a control and display panel such as panel **74** or a computer such as exercise computer **68**. A remote interface **198** sends and receives serial RS-232 communications in accordance with a predetermined protocol. The video system computer **28** periodically, such as, for example, every 100 milliseconds sends a command byte. In response, the exercise machine remote interface **198** transmits a status packet of three bytes. The first byte is the output of a biosensor **200**, the second byte is the output of a mechanical sensor **202** and the third byte is the output of a DIP switch **204**. The setting of the DIP switch **204** indicates the type of exercise machine, and corresponds to the machine type byte $D_5$ of the status data packet **138** discussed above.

The exercise machine **22'** is equipped with a load device **206**, preferably an alternator with suitable control circuitry, which is responsive to a load control signal **208**. In practice, the command byte received from the video system computer **28** is interpreted by the exercise machine **22'** as the new value of the load control signal **208**. The remote interface **198** includes a three-bit counter and a clock (not shown). The counter is coupled to the clock, and increments with each clock cycle. As the counter increments, it successively enables each of the load device **206**, bio-sensor **200**, mechanical sensor **202** and DIP switch **204**. A latch included in the remote interface **198** is coupled to each of these devices, and holds data bytes received from and transmitted to the video system computer **28**. When a command byte is received from the video system computer **28**, the counter is reset to binary "000", which enables the load device **206** to read the byte in the data latch. The clock operating at a clock speed of about 200 Hz begins to increment the counter. When the counter is incremented to binary "001", it enables the biosensor **200** to write its contents to the latch. On the next clock pulse, the contents of the latch are transmitted to the video system computer **28**, and the counter is incremented to binary "010", enabling the mechanical sensor **202** to write its contents to the latch. On the next clock pulse, the contents of the latch are transmitted to the video system computer **28**, and the counter is incremented to binary "011", enabling the mechanical DIP switch **204** to write its contents to the latch. On the next clock pulse, the contents of the latch are transmitted to the video system computer **28**, and the counter is incremented to binary "100". When the state of the counter is binary "100", the clock is disabled and the remote interface **198** is placed into a receive mode so that no further data is transmitted until the next command byte is received from the video computer **68**. When the next command byte is received, the counter is reset to "000", and the above-described process is repeated.

In accordance with this embodiment, the video system computer **28** reads the values of the biosensor **200**, mechanical sensor **202** and DIP switch **204**, and computes elapsed time, calorie consumption and rate of calorie consumption. The video system computer **28** also determines the current and upcoming load resistance values, and displays all of this information on the television **30**. This can be done in connection with a video game or other exercise programs. The video system computer **28** can also accept user input such as weight, exercise level and target heart rate using the game controllers **32***a* and **32***b*. To this end, prompts directing the user to enter the required data are displayed on the television **30**.

### Video Game Exercise Protocols

To maximize physical fitness and in particular, cardiovascular fitness, it is considered desirable to perform exercise according to predetermined exercise protocols. Many existing computerized aerobic-type exercise machines are programmed such that the user is led through a preset exercise program. For example, there are exercise bicycles that vary resistance levels and step machines that vary step rate in order to create an interval training program resulting in specific cardiovascular objectives. Similarly, such exercise machines are often programmed with protocols designed to provide aerobic workouts that will burn off a predetermined number of calories; last a specific period of time or maintain a designated heart rate. In one embodiment of the invention, the fitness results of the video games implemented in the system of FIG. **1** are improved by embedding exercise protocols in the game scenarios programmed in the cartridge **34**.

An illustration of a video game containing an exercise protocol is provided in FIG. **14**. In the lower portion of FIG. **14**, resistance levels generated by the exercise machine **22** over a time period are indicated by a line **300**. This resistance program is designed to produce an interval type workout having a duration of 12 minutes. In the upper portions of FIG. **14** are a series of representative video screens **302–308** displayed on the television **30** which are created by a video game program contained in the cartridge **34**. Correspondence between the screens **302–308** and the resistance levels **300** is indicated by a set of dashed lines **310–316**. The particular game illustrated in FIG. **14** is a bicycle road race where a road **318***a*–**318***d* and associated terrain **320***a*–**320***b* is projected forward from the user who, for the purpose of the game, is riding a bicycle **322**. Steering of the bicycle on the road **318***a*–**318***d* can be simulated by using the game controller **32***c* in the same manner that steering is simulated in standard video road race type games. The apparent speed of the user's bicycle can be changed by the user varying the rate that he is pedaling the exercise bicycle **22**. The video game can also create other bicycle riders (not shown) to provide competition for the user.

To provide realism and visual feedback, when the resistance level is increased from a base level, for example, during a warm-up period **323** to a plateau resistance level **324**, the video game will generate a screen such as the screens **318***b* and **318***c* that visually suggests to the user that riding the bicycle will require a greater effort. One method of accomplishing this effect is to move a horizon line **326***a* in the screen **302** from a base level upwardly to a position **326***b* in screen **304** so as to give the user the visual impression that he is riding up hill. This effect can also be accomplished by simulating sand, water or snow on the road **318***c* as shown on the screen **306** by a dotted portion **328** of the image. Using different visual effects to indicate increased riding effort is desirable when there is a relatively long period of increase resistance as in the case of the plateau portion **324** of the program **300**. Here, as depicted on screen **306**, the sand **328** is used to suggest increased riding effort after the first portion of the plateau **324** is represented by the

hill in the screen **304**. A variety of other methods of displaying increased riding effort situations can be used including placing obstacles in the road **318***a*–**318***b*; depicting the bicycle **322** as having a flat tire; or having an opposition rider knock the user off the bicycle **322** so that the user is required to start riding again with the increased effort normally associated with starting off on a bicycle. By the same token, when the resistance program **300** results in a decrease in user resistance, as shown for instance at a point **330** in the program **300**, the apparent horizon **326***d* in the screen **308** can be moved downwardly. This will provide the user with the visual impression that he is riding down hill.

In addition, in some circumstances, it can be desirable to display upcoming hills. In the screen **308**, for example, the road **318**d is shown traversing a pair of upcoming hills **332** and **334**. By showing upcoming hills, the user can be prepared for increased effort levels. Also, the upcoming hills can simultaneously be displayed on the LED display **86** of the exercise bicycle panel **74**.

One problem that can occur when an exercise protocol is imbedded in a video game is that the user's rate of exercise can affect the operation of the video game so that the game display may not match the programmed exercise routine. For example, in the game illustrated in FIG. **14**, if the user pedals the exercise cycle **322** at a rate greater than the nominal rate of 80 RPM for this machine, the bike **322** will move more quickly along the road **318***a*–**318***d* toward the hills displayed on the screens **302**–**308**. Thus, the hills or displayed resistances shown in screens **304** or **306** will appear on the display **30** before the programmed resistance levels **300** are applied to the exercise bicycle **322**. Likewise, if the exercise bicycle is pedaled at a slower rate, the programmed resistance **300** would occur before a hill or other images suggesting increased effort is generated on the display **30**.

It is, therefore, desirable to supply the video game program based on an exercise protocol with logic that will compensate for the user's actual rate of exercise. In the video game illustrated in FIG. **14**, for example, the distances to the hills projected on the screens **302**–**308** can be programmed to be a function of the time when the next programmed resistance level **300** is to occur and the rate at which the exercise bicycle **322** is pedaled. The following relation can be used by the video game program in the cartridge **34** to define the apparent distance $d_n$ as:

$$d_n = K(t_n - t_c)\frac{V_K}{V_c}$$

where:

$t_n$ is the time programmed for the next resistance level according to the exercise protocol.

$t_c$ is the current time.

$V_k$ is the nominal speed of exercise for the exercise machine.

$V_c$ is the actual speed of exercise.

K is a scaling constant.

By using the above relation, the video game program can continue to calculate the distance to the next hill or other displayed source of increased riding effort and generate the appropriate screens for display on the television **30**.

Similar formulations can be used to adjust a video game display where the exercise protocol is based on distance, calories burned or heart rate and where the user can vary exercise machine operating parameters such as pedal or step rate or resistance.

It should be noted that the video game with the exercise protocol described above in connection with FIG. **14** can be termed an open loop system. In this approach, the video game is designed to lead the user through a preset exercise routine. However, the general approach described above can be used to provide video game exercise systems with video games that operate in a closed loop manner. For example, the exercise machine **22** can be used to monitor heart rate as described in connection with FIG. **4** and the video game can be programmed to maintain the user's heart rate at a prescribed level. This can be done, for instance, by varying the resistance of the exercise machine **22** and generating corresponding screen displays of the type shown in FIG. **14**.

We claim:

**1**. A video exercise system comprising:

a physical exercise apparatus having physical resistance means for generating a user resistance force;

a video display,

a game control peripheral operable by the user; and

control means operatively connected to said exercise apparatus, said game control peripheral and said video display for generating a user interactive game on said video display wherein said interactive game includes a game scenario having a predetermined aerobic exercise protocol in order to achieve a predetermined aerobic workout objective wherein said user resistance is varied in accordance with said predetermined aerobic exercise protocol.

**2**. The system of claim **1** wherein said aerobic exercise protocol includes a predetermined set of said user resistances for predetermined times.

**3**. The system of claim **2** wherein said control means includes speed means for controlling said game so as to compensate for the user's rate of exercise.

**4**. The system of claim **1** wherein said predetermined aerobic workout objective is to burn off a predetermined number of calories.

**5**. The system of claim **1** wherein said predetermined aerobic workout objective is to maintain a predetermined heart rate.

**6**. The system of claim **1** wherein said predetermined aerobic protocol includes an aerobic workout having a predetermined duration of time.

**7**. The system of claim **1** wherein said predetermined aerobic protocol includes an interval workout.

**8**. The system of claim **1** wherein said control means includes speed means, responsive to the user's rate of exercise, for graphically displaying on said video display an upcoming change in said user resistance according to said aerobic exercise protocol and the user's rate of exercise.

**9**. The system of claim **8** wherein said graphical display of an upcoming change is represented as on obstacle at a predetermined distance from a reference point and said predetermined distance increases a function of the user's rate of exercise.

**10**. The system of claim **9** wherein said predetermined distance from said reference point is computed as a function of the relation: $d_n=K(t_n-t_c)\ V_K/V_C$ where $d_n$ is the predetermined distance from said reference point, $t_n$ is a time programmed for the next resistance level according to said aerobic exercise protocol, $t_c$ is the current time, $V_K$is a nominal speed of exercise for said exercise apparatus, $V_C$ is the actual speed of said exercise apparatus and K is a scaling constant.

* * * * *

# EXHIBIT 10

US005973696A

# United States Patent [19]

**Agranat et al.**

[11] **Patent Number: 5,973,696**

[45] **Date of Patent: Oct. 26, 1999**

[54] **EMBEDDED WEB SERVER**

[75] Inventors: **Ian D. Agranat**, Weston; **Kenneth A. Giusti**, Upton; **Scott D. Lawrence**, Concord, all of Mass.

[73] Assignee: **Agranat Systems, Inc.**, Waltham, Mass.

[21] Appl. No.: **08/907,770**

[22] Filed: **Aug. 8, 1997**

**Related U.S. Application Data**

[60] Provisional application No. 60/023,373, Aug. 8, 1996, abandoned.

[51] **Int. Cl.**[6] .............................. **G06F 3/00**; G06F 15/16

[52] **U.S. Cl.** .......................... **345/357**; 709/201; 709/203; 709/501; 709/513

[58] **Field of Search** .................................... 345/357, 339; 707/513, 514, 515, 501, 901; 395/500, 339, 200.31, 200.33; 709/201, 203

[56] **References Cited**

U.S. PATENT DOCUMENTS


| | | | |
|---|---|---|---|
| 4,319,338 | 3/1982 | Grudowski et al. | 364/900 |
| 4,937,777 | 6/1990 | Flood et al. | 364/900 |
| 4,953,074 | 8/1990 | Kametani et al. | 364/132 |
| 5,012,402 | 4/1991 | Akiyama | 364/192 |
| 5,072,412 | 12/1991 | Henderson, Jr. et al. | 395/159 |
| 5,122,948 | 6/1992 | Zapolin | 364/131 |
| 5,157,595 | 10/1992 | Lovrenich | 364/136 |
| 5,225,974 | 7/1993 | Mathews et al. | 364/140 |
| 5,297,257 | 3/1994 | Struger et al. | 395/200 |
| 5,307,463 | 4/1994 | Hyatt et al. | 395/275 |
| 5,321,829 | 6/1994 | Zifferer | 395/575 |
| 5,398,336 | 3/1995 | Tantry et al. | 395/600 |
| 5,406,473 | 4/1995 | Yoshikura et al. | 364/140 |
| 5,420,977 | 5/1995 | Sztipanovits et al. | 395/160 |
| 5,572,643 | 11/1996 | Judson | 395/200.48 |
| 5,598,536 | 1/1997 | Slaughter, III et al. | 395/200.16 |
| 5,613,115 | 3/1997 | Gihl et al. | 395/701 |
| 5,623,652 | 4/1997 | Vora et al. | 395/610 |
| 5,625,781 | 4/1997 | Cline et al. | 395/335 |
| 5,745,908 | 4/1998 | Anderson et al. | 707/513 |
| 5,768,593 | 6/1998 | Walters et al. | 395/705 |
| 5,805,442 | 9/1998 | Crater et al. | 364/138 |

OTHER PUBLICATIONS

Crespo, Arturo and Eric A. Bier, "WebWriter: A browser–based editor for constructing Web applications," Computer Networks and ISDN Systems, vol. 28, No. 11, May 1996, pp. 1291–1306.

Ladd, David A. and J. Christopher Ramming, "Programming the Web: An Application–Oriented Language for Hypermedia Service Programming," Proceeding of the 4th International World Wide Web Conference, Dec. 1995, Boston, MA, XP 0020498 (http://www.w3.org/pub/Conferences/WWW4/Papers/251/).

"Allaire Releases Cold Fusion 1.5", Minneapolis, MN, Feb. 6, 1996, p. 30, Press Release posted at http://www.allaire-.com.

"Allaire Announces Cold Fusion™ Fuel Pack Program", San Jose, Ca, Apr. 30, 1996, Press Release posted at http://www.allaire.com, pp. 1–2.

"Allaire Introduces Major New Release of Cold Fusion Web Application Development Tool", Cambridge, MA, Nov. 12, 1996, Press Release posted at http://www.allaire.com, pp. 1–14.

Allegro Software Development, "RomPager Embedded Web Server Toolkit Architecture", 1996, article posted at http://www.allegrosoft.com, pp. 1–2.


(List continued on next page.)

*Primary Examiner*—Raymond J. Bayerl
*Assistant Examiner*—Cuong T. Thai
*Attorney, Agent, or Firm*—Wolf, Greenfield & Sacks, P.C.

[57] **ABSTRACT**

An embedded graphical user interface employs a World-Wide-Web communications and display paradigm. The development environment includes an HTML compiler which recognizes and processes a number of unique extensions to HTML. The HTML compiler produces an output which is in the source code language of an application to which the graphical user interface applies. A corresponding run-time environment includes a server which serves the compiled HTML documents to a browser.

**10 Claims, 15 Drawing Sheets**



OTHER PUBLICATIONS

Allegro Software Development, "RomPager Embedded Web Server Toolkit Features", 1996, article posted at http://www.allegrosoft.com, pp. 1–2.

Allaire, Products Overview, 1997, Press Release posted at http://www.allaire.com, pp. 1–5.

Michael R. Genesereth and Anna Patterson,editors, "The Sixth International World Wide Web Conference Proceedings", Apr. 7–11, 1997, Santa Clara, CA, pp. 645–653.


111
SOURCE DIRECTORY TREE
113
HTML, Java, text, graphics
107
EmWeb/Compiler
109
Application-Specific
ew_proto.h
ew_stubs.c
S/W developer
109
EmWeb Archive
(Fixed Data)
ew_data.dat
ew_data.c
EmWeb Archive
(Object Code)
ew_code.c
Application-Specific
*.c
103
C Compiler
101
Object Code
105

Fig. 1


EmWeb Archive
EmWeb/Server
TCP/IP PROTOCOL STACK
DEVICE CONFIGURATION AND STATISTICS
NETWORK ACCESS

Fig. 2


NetFax State: <b><EMWEB_STRING C='
static const char *StateName[]
={ "Sending"
,"Receiving"
,"Idle"
};
return StateName [ GlobalFaxState ];
'>
<EMWEB_PROTO>Sending</EMWEB_PROTO>
</b>
301
303
305
307
309
311

Fig. 3


Number of pages sent: <b>
<EMWEB_STRING EMWEB_TYPE=DECIMAL_INT C='
return &GlobalNumPages;
'>
<EMWEB_PROTO>12</EMWEB_PROTO>
</b>
401
403

Fig. 4




Fig. 5

601

605

```
<EMWEB_INCLUDE C='
if ( FeatureTable[ fooFeature ].installed )
{
    return "/help/foo.html";
}
else
{
    return NULL;
}
'>
```

603

Fig. 6

```
<H2>Paper Tray Status:</H2>
<ol>
<EMWEB_STRING EMWEB_ITERATE C='
 int tray_percent_full. tray;
   tray = ewsContextIterations ( ewsContext );
   if ( tray >= NumberOfTrays )
           return NULL; /* terminate iterations */
   tray_percent_full = PaperSupply( tray );
   if ( tray_percent_full == 0 )
          strepy[ buffer, "<li><b>Empty</b>" ];
   else
          sprintf( buffer, "<li>%d%% full", tray_percent_full );
   return buffer;
'>
</ol>
```

701

703

705

Fig. 7

801 803 805 807

```
<EMWEB_INCLUDE EMWEB_ITERATE C='
  int feature = ewsContextIterations( ewsContext );
  if (feature < FEATURE_TABLE_SIZE )
     {
        if ( FeatureTable[ feature ].installed )
           return FeatureTable[ feature ].url;
        else
          return ""; /* no content, but continue iteration */
     }
   else
     return NULL; /* no content and stop iteration */
'>
```

Fig. 8


this HTML:
901
<FORM METHOD=POST EMWEB_NAME=System>
911
Fax Server Name:
<INPUT NAME=sysName TYPE=TEXT>
903
<br>
Fax Log should contain:
905
<SELECT NAME =Logging>
<OPTION VALUE=in_only SELECTED>Incoming Only
<OPTION VALUE=out_only>Outgoing Only
<OPTION VALUE=in_out>Incoming and Outgoing
<OPTION VALUE=no_log>Logging Disabled
</SELECT>
</FORM>
produces the forms:
Fax Server Name:
Fax Log should contain:
Incoming Only
and generates the structure:
921
typedef struct EwaForm_System_s
{
913
struct
{
907
919
char* sysName;
909
EwaFormEnum_ew_archive Logging;
} value;
915
struct
{
907
int8 sysName;
int8 Logging;
909
} status;
917
} EwaForm_System, *EwaForm_SystemP;

Fig. 9


1001
ARCHIVE HEADER
ENTRY POINT
1001a
COMPRESSION DICTIONARY
1003
1001b
1005
DOCUMENT HEADER
URL
1011
1005a
1005b
1013
MIME TYPE
1005c
1005d
HEADER NODES
1015
1005e
DATA
(COMPRESSED OR UNCOMPRESSED)
1019
1017a
DOCUMENT NODES
OFFSET
1017b
TYPE
1017c
INDEX
1017
DOCUMENT HEADER
DOCUMENT HEADER
0
1009
1007

Fig. 10


Browser
EmWeb/Server
Application
1101
GET /foo.html HTTP/1.1
HTTP/1.1 200 OK
1103
Static Data
1105
Dynamic Data
1111
Static Data
1113
<EMWEB_STRING>
1107
1107a
Dynamic Data
1109

Fig. 11


Browser
EmWeb/Server
Application
GET /foo.html HTTP/1.1
1201
ewaFormServe
1203
1203a
default values
1205
Response Data
1207
POST /foo.html HTTP/1.1
1209
ewaFormSubmit
1211
1211a
response URL
1213
Response Data
1215

Fig. 12


Browser
EmWeb/Server
Application
1301
GET /foo.html HTTP/1.1
HTTP/1.1 200 OK
1303
<EMWEB_STRING>
1305a
1305b
ewsSuspend
1307
1309
ewsResume
1311
<EMWEB_STRING>
1305c
1305d
Dynamic Data
1313
1315
Dynamic Data

Fig. 13


1401
BROWSER
1402
TCP / IP
HTTP SERVER
1403
1407
.txt
.ps
.gif .jpg .html
.class
1405

Fig. 14


1401
BROWSER
1402
TCP / IP
1403
HTTP SERVER
CGI
1503
APPLICATION
1501
1407
.txt
.ps
.gif
.jpg
.html
.class
1405

Fig. 15

# EMBEDDED WEB SERVER

## CROSS-REFERENCE TO RELATED APPLICATION

Priority is claimed under 35 U.S.C. §119(e) to the inventors' Provisional U.S. patent application Ser. No. 60/023, 373, entitled EXTENDED LANGUAGE COMPILER AND RUN TIME SERVER, filed Aug. 8, 1996, abandoned. The inventors' above-identified provisional U.S. patent application is incorporated herein by reference.

## COPYRIGHT NOTICE

The appendices attached to the disclosure of this patent contain material that is subject to copyright protection. The copyright owner has no objection to the facsimile reproduction by anyone of the patent document or the patent disclosure, as it appears in the Patent and Trademark Office patent file or records, but otherwise reserves all copyright rights whatsoever.

## APPENDIX

This application includes a microfiche appendix containing a source code listing in the C programming language of header files defining data structures representing an archive of content as used by the EmWeb™ product. This appendix shows an example of a particular embodiment of the invention incorporating features thereof which are described in detail below.

## FIELD OF THE INVENTION

The present invention relates generally to graphical user interfaces (GUIs), i.e. user interfaces in which information can be presented in both textual form and graphical form. More particularly, the invention relates to GUIs used to control, manage, configure, monitor and diagnose software and hardware applications, devices and equipment using a World-Wide-Web client/server communications model. Yet more particularly, the invention relates to methods and apparatus for developing and using such GUIs based on a World-Wide-Web client/server communications model.

## RELATED ART

Many modern communications, entertainment and other electronic devices require or could benefit from improved local or remote control, management, configuration, monitoring and diagnosing. It is common for such devices to be controlled by a software application program specifically written for each device. The design of such a device includes any hardware and operating environment software needed to support the application, which is then referred to as an embedded application, because it is embedded within the device. Embedded application programs are generally written in a high-level programming language such as C, C++, etc., referred to herein as a native application programming language. Other languages suitable to particular uses may also be employed. The application program communicates with users through a user interface, generally written in the same high-level language as the application.

The representation of an application in a native application programming language is referred to as the application program source code. A corresponding representation which can be executed on a processor is referred to as an executable image.

Before an application written in a high-level language can be executed it must be compiled and linked to transform the



application source code into an executable image. A compiler receives as an input a file containing the application source code and produces as an output a file in a format referred to as object code. Finally, one or more object code files are linked to form the executable image. Linking resolves references an object module may make outside of that object module, such as addresses, symbols or functions defined elsewhere.

Source code may also define arrangements by which data can be stored in memory and conveniently referred to symbolically. Such defined arrangements are referred to as data structures because they represent the physical arrangement of data within memory, i.e., the structure into which the data is organized.

Most commonly, remote control, management, configuration, monitoring and diagnosing applications employ unique proprietary user interfaces integrated with the application software and embedded into the device. Frequently these user interfaces present and receive information in text form only. Moreover, they are not portable, generally being designed to operate on a specific platform, i.e., combination of hardware and software. The devices for which control, management, configuration and diagnosing are desired have only limited run-time resources available, such as memory and long-term storage space. Proprietary interfaces are frequently designed with such limitations to data presentation, data acquisition and portability because of the development costs incurred in providing such features and in order to keep the size and run-time resource requirements of the user interface to a minimum. Since each user interface tends to be unique to the particular remote control, management, configuration, monitoring or diagnosing function desired, as well as unique to the operating system, application and hardware platform upon which these operations are performed, significant time and/or other resources may be expended in development. Graphics handling and portability have therefore been considered luxuries too expensive for most applications.

However, as the range of products available requiring control, management, configuration, monitoring or diagnosing increase, such former luxuries as graphical presentation and portability of the interface from platform to platform have migrated from the category of luxuries to that of necessities. It is well known that information presented graphically is more quickly and easily assimilated than the same information presented as text. It is also well known that a consistent user interface presented by a variety of platforms is more likely to be understood and properly used than unique proprietary user interfaces presented by each individual platform. Therefore, portable GUIs with low run-time resource requirements are highly desirable.

With the growing popularity and expansion of the Internet, one extremely popular public network for communications between computer systems, and development of the World-Wide-Web communication and presentation model, a new paradigm for communication of information has emerged.

The World-Wide-Web and similar private architectures such as internal corporate LANs, provide a "web" of interconnected document objects. On the World-Wide-Web, these document objects are located on various sites on the global Internet. The World-Wide-Web is also described in "The World-Wide Web," by T. Berners-Lee, R. Cailliau, A. Luotonen, H. F. Nielsen, and A. Secret, *Communications of the ACM,* 37 (8), pp. 76–82, August 1994, and in "World Wide Web: The Information Universe," by Berners-Lee, T.,

et al., in *Electronic Networking: Research, Applications and Policy,* Vol. 1, No. 2, Meckler, Westport, Conn., Spring 1992. On the Internet, the World-Wide-Web is a collection of documents (i.e., content), client software (i.e., browsers) and server software (i.e., servers) which cooperate to present and receive information from users. The World-Wide-Web is also used to connect users through the content to a variety of databases and services from which information may be obtained. However, except as explained below, the World-Wide-Web is based principally on static information contained in the content documents available to the browsers through the servers. Such a limitation would make the World-Wide-Web paradigm useless as a GUI which must present dynamic information generated by a device or application.

The World-Wide-Web communications paradigm is based on a conventional client-server model. Content is held in documents accessible to servers. Clients can request, through an interconnect system, documents which are then served to the clients through the interconnect system. The client software is responsible for interpreting the contents of the document served, if necessary.

Among the types of document objects in a "web" are documents and scripts. Documents in the World-Wide-Web may contain text, images, video, sound or other information sought to be presented, in undetermined formats known to browsers or extensions used with browsers. The presentation obtained or other actions performed when a browser requests a document from a server is usually determined by text contained in a document which is written in Hypertext Markup Language (HTML). HTML is described in *HyperText Markup Language Specification*—2.0, by T. Bemers-Lee and D. Connolly, RFC 1866, proposed standard, November 1995, and in "World Wide Web & HTML," by Douglas C. McArthur, in *Dr. Dobbs Journal,* December 1994, pp. 18–20, 22, 24, 26 and 86. HTML documents stored as such are generally static, that is, the contents do not change over time except when the document is manually modified. Scripts are programs that can generate HTML documents when executed.

HTML is one of a family of computer languages referred to as mark-up languages. Mark-up languages are computer languages which describe how to display, print, etc. a text document in a device-independent way. The description takes the form of textual tags indicating a format to be applied or other action to be taken relative to document text. The tags are usually unique character strings having defined meanings in the mark-up language. Tags are described in greater detail, below.

HTML is used in the World-Wide-Web because it is designed for writing hypertext documents. The formal definition is that HTML documents are Standard Generalized Markup Language (SGML) documents that conform to a particular Document Type Definition (DTD). An HTML document includes a hierarchical set of markup elements, where most elements have a start tag, followed by content, followed by an end tag. The content is a combination of text and nested markup elements. Tags are enclosed in angle brackets ('<' and '>') and indicate how the document is structured and how to display the document, as well as destinations and labels for hypertext links. There are tags for markup elements such as titles, headers, text attributes such as bold and italic, lists, paragraph boundaries, links to other documents or other parts of the same document, in-line graphic images, and many other features.

For example, here are several lines of HTML:

```
Some words are <B>bold</B>, others are <I>italic</I>. Here we start
a new paragraph.<P>Here's a link to
the <A HREF="http://www.agranat.com">Agranat Systems, Inc.</A>
home page.
```

This sample document is a hypertext document because it contains a "link" to another document, as provided by the "HREF=." The format of this link will be described below. A hypertext document may also have a link to other parts of the same document. Linked documents may generally be located anywhere on the Internet. When a user is viewing the document using a client program called a Web browser (described below), the links are displayed as highlighted words or phrases. For example, using a Web browser, the sample document above would be displayed on the user's screen as follows:

Some words are bold, others are italic. Here we start a new paragraph.

Here's a link to Agranat Systems. Inc. home page.

In the Web browser, the link may be selected, for example by clicking on the highlighted area with a mouse. Selecting a link will cause the associated document to be displayed. Thus, clicking on the highlighted text "Agranat Systems, Inc." would display that home page.

Although a browser can be used to directly request images, video, sound, etc. from a server, more usually an HTML document which controls the presentation of information served to the browser by the server is requested. However, except as noted below, the contents of an HTML file are static, i.e., the browser can only present a passive snapshot of the contents at the time the document is served. In order to present dynamic information, i.e., generated by an application or device, or obtain from the user data which has been inserted into an HTML-generated form, conventional World-Wide-Web servers use a "raw" interface, such as the common gateway interface (CGI), explained below. HTML provides no mechanism for presenting dynamic information generated by an application or device, except through a raw interface, such as the CGI. Regarding obtaining data from the user for use by the application or device, although standard HTML provides a set of tags which implement a convenient mechanism for serving interactive forms to the browser, complete with text fields, check boxes and pull-down menus, the CGI must be used to process submitted forms. Form processing is important to remote control, management, configuration, monitoring and diagnosing applications because forms processing is a convenient way to configure an application according to user input using the World-Wide-Web communications model. But, form processing using a CGI is extremely complex, as will be seen below, requiring an application designer to learn and implement an unfamiliar interface. A CGI is therefore not a suitable interface for rapid development and prototyping of new GUI capabilities. Moreover, a developer must then master a native application source code language (e.g., C, C++, etc.), HTML and the CGI, in order to develop a complete application along with its user interface.

Models of the World-Wide-Web communications paradigm for static content and dynamic content are shown in FIGS. **14** and **15**, respectively. As shown in FIG. **14**, a browser **1401** makes a connection **1402** with a server **1403**, which serves static content **1405** from a storage device **1407** to the browser **1401**. In the case of dynamic content, shown in FIG. **15**, the server **1403** passes control of the connection

**1402** with the browser **1401** to an application **1501**, through the CGI **1503**. The application **1501** must maintain the connection **1402** with the browser **1401** and must pass control back to the server **1403** when service of the request which included dynamic content is complete. Furthermore, during service of a request which includes dynamic content, the application **1501** is responsible for functions normally performed by the server **1403**, including maintaining the connection **1402** with the browser **1401**, generating headers in the server/browser transport protocol, generating all of the static and dynamic content elements, and parsing any form data returned by the user. Since use of the CGI **1503** or other raw interface forces the application designer to do all of this work, applications **1501** to which forms are submitted are necessarily complex.

In order to provide dynamic content to a browser, the World-Wide-Web has also evolved to include Java and other client side scripting languages, as well as some server side scripting languages. However, these languages are interpreted by an interpreter built into the browser **1401** or server **1403**, slowing down the presentation of information so generated. In the case of client side scripting, the script does not have any direct access to the application or to application specific information. Therefore, in order to generate or receive application specific information using client side scripting, the CGI **1503** or other raw interface must still be used. In the case of server side scripting, the server **1403** must parse the content as it is served, looking for a script to be interpreted. The access which a script has to the application is limited by the definition of the scripting language, rather than by an application software interface designed by the application designer.

A server side script is an executable program, or a set of commands stored in a file, that can be run by a server program to produce an HTML document that is then returned to the Web browser. Typical script actions include running library routines or other applications to get information from a file, a database or a device, or initiating a request to get information from another machine, or retrieving a document corresponding to a selected hypertext link. A script may be run on the Web server when, for example, the end user selects a particular hypertext link in the Web browser, or submits an HTML form request. Scripts are usually written in an interpreted language such as Basic, Practical Extraction and Report Language (Perl) or Tool Control Language (Tcl) or one of the Unix operating system shell languages, but they also may be written in programming languages such as the "C" programming language and then compiled into an executable program. Programming in Tcl is described in more detail in *Tcl and the Tk Toolkit,* by John K. Ousterhout, Addison-Wesley, Reading, Mass., USA, 1994. Perl is described in more detail in *Programming Perl,* by Larry Wall and Randal L. Schwartz, O'Reilly & Associates, Inc., Sebastopol, Calif., USA, 1992.

Each document object in a web has an identifier called a Universal Resource Identifier (URI). These identifiers are described in more detail in T. Berners-Lee, "*Universal Resource Identifiers in World-Wide-Web: A Unifying Syntax for the Expression of Names and Addresses of Objects on the Network as used in the World-Wide Web,*" RFC 1630, CERN, June 1994; and T. Berners-Lee, L. Masinter, and M. McCahill, "*Uniform Resource Locators* (*URL*)," RFC 1738, CERN, Xerox PARC, University of Minnesota, December 1994. A URI allows any object on the Internet to be referred to by name or address, such as in a link in an HTML document as shown above. There are two types of URIs: a Universal Resource Name (URN) and a Uniform Resource



Locator (URL). A URN references an object by name within a given name space. The Internet community has not yet fully defined the syntax and usage of URNs. A URL references an object by defining an access algorithm using network protocols. An example URL is "http://www.agranat.com" A URL has the syntax "scheme: scheme_specific_components" where

"scheme" identifies the access protocol (such as HTTP, FTP or GOPHER). For a scheme of HTTP, the URL may be of the form "http://host:port/path?search"

where

"host" is the Internet domain name of the machine that supports the protocol;

"port" is the transmission control protocol (TCP) port number of the appropriate server (if different from the default);

"path" is a scheme-specific identification of the object; and

"search" contains optional parameters for querying the content of the object.

URLs are also used by web servers and browsers on private computer systems or networks and not just the World-Wide-Web.

A site, i.e. an organization having a computer connected to a network, that wishes to make documents available to network users is called a "Web site" and must run a "Web server" program to provide access to the documents. A Web server program is a computer program that allows a computer on the network to make documents available to the rest of the World-Wide-Web or a private web. The documents are often hypertext documents in the HTML language, but may be other types of document objects as well, as well as images, audio and video information. The information that is managed by the Web server includes hypertext documents that are stored on the server or are dynamically generated by scripts on the Web server. Several Web server software packages exist, such as the Conseil Europeen pour la Recherche Nucleaire (CERN, the European Laboratory for Particle Physics) server or the National Center for Supercomputing Applications (NCSA) server. Web servers have been implemented for several different platforms, including the Sun Sparc **11** workstation running the Unix operating system, and personal computers with the Intel Pentium processor running the Microsoft® MS-DOS operating system and the Microsoft® Windows™ operating environment.

Web servers also have a standard interface for running external programs, called the Common Gateway Interface (CGI). CGI is described in more detail in *How To Set Up And Maintain A Web Site,* by Lincoln D. Stein, Addison-Wesley, August 1995. A gateway is a program that handles incoming information requests and returns the appropriate document or generates a document dynamically. For example, a gateway might receive queries, look up the answer in an SQL database, and translate the response into a page of HTML so that the server can send the result to the client. A gateway program may be written in a language such as "C" or in a scripting language such as Perl or Tcl or one of the Unix operating system shell languages. The CGI standard specifies how the script or application receives input and parameters, and specifies how any output should be formatted and returned to the server.

A user (typically using a machine other than the machine used by the Web server) that wishes to access documents available on the network at a Web site must run a client program called a "Web browser." The browser program allows the user to retrieve and display documents from Web

servers. Some of the popular Web browser programs are: the Navigator browser from NetScape Communications Corp., of Mountain View, Calif.; the Mosaic browser from the National Center for Supercomputing Applications (NCSA); the WinWeb browser, from Microelectronics and Computer Technology Corp. of Austin, Tex.; and the Internet Explorer, from Microsoft Corporation of Redmond, Wash. Browsers exist for many platforms, including personal computers with the Intel Pentium processor running the Microsoft® MS-DOS operating system and the Microsoft® Windows™ environment, and Apple Macintosh personal computers.

The Web server and the Web browser communicate using the Hypertext Transfer Protocol (HTTP) message protocol and the underlying transmission control protocol/internet protocol (TCP/IP) data transport protocol of the Internet. HTTP is described in *Hypertext Transfer Protocol—HTTP/ 1.0*, by T. Berners-Lee, R. T. Fielding, H. Frystyk Nielsen, Internet Draft Document, Oct. 14, 1995, and is currently in the standardization process. At this writing, the latest version is found in RFC 2068 which is a draft definition of HTTP/ 1.1. In HTTP, the Web browser establishes a connection to a Web server and sends an HTTP request message to the server. In response to an HTTP request message, the Web server checks for authorization, performs any requested action and returns an HTTP response message containing an HTML document resulting from the requested action, or an error message. The returned HTML document may simply be a file stored on the Web server, or it may be created dynamically using a script called in response to the HTTP request message. For instance, to retrieve a document, a Web browser sends an HTTP request message to the indicated Web server, requesting a document by its URL. The Web server then retrieves the document and returns it in an HTTP response message to the Web browser. If the document has hypertext links, then the user may again select a link to request that a new document be retrieved and displayed. As another example, a user may fill in a form requesting a database search, the Web browser will send an HTTP request message to the Web server including the name of the database to be searched and the search parameters and the URL of the search script. The Web server calls a program or script, passing in the search parameters. The program examines the parameters and attempts to answer the query, perhaps by sending a query to a database interface. When the program receives the results of the query, it constructs an HTML document that is returned to the Web server, which then sends it to the Web browser in an HTTP response message.

Request messages in HTTP contain a "method name" indicating the type of action to be performed by the server, a URL indicating a target object (either document or script) on the Web server, and other control information. Response messages contain a status line, server information, and possible data content. The Multipurpose Internet Mail Extensions (MIME) are a standardized way for describing the content of messages that are passed over a network. HTTP request and response messages use MIME header lines to indicate the format of the message. MIME is described in more detail in *MIME* (*Multipurpose Internet Mail Extensions*): *Mechanisms for Specifying and Describing the Format of Internet Message Bodies,* Internet RFC 1341, June 1992.

The request methods defined in the HTTP/1.1 protocol include GET, POST, PUT, HEAD, DELETE, LINK, and UNLINK. PUT, DELETE, LINK and UNLINK are less commonly used. The request methods expected to be defined in the final version of the HTTP/1.1 protocol include GET, POST, PUT, HEAD, DELETE, OPTIONS and TRACE. DELETE, PUT, OPTIONS and TRACE are expected to be less commonly used. All of the methods are described in more detail in the HTTP/1.0 and HTTP/1.1 specifications cited above.

Finally, a device or application using conventional World-Wide-Web technology must have access to a server. Conventional servers are large software packages which run on relatively large, resource-rich computer systems. These systems are resource-rich in terms of processing speed and power, long-term storage capacity, short-term storage capacity and operating system facilities. Conventional servers take advantage of these resources, for example, in how they store content source documents. For high-speed, convenient access to content, it is conventionally stored in a directory tree of bulky ASCII text files. Therefore, conventional World-Wide-Web technology cannot be used to implement a GUI in a relatively small, inexpensive, resource-poor device or application.

The combination of the Web server and Web browser communicating using an HTTP protocol over a computer network is referred to herein as the World-Wide-Web communications paradigm.

## SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide an improved graphical user interface (GUI) for use in connection with remote control, management, configuration, monitoring and diagnosing functions embedded in applications, devices and equipment.

According to one aspect of the invention, there is provided a method for providing a graphical user interface having dynamic elements. The method begins by defining elements of the graphical user interface in at least one text document written in a mark-up language. Next, the method defines including at a location in the document a code tag containing a segment of application source code. The text document is then served to a client which interprets the mark-up language; and when the location is encountered, the client is served a sequence of characters derived from a result of executing a sequence of instructions represented by the segment of application source code. An embodiment of code tags illustrating their use is described in detail, later.

According to another aspect of the invention, there is another method for providing a graphical user interface having dynamic elements. This method also defines elements of the graphical user interface in at least one text document written in a mark-up language. Included in the document is a string identified by prototype tags. The text document is served to a prototyping client which interprets the mark-up language but does not recognize and does not display the prototype tag, but does display the string. An embodiment of prototype tags illustrating their use is described in detail, later.

According to yet another aspect of the invention, there is yet another method for providing a graphical user interface having dynamic elements. Elements of the graphical user interface are defined in at least one text document written in a mark-up language. Included at a location in the document is a code tag containing a segment of application source code. Also included in the document is a string identified by prototype tags. The text document is compiled into a content source, which is subsequently decompiled into a replica of the text document. The replica of the text document is served to a client which interprets the mark-up language; and when the location is encountered in the replica, the client is served

a character stream generated by executing the segment of application source code.

Yet another aspect of the invention is a software product recorded on a medium. The software product includes a mark-up language compiler which can compile a mark-up language document into a data structure in a native application programming language, the compiler recognizing one or more code tags which designate included text as a segment of application source code to be saved in a file for compilation by a compiler of the native application programming language.

Another aspect of the invention is a method for providing a graphical user interface having displayed forms for entry of data. The steps of this method include defining elements of the graphical user interface in at least one text document written in a mark-up language; naming in the document a data item requested of a user and used by an application written in a native application programming language; and compiling the text document into a content source including a data structure definition in the native application programming language for the named data item.

Yet another aspect of the invention may be practiced in a computer-based apparatus for developing a graphical user interface for an application, the apparatus including an editor which can manipulate a document written in a mark-up language and a viewer which can display a document written in the mark-up language. The apparatus further includes a mark-up language compiler which recognizes a code tag containing a source code fragment in a native application source code language, the code tag not otherwise part of the mark-up language, the compiler producing as an output a representation in the native application source code language of the document, including a copy of the source code fragment.

In accordance with another aspect of the invention, there is a method for developing and prototyping graphic user interfaces for an application. The method includes accessing an HTML file, encapsulating portions of said HTML and entering source code therein, producing a source module from said HTML with encapsulated portions, producing source code for a server, and cross compiling and linking said application, said source code module and said server thereby producing executable object code.

The invention, according to another aspect thereof, may be a data structure fixed in a computer readable medium, the data structure for use in a computer system including a client and a server in communication with each other. The data structure includes cross-compiled, stored and linked, HTML files with encapsulated portions containing executable code associated with said application, server code, and application code, wherein said executable code is run when the HTML file is served thereby providing real time dynamic data associated with said application

## BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings, in which like reference numerals denote like elements:

FIG. **1** is a block diagram of that aspect of the invention relating to development systems;

FIG. **2** is a block diagram of that aspect of the invention relating to an embedded system;

FIG. **3** is an HTML text fragment illustrating the use of an EMWEB_STRING tag;

FIG. **4** is another HTML text fragment illustrating another use of an EMWEB_STRING tag;



FIG. **5** is an HTML text fragment illustrating the use of an EMWEB_INCLUDE tag;

FIG. **6** is another HTML text fragment illustrating another use of an EMWEB_INCLUDE tag;

FIG. **7** is an HTML text fragment showing a use of the EMWEB_ITERATE attribute in connection with an EMWEB_STRING tag;

FIG. **8** is an HTML text fragment showing a use of the EMWEB_ITERATE attribute in connection with an EMWEB_INCLUDE tag;

FIG. **9** is an example of forms processing showing the relationship between the HTML source code for the form and the form output produced;

FIG. **10** is a block diagram of the data structure which defines the header for the data.dat archive file;

FIG. **11** is a state diagram of an embedded system illustrating dynamic content processing;

FIG. **12** is a state diagram of an embedded system illustrating forms processing;

FIG. **13** is a state diagram of an embedded system illustrating suspend/resume processing;

FIG. **14** is a block diagram illustrating conventional World-Wide-Web communication of static content between a server and a client; and

FIG. **15** is a block diagram illustrating conventional World-Wide-Web communication of dynamic content between a server and a client.

## DETAILED DESCRIPTION

The present invention will be better understood upon reading the following detailed description in connection with the figures to which it refers.

Embodiments of various aspects of the invention are now described. First, a development environment is described in which application development and graphical user interface development are closely linked, yet require a low level of complexity compared to conventional development of an application and GUI. Second, an operating environment is described in which the application, a server and GUI are tightly coupled, compact and flexible. In the described system a GUI having portability, low run-time resource requirements and using any of a wide variety of systems available to a user as a universal front end, i.e. the point of contact with the user is software with which the user is already familiar.

### Development Environment

FIG. **1** illustrates a development environment according to one aspect of the invention. Not all components of the environment are shown, but those shown are identified in the following discussion.

Conventionally, an application development environment may include a source code editor, a compiler **101**, a linker and a run-time environment in which to test and debug the application. It is expected that development environments in accordance with the invention include those components of a conventional development environment which a developer may find useful for developing an application. In the case of embedded applications, i.e., applications included within a device or larger application, the run-time environment includes the device or application in which the application is embedded, or a simulation or emulation thereof.

The compiler **101** takes source code **103** generated using the source code editor or from other sources and produces object code **105**, which is later linked to form the executable image.

In addition to the conventional elements noted above, the described embodiment of a development environment according to the invention includes an HTML compiler **107** whose output **109** is in the source code language of the application under development. In addition, the development environment may include an HTML editor, an HTTP-compatible server for communicating with client software, i.e., browsers, and an HTTP-compatible browser.

The HTML editor is used to create and edit HTML documents **111** which define the look and feel of a GUI for the application. Numerous tools are now available for performing this task while requiring a minimal knowledge or no knowledge of HTML, for example, Microsoft® Front Page™. It is preferred that the HTML editor used permit entry of non-standard tags into the HTML document.

As will be seen in further detail, below, the server and browser are used to test a prototype GUI before it is fully integrated with the application or in the absence of the application. The browser should be capable of making a connection with the server using, for example, a conventional connection protocol such as TCP/IP, as shown and described above in connection with FIG. **14**. Other protocols or direct connections can also be used, as would be understood by those skilled in this art. While the browser and the server may be connected through a network such as the Internet, they need not be. For example, the server and client may run and connect on a single computer system.

Application development proceeds substantially in a conventional manner as known to software developers. The application development should include the design of a software interface through which data will be communicated into and out of the application. However, the software interface is not a GUI. Rather, the interface merely defines how other software can communicate with the application. For example, the interface may be a collection of function calls and global symbols which other software can use to communicate with the application. The application should be written in a high level language such as C, C++, etc. The application can be tested by compiling and linking it with prototype code that provides or receives information through the software interface, exercising those features of the application.

Meanwhile, a GUI for the application is designed as follows. The look and feel of the GUI are developed using the HTML editor, server and browser to create a set of content source documents **111** including at least one HTML document, which together define the look and feel of the GUI. This aspect of GUI development is conventional, proceeding as though the developer were developing a World-Wide-Web site.

At locations in one or more HTML documents where data obtained from the application is to be displayed, the author includes special tags, explained further below, which allow the HTML document to obtain from the application the required data, using the application software interface.

The content source documents **111** are stored conventionally in the form of one or more directory trees **113**. The directory tree **113** containing the content which defines the GUI is then compiled using the HTML compiler **107**, to produce an application source code language output **109** representing the content source documents in the directory tree. The source code elements **109** produced from the content source documents **111** in the directory tree **113**, source code for an HTTP compatible server (not shown) and the application source code **103** are compiled into object code **105** and linked to form an executable image. The server may be supplied in the form of an object code library, ready for linking into the finished executable image. The executable image thus formed fully integrates the graphical user interface defined using familiar tools of World-Wide-Web content development with the control and other functions defined using conventional application development tools.



In order to successfully perform the integration described above, the HTML compiler **107** of the described embodiment of the invention, the EmWeb™/compiler **107**, recognizes a number of special extensions to HTML. The HTML extensions implemented by the EmWeb™/compiler **107**, embodying aspects of the invention are described in detail in the provisional application incorporated by reference, a Section 3.2. Several of these extensions are described briefly here, to aid in understanding the invention.

The EMWEB_STRING tag is an extension of HTML used to encapsulate a fragment of source code in the HTML document. The source code will be executed by a system in which the application is embedded when the document is served to a browser (usually running on another system) and the location of the EMWEB_STRING tag is reached. The source code returns a character string that is inserted as is into the document at the location of the EMWEB_STRING tag. Examples of the use of the EMWEB_STRING tag are shown in FIGS. **3** and **4**.

In the example of FIG. **3**, the EMWEB_STRING tag **301** first defines using "C=" a boundary character **303** used to define the end **305** of the included source code. Immediately following the boundary character definition is a fragment of C code **307** which returns a pointer to a string representing one of three fax states. When served by an embedded application, this example HTML produces the text "NetFax State:" followed by "Sending", "Receiving" or "Idle", depending on the value of the symbol GlobalFaxState.

The example of FIG. **4** shows the use of EMWEB_STRING to output typed data whose type is defined by an attribute, EMWEB_TYPE **401**. The EmWeb™/compiler uses this attribute **401** to produce a source code output routine which converts the typed data found at the address returned **403** into a string for serving at the proper location in the document.

A similar function is performed by the HTML extension, the EMWEB_INCLUDE tag. Using this tag, standard parts of a GUI such as headers and footers common to multiple pages or windows of information need only be stored once. Header and footer files are referred to using the EMWEB_INCLUDE tag which inserts them at the location in each HTML content document where the tag is placed. In the described embodiment of the invention, the contents of the EMWEB_INCLUDE tag must resolve to a relative or absolute path name within the local directory tree of content. This can be done by specifying a local Universal Resource Locator (URL), which is how resources are located in the World-Wide-Web communications paradigm, or by including source code which returns a string representing such a local URL. An absolute local URL takes the form "/path/filename", where "/path" is the full path from the root of the directory tree to the directory in which the file is located. A relative URL defines the location of a file relative to the directory in which the current, i.e., base, document is located and takes the form "path/filename". While the described embodiment requires resolution of the EMWEB_INCLUDE tag to a local URL, the invention is not so limited. In alternate embodiments, local and external URLs may be permitted or other limitations imposed. Examples of the use of the EMWEB_INCLUDE tag are shown in FIGS. **5** and **6**.

In the example of FIG. **5**, a COMPONENT attribute **501** in an EMWEB_INCLUDE tag simply defines a local URL **503**.

In the more elaborate example of FIG. **6**, a fragment of source code **601** which produces a local URL **603** upon a defined condition **605** is used to generate a local URL at run time.

The results to be returned by an EMWEB_STRING or EMWEB_INCLUDE tag can also be built up iteratively using repeated calls to the included source code. This is done using the EMWEB_ITERATE attribute, yet another extension to HTML. Examples of the use of EMWEB_ITERATE are shown in FIGS. **7** and **8**.

FIG. **7** shows an example of the EMWEB_ITERATE attribute **701** used in connection with the EMWEB_STRING tag **703**. The fragment of code **705** is executed repeatedly until a NULL is returned. Thus, this HTML repeatedly executes the C source code fragment to display the tray status of all trays in a system.

Similarly, in FIG. **8**, EMWEB_INCLUDE **801** and EMWEB_ITERATE **803** are used to build a table of features for which content from other URLs **805** are to be displayed. When the table is complete, a NULL is returned **807**, terminating the iterations.

Since the extensions to HTML described above allow the encapsulation of source code within an HTML document a mechanism with which to provide the encapsulated source code with required global definitions, header files, external declarations, etc. is also provided in the form of an EMWEB_HEAD tag. The EMWEB_HEAD tag specifies a source code component to be inserted in the source code output of the EmWeb™/compiler, outside of any defined function. Although it is preferred that the EMWEB_HEAD tag appears in the HTML file header, it may appear anywhere. The code generated by an EMWEB_HEAD tag is placed before any functions or other code defined within the HTML content source documents.

As indicated above, the GUI may be prototyped using a conventional server and browser (see FIG. **14**) to preview the HTML documents comprising the GUI. Therefore, it may be useful to provide static content with which to preview the page, at locations where dynamic content will appear during use, but which does not appear in the compiled document. For example, it may be useful to include a prototyping value for content which is otherwise provided using the EMWEB_STRING tag mechanism. Therefore, another extension to HTML recognized by the EmWeb™/compiler is the EMWEB_PROTO begin **309** and end **311** tags, as shown in FIG. **3**. The EmWeb™/compiler removes these tags and everything between them when compiling the document, but the tags are ignored and the text between them is interpreted normally by a conventional browser viewing the HTML document either directly or via a conventional server. Conventional browsers recognize the tag due to its special syntax, e.g., being enclosed in "<" and ">", but are designed to ignore and not display any tag for which the browser does not have a definition. All EmWeb™/compiler HTML extensions are thus skipped over by conventional browsers. Thus, in the example of FIG. **3**, the prototype page displays "NetFax State: Sending". FIG. **4** shows a similar use of EMWEB_PROTO tags.

Handling of HTML forms by the EmWeb™/compiler is now described in connection with FIG. **9**. As seen in FIG. **9**, an HTML form is defined substantially conventionally. Names used in the form are used in constructing symbol names used in the output source code produced by the EmWeb™/compiler. Therefore names should be valid symbol names in the source code language.

Each element of a form definition is translated by the EmWeb™/compiler into a part of a corresponding data structure defined for that form. Forms data is moved into and out of the application by changing values of items in the data structure.

Turning now to the example in FIG. **9**, the relationship between the illustrated HTML form definition and the corresponding data structure is described. The form is given a unique name, using an EMWEB_NAME attribute in a FORM tag. The form name becomes part of the structure name, for easy reference and uniqueness. The form name will also be used to generate function names for functions which are called when the form is served and when the form is submitted.

The structure generated is itself composed of two structures. The first holds values of each dynamic element of the form. The second holds a status flag indicating the status of the contents of a corresponding value. Thus, in the example of FIG. **9**, a structure to hold values and status for the sysName INPUT and the Logging SELECTion is created. The value of sysName is a character string, while Logging is an enumerated type.

Two function prototypes are also generated. The actions to be performed by these functions must be defined by the developer. The Serve function is called when the form is served and can be used to supply default values, for example. The Submit function is called when the form is submitted, to update values in the data structure, for example.

Currently, EmWeb™/compiler supports TEXT, PASSWORD, CHECKBOX, RADIO, IMAGE, HIDDEN, SUBMIT, RESET, SELECT and OPTION input fields. For detailed descriptions, see the provisional application incorporated by reference, at Section 3.2.5. In addition, the EmWeb™/compiler supports "typing" of TEXT input field data. That is, the EMWEB_TYPE attribute may be used to define a TEXT input field to contain various kinds of integers, a dotted IP address (i.e., an address of the form 000.000.000.000), various other address formats, etc. A mapping of EMWEB_TYPE values to C language types is formed in the table in the provisional application incorporated by reference, at Section 3.2.5.3.

The EmWeb™/compiler has been described in terms of a generic application source code language. The current commercial embodiment of the EmWeb™/compiler assumes the application source code language to be C or a superset thereof, e.g., C++. However, the functionality described can be generalized to any application source code language which may be preferred for a particular application purpose. However, in order to more fully understand how the EmWeb™/compiler and HTML extensions described above cooperate to permit integration of an HTML defined GUI with an application defined in an application source code, it will be assumed, without loss of generality, that the application source code language is C or a superset thereof.

The EmWeb™/compiler produces a set of output files including a data.dat file containing the fixed data of a content archive, a code.c file containing the generated source code portions of an archive including portions defined in EMWEB_STRING, EMWEB_INCLUDE and EMWEB_HEAD tags and other source code generated by the EmWeb™/compiler, as well as proto.h and stubs.c files containing the definitions of C functions used for forms processing. The structure of these files is now described in connection with the data structure illustrated in FIG. **10**.

The content archive file data.dat has a header structure as illustrated in FIG. **10**. The data structure is accessed through an archive header **1001** which is a table of offsets or pointers to other parts of the archive. For example, there is a pointer **1001** a to a compression dictionary **1003** for archives which include compressed documents. There is also a pointer **1001** b to a linked list of document headers **1005**, **1007** and **1009**. Each document header **1005**, **1007** and **1009** is a table of offsets or pointers to various components of the document. For example, the document header includes a pointer **1005***a* to the URL **1011** to which the document corresponds. There is also a pointer **1005***b* to a field **1013** giving the Multipurpose Internet Mail Extension (MIME) type of the document. There are pointers **1005***c* and **1005***d* respectively to header nodes **1015** and document nodes **1017**, explained further below. Finally, there is a pointer **1005***e* to a block of static compressed or uncompressed data **1019** representing the static portions of the document.

The static data does not include any EmWeb™ tags, i.e., the extensions to HTML discussed above and defined in detail in the provisional application incorporated by reference. Rather, information concerning any EmWeb™ tags used in the document appears in the document nodes structure.

Each EmWeb™ tag employed in a document is represented in that document's document nodes structure as follows. The location of the EmWeb™ tag within an uncompressed data block or an uncompressed copy of a compressed data block is represented by an offset **1017***a* relative to the uncompressed data. The type of tag is indicated by a type flag **1017***b*. A node may include a flag which indicates any attributes associated with the tag represented. For example, a node for a tag of type EMWEB_STRING may include a flag indicating the attribute EMWEB_ITERATE. Finally, nodes include an index **1017***c*. In nodes defining form elements, the index holds a form number and element number uniquely identifying the element and form within the document. In nodes defining EMWEB_STRING tags, the index is a reference to the instance of source code which should be executed at that point. As such, the index may be evaluated in an expression of a "switch" statement in C, where each controlled statement of the "switch" statement is one source code fragment from one EMWEB_STRING instance. Alternatively, the index may be a pointer or index into a table of source code fragments from EMWEB_STRING tags, which have been encapsulated as private functions.

The data structure defined above provides a convenient way of transferring control as a document containing dynamic content is served. When a document is requested, the list of document nodes is obtained, to determine at what points control must be transferred to code segments which had been defined in the HTML source document. The document is then served using the data block defining the static elements of the document, until each document node is encountered. When each document node is encountered, control is transferred to the appropriate code segment. After the code segment completes execution, the static content which follows is served until the offset of the next document node is encountered.

Header nodes permit the storage of document meta information, not otherwise handled, such as content language, e.g., English, German, etc., cookie control, cache control or an e-tag giving a unique version number for a document, for example a 30-bit CRC value computed for the document. By avoiding having to put this information in the header of each document, significant space can be saved in the archive because not all documents require this information. Therefore, header nodes need only be stored for documents using this information.



The data structure which represents the archive of content used by the EmWeb™/compiler embodiment of the invention is defined by the C source code contained in the microfiche appendix.

### Run-time Environment

Aspects of the invention related to the run-time environment and server are embodied in the EmWeb™/server as described in detail in the provisional application incorporated by reference, at Section 4.

To a conventional browser implementing HTTP, the EmWeb™/server behaves conventionally. However, as shown in FIG. **2**, the EmWeb™/server is fully integrated with the application and therefore has access to information about the application and device in which it is embedded.

Operation of the EmWeb™/server with respect to presentation of dynamic content is now described in connection with FIG. **11**.

Before the operations shown in FIG. **11** commence, one or more archives are loaded by the server. When each archive is loaded, the server generates a hash table using the archive header data structure to make documents easy to locate using URLs.

First, the browser requests a document at a specified URL, using HTTP **1101**. The EmWeb™/server acknowledges the request, in the conventional manner **1103**. The EmWeb™/server then uses the hash table of the archive header to locate the document requested and begin serving static data from the document **1105**. When a document node is encountered, for example denoting the presence of an EMWEB_STRING tag, then the server passes control to the code fragment **1107***a* of the application which had been included in the EMWEB_STRING tag **1107**. When the code fragment completes execution and returns some dynamic data **1109**, the EmWeb™/server then serves that dynamic data to the browser **1111**. The EmWeb™/server then resumes serving any static data remaining in the document **1113**. This process continues until the entire document, including all dynamic elements has been served.

Run-time serving and submission of forms is now described in connection with FIG. **12**. A brief inspection of FIG. **12** will show that form service and submission proceeds along similar lines to those for serving dynamic content.

The browser first requests a URL using HTTP **1201**. When, during service of the contents of the URL requested, a form is encountered, service of the form and any HTML-defined default values commences normally. The EmWeb™/server then makes a call to the application code **1203** to run a function **1203***a* which may substitute alternate default values **1205** with which to fill in the form. The document served then is made to include the default values defined by the static HTML as modified by the application software **1207**. Later, when the user submits the form, the browser performs a POST to the URL using HTTP **1209**. The form data is returned to the application by a call **1211** made by the EmWeb™/server to a function **1211** which inserts the data returned in the form into the data structure defined therefor within the application code. The response **1213** is then served back to the browser **1215**.

Finally, it should be noted that there may be times when a request for dynamic content may require extended

processing, unacceptably holding up or slowing down other operations performed by the application. In order to avoid such problems, the EmWeb™/server implements a suspend/resume protocol, as follows. The suspend/resume protocol exists within a context of a scheduler maintained and operated by the server. The scheduler includes a task list of scheduled server tasks to be performed.

FIG. **13** illustrates a situation where a browser requests a document containing an EMWEB_STRING tag whose processing is expected to interfere with other application operations. The initial HTTP request **1301** for the document is acknowledged **1303**, conventionally. When the EMWEB_STRING tag is encountered, control transfers **1305***a* to the appropriate source code fragment **1305***b* in the application. The application then calls the suspend function **1307** of the EmWeb™/server and returns a dummy value **1309** to the function call generated at the EMWEB_STRING tag location. Calling the suspend function **1307** causes the scheduler to remove the EMWEB_STRING processing task from the task list. When the application has finally prepared the dynamic content required in the original function call, the application calls a resume function **1311** of the EmWeb™/server. Calling the resume function **1311** requeues the EMWEB-STRING processing task on the task list, as the current task. The EmWeb™/server responds by calling **1305***c* the function **1305***d* defined at the EMWEB_STRING tag again, this time immediately receiving a response from the application in which the requested dynamic content **1313** is returned. The dynamic content is then served to the browser **1315**.

The suspend/resume feature is particularly useful in distributed processing environments. If an embedded application is running on one processor of a distributed environment, but dynamic content can be requested which is obtained only from another processor or device in the distributed environment, then the use of suspend/resume can avoid lockups or degraded processing due to the need to obtain the dynamic content through a communication path of the distributed environment. Consider, for example, a distributed system including a control or management processor, and several communication devices. An embedded application running on the management processor can be queried for configuration data of any of the communication devices. Without suspend/resume, obtaining that data would tie up the communication path used by the management processor for control of the various communication devices, degrading performance.

The described embodiment of the invention illustrates several advantages thereof. For example, an embedded application can now have a GUI which is independent of either the application platform of that used to view the GUI. For example, the GUI can be operated through a Microsoft® Windows™ CE machine, Windows™ 3.x machine, Apple Macintosh, WebTV box, etc. running conventional browser software. Also, development of a GUI for an embedded application is greatly simplified. The look and feel is designed using conventional HTML design techniques, including straight-forward prototyping of the look and feel using a conventional client server system, using simple HTML extensions. Integration with the embedded application does not require the developer to learn or develop any special interface, but rather uses some HTML extensions to incorporate application source code directly into the HTML content. Yet another advantage in that the entire embedded application along with an HTTP-compatible server and the content to be served is reduced to a minimum of application source code, data structures for static data and data structures for dynamic data.

The present invention has now been described in connection with specific embodiments thereof. However, numerous modifications which are contemplated as falling within the scope of the present invention should now be apparent to those skilled in the art. For example, the invention is not limited to content whose source is HTML. Any mark up language could be used in the context of this invention. Alternatively, the content source could be raw text, which is particularly suitable for situations where the output of the user interface is also processed by one or more automatic software text filters. Therefore, it is intended that the scope of the present invention be limited only by the properly construed scope of the claims appended hereto.

What is claimed is:

**1**. A method for providing a graphical user interface having dynamic elements, comprising the steps of:

defining elements of the graphical user interface in at least one text document written in a mark-up language;

including in the document a string identified by prototype tags;

serving the text document to a prototyping client which interprets the mark-up language but does not recognize and does not display the prototype tags, but does display the string; and

compiling the text document into a content source, omitting the prototype tags and the string identified thereby.

**2**. The method of claim **1**, further comprising the step of:

including at a location in the document a code tag containing a segment of application source code, wherein the prototyping client does not recognize and does not display the code tag; and

the step of further comprising including the segment of application source code in the content source.

**3**. The method of claim **2**, further comprising the steps of:

decompiling the content source into a replica of the text document;

serving the replica to a user client; and

when the location is encountered in the replica, serving to the user client a character stream derived from a result generated by executing the segment of application source code.

**4**. The method of claim **3**, further comprising the steps of:

including in the document at least one more code tag containing a segment of application source code; and

including in the document at least one more string identified by code tags.

**5**. A method for providing a graphical user interface having dynamic elements, comprising the steps of:

defining elements of the graphical user interface in at least one text document written in a mark-up language;

including at a location in the document a code tag containing a segment of application source code;

including in the document a string identified by prototype tags;

compiling the text document into a content source;

decompiling the content source into a replica of the text document;

serving the replica of the text document to a client which interprets the mark-up language; and

when the location is encountered in the replica, serving to the client a character stream generated by executing the segment of application source code.

**6**. The method of claim **5**, further comprising the steps of:

including in the document at least one more code tag containing a segment of application source code; and

including in the document at least one more string identified by code tags.

**7**. A software product recorded on a medium, the software product comprising a mark-up language compiler which can compile a mark-up language document into a data structure in a native application programming language, the compiler recognizing one or more code tags which designate included text as a segment of application source code to be saved in a file for compilation by a compiler of the native application programming language.

**8**. A method for providing a graphical user interface having displayed forms for entry of data, wherein the text document is viewed using a prototype client during development and is viewed using a user client during use, comprising the steps of:

defining elements of the graphical user interface in at least one text document written in a mark-up language;

naming in the document a data item requested of a user and used by an application written in a native application programming language and executed on a server;

compiling the text document into a content source including a data structure definition in the native application programming language for the named data item;

naming the data item within a tag understood in the mark-up language for viewing by both the prototype client and the user client; and



including in the content source a definition of a function to provide a default value for the data item when the content source is served and a definition of a function to perform an application specific operation at the server when the data item is returned by the user client.

**9**. In a computer-based apparatus for developing a graphical user interface for an application, the apparatus including an editor which can manipulate a document written in a mark-up language and a viewer which can display a document written in the mark-up language, the apparatus further comprising:

a mark-up language compiler which recognizes a code tag containing a source code fragment in a native application source code language, the code tag not otherwise part of the mark-up language, the compiler producing as an output a representation in the native application source code language of the document, including a copy of the source code fragment.

**10**. The apparatus of claim **9**, wherein the mark-up language compiler further recognizes begin and end prototype tags not otherwise part of the mark-up language, the output representation omitting the begin and end prototype tags and all content appearing therebetween in the document.

* * * * *

# EXHIBIT 11

US006042519A

# United States Patent [19]

**Shea**

[11] **Patent Number: 6,042,519**

[45] **Date of Patent: Mar. 28, 2000**

[54] **EXERCISE APPARATUS**

[76] Inventor: **Michael J. Shea**, 1726 Creek Crossing Rd., Vienna, Va. 22182

[21] Appl. No.: **09/328,583**

[22] Filed: **Jun. 10, 1999**

**Related U.S. Application Data**

[60] Continuation of application No. 08/869,166, Jun. 4, 1997, abandoned, which is a division of application No. 08/493, 541, Jun. 22, 1995, abandoned.

[51] **Int. Cl.**[7] .......... **A63B 21/00**

[52] **U.S. Cl.** .......... **482/57**; 8/900; 8/901

[58] **Field of Search** .......... 482/1–9, 57, 900, 482/901, 90, 902

[56] **References Cited**

U.S. PATENT DOCUMENTS


| | | | |
|---|---|---|---|
| 3,767,195 | 10/1973 | Dimick . | |
| 4,112,928 | 9/1978 | Putsch . | |
| 4,358,105 | 11/1982 | Sweeney, Jr. . | |
| 4,571,682 | 2/1986 | Silverman et al. . | |
| 4,642,769 | 2/1987 | Petrofsky . | |
| 4,708,337 | 11/1987 | Shyu | 482/54 |
| 4,828,257 | 5/1989 | Dyer et al. . | |
| 4,842,274 | 6/1989 | Oosthuizen et al. . | |
| 4,934,694 | 6/1990 | McIntosh | 482/9 |
| 5,020,795 | 6/1991 | Airy et al. . | |
| 5,067,710 | 11/1991 | Watterson et al. | 482/9 |
| 5,213,555 | 5/1993 | Hood et al. . | |
| 5,246,411 | 9/1993 | Rackman | 482/57 |
| 5,361,091 | 11/1994 | Hoarty et al. | 348/7 |
| 5,387,164 | 2/1995 | Brown, Jr. . | |
| 5,410,472 | 4/1995 | Anderson | 482/9 |
| 5,462,504 | 10/1995 | Trulaske et al. . | |
| 5,512,025 | 4/1996 | Dalebout et al. | 482/903 |
| 5,547,439 | 8/1996 | Rawls et al. . | |
| 5,553,860 | 9/1996 | Zelikovich | 273/371 |
| 5,591,104 | 1/1997 | Andrus et al. . | |
| 5,785,630 | 7/1998 | Bobick et al. . | |
| 5,810,747 | 9/1998 | Brudny et al. . | |
| 5,947,869 | 9/1999 | Shea | 482/8 |

OTHER PUBLICATIONS

Universal® Physical Conditioning Equipment, 1985 Catalog, pp. 9–11.


*Primary Examiner*—Stephen R. Crow

[57] **ABSTRACT**

An exercise apparatus includes an exercise device, a memory including a first memory portion, and a receiver for receiving exercise programs transmitted over a first communication link. A control unit supplies received exercise programs to the first memory portion for storage in the first memory portion as first exercise programs and selectively controls the exercise device in accordance with the first exercise programs.

**2 Claims, 9 Drawing Sheets**






FIG. 1
PRIOR ART




FIG. 2
PRIOR ART


164
158
163
INPUT
DEVICE
162
104-1
PROCESSOR
MEMORY
104-n
DISPLAY
160
154
TX
156
RCR
152
106
107
122
EXTERNAL DATA SOURCE
112
TX
RCR
114
118
INPUT
110
PROCESSOR
DISPLAY
116
102
120
MEMORY
100

FIG. 3


OPERATING PROGRAM
EXERCISE PROGRAMS
SYSTEM INFORMATION
TEXT DATA
130
132
134
136
120

FIG. 4




FIG. 5



216
RCR
214
TX
204
READ-ONLY MEMORY
206
NV RAM
202
COMPUTER
TO PORT 218 (OPTIONAL)
208
DISPLAYS
KEYBOARD
210
SPEAKER
212
LOAD CONTROL PULSE
34
SENSOR
D/A CONVERTER
V REF
F
32
28
12V
30
26
24
20
5V
TO COMPUTER AND DISPLAY ELECTRONICS
CONVERT
GND
20
22


FIG. 6




FIG. 7

| | | |
|---|---|---|
| 1 | PROGRAM | NAME AND DESCR. |
| 2 | PROGRAM | NAME AND DESCR. |
| 3 | PROGRAM | NAME AND DESCR. |
| ⋮ | ⋮ | ⋮ |
| n | PROGRAM | NAME AND DESCR. |

FIG. 8

FIG. 9


301
302
305
306
ACTUAL
GOAL
EXERCISE TIME
DIFFICULTY
CALORIES
311
312
313
380
304
303
330
336
340
334
332
338
325
1
2
3
4
5
6
7
8
9
0
PREV
NEXT
START
ENTER
CLEAR/STOP

# EXERCISE APPARATUS

This application is a continuation of Application No. 08/869,166, filed Jun. 4, 1997, now abandoned, which is a divisional of Application No. 08/493,541, filed Jun. 22, 1995, now abandoned.

## BACKGROUND OF THE INVENTION

1. Technical Field

The present invention generally relates to an exercise apparatus and, more particularly, to an exercise apparatus which transmits data to and receives data from a remote location.

2. Description of Related Art

Many exercisers currently utilize one or more exercise devices in their training routines. These exercise devices include, for example, weight machines, stair climbers, rowing machines, treadmills, and stationary bicycles. Some of these devices are controllable by microcomputers in accordance with exerciser-selected programs which set and/or vary the exercise level during program execution. FIGS. **1** and **2** illustrate a stationary bicycle **5** which provides automatically-varying exercise levels as disclosed in U.S. Pat. No. 4,358,105 to Sweeney, Jr. The control system for the stationary bicycle includes a microcomputer **10** which communicates electronically with a keyboard **12**, a read-only memory **14**, and a display **16**. The read-only memory **14** stores the operating program for microcomputer **10** and a plurality of pre-stored exercise programs which are selectable by an exerciser. Movement of pedals **20** rotates a sprocket **22**, which causes a chain **24** to drive a small diameter sprocket **26** attached to a flywheel **28**. The variable load which an exerciser must overcome in order to rotate sprocket **22** is generated by an alternator **30**, which provides a variable resistance to the effort of the exerciser through its driving connection with flywheel **28** by a gear belt **32**. Microcomputer **10** controls the loading circuit of alternator **30**. The output of microcomputer **10** on line **34** is a pulse width modulated signal, the width of which is proportional to the effort required by the exerciser. The changes in pulse width vary the field current in the alternator to cause variations in the resistance of the alternator to the force exerted by the operator. An exerciser using the stationary bicycle may select a pre-stored exercise program from read-only memory **14** for execution by microcomputer **10** to automatically vary the exercise difficulty level by generating pulses whose width is a function of the effort required by the exerciser. Using keyboard **12**, an exerciser is also able to select a difficulty level and an exercise time.

From workout to workout, an exerciser will often select different exercise programs and set different difficulty levels and/or exercise times in order, for example, to achieve particular fitness goals and/or to avoid injury. Thus, for example, an exerciser may select an exercise program, difficulty level, and exercise time which define a relatively easy workout on a day following a hard workout. In addition, after several months of a training routine, an exerciser will likely find that he or she is able to use an exercise device at higher difficulty levels and/or for longer exercise times. Thus, an exerciser will likely find that he or she is capable of pedaling a stationary bicycle in accordance with selected exercise programs for a longer exercise time at a higher difficulty level than at the beginning of the training routine. Similarly, an exerciser using a weight machine will likely find that he or she will be able to perform more repetitions using more weight (or resistance) after several months of a training program.



However, the memories of exercise apparatus of the type described above are typically programmed by the manufacturer and cannot be changed by dealers or consumers. Thus, such exercise apparatus generally provide only a limited number of exercise programs from which an exerciser may select. While a manufacturer could provide a greater number of pre-stored exercise programs, this would require an increase in the size of read-only memory **14**, thereby increasing costs. And even if a larger memory were provided for storing more programs, the memory contents would still not be changeable by dealers and/or consumers and the manufacturer would still not be ensured that the exercise programs satisfy the requirements of all exercisers, particularly exercisers having specific exercise needs or goals. The fixed memory contents may also lead to boredom on the part of the exerciser who must repeatedly choose an exercise program from the same selection of exercise programs. This boredom may cause the exerciser to reduce, or even stop, using the exercise apparatus.

## SUMMARY OF THE INVENTION

In accordance with one aspect of the present invention, an exercise apparatus includes an exercise device, a memory including a first memory portion, and a receiver for receiving exercise programs transmitted over a first communication link. A control unit supplies received exercise programs to the first memory portion for storage in the first memory portion as first exercise programs and selectively controls the exercise device in accordance with the first exercise programs.

In accordance with another aspect of the present invention, a method of operating an exercise apparatus including an exercise device and a memory with a first memory portion includes the steps of receiving exercise programs transmitted over a first communication link, supplying received exercise programs to the first memory portion for storage in the first memory portion as first exercise programs, and selectively controlling the exercise device in accordance with the first exercise programs.

In accordance with another aspect of the present invention, a central office for an exercise system includes generating circuitry for generating an exercise program for controlling an exercise device and a transmitter for transmitting the exercise program over a communication link.

In accordance with yet another aspect of the present invention, a method of providing exercise programs for controlling an exercise device includes the steps of generating an exercise program for controlling an exercise device and transmitting the exercise program over a communication link.

In accordance with yet another aspect of the present invention, an exercise system includes a central office having generating circuitry for generating an exercise program for controlling an exercise device and a transmitter for transmitting the exercise program over a communication link. The exercise system further includes at least one exercise apparatus including an exercise device, a memory including a first memory portion, and a receiver for receiving exercise programs transmitted over the communication link. The exercise apparatus further includes a control unit for supplying the received exercise programs to the first memory portion for storage in the first memory portion as first exercise programs and for selectively controlling the exercise device in accordance with the first exercise programs.

In accordance with another aspect of the present invention, a method of operating an exercise device includ-

ing a memory having a first memory portion includes the steps of generating an exercise program for controlling an exercise device, transmitting the exercise program over a communication link, receiving exercise programs transmitted over the communication link, supplying received exercise programs to the first memory portion for storage in the first memory portion as first exercise programs, and selectively controlling the exercise device in accordance with the first exercise programs.

Thus, in accordance with the present invention, the memory of an exercise apparatus may be downloaded with exercise programs from a remote location. As new exercise programs are developed for exercise apparatus, these programs may be easily supplied to apparatus already "in the field." In addition, exercise apparatus may be provided with the capability of uploading data to a central office to permit monitoring of the use of an exercise apparatus and of the selection of exercise programs. The present invention provides the further ability to transmitting text data including messages, news headlines, sports scores, stock market prices, weather reports, advertisements, and the like for display at the exercise apparatus to provide a mental activity during exercise.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a side elevational view of a prior art stationary bicycle **5**.

FIG. **2** is a schematic showing the electronic control system of stationary bicycle **5** of FIG. **1**.

FIG. **3** is a block diagram of an exercise system in accordance with the present invention.

FIG. **4** is diagram illustrating the arrangement of memory **120** of FIG. **3**.

FIG. **5** is a side elevational view of a stationary bicycle **200** which may be utilized in the exercise system of the present invention.

FIG. **6** is a schematic showing the electronic control system of stationary bicycle **200** of FIG. **5**.

FIG. **7** is a graphical profile of exercise level versus time for an exercise program which may be utilized by microcomputer **202** of FIG. **6** to automatically control the exercise level of stationary bicycle **200**.

FIG. **8** is a table depicting an organization of exercise programs stored on portable memory module **103**.

FIG. **9** illustrates display **208** and keypad **210** shown in FIG. **5**.

## DETAILED DESCRIPTION

FIG. **3** is a block diagram of an exercise system **100** in accordance with the present invention. Exercise system **100** includes a central office **102** and one or more exercise apparatus **104-1** to **104**-n which are remotely located with respect to central office **102**. For example, exercise apparatus **104-1** to **104**-n may be located in homes of exercisers and central office **102** may be located at a health club office, a personal trainer's office, or a physician's office. Alternatively, exercise apparatus **104-1** to **104**-n may be located in a health club and central office **102** may be located in an office of the health club. Of course, the exercise apparatus and the central office may be otherwise located and the present invention is not limited in this respect. Data is communicated between central office **102** and exercise apparatus **104-1** to **104**-n over a communication link **106**. For example, data including software such as exercise programs, and text data such as news headlines, sports scores, stock market prices, weather reports, messages, advertisements, and the like may be transmitted from central office **102** to exercise apparatus **104-1** to **104**-n over communication link **106**. Also, data may be transmitted from the respective exercise apparatus to central office **102** over communication link **106**. This data may, for example, be data indicating the number of times the respective exercise apparatus has been used or data indicating which exercise programs have been selected. The above examples of data which is communicated between central office **102** and exercise apparatus **104-1** to **104**-n are provided for illustrative purposes only and other types of data may be communicated within the spirit and scope of the present invention. Communication link **106** may, for example, be an infrared link, a radio frequency (RF) link, a coaxial cable, a telephone network, a satellite system, or an optical fiber. Although the embodiment of FIG. **3** shows only a single communication link, it will be apparent that a first communication link may be provided for data transmissions from central office **102** to exercise apparatus **104** and a second, different communication link may be provided for data transmissions from the exercise apparatus **104** to central office **102**. In addition, data may be transmitted to the exercise apparatus from a first central office and data may be transmitted from the exercise apparatus to a second, different central office.

A processor **110** controls the overall operation of central office **102**. A transmitter **112** transmits data over communication link **106** to the exercise apparatus **104-1** to **104**-n. A receiver **114** receives data transmitted over communication link **106** from the exercise apparatus. A display device **116** such as a monitor displays information to a system operator and an input device **118** such as a keyboard permits the system operator to input information. Other output devices (not shown) such as a printer, speakers, etc, and other input devices (not shown) such as a mouse may also be provided. A memory **120** which may include both read only memory (ROM) and a non-volatile random access memory (NVRAM) stores an overall operating program for central office **102** as well as data to be described below with reference to FIG. **4**. One or more external data sources **122** remotely located relative to central office **102** transmit data to central office **102** over a communication link **107**. The data from the external data sources may then be forwarded to the exercise apparatus **104-1** to **104**-n over communication link **106**. For example, these external data sources may transmit exercise programs and/or text data such. as news headlines, sports scores, stock market prices, weather reports, advertisements, etc. to central office **102**. Processor **110** then supplies this data to memory **120** for storage and reads the data out at a later time for transmission by transmitter **112** to exercise apparatus **104-1** to **104**-n. Central office **102** may also transmit data to the external data sources over communication link **107**. Like communication link **106**, communication link **107** may, for example, be an infrared link, an RF link, a coaxial cable, a telephone network, a satellite system, or an optical fiber.

Exercise apparatus **104-1** includes a receiver **152** for receiving data transmitted by central office **102** over communications link **106** and a transmitter **154** for transmitting data to central office **102** over communications link **106**. A processor **156** controls the overall operation of the exercise apparatus. The exercise apparatus also includes an exercise device **158** which may be, for example, a stationary bicycle, stair climber, treadmill, rowing machine, or weight machine. A display **160** displays information to an exerciser. A memory **162** which may include a read-only memory and a

non-volatile memory stores data for the operation of exercise apparatus **104-1**. Data such as exercise programs and text items which is received by receiver **152** is supplied to memory **162** by processor **156**. An input device **163** such as a keypad receives input from an exerciser. A port **164** may optionally be provided to connect the exercise apparatus to an external device such as a television or speakers. Exercise apparatus **104-2** to **104**-n may be similarly configured.

With reference to FIG. **4**, memory **120** of central office **102** includes a first memory portion **130** for storing an operating program for central office **102**, a second memory portion **132** for storing exercise programs, a third memory portion **134** for storing system information, and a fourth memory portion **136** for storing text data. Memory **120** may be, for example, a magnetic disk drive, a battery backed-up non-volatile random access memory (NVRAM), or a PCMCIA EEPROM memory card. The information in the memory portions may be generated by the system operator or supplied from one or more of external data sources **122**.

Second memory portion **132** stores at least one exercise program which is executable by one or more of the exercise apparatus **104**. It will be appreciated that second memory portion **132** may store a variety of exercise programs suitable for use by different types and models of exercise apparatus. For example, one exercise program may be executable by a stationary bicycle of a first manufacturer to vary exercise level as a function of time while another exercise program may be executable by a stair climber of a second manufacturer to vary exercise level as a function of time. Accordingly each exercise program will preferably have associated therewith identification data for identifying the type and model of exercise apparatus for which the program is suitable. The exercise programs may be developed by the system operator or may be transmitted from one or more of the external data sources.

Third memory portion **134** stores system information. For example, each of the exercise apparatus **104-1** to **104**-n may have associated therewith a unique apparatus identifier or address for identifying the exercise apparatus. The system information stored in third memory portion **134** may thus be organized in accordance with these apparatus identifiers. Third memory portion **134** may also store additional information regarding each exercise apparatus, for example, identification information identifying the type and model of exercise apparatus (stationary bicycle, stair climber, etc.) and program information listing the exercise programs currently stored in memory **162** of the exercise apparatus. Third memory portion **134** may also store the name, address, and telephone number of the owner of the exercise apparatus. Alternatively or in addition, third memory portion may store a name, address, and telephone number associated with the location of the exercise apparatus. If the exercise apparatus is linked to the central office over a telephone network, third memory portion **134** may also store the telephone number for establishing a telephone communication link between the central office and the exercise apparatus. Typically, the above-described data would be entered by the system operator, although the present invention is not limited in this respect.

Fourth memory portion **136** stores text data such as messages, news headlines, sports scores, stock market prices, weather reports, advertisements, and the like. This text data may be generated by the system operator and/or may be transmitted to central office **102** from one or more of external data sources **122**.

The above-described functions of central office **102** may be implemented by a computer such as an IBM®-compatible personal computer. The personal computer may include appropriate software for generating exercise programs which are executable by a microcomputer of the exercise apparatus **104-1** to **104**-n and which, for example, specify the exercise level as a function of time. A program title, description, etc. may then be associated with each program as will be discussed below. The programs and associated information may then be stored on a hard-disk drive which serves as memory **120**. The personal computer may be equipped with a modem and appropriate communications software for transmitting and receiving data including the above-described exercise programs and text data over a telephone line which serves as communication link **106**. The modem and communications software may also be utilized to transmit and receive data from the external data sources **122** over communication link **107**.

FIGS. **5** and **6** illustrate a stationary bicycle **200** which may utilized as one of exercise apparatus **104** in accordance with the exercise system of the present invention. Elements of stationary bicycle **200** which are the same as those of stationary bicycle **5** shown in FIGS. **1** and **2** are designated with the same reference numbers and descriptions thereof are omitted. Although reference is made to a stationary bicycle, the teachings of the present invention are applicable to exercise systems which include any exercise apparatus having an exercise device controllable by a microcomputer in accordance with a program, including by way of example, but not by way of limitation, stationary bicycles, stair climbers, rowing machines, treadmills, and weight machines.

The control system of stationary bicycle **200** includes a microcomputer **202** for controlling the operation of stationary bicycle **200**, a read-only memory (ROM) **204**, a non-volatile random access memory (NVRAM) **206** (e.g., a battery backed-up random access memory), a display **208**, a keypad **210**, a speaker **212**, a transmitter **214**, and a receiver **216**. An optional output port **218** may be provided to connect the exercise apparatus to one or more output devices **220** such a television or speakers.

ROM **204** stores an operating program of microcomputer **202** and may also contain various pre-stored exerciser-selectable programs for controlling stationary bicycle **200**. Microcomputer **202** generates control signals supplied over line **34** for controlling the exercise level of stationary bicycle **200** in accordance with an exercise program selected either from ROM **204** or NVRAM **206**. Display **208** includes, for example, light emitting diodes (LEDs) and/or liquid crystal displays (LCDs) and is responsive to signals from microcomputer **202** for displaying various information to the exerciser including, but not limited to, the exercise time, the exercise level, number of calories burned, and the like as is known in the art. Keypad **210** includes exerciser-operable keys for inputting various data as will be discussed below. Speaker **212** is responsive to microcomputer **202** for providing audible sounds to the exerciser to indicate, for example, the end of an exercise program or an incorrect selection or entry via keypad **210**. Transmitter **214** transmits data to central office **102** over communication link **106** and receiver **216** receives data transmitted from central office **102** over communication link **106**. If communication link **106** is a telephone network, for example, transmitter **214** and receiver **216** may be implemented by a modem which is coupled to a telephone line.

An exercise program is executable by microcomputer **202** for automatically controlling stationary bicycle **200**. FIG. **7** is a graphical profile of exercise level versus time for an illustrative, but non-limiting, exercise program which may

be utilized by microcomputer **202** to automatically control the exercise level of stationary bicycle **200**. As illustrated in the profile of FIG. **7**, from exercise time $t_0$ until exercise time $t_7$, microcomputer **202** generates control signals for setting the exercise level of stationary bicycle **200** to exercise level E1; from exercise time $t_7$ until exercise time $t_{19}$, microcomputer **202** generates control signals for setting the exercise level of stationary bicycle **200** to exercise level E2; from exercise time $t_{19}$ until exercise time $t_{26}$, microcomputer **202** generates control signals for setting the exercise level of stationary bicycle **200** to exercise level E3; from exercise time $t_{26}$ until exercise time $t_{38}$, microcomputer **202** generates control signals for setting the exercise level of stationary bicycle **200** to exercise level E2; and from exercise time $t_{38}$ until exercise time $t_{48}$ (the end of the program), microcomputer **202** generates control signals for setting the exercise level of stationary bicycle **200** to exercise level E1. When a program having the profile of FIG. **7** is selected, an exerciser may select an exercise time over which microcomputer **202** will control stationary bicycle **200**. The selection of an exercise time determines the time interval between the exercise times. For example, when an exercise program having the profile of FIG. **7** is selected, an exerciser may choose an exercise time of four, eight, twelve, sixteen, or twenty minutes. Depending on which total exercise time is selected, the time interval between the exercise times is five, ten, fifteen, twenty, or twenty-five seconds, respectively. An exerciser may also select a difficulty level which determines the difficulty of the exercise at the exercise levels of the program. The difficulty of exercise levels E1, E2, and E3 is generally less at low difficulty levels than at high difficulty levels. Thus, as the fitness level of an exerciser increases, higher difficulty levels may be utilized.

Of course, the exercise program of FIG. **7** is for illustrative purposes, and the present invention is not limited in this respect. Thus, an exercise program may also be of a type which provides interactivity via a visual display such as a television screen. For example, the execution of such a program may cause microcomputer **202** to monitor the activity level of the exerciser (e.g., how fast the exerciser is pedaling) via the SENSOR line shown in FIG. **6** and to output data to an output device **218** such as a television to thereby simulate a competition between the exerciser and a computer-generated opponent or opponents. For example, an exercise program for a stationary bicycle may generate a bicycle race between the exerciser and a computer-generated opponent. The "ability" of the opponent and the duration of the race may be set in accordance with the fitness level of the exerciser.

FIG. **8** is a table depicting an organization of exercise programs stored in NVRAM **206**. Exercise program 1 is stored at memory location 1, defined for example, by a memory address. If desired, a program name and description may be associated with exercise program 1. Exercise programs 2, 3, . . . , n are stored at memory locations 2, 3, . . . , n as indicated. The operating program of microcomputer **202** stored in ROM **204** is configured to permit microcomputer **202** to access these exercise programs and to permit an exerciser to select an exercise program which is stored in memory **206**. Of course, the exercise programs may be organized in various ways in memory **206** and the invention is not limited in this respect. In addition, as noted above, one or more exercise programs may be stored in a portion of ROM **204**, if desired, using a memory organization similar to that illustrated in FIG. **8**. If exercise programs are stored in a portion of ROM **204**, the operating program is configured to permit an exerciser to select an exercise program which is stored in either ROM **204** or memory **206**.

FIG. **9** illustrates display **208** and keypad **210** arranged on a display and keypad panel. Display **208** includes various display portions **301–306**. During program selection, display portion **301**, exercise time indicator **311**, and difficulty level indicator **312** prompt an exerciser to enter an exercise time and difficulty level for an exercise program. During exercise, display portion **301** displays an elapsed exercise time while display portion **302** alternately displays the current difficulty level of the exercise program and the number of calories burned. Exercise time indicator **311**, difficulty level indicator **312**, a calories burned indicator **313** are LEDs, for example, which are appropriately illuminated to indicate which quantity should be entered by the exerciser during program selection and/or which quantity is being displayed during the exercise time. Exercise level display portion **303** displays a graphical profile of exercise level versus time for the exercise program such as is shown, for example, in FIG. **7**. Display portion **304** is a line display including one or more lines **380** which may display graphical and text information such as program names and descriptions, operating instructions, and text data items to an exerciser. Display portion **305** provides a display relating to how fast an exerciser should be pedaling stationary bicycle **200** at a current exercise level and display portion **306** provides a display of how fast an exerciser is actually pedaling. Displays of other information may also be provided, if desired. It will be appreciated that the displays of stationary bicycles and other exercise apparatus may be varied in accordance with the information which it is desired to display and the present invention is not limited in this respect. Keypad **325** includes a numeric keyboard portion **330** having numeric keys. **0–9**; a START key **332**; an ENTER key **334**; a NEXT key **336**; a PREV (previous) key **338**; and a CLEAR/STOP key **340**.

The transmitting of exercise programs and text data from central office **102** to exercise apparatus **104-1** to **104**-n will now be described. The system operator may select one or more exercise programs from second memory portion **132** and/or text data from fourth memory portion **136** for transmission to one of exercise apparatus or to a group of exercise apparatus. For example, the system operator may transmit exercise programs and text data to a group of exercise apparatus which are of the same type and model. Processor **110** supplies the selected exercise programs and/or text data from memory **120** to transmitter **112** for transmission to the exercise apparatus. For example, if communication link **106** is a telephone network and transmitter **112** is a modem, processor **110** utilizes appropriate communication software to transmit the data the next time a telephone link is established between central office **102** and the exercise apparatus. This may occur either when the central office dials an appropriate telephone number to connect the central office to the exercise apparatus or when the exercise apparatus dials a telephone number of the central office to connect the exercise apparatus to the central office. When a connection is established, the data is downloaded from the central office to the exercise apparatus. At the time of this connection, data may also be uploaded from the exercise apparatus to the central office. The telephone connections may established automatically at specified times as controlled by processor **110** or microcomputer **202** or may be initiated by the system operator. The exerciser may prompt an exercise apparatus to establish a telephone connection with the central office by pressing a button (not shown) provided on keypad **210**. Of course, the telephone link described above is for illustrative purposes only and other techniques may be utilized for the purpose of establishing a

communication link between the central office and the exercise apparatus. For example, data may be broadcast to the exercise apparatus via an in-band or out-of-band data channel of a conventional cable television system. Data may be addressed to particular exercise apparatus in the same manner that data is addressed to particular subscriber terminals. Specifically, the exercise apparatus may be connected to an exercise apparatus data port of a subscriber terminal in a cable television system. A processor or application specific integrated circuit (ASIC) of the subscriber terminal supplies the exercise program and text data to the exercise apparatus data port and this data is then output to the receiver of the exercise apparatus. The processor of the exercise apparatus supplies the data received by the receiver to memory **162** of the exercise apparatus. For example, with respect to the stationary bicycle of FIGS. **5** and **5** and **6**, exercise programs received by receiver **216** may be supplied to a first memory portion of NVRAM **206** and text data received by receiver **216** may be supplied to a second memory portion of NVRAM **206**.

To select an exercise program, an exerciser actuates START key **332**. Microcomputer **202** prompts the exerciser to select an exercise program. Exercise programs are selectable from among the programs stored in NVRAM **206** and, if provided, from any programs stored in ROM **204**. The exerciser may be prompted to select an exercise program by, for example, displaying the program name and description on line display portion **304** and additionally or alternatively displaying a corresponding graphical profile of the exercise level versus time on display portion **303**. The exerciser is able to step forward and backward through the available exercise programs using NEXT key **336** and PREV key **338**. For example, using the NEXT key **336** and PREV key **338**, an exerciser may cause microcomputer **202** to step forward and backward through the programs in ROM **204** and/or NVRAM **206**. To select an exercise program whose program name, program description, and/or profile is displayed, the exerciser actuates ENTER key **334**. If appropriate for the selected exercise program, the exerciser is prompted to enter an exercise time and difficulty level. When these values have been appropriately entered, microcomputer **202** controls stationary bicycle **200** in accordance with the exercise program, exercise time, and difficulty level. Microcomputer **202** may also update a third memory portion of NVRAM **206** to indicate a use of the exercise apparatus and to indicate which exercise program was selected. During execution of the program, microcomputer **202** controls display **208** to display data such as the elapsed exercise time to the exerciser, current difficulty level, RPM-GOAL, RPM-ACTUAL, and the like. Display portion **303** may be appropriately illuminated to indicate an exerciser's progress through the exercise profile. At the end of the exercise program, microcomputer **202** drives speaker **212** to output an audible sound indicating the end of the program. Program execution may be stopped prior to the end of the program by pressing CLEAR/STOP key **340**.

An almost limitless number of exercise programs may be developed in which the exercise level of the exercise device is varied over time or in which a simulated competition is generated. By providing an arrangement in which exercise programs may be downloaded into the exercise apparatus, the on-board memory of the exercise apparatus may be provided with a wide variety of new exercise programs from which an exerciser may select.

In addition to downloading exercise programs, central office **102** may also download text data including news headlines, sports scores, stock market prices, weather reports, advertisements, and the like. In addition, a system operator may generate a text message which may be sent to particular exercise apparatus. The text message may, for example, describe new exercise programs or exercise equipment which is or will be available. This text data may be displayed to the exerciser on line display **304** while the exerciser is exercising in order to provide a mental activity for the exerciser. Microcomputer **202** may cause line display **304** to display each text data item for a predetermined period of time or up and down arrow keys (not shown) may be provided to permit the exerciser to step through the text data items. These text items may be periodically downloaded to exercise apparatus **104**, for example, every 24 hours, when one or more exercise programs are downloaded, or when data is uploaded to the central office. Of course, the text items are not limited to news headlines, sports scores, stock market prices, weather reports, and advertisements.

As noted above, although the above description is based on a stationary bicycle, the present invention is generally applicable to any exercise apparatus controllable in accordance with a program. Such apparatus are manufactured, for example, by Life Fitness, Nautilus, Schwinn, and the like. Thus, for example, for a treadmill, control signals may control the speed of the tread and/or the inclination of the tread to the horizontal. For a stair climber, the control signals may control the resistance of the pedals. For a weight machine, the control signals may control the resistance.

Each of the above-referenced patent documents is hereby incorporated by reference into the instant specification.

While there has been shown and described the preferred embodiments of the invention, it will be evident to those skilled in the art that various modifications may be made thereto without departing from the spirit and scope of the invention which is set forth in the appended claims.

I claim:

**1**. A method of exercising, comprising:

an exerciser exercising using an exercise device of an exercise apparatus;

a remotely located computer transmitting advertisements to said exercise apparatus;

said exercise apparatus receiving the advertisements transmitted from said remotely located computer; and

said exercise apparatus displaying the advertisements received from said remotely located computer while the exerciser exercises using said exercise device.

**2**. The method according to claim **1**, further comprising:

said exercise apparatus displaying exercise data while the exerciser performs exercise using said exercise device.

* * * * *

# EXHIBIT 12

US006450922B1

(12) **United States Patent**
**Henderson et al.**

(10) **Patent No.: US 6,450,922 B1**
(45) **Date of Patent: Sep. 17, 2002**

(54) **ELECTRONIC EXERCISE SYSTEM**

(75) Inventors: **Scott J. Henderson**, Los Angeles, CA (US); **Tyler C. Marthaler**; **Jeffrey Q. Nichols**, both of New York, NY (US)

(73) Assignee: **Graber Products, Inc.**, Madison, WI (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/182,977**

(22) Filed: **Oct. 29, 1998**

(Under 37 CFR 1.47)

**Related U.S. Application Data**

(63) Continuation of application No. 09/071,713, filed on May 1, 1998, now abandoned, which is a continuation of application No. 08/887,240, filed on Jul. 2, 1997, now abandoned.

(60) Provisional application No. 60/020,565, filed on Jul. 2, 1996.

(51) **Int. Cl.**[7] ................................................ **A63B 21/00**

(52) **U.S. Cl.** .................... **482/8**; 482/4; 482/9; 482/901

(58) **Field of Search** ............................ 482/1–9, 51, 54, 482/900–902

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,828,257 A 5/1989 Dyer et al.
4,907,795 A * 3/1990 Shaw et al. .................... 482/9
4,925,189 A 5/1990 Braeunig
4,976,424 A 12/1990 Sargeant et al.
5,213,555 A * 5/1993 Hood et al. ................... 482/57
5,335,188 A * 8/1994 Brisson ......................... 482/8
5,462,503 A 10/1995 Benjamin et al. .............. 482/4
5,524,637 A 6/1996 Erickson
5,527,239 A 6/1996 Abbondanza
5,785,631 A * 7/1998 Heidecke ....................... 482/5
5,888,172 A * 3/1999 Andrus et al. ................. 482/7
5,916,063 A * 6/1999 Alessandri ..................... 482/4
6,024,675 A * 2/2000 Kashiwaguchi ................ 482/4

FOREIGN PATENT DOCUMENTS

EP 0841079 8/1994

* cited by examiner

*Primary Examiner*—Glenn E. Richman
(74) *Attorney, Agent, or Firm*—Boyle, Fredrickson, Newholm, Stein & Gratz, S.C.

(57) **ABSTRACT**

A physical activity monitor, during a first period, records data characterizing a physical activity by a user, and an exercise device uses the recorded data of the physical activity monitor to simulate the physical activity for the user during a second period.

**34 Claims, 18 Drawing Sheets**






Fig. 1


Heart Rate Monitor
124
Route Computer
108
Base Controller
104
146
100
107
118
Rear Wheel / Cadence Sensor(s)
106a,b
112
Resistance Unit
102

Fig. 2


142
138a
138b
138a
140
Ave. Heart Rate
156
108

Fig. 3a


136
142
144
BASE CONTROLLER PORT
INCLINE SENSOR
HEART RATE TRANSCEIVER
134
133
REAR WHEEL/ CADENCE PORT
138
USER BUTTONS
126
CPU
BATTERY
132
RAM
130
140
LCD DISPLAY
ROM
128
108

Fig. 3b


154a
154c
156
118
To Resistance Untl
UNDO
POWER
154e
ENTER
START/ PAUSE
154b
154d
Train: Workouts, exercises, and rides
Fitness: Gauge your abilities
Set Up: Change your settings
Network: Connect online
104
160
To Route Computer
158
146

Fig. 4a


104
RAM
150
ROM
152
USER BUTTONS
154
148
CPU
166
PROGRAM CARD CONNECTOR
LOG/ROUTE CARD CONNECTOR
164
LCD DISPLAY
160
RESISTANCE UNIT PORT
156
ROUTE COMPUTER PORT
158
RS232 PORT
162

*Fig. 4b*


102
Resistance Unit
170
Resistance Controller
Resistance Provider
172
176
Power Source
118
To/From Base Controller

Fig. 5




*Fig. 6*

*Fig. 7a*


200
202
Introduction
204
Getting Started (First Time Users)
206
Main Menu
- Training
- Fitness Testing
- Setting Up
- Network Mode
208
Training Menu
- Workout
- Exercise
- Ride Route
- Review Training Log
210
Fitness Testing
- Max Power Test
- AT Threshold Test
- SAE Test
- Review Fitness Log
212
Setting Up
- Edit user info
- Create/Edit route
- Edit date & time
- Set route recording module
- Set drafting/pacer
- Download a route
214
Network Mode


Training Menu
- Workout
- Exercise
- Ride Route
- Review Training Log
208
Workout Menu
216
Exercise Menu
218
Ride Route Menu
220
Training Log Listing
222
Analysis of Training Log Listing
224
Description of workout, exercise, or route
226
Training Activity
228
Detail of Training Log Entry
230
Analysis of Training Log Entry
232

Fig. 7b

*Fig. 7c*


212
Setting Up
- Edit user info
- Create/Edit route
- Edit date & time
- Set route recording module
- Set drafting/pacer
- Download a route
240
Detail of Setup
210
Fitness Testing
- Max Power Test
- AT Threshold Test
- SAE Test
- Review Fitness Log
236
Fitness Log Listing
234
Description of fitness test
238
Fitness Test Activity


What would you like to do?
Train: Workouts, exercises, and rides
Fitness: Gauge your abilities
Set Up: Change your settings
Network: Connect online
MAIN MENU

Fig. 8a


Select a training activity
Workout: Ride today's workout or view your schedule
Exercise: Train your specific riding skills
Ride Route: Experience the feel of a course
Review Log: Evaluate your training
TRAINING

Fig. 8b


Select a test or review your fitness log
MP Test: Determine your peak output
LT Test: Find your aerobic/anaerobic threshold
SAE Test: Measure the duration of your LT output
Fitness Log: Review your past fitness tests
FITNESS

Fig. 8c

Case 1:20-cv-00662-RGA Document 79-3 Filed 02/18/21 Page 260 of 272 PageID #: 2005






*Fig. 8d*




Fig. 8e


20
MODULE #5
TV INTERFACE
1. VIDEO DRIVER 2D/3D
2. CARD INTERFACE
22
TV
23
MODULE #3
HANDLE-BAR PANEL
1. CPU
2. ROM
3. OS - FUZZY LOGIC
4. LCD -
5. POWER -
6. HR I/O
7. REAR SENS I/O
8. CARD I/O
9. ROUTE RECORDER I/O
HR DOCK
14
MODULE #4
HR-COMPUTER - (AUTO-START)
HR
1. CURRENT
2. AVG
3. TIME IN ZONE
4. RECOVERY
CLOCK
1. 12HR CLOCK
2. TRIP TIMER
COMPUTER
1. SPEED
A. MAX
B. CURRENT
C. AVG
2. ODOMETER
A. TRIP DISTANCE
3. CADENCE-RPM
A. AVG RPM
4. TEMP
5. ATTITUDE GAIN
6. ROUTE RECORDER
16
MODULE #1
RESISTANCE UNIT MODULE - TRAINER
TORQUE SENSOR
1. MECHANICAL SENSOR
A. EXCITATION
RESISTANCE ADJUSTER
1. POWER SOURCE
2. RESOLUTION
MODULE I/O
1. POWER SOURCE
10
MODULE #2
REAR WHEEL SENSOR
WHL/CRANK SENSOR
1. WHEEL SPEED
2. CRANK SPEED (RPM)
3. RELATIVE INCLINE
WIRELESS X-MITTER
1. DIGITAL WIRELESS
2. ANALOG WIRELESS
DIGITAL/ANALOG HARDWIRE
12

*Fig. 9*




Fig. 10




Fig. 11




Fig. 12


20b
16b
CYCLE COMPUTER
SPEED
DISTANCE
HEART RATE
INCLINE
EEPROM
14b
S.B.C.
CPU
ROM
LCD
HEART RATE INPUT
CADENCE INPUT
EEPROM CARD I/O
CONROLL OUTPUT
WHEEL SENSOR INPUT
INCLINE INPUT
EEPROM INPUT FROM CYCLE COMPUTER
CYCLE COMPUTER DOCK
EEPROM DOCK
23b
NTSC TV OR COLOR LCD
22b
EXT NTSC ADAPTER
24b
SERIAL TO OTHER TRAINERS
10b
RESISTANCE MODULE
MAGNETIC BRAKE WITH I.R. RECEIVER AND MICRO CONTROLLER
26
SERIAL EEPROM CARD 64K 24C65 MICROCHIP

Fig. 13

# ELECTRONIC EXERCISE SYSTEM

This is a continuation of U.S. application Ser. No. 09/071,713, entitled ELECTRONIC EXERCISE SYSTEM, filed May 1, 1998, now abandoned which is a continuation of U.S. application Ser. No. 08/887,240, filed on Jul. 2, 1997, now abandoned which is a continuation of provisional application No. 60/020,565, filed on Jul. 2, 1996.

## BACKGROUND

The present invention relates generally to exercise and to exercise machines or training devices for providing physical exercise for a user.

For many years, bicycle enthusiasts have used bicycle trainers to convert their bicycles for stationary (often indoors) riding. Rather than ride through inclement weather, the cyclist can use the trainer to ride indoors and obtain an aerobic, cardiovascular workout. Bicycle trainers also obviate the need for purchasing a separate stationary bicycle for those persons who want to occasionally workout while, for example, reading or watching television. A bicycle trainer should be easy to use and, to the extent possible, simulate bicycle riding on the open road.

Indoor stationary machines have also been developed or replicating a number of other sports activities, such as running, climbing, skiing, and swimming. Such stationary exercise machines can provide a number of features, including displays of a preset or user-defined course (e.g., a running profile for a stationary treadmill machine), exercise statistics, and measurements of the user's heart rate.

## SUMMARY

In general, in one aspect, the invention features a physical activity monitor that during a first period records data characterizing a physical activity by a user, and an exercise device that uses the recorded data of the physical activity monitor to simulate the physical activity for the user during a second period.

Embodiments of the invention may include one or more of the following features. The physical activity monitor can measure a first index of physical exertion. The first index of physical exertion can include an index of a distance traveled by the user, an inclination of the user, an index of a force exerted by the user, and an index of a heart rate of the user. The exercise device can comprise a controller and a resistance provider, the controller being adapted to receive the data recorded by the physical activity monitor and to control the resistance provider in accordance with the received data to simulate the physical activity. The physical activity of the user simulated by the replication device can include a non-stationary bicycle ride, a non-stationary rock climb, a non-stationary swim, and a non-stationary run.

In general, in another aspect, the invention features a physical activity monitor that records sampled data, the data comprising indices of a force exerted by a user and of a distance traveled by the user during a non-stationary bicycle ride by the user and a stationary exercise device that uses the recorded data of the physical activity monitor to simulate the non-stationary bicycle ride.

Embodiments of the invention may include one or more of the following features. The physical activity monitor can include a rotational sensor attached to a bicycle used during the non-stationary bicycle ride, an inclination sensor, or a heart rate sensor coupled to the user. The stationary exercise device can include a resistance unit removably coupled to a bicycle, and a controller, the controller being adapted to receive the data recorded by the physical activity monitor and to control the resistance unit to simulate the non-stationary bicycle ride.



In general, in another aspect, the invention features a physical activity monitor that records sampled data, the data comprising indices of a force exerted by a user and of a distance traveled by the user during a non-stationary bicycle ride by the user, the physical activity monitor further comprising a rotational sensor attached to a bicycle used during the non-stationary bicycle ride, an inclination sensor, and a heart rate sensor coupled to the user, and a stationary exercise device that uses the recorded data of the physical activity monitor to simulate the non-stationary bicycle ride, the stationary exercise device comprising a resistance unit removably coupled to a bicycle, and a controller, the controller adapted to receive the data recorded by the physical activity monitor and to control the resistance unit to simulate the non-stationary bicycle ride.

In general, in another aspect, the invention features a method including the steps of, during a first period, recording data characterizing a physical activity by a user, and, during a second period, using the recorded data to simulate the physical activity for the user.

In general, in another aspect, the invention features a method including the steps of recording sampled data, the data comprising indices of a force exerted by a user and of a distance traveled by the user during a non-stationary bicycle ride by the user, and using the recorded data to simulate the non-stationary bicycle ride.

In general, in another aspect, the invention features a method including the steps of recording sampled data, the data comprising indices of a force exerted by a user, of a distance traveled by the user, of a heart rate of the user, and of an inclination of a first bicycle, and a rotation of a wheel of the first bicycle, during a non-stationary bicycle ride by the user, and receiving the recorded data and controlling a resistance unit removably coupled to a bicycle to simulate the non-stationary bicycle ride.

In general, in another aspect, the invention features a portable monitor with recording capability for recording an activity, wherein the monitor can be operationally coupled with a device for replicating the recorded activity.

In general, in another aspect, the present invention comprises an exercise device, a first sensor for sensing operational parameters of the exercise device, a control interface for interacting with the first sensor and exercise device, and a second sensor for sensing at least a user's heart rate, said second sensor having recording capability and being dockable with the control interface. In other words, the exercise device of the present invention comprises:

(a) a control unit having a processor;

(b) an input device connected to the control unit for providing information related to a route to be simulated on the exercise device;

(b) a resistance unit module operably connected to the control unit;

(c) an output interface operably connected to the control unit;

(d) a heart rate determination apparatus operably connected to the control unit which provides a heart rate value; and

(e) software means operative on the processor for:

(1) controlling the resistance unit module based on information provided through the input device regarding the route to be simulated;

(2) outputting exercise related information through the output interface, and

(3) monitoring and processing the heart rate values provided to the control unit.

In general, in another aspect, the invention features an indoor stationary bicycle trainer with a computer controlled variable resistance unit, a rear chain stay mounted, wire or wireless RPM (cadence), speed, and incline sensors, a handlebar mounted control/interface panel for use with the stationary trainer, and a wrist watch type heart rate cycle computer with a route recording capacity, wherein the cycle computer may be docked with the control/interface panel.

Embodiments of the inventions may include the following features. The recording can be of an outdoor exercise route and the playing can take place on a computer controlled indoor training device.

In general, in another aspect, the invention features apparatus for customizing the profile of an exercise route to be simulated on an exercise device, wherein the apparatus comprises:

(a) a processor;

(b) an input device operably connected to the processor; and

(c) software means operative on the processor for:

(1) receiving information regarding the route to be simulated;

(2) processing the received route information; and

(3) controlling the exercise devices to implement the route.

Advantages of the invention include the following. An exerciser or user can train for a particular event, and replicate or simulate performing at a particular location remote from an indoor exercise apparatus. A user can simulate, as closely as possible, the experience of performing or exercising at an outdoor location or famous race course while exercising or training indoors on an exercise machine such as a stationary bicycle. A profile of a period of physical exercise can be recorded and played back to replicate the exercise period. The profile can be repeatably played back. A path of efficient workouts can be specified for a user to straightforwardly achieve a fitness goal.

Digital recordings or maps (which may be in the form of a CD-ROM, floppy disk, PCMCIA, EEPROM or the like) can be provided of particular exercise routes, road racing, mountain biking, triathlon courses and the like, and these recordings or maps can provide specific or tailored workouts based on heart rate, power output or other parameters selected in conjunction with a particular exercise route. The invention may be used by persons at any skill or fitness level to train for or attempt a particular race, e.g., a famous marathon. The geographical features of a particular location, i.e., length, the altitude at selected spots, local incline, slope, the local wind resistance, etc., along the race course can be recorded or programmed into a microprocessor/controller and then translated and expressed into resistance levels.

A programmable controller can be adapted to provide a rehabilitative workout wherein the exercise device (e.g., a stationary bicycle) can be powered or driven by a suitable motor or the like to manipulate the limbs of an injured or paralyzed person at a selected level of exertion.

Data for a plurality of outdoor and indoor exercise sessions can be recorded and accumulated. Basic fitness level tests, including anaerobic threshold (AT) tests, power tests and a variety of other exercise test programs can be provided, to test a user's progress and to further revise a prescribed fitness regime. Two or more systems of the present invention can be coupled for providing competition in the same locale, or electronically via a network or on-line service.

These and other features and advantages of the present invention will become more apparent from the following description, drawings, and claims.

## DRAWINGS

FIG. **1** is a schematic of an electronic exercise system.

FIG. **2** is a relational diagram of an electronic exercise system.

FIGS. **3***a* and **3***b* are front and schematic representations of a route computer.

FIGS. **4***a* and **4***b* are front and schematic representations of a base controller.

FIG. **5** is a schematic representation of a resistance unit.

FIG. **6** is a cross-sectional view of an eddy current brake employed in a resistance unit.

FIGS. **7***a* through **7***c* are flowcharts of user interaction screens for the electronic exercise system.

FIGS. **8***a* through **8***e* are representations of user interaction screens for the electronic exercise system.

FIG. **9** is a schematic diagram of an electronic exercise system.

FIG. **10** is a view of a bicycle incorporating features of an electronic exercise system.

FIG. **11** is a view of a stationary electronic exercise system incorporating a microprocessor controller and interactive display.

FIG. **12** is a view of an electronic treadmill training/exercise device.

FIG. **13** is a schematic of an electronic exercise system.

## DESCRIPTION

Referring to FIG. **1**, an electronic exercise system includes resistance unit **102**, base controller **104**, rear wheel sensor **106***a*, cadence sensor **106***b*, and route computer **108**. Resistance unit **102** is held in position via frame **110** to removably couple to a rear wheel **112** of a bicycle **114**. Base controller **104** removably attaches to handlebars **116** of bicycle **114**, and also couples via connector **118** to resistance unit **102**. Rear wheel sensor **106***a* can be located adjacent (or coupled to) rear wheel **112** of bicycle **114** for measuring the wheel's RPM, and cadence sensor **106***b*, located adjacent the pedal cranks, can measure the cadence of a user's pedal stroke. Sensors **106***a* and **106***b* can also be mounted in the same module, and attached at a position adjacent both the rear wheel and pedal cranks. Route computer **108** also attaches to handlebars **116**. The front wheel **120** of bicycle **114** can be held properly level with rear wheel **112** via riser block **122**. The general structures of a resistance unit held in a frame and a riser block can be found in U.S. Pat. No. 5,611,759, and U.S. provisional patent application Ser. No. 60/027,695, incorporated herein by reference.

Referring to FIG. **2**, rear wheel sensor **106***a* and cadence sensor **106***b* couple to route computer **108** via cable **107**, while heart rate monitor **124** (which can be a conventional chest or wrist-type heart rate monitor) communicates via an RF transceiver with route computer **108**. When a user exercises with bicycle **114** outdoors, away from base controller **104** and resistance unit **102**, route computer **108** monitors and stores information from heart rate monitor **124**, rear wheel sensor **106***a*, and cadence sensor **106***b*. Route computer **108** starts recording data when cadence sensor **106***b* or rear wheel sensor **106***a* senses motion (after the user instructs route computer **108** to record). Route computer **108** stops recording when motion stops, thereby

"stitching" together a route despite any number of stops along the way. When the user docks bicycle **114** with resistance unit **102** and base controller **104**, route computer **108** attaches to base controller **104** to transfer such stored route information. Route computer **108** automatically resets after each such docking and downloading operation, but also can be manually reset (explained further below) at any time by the user.

Referring to FIGS. **3***a* and **3***b*, route computer **108** includes a microprocessor CPU **126**, ROM **128** for storing fixed program information, RAM **130** for storing accumulated route information and temporary program information, battery **132** (or other power source, e.g., solar cell and storage device), rear wheel (or cadence) sensor port **133** for receiving information from rear wheel sensor **106***a* or cadence sensor **106***b*, RF transceiver **134** for receiving RF information **136** from heart rate monitor **124**, user input buttons **138**, LCD (or similar) display **140** for displaying information to the user, base controller port **142** for receiving a connection from base controller **104** when docked, and incline sensor **144** that detects the instantaneous incline of the bicycle at selected intervals.

Algorithms can be employed in route computer **108** (or in base controller **104**) to adjust each instantaneous inclination measurement to subtract out the effects of bicycle acceleration, to provide a more accurate inclination measurement. Buttons **138***a* through **138***c* can be programmed to be operated separately or together to scroll through various route computer functions. A "start over" button resets the memory of the route computer to record a new route, and sets the current inclination to zero (use of a GPS-type positioning system could allow self-calibration). Various instantaneous and statistical measurements can be displayed to the user, who can scroll through display screens with buttons **138***a* through **138***c*. As noted above, route computer **108** can measure the instantaneous speed, user heart rate, incline, cadence and/or RPM of the bicycle wheels, as well as keep track of elapsed distance traveled and maximums and averages of various measurements. These stored averages and statistics can also be reset by specific button press(es).

Incline sensor **144** can be an AU6004 gold contact self-damping fluid inclination sensor, available from Spectron Glass, and is driven by CPU **126** differentially at low frequencies via AC-coupling (to prevent depletion of the leads). Signals measured on the third lead of incline sensor **144** indicate fluid imbalances and therefore inclination changes. Incline sensor has, preferably, a 30 percent range of sensing for incline/grade, imbedded within an overall 45 percent range, allowing 15 percent of the range to allow for variations in the attachment of route computer **108** (with incline sensor **144**) relative to handlebar **116** of bicycle **114**. By measuring and using the stored local inclinations, electronic exercise system **100** can simulate local difficulties along a particular route (related to the relative local steepness or descent) thereby creating a relatively realistic route simulation.

Referring to FIGS. **4***a* and **4***b*, once a route has been traveled, and the user docks bicycle **114** into electronic exercise system **100** (for example, at home), a flying lead **146** from base controller **104** couples to base controller port **142** of route computer **108**. Route and statistical information can then be downloaded into base controller **104**, providing a time-sampled readout of the entire route, including any of: recorded heart rate, inclination, speed, and cadence, and other information, sampled at selected time intervals. Base controller **104** includes a micro controller CPU **148**, RAM **150** for storing temporary information for routes, workouts, exercises, and tests, ROM **152** for storing permanent program and data information, user buttons **154** for navigating through menus and selecting options, resistance unit port **156** for coupling via connector **118** to resistance unit **102**, route computer port **158** for coupling via flying lead **146** to route computer **108**, LCD display **160** for displaying program, statistical, and exercise information to the user, RS232 port **162**, and log/route card connector **164** and program card connector **166**, both of which accept external memory card devices.

User buttons **154** include a four-direction button pad **154***a* that allows a user to negotiate forward and backwards through menus, and up and down through menu selections within menu, in an intuitive manner. Enter button **154***b* selects options, undo button **154***c* undoes selections, start/pause button **154***d* starts or pauses base controller operation, and power button **154***e* turns base controller on and off. Any other convenient arrangement of buttons can be used.

RS232 port **162** allows one base controller **104** to couple with another, either directly, or via a personal computer serial port, modem link, Internet link, and the like. In this manner, two or more users can run the same "virtual" race, even separated by large distances, allowing for mutual training or competitions among bicycle enthusiasts without requiring travel outside of their homes.

Log/route card connector **164** accepts external memory devices, including a read/writable user information and a training log card that allows a user to keep a semi-permanent record of past exercises, routes, and training results. Log/route card connector **164** can also accept a route recording card for capturing and storing a particular route downloaded from the docked route computer **108**, or for accepting prerecorded routes that are programmed with the sampled inclination and distances of any route in the world (e.g., the Tour de France) allowing a home user to fully experience and train with those routes. Program card connector **166** accepts similar external memory devices that provide program upgrades to base controller **104**. Program upgrades can be made in several ways. A program card can override (completely or in part) the built-in programming of base controller **104**. Or a program card's upgrade software can be downloaded into base controller **104** and stored in a persistent memory area (not shown), altering operation of base controller **104**, even after removal of the program card. Other types of memory devices can be employed, such as tape back-ups, removable disk drives, and optical disk drives.

Base controller **104** controls resistance unit **102** so as to duplicate either a route recorded by route computer **108** or a programmed route provided from memory or from calculations (which is described further below). By controlling resistance unit **102** over time, a particular route or athletic experience can be closely simulated, including inclination (simulating climbing and descending hills along a route), rolling resistance, aerodynamic drag and forces arising from a rider's acceleration and deceleration. In particular, base controller **102** can increase the forces provided by resistance unit **102** to closely match the resistance presented to a user at a particular position along a route, based upon the local sampled inclination (and/or wind resistance, water resistance (for swimming), steepness (for climbing), etc.).

Referring to FIG. **5**, resistance unit **102** includes resistance controller **170** (which may include a microprocessor system) and resistance provider **172**. Base controller **104** can control resistance unit **102** via pulse-width-modulated

signals, or with a direct DC signal. Connector **118** couples resistance unit **102** with base controller **104**, and also allows resistance unit **102** to provide power received via power cable **176** (from an AC power adapter) to base controller **104**. Resistance provider **172** can also implement temperature compensation to account for torque drift caused by varying ambient or induced temperatures, by using a temperature feedback control. Also, a torque sensor (not shown) can measure the torque output of resistance provider **172**, and, via a feedback loop to resistance controller **170**, control the resistance output of resistance unit **170**.

Referring to FIG. **6**, one resistance provider **172** employs an eddy current brake. The eddy current brake includes one or more electromagnets **178** (shown in cross-section) coupled in the vicinity of a rotating disk **180**, which acts as a conductor to support induced eddy currents. As rotating disk **180** moves through graduated magnetic fields **182** produced by electromagnets **178**, the induced eddy currents interact with the magnetic fields to provide a retarding or breaking function on rotating disk **180**. Axle **184** of rotating disk **180** is then coupled to the rear tire **112** of bicycle **114**, and typically to a flywheel (not shown, e.g., a weighted flywheel or other device (including electrical devices) that conserves or adds angular momentum). Electromagnets **178** preferably employ annular exterior regions **186** surrounding an interior electromagnet post **188** having coiled wires. Annular exterior regions **186** serve to direct magnetic flux flowing from electromagnetic post **188**, through rotating disk **180**, and then back into electromagnetic post **188**, increasing electrodynamic efficiency. Other resistance providers **172** can be used, including controllable fluid resistance elements, electromagnetic motors, magnetic particle brakes, magnetic (smart) fluid resistance elements, hysteresis brakes, and electrical regeneration (where a generator is used across a variable current source, providing required torque).

Referring to FIGS. **4***a* and **7***a* through **7***c*, base controller **104** begins an exercise session **200** with an introduction display **202** on LCD display **160**. If the user has never used electronic exercise system **100** before, a getting started screen **204** is shown, with introductory information. Next, main menu **206** presents a number of available options, including training, fitness testing, setting up, and network mode. The user uses button pad **154***a* to navigate up and down these selections, and enter button **154***b* to select. Examples of LCD displays for some of these menus are shown in FIGS. **8***a* through **8***d*.

If training is selected, training menu **208** is displayed with a number of selections, including (FIG. **7***b*) workout menu **216**, exercise menu **218**, ride route menu **220**, training log listing **222**, and an analysis of the training log listing **224**. A workout is a protocol for a single day's exercises, which can be performed either on the full electronic exercise system **100** or outside on the bicycle (or equivalent independent exercise device or technique (e.g., on a treadmill vs. outdoor running)). An exercise is a particular activity designed to train particular athletic skills or performance such as improving peak output, or endurance. A ride route is a particular route (either self-created, via recording with route computer **108**, or preprogrammed within base controller **104** or obtained via an external memory device through connector **164**). Route is meant to encompass any particular period and/or course of athletic activity, such as climbing up a rock face, running a race track, bicycling along a race course, or swimming a particular route (including back-and-forth laps in a pool), and the like. A user is then given further descriptions **226** of a particular selected workout, exercise, or route, and upon selection, the particular training activity **228** begins.

Base controller **104** creates and updates a user's training log automatically (storing it in a user log external memory). Training log listing **222** allows a user to scroll through the accumulated information to examine a detailed listing **230** of a particular training log entry. Further analysis of a user's training log **224**, and a training log entry **232** provide any of a number of useful statistics, including the following: total mileage, weekly mileage vs. time, test scores vs. time, weekly caloric output vs. time, average speed vs. time, power output and heart rate vs. time, % of each heart rate zone vs. time (which can also be accumulated over an entire exercise program), and time distributions for each heart rate zone for a particular period of exercise.

If fitness testing **210** is selected, a number of particular tests can be chosen, including a maximum power test, an aerobic threshold (or lactate threshold power or LTP) test, and a sub-aerobic economy (SAE) test (how long a user can endure exertions just below lactate threshold). Descriptions of a particular test are available (step **234**), and then the fitness test activity begins (step **238**). The user can choose to examine past test results in their fitness log **236**.

Setup menu **212** allows a user to enter and edit information for creating and editing routes, setting dates and time, creating drafting and pacing (to provide virtual exercise and competition partners for an activity), downloading a particular route from either a user-recorded or pre-recorded card memory, and setting route recording resolution (for example, the data sampling rate per wheel revolution for route computer **108**). For each selection, the detail **240** of the setup is then shown.

Network mode menu **214** allows a user to select a number of networking modes, including multiuser competitions by direct link, or via a computer modem, Internet link or the like. Linked users can share statistics and performance information, and compete by racing the same virtual course during the same time or different times.

Electronic exercise system **100** allows efficient and accurate standardized fitness tests to determine a user's current fitness level. Many tests require a user to output a constant amount of power for a given duration (for example, the aerobic threshold ratchets up the required power until exhaustion). However, maintaining constant power is not intuitively easy for a user to accomplish. Base controller **104** can instead control resistance unit **102** to provide a specific power output by varying the force applied to rear wheel **112**, requiring that the user only maintain a velocity(ies) above some threshold (which can be visually cued via LCD display **160**), so that the system automatically adjusts the torque to compensate for user velocity variations while providing a constant power output. Furthermore, route computer **108** docked with base controller **104** allows ready access to heart and RPM/cadence data from the user engaging in a particular fitness test.

Electronic exercise system **100** allows a user to be prescribed a series of workouts that span a length of time (e.g., months) to help the user achieve fitness goals. Periodic fitness tests performed and stored by base controller **104** allow easy evaluation of progress, and allows the test results to alter both the type and intensity of scheduled workouts to steadily achieve the user's fitness targets (e.g., to improve competitiveness in one or more activities, such as triathlon racing, road racing, mountain bike racing, general fitness, sprinting, hill-climbing). The result is a series of workouts that approximate a personal coach while requiring minimal thought input from the user.

In electronic exercise system **100**, an exercise "track" is a series of workouts performed to reach a fitness target. A

track "lane" is a subdivision of a track: a user is placed within a lane based upon the results of fitness tests. A track may have, e.g., eight lanes (explained further below). A track "level" is a subdivision of a lane: a user is placed within a lane based upon some combination of test scores and personal attributes (such as age, sex, height, weight, and bicycle weight, for example).

With a fitness goal in mind, a user can select an appropriate track for both goal and duration. The base controller **104** can include one or more tracks built in (e.g., for mountain biking, road racing, or triathlon), and more tracks can be added or personalized. Once a user selects a track, the user is prompted to engage in a series of three fitness tests (AT, SAE and maximum power) to evaluate their fitness level. Once the user completes the tests, the user's fitness level is established, and a sequence of workouts are set (until the next testing cycle).

Each track can include periodic retesting days on which the user is required to take the fitness tests again, and update their fitness level. Results of the tests can adjust the user to a different level or lane within the track, and thus alter the workout sequence. Users can also retest themselves as well at any time in addition to the required tests. The user's test history (with dates and scores) is maintained with the user's personal training log for review.

A user (through the above-described menus) can look ahead and review upcoming workouts. Additionally, a user can rearrange the local scheduling of workouts if a conflict arises. Users can be encouraged (with visual prompts) to work outside as often as possible, requiring an on-screen acknowledgment upon completion of the prescribed workout, and downloading of recorded route information from route computer **108** for storage by base controller **104**.

The sequence and timing of workouts can be specified by selecting the appropriate lane and level within a track, accomplished automatically. Benchmarks for each of the three fitness tests can be set, and a user's result can be categorized as greater or lesser than each benchmark, so that a user can be placed in one of eight lanes based upon their particular greater/lesser benchmark combination (since there are eight such possible combinations). Any convenient method of dividing up a particular potential user population can be used, to distribute potential results into one or more categories of fitness level. One example of a set of benchmarks includes: a maximum power output of about 350 watts, an LTP threshold of about 200 watts, and an SAE of about 10 minutes.

To place a user at a level within a lane, the quotient of the user's lactate threshold power (LTP) and the user's body weight (BW) (LTP/BW) is compared to 5 ranges, formed by another series of benchmark values. One example of a set of approximate dividing LTP/BW benchmark values (in units of watts/lb.) is (0.6, 1.2, 1.7 and 2.1).

Once a user's lane and level are selected, the workouts are further scaled for duration and intensity by the user's fitness level. For example, a user with an LTP of 100 watts might be required to perform intervals at 80 watts while a user with an LTP of 150 watts might workout at 120 watts. Additional scaling of the duration (length and time) of a workout can be based upon the results of the maximum power and sub-aerobic economy tests.

A track can be conceived as a index to a series of related workouts, combined and stored as a library within base controller **104**. Each library entry can include a short and long description and a parameterized prescription of the specific workout, which a user can review.

Another feature of electronic exercise system **100** is that a workout pacer can be calculated and displayed in both visual form as well as numerically (e.g., in terms of speed, power, and distance). The pacer's location for a given workout is based upon the user's own fitness goals, levels, and prescribed workout. For example, for interval-based workouts, the pacer can be a virtual user, experiencing the same forces as the actual user, and outputting constant power. By prescribing power, the force term yields a third order equation in velocity, which the base controller **104** can solve for the pacer's velocity for each upcoming workout interval. The pacer begins each interval with the user, so that if the user performs the interval as prescribed, the user and the pacer will be together throughout the workout. If the user gets ahead of or behind the pacer, the user is riding above or below the recommended level. The solution for the pacer's velocity should be solved compactly enough not to delay the system's control loop. Any convenient numerical solution approach (such as a bisection-style algorithm) can be employed to solve the equation, so long as the solution algorithm fits within each period allowed for by the operations of base controller **104** (and does not spill over into other periods).

Referring to FIG. **9**, an embodiment of an electronic trainer **20** includes a resistance unit **22** (e.g., the exercise cycle **10** shown in FIG. **11**), a first sensor **12** carried by the cycle **10**, a control/interface and display unit **14** carried by the cycle **10** and a portable heart rate/cycle computer **16** (also shown on the bicycle **18** of FIG. **10**). The heart rate/cycle computer **16** may take the form of a wrist-watch type cycle computer (not shown, but of the type commercially available) or wireless monitor, but is in either case dockable with the control interface unit **14**. The resistance unit **10** is computer or microprocessor controlled and provides a step-less or smooth resistance via its electronic control mechanism **14**. The variable resistance may be provided by a suitable resistance mechanism such as an eddy current brake (preferred), but friction, fan load type, other resistance mechanisms may be used as well. It uses onboard electronics and may incorporate a rechargeable power source. It can enable the calculation and graphical display of operational parameters and performance levels of the user, such as user stroke efficiency, through sampling performance criteria such as user generated instantaneous torque output.

The first sensor **12** can be mounted on the resistance unit and can be a wire or wireless rpm, speed and incline sensor. It provides wire or wireless input and output transmission of rpm or cadence relative incline and wheel RPM to the control interface unit **14** and/or the cycle computer **16**.

The control/interface unit **14** of the present invention can be semi-permanently mounted upon the resistance unit **10**, and used indoors. The control/interface unit provides an LCD interface **22** for display of basic function status and a workout profile. Control/interface unit **14** may include fuzzy logic control for the resistance unit based on one or more of the following criteria: heart rate, user torque output, speed, incline, a ROM resident profile, an external data input profile (EEPROM, PCMCIA or like card reader), user recorded profile from remote site or field data (transferred or downloaded from the wrist type cycle computer) and/or a user created profile of an exercise regime or particular race course or program of exercise. Control/interface unit **14** includes an IEEE 1394 hardware interface input/output port or the like.

Portable cycle computer and monitor **16** may be constructed from a commonly known wrist-watch type

computer, often worn by and used to monitor heart rate of bicyclists, runners and like. Or, as above, it can be mounted on the bicycle, and monitor a user's heart rate remotely. It may be wireless. Preferably it should be water resistant. Cycle computer and monitor **16** can monitor and store one or more of the following: average heart rate, current heart rate, high/low target zones with alarm feature, heart rate recovery, ECG accurate, heart rate sampling and time in/out of target zone. Other measuring and recording functions for assessing an exerciser's condition might include $CO^2$, $O^2$ or other blood gas levels, respiration rate and the like. Cycle computer and monitor **16** may also provide other functions such as: route recording, current speed, average speed, maximum speed, current grade or incline, accumulated altitude, trip distance, an odometer function, cadence or rpm storage, and an automatic start/stop.

With respect to the route recording or mapping feature, the portable, dockable cycle computer and monitor **16** may either automatically or manually sample incline, distance and heart rate at selected intervals during an outdoor workout or race, recording the same. The incline or angle sensor can be a dampened pendulum moving a potentiometer with the voltage input to an analog-to-digital converter. A global position satellite (GPS) function may be included as may a yaw sensor for providing orientation information, and an air flow sensor for providing information about relative air speed.

The cycle computer and monitor **16** also may include typical clock or timing functions such as a stopwatch feature, lap timer, interval timer and time of day and alarm.

The programmable control/interface unit **10** can be programmed to have a variety of tracks, i.e., digital structure(s) for providing a workout or series of workouts of varying intensity. For example, one track may be a "marathon" track, another may be a "1500 m" track. Other tracks may be designed or written to improve the cardiovascular fitness level, to strengthen or emphasize certain muscle groups, and then loaded into programmable control/interface unit **10** as an upgrade. A user may select a track or a series of tracks to progress toward a desired fitness goal, or the program may be written to make the selection based on fitness test results. For a user, the characteristics of the selected track may be determined by the user's ultimate goal and a fitness test(s). The test results dictate a work plan or program for progressive improvement to reach the selected goal or to maintain a selected level of fitness. When the test results are entered, the control/interface unit **10** correlates fitness level with available preprogrammed (memorized) or customized workout profiles. The control/interface **14** may automatically control the resistance member **10** depending on a specified fitness level, selected track, and goal. A sophisticated athlete at a fitness level, but with a goal in mind, will be able to customize or design a particular track for his/her own use.

The computer and monitor **16** may include a "reset" button that allows clearing the route recording memory. The computer and monitor **16** also has an "LED" (or similar indication) to show the unit is recording route data. The LED can be made to flash at the same time interval that data samples are taken and stored in the cycle computer and monitor **16**. The cycle computer and monitor **16** can automatically record heart rate when either in the recording mode or a heart rate watch mode. The user can then download route recorded data into control interface unit **10**. This can be displayed as a graph of heart rate related to profile/time/distance information, allowing the user to see what his/her heart rate was at specific times of the recorded race. Cycle computer and monitor **16** can automatically start recording when triggered by a received pulse. In other words, once a heart rate sensor receives a user's pulse signal and the cycle computer and monitor **16** is close enough to receive the signal, the computer and monitor **16** is triggered and starts recording.

The incline sensor may also be damped with alcohol and water to allow for accurate incline sensing at high and low temperatures.

In use, an exerciser carries or wears the cycle computer and monitor **16** during an exercise period which might cover, via bicycle, a selected route. The computer and monitor **16** samples and records parameters such as heart rate, respiration, distance covered, location elapsed time, incline, etc. at selected intervals during the period. The computer and monitor **16**, bearing its data, is docked with the control interface unit **14** so the date can be accessed or downloaded for use. In the playback mode, the recorded data is processed and used to automatically set and adjust the resistance of the resistance unit **10** to simulate, for example, climbing hills along the route covered during the exercise period.

Referring to FIG. **13**, an embodiment of the invention includes a resistance module **10*b***, a base computer **14*b***, and a portable cycle computer **16*b***. Resistance module **10*b*** can be a magnetic brake coupled by an IR transceiver (or other connection) to base computer **14*b***, and may have a micro controller for controlling the resistance provided to a user. Cycle computer **16*b***, similar to that described above, is portable to be worn by the user (or attached to an exercise device) while performing an exercise (such as riding a bicycle outdoors) and then docked with base computer **14*b*** to provide stored information for, e.g., duplicating an outdoor course indoors. Base computer **14*b*** can accept an external memory card **26** (such as 64K EEPROM card) that can have preset courses, or store user information for later use, or for use on another electronic exercise system **20**. Base computer **14*b*** can be coupled to other trainers via port **24*b***, and also can display information on an external video monitor or TV **23*b*** via adapter **22*b***.

Other embodiments are within the scope of the claims. Features of the various described embodiments may be combined. Although the described embodiments of the present invention employ conventional (or stationary) bicycles, the route mapping and workout replicating concept of the present invention may be adapted for use with other exercise means such as treadmills (FIG. **12**), skiers, steppers, dry or wet swimming exercisers, and the like. In each case, a relatively static exercise means can be made to closely duplicate a dynamic one. For example, a rock climber can record distance, altitude, speed, and heart rate for a particular rock face, and duplicate the route on a static exercise device such as a climber. A skier can similarly record distance, air speed, altitude, and heart rate and duplicate a particular route indoors. Runners and swimmers could duplicate particular races with appropriate static resistance devices (for example, treadmills and forced-water lap pools).

What is claimed is:

**1**. Apparatus comprising:

a physical activity monitor including a sensing and recording arrangement that during a first period of physical activity senses and records data characterizing the physical activity performed by a user; and

an exercise device configured to simulate the physical activity, wherein the exercise device has a control and wherein the sensing and recording arrangement of the monitor is separate from the control of the exercise device, wherein the recorded data from the physical activity monitor is supplied to the control of the exercise device, and wherein the control of the exercise device uses the recorded data from the physical activity monitor

to control operation of the exercise device and simulate the physical activity of the first period for the user during a second period of physical activity using the exercise device.

**2**. The apparatus of claim **1** wherein the physical activity monitor measures a first index of physical exertion.

**3**. The apparatus of claim **2** wherein the first index of physical exertion comprises an index of a distance traveled by the user.

**4**. The apparatus of claim **2** wherein the first index of physical exertion comprises an index of an inclination of the user.

**5**. The apparatus of claim **2** wherein the first index of physical exertion comprises an index of a force exerted by the user.

**6**. The apparatus of claim **2** wherein the first index of physical exertion comprises an index of a heart rate of the user.

**7**. The apparatus of claim **1** wherein the exercise device control is interconnected with a resistance provider, wherein the exercise device control is operable to control the resistance provider in accordance with the recorded data to simulate the physical activity.

**8**. The apparatus of claim **1** wherein the physical activity of the user simulated by the exercise device is a non-stationary bicycle ride.

**9**. The apparatus of claim **1** wherein the physical activity of the user simulated by the exercise device is a non-stationary rock climb.

**10**. The apparatus of claim **1** wherein the physical activity of the user simulated by the exercise device is a non-stationary swim.

**11**. The apparatus of claim **1** wherein the physical activity of the user simulated by the exercise device is a non-stationary run.

**12**. Apparatus comprising:

a physical activity monitor that records sampled data, the data comprising indices of a force exerted by a user and of a distance traveled by the user during a first period of non-stationary physical activity by the user; and

a stationary exercise device configured to simulate the physical activity, wherein the stationary exercise device includes a control that uses the recorded data from the physical activity monitor to control operation of the stationary exercise device during a second period of stationary physical activity on the exercise device which simulates the first period of non-stationary physical activity.

**13**. The apparatus of claim **12** wherein the physical activity comprises a bicycle ride, and wherein the physical activity monitor further comprises a rotational sensor attached to a bicycle used during the non-stationary bicycle ride.

**14**. The apparatus of claim **12** wherein the physical activity comprises a bicycle ride, and wherein the physical activity monitor further comprises an inclination sensor.

**15**. The apparatus of claim **12** wherein the physical activity comprises a bicycle ride, and wherein the physical activity monitor further comprises a heart rate sensor coupled to the user.



**16**. The apparatus of claim **12** wherein the physical activity comprises a bicycle ride, and wherein the stationary exercise device comprises a resistance unit removably coupled to a bicycle; and a controller, the controller adapted to receive the data recorded by the physical activity monitor and to control the resistance unit to simulate the non-stationary bicycle ride.

**17**. Apparatus comprising:

a physical activity monitor that records sampled data, the data comprising indices of a force exerted by a user and of a distance traveled by the user during a non-stationary bicycle ride by the user occurring during a first time period, the physical activity monitor further comprising a rotational sensor attached to a bicycle used during the non-stationary bicycle ride, an inclination sensor, and a heart rate sensor coupled to the user; and

a stationary exercise device that uses the recorded data from the physical activity monitor to simulate the non-stationary bicycle ride during a subsequent second time period of physical activity using the stationary exercise device, the stationary exercise device comprising a resistance unit removably coupled to a bicycle; and a controller, the controller adapted to receive the data recorded by the physical activity monitor and to control the resistance unit to simulate the non-stationary bicycle ride.

**18**. A method comprising:

during a first period of physical activity in a first environment, recording data characterizing the physical activity performed by a user; and

during a second period of physical activity in a second environment which simulates the first environment, using the recorded data to control operating characteristics of the second environment to simulate the physical activity of the first period for the user.

**19**. The method of claim **18** wherein the recorded data comprises a first index of physical exertion.

**20**. The method of claim **19** wherein the first index of physical exertion comprises an index of a distance traveled.

**21**. The method of claim **19** wherein the first index of physical exertion comprises an index of an inclination of a user.

**22**. The method of claim **19** wherein the first index of physical exertion comprises an index of a force exerted by a user.

**23**. The method of claim **19** wherein the first index of physical exertion comprises an index of a heart rate of a user.

**24**. The method of claim **18** wherein the second environment includes a controller that receives the recorded data and controls a resistance provider in accordance with the received data to simulate the physical activity.

**25**. The method of claim **18** wherein the simulated physical activity of the user is a non-stationary bicycle ride.

**26**. The method of claim **18** wherein the simulated physical activity of the user is a non-stationary rock climb.

**27**. The method of claim **18** wherein the simulated physical activity of the user is a non-stationary swim.

**28**. The method of claim **18** wherein the simulated physical activity of the user is a non-stationary run.

**29**. A method comprising:

recording sampled data during a first time period, the data comprising indices of a force exerted by a user and of a distance traveled by the user during a non-stationary bicycle ride by the user; and

using the recorded data to control operation of a stationary bicycle trainer to simulate characteristics of the non-stationary bicycle ride on the stationary bicycle trainer during a subsequent second period of physical activity on the stationary bicycle trainer.

**30**. The method of claim **29** wherein the recorded data further comprises data indicative of rotation of a wheel of a bicycle used during the non-stationary bicycle ride.

**31**. The method of claim **29** wherein the recorded data further comprises data indicative of an inclination of a bicycle used during the non-stationary bicycle ride.

**32**. The method of claim **29** wherein the recorded data further comprises data indicative of a heart rate of the user.

**33**. The method of claim **29** wherein a controller receives the recorded data and controls a resistance unit associated with the bicycle trainer to simulate the non-stationary bicycle ride.



**34**. A method comprising:

recording sampled data in a storage unit, the data comprising indices of a force exerted by a user and of a distance traveled by the user during a non-stationary bicycle ride by the user occurring during a first time period;

interconnecting the storage unit with a stationary bicycle exercise device having a resistance unit; and

utilizing the recorded data to control the resistance unit to simulate the non-stationary bicycle ride using the stationary bicycle exercise device during a subsequent second period of physical exercise employing the resistance unit.

* * * * *