IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PELOTON INTERACTIVE, INC., | ) | |
| | ) | |
| Plaintiff and | ) | |
| Counter-Defendant, | ) | |
| | ) | C.A. No. 20-662 (RGA) |
| v. | ) | |
| | ) | |
| iFIT INC., | ) | |
| | ) | |
| Defendant and | ) | |
| Counterclaimant. | ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of: (1) *Expert Report of Professor Ravi Dhar,* (2) *Expert Report of Erich Joachimsthaler, Ph.D.,* (3) *Expert Report of Professor Russell S. Winer, Ph.D.,* (4) *Expert Report of Dr. Kevin Almeroth Regarding Infringement of U.S. Patent Nos. 10,639,521 and 10,486,026,* (5) *Expert Report of Dr. Kevin Almeroth Regarding Invalidity of U.S. Patent No. 6,601,016* and (6) *Expert Report and Disclosure of Julie L. Davis* were caused to be served on March 31, 2022, upon the following in the manner indicated:

Frederick L. Cottrell, III *VIA ELECTRONIC MAIL*
Christine D. Haynes
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, DE 19801
*Attorneys for Defendant*

Robert Stewart *VIA ELECTRONIC MAIL*
Maren Laurence
FOLEY & LARDNER LLP
136 South Main Street, Suite 400
Salt Lake City, UT 84101
*Attorneys for Defendant*

Pavan K. Agarwal
FOLEY & LARDNER LLP
Washington Harbour
300 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

Ruben J. Rodrigues
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199-7610
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

Joseph A. Loy
Ryan Kane
Nathaniel DeLucia
Matthew B. Hershkowitz
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

Gregg F. LoCascio
Matthew J. McIntee
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

Robin A. McCue
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016-1314
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

Sydney K. Hecimovich
FOLEY & LARDNER LLP
299 Main Street, Suite 2000
Salt Lake City, Utah 84111
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff Peloton Interactive, Inc.*

OF COUNSEL:

Steven N. Feldman
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
(213) 485-1234

Lawrence J. Gotts
Gabriel K. Bell
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
(202) 637- 2200

Marc N. Zubick
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876- 7700

David F. Kowalski
Patrick C. Justman
Adam Alexander Herrera
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
(858) 523-5400

William J. Trach
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
(617) 948-6000

Joseph C. Akalski
Clement Naples
Dennis Mai
Melange Gavin
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-2927

April 1, 2022

# CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 1, 2022, upon the following in the manner indicated:

Frederick L. Cottrell, III *VIA ELECTRONIC MAIL*
Christine D. Haynes
Tyler E. Cragg
Valerie A. Caras
RICHARDS, LAYTON & FINGER, P.A.
920 N. King Street
Wilmington, DE 19801
*Attorneys for Defendant*

Robert Stewart *VIA ELECTRONIC MAIL*
Maren Laurence
FOLEY & LARDNER LLP
136 South Main Street, Suite 400
Salt Lake City, UT 84101
*Attorneys for Defendant*

Pavan K. Agarwal *VIA ELECTRONIC MAIL*
FOLEY & LARDNER LLP
Washington Harbour
300 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
*Attorneys for Defendant*

Ruben J. Rodrigues *VIA ELECTRONIC MAIL*
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199-7610
*Attorneys for Defendant*

Joseph A. Loy
Ryan Kane
Nathaniel DeLucia
Matthew B. Hershkowitz
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

Gregg F. LoCascio
Matthew J. McIntee
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

Robin A. McCue
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016-1314
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

Sydney K. Hecimovich
FOLEY & LARDNER LLP
299 Main Street, Suite 2000
Salt Lake City, Utah 84111
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

Kenneth L. Dorsney
Cortlan S. Hitch
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
*Attorneys for Defendant*

*VIA ELECTRONIC MAIL*

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)