IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PELOTON INTERACTIVE, INC., | ) |
|       Plaintiff and Counter-Defendant, | ) ) ) ) |
|     v. | ) C.A. No. 20-662 (RGA) ) ) |
| iFIT INC., | ) ) |
|       Defendant and Counterclaimant. | ) ) ) |

**STIPULATION AND [PROPOSED] ORDER EXTENDING
EXPERT DISCOVERY DEADLINES**

WHEREAS, the parties need additional time to finalize rebuttal expert reports, the parties jointly request an extension of the deadline to serve rebuttal expert reports and corresponding extensions of the deadlines to serve reply expert reports and to complete expert discovery. The requested extension will not impact any dates for trial or any submissions to the Court.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, subject to the approval of the Court, that:

The deadline for the parties to serve rebuttal expert reports is extended through and including May 16, 2022 (from May 9, 2022).

The deadline for the parties to serve reply expert reports is extended through and including May 31, 2022 (from May 25, 2022); and

The deadline to complete expert discovery is extended through and including June 17, 2022 (from June 10, 2022).

The parties agree that they will not use this agreed-upon extension against the other party for any purpose.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| */s/ Anthony D. Raucci* | */s/ Christine D. Haynes* |
| Michael J. Flynn (#5333) | Frederick L. Cottrell, III (#2555) |
| Anthony D. Raucci (#5948) | Christine D. Haynes (#4697) |
| 1201 N. Market Street | 920 N. King Street |
| P. O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302) 651-7700 |
| (302) 658-9200 | cottrell@rlf.com |
| mflynn@morrisnichols.com | haynes@rlf.com |
| araucci@morrisnichols.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

Dated: May 5, 2022

SO ORDERED this _____ day of _____, 2022.

_____
U.S.D.J.